1

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)

2
*ron@consumersadvocates.com*

3
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*

4
LILACH HALPERIN (SBN 323202)

5
*lilach@consumersadvocates.com*

6
651 Arroyo Drive
San Diego, California 92103

7
Telephone: (619) 696-9006

8
Facsimile: (619) 564-6665
***Attorneys for Plaintiff and the Proposed Class***

9

10

11
**UNITED STATES DISTRICT COURT**

12
**CENTRAL DISTRICT OF CALIFORNIA**

13

14

15
FRANK CAPACI and CYNTHIA FORD on behalf of themselves, all others similarly situated, and the general public,

16

17

18
                    Plaintiffs,

19

20
        v.

21

22
SPORTS RESEARCH, INC., a California Corporation.

23

24
                    Defendant.

25

26

27

28

Case No. 2:19-cv-03440-FMO-FFM

CLASS ACTION

**DECLARATION OF RONALD A. MARRON IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS COUNSEL**

Date:  September 17, 2020
Time: 10:00 a.m.
Ctrm:  6D
Judge: Hon. Fernando M. Olguin

*Capaci et al. v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
DECLARATION OF RONALD A. MARRON IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS COUNSEL

EA_001

I, Ronald A. Marron, hereby declare as follows:

1.      I am a member in good standing of the State Bar of California and am admitted to practice before the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California, the Ninth Circuit Court of Appeals, and the United States Supreme Court. I am counsel of record for Plaintiff Cynthia Ford ("Plaintiff") in this action. I make this declaration in support of Plaintiff's Motion for Class Certification and to Appoint Class Counsel.   This declaration is based on my own personal knowledge and if called to testify, I could and would testify to the following:

2.      Attached hereto as **Exhibit 1** are true and correct copies of the labels for the Sports Research Garcinia Cambogia Product with the "weight management" and "appetite control" labeling claims. These product labels were produced by Defendant Sports Research, Inc. during discovery and are bates labeled as SRC 000001 – SRC 000010.

3.      Attached hereto as **Exhibit 2** are true and correct copies of screenshots of the Sports Research Garcinia Cambogia Product offered for sale on www.sportsresearch.com (taken from www.web.archive.org), www.gnc.com, www.vitaminshoppe.com, and www.amazon.com, showing that the Product label is conspicuously displayed on the websites of online retailers, such that all consumers are exposed to the same misleading label statements.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the expert report of Dr. David B. Allison. Dr. Allison was retained by the Plaintiff in this matter to opine on whether credible scientific evidence supports the weight management and appetite control claims on the Sports Research Garcinia Cambogia product.

5.      Attached hereto as **Exhibit 4** are true and correct copies of excerpts from the deposition transcript of Dr. David B. Allison, taken on July 13, 2020. Highlighting has been added by Plaintiff's counsel for emphasis.

*Capaci et al. v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
DECLARATION OF RONALD A. MARRON IN SUPPORT OF PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION AND TO APPOINT CLASS COUNSEL

EA_002

6.     Attached hereto as **Exhibit 5** is a true and correct copy of the Expert Report of Charlene L. Podlipna, CPA.  Ms. Podlipna was retained by the Plaintiff in this matter to offer an expert opinion regarding the calculation of damages on a classwide basis.

### Ronald A. Marron Firm's Qualifications and Experience Prosecuting Consumer Class Action Lawsuits

7.     My work experience and education began in 1984 when I enlisted in the United States Marine Corps (Active Duty 1984-1988, Reserves 1988-1990) and thereafter received my Bachelor of Science in Finance from the University of Southern California (1991).  While attending Southwestern University School of Law (1992-1994), I also studied Biology and Chemistry at the University of Southern California and interned at the California Department of Corporations with emphasis in consumer complaints and fraud investigations.  I was admitted to the State Bar of California in January of 1995 and have been a member in good standing since that time.  In 1996, I started my own law firm with an emphasis in consumer fraud.

8.     My firm currently employs six full-time attorneys and three paralegals.  Attached hereto as **Exhibit 6** is a true and correct copy of my current firm resume.

9.     Over the years I have acquired extensive experience in class actions and other complex litigation, and have obtained large settlements as lead counsel. In recent years, I devoted almost all of my practice to the area of false and misleading labeling of food, nutrition or over-the-counter products, cases involving violations of the Telephone Consumer Protection Act, and other privacy cases.

10.     Most recently, on February 24, 2020, the Honorable Christina A. Snyder of the United States District Court for the Central District of California granted final approval of a $2,500,000.00 class action settlement in *Graves v. United Industries Corporation*, No. 2:17-cv-06983-CAS-SK (C.D. Cal.) and

*Capaci et al. v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
DECLARATION OF RONALD A. MARRON IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS COUNSEL

EA_003

1  appointed the Marron Firm as class counsel. Judge Snyder noted that the Law
2  Offices of Ronald A. Marron had "vigorously represented the Class" and has
3  "extensive experience in consumer class action litigation." (Dkt. No. 87).

4      11.    On January 31, 2020, the Honorable Judge Gonzalo P. Curiel of the
5  United States District Court for the Southern District of California granted
6  preliminary approval of a settlement in the certified class action styled *Hilsley v.*
7  *Ocean Spray Cranberries, Inc.*, Case No. 3:17-cv-02335-GPC-MDD (S.D. Cal.)
8  (Dkt. No. 241). The Court appointed my firm and the Law Office of David Elliot
9  as class counsel on November 29, 2018 (Dkt. No. 83).

10      12.    On January 28, 2020, the Honorable William Alsup granted final
11  approval of a settlement of a nationwide certified class in *Esparza v. Smartpay*
12  *Leasing, Inc.,* No. 3:17-cv-03421-WHA (N.D. Cal.). The Court also appointed
13  Ronald A. Marron, Alexis M. Wood and Kas L. Gallucci of the Law Offices of
14  Ronald A. Marron as class counsel.

15      13.    On October 11, 2019, the Honorable Judge Wilhelmina M. Wright
16  granted final approval of a nationwide TCPA settlement class in *Busch v. Bluestem*
17  *Brands, Inc.,* No. 16-cv-0644(WMW/HB) (D. Minn.) and appointed the Law
18  Offices of Ronald A. Marron as co-lead class counsel. The settlement created a
19  $5.25 million non-reversionary Settlement Fund for the benefit of the class.

20      14.    On September 12, 2019, the Honorable Judge Jose E. Martinez
21  granted final approval of a nationwide TCPA settlement class in *Medina v.*
22  *Enhanced Recovery Company, LLC*, No. 15-CV-14342-MARTINEZ-MAYNARD
23  (S.D. Fla.) and appointed the Law Offices of Ronald A. Marron as co-lead class
24  counsel. The settlement created a $1.45 million common fund.

25      15.    On June 17, 2019, the Honorable Anthony J. Battaglia granted final
26  approval of a nationwide CLRA settlement case in *Littlejohn v. Ferrara Candy*
27  *Company,* No. 18-cv-0658-AJB-WVG (S.D. Cal.), stating "Class Counsel has fully
28  and competently prosecuted all causes of action, claims, theories of liability, and

*Capaci et al. v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
DECLARATION OF RONALD A. MARRON IN SUPPORT OF PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION AND TO APPOINT CLASS COUNSEL

EA_004

remedies reasonably available to the Class Members."

16. On October 19, 2018, the Honorable William T. Lawrence granted final approval of a nationwide TCPA settlement case in *Simms v. ExactTarget, LLC,* No. 1-14-cv-00737-WTL-DKL (S.D. Ind.) where the Law Offices of Ronald A. Marron served as class counsel. The settlement created a $6.25 million common fund.

17. On August 10, 2018, the Honorable Robert N. Scola, Jr. granted final approval of class action settlement regarding false advertising claims in *Mollicone v. Universal Handicraft*, No. 17-21464-Civ-Scola (S.D. Fla.), in which the Law Offices of Ronald A. Marron served as class counsel. In his Preliminary Approval Order, Judge Scola stated that the Marron Firm is "experienced and competent in the prosecution of complex class action litigation." (Dkt. No. 120).

18. On June 29, 2018, in *Mason v. M3 Financial Services, Inc.*, No. 15-cv-4194 (N.D. Ill.), the Honorable Andrea R. Wood granted final approval of a nationwide TCPA settlement class which provided a common fund in the amount of $600,000. The Law Offices of Ronald A. Marron served as co-lead class counsel.

19. On May 4, 2018, the Honorable Analisa Torres granted final approval of a false advertising class settlement in *Lucero v. Tommie Copper, Inc.*, No. 15 Civ. 3183 (AT) (S.D. N.Y.). On January 4, 2016, the Honorable Analisa Torres appointed the Marron firm as Interim Lead Class Counsel over the opposition and challenge of other plaintiffs' counsel, noting that the Marron firm's "detailed" complaint was "more specifically pleaded, . . . assert[ing] a more comprehensive set of theories . . . [and was] more factually developed." *Potzner v. Tommie Copper Inc.*, No. 15 CIV. 3183 (AT), 2016 WL 304746, at *1 (S.D.N.Y. Jan. 4, 2016). Judge Torres also noted that Mr. Marron and his firm's attorneys had "substantial experience litigating complex consumer class actions, are familiar with the applicable law, and have the resources necessary to represent the class."

4

*Capaci et al. v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
DECLARATION OF RONALD A. MARRON IN SUPPORT OF PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION AND TO APPOINT CLASS COUNSEL

*Id*.

20.     On March 26, 2018, the Honorable Marilyn Huff granted final approval of a nationwide TCPA class action settlement in *Gutierrez-Rodriguez v. R.M. Galicia, Inc.,* No. 16-CV-00182-H-BLM, 2018 WL 1470198, at *2 (S.D. Cal. Mar. 26, 2018). The Law Offices of Ronald A. Marron were appointed class counsel.

21.     On September 20, 2017, the Honorable Cynthia A. Bashant of the United States District Court for the Southern District of California granted Plaintiff's Motion for Class Certification and appointed my law firm as class counsel in a class action titled *Reyes v. Educational Credit Management Corporation*, Case No. 15-cv-00628-BAS-AGS (USDC S.D. Cal.) that involves violations of California's Invasion of Privacy Act ("CIPA"), Cal. Penal Code § 630 *et seq.*

22.     On January 27, 2017, my firm obtained final approval of a TCPA class action against RBS Citizens, N.A. In granting final approval, the Honorable Cynthia Bashant found that "Class Counsel [had] fairly and adequately represented the Class for purposes of entering into and implementing the Settlement, and, thus, continues to appoint . . . Ronald A. Marron, Alexis M. Wood and Kas L. Gallucci of the Law Offices of Ronald A. Marron as Class Counsel for the Settlement Class." *Sanders v. RBS Citizens, N.A.*, No. 13-CV-3136-BAS-RBB, 2017 WL 406165, at *4 (S.D. Cal. Jan. 27, 2017).

23.     In addition to the above cases and the present action, my firm has an in-depth knowledge of other consumer cases including litigating over-the-counter ("OTC") product cases, including the FDCA's history, principles, and regulations, and Courts have recognized my firms' ability to litigate complex class actions. For example, in *Gallucci v. Boiron, Inc.*, Case No. 3:11-CV-2039 JAH NLS (S. D. Cal.), we drafted a Complaint with five potential causes of action, and claims under the CLRA, UCL and FAL with respect to OTC homeopathic drugs which

*Capaci et al. v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
DECLARATION OF RONALD A. MARRON IN SUPPORT OF PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION AND TO APPOINT CLASS COUNSEL

EA_006

"concern[ed] novel legal theories in a specialized area of law." *See Delarosa v. Boiron, Inc.*, 275 F.R.D. 582, 590 n. 4 (C.D. Cal. 2011). This action involved extensive motion practice and my firm's opposition brief was so persuasive that defendants decided to withdraw their motion. My firm's well-drafted briefing, knowledge and experience resulted in a $5 million common fund plus injunctive relief settlement in favor of Gallucci against French homeopathic giant, Boiron, Inc. On April 25, 2012, the Honorable John A. Houston granted preliminary approval, noting that:

> During the pendency of the Litigation, Class Counsel conducted a extensive examination and evaluation of the relevant facts and law to assess the merits of the named plaintiffs' and class claims to determine how best to serve the interests of Plaintiffs and the Class. . . Class Counsel conducted thorough review of the Food, Drug and Cosmetic Act, its numerous changes over the years, and the Act's implementing regulations. Class Counsel have carefully considered the merits of Plaintiffs' claims, and the defenses raised by defendants. *Gallucci* Dkt. No. 89 at i.

24.     Accordingly, Judge Houston appointed my firm as Class Counsel, finding that Class Counsel "will fairly and adequately protect the interests of the Class . . . [and] are experienced and competent to prosecute this matter on behalf of the Class." *Id.* at iii-iv. The Fairness Hearing was held on October 1, 2012 and on October 31, 2012, the court granted final approval. *See Gallucci v. Boiron*, *Inc.*, 2012 U.S. Dist. LEXIS 157039 (S.D. Cal. Oct. 31, 2012).

25.     Further, on June 26, 2015, the Honorable Maxine M. Chesney of the United States District Court for the Northern District of California granted preliminary approval to a class action settlement with injunctive relief for class wide claims of false representations regarding the defendant's weight loss teas. *See Johnson v. Triple Leaf Tea Inc.*, Case No. 3:4-cv-01570 MMC (Dkt. No. 53) ("Having considered the factors set forth in Rule 23(g)(1) of the Federal Rules of Civil Procedures, the Court appoints Plaintiff's counsel, the Law offices of Ronald A. Marron APLC, to serve as Class Counsel.").

*Capaci et al. v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
DECLARATION OF RONALD A. MARRON IN SUPPORT OF PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION AND TO APPOINT CLASS COUNSEL

EA_007

26.     On October 31, 2013, the Honorable Gonzalo P. Curiel of the United States District Court for the Southern District of California granted preliminary approval to a class action settlement of $1 million and injunctive relief for class wide claims of false and deceptive advertising of OTC drugs negotiated by my firm in *Mason v. Heel, Inc.*, Case No. 3:12-cv-3056 GPC (KSC) (Dkt. No. 27), also finding there was "sufficient basis . . . under the factors set forth in Rule 23(g)(1) of the Federal Rules of Civil Procedure" to appoint my firm as Class Counsel. *Id.* at p. 5.

27.     On October 23, 2013, the Honorable Michael M. Anello of the United States District Court for the Southern District of California granted final approval to a $1.2 million and injunctive relief class action settlement concerning false and deceptive advertising of OTC drugs negotiated by my firm in *Nigh v. Humphreys Pharmacal, Inc.*, Case No. 3:12-cv-02714-MMA-DHB (Dkt. No. 30), finding that "the Class was adequately represented by competent counsel." *Id.* at p. 14.

28.     On March 13, 2012, my firm settled a case against manufacturers of OTC dietary supplement products for $900,000 in a common fund plus injunctive relief, styled *Burton v. Ganeden Biotech, Inc. et al.*, Case No. 3:11-cv-01471 W (NLS) (S.D. Cal.). Burton alleged that defendants falsely advertised their products as containing "clinically proven" proprietary bacteria that improved and benefitted the digestive and immune health of individuals when, in fact, no clinical proof existed. Before this settlement was finalized, my firm rejected defendants' coupon settlement offer because we did not believe it constituted the best relief for the class members. Instead, we continued extensive and lengthy rounds of negotiations with the defendants to obtain the best result for the class. These months-long negotiations included back and forth exchange of approximately twenty editions of the Settlement Agreement, multiple conference calls (including on the weekends) and e-mails. On March 14, 2012, the parties filed a Joint Motion for Preliminary Approval of Settlement, (Dkt. No. 38) which the court granted on April 16, 2012

*Capaci et al. v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
DECLARATION OF RONALD A. MARRON IN SUPPORT OF PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION AND TO APPOINT CLASS COUNSEL

EA_008

(*Id*. at 42). After the Fairness Hearing in this case on August 21, 2012, Judge Whelan granted final approval on October 5, 2012. Dkt. Nos. 48, 52.

29.   On March 1, 2012, the Honorable Janis L. Sammartino appointed my firm Interim Class Counsel in an action styled *Margolis v. The Dial Corporation*, Case No. 3:12-cv-288 JLS (WVG) (Dkt. No. 14). This case involved an OTC pheromone soap product that its manufacturer alleges enhances a man's sexual attraction to women.

30.   When my firm was appointed Interim Lead Class Counsel for a class of consumers in a deceptive food labeling case back in March of 2011, the Honorable Marilyn Huff recognized Class Counsel "appears to be well qualified to represent the interest of the purported class and to manage this litigation." *Hohenberg v. Ferrero U.S.A., Inc.*, 2011 U.S. Dist. LEXIS 38471, at *6 (S.D. Cal. Mar. 22, 2011). Subsequently, when my firm obtained certification of the proposed class, the court reaffirmed its finding that my firm is adequate Class Counsel. *See In re Ferrero Litig.*, 278 F.R.D. 552, 559 (S.D. Cal. 2011). Judge Huff gave Final Approval of a settlement on July 9, 2012. (*Ferrero* Dkt. No. 127).

31.   On November 14, 2011 my firm obtained the certification of a nationwide class of consumers who purchased Qunol CoQ10, a dietary supplement making misleading efficacy claims. *See Bruno v. Quten Research Inst., LLC*, 2011 U.S. Dist. LEXIS 132323 (C.D. Cal. Nov. 14, 2011). My firm then successfully defeated the defendants' motion to decertify the class following the Ninth Circuit's decision in *Mazza v. Am. Honda Motor Co.*, 666 F.3d 581 (9th Cir. 2012). *See Bruno v. Eckhart Corp.*, 2012 U.S. Dist. LEXIS 30873 (C.D. Cal. Mar. 6, 2012). The case then settled on the eve of trial (originally scheduled for October 2, 2012).

32.   On June 14, 2011, the Honorable Richard Seeborg appointed my firm Interim Class Counsel, over a competing application from a former partner at the New York law firm Milberg Weiss, regarding a deceptive food labeling case. *See Chacanaca v. Quaker Oats Co.*, 2011 U.S. Dist. LEXIS 65023, at *8-9 (N.D. Cal.

June 14, 2011) (since restyled as *In re Quaker Oats Labeling Litig.*) ("There is no question here that both the Weston/Marron counsel…have ample experience handling class actions and complex litigation. It is also clear that both have particular familiarity with suits involving issues of mislabeling in the food industry.").

33.    I was appointed class counsel in *Peterman v. North American Company for Life and Health Ins., et al.*, No. BC357194, (L.A. Co. Sup. Ct.), which was litigated for over 4 years and achieved a settlement of approximately $60 million for consumers. In granting preliminary approval of the settlement, the Hon. Carolyn B. Kuhl noted that "the excellent work that the plaintiffs' side has done in this case has absolutely followed through to the settlement…The thought and detail that went into the preparation of every aspect was very impressive to me."

34.    I also served as class counsel in *Clark v. National Western Life Insurance Company*, No. BC321681 (L.A. Co. Sup. Ct.), a class action that, after litigating the case for well over 6 years, resulted in a settlement of approximately $25 million for consumers.

35.    In *Iorio v. Asset Marketing*, No. 05cv00633-IEG (CAB) (S.D. Cal.), I was appointed class counsel on August 24, 2006, following class certification, which was granted on July 25, 2006 by the Honorable Irma E. Gonzalez. Dkts. Nos. 113 and 121. After nearly 6 years of intensive litigation, a settlement valued at $110 million was reached in *Iorio*, *supra*, and approved on March 3, 2011, by the Honorable Janis Sammartino. Dkt. No. 480. Co-counsel and I successfully defended multiple motions brought by defendant in the Southern District of California, including "challenges to the pleadings, class certification, class decertification, summary judgment,…motion to modify the class definition, motion to strike various remedies in the prayer for relief, and motion to decertify the Class' punitive damages claim," plus three petitions to the Ninth Circuit attempting

*Capaci et al. v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
DECLARATION OF RONALD A. MARRON IN SUPPORT OF PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION AND TO APPOINT CLASS COUNSEL

EA_010

to challenge the Rule 23(f) class certification. *Iorio*, Final Order Approving (1) Class Action Settlement, (2) Awarding Class Counsel Fees and Expenses, (3) Awarding Class Representatives Incentives, (4) Permanently Enjoining Parallel Proceedings, and (5) Dismissing Action with Prejudice, entered on Mar. 3, 2011, at 6:9-15 (commenting that class counsel were "highly experienced trial lawyers with specialized knowledge in insurance and annuity litigation, and complex class action litigation generally" and "capable of properly assessing the risks, expenses, and duration of continued litigation, including at trial and on appeal," *Id*. at 7:18-22). Judge Sammartino also noted "the complexity and subject matter of this litigation, and the skill and diligence with which it has been prosecuted and defended, and the quality of the result obtained for the Class." *Id.* at 17:25-27.

36.    Besides these cases, I have also represented plaintiffs victimized in other complex cases such as Ponzi schemes, shareholder derivative suits, and securities fraud cases. I have litigated hundreds of lawsuits and arbitrations against major corporations; of these, approximately 30 cases against the likes of such corporate titans as Shell Oil, Citigroup, Wells Fargo, Morgan Stanley and Merrill Lynch have gone through trial or arbitration. Many more have settled on the eve of trial although I was fully prepared to proceed to trial.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on this 27th day of July 2020 at San Diego, California.

*/s/ Ronald A. Marron*
RONALD A. MARRON

*Capaci et al. v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
DECLARATION OF RONALD A. MARRON IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS COUNSEL

# EXHIBIT 1



SRC 000001

EA_014



**Sports Research Garcinia Cambogia** with Coconut Oil is standardized to 65% Hydroxycitric acid (HCA) – the active component in Garcinia Cambogia studied for its potential to suppress appetite.* Along with diet and exercise, Garcinia Cambogia is a great way to support your overall weight management plan.*

• **Supports Appetite Control***
• **Non-GMO & Gluten Free**
• **Formulated with Coconut Oil**

**Satisfaction Guarantee**

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

Track your lot number and view third party independent testing:

SPORTSRESEARCH.COM

Made in the USA

Sports Research
784 Channel St.
San Pedro, CA 90731
(310) 519-1484

SPORTSRESEARCH.COM
@SPORTSRESEARCH

L400-V3   PLEASE ♻ RECYCLE

0  23249  00091  4

---

SR SPORTS RESEARCH

# garcinia
## cambogia

made with
### 65% HCA
& coconut oil

**500**MG  |  **90** SOFTGELS

DIETARY SUPPLEMENT

---

## Supplement Facts

Serving Size: 1 Liquid Softgel
Servings per Container: 90

| | Amount Per Serving | %DV |
|---|---|---|
| Garcinia Cambogia (fruit rind) extract (standardized to 65% HCA) | 500 mg | † |
| Total Hydroxycitric Acid (HCA) | 325 mg | † |
| Extra Virgin Organic Coconut Oil | 100 mg | † |

† Daily Value not established.

**SUGGESTED USE:** Adults take 1 liquid softgel three times daily 30 minutes before a meal or as directed by a healthcare professional.♦

**OTHER INGREDIENTS:** Organic Yellow Beeswax, Non-GMO Sunflower Lecithin, Softgel Capsule (kosher gelatin, kosher vegetable glycerin, purified water, natural caramel).

**THIS PRODUCT DOES NOT CONTAIN:** Gluten, dairy, egg, peanut, fish, soy, shellfish, wheat, yeast, fillers, binders, preservatives, artificial ingredients or magnesium stearate.

**ALLERGEN WARNING:** Contains Tree Nuts (Coconut)

**USAGE WARNING:** Keep out of reach of children and pets. Do not use if safety seal is damaged or missing.

**CAUTION:** Check with your doctor before using this product, especially if you are pregnant, nursing, have existing medical conditions or are taking prescription medications. Do not exceed recommended daily intake. Store at room temperature, tightly closed.

♦ 5 oz. to 8mcu of flax oil C1 nb or I should always be taken in conjunction with a healthy diet and regular exercise program.



**Sports Research Garcinia Cambogia** with Coconut Oil is standardized to 65% Hydroxycitric acid (HCA) — the active component in Garcinia Cambogia studied for its potential to suppress appetite. Along with diet and exercise, Garcinia Cambogia is a great way to support your overall weight management plan.

- **Supports Appetite Control***
- **Non-GMO & Gluten Free**
- **Formulated with Coconut Oil**

**Satisfaction Guarantee**
We offer a full refund on the purchase price of your order minus shipping within 90 days of purchase.

BOTTLED FOR BY:
Sports Research
784 Channel St.,
San Pedro, CA 90731
(310) 519-1484

SPORTS RESEARCH
USA

Track your lot number and view third party independent testing.
SPORTSRESEARCH.COM
HELP.SPORTSRESEARCH.COM

0 23249 00091 4

L-800-V2   PLEASE ♻ RECYCLE

---

garcinia
cambogia

made with
**65% HCA**
& coconut oil

**500** MG   **90** SOFTGELS

DIETARY SUPPLEMENT

SR SPORTS RESEARCH

---

**SUGGESTED USE:** Adults take 1 liquid softgel three times daily, 30 minutes before a meal or as directed by a healthcare professional.♦

**Supplement Facts**
Serving Size : 1 Liquid Softgel
Servings Per Container: 90

| | Amount Per Serving | %DV* |
|---|---|---|
| Garcinia Cambogia (fruit rind extract) standardized to 65% HCA | 500 mg | † |
| Total Hydroxycitric Acid (HCA) | 325 mg | † |
| Extra Virgin Organic Coconut Oil | 700 mg | † |

† Daily Value not established.

**OTHER INGREDIENTS:** Organic Yellow Beeswax, Non-GMO Sunflower Lecithin, Softgel Capsule (kosher gelatin, kosher vegetable glycerin, purified water, natural caramel).

**THIS PRODUCT DOES NOT CONTAIN:** Gluten, dairy, egg, peanut, fish, soy, shellfish, wheat, yeast, fillers, binders, preservatives, artificial ingredients or magnesium stearate.

**ALLERGEN WARNING:** Contains Tree Nuts (Coconut).

**USAGE WARNING:** Keep out of reach of children and pets. Do not use if safety seal is damaged or missing.

**CAUTION:** Check with your doctor before using this product, especially if you are pregnant, nursing, have existing medical conditions or are taking prescription medications. Do not exceed recommended daily intake. Store at room temperature, tightly closed.

♦ Sports Research dietary supplements should always be taken in conjunction with a healthy diet and regular exercise program.



SRC 000004



## Supplement Facts

Serving Size: 1 Liquid Softgel
Servings Per Container: 90

| | Amount Per Serving | %DV |
|---|---|---|
| Garcinia cambogia Extract (fruit) (Standardized to 65% Hydroxycitric Acid) | 500 mg | † |

† Daily Value not established.

**SUGGESTED USE:** As a Dietary Supplement, healthy adults take one Liquid Softgel 1-3 times daily 30 minutes before meals; best when taken as directed by a qualified healthcare professional.

**OTHER INGREDIENTS:** Organic Virgin Coconut Oil, Organic Yellow Beeswax, Non-GMO Sunflower Lecithin, Softgel Capsule (Bovine Gelatin, Non-GMO Vegetable Glycerin, Purified Water, Carob).

**ALLERGEN WARNING:** Contains Tree Nuts (Coconut).

**NOT MANUFACTURED WITH:** Milk, Eggs, Fish, Crustacean Shellfish, Peanuts, Wheat, Soy or Gluten. Produced in a third party audited and registered cGMP compliant facility that may process other products that contain these allergens or ingredients.

**CAUTION: KEEP OUT OF REACH OF CHILDREN AND PETS.** Consult with a qualified healthcare professional prior to using this product, especially if you are pregnant, nursing, have diagnosed medical conditions, or are taking prescription medications. Do not exceed recommended daily intake. Do not use if safety seal is missing or broken. Store in a cool, dry place. Protect product from excessive heat, light, humidity, and sunlight.

* Sports Research Garcinia Cambogia should always be taken in conjunction with a healthy diet and regular exercise program.

### garcinia
cambogia

standardized
**65% HCA**
with coconut oil

**500 MG** | **90 SOFTGELS**

DIETARY SUPPLEMENT

SR SPORTS RESEARCH

NON-GMO TESTED

* SR™ **Garcinia Cambogia** with Coconut Oil is standardized to 65% Hydroxycitric Acid (HCA). Along with diet and exercise, Garcinia is a great way to support your overall weight management plan.**

* **Weight Management Support****
* **IGEN™ Non-GMO Tested**
* **Formulated with Coconut Oil**

**These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

### Satisfaction Guarantee

Track your lot number, and view 3rd party independent testing results at:
SPORTSRESEARCH.COM

Sports Research
861 Channel Rd.
San Pedro, CA 90731
(310) 519-4484

SPORTSRESEARCH.COM
@SPORTSRESEARCH

0 23249 00091 4

L400-V5-0119. PLEASE ♻ REUSE FG169



SRC 000006



SRC 000007

EA_019



**SUGGESTED USE:** Adults take 1 liquid softgel three times daily 30 minutes before a meal or as directed by a healthcare professional.♦

### Supplement Facts
Serving Size: 1 Liquid Softgel
Servings per Container: 180

| | Amount Per Serving | %DV |
|---|---|---|
| Garcinia Cambogia [fruit rind] extract standardized to 65% HCA | 500 mg | † |
| Total Hydroxycitric Acid (HCA) | 325 mg | † |
| Extra Virgin Organic Coconut Oil | 700 mg | † |

† Daily Value not established

**OTHER INGREDIENTS:** Organic Yellow Beeswax, Non-GMO Sunflower Lecithin, Softgel Capsule (kosher gelatin, kosher vegetable glycerin, purified water, natural caramel).

**THIS PRODUCT DOES NOT CONTAIN:** Gluten, dairy, egg, peanut, fish, soy, shellfish, wheat, yeast, fillers, binders, preservatives, artificial ingredients or magnesium stearate.

**ALLERGEN WARNING:** Contains Tree Nuts (Coconut).

**USAGE WARNINGS:** Keep out of reach of children and pets. Do not use if safety seal is damaged or missing. **CAUTION:** Check with your doctor before using this product, especially if you are pregnant, nursing, have existing medical conditions or are taking prescription medications. Do not exceed recommended daily intake. Store at room temperature, in a dry, cool place.

♦ Sports Research Garcinia Cambogia should always be taken in conjunction with a healthy diet and regular exercise program.

**Sports Research Garcinia Cambogia** with Coconut Oil is standardized to 65% Hydroxycitric acid (HCA) – the active component in Garcinia Cambogia studied for its potential to suppress appetite. Along with diet and exercise, Garcinia Cambogia is a great way to support your overall weight management plan.†

• **Supports Appetite Control\***
• **Non-GMO & Gluten Free**
• **Formulated with Coconut Oil**

### Satisfaction Guarantee
We offer a full refund on the purchase price of your order (minus shipping) within 90 days of purchase.

DISTRIBUTED BY:
Sports Research
784 Channel St.,
San Pedro, CA 90731
(310) 519-1484

SPORTS RESEARCH
SPORTSRESEARCH.COM

Track your lot number, and view third party independent testing.
HELP.SPORTSRESEARCH.COM

SR SPORTS RESEARCH

## garcinia
## cambogia

made with
**65% HCA**
& coconut oil

**500** MG   |   **180** SOFTGELS

DIETARY SUPPLEMENT

† These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

USA

0  23249  00441  7

L401-V0   PLEASE ♻ RECYCLE

SRC 000008

EA_021



**Sports Research™ Garcinia Cambogia** with Organic Coconut Oil is standardized to 65% Hydroxycitric acid (HCA). Along with diet and exercise, Garcinia Cambogia is a great way to support your overall weight management plan.†

- **Made with 65% HCA**
- **Non-GMO & Gluten Free**
- **Formulated with Coconut Oil**

†These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

**Satisfaction Guarantee**
We offer a full refund on the purchase price of your order (minus shipping) within 90 days of purchase. Guarantee applies. Please visit sportsresearch.com for full details.

Track your lot number, and view third party independent testing.
SPORTSRESEARCH.COM

DISTRIBUTED BY:
Sports Research
784 Channel St.
San Pedro, CA 90731
(310) 519-1484

SPORTSRESEARCH.COM
@SPORTSRESEARCH

0  23249  00441  7

L401-V4   PLEASE ♻ RECYCLE

garcinia cambogia

made with
**65% HCA**
& coconut oil

**500** MG

**180** SOFTGELS

DIETARY SUPPLEMENT

SR SPORTS RESEARCH

## Supplement Facts
Serving Size: 1 Liquid Softgel
Servings Per Container: 180

| | Amount Per Serving | %DV |
|---|---|---|
| Garcinia Cambogia (fruit rind) extract standardized to 65% HCA | 500 mg | † |
| Total Hydroxycitric Acid (HCA) | 325 mg | † |
| Extra Virgin Organic Coconut Oil | 700 mg | † |

† Daily Value (DV) not established.

**SUGGESTED USE:** Adults take 1 liquid softgel three times daily 30 minutes before a meal or as directed by a healthcare professional.◆

**OTHER INGREDIENTS:** Organic Yellow Beeswax, Non-GMO Sunflower Lecithin, Softgel Capsule (kosher gelatin, kosher vegetable glycerin, purified water, natural caramel).

**THIS PRODUCT DOES NOT CONTAIN:** Gluten, Dairy, Egg, Peanut, Fish, Shellfish, Wheat, Yeast, Fillers, Binders, Preservatives, Artificial Ingredients, or Magnesium Stearate.

**ALLERGEN WARNING:** Contains Tree Nuts (Coconut).

**USAGE WARNING:** Keep out of reach of children and pets. Do not use if safety seal is damaged or missing.

**CAUTION:** Check with your doctor before using this product, especially if you are pregnant, nursing, have existing medical conditions or are taking prescription medications. Do not exceed recommended daily intake. Store at room temperature, tightly closed. Avoid excess heat.

◆ Sports Research™ Garcinia Cambogia should always be taken in conjunction with a healthy diet and regular exercise program.

EA_022



SR SPORTS RESEARCH

# garcinia
## cambogia

standardized
65% HCA
with coconut oil

500 MG | 180 SOFTGELS

DIETARY SUPPLEMENT

### Supplement Facts
Serving Size: 1 Liquid Softgel
Servings Per Container: 180

| | Amount Per Serving | %DV |
|---|---|---|
| Garcinia cambogia Extract (fruit) (Standardized to 65% Hydroxycitric Acid) | 500 mg | † |

† Daily Value not established.

**SUGGESTED USE:** As a Dietary Supplement, healthy adults take one Liquid Softgel 1-3 times daily 30 minutes before meals. Best when taken as directed by a qualified healthcare professional.

**OTHER INGREDIENTS:** Organic Virgin Coconut Oil, Organic Yellow Beeswax, Non-GMO Sunflower Lecithin, Softgel Capsule (Kosher Gelatin, Non-GMO Vegetable Glycerin, Purified Water, Carob).

**ALLERGEN WARNING:** Contains Tree Nuts (Coconut).

**NOT MANUFACTURED WITH:** Milk, Eggs, Fish, Crustacean Shellfish, Peanuts, Wheat, Soy, or Gluten. Produced in a third-party audited and registered cGMP compliant facility that may process other products that contain these allergens or ingredients.

**CAUTION: KEEP OUT OF REACH OF CHILDREN AND PETS.** Consult with a qualified healthcare professional prior to using this product, especially if you are pregnant, nursing, have diagnosed medical conditions, or are taking prescription medications. Do not exceed recommended daily intake. Do not use if safety seal is damaged or missing. Store at room temperature, in a dry place. Protect product from excessive heat, freezing, humidity and light.

♦ Sports Research Garcinia Cambogia should always be taken in conjunction with a healthy diet and regular exercise program.

igen
NON-GMO TESTED

**SR™ Garcinia Cambogia** with Coconut Oil is standardized to 65% Hydroxycitric Acid (HCA). Along with diet and exercise, Garcinia is a great way to support your overall weight management plan.♦♦

● **Weight Management Support**♦♦
● **IGEN™ Non-GMO Tested**
● **Formulated with Coconut Oil**

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

### Satisfaction Guarantee
We offer a full refund on this purchase price of your order. If you experience a quality issue simply return the remaining supply. Please visit sportsresearch.com for full details.

Track your lot number, and view third party independent testing.
SPORTSRESEARCH.COM

Sponsored by:
Sports Research
784 Channel St.
San Pedro, CA 90731
(310) 519-1484

Manufactured and Quality Tested in USA with ingredients sourced from around the world.

SPORTSRESEARCH.COM
@SPORTSRESEARCH

0 23249 00441 7

L401-V5-0219 | PLEASE ♺ RECYCLE | FG170

SRC000010

# EXHIBIT 2

EA_023



Check Order Status

DEPARTMENTS    BRANDS    GOALS    LIVE WELL    SALE

What can we help you find?

os & Natural Solutions / Herbs F-N / Garcinia Cambogia





## SPORTS RESEARCH™ GARCINIA CAMBO

★★★☆☆ 19 Reviews | 12 Questions, 13 Answers    Item # 166702

### $24.99

**Buy 1, Get 1 50% Off** Details
**Free Shipping $49+** Details

Size: 90 Softgels

◉ One Time Only

○ **Save 10% + FREE SHIPPING** with ⟳ **AUTO-DELIVER & SAVE**
Selecting this option automatically signs you up for a recurring subscription

Deliver every:    90 Days (Most Selected)  ▼   ⑦

**QTY**

| 1 |    **ADD TO BAG** |

⦿ My store

Find My Store

Add to List    Send to a Friend    👍 Like  f  ⓟ  🐦



m/Garcinia-Cambogia-infused-Management-Softgels/dp/B00CKXJU06K/ref=sr_1_3?ie=UTF8&keywords=sports%2bresearch%2bgarcinia%2bcambogia&qid=1595621...

Case 2:19-cv-03440-FMO-FFM   Document 59-3   Filed 08/14/20   Page 27 of 682   Page ID #:3672



sports research garcinia cambogia

Hello, Sign in
Account & Lists ~

llers   Customer Service   Today's Deals   New Releases   Find a Gift   Whole Foods   Gift Cards   Free Shipping   Registry   Sell   Coupons   AmazonBasics   #FoundItOnAmazon   Shopper Toolkit

bies   Vitamins & Diet Supplements   Baby & Child Care   Health Care   Sports Nutrition   Sexual Wellness   Health & Wellness   Medical Supplies & Equipment   FSA Eligible Items   Sales & Special Offers   Subscribe & Save

Shop the Kids' Store by age   0-24 months   2-4 years   5-7 years   8-12+ years   Shop now •



Droplist this item
Get price drop alerts

## Pure Garcinia Cambogia Infused with Organic Coconut Oil - 180 Liquid Softgels

by Sports Research

★★★★☆ ~   905 ratings  |  8 answered questions

**Amazon's Choice** for "sports research garcinia cambogia"

Ⓗ Best Deal

Price: **$22.95** ($0.13 / Count) FREE Shipping on your first order. Details

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Size: **180 Count (Pack of 1)**

| 90 softgels | 180 Count (Pack of 1) |
| $24.99 ($0.28 / Count) | $22.95 ($0.13 / Count) |

- ► Pure Garcinia Cambogia standardized to 65% HCA (Hydroxycitric Acid)
- ► Infused with Extra Virgin Organic Coconut Oil
- ► Caffeine Free, Non-GMO Verified & Gluten Free
- ► This product was made exclusively for Sports Research in a cGMP certified facility. Our Vitamins or Supplements are NEVER bought in bulk or pre-bottled, ensuring the freshest ingredients.*
- ► 90-day money back guarantee^

Compare with similar items

3 new from $22.95

100% HCA Ultra Extreme Garcinia Cambogia Extract – 100% Pure All Natural – The Ultimate Fast Action...

Share 📧 📘 🐦





○ One-time purchase:
$22.95

**Subscribe & Save:**
◉ 5%  10%
$21.80 ($0.12 / Count)

Save 5% now and up to 10
repeat deliveries.
• No fees
• Cancel anytime
Learn more
**Get it Monday, Aug 3**

**In Stock.**

Qty: 1 ∨

Deliver every:

3 months (Most common

🔄   Set Up Now

Auto-deliveries sold by Sport
Research and Fulfilled by Ama

Add to List

Add to Wedding Registry

Share 📧 📘 🐦

Other Sellers on Ama

# EXHIBIT 3

EA_028

**Frank Capaci and Cynthia Ford**
v.
**Sports Research, Inc.**

United States District Court

Central District of California

Case No. 2:19-cv-03440-FMO-FFM

**Declaration of Dr. David B. Allison**

EA_029

I am above the age of 18, not a party to the within action, and have personal knowledge of the following information. If called upon to testify, I could and would testify competently to the following:

### QUALIFICATIONS, PUBLICATIONS AND PRIOR TESTIMONY

1. I am Dean and Distinguished Professor of the School of Public Health of Indiana University-Bloomington with an academic appointment in the Department of Epidemiology and Biostatistics.

2. In this matter, I speak only for myself and not on behalf of my university or any other organization. The opinions expressed in this report are mine and do not necessary represent those of my university or any other organization.

3. Prior to joining Indiana University in August of 2017, I was associate Dean for Research and Science and Director of the NIH-funded Nutrition Obesity Research Center at the University of Alabama at Birmingham (UAB). At UAB I was a Distinguished Professor with appointments in the departments of Nutrition Sciences, Biostatistics, Medicine, Genetics, and Biology.

4. Prior to joining UAB in 2001, I served as an Associate Research Scientist at the NIH-funded New York Obesity Research Center at Saint Luke's/Roosevelt Hospital Center and as Associate Professor of Medical Psychology in Psychiatry at Columbia University in New York City.

5. I was elected as a fellow of the American Statistical Association in 2007, to the National Academy of Medicine in 2012, a fellow to the Academy of Behavioral Medicine Research in 2017, and have received numerous other awards and honors as listed in Exhibit A.

6. Since 1998, I have periodically served as a consultant to the Federal Trade Commission (FTC) on the validity of weight-loss product claims. In that capacity, I have reviewed

2

numerous clinical research studies in order to determine whether product claims are supported by the research.

7. Since 2002, I have periodically served as a consultant to the U.S. Food and Drug Administration (FDA) on the validity of weight-loss product claims.

8. In 2001 and 2005, I was retained by the United States Postal Inspectors Office to consult on the validity of claims made with respect to commercial weight loss products.

9. From 1996-1997, I was a consultant to the U.S. Food and Drug Administration in their oversight and collaborative development of Proctor & Gamble's post-market surveillance of olestra (Olean).

10. In 2016, I served as a consultant to the State of Oregon Department of Justice in litigation involving the effects of a marketed dietary supplement on outcomes in humans and in interpretation of randomized controlled trial evidence.

11. In 2002, I served on a special Public Affairs Task Force of the North American Association for the Study of Obesity (NAASO) to provide information regarding dietary supplements for weight loss to the U.S. General Accounting Office (GAO).

12. From 1996-1999, I served as a member of an expert advisory panel convened by the Life Sciences Research Office of the Federation of American Societies of Experimental Biology at the behest of the Food and Drug Administration to prepare a document advising the FDA as to how to review petitions for new food additives.

13. Since 1996, I have periodically acted in the capacity as consultant for major pharmaceutical companies to design and implement clinical studies including but not limited to studies testing weight-loss medications or products.

14. In 2006, I hosted, organized and spoke at a 2-day conference on Design, Analysis and Interpretation of Randomized Clinical Trials in Obesity. This conference was funded by the NIH through a grant on which I was the principal investigator.

EA_031

15. I have and continue to teach in and direct a series of National Institutes of Health funded and nationally-attended short courses on statistical and research methods for obesity researchers.

16. I have authored, in whole or in part, over 600 articles appearing in peer-reviewed journals. Many of these articles address dietary supplements, nutrition, obesity and weight-loss programs, treatment, medications, study design, and statistical analysis.

17. I have also edited, authored, or co-authored multiple text books and chapters in text books on the topics of nutrition, obesity, and weight-loss.

18. I conduct extensive research on the causes, consequences, and treatment of obesity; on the development and evaluation of statistical methods; and on study design.

19. I have played a major role in the design, analysis, and interpretation of several clinical trials involving herbal products and other alternative treatments.

20. I have extensive experience in the design and implementation of human clinical research studies for dietary and weight-loss products and obesity treatments.

21. I have extensive experience in the study, research, and analysis of obesity, its treatment, and dietary and other weight-loss programs and dietary supplements and drugs and their effects on the human body.

22. One of my methodological writings on weight loss trials in was highlighted in an article in the NY Times[1] on January 20, 2020.

23. My experience, training, and research expertise qualifies me to offer informed opinions on the evidential basis or lack thereof for claimed effects of marketed products, especially those involving claims related to weight loss.

24. My curriculum vita is attached as Exhibit A and this includes a complete listing of my publications during the preceding 10 years.

---

1 https://www.nytimes.com/2020/01/20/upshot/childhood-obesity-research.html

4

25. I have been retained as an expert in more than 20 cases with roughly half of cases as an expert for the plaintiff and roughly half for the defendant and involving supplements, food additives, weight loss products, and the analysis of scientific evidence on the claims being made.  The cases in which I offered prior testimony in the previous four years are listed in Exhibit C. I am being compensated based upon my standard billing rate of $850 per hour for ordinary work and add 50% for expedited work.

## ASSIGNMENT

26. I have been retained by the Law Offices of Ronald A. Marron, to render expert scientific opinions in the matter of *Capaci, et al. v. Sports Research, Inc*., Case No. 2:19-cv-03440-FMO-FFM concerning specific products marketed with weight loss and related claims.

27. In conjunction with my work on this matter, I have reviewed the following materials in forming my opinions. Materials provided to me by the retaining law firm including the First Amended Class Action Complaint filed by the Law Offices of Ronald A. Marron (Case No. 2:19-cv-03440-FMO-FFM) and copies of labels from the product packaging for the "Sports Research Garcinia Cambogia". Attached as Exhibit B is a list of documents I have reviewed to date and which I will be relying on with respect to the opinions contained in portions of this Report. To insure that, to the greatest extent possible, I reviewed key relevant literature, I have relied on materials that I have identified via a thorough and up-to-date search of electronic databases including, but not limited to PubMed, Scopus, and Google Scholar. In addition to the specific items listed in Exhibit B, I have reviewed many other documents involving weight loss and dietary supplements and also draw on my general fund of knowledge from years of study and reading in the areas of obesity, statistical methods, and scientific methods.

5

EA_033

28. I am aware of my continuing obligation under Rule 26 of the Federal Rules of Civil Procedure to supplement this report if additional information becomes available. I intend to supplement this report if information becomes available which would cause me to amend or supplement my opinions and/or observations in this matter.


## OPINION

29. The opinions in this report are based upon my experience, training, and research expertise (including those things listed in Exhibit A), the materials listed in Exhibit B, and documents provided to me by the retaining law firm.

30. I will address the following issues

   – *What does and does not constitute competent and reliable scientific evidence for claiming that a product causes a particular outcome.*

   – *The extent to which there is or is not competent and reliable scientific evidence supporting or refuting the particular claims in question for the particular product in question.*

**What does and does not constitute competent and reliable scientific evidence for claiming that a product causes a particular outcome**?

*Standards of Evidence.*

31. Before proceeding to an evaluation of relevant evidence, it is important to clarify the standard of evidence. I refer to scientific evidence and by evidence I mean facts that could potentially lead to a reasonable *conclusion* that causation exists as opposed to facts that could lead one to *conjecture* or *hypothesize* about putative causation. Clearly, this standard requires that we seek evidence generated using procedures generally accepted in the scientific community as capable of supporting valid conclusions as to causation.

6

32. When evaluating outcome claims about effects of products in humans, there are clear
standards accepted by the biomedical research community. These standards are articulated in
a number of publications relating to testing effects of interventions in general (e.g., Meinert
et al., 1986; US Department of Education, 2003), interventions for weight control
(Richardson et al., 2017; NHLBI, 1998; Brown et al., 2019; Allison et al., 1997; Committee
for Proprietary Medicinal Products, 1997; U.S. Food and Drug Administration, 1996;
Gadbury et al., 2003; Anderson et al., 1998), dietary supplements in particular (Dwyer et al.,
2005; Institute of Medicine, 2005; Swanson et al., 2002; Goldman, 2001; Allison et al.,
2001), and in the legal context specifically (Green et al., 2000). Although there may be
nuances to studying effects with one type of intervention (product, program, substance) as
compared to another, the same general principles of sound experimental design, statistical
analysis, and interpretation apply.

33. As an aside, I note that both the U.S. Food and Drug Administration (FDA) and the Federal
Trade Commission (FTC) use language very similar to this. Their standard of evidence is
"Competent and Reliable Scientific Evidence[2]." The FTC typically requires claims about the
efficacy or safety of dietary supplements to be supported with "competent and reliable
scientific evidence," defined in FTC cases as "tests, analyses, research, studies, or other
evidence based on the expertise of professionals in the relevant area, that have been
conducted and evaluated in an objective manner by persons qualified to do so, using
procedures generally accepted in the profession to yield accurate and reliable results."

34. A key point to consider when reviewing purportedly scientific opinions is the joint concept of
objectivity and observability in the scientific process. The process leading to conclusions

---

2
https://www.fda.gov/food/guidanceregulation/guidancedocumentsregulatoryinformation/dietarysupplements/ucm07
3200.htm

EA_035

should be an objective one that is articulable and observable and, therefore, can be checked and reproduced by other scientists as well as evaluated for validity. To illustrate this point, consider the fact that many scientific journals, including the prestigious *Proceedings of the National Academy of Sciences*, ask their peer-reviewers to ensure that the "presentation of methods will permit replication[3]" when evaluating manuscripts that have been submitted for publication. Simply stating that one has reviewed evidence and come to a conclusion without describing what the *objective* criteria for reaching such a conclusion are and showing that those criteria were met does not make something a valid scientific opinion.

***Types of Information that are <u>Not</u> Generally Accepted by the Scientific Community as Sufficient Evidence that a Product Causes an Effect.***

35. Several types of data may support *conjecture*, but cannot support *conclusions* with respect to any effects or lack thereof in humans.

*Extrapolation from the effects of one substance to another.*

36. Two or more substances may have some similarities with respect to chemical composition, molecular structure, selected physiological responses, traditional classifications, or patterns of use. In such situations, one may be inveigled to conclude that effects demonstrated to be produced by one of the substances is therefore also produced by the other substances that share one or more similarities. But, again, such 'chemical analogies' can only support conjecture and not conclusions. There are numerous examples of substances that are quite similar in many ways and yet have markedly different effects in other ways. For example, both olanzapine and ziprasidone are drugs used to treat people with various psychiatric conditions and are classified as *antipsychotics*. Both are antagonists of the 5HT2c (serotonin)

---

3
http://www.pnas.org/page/authors/reviewers

receptor and, because of this, both could be predicted (conjectured) to promote weight gain (Allison & Casey, 2001). Yet, for reasons that are not fully understood, olanzapine causes substantial weight gain in humans and ziprasidone does not (Allison et al., 1999). Similarly, sibutramine is an anorexigen that reduces appetite and body weight in humans. It is a combined serotonin and norepinephrine reuptake inhibitor and, therefore, very similar to a number of other drugs that are classified, marketed, and effective as antidepressants. Because of this, sibutramine was initially developed and evaluated as a potential antidepressant (James, 2004). However, for reasons that are not fully understood, sibutramine was not found to be effective as an antidepressant in the early pharmaceutical trials but did produce weight loss. It was therefore switched from a potential antidepressant to a potential anorexigen and eventually brought to market as such (it has since been withdrawn). As these examples illustrate, we cannot conclude that one substance will produce comparable effects to those produced by other substances, but can only use these other similarities as a basis for speculation and hypothesis generation.

*Extrapolation from effects observed in one species to another.*

37. There are clear benefits to studying putative effects of substances in animal models when it is excessively difficult, unethical, or impossible to study such substances in humans. Such studies may help us understand basic physiology and provide information about what the effects are in one species and, thereby, support conjecture about what the effects might be in other species. However, these conjectures are always based on extrapolations that contain inherent uncertainty (Celander et al., 2011; Ruelius, 1987; Clewell & Andersen, 1985; Crouch, 1983; Dixon, 1976).

38. There are numerous examples of substances that have markedly different effects in one species than another and such differences are often not predictable based on known

9

EA_037

physiology. For example, leptin is a potent anorexigen and promoter of weight and fat loss in every mammalian model organism studied including mice, rats, and dogs (Mantzoros, 1999) and, on this basis, Amgen conjectured that it would be effective in promoting weight loss in humans and spent many millions of dollars to investigate this. Unfortunately, in humans, administration of exogenous leptin has, at best, trivial effects on weight and fat loss (Heymsfield et al., 1999) and Amgen has abandoned it as a potential treatment for ordinary obesity[4].

39. Many other examples of cross-species differences in responses to substances can be cited (e.g., Klonoff, 2007). In fact, it is even conceivable and generally believed that within the human species, a substance may have markedly different effects in some individuals relative to others due to genetic or other differences among individuals (Subbiah et al., 2007). If within-species genetic differences can have such profound moderating effects, then surely different species, which are far more genetically different than are different individuals within a species, can respond differently to the same substance. For these reasons, extrapolations from one species to another remain a basis for conjecture and not a basis for conclusions.

*Extrapolation from in vitro studies.*

40. *In vitro* studies typically involve isolated cells or tissue biopsies studied 'in glass'. Again, these can be of great value in understanding cellular physiology or biochemical reactions. However, as Goldstein & Henifin (2000) note, "quantitative determinations of human toxicity based on in vitro studies usually are not considered appropriate" and the point applies to proposed beneficial effects as well as toxic effects. This is because we cannot be sure that what occurs in cells or tissues outside the body is what will occur in whole living organisms.

---

4 http://www.hhmi.org/bulletin/pdf/mar2003/Leptin.pdf

10

Lin (1998) points out "The difficulty in extrapolation lies in the many intrinsic differences between animals and humans, as well as the complexity of the whole body, with a great number of interdependent factors." Indeed, Goldstein & Henifin (2000) define extrapolation as "The process of estimating unknown values from known values" making clear that the values produced by such a process are only projections and not observations.

*Inference from anecdotes.*

41. Case reports and anecdotes can alert physicians, regulators, and other interested parties about a *plausible* connection between exposure to a stimulus and experiencing some event (Gawrylewski, 2007) which can be adverse (e.g., death) or desired (e.g., weight loss for persons desiring weight loss). That is, they can support hypothesis generation and, depending on the risks and benefits involved and the subjective threshold for action on the part of the party considering them, may even merit prudential action. However, not only are case reports and anecdotes incapable of demonstrating causation, they are not even capable of demonstrating association (Adams, 2004). This is because events may occur among people exposed to some putative causal agent by mere chance alone. Without a randomized control group, there is no way to unequivocally rule out confounding factors and, thereby, determine causation (Editors of HEART Group Journals, 2013; Ejima et al., 2016; Richardson et al., 2017). Dr. David Orloff, former Director of FDA's Division of Metabolic and Endocrine Drug Products concurred. On Sept 8, 2004, he said that when using case reports in situations with obese people taking drugs and having cardiac problems it is "impossible to render conclusions about causality" (Orloff, 2004).

*Extrapolating from effects on putative mediating variables.*

42. It is tempting to conclude that if substance X is known or believed to cause physiologic or behavioral response Z and response Z is known or believed to cause outcome Y, then

11

EA_039

exposure to substance X must cause outcome Y. However, this disregards the very real possibility that the ability of Z to cause Y may depend on the context. Therefore, even if the postulated causal links X ➔ Z and Z ➔ Y (I use the notation 'A ➔ B' to denote 'A causes B') have been separately demonstrated, X ➔ Y may not be true because X may also cause other physiological responses, W, and W may have effects on Y that cancel out those of Z. The human body has many complex feedback systems and therefore, although X ➔ Z and Z ➔ Y may have been separately demonstrated, it is still necessary to demonstrate directly that X ➔ Y before the proposition can be accepted. Moreover, often we believe that Z ➔ Y but, because physiological and behavioral responses can generally not be assigned to subjects at random, we usually really know that Z is associated with Y and do not know for certain that manipulations of Z by an outside force will produce the hypothesized effect on Y. That is why, for example, despite the fact that it is known that certain drugs lower certain serum lipids and it is also known that these serum lipids are *associated* with increased risk of heart disease, it was necessary to conduct randomized trials showing that these drugs actually reduced the rate of new onset heart disease in people (Strandberg et al., 2004).

43. Examples exist of situations where a hypothesized causal sequence from X to Y have not held up despite strong evidence and/or belief that X ➔ Z and that Z ➔ Y. For example, it is clear that certain drugs, labeled antiarrhythmic agents (i.e., X), reduce arrhythmias (i.e., Z) and it is also believed that arrhythmias increase risk of serious cardiac events and death (i.e., Y). Therefore, it is reasonable to conjecture that antiarrhythmic agents will reduce risk of death among patients experiencing arrhythmias. However testing this conjecture requires collection of additional data and two famous trials referred to as the CAST and CAST-II studies were conducted to test the effects of three antiarrhythmic agents (encainide, flecainide, and moricizine). Completely contrary to the well-informed and well-intentioned expectations of experts in the field, "CAST-II was stopped early because the first 14-day

12

EA_040

period of treatment with moricizine after a myocardial infarction was associated with excess

mortality …As with the antiarrhythmic agents used in CAST-I (flecainide and encainide), the

use of moricizine in CAST-II to suppress asymptomatic or mildly symptomatic ventricular

premature depolarizations to try to reduce mortality after myocardial infarction is not only

ineffective but also harmful" (Anonymous, 1992). In another example, administering

exogenous testosterone to older men increases skeletal muscle mass, and yet does not lead to

the expected increase in muscular strength (Emmelot-Vonk et al., 2008). This shows that our

ability to predict effects based on hypothesized causal sequences is limited. Our

physiologically-based predictions represent a source of interesting hypotheses, but not a

source for drawing conclusions.

*Types of Information that are Generally Accepted by the Scientific Community as Sufficient
Evidence that a Product Causes an Effect.*

44. With respect to assessing any possible effects, including both postulated deleterious or

    beneficial effects, the ideal source of evidence would be one or more large double-blind

    randomized placebo controlled trials (RCTs) of the putative cause of interest, on the putative

    effect of interest, in a sample from the population of interest (Khorsan & Crawford, 2014).

    Importantly, these RCTS must be well designed, well executed, and well analyzed.

45. However, one or more RCTs finding supportive results are not sufficient to support a claim if

    they are only a subset of a larger number of studies some of which obtain contradictory

    evidence and the weight of evidence is not supportive (Brannon et al., 2014). This is an

    important point because such 'cherry picking' of data or *misleading by omission* is a common

    tool of propagandists who claim scientific backing for unsupported views. As recently stated

    "The propagandist can work in two ways that correspond to biased production or selective

    sharing. In the first, the propagandist uses an in-house team of scientists to produce results

EA_041

that favor theory A. In the second, the propagandist simply cherry-picks those results from

independent scientists who favor theory A" (Emerging Technology from the arXiv, 2018).

46. For practical or ethical reasons, it is often impossible to conduct an RCT to address a

particular question. In such situations, an observational (epidemiologic) study in which one

studied people who were exposed (through their own choice or other circumstances) to the

substance of interest and compared them to people who were not so exposed might be the

best alternative and evidence from such studies, though imperfect, would be the key evidence

sought. Observational epidemiologic studies cannot unequivocally demonstrate causality, but

can document associations. In the field of statistics, two variables (e.g., a putative cause and a

putative outcome) are said to be associated if and only if they are not independent. Two

variables are independent if and only if the conditional distribution of one variable is

identical for all levels of the other variable. Associations observed in observational

epidemiologic studies are more compelling with respect to possible inference to causation

when the study is well designed, conducted, and analyzed. Again, one or more studies finding

supportive results are not sufficient to support a claim if they are only a subset of a larger

number of studies some of which obtain contradictory evidence and the weight of evidence is

not supportive. It is also critically important to distinguish between the concepts of

*association* and *co-occurrence*. Co-occurrence, for example a case report where ingestion of

a compound occurs in a person who also experiences some event, does not indicate

association but is, unfortunately, often mistakenly referred to as evidence of association (See

Adams, 2004).

47. Critically, because randomization is not used in observational epidemiologic studies,

potential confounding factors must be delineated, carefully measured, and carefully

controlled for in the statistical analysis. Unlike RCTs which can control for both known and

unknown confounding factors, observational epidemiologic studies can only control for

14

confounders to the extent that the confounding variables can be effectively measured and for which the functional form of the relation between the potential confounding variable and the outcome can be effectively modeled in the statistical analysis. For these reasons, in situations where randomized controlled trials are ethical and feasible, as in the case with dietary supplements for weight loss, RCTs are the standard of the scientific community for drawing conclusions about causation.

**To what extent is there is or is there not competent and reliable scientific evidence to support or refute the particular claims in question for the particular product(s) in question?**

*The Product in Question.*

48. From the FIRST AMENDED CLASS ACTION COMPLAINT (ACAC), I understand the product in question to be "Sports Research Garcinia Cambogia."

*The Claims in Question.*

49. I discern from the ACAC, and the product labels and images depicted therein that key claims made about the effects of the product in question are articulated in the following text taken from the ACAC:

> 22.   The left-side label of the Product states "Sports Research Garcinia Cambogia with Coconut Oil is standardized to 65% Hydroxycitric Acid (HCA) – the active component in Garcinia Cambogia studied for its potential to suppress appetite.*"
>
> 23.   Following this sentence, Defendant promises that "Along with diet and exercise, Garcinia Cambogia is a great way to support your overall weight management plan."
>
> 24.   Under its "weight management" claim, Defendant prominently labels the Product with the yellow-highlighted phrase "Supports Appetite Control*".

*The Type of Evidence Reviewed.*

*Type of Evidence that Is Pertinent to the Effects of the Product Given Its Purported Contents.*

15

EA_043

50. As stated earlier in this report, the pertinent evidence for the questions about the efficacy of this product with respect to the claims made consists of randomized controlled trials (RCTs). Notably, for any such RCTs to be probative for the questions at hand, they should:

- Be in humans.

- Be in humans reasonably representative of those for whom claims of the effects of the products are made or implied.

- Use the products in question (and not just somewhat related products) at the dose that is in the marketed product.

- Be for a duration commensurate with the duration stated or implied in the claims.

- Be conducted under circumstances representative of the circumstances under which the product is marketed for use.

- Measure outcomes about which the claims are made with reliable and valid measurement techniques.

- Conducted in a rigorous fashion which includes (but is not limited to) proper randomization, blinding, and analysis.

***Would an Evaluation of the Overall Base of Evidence Available in the Scientific Literature Scientifically Support the Product Claims?***

51. To address this question, I first sought evidence from any RCTs of the specific marketed product in question. I found none.

52. I next surveyed the scientific literature more broadly to ask whether the totality of evidence taken as a whole would scientifically prove that Garcinia Cambogia or hydroxycitric acid (HCA) causes the effects listed above.

16

EA_044

53. I conducted a literature search of PubMed and Google Scholar using the union of search
terms including: "Garcinia Cambogia" and Hydroxycit* (which includes all words beginning
with 'Hydroxycit'). Because of the voluminous nature of the literature and the need to have
an objective review, I relied heavily on systematic reviews and meta-analyses, including the
following resources.

54. Haber et al (2018) conducted a thorough review and concluded "The available evidence
suggests that G. cambogia is unlikely to be effective for patients with obesity and may cause
harm. Thus, use of G. cambogia for weight loss is not recommended."

55. Astell et al. (2013) assessed "the current evidence of commonly available natural
supplements used to suppress appetite for obesity control and management in humans using a
systematic search of clinical trials meeting an acceptable standard of evidence. …The
inclusion criteria included the following: sample participants classified as overweight or
obese adults (aged 18—65 years), randomized, double blind, controlled design, suitable
placebo/control intervention, sample size >20, duration of intervention >2 weeks, have
measurable outcomes on appetite or food intake and anthropometry, and full paper in
English. …There were 14 studies that met the inclusion criteria. The findings from published
double blind RCTs revealed mostly inconclusive evidence that plant extracts are effective in
reducing body weight through appetite suppression. Caralluma fimbriata extract and a
combination supplement containing Garcinia cambogia plus Gymnema sylvestre were the
only exceptions." They concluded that "the evidence is not convincing in demonstrating that
most dietary supplements used as appetite suppressants for weight loss in the treatment of
obesity are effective and safe. A balance between conclusive findings by double blind RCTs
and advertisement is required to avoid safety concerns and dissatisfaction from consumers."
What is notable is that Garcinia Cambogia alone was not judged to be effective, but only
when combined with Gymnema sylvestre.

56. Onakpoya et al. (2011) published a paper entitled "The Use of Garcinia Extract (Hydroxycitric Acid) as a Weight loss Supplement: A Systematic Review and Meta-Analysis of Randomised Clinical Trials." The key findings of this meta-analysis are shown in the authors' Figure 2 reproduced below.

18

**Figure 2:** Key findings of Onakpoya et al. 2011 Meta-Analysis of Garcinia Extract (Hydroxycitric Acid) as a Weight loss Supplement

| Study or subgroup | HCA | | | Placebo | | | Weight | Mean difference IV, random, 95% CI | Mean difference IV, random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| | Mean | SD | Total | Mean | SD | Total | | | |
| Hayamizu 2001 | 0 | 11.5 | 20 | 0.5 | 11.7 | 20 | 1.4% | −0.5 [−7.69, 6.69] | |
| Heymsfield 1998 | −3.2 | 3.3 | 66 | −4.1 | 3.9 | 69 | 14.7% | 0.9 [−0.32, 2.12] | |
| Kovacs 2001a | −0.4 | 0.9 | 21 | −0.5 | 1.4 | 21 | 18% | 0.1 [−0.61, 0.81] | |
| Kovacs 2001b | −1.5 | 1.66 | 11 | −1 | 1.34 | 11 | 14.4% | −0.5 [−1.76, 0.76] | |
| Mattes 2000 | −3.7 | 3.1 | 42 | −2.4 | 2.9 | 47 | 14.4% | −1.3 [−2.55, −0.05] | |
| Preuss 2004a | −4.5 | 16.6 | 19 | −1.6 | 34.1 | 16 | 0.2% | −2.9 [−21.2, 15.4] | |
| Preuss 2004b | −5.5 | 23.7 | 9 | −1.4 | 17.3 | 10 | 0.2% | −4.1 [−22.93, 14.73] | |
| Ramos 1995 | −4.1 | 1.8 | 18 | −1.3 | 0.9 | 17 | 16.6% | −2.8 [−3.74, −1.86] | |
| Roongpisuthipong 2007 | −2.8 | 0.5 | 23 | −1.4 | 0.5 | 19 | 20% | −1.4 [−1.7, −1.1] | |
| Total (95% CI) | | | 229 | | | 230 | 100% | −0.88 [−1.75, −0] | |

Heterogeneity: $\tau^2 = 0.98$; $\chi^2 = 38.5$, df = 8 ($P < .00001$); $I^2 = 79\%$
Test for overall effect: $Z = 1.96$ ($P = .05$)

Favours HCA        Favours placebo

57. Several things are noteworthy with respect to this meta-analysis. (1) The overall estimate of effect is barely statistically significant, the p-value being reported as exactly 0.05. (2) The authors report multiple sensitivity analyses and in several of those, including one in which only the higher quality studies were used, the results were not statistically significant. (3) The standard deviations reported in the summary analysis (Figure 2 above) are extraordinarily heterogeneous, spanning two orders of magnitude. This implies the possibility that there has been a transcription error with some standard deviations being inadvertently replaced by standard errors or some other miscalculation of variance (George et al. 2016). If this occurred, it could mean that the correct results are even less statistically significant than they appear to be. Further evaluation of the standard deviation entries in figure two above and the original papers, indicates that for some of the papers the standard deviation of the change scores are being appropriately incorporated into the figure whereas some of the standard deviation values appear to be the standard deviation of weight (rather than the standard deviation of change in weight) and this mistake compromises the validity of the results in figure 2 and the reliability of this evidence. (4) The heterogeneity of estimated effects was enormous ("Heterogeneity: $\tau^2 = 0.98$; $\chi^2 = 38.5$, df = 8 ($P < .00001$); $I^2 = 79\%$").  The more heterogeneous estimates of effect are, the less we can generalize from a study in one situation to other situations (Higgins & Thompson, 2002). This underscores the need for product-specific studies, in the population to which the product is marketed, under the conditions for which it is marketed (U.S. Food and Drug Administration 2014). As Zlowodzki et al. state "Inconsistencies in study results in a meta-analysis reduce the confidence in its conclusions" (Zlowodzki et al., 2007).

58. Other individual RCTs, including at least one which I am a co-author of (Heymsfield et al., 1998), have found no statistically significant effects of garcinia Cambogia or HCA. Multiple

20

other such studies are cited in the ACAC. It is also noteworthy that according to the objective

systematic review and meta-analysis of Onakpoya et al. (2011), the Heymsfield et al. (1998)

paper I coauthored was one of only 3 studies lasting as long as 12 weeks, included the largest

analyzed sample, and received the best score for methodologic rigor of all studies conducted.

Of the other two studies conducted for 12 weeks, another (Hayamizu et al., 2003) also found

no statistically significant evidence of an effect on BMI or body weight and the third (Mattes

& Bormann, 2000) obtained a barely statistically significant result. Mattes and Bormann

wrote "The active treatment group achieved a significantly, albeit modest in absolute terms,

greater reduction. This finding is consistent with several early reports, but not with a recent,

larger and more vigorously controlled trial." Mattes and Bormann (2000) also note "This

study does not support a satiety effect of HCA."

59. Thus, the evidence from the literature overall refutes claims that this product have been

scientifically proven to reduce weight, and such claims are in my opinion, false and

misleading.

60. It is also noteworthy that, while not directly related to efficacy, since 2018 alone, at least 9

published articles have raised safety concerns about Garcinia Cambogia (Crescioli et al.,

2018; Iqbal et al., 2019; Kothadia et al., 2018; Licata & Minissale, 2018; Mas Ordeig et al.,

2019; National Institute of Diabetes and Digestive and Kidney Diseases; 2019; Nguyen et al,

2019; Sharma et al., 2018; Yousaf et al., 2019).


***Would Other Credible Scientific Experts Who Have Reviewed and Relied Upon Empirical***

***Evidence Support my Conclusions?***

61. Other scientific experts support my conclusions. For example:

– The National Institutes of Health's (NIH's) Office of Dietary Supplements concluded

"Research findings: Little to no effect on body weight" (NIH, 2019).

– After an overview of the literature, Barrea et al. (2019) concluded "Garcinia cambogia did not significantly affect body weight or body fat."

– Ríos-Hoyo and Gutiérrez-Salmeán (2016) stated "Given the aforementioned findings, little evidence exists to support the long-term effectiveness of G. cambogia on weight management."

– Examine.com (2018) concluded "Garcinia Cambogia does not appear to help with weight loss in humans despite its popularity…"

– Marquez et al. (2012) wrote "there is still little evidence to support the potential effectiveness and long-term benefits of G. cambogia extracts."

– After reviewing the literature, in a consumer advisory, Collins et al. (2018) from the University of Newcastle, wrote "Verdict: Fiction! Garcinia cambogia does not accelerate weight loss."

62. **Summary**.

In summation, having carefully reviewed the evidence on the matter at hand, it is my opinion that, after reviewing the evidence on Garcinia Cambogia and HCA, the claim that Garcinia Cambogia and HCA produce weight loss in humans and that products containing them, including the product in question, produce weight loss in humans, are refuted by the scientific literature and are false and misleading;

EA_050

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 24, 2018 in Bloomington, Indiana.

________________________

David B. Allison, Ph.D.

**Exhibit A. Curriculum Vitae – David B. Allison**

[Attached]

24

**EA_052**

## Exhibit B. Materials Reviewed & Referred To

Adams BB. (2004). Co-occurrence does not imply association. Int J Dermatol. 43(9):699-700.

Allison DB, Cappelleri JC, Carpenter KM. Design and Analysis of Obesity Treatment and Prevention Trials (pp. 557-597). In S. Dalton (Ed.) Overweight and Weight Management. Gaithersburg, MD: ASPEN Publications, 1997.

Allison DB, Casey DE. (2001). Antipsychotic-induced weight gain: A review of the literature. Journal of Clinical Psychiatry. 62 (suppl 7), 22-31.

Allison DB, Fontaine KR, Heshka S, Mentore JL, Heymsfield SB. (2001). Alternative Treatments for Weight Loss: A Critical Review. Critical Reviews in Food Science and Nutrition, 41(1), 1-28.

Allison DB, Mentore JM, Heo M, Chandler L, Cappelleri JC, Infante M, Weiden P. (1999). Meta-analysis of the effects of anti-psychotic medication on weight gain. American Journal of Psychiatry. 156: 1686-1696.

Anderson JW, Pi-Sunyer FX, Danforth E, Dujovne CA, Greenway F, Hill JO, Lucas CP, O'Neil PM, Smith DK. (1998). Clinical trial design for obesity agents: a workshop report. Obes Res. 6: 311-315.

Anonymous. (1992). Effect of the antiarrhythmic agent moricizine on survival after myocardial infarction. The Cardiac Arrhythmia Suppression Trial II Investigators. N Engl J Med. 23;327(4):227-33.

Astell KJ, Mathai ML, Su XQ. (2013). Plant extracts with appetite suppressing properties for body weight control: a systematic review of double blind randomized controlled clinical trials. Complement Ther Med. 21(4):407-16. doi: 10.1016/j.ctim.2013.05.007.

EA_053

Barrea L, Altieri B, Polese B, et al. Nutritionist and obesity: brief overview on efficacy, safety, and drug interactions of the main weight-loss dietary supplements. Int J Obes Suppl. 2019;9(1):32–49. doi:10.1038/s41367-019-0007-3.

Brannon PM, Taylor CL, Coates PM. (2014). Use and applications of systematic reviews in public health nutrition. Annu Rev Nutr. 34:401-19. doi: 10.1146/annurev-nutr-080508-141240.

Brown AW, Altman DG, Baranowski T, Bland JM, Dawson JA, Dhurandhar NV, Dowla S, Fontaine KR, Gelman A, Heymsfield SB, Jayawardene W, Keith SW, Kyle TK, Loken E, Oakes JM, Stevens J, Thomas DM, Allison DB. Childhood obesity intervention studies: A narrative review and guide for investigators, authors, editors, reviewers, journalists, and readers to guard against exaggerated effectiveness claims. Obes Rev. 2019 Nov;20(11):1523-1541. doi: 10.1111/obr.12923.

Celander MC, Goldstone JV, Denslow ND, Iguchi T, Kille P, Meyerhoff RD, Smith BA, Hutchinson TH, Wheeler JR. (2011). Species extrapolation for the 21st century. Environ Toxicol Chem. 30(1):52-63. doi: 10.1002/etc.382.

Clewell HJ 3rd, Andersen ME. N. (1985). Risk assessment extrapolations and physiological modeling. Toxicol Ind Health. 1(4):111-31.

Collins C, Ashton L, Williams R. (2018). Five supplements that claim to speed up weight loss – and what the science says. https://theconversation.com/five-supplements-that-claim-to-speed-up-weight-loss-and-what-the-science-says-89856

Committee for Proprietary Medicinal Products (CPMP). (1997) Note for Guidance on Clinical Investigation of Drugs Used in Weight Control. London. CPMP/EWP/281/96.

Crescioli G, Lombardi N, Bettiol A, Marconi E, Risaliti F, Bertoni M, Menniti Ippolito F, Maggini V, Gallo E, Firenzuoli F, Vannacci A. Acute liver injury following Garcinia cambogia weight-

EA_054

loss supplementation: case series and literature review. Intern Emerg Med. 2018 Sep;13(6):857-872. doi: 10.1007/s11739-018-1880-4. PMID: 29802521

Crouch EA. (1983). Uncertainties in interspecies extrapolations of carcinogenicity. Environ Health Perspect. 50:321-7.

Dixon RL. (1976). Problems in extrapolating toxicity data for laboratory animals to man. Environ Health Perspect. 13:43-50.

Dwyer JT, Allison DB, Coates PM. (2005). Dietary supplements in weight reduction. J Am Diet Assoc. 105(5 Suppl 1):S80-6.

Editors of HEART Group Journals. (2013). Statement on matching language to the type of evidence used in describing outcomes data. Cardiol J. 20(1):110. doi: 10.5603/CJ.2013.0020.

Ejima K, Li P, Smith DL Jr, Nagy TR, Kadish I, van Groen T, Dawson JA, Yang Y, Patki A, Allison DB. (2016). Observational research rigour alone does not justify causal inference. Eur J Clin Invest. 46(12):985-993. doi: 10.1111/eci.12681.

Emerging Technology from the arXiv. (2018). The tricks propagandists use to beat science. MIT Technology Review. https://www.technologyreview.com/s/610012/the-tricks-propagandists-use-to-beat-science/

Emmelot-Vonk MH, Verhaar HJ, Nakhai Pour HR, Aleman A, Lock TM, Bosch JL, Grobbee DE, van der Schouw YT. (2008). Effect of testosterone supplementation on functional mobility, cognition, and other parameters in older men: a randomized controlled trial. JAMA. 299(1):39-52. doi: 10.1001/jama.2007.51.

Examine.Com (2019). Does Garcinia Cambogia help with weight loss? https://examine.com/nutrition/garcinia-cambogia-help-weight-loss/ .

EA_055

Gadbury GL, Coffey CS, Allison DB. (2003). Modern Statistical Methods For Obesity Trial Data: Beyond LOCF. Obesity Reviews. 4:175-184.

Gawrylewski A. (2007). The trouble with animal models: Why did human trials fail? The Scientist. 21:44.

George BJ, Beasley TM, Brown AW, Dawson J, Dimova R, Divers J, Goldsby TU, Heo M, Kaiser KA, Keith SW, Kim MY, Li P, Mehta T, Oakes JM, Skinner A, Stuart E, Allison DB. (2016). Common scientific and statistical errors in obesity research. Obesity. 24: 781–790. doi:10.1002/oby.21449

George BJ, Li P, Lieberman HR, Pavela G, Brown AW, Fontaine KR, Jeansonne MM, Dutton GR, Idigo AJ, Parman MA, Rubin DB, Allison DB. (2017). Randomization to Randomization Probability: Estimating Treatment Effects Under Actual Conditions of Use. Psychol Methods. Apr 13. doi: 10.1037/met0000138.

Goldman P. (2001). Herbal medicines today and the roots of modern pharmacology. Ann Intern Med. 135(8 Pt 1):594-600.

Goldstein BD, Henifin MS. Reference Guide on Toxicology. In Federal Judicial Center, *REFERENCE MANUAL ON SCIENTIFIC EVIDENCE* (2nd ed. 2000) Available at: http://www.fjc.gov/public/pdf.nsf/lookup/7.toxic.pdf/$File/7.toxic.pdf

Green MD, Freedman DM, Gordis L. Reference Guide on Epidemiology. In Federal Judicial Center, *REFERENCE MANUAL ON SCIENTIFIC EVIDENCE* (2nd ed. 2000) Available at: http://www.fjc.gov/public/pdf.nsf/lookup/sciman06.pdf/$file/sciman06.pdf

Haber SL, Awwad O, Phillips A, Park AE, Pham TM. Garcinia cambogia for weight loss. Am J Health Syst Pharm. 2018 Jan 15;75(2):17-22. doi: 10.2146/ajhp160915.

EA_056

Hayamizu K, Ishii Y, Kaneko I, Shen M, Okuhara Y, Shigematsu N, Tomi H, Furuse M, Yoshino G, Shimasaki H. (2003). Effects of garcinia cambogia (Hydroxycitric Acid) on visceral fat accumulation: a double-blind, randomized, placebo-controlled trial. Curr Ther Res Clin Exp. 64(8):551-67.

Heymsfield SB, Allison DB, Vasselli, JR, Pietrobelli, AP, Greenfield D, & Nuñez C. (1998). Garcinia Cambogia: A Randomized-Double Blind Controlled Trial of A Potential Anti-Obesity Agent. Journal of the American Medical Association. 280:1596-1600.

Heymsfield SB, Greenberg AS, Fujioka K, Dixon RM, Kushner R, Hunt T, Lubina JA, Patane J, Self B, Hunt P, McCamish M. (1999). Recombinant leptin for weight loss in obese and lean adults: a randomized, controlled, dose-escalation trial. JAMA. 282(16):1568-75.

Higgins JPT, Thompson SG. (2002). Quantifying heterogeneity in a meta-analysis. Statist. Med. 21:1539–1558. doi: 10.1002/sim.1186.

Institute of Medicine. (2005). Dietary Supplements: A Framework for Evaluating Safety. The National Academies Press. Washington, DC.

Iqbal U, Anwar H, Siddiqui HU, Mehmood A. Acute Pancreatitis Secondary to Use of Appetite Suppressant: Garcinia cambogia. Cureus. 2019 May 16;11(5):e4676. doi: 10.7759/cureus.4676. PMID: 31328067.

James WP, (2004). Sibutramine. Drugs in Context – Primary Care. Part D: Endocrinology and Gastroenterology. 1(2): 37–76.

Khorsan R, Crawford C. (2014). How to assess the external validity and model validity of therapeutic trials: a conceptual approach to systematic review methodology. Evid Based Complement Alternat Med. 2014:694804. doi: 10.1155/2014/694804

EA_057

Klonoff DC. (2007). Dirlotapide, a U.S. Food and Drug Administration-Approved First-in-Class Obesity Drug for Dogs—Will Humans Be Next? J Diabetes Sci Technol. 1(3): 314–316.

Kothadia JP, Kaminski M, Samant H, Olivera-Martinez M. Hepatotoxicity Associated with Use of the Weight Loss Supplement Garcinia cambogia: A Case Report and Review of the Literature. Case Reports Hepatol. 2018 Mar 12;2018:6483605. doi: 10.1155/2018/6483605. PMID: 29721342.

Lachin JM. (2000). Statistical Considerations in the Intent-To-Treat Principle. Control Clin Trials. 21:167-89.

Licata A, Minissale MG. Weight-loss supplementation and acute liver failure: the case of Garcinia Cambogia. Intern Emerg Med. 2018 Sep;13(6):833-835. doi: 10.1007/s11739-018-1912-0. PMID: 30032342.

Lin JH. (1998). Applications and limitations of interspecies scaling and in vitro extrapolation in pharmacokinetics. Drug Metab Dispos. 26:1202–1212.

Mantzoros CS. (1999). The role of leptin in human obesity and disease: a review of current evidence. Ann Intern Med. 130(8):671-80.

Márquez F, Babio N, Bulló M, Salas-Salvadó J. (2012). Evaluation of the safety and efficacy of hydroxycitric acid or Garcinia cambogia extracts in humans. Crit Rev Food Sci Nutr. 52(7):585-94.

Mas Ordeig A, Bordón García N. Hepatotoxicity caused by Garcinia cambogia. Gastroenterol Hepatol. 2019 Dec 23. pii: S0210-5705(19)30200-6. doi: 10.1016/j.gastrohep.2019.08.005.

Mattes RD, Bormann L. (2000). Effects of (-)-hydroxycitric acid on appetitive variables. Physiol Behav. 71(1-2):87-94.

EA_058

Meinert CL. Clinical trials: Design, conduct and analysis.  New York, NY: Oxford University Press Inc., 1986.

National Institute of Diabetes and Digestive and Kidney Diseases. Garcinia Cambogia. In LiverTox: Clinical and Research Information on Drug-Induced Liver Injury [Internet]. Bethesda (MD): National Institute of Diabetes and Digestive and Kidney Diseases; 2012-. PMID: 31643417.

Nguyen DC, Timmer TK, Davison BC, McGrane IR. Possible Garcinia cambogia-Induced Mania With Psychosis: A Case Report. J Pharm Pract. 2019 Feb;32(1):99-102. doi: 10.1177/0897190017734728. PMID: 28982303.

NHLBI. (1998). *Clinical Guidelines On The Identification, Evaluation, And Treatment Of Overweight And Obesity In Adults. The Evidence Report*. NIH PUBLICATION NO. 98-4083. SEPTEMBER 1998. NATIONAL INSTITUTES OF HEALTH. National Heart, Lung, and Blood Institute in cooperation with The National Institute of Diabetes and Digestive and Kidney Diseases. http://www.nhlbi.nih.gov/guidelines/obesity/ob_gdlns.pdf.

NIH. (2019). Dietary Supplements for Weight Loss. https://ods.od.nih.gov/factsheets/WeightLoss-HealthProfessional/ [accessed 1/23/20].

Onakpoya I, Hung SK, Perry R, Wider B, Ernst E. (2011). The Use of Garcinia Extract (Hydroxycitric Acid) as a Weight loss Supplement: A Systematic Review and Meta-Analysis of Randomised Clinical Trials. J Obes. 2011:509038. doi: 10.1155/2011/509038.

Orloff, D. (2004). DVD of the Sept 8th FDA Advisory Board Hearing re: Wt loss trials, Dr. Orloff (at about 1:49 to 1:52 on DVD #2).

Richardson MB, Williams MS, Fontaine KR, Allison DB. (2017). The development of scientific evidence for health policies for obesity: why and how? International Journal of Obesity. 41(6):840-848. doi: 10.1038/ijo.2017.71.

EA_059

Ríos-Hoyo A, Gutiérrez-Salmeán G. (2016). New Dietary Supplements for Obesity: What We Currently Know. Curr Obes Rep. 5(2):262-70. doi: 10.1007/s13679-016-0214-y.

Ruelius HW. (1987). Extrapolation from animals to man: predictions, pitfalls and perspectives. Xenobiotica. 17(3):255-65.

Sargeant JM, Rajic A, Read S, Ohlsson A. (2006). The process of systematic review and its application in agri-food public-health. Prev Vet Med. 75(3-4):141-51.

Schmidt LM, Gotzsche PC. (2005). Of mites and men: reference bias in narrative review articles: a systematic review. J Fam Pract. 54(4):334-8.

Sharma A, Akagi E, Njie A, Goyal S, Arsene C, Krishnamoorthy G, Ehrinpreis M. Acute Hepatitis due to Garcinia Cambogia Extract, an Herbal Weight Loss Supplement. Case Rep Gastrointest Med. 2018 Jul 26;2018:9606171. doi: 10.1155/2018/9606171. PMID: 30147968.

Strandberg TE, Pyörälä K, Cook TJ, Wilhelmsen L, Faergeman O, Thorgeirsson G, Pedersen TR, Kjekshus J; 4S Group. (2004). Mortality and incidence of cancer during 10-year follow-up of the Scandinavian Simvastatin Survival Study (4S). Lancet. 364:771-7.

Subbiah MT. (2007). Nutrigenetics and nutraceuticals: the next wave riding on personalized medicine. Transl Res. 149(2):55-61.

Swanson CA. (2002). Suggested guidelines for articles about botanical dietary supplements. Am J Clin Nutr. 75:8-10.

U.S. Food and Drug Administration. (1996). Guidance for the clinical evaluation of weight-control drugs. http://www.fda.gov/cder/guidance/obesity.pdf. The Federal Register of February 27, 1997 (62 FR 8961), lists this document as in force.

EA_060

U.S. Food and Drug Administration. (2014). Code of federal regulations Title 21. Retrieved from http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm?CFRPart=314&showFR=1&subpartNode=21:5.0.1.1.4.2

US Department of Education. (2003). Identifying and Implementing Educational Practices Supported By Rigorous Evidence: A User Friendly Guide. https://ies.ed.gov/pubsearch/pubsinfo.asp?pubid=NCEEEB2003

Yousaf MN, Chaudhary FS, Hodanazari SM, Sittambalam CD. Hepatotoxicity associated with Garcinia cambogia: A case report. World J Hepatol. 2019 Nov 27;11(11):735-742. doi: 10.4254/wjh.v11.i11.735.

Zlowodzki M1, Poolman RW, Kerkhoffs GM, Tornetta P 3rd, Bhandari M. (2007). International Evidence-Based Orthopedic Surgery Working Group. How to interpret a meta-analysis and judge its value as a guide for clinical practice. Acta Orthop. 78(5):598-609.

33

EA_061

**Exhibit C. Other cases in which I have testified as an expert witness at trial or in deposition in the last four years.**

1. I gave a deposition in the case of McKinney v. Qureshi, M.D. et al.

2. I gave testimony in the case of State of Oregon v. Living Essentials, LLC., et al., Case No. 14CV09149.

3. I gave a deposition in the case of Mickles v. Lynch, et al.

34

# EXHIBIT A

Friday, November 08, 2019

DAVID B. ALLISON, Ph.D.


*Dean,*
*Distinguished Professor,*
*& Provost Professor*

School of Public Health
Indiana University, Bloomington, Indiana
1025 E 7th Street, PH 111
Bloomington, IN 47405
Phone: 812-855-1250
Email: allison@iu.edu


CITIZENSHIP: United States Citizen

ORCID: 0000-0003-3566-9399

EA_064

## Table of Contents

| | |
|---|---|
| EDUCATION | 3 |
| CURRENT EMPLOYMENT | 3 |
| PAST EMPLOYMENT | 4 |
| PAST ACADEMIC APPOINTMENTS | 6 |
| HONORS & AWARDS | 8 |
| KEY LEADERSHIP ACTIVITIES | 12 |
| FORMAL LEADERSHIP TRAINING | 14 |
| PATENT(S) | 14 |
| BOARDS OF TRUSTEES | 14 |
| SERVICE TO THE NATIONAL ACADEMIES | 14 |
| CONSULTING AND ADVISING | 16 |
| RESEARCH INTERESTS AND EXPERIENCE | 22 |
| *GRANTS* | 22 |
| *ACTIVE GRANTS & CONTRACTS* | 22 |
| *GRANT APPLICATIONS AWAITING FINAL ADMINISTRATIVE APPROVAL FOR FUNDING* | 23 |
| *GRANT APPLICATIONS in REVIEW* | 23 |
| *PAST GRANTS* | 24 |
| *PUBLICATIONS* | 35 |
| *PUBLICATIONS IN PEER REVIEWED JOURNALS* | 35 |
| *BOOKS AND BOOK CHAPTERS* | 81 |
| *OTHER PUBLICATIONS* | 85 |
| *SUBMITTED FOR PUBLICATION/UNDER REVISION* | 96 |
| *PUBLISHED F1000 RECOMMENDATIONS* | 98 |
| ***PRESENTATIONS PUBLISHED as ABSTRACTS*** | 102 |
| ***PRESENTATIONS*** | 117 |
| SELECTED CLASSROOM TEACHING EXPERIENCE | 134 |
| CLINICAL EXPERIENCE | 135 |
| CONTINUING EDUCATION | 136 |
| EDITORIAL & REFEREEING EXPERIENCE | 136 |
| ***EDITORSHIPS*** | 136 |
| ***JOURNAL & BOOK REVIEWING*** | 137 |
| ***GRANT, CONFERENCE, & OTHER REVIEWING*** | 139 |
| INTRAMURAL COMMITTEE & SERVICE WORK | 140 |
| ORGANIZATIONAL AFFILIATIONS & APPOINTMENTS | 141 |
| CONFERENCE & WORKSHOP ORGANIZATION | 144 |
| MENTORSHIP ACTIVITIES | 145 |
| LICENSURES AND CERTIFICATIONS | 153 |
| REFERENCES | 154 |

EDUCATION

     Columbia University College of Physicians and Surgeons & Saint Luke's/Roosevelt Hospital
          NIH Post-Doctoral Research Fellowship in the Department of Medicine & Obesity Research Center, 1991-94

     Johns Hopkins University School of Medicine & The Kennedy Institute
          Post-Doctoral Fellow in Departments of Pediatrics and Behavioral Psychology, 1990-91

     Hofstra University, Hempstead, New York
          Ph.D. in Clinical and School Psychology from an APA approved program, July 1990.

     Hofstra University, Hempstead, New York
          Master of Arts in Clinical and School Psychology, August 1987.

     Vassar College, Poughkeepsie, New York
          Bachelor of Arts in Psychology, May 1985.

CURRENT EMPLOYMENT

*Indiana University Bloomington: August 2017 - Present*

Dean, School of Public Health.

Provost Professor (tenured). Provost professors "have achieved local, national, and international acclaim both for their research/creative activity and for their teaching"[1] and Indiana University.

Primary Departmental Affiliation: Department of Epidemiology & Biostatistics.

> ♦ *Distinguished Professor* (2018 to current). "Distinguished Professor is a University-wide appointment, recognizes international accomplishments, is to be limited in number, and is to be recommended to the Board by the Office of the President in order to confer richly deserved prestige and honor on those selected to receive this designation" (Indiana University Policy).

EA_066

## PAST EMPLOYMENT

### *The University of Alabama at Birmingham – Primary Roles*

> ♦ ***Distinguished Professor*** (2011 to 2017). "Distinguished Professor is a campus-wide appointment, recognizes international accomplishments, is to be limited in number, and is to be recommended to the Board by the appropriate President and the Chancellor in order to confer richly deserved prestige and honor on those selected to receive this designation" (UAB Faculty Handbook). Dr. Allison was the 21st person to receive this distinction in the history of UAB.

October 2016 to August 2017, my two primary roles within UAB (in addition to being a faculty member) were as follows.

### Associate Dean for Research & Science of the School of Health Professions

As Associate Dean for Research & Science, I serve as part of the School's leadership team. I advise the dean and contribute the School's development (philanthropic fund-raising campaign). My mission is to promote the highest levels of scientific achievement in terms of rigor, quality, impact, funding, and productivity. I am charged with developing a research promotion program involving seminars and services to facilitate, encourage, and support the School's scientific enterprise. I have responsibility for assessing the School's scientific productivity and needs and constructing a plan to meet those needs. That work is underway.

### Director, Nutrition Obesity Research Center and Director, Office of Energetics

Position entails: (a) Growing and leading Center of over 130 members; (b) Obtaining competitive renewals of NIH Center Grant; (c) Developing, obtaining funding for, and leading extramurally funded training programs in obesity; (c) arranging and overseeing educational enrichment program of seminars, courses, workshops, and national conferences; (d) conducting original research on the causes, consequences, and treatment and prevention of obesity; (e) Facilitating the nutrition and obesity research of other investigators by funding core laboratories and pilot grants; (f) mentoring students, fellows, and young faculty; (g) supervising administrative staff; (h) Promoting new cross-campus collaborations; and (i) publicity and fund-raising.

As Director of the Office of Energetics (with energetics being the study of the causes, mechanisms, and consequences of the acquisition, storage, and utilization of metabolizable energy by biological organisms), I am responsible for developing unique programs and initiatives for this highly collaborative Office. These programs and initiatives address obesity and related factors from multiple perspectives to provide new insights.

July 2011 through September 2016, my two primary roles within the University were as follows.

### Associate Dean for Science of the School of Public Health

As Associate Dean for Science, I play a major role the School's development (philanthropic fund-raising campaign), have responsibility for promoting higher levels of scientific investigation and developing a comprehensive Research Support Program that offers programs, seminars, and services to facilitate, encourage, and support the School's scientific enterprise. I also established programs for the publicity for our research activities and restructuring of the School's IT Department.

In this role I have led and/or participated in activities including:

- School Reaccreditation (CEPH)
- School-Level Strategic Planning
- Fund-raising
- Faculty Recruitment
- Development of graduate student and post-doctoral training programs
- Grant promotions
- Managing challenging ethical/personnel issues
- Representing the School on University committees and projects related to research
- Budgeting and fiscal management

### Director, Nutrition Obesity Research Center and Director, Office of Energetics

Position entails: (a) Growing and leading Center of over 130 members; (b) Obtaining competitive renewals of NIH Center Grant; (c) Developing, obtaining funding for, and leading extramurally funded training programs in obesity; (c) arranging and overseeing educational enrichment program of seminars, courses, workshops, and national conferences; (d) conducting original research on the causes, consequences, and treatment and prevention of obesity; (e) Facilitating the nutrition and obesity research of other investigators by funding core laboratories and pilot grants; (f) mentoring students, fellows, and young faculty; (g) supervising administrative staff; (h) Promoting new cross-campus collaborations; and (i) publicity and fund-raising.

As Director of the Office of Energetics (with energetics being the study of the causes, mechanisms, and consequences of the acquisition, storage, and utilization of metabolizable energy by biological organisms), I am responsible for developing unique programs and initiatives for this highly collaborative Office. These programs and initiatives address obesity and related factors from multiple perspectives in ways that provide new insights into this epidemic that ravages huge segments of the population.

### *The University of Alabama at Birmingham – Past Primary Roles (2001 to 2011)*

Primary Appointment: ***Professor of Biostatistics***. My primary roles within the University were.

### Head, Section on Statistical Genetics

Position entails: (a) Building and leading Section on Statistical Genetics; (b) conducting original research in design and statistical analysis methods with particular emphasis on statistical genetics; (c) conducting original research on the causes, consequences, and treatment and prevention of diseases areas; (d) collaborating with other investigators on their projects, particularly with respect to data analysis, and training students, interns and post-doctoral fellows; (e) developing curricula and participating in graduate level education; (f) supervising

### Director, Nutrition Obesity Research Center

Position (appointed 2003) entails: (a) Growing and leading Center; (b) Obtaining competitive renewals of NIH Core Grant; (c) Developing, obtaining funding for, and leading extramurally funded training programs in obesity research; (c) arranging and overseeing educational enrichment program of seminars, workshops, and national conferences; (d) conducting original research on the causes, consequences, and treatment and prevention of obesity; (d) Facilitating the nutrition and obesity research of other investigators by funding core laboratories and pilot grants; (f) mentoring students,

EA_068

faculty, fellows, and staff; and (g) fund-raising and administration.

fellows, and young faculty; (g) supervising administrative staff; and (g) fund-raising.

### *Other Notable Roles within UAB*

- Head, Section of Statistical Genetics (SSG), Dept of Biostatistics, 2001 - 2011. Founded SSG in 2001. At peak, SSG included 13 full time faculty, and roughly 40 total personnel, with a total annual budget of ~ 3 to 4 $million.
- Associate Director of Clinical Nutrition Research Center, 2001 – 2003
- Acting Director of Clinical Nutrition Research Center, Jan – May 2003
- Director of Nutrition Obesity Research Center (NORC; formerly called Clinical Nutrition Research Center), 2003 – 2017
- Senior Scientist, UAB Arthritis and Musculoskeletal Center, 2002 - 2017
- Senior Scientist UAB's Center for Outcomes and Effectiveness Research and Education (COERE), 2002 – 2017.
- Senior Scientist of UAB Comprehensive Cancer Center 2003 - 2017.
- Senior Scientist, UAB Minority Health and Research Center, 2003 – 2017
- Internal Advisory Committee member for UAB's Center for Aging Research, 2005 – 2017.
- Senior Scientist, UAB Center for Aging Research, 2005 – 2017
- Senior Scientist, UAB Comprehensive Diabetes Center, 2008 – 2017
- Senior Scientist, UAB Center for AIDS Research, 2008 – 2017
- Senior Scientist, UAB Center for Cardiovascular Biology, 2010 – 2017
- See '*INTRAMURAL COMMITTEE & SERVICE WORK*' section for additional UAB appointments.

### *Prior to UAB*

**June 1994 to March, 2001**

The New York Obesity Research Center, Saint Luke's/Roosevelt Hospital Center.  Position: Associate Research Scientist.  Position entails designing and conducting original research in the causes, consequences, and treatment and prevention of obesity and related areas, collaborating with other investigators on their projects, particularly with respect to data analysis, and training students, interns and post-doctoral fellows.

- Member of Executive Committee.
- Associate Director of Biostatistics & Computing Sub-Core.
- Associate Director of Post-Doctoral Fellow Training Program.

## PAST ACADEMIC APPOINTMENTS

**October, 2016 to 2017.**

*Primary Appointment*

Distinguished Professor, Department of Nutrition Sciences, Associate Dean for Research & Science, (with tenure) – University of Alabama at Birmingham, School of Health Professions.

*Secondary Appointments*

Professor, Department of Biology, College of Arts & Sciences, UAB.
Professor, Department of Biostatistics, School of Public Health, UAB.
Professor, Department of Genetics, School of Medicine, UAB.
Professor, Department of Medicine, School of Medicine, UAB.

**July, 2011 to September, 2016.**

*Primary Appointment*

Distinguished Professor, Quetelet Endowed Professor of Public Health, Associate Dean for Science, (with tenure) – University of Alabama at Birmingham, School of Public Health.

*Secondary Appointments*

Professor, Department of Biology, College of Arts & Sciences, UAB (as of Sept 1, 2016).
Professor, Department of Biostatistics, School of Public Health, UAB.
Professor, Department of Nutrition Sciences, School of Health Professions, UAB.
Professor, Department of Genetics, School of Medicine, UAB.
Professor, Department of Medicine, School of Medicine, UAB.

**March, 2001 to June 2011.**

*Primary Appointment*

Professor of Biostatistics (with tenure) – University of Alabama at Birmingham, School of Public Health, Department of Biostatistics.

*Secondary Appointments*

Professor, Department of Nutrition Sciences, University of Alabama at Birmingham.
Professor, Department of Genetics, University of Alabama at Birmingham.
Professor, Department of Medicine, Division of Rheumatology, University of Alabama at Birmingham.

**April 1999 to March, 2001**. Associate Professor of Medical Psychology (in Psychiatry) - Columbia University College of Physicians and Surgeons.

**December 1998 to June, 2001**. Doctoral Program Subcommittee on Nutrition Member, Columbia University Institute of Human Nutrition.

**July 1997 to 2000**. Assistant Professor (adjunct) of Psychology (in Psychiatry) in the Associated Faculty of the School of Medicine – University of Pennsylvania.

**September 1994 to March 1999.** Assistant Professor of Clinical Psychology (in Psychiatry) - Columbia University College of Physicians and Surgeons.

*HONORS & AWARDS*

- Selected to receive The *Harry V. Roberts Statistical Advocate of the Year Award* from the American Statistical Association, 2018.

- Elected to *European Academy of Sciences and Arts*, 2018.

- Elected to the *Academia Europaea*, 2017. *Academia Europaea* is the only Europe-wide Academy with individual membership from Council of Europe states and other nations across the world and is an organisation of eminent, individual scientists and scholars, covering the full range of academic disciplines.

- Selected to receive the *Thomas A. Wadden Award for Distinguished Mentorship* from the Obesity Society, 2017.

- Elected a fellow to the Academy of Behavioral Medicine Research, 2017.

- Received Texas A&M Department of Health & Kinesiology Scholar Award, the department's highest honor bestowed to colleagues in the field and delivered Distinguished Lecture, April, 2017.

- Received the American College of Nutrition's Mark Bieber Professional Award, 2016.

- Selected to deliver the 2016 Indiana University School of Medicine Corcoran Lecture, and distinguished endowed lectureship. Lecture delivered October, 2016.

- Invited to and attended *The White House by the Office of Science and Technology Policy* to participate in a symposium on *STEM mentoring and volunteering*, August, 2016.

- Elected a Fellow of the American Heart Association (FAHA) conferred by the Council on Lifestyle and Cardiometabolic Health, 2015.

- Selected as annual 'Blackburn Lecturer", 2015. Each year, the Blackburn Lectureship honors the seminal accomplishments of a leader in Obesity Medicine, who gives a state-of-the-art lecture at Harvard's *Blackburn Course in Obesity Medicine*.

- Awarded the 'F1000 Faculty Member of the Year Award 2014' for the Diabetes & Endocrinology Faculty.

- Elected as a Fellow of the New York Academy of Medicine, 2014.

- Elected as a Fellow of the Gerontological Society of America, 2014.

- Selected for the 2014 Carl J. Martinson, MD, Lectureship in Preventive Medicine by the University of Minnesota.

- Selected as the 2014 Atwater Lecturer by the USDA and the American Society for Nutrition. The W.O. Atwater Lectureship was established in 1968 to honor the memory of Wilbur Olin Atwater (1844-1907) and to recognize scientists who have made unique contributions toward improving the diet and nutrition of people around the world.

- Sigma Xi, The Scientific Research Honor Society – Elected to Membership, 2014.

- Appointed a Faculty Member of F1000Prime (http://f1000.com/prime) – 2014.

- Selected as the 1st prize of "International Journal of Environmental Research and Public Health Best Paper Award 2014" and received 600 CHF for paper:  Elobeid, M.A., Padilla, M.A., Brock, D.W., Ruden, D.M., Allison, D.B. (2010). Endocrine Disruptors and Obesity: An Examination of Selected Persistent Organic Pollutants in the NHANES 1999–2002 Data. *International. Journal of Environmental Research in Public Health* 7*, 2988-3005; doi:10.3390/ijerph7072988.* PMCID: PMC2922741.

EA_071

- Selected as the 2013 Joy Goodwin Distinguished Lecturer by Auburn University. http://www.vetmed.auburn.edu/joy-goodwin-lecture-series#.Uxsp6U2YY3E.

- Selected for membership in the national public health honor society, Delta Omega, 2013.

- Recipient of 2013 The Wright Gardner Award from the Alabama Academy of Science. This award was established by the Alabama Academy of Science to honor individuals whose research work during residence in Alabama has been outstanding.

- Elected to membership in the Johns Hopkins Society of Scholars in 2013. The Society was established in 1967 by the trustees of the University to honor distinguished former Johns Hopkins postdoctoral fellows and junior or visiting faculty who have served at least a year at Johns Hopkins and thereafter gained marked distinction elsewhere in their fields.

- Recipient of American Society of Nutrition's 2013 Dannon Institute Mentorship Award.

- Recipient of UAB Graduate Dean's Excellence in Mentorship Award for 2013.

> **Elected to National Academy of Medicine (formerly the Institute of Medicine) of the United States National Academies, 2012.**

- Appointed the first *Quetelet Endowed Professor of Public Health* by the University of Alabama at Birmingham, 2012.

- Elected to Fellowship in the Institute of Mathematical Statistics, 2012.

- Selected as the 2011 UAB Distinguished Faculty Lecturer Award. The Distinguished Faculty Lecturer Award honors individuals in the Academic Health Center of the University of Alabama at Birmingham who have made major contributions in education, research, or service. It is the highest award UAB gives on the Health Sciences campus. See: http://www.soph.uab.edu/event/distinguishedfaculty2011.

- Selected as 2011 Annual Delta Omega Honorary Society Lecturer by the University of South Carolina. Presented talk entitled: "Obesity: A Look Through the Kaleidoscope".

- Member of National Institutes of Health College of CSR Reviewers, appointed 2010.

- Recipient of the 2009 TOPS Research Achievement Award from the Obesity Society (formerly NAASO). This award recognizes an individual for singular achievement or contribution to research in the field of obesity. Recipients receive a $5,000 cash prize plus a travel grant to the Annual Scientific Meeting. The award was presented during a plenary session at the annual meeting at which the recipient delivers the TOPS Award Lecture.

- Recipient of the American Society of Nutrition's Centrum Center for Nutrition Science Award. Given in recognition of recent investigative contributions of significance to the basic understanding of human nutrition. Conferred at ceremony at the Experimental Biology meeting in 2009.

- Elected Fellow of the American Association for the Advancement of Science (AAAS), 2009.

- Elected as a Fellow of the Society of Behavioral Medicine, 2009.

- Faculty mentor of the year nominee at the Compact for Faculty Diversity Institute on Teaching and Mentoring, 2009.

- Elected as a Fellow of the American Psychological Association, 2008.

- Recipient of a 2008 Minority Health Research Center (MHRC) Charles Barkley Excellence in Mentoring Award. Award conferred by Charles Barkley at MHRC Gala.

> **Recipient of a 2006 Presidential Award for Excellence in Science, Mathematics and Engineering Mentoring (PAESMEM).** The White House established the Presidential Awards for Excellence in Science, Mathematics and Engineering Mentoring (PAESMEM) to identify outstanding mentoring efforts to enhance the participation of groups underrepresented in science, mathematics and engineering. The awards are given competitively as part of a national peer-review process. This is the nation's highest award for mentoring given to no more than 10 individuals nationally each year. It was accompanied by a $10,000 prize, a Presidential certificate awarded at the White House on November 16th, 2007, and a personal visit with President Bush in the Oval Office.

- Elected as a Fellow of the American Statistical Association, 2007, a distinction given to no more than 1/3rd of 1% of the membership annually.

- Elected Fellow of the American Psychological Society.

- Selected as a 2007 John H. Blaffer Lecturer by the MD Anderson Cancer Center.

- Selected as the Spring 2006 York Distinguished Lecturer by the University of Florida. See: http://yorklecture.ifas.ufl.edu/Allison.htm

- Selected as 2006 Residents' Invitational Grand Rounds Lecturer for the Department of Psychiatry at Washington University of St. Louis.

- Recipient of the 2005 UAB School of Public Health Distinguished Faculty Investigator Award.

- Elected as Fellow of the Society for Design and Process Science in 2004.

- Recipient of the 2002 Andre Mayer Award from the International Association for the Study of Obesity (IASO). This international award is given once every four years to signify outstanding achievement by an investigator who is less than 40 years old. Award conferred August 2002 and accompanied by a $1,000 prize.

- Recipient of the 2002 Lilly Scientific Achievement Award from the North American Association for the Study of Obesity (NAASO). This annual award is intended to signify outstanding achievement by an investigator who is within 15 years of having received their doctoral degree. Accompanied by a $5,000 prize.

EA_073

- Recipient of the 2000 Wodecroft Investigator Award from the National Alliance for Research on Schizophrenia and Affective Disorders.

- Recipient of the 1999 Award for *Outstanding Achievement in Health Psychology* from the Health Psychology Division of the American Psychological Association.

- Visiting Professor at Guy's & St. Thomas' Trust Hospital's Twin Research & Genetic Epidemiology Unit, London England, 1999-2000.

- Recipient of the 1996 Neal Miller Early Career Award from the Academy of Behavioral Medicine. Award accompanied by $1,500 prize.

- Received Bursary Award from the Ciba Foundation to attend Symposium on *The Origins and Consequences of Obesity* in Kingston, Jamaica, November 27-30, 1995. Award paid all expenses to conference and provided full support to visit and study in another scientist's laboratory. I studied statistical gene mapping strategies with Nicholas Schork and Robert Elston at Case Western Reserve University from January 1996 to February 1996.

- Received 1995 Young Investigators award for travel to and attendance at FASEB Summer Conference on *Genetic Aspects of Obesity and Energy Regulation*.

- Recipient of the 1994 Theodore Tjossom Post-Doctoral Award for paper: Allison, D. B., Heshka, S., Sepulveda, D., Babbitt, R. L., & Heymsfield, S. *Resting Metabolic Rate Among Persons with Down Syndrome*. Award accompanied by $400 prize.

- Finalist (one of three) for the Society for Clinical Trials' Student and Post-Doctoral Fellow Scholarship Awards for: Allison, D. B., & Pi-Sunyer, F. X. *Optimal Stage I Screening Criteria to Minimize Clinical Trial Recruitment Costs*. Presented at the annual meeting of the Society for Clinical Trials, May, 1994.

- Finalist for 1993 North American Association for the Study of Obesity Young Investigator Award for study: Allison, D. B., Neale, M. C., Heshka, S., & Heymsfield, S. B. *Race Effects in the Genetics of Adolescents' Body Mass Index.*

- Received Travel Award to Young Investigators at the 1993 FASEB Summer Conference on *Genetic Aspects of Obesity and Energy Regulation* held in Copper Mountain Colorado.

- Received 1992 Clinical Nutrition Fellows Award by the American Society for Clinical Nutrition for: Allison, D. B., Heshka, S., & Heymsfield, S. B. *The Independent Effects of Age on Metabolic Rate: A "Mini-Meta-Analysis."* Award accompanied by $750 prize.

- Received Merit Citation from Society for Behavioral Medicine for: Murphy, C. M., Babbitt, R. L., Allison, D. B., & Patterson, H. L. *The Prevalence and Characterization of Obesity Among Children with Developmental Disabilities Compared to Nondevelopmentally Disabled Controls*. Paper presented to the Society for Behavioral Medicine, 1992.

- Nominated for the 21st Annual James McKeen Cattell Award of the New York Academy of Sciences for an outstanding doctoral dissertation in psychology, 1990-91.

- Nominated for Robinson Award for best dissertation at Hofstra University in 1990.

KEY LEADERSHIP ACTIVITIES IN FUND-RAISING, EDUCATION, TRAINING & RESEARCH PROMOTION (selected)

- **Established the "William Sealy 'Student' Gosset Professorship" in Biostatistics at UAB.** Conceived the idea and raised the endowment funds. Approved by UAB's Board of Trustees in 2008. This is the first endowed professorship in UAB's School of Public Health.  Website at http://www.soph.uab.edu/ssg/opportunities/endowedprofessorship.

- **Established the "Sir David Cox Professorship" in Biostatistics at UAB.** Conceived the idea and raised the endowment funds. Approved by UAB's Board of Trustees in 2010. This is the second endowed professorship in UAB's School of Public Health.  Website at http://www.soph.uab.edu/news/coxprofessorship.

- **Established the "Quetelet Endowed Professor of Public Health" at UAB.** Conceived the idea and raised the endowment funds. Approved by UAB's Board of Trustees in 2012. This is the third endowed professorship in UAB's School of Public Health.  Website at http://www.uab.edu/development/waystogive/endowments/professorships.

- **Established the "Antoine Lavoisier Endowed Professorship of Energetics and Healthy Lifestyles" at UAB**. Conceived the idea and raised the endowment funds. Approved by UAB's Board of Trustees in 2014. This is the fourth endowed professorship in UAB's School of Public Health.

- **Founding Editor-in-Chief of Frontiers in Genetics**, an open-source peer-reviewed journal, 2010 - present.

- **Developed & Established Campus-Wide 'Biguan' Program,** a coaching and 'secluded writing' program for helping both senior and early-career faculty and scientists produce better grant applications with greater ease and speed implemented at UAB.

- **Science Unbound Foundation (SUF)**. Founded and serve as the President of the SUF. The SUF is an IRS-approved 501c3 not-for-profit foundation that was inaugurated on 6/17/03 and has as its mission: "Furthering scientific knowledge in the service of health, happiness, and quality of life of humankind through scientific research and education." The Foundation provides annual awards to investigators for papers published in 5 categories: (UAB) obesity or nutrition, (UAB) statistical genetics, (UAB) general statistics, (UAB Student) obesity-related research, & (New York Obesity Research Center, St. Luke's-Roosevelt Hospital/Columbia University) obesity-related. - Website at http://www.scienceunboundfoundation.org/index.html.

- **Janet L. Norwood Award for Outstanding Achievement by A Woman in The Statistical Sciences.** Conceived and established the award not only to recognize Dr. Norwood's achievements, but also to recognize the contribution of all women to the statistical sciences. Currently fund-raising for endowment. For details, see: http://www.soph.uab.edu/ssg/norwoodaward/aboutaward.

- **Short Course "Statistical Genetics & Genomics".** Principal Investigator & Director of National Science Foundation-funded national short course held annually. 2008 to 2010. - Website at http://www.soph.uab.edu/ssg/courses. .

- **Short Course "Statistical Genetics for Obesity & Nutrition Researchers".** Principal Investigator & Director of NIDDK-funded national short course "Statistical Genetics for Obesity & Nutrition Researchers" (R01DK056366 & R56DK056366). Six courses held with roughly 50 students per course for the grant period from 7/1/00 - 6/30/06. - Website at http://www.soph.uab.edu/ssg/courses.

- **Short Course "Frontiers in Statistical Genetics for NIAMS Researchers"**. Co-Director of NIAMS-funded national short course "Frontiers in Statistical Genetics for NIAMS Researchers"

(R13AR051126). Two courses held with roughly 50 students per course for the grant period 6/1/04 - 5/31/06. - Website at http://www.soph.uab.edu/ssg/courses.

- **Short Course on "Design and Analysis of Plant Microarray Experimentation**. Principal Investigator & Director of NSF-funded national short course offered as part of "Design and Analysis of Plant Microarray Experimentation" (grant # 0217651). Two courses held with roughly 50 students per course for the grant period from 10/1/02 - 9/30/06. - Website at http://www.soph.uab.edu/ssg/courses. .

- **UAB Statistical Genetics Post-doctoral Training Program**. Principal Investigator & Director of NHLBI-funded T32HL072757 "UAB Statistical Genetics Post-doctoral Training Program" for postdoctoral fellows. Wrote initial grant application to obtain funding for program, responsible for recruitment of fellows, overseeing implementation of program, mentoring other mentors, and mentoring selected fellows. 6 slots per year for the grant period 4/01/09 - 3/31/13. - Website at http://www.soph.uab.edu/ssg/opportunities/postdoctoral

- **UAB Obesity Post-Doctoral Training Program**. Principal Investigator & Director of NIDDK-funded T32DK062710 "UAB Obesity Training Program" for postdoctoral fellows. Wrote initial grant application to obtain funding for program, responsible for recruitment of fellows, overseeing implementation of program, mentoring other mentors, and mentoring selected fellows. 4 slots per year for the grant period 6/1/04 - 5/20/09. - Website at http://www.norc.uab.edu/opportunities

- **UAB NHLBI-funded Obesity Pre-Doctoral Training Program**. Principal Investigator & Director "UAB Pre-Doctoral Training Program in Obesity Related Research." A T32 pre-doctoral training grant from the National Heart, Lung, and Blood Institute (T32HL105349). Period: 09/22/2010 – 08/31/2015. Will have 8 slots per year once achieving steady state.

- **Kraft-UAB Obesity Pre-Doctoral Training Program**. Principal Investigator & Director of Kraft Foods-funded grant to offer pre-doctoral training fellowships to Ph.D. students studying obesity-related research at UAB. 2006 – 2013.

- **UAB Biostatistics Pre-doctoral Training Program**. Initial Principal Investigator & Director of NHLBI-funded 32HL079888 "UAB Biostatistics Pre-doctoral Training Program" predoctoral fellows. Wrote initial grant application to obtain funding for program, responsible for recruitment of fellows, overseeing implementation of program, mentoring other mentors, mentoring selected fellows, for the initial grant period. Then passed Directorship to Hemant Tiwari.  Website at http://www.soph.uab.edu/ssg/opportunities/predoctoral.

- **Hughes Med-Grad (HMG) Fellowship Program** for predoctoral fellows, Principal Investigator Thomas Clemens PhD. Assisted Dr. Clemens in conceiving program and writing grant application to the Howard Hughes Medical Institute. Currently serve as a member of the HMG Development Committee, Core Leadership team, Co-Direct the Quantitative Methods course, and as a potential mentor for fellows. The program aims to create a new pathway of graduate education designed to give PhD students a more targeted exposure of human biology and disease. The interdepartmental program pairs students with mentors conducting cutting edge disease-based research and provides exposure to patient-oriented, case-based topics, clinical research design and understanding of drug discovery. 6 slots, 4/1/06 - 3/31/10. - Website at http://peir.path.uab.edu/medintograd/cat_index_29.shtml.

- **Chair of UAB's Council of Center Directors.** Elected 2008. Served as Chair-Elect in 2009 and Chair in 2010. UAB's Council of Center Directors is the key convening body for the over 20 University-Wide Interdisciplinary Research Centers on campus that collectively represent on the order of 80% or more of the research conducted at UAB.

- **Creation of Professional Scientist Career Track at the University**. Conceived and led the university-level creation of a career track for professional non-faculty scientists with positions labeled *Scientist I* through *Scientist IV*. Approved by University in 2016.

EA_076

FORMAL LEADERSHIP TRAINING

Successfully completed Leadership Training in the Executive Education program at Duke University's Fuqua School of Business, 2010.

PATENT(S)

o Patent Pending US 20130261470 A1 Systems and methods for estimating body composition: http://www.google.com/patents/US20130261470.

BOARDS of TRUSTEES

- Chairman of the Board of Trustees for the International Life Science Institute, North America, 2013 to 2015.
- Member of the Board of Trustees for the International Life Science Institute, North America, 2002 to present.
- Vice-Chair of the Board of Trustees for the International Life Science Institute, North America, 2011 to 2013.

SERVICE to THE NATIONAL ACADEMIES

Provide regular service to the National Academies, including the National Academy of Sciences and the National Academy of Medicine (of which I am an elected member). Examples follow below.

- Review Monitor for study report: A Class Approach to Hazard Assessment of Organohalogen Flame Retardants.
- Reviewer for Academy report: *Open Science by Design: Realizing a Vision for 21st Century Research*, 2018.
- Proposal reviewer for National Academy of Sciences Sackler Colloquium on *Science of Science Communication IV*. (http://www.nasonline.org/programs/sackler-colloquia/) – 2018.
- Appointed Member to The National Academies of Sciences, Engineering, & Medicine (NASEM) Committee: Reproducibility and Replicability in Science, 2017 - . Produced report. https://doi.org/10.17226/25303
- Lead organizer and proposer for National Academy of Sciences Sackler Colloquium (http://www.nasonline.org/programs/sackler-colloquia/) titled "Reproducibility of Research: Issues and Proposed Remedies." Held in March 2017.
- Committee member of the National Academy of Engineering (NAE) project on *Promising Practices and Innovative Programs in Responsible Conduct of Research (RCR)*. 2019-2020.

Invited by the Governing Board of the National Research Council to provide a lecture offering perspective on reproducibility and replicability in research at the May 2017 meeting at the National Academies Keck Center.

Appointed to the Academies' Committee on Breakthroughs 2030: A Strategy for Food and Agricultural Research, to lead the development of an innovative strategy for the future of food and agricultural research, 2017. Produced report. https://doi.org/10.17226/25059

- Consultant to Editor-in-Chief and Deputy Executive Editor of the *Proceedings of the National Academy of Sciences* (PNAS) on checking the statistical analyses of research in question and

charged with drafting new instructions for authors on statistical analysis and reporting guidelines for PNAS, 2017.

- Participated by invitation in The National Academy of Sciences' Government-University-Industry Research Roundtable on Scientific Integrity Consortium meeting, March, 2017.

Appointed to first expert panel on purported mathematical errors in the 2011 IOM Report, "Dietary Reference Intakes: Calcium and Vitamin D," for which we examined statistical mistakes in reference to the calculation of dietary intake of Vitamin D for the National Academy of Sciences, 2017. Appointed to second expert panel to assess impact of mathematical errors in the 2011 IOM Report, "Dietary Reference Intakes: Calcium and Vitamin D" for the National Academy of Sciences, 2017.

- Serving as Review Monitor for Food and Nutrition Board (FNB) of the National Academies of Sciences, Engineering, and Medicine report *Development of Guiding Principles for the Inclusion of Chronic Disease Endpoints in Future Dietary Reference Intakes*, 2017.

- Reviewer for "Fostering Integrity in Research" report of the National Academy of Sciences, 2016.

- Reviewer of report by the Health and Medicine Division of the National Academies of Sciences, Engineering, and Medicine, Committee on Food Allergies: Global Burden, Causes, Treatment, Prevention, and Public Policy, 2016.

- Review of "Toward Science-Based Approaches to Science Communication" by the Committee on the Science of Science Communication: A Research Agenda, Division of Behavioral and Social Sciences and Education, National Academy of Sciences, 2016.

- Reviewer of "Toward Science-Based Approaches to Science Communication" by the Committee on the Science of Science Communication: A Research Agenda, Division of Behavioral and Social Sciences and Education, National Academy of Sciences, 2016.

Member of The National Academies of Sciences, Engineering, and Medicine Intelligence Science and Technology Experts Group (ISTEG) organized to support the Office of the Director of National Intelligence (ODNI), 2015-present.  Approved by the US Government to review classified information.

- Reviewer for the National Academy of Sciences and National Research Council report on "The Postdoctoral Experience Revisited: When the Ideal and the Reality Diverge," 2014.

- Reviewer for Institute of Medicine on *Consequences of Sodium Reduction in Populations*, 2013.

- Reviewer for Institute of Medicine - *Draft on Taking Action in Evaluating Progress of Obesity Prevention Efforts*, 2013.

- Appointed Planning Committee Member of the National Academy of Medicine's Interest Group (IG) 12 on Nutrition, Diabetes, and Obesity. December 2012 through November 2013.

- Appointed Chair the of the National Academy of Medicine's Interest Group (12) on Nutrition, Diabetes, and Obesity, beginning on 11/1/13 for a two-year term.

- Appointed Member the leadership team of the National Academy of Medicine's Interest Group (12) on Nutrition, Diabetes, and Obesity, 2015–2016.

- Appointed Member of the National Academy of Medicine Interest Group Monitoring Committee January 2016 through December 31, 2017.

- Allison, D.B. (2012) "Myths, Presumptions, and Facts of Obesity: Science as the Sifter." Invited speaker for the National Academy of Sciences Institute of Medicine (IOM) interest group meeting. Washington, DC on October 14, 2012.

- Allison, D. B. Moderator/Socratic Dialogue Leader for session on *FOOD TECHNOLOGY: DIRECTIONS FOR THE FUTURE*. Invited presentation at the Institute of Medicine's Food Forum, November, 2010.

EA_078

- Allison, D. B. (July, 2000). Obesity, Genetics and Mortality. An invited address delivered before the National Academy of Sciences' Panel on Dietary Reference Intakes, Washington, D.C.
- Reviewer for *Proceedings of the National Academy of Sciences* — 2004, 2007, 2009, 2015, 2017, 2018.

## CONSULTING and ADVISING (selected listing)

GOVERNMENT (not necessarily an exhaustive listing)

- Invited member of National Institutes of Health (NIH) Nutrition Research Thought Leader Panel to "provide visionary input in prioritizing gaps and opportunities for strategic planning of nutrition research at the NIH", 2017.
- By invitation, provided written testimony to the *House Committee on Agriculture* regarding the use of scientific methods to inform policy decisions regarding nutritional matters, including SNAP benefits, February, 2017.
- Advisory Committee Member of the NIH/NIDDK-sponsored Mouse Metabolic Phenotyping Centers (MMPC), 2016 - present
- Special Government Employee for the Food and Drug Administration (FDA), 2015 – present.
- Consultant/Invited Commentator 2016 for the Strategic Review of Nutrition and Human Health research of the UK Medical Research Council (MRC) and the UK National Institute for Health Research (NIHR).
- Consultant to Federal Trade Commission (FTC) on validity of weight loss product claims, 1998 – 2005, 2009-2010, 2012-2017.
- Consultant to the State of Oregon Department of Justice on the validity of marketed claims in dietary supplements, 2015-2016.
- Consultant to NIH's Office of the Director on selecting and prioritizing Common Fund Initiatives via the *Innovate to Accelerate* committee, 2015.
- Consultant/Panelist to NIH Obesity Research Task Force Seminar on neuromodulatory therapies for the treatment of obesity, 2015.
- Co-led Workshop given to FDA's Contacts in the Center for Biologics Evaluation & Research (CBER) on the Application of Genomic Science, Sept, 2012.
- Member of Advisory Board for National Institutes of Health (NHLBI)'s Bed to Bassinet pediatric heart research program, 2010 – 2011.
- Consultant to U.S. Department of Justice (DOJ) on validity of weight loss product claims, 2004 – 2006.
- Consultant to United States Postal Inspectors' Service on validity of weight loss product claims, 2001, 2004 - 2005.
- Consultant to Food and Drug Administration's (FDA) on validity of weight loss product claims, 2002 – 2004.
- Consultant/reviewer for the RAND Corporation on a comprehensive report of the safety and efficacy of ephedra and ephedrine containing products for weight loss funded by the Agency for Health Care Policy & Research, 2002.
- Consultant to the National Institute of Diabetes, Digestive, and Kidney Diseases (NIDDK) of the National Institutes of Health on preparation of the document: *Conquering Diabetes.*

*Highlights of program efforts, research advances opportunities. A scientific progress report on the Diabetes Research Working Group's strategic plan.* NIH Publication No. 02-5137. September, 2002.

- Served on a special Public Affairs Task Force of the North American Association for the Study of Obesity (NAASO) to provide information regarding dietary supplements for weight loss to the U.S. General Accounting Office (GAO) – 2002.

- Consultant to the Food and Drug Administration in their oversight and collaborative development of Proctor & Gamble's post-market surveillance of olestra *(Olean)*; 1996-1997.

- Statistical Consultant to U.S. Department of Justice, Federal Bureau of Prisons regarding detection of malingering versus psychopathology, 1996.

- Member of expert advisory panel convened by the Life Sciences Research Office of the Federation of American Societies of Experimental Biology at the behest of the Food and Drug Administration (FDA) to prepare a document advising the FDA as to how to review petitions for new food additives (e.g., macronutrient substitutes), 1996-1999.

- Served on Food and Drug Administration's (FDA) Scientific Advisory Council to review the fat replacer *olestra* (sucrose polyester), 1995.

NON-PROFIT (not necessarily an exhaustive listing)

- Member of the MD Anderson Cancer Center's President's Advisory Board, 2016-2018.

- Served as Panelist-Mentor for The Dannon Institute's Nutrition Leadership Institute, June 2017.

- Member of Scientific Advisory Board for the Nutrition Science Initiative, 2015 – present.

- Statistical consultant to Palo Alto Longevity Prize (http://paloaltoprize.com/), 2015 – present.

- External Advisory Board member for the Nutrition Science Initiative (NuSI)-funded Consortium Experiment on macronutrient composition and metabolic effects, 2013 - 2016.

- Reviewer of draft position statement for the American Society for Nutrition (ASN), 2013.

- Advisor to The David and Lucile Packard Foundation on fructose-related research, 2012.

- Consultant to Consumers' Union regarding survey design to assess weight loss success associated with various commonly marketed techniques, 2001.

- "Communicator" for the International Food Information Council, an organization whose mission is to help the public and mass media obtain accurate information regarding food-related issues.  Responsibilities include giving interviews to members of the mass media, developing educational materials for the general public, and helping to organize conferences; 1995-2008.

- Panel participant for the Life Science Research Office of the Federation of American Societies of Experimental Biology's planning group to develop guidelines and procedures for third party review of health and other claims for dietary supplements, 2000.

- Member of the Advisory Board of the *Partnership for the Promotion of Healthy Eating and Active Lifestyles (PPHEAL)* a group whose mission is to use scientific knowledge to promote healthier lifestyles in the areas of diet and activity, 1999 to 2000.

- Member of International Life Science Research Institute's Food Safety and Nutrition Committee, 1997-2000.

- Statistical Consultant to Community Research Initiative on AIDS, 1997.

- Member of the *International Food Information Council*'s Expert Committee, 1995 - ~2010.

- Statistical Consultant to *God's Love We Deliver* for a project related to the effects of home nutrition on health and quality of life, 1995.

- Statistical Consultant to the International Life Sciences Institute and the United States Department of Agriculture on an experimental assessment of the effects of *trans*-fatty acid consumption.

- Grant writing and statistical consultant to the Milestone School for Child Development, 1991 to 1995.

- Consultant on research design and statistics to the Crossroads School for Child Development, 1995 to 2000.

- Served on the *Obesity & Health* Task Force on Weight Loss Abuse, 1992-1993.

- Served on Advisory Board for the Betty Jane Rehabilitation Center of Ohio, 1991-1992.

ACADEMIC/SCIENTIFIC (not necessarily an exhaustive listing)

- Member of the board-appointed Committee on Science and Technology Engagement with the Public (CoSTEP) for the American Association for the Advancement of Science, 2014 – 2017, reappointed for second term 2017-2020.

- Technical Expert for a Johns Hopkins University Evidence-based Practice Center project on obesity prevention and control, 2016-2017.

- NIH COBRE External Advisory Committee for the Center for Childhood Obesity Prevention (CCOP) at the University of Arkansas for Medical Sciences.

- Member of the External Advisory Committee for the Mid-Atlantic Nutrition Obesity Research Center (NORC) at University of Maryland, 2012-2014.

- Chaired the First International Advisory Board, Department of Human Nutrition, Faculty of Life Sciences, University of Copenhagen, 2010.

- Member of Data Safety and Monitoring Board (DSMB) for Serena Trial for Dr. Robert Ross at Queens University of Canada – 2010 – 2013.

- Consultant to Dr. Zhao Chen of the University of Arizona on design and analysis of genome wide association studies – 2008 to 2012.

- Consultant to Dr. Catherine Kotz of the University of Minnesota on VA-funded and NIH-funded obesity-related research – 2004 - 2009.

- Consultant to Dr. Nir Barzilai of Albert Einstein College of Medicine on NIH-funded aging- and obesity-related research – 2004 - 2007.

- Consultant to Dr. Anil Malhotra of Long Island Jewish Hospital on antipsychotic-induced weight gain – 2005 - 2007.

- Member of External Advisory Board, Yale/NIDA Neuroproteomics Research Center, 2005 – 2006.

EA_081

- Ad-hoc Member of the Jackson Laboratory's Board of Scientific Overseers, 2003.

- Member of the External Advisory Committee to the University of Arkansas' NIH-funded Biomedical Research Infrastructure Network, 2001 - 2003.

- Member of the External Advisory Board to the University of Alabama's NIH-funded Clinical Nutrition Research Center, 1999 to 2001.

- Consultant to Dr. Julie Mattison, and formerly Drs. Mark Lane, George Roth, and Donald Ingram of the National Institute on Aging for a study of Caloric Restriction and Longevity among Non-Human primates, 1999 to 2013.

- Consultant to Dr. Richard Weindruch of the University of Wisconsin at Madison on program project grant to evaluate the effects of caloric restriction on health and longevity in non-human primates (rhesus monkeys) and related projects, 1998 to 2012.

- Consultant to Dr. Philippe Froguel of the Pasteur Institute on statistical methods for detecting obesity and diabetes genes, 1999.

- Consultant to Dr. David Watkins of the University of Wisconsin at Madison and now University of Miami on the statistical analysis of data regarding the development of HIV vaccines, 1999 to Present.

- Consultant to Dr. Louis Picker of Oregon Health & Science University on the statistical analysis of data regarding the development of HIV vaccines, 2003 to 2006.

- Consultant/Advisory Board member for Dr. Richard Miller's program project grant "*Genetics of Age-Sensitive Traits In Mice*" at the University of Michigan, Ann Arbor, 2001.

- Statistical consultant to Dr. Robert Ross of Queen's University (Canada) on issues related body composition changes with exercise treatment, 1999-2001.

- Statistical consultant to Dr. Howard Pratt of Indiana University School of Medicine on NIH-funded research regarding the genetics of blood pressure regulation, 2000 – 2005.

- Consultant to the National Institute of Diabetes Digestive and Kidney Disease's research center in Phoenix, Arizona (Drs. Knowler, Tataranni, Ravussin, and Bogardus) on statistical and methodological issues in conducting their genome-wide search for obesity and diabetes genes in Pima Indians. December, 1997 and on general obesity research issues, 2000 - 2005.

- Consultant to Dr. George L. Blackburn of Harvard University on multiple NIH proposals and NIH-funded projects in the 1990s.

- Consultant to Dr. Alan Green of Harvard University on anti-psychotic induced weight gain, 1999 to 2001.

- Consultant to Dr. James Swanson of University of the California at Irvine on Statistical Genetics, 2000.

- Consultant to Drs. Albert J. Stunkard, Myles Faith, and others of the University of Pennsylvania on statistical and obesity related issues, 1996 – 2000, 2003-2004.

- Consultant to Dr. Caryn Lerman of the University of Pennsylvania on statistical aspects of pharmacogenetics, 2003- 2006.

- Consultant to NIH grant R21 DK44434 on "Long-term outcome of obesity treatment in minority women" (Principal investigator - George Blackburn, Harvard Medical School).

- Statistical consultant for numerous grants obtained by investigators at St. Luke's/Roosevelt hospital in the areas of obesity, diabetes, body composition, and AIDS, 1994 - 2006.

- Statistical consultant for doctoral students at Hofstra University, Columbia University, Johns Hopkins University, University of Washington at Seattle, Adelphi University, New York University, The New School for Social Research, & Albert Einstein College of Medicine.

- Consultant to Dr. Tim Spector at St Thomas Hospital, Twin Research & Genetic Epidemiology Unit for Wellcome Trust grant "Whole-genome transcriptomic profiling: A resource for the discovery of expression QTLs associated with common disease", 2007 – ~2009.

LEGAL CONSULTING (not necessarily an exhaustive listing)

- Consultant to The Perry Law Firm, L.L.C on obesity-related litigation, 2006 – 2007.
- Consultant to Lopez, Hodes, Restaino, Milman & Skikos, A Law Corporation, on obesity-related litigation, 2004 - 2009.
- Consultant to Bersenas Jacobsen Chouest Thomson Blackburn LLP on obesity- and statistically-related litigation, 2005-2007.
- Consultant to Maynard, Cooper & Gale, P.C., A Birmingham, Alabama law firm regarding anti-obesity drug litigation, 2003.
- Consultant to law firm of Ulmer & Berne LLP, regarding dietary supplement litigation, 2003 – ~2009.
- Consultant to Lee, Smart, Cook, Martin & Patterson, PS, Inc., a Seattle, Washington law firm, 2001.
- Consultant to Gibson, Dunn & Crutcher LLP, a Los Angeles, California law firm, 2002 - 2006.
- Consultant to Parenti, Falk, Waas, Hernandez & Cortina, Attorneys at Law, regarding obesity-related litigation, 2002.
- Consultant to Paterson, MacDougall, a Toronto, Canada law firm serving both domestic and international clients, regarding obesity related issues, 2000 - 2001.
- Consultant to Wilentz, Goldman, & Spitzer, Attorneys at Law regarding OTC weight-loss product claims litigation, 1999-2008.
- Consultant to McKenna & Cuneo, L.L.P and McKenna Long & Aldridge LLP, Attorneys at Law regarding anti-obesity drug litigation, 1998 to 2006.
- Consultant to Spadoro & Hilson, Attorneys at Law regarding actuarial lifetable estimation for obese decedents, 1998.

OTHER INDUSTRY (not necessarily an exhaustive listing)

- Chair of research grants committee, Dry Bean Health Research Program for the Northarvest Bean Growers Association, 2008 – present.
- Chair of United Soybean Board's research grants committee, 1999 – 2017.

- Chairperson for the Pfizer Visiting Professorships in Obesity Academic Advisory Board, 2009 - 2011.

- Member of the United Soybean Panel's Nutrition Advisory Board, 1996 - 2006.

- Member of Scientific Advisory Board for Kraft Foods, Inc, 2003 – 2012.

- Member of Scientific Advisory Board for McCormick Science Institute, 2007 – 2009.

- Member of Scientific Advisory Board for MediFast, Inc, 2009.

- Member of Scientific Advisory Board for NutriPharma, Inc., 2000 – 2005.

- Member of Scientific Advisory Board for Genome Explorations, Inc., 2003 – 2010.

- Member of Scientific Advisory Board for Vivus, Inc., 2007 – 2011.

- Member of Scientific Advisory Board for Biofortis, Inc., 2016 – present.

- Member of Scientific Advisory Board for Ikea, 2016 - 2018.

- Member of US Obesity Advisory Board for Merck Pharmaceuticals, Inc., 2007 – 2009.

- Member of the Nutritional Advisory Board for Nabisco, Inc., 1994 - 2000.

- Member of the *Wheat Council*'s panel of experts, 1998 – 2001.

- Member of Obesity Education Network Editorial Board for Sui Generis Health and Eisai Pharmaceuticals, 2012 – 2014.

# RESEARCH INTERESTS and EXPERIENCE

*ACTIVE GRANTS & CONTRACTS* (not necessarily exhaustive or fully updated– see other support pages for more updated listing)

> Allison, D.B. (**principal investigator**) et al. Energetics, Disparities, & Lifespan:   A unified hypothesis.  R01AG043972. *A Transformative R01* from the National Institutes of Health. 9/2012 - 5/2020.  $8,000,000 (approximate total costs). This grant application addresses evolutionary genetic hypotheses involving obesity, social disparities, and longevity.

Allison, D.B.(**principal investigator**), Fontaine, K. (co-principal investigator), Brown, A. (co-principal investigator). Strengthening Causal Inference in Behavioral Obesity Research. Period: 7/01/20 – 6/30/24. Total amount: $848,018.

Allison, D.B. (**principal investigator**). Post-Doc Support. To train a post-doc in studying rigor, reproducibility, and transparency in science. Funded by the Gordon and Betty Moore Foundation. Period: 9/1/2019 – 8/31/21. Total amount: $177,500.

Allison, D.B. (**principal investigator**). Rigor, Reproducibility, and Transparency (RRT) in the Interdisciplinary Interface. A grant to host a think-tank on the promotion of RRT in science. Funded by the Sloan Foundation. Period: 4/1/2019 – 3/31/2020. Total amount: $19,960.

Allison, D. B. (**principal investigator**) et al. Obesity and Longevity Across Generations. R01AG057703. An R01 grant funded by the National Institute on Aging (NIH). Period: 09/01/2018 – 05/31/2022. Annual direct costs: $175,000. Purpose: Understanding how and why obesity is associated with reduced longevity and who is most vulnerable to its health risks.

Allison, D. B. (**principal investigator**) & Fontaine, K. R. (principal investigator – multi-PI grant). Strengthening Causal Inference in Behavioral Obesity Research (R25HL124208). A national short fund funded by the National Heart Lung and Blood Institute (NHLBI) of NIH. Project Period: 07/01/14 - 08/30/2020. Total costs all 5 years: ~$1,000,000.

Allison, D.B. (**subcontract principal investigator**) Nathan Shock Centers Coordinating Center (NSC3) Funded by the National Institutes of Health. U24AG056053.  Period 04/01/17 – 03/31/20.  Total costs:  $1,310,992.

Allison, D.B. (**subcontract principal investigator).** Xun, P. (co-principal investigator). Daily Self-Weighing for Obesity Management in Primary Care. Funded by the National Institutes of Health. R01DK118939. Period: 6/15/2019 – 03/31/2024. Total amount: $108,975.

Austad, S., Allison, D. B. (**Associate Director/Co-Investigator**), et al. Comparative Energetics and Aging. A P30 Nathan Shock Center grant for the study of the basic biology of aging. Funded by the National Institute on Aging (NIA/NIH). P30AG050886. Total annual costs: $344,827. Project Period: 07/15/2015 – 06/30/2020.

Brown, A.W. & Allison, D.B. (**co-investigator**). Moving beyond single analyses for more rigorous inferences about beef intake and cardiovascular health. Funded by the National Cattlemen's Beef Association.  Period: 10/1/19 – 9/31/21. Total amount: $74,365.

Ludwig, D. (joint PI) Allison, D. B. (**joint-PI**). Macronutrients and Body Fat Accumulation: A Multicenter Mechanistic Feeding Study. Funded by the Laura & John Arnold Foundation. Period: 9/01/17 – 08/31/21. Total amount: >$12,000,000.

Smith, D.L. (joint-PI) Allison, D.B. (**joint-PI**) Potato Consumption and Energy Balance: A Randomized, Controlled Clinical Trial.  Funded by the Alliance for Potato Research & Education.  Period:  7/01/17 – 3/11/20.  Total amount:  $175,000.

Stahl, C. ….Allison, D. B. (**co-investigator**). Improving Swine Growth via Nutritional Programming of Stem Cell Populations. Funded by the United States Department of Agriculture (USDA). Project period: 03/1/16 - 9/30/19. Total costs $499,970.

Stahl, C. ….Allison, D. B. (**co-investigator**). R01HD092304. A porcine model for investigating the role of an insulin signaling regulator in development and disease. An R01 grant funded by the National Institutes of Health (NICHD). Period: 9/1/2018 – 8/31/2023. Annual costs: $304,633. Purpose: To conduct and interpret analysis from RNA sequencing experiments to investigate the role of an insulin signaling regulator in development and disease.

Wanagat, J. (corresponding PI) …Allison, D. B. (**joint-PI**). Mitochondrial DNA Deletion Mutations: Biomarkers of Aging. Funded by the National Institute on Aging (NIH). R56AG060880. Period: 09/30/2018 -08/31/2019. Total amount: $441,047.

*GRANTS with CONSULTING ROLES*

Boyer, B., Tiwari, H. K. ,… & Allison, D. B. (**originally co-investigator, now consultant**). Epigenome modification by a dietary pattern rich in polyunsaturated fatty acids. Funded by the NIDDK/NIH: R01DK104347. Project Period: 09/20/2016 – 07/31/2020. Total costs: $2,568,000.

Fouad, M., Garvey, W. T., & Allison, D. B. (**originally co-investigator, now consultant**). UAB STEP-UP: Promoting Diversity through Mentored Research Experiences (UAB STEP-UP). R25DK113652 funded by the National Institutes of Health (NIDDK). 04/01/17 – 03/31/22. $255,000.

**GRANT APPLICATIONS AWAITING FINAL ADMINISTRATIVE APPROVAL FOR FUNDING** (not necessarily exhaustive or fully updated– see other support pages for more updated listing)

Allison, D.B., (**principal investigator**), Thomas, D. (co-principal investigator), Brown, A. (co-principal investigator). The Mathematical Sciences in Obesity Research. Period: 4/01/20 – 3/31/25. Total amount: $540,000.

**GRANT APPLICATIONS in REVIEW** (not necessarily exhaustive or fully updated– see other support pages for more updated listing)

Allison, D.B. (principal investigator). Inculcating self-identify as a scientist *cum* truth-seeker for promoting research rigor: Feasibility testing of an educational intervention. Funded by the Spencer Foundation. Period: 8/01/20 – 7/31/22. Total amount: $24,814.

Allison, D.B. (**subcontract principal investigator**). Center for Statistical Network Genetics. Period: 4/01/20 – 3/31/25.  Total amount: $1,436,233.

Allison, D.B. (**subcontract co-principal investigator)** and Harezlak, J. Platform for the Integration and Analysis of Wearable Sensor Data.  Funded by NIH/InfotechSoft.Period:  4/01/20 – 11/30/22. Total amount: $85,710.

Allison, D.B. (**principal investigator**). Toward a more rigorous and informative nutritional epidemiology: the rational space between dismissal and defense of the status quo. Funded by the National Cattlemen's Beef Association. Period: 1/1/20 – 6/30/20. Total amount: $25,200.

Allison, D.B. (**principal investigator**). Metascience Grant 2019: Pilot Testing Efficient, High-Throughput Methods for Identifying Features of Rigor in Published Research Papers. Submitted to the Fetzer Franklin Fund. Period: 11/01/19 – 8/31/20. Total amount: $17,822.

Chusyd, D., Allison, D.B. (**co-investigator**). Anthropogenic related stress on reproduction in African forest elephants.  Period: 2/01/20 – 1/31/22. Total amount: $13,030.

Jayawardene, W.P., Johnston, J.D., Huber, L.L., Frey, G.C., Dickinson, S.L., & Allison, D.B. (**co-investigator**). Tracking Together: Human and Canine Activity Monitors for Longer, Healthier Lives. Submitted to Mars, Inc. Period: 1/01/20 – 6/30/21. Total amount: $25,880.

### *PAST GRANTS* (not necessarily an exhaustive listing)

Affuso, O.T……Allison, D.B. (**co-investigator**). A photographic method for human body composition assessment.  An R01 funded by the National Institutes of Health.  6/01/2012 – 4/30/2017.  Period:  5 years.  $2,388,439 (total costs)

Allison, D. B. (**principal investigator**) & Thomas, D. M. (principal investigator – multi-PI grant).  The Mathematical Sciences in Obesity Research (R25DK099080). A national short funded by the National Institute of Diabetes, Digestive, and Kidney Disease of NIH. Total costs all 5 years: $543,995. Period:  07/01/13 – 6/30/18

Allison, D. B. et al. (**principal investigator**), et al. Supplement to UAB Nutrition Obesity Research Center to Identify aspects of the reporting and conduct of murine obesity-related research that can use improvement, and provide ways to improve at least one aspect of such research: statistical analysis. P30DK056336. Funded by the National Institutes of Diabetes Digestive and Kidney Diseases. Budget Period: 06/01/2016 – 05/31/2018. Total costs, $100,000.

Allison, D.B. (**principal investigator**) Science Dialogue Mapping of Knowledge and Knowledge Gaps Related to the Effects of Dairy Intake on Human Health.  Funded by the National Dairy Council. Period:  6/01/16 – 3/31/18.  Total amount:  $151,376.

Allison, D. B. (**principal investigator**) & Brown, A. W. (principal investigator – multi-PI grant).  Beyond textbook, yet simple, statistical tools for reproducible animal research (R25GM116167). A grant to develop training modules and educational materials that address commonly encountered but unexpectedly complex statistical and research design issues for the NIH. Funded by the National Institute of General Medical Sciences (NIGMS) of NIH. Project Period: 9/10/15 – 8/31/17. Year 1 direct costs $73,505.

Allison, D. B. (**principal investigator**). Dialogue mapping the health effects of dairy. Funded by Dairy Management Inc. Project Period: 06/1/16 - 06/01/17. Total costs, $250,000.

Allison, D. B. (**co-principal investigator**) & Michael, M. (co-principal investigator), et al. Grand Rounds program inspired by the Moments in Leadership: Case Studies in Public Health Policy and Practice. Funded by Pfizer Pharmaceuticals. Total Amount: $15,000 (total costs). Period: 1/1/09 to 12/31/09.

Allison, D. B. (**principal investigator**) & Beasley, T. M. *Statistical Support Contract To The National Institute of Aging's Study On Caloric Restriction And Aging In Non-Human Primates.* Funded by the National Institute on Aging. Period: 6/1/99 – 9/25/14 Current Annual Amount: **$44,000** (annual direct costs).

Allison, D. B. (**principal investigator**) & Fontaine, K. R. *Obesity & Headache in Women*. Research funding provided by Ortho-McNeil Pharmaceuticals. Total Amount: **$38,000**. Period: 6/1/04 – 5/31/06.

Allison, D. B. (**principal investigator**) & Neale, M. C. *Robustness of Maximum Likelihood-Based Variance Components Tests of Genetic Linkage For Quantitative Traits When Data Are Not Normally*

*Distributed.* A grant funded by the Pittsburgh Supercomputing Center for supercomputing time (no dollar amount requested) through NIH grant 2P41RR06009-110234. Period: 3/1/98 – 7/31/05.

Allison, D. B. (**principal investigator**) & Tiwari, H. T. GWA Test-Driver: A Do-it-yourself genome-wide association study planner. Funded by the UAB Health Services Foundation General Endowment Fund. Total Amount: **$236,344**. Period: 3/1/07 – 2/28/08

Allison, D. B. (**principal investigator**) & Vasselli, J. R. Development & Evaluation Of A Rodent Model of Anti-Psychotic Induced Weight Gain. Funded by Pfizer Central Research. Total Amount: **$49,623** (direct costs). Period: 1/1/00 – 12/31/00.

Allison, D. B. (**principal investigator**) and Van Itallie, T. B. *Development of an Obesity Data Book Proposal.* A contract from the North American Association for the Study of Obesity. Period: 4/1/97-12/31/01. Total Amount: **$60,000.**

Allison, D. B. (**principal investigator**) et al. *A method to increase activity in obese children.* An R03 proposal funded by the National Institute of Diabetes, Digestive and Kidney Diseases. Period: 3/1/97 – 3/1/99. Total Amount: **$100,000** (direct costs).

Allison, D. B. (**principal investigator**) et al. *Allelic variants of murine-model obesity genes in massively obese humans.* A grant from Millennium Pharmaceuticals, Inc. Period: 5/31/96-11/31/96. Total Amount: **$17,500** (direct costs).

Allison, D. B. (**principal investigator)** et al. *Baseline levels of obesity and weight gain among patients taking antipsychotic medications: A comprehensive quantitative literature synthesis.* A grant from Pfizer, Inc. Period: 12/1/96 - 6/1/96. Total Amount: **$15,000** (direct costs).

Allison, D. B. (**principal investigator**) et al. *Does Weight Loss Reduce Mortality Rate among Obese Rats*? Funded by the New York State Department of Health's Diabetes Bridge Grant Program. Period: 11/1/98 – 3/1/99. Total Amount: **$35,000** (direct costs).

Allison, D. B. (**principal investigator**) et al. Effects of Intentional Weight Loss on Mortality Rate. R01DK067487 funded by the NIDDK/NIH. Period: 01-JAN-2005 to 31-DEC-2008. Amount: $725,000 (total direct costs).

Allison, D. B. (**principal investigator**) et al. *Genetic Admixture and Resting Energy Expenditure among African American Women.* Funded by the W.R.I.S.C. foundation of Knoll Pharmaceuticals. Period: 3/1/99 – 3/1/00. Total Amount: **$85,000** (direct plus indirect costs).

Allison, D. B. (**principal investigator**) et al. UAB Pre-Doctoral Training Program in Obesity Related Research. A T32 pre-doctoral training grant from the National Heart, Lung, and Blood Institute. Total Amount: **$1,070,567** (total costs). T32HL105349.

Allison, D. B. (**principal investigator**) Heymsfield, S. B., Babbitt, R. L., & Heshka, S. *An Inquiry into the Causes and Measurement of Adiposity Among Persons With Down Syndrome.* Funded by The International Resource Center for Down Syndrome. Period: 3/93-3/94. Total Amount: **$3,408**.

Allison, D. B. (**principal investigator**), & Brown, A. W. United Soybean Board. Evaluation of a Philanthropic Grant Incentive Program. Project Period: 06/30/16 - 06/29/17. Total costs: $10,000.

Allison, D. B. (**principal investigator**), & Shikany, J. Randomized Controlled Trial of MediFast Program for Weight Loss. Funded by MediFast. Total Amount: ~$**400,000** (total costs). Period: 09/01/10 - 08/31/12.

Allison, D. B. (**principal investigator**), Chua, S., Fernandez, J., Vasselli, J. R., Casey, D. *Role of the 5HT2c receptor in Antipsychotic Induced Weight Gain.* An Independent Investigator Award funded by NARSAD. Total Amount: **$83,000** (direct costs). Period: 9/30/00 to 9/29/04.

Allison, D. B. (**principal investigator**), Development of Standardized Measurement Systems for Rating and Ranking the Fidelity of Research Reporting in the Nutrition and Obesity Literature. Funded by Coca-Cola Company. Total Amount: 150,000 (total costs). Period: 11/28/11-12/31/11.

Allison, D. B. (**principal investigator**), Eckel, R., Pi-Sunyer, F. X., Fisler, J., & Ravussin, E. *Advancing the Genetics of Obesity: Strategies & Methods.* An R13 (conference grant) funded by the National Institute of Diabetes, Digestive and Kidney Diseases and the Office of Research on Women's Health and supported by numerous industrial sponsors. Total Amount:  **$110,000**. Conference held July, 1997.

Allison, D. B. (**principal investigator**), et al. Adipogenic and Metabolic Effects of Antipsychotic Drugs. Funded by the National Institute of Mental Health and National Institute of Diabetes Digestive and Kidney Disease (R13MH086166). Total Amount: $55,000 (total costs). Period: 8/1/10 – 7/31/11.

Allison, D. B. (**principal investigator**), et al. *Body Composition & Mortality Pooling Project.* An R21 funded by the National Institute of Aging. Total Amount: **$100,000** (direct costs – [plus **$25,000** contributed by industrial sponsors]). Period: 9/1/99 – 8/30/01.

Allison, D. B. (**principal investigator**), et al. *Body mass vs. composition and the U-shaped mortality curve.* A supplement to (R01DK51716) *Quantitative Synthesis of Clinical Obesity Research* funded by the National Institute of Diabetes, Digestive and Kidney Diseases. Total Amount: **$27,000** (direct costs). Period: 1/1/99 – 12/31/00.

Allison, D. B. (**principal investigator**), et al. Body Weight, Adiposity, Energetics and Longevity.  Funded by the National Institute on Aging (1R13AG030317). Total Amount: ~**$35,000** (total costs). 01/15/07 - 1/14/08  Period: 1 year.

Allison, D. B. (**principal investigator**), et al. *Does Weight Loss Reduce Mortality Rate among Obese Rats*? An R01 grant funded by the National Institutes of Health. Total Amount: **$700,000** (direct costs). Period 1/15/00 – 1/31/04.

Allison, D. B. (**principal investigator**), et al. Genome-wide Structured Association Testing & Regional Admixture Mapping. R01GM077490 funded by the National Institutes of Health. Total Amount: $1,250,000 (total costs). Period: 01-SEP-2007 to 31-AUG-2011.

Allison, D. B. (principal investigator), et al. Is Dietary Fat Fattening:  A Comprehensive Synthesis. Funded by Frito-Lay North America. Total Amount: ~$149,000 (total costs). Period: 2 years.

Allison, D. B. (**principal investigator**), et al. Novel Antipsychotics and Glucose Tolerance by the Bergman Minimal Model. Funded by Pfizer Pharmaceuticals. Total Amount: **$200,000** (direct costs). Period: 1/15/00-1/14/01.

Allison, D. B. (**principal investigator**), et al. Obesity & Mortality. R01DK076771 funded by the National Institute of Diabetes Digestive & Kidney Diseases, National Institutes of Health. Total Amount: ~$928,878 (total costs). Period: 15-AUG-2007 to 30-JUN-2010.

Allison, D. B. (**principal investigator**), et al. *Quantitative Synthesis of Clinical Obesity Research.* An R01 grant funded by the National Institute of Diabetes, Digestive and Kidney Diseases. Total Amount: **$347,171** (direct costs). Period: 6/1/96 – 6/1/99.

Allison, D. B. (**principal investigator**), et al. Randomized Controlled Trial of Chewing Gum for Weight Loss. Funded by William Wrigley, Jr. Company. Total Amount: ~$**412,034** (total costs). Period: 06/10/09 -06/15/2011.

Allison, D. B. (**principal investigator**), et al. Short Course on Statistical Genetics and Statistical Genomics. Funded by the National Science Foundation. Period: 2 years. Amount: ~$300,000 (total costs). Period: 10/01/07 – 09/30/09

Allison, D. B. (**principal investigator**), et al. *Statistical Genetics for Obesity & Nutrition Researchers.* R01DK056366 An R01/R56 grant funded by the National Institutes of Health. Total Amount: **$425,000** (direct costs). Period: 6/1/00 to 6/30/08.

Allison, D. B. (principal investigator), et al. UAB Doctoral Training Grants in Obesity and Nutrition Research. Funded by Kraft Foods North America, Inc. Total Amount: ~$90,000 (total costs). Period: Renewed annually, began in 2007.

EA_089

Allison, D. B. (**principal investigator**), et al. UAB OBESITY TRAINING PROGRAM (T32DK062710). A post-doctoral training grant funded by the National Institute of Diabetes, Digestive, and Kidney Disease. Total Annual Amount: **~$150,000** (total costs).

Allison, D. B. (**principal investigator**), et al. UAB STATISTICAL GENETICS POST-DOCTORAL TRAINING PROGRAM. A T32HL079888 post-doctoral training grant funded by the National Heart, Lung, and Blood Institute. Total Annual Amount: **~$350,000** (total costs). Period: 04/15/03 - 03/31/11.

Allison, D. B. (**principal investigator**), Fontaine, K. R., & Van Itallie, T. B. How many deaths are attributable to obesity in the United States? A grant-in-aid from the Centers for Disease Control and Prevention. Period: Jan 1, 1999 to June 30, 1999. Total Amount: **$10,000** (direct costs).

Allison, D. B. (**principal investigator**), Garvey, W.T., et al. *UAB Obesity Training Program*. A T32DK062710 post-doctoral training grant funded by the National Institute of Diabetes Digestive & Kidney Diseases, National Institutes of Health. Total Amount: **$1,095,665** (total costs). Period: 07/01/04 - 07/20/09.

Allison, D. B. (**principal investigator**), Heshka, S., & Heymsfield, S. B. *A Randomized Placebo-Controlled Clinical Trial of an Auricular Acu-Pressure Device for Weight Loss.* A grant from Original Marketing, Inc. Period: 11/93 - 11/94. Total Amount: **$75,000**.

Allison, D. B. (**principal investigator**), Heshka, S., Alfonso, V. C., & Heymsfield, S. B. *Assortative Mating for Relative Weight: Genetic and Social Implications.* A grant from the Henry A. Murray Research Center of Radcliffe College. Period: 4/93-4/94. Total Amount: **$4,860**

Allison, D. B. (**principal investigator**), Heymsfield, S. B., & Heshka, S. A Randomized Controlled Clinical Trial of A Novel Soy-Based Meal Replacement Formula for Weight Loss Among Obese Individuals. Funded by *NutriPharma*. Total Amount: **$170,000** (total costs). Period: 3/1/00 – 3/1/01.

Allison, D. B. (**principal investigator**), Heymsfield, S. B., & Heshka, S. *A Twin Study of the Genetic Covariation Between Adiposity and Cardiovascular Disease Risk*. A grant from the Twinsday Festival Committee. Total Amount: **$1,000**.

Allison, D. B. (**principal investigator**), Heymsfield, S.B., & Pi-Sunyer, F.X. *The genetics of resting metabolic rate in relation to adiposity: A twin study.* A grant of 500 bed days as part of a General Clinical Research Center (GCRC) grant from the NIH through Columbia University College of Physicians Surgeons.

Allison, D. B. (**principal investigator**), Laying the Foundation for the Alabama Obesity Institute Funded by the Alabama Department of Economic and Community Affairs. Total Annual Amount: **~170,025** (total costs). Period 03/01/10 – 08/31/13 (NCE)

Allison, D. B. (**principal investigator**), Nagy, T., Fernandez, J., & Casey, D. Rodent models of anti-psychotic induced weight gain: pharmacogenetics & mechanisms of action. A proposal funded by Eli-Lilly & Co. Total Amount: **$142,520** (direct costs).

Allison, D. B. (**principal investigator**), Page, G., Barnes, S., et al. *Design and Analysis of Microarray Gene Expression Studies in Plants: Toward Sound Statistical Procedures*. A proposal funded by the National Science Foundation. Total Amount: **$2,200,000** (approximate total costs). Period: 10/1/02 – 9/30/06.

Allison, D. B. (**principal investigator**), Page, G., Barnes, S., Higgins, N. P., & Kimberly, R. *Microarray Data Analysis Clearinghouse*. An award funded by the University of Alabama at Birmingham's Health Service Foundation General Endowment Fund. Total Amount: **$319,000** (direct costs). Period: 3/1/02 – 2/28/04.

Allison, D. B. (**principal investigator**), Tiwari, H., Zhang, K., Yi, N., Redden, D. T., George, V., Beasley, T. M. *Linkage & Linkage Disequilibrium Data Analysis Clearinghouse*. An award funded by the University of Alabama at Birmingham's Health Service Foundation General Endowment Fund. Total Amount: **$236,583** (direct costs). Period: 3/1/04 – 2/28/06.

Allison, D. B. (**principal investigator**), Tiwari, HK., et al. *UAB Statistical Genetics Post-Doctoral Training Program*. A T32HL072757 proposal funded by the National Heart, Lung and Blood Institute, National Institutes of Health. Total Amount: **$869,104** (total direct costs). Period: 15-APR-2003 - 31-MAR-2008.

Allison, D. B. (**principal investigator**). *Genetics of NIDDM, Obesity and Related Risk Factors Among Black Women*. A Career Development Award from the American Diabetes Association. Period: 1/1/94-12/31/96. Total direct costs: **$225,000**  [Award returned on 9/1/94 upon receipt on FIRST award from the National Institutes of Health].

Allison, D. B. (**principal investigator**). *Genetics of Obesity and Related Risk Factors Among Black Women*. A FIRST Award from the National Institute of Diabetes, Digestive and Kidney Diseases. Period: 9/1/94-8/31/99. Total Amount: **$350,000** (direct costs).

Allison, D. B. (**principal investigator**). *Genetics of Obesity and Related Risks Among Black Americans*. An Investigatorship Award offered by the New York City Affiliate of the American Heart Association. Total direct costs: **$90,000**.  Award returned due to receipt of overlapping award from American Diabetes Association.

Allison, D. B. (**principal investigator**). *Meta-analysis of the effects of anti-psychotic medication on weight gain*. A grant-in-aid from Pfizer Central Research. Period: 3/1/97-3/1/98. Total Amount: **$30,000**.

Allison, D. B. (**principal investigator**). *Race and The Heritability of Obesity*. A pilot and feasibility grant from the Executive Committee of the Obesity Research Center. Period: 1/1/93-12/31/93.  Total Amount: **$15,000**.  Renewal funded 2/1/94 to 1/31/95. Amount: **$8,750**.

Allison, D. B. (**principal investigator**). *An obesity cost model*. A contract from Wyeth-Ayerst. Period: 1/1/97-9/1/97. Total Amount: **$11,000.**

Allison, D. B. (**principal investigator**). *Design, Analysis, & Interpretation of RCTs in Obesity*. Funded by the National Institutes of Health (R13DK077555). Total Amount: **$25,000**. Period: 11/01/06 - 10/31/07.

Allison, D. B. (**principal investigator**). Development, Evaluation, & Dissemination of Methods for the Analysis of Gene Expression by Microarrays. A Research Coordination Network proposal funded by the National Science Foundation. Period: 3/12/01-2/28/07. Total Amount: **$476,000** (direct costs).

Allison, D. B. (**principal investigator**). *Genetics of Obesity and Related Risk Factors Among Black Women*. R29DK047256 A supplement to a FIRST Award from the National Institutes of Health (NIDDK) to support Melissa Kezis, an undergraduate student with a disability. Period: 6/1/95-8/31/96. Total Amount: **$14,547** (direct costs).

Allison, D. B. (**principal investigator**). *Genetics of Obesity and Related Risk Factors Among Black Women*. A minority supplement to a FIRST Award from the National Institutes of Health (NIDDK) to support Elizabeth Manibay, a minority graduate student. Period: 6/10/96-8/31/96. Total Amount: **$7,000** (direct costs).

Allison, D. B. (**Principal Investigator**). Methodology for combining multiple genome scan datasets with application to human obesity. A supplemental proposal submitted to the National Institutes of Health. Total Amount: **$40,968** (direct costs). Period: 10/01/01 to 9/30/02.

Allison, D. B. (**principal investigator**). Recipient of the first Organizational Behavior Management Network Special Projects Award, May, 1990, for an experimental study: *Relative Effectiveness and Cost-Effectiveness of Cooperative, Competitive, and Independent Monetary Incentive Systems for Improving Staff Performance*.  Total Amount: **$1,500**

Allison, D. B. (**principal investigator**). *Self-Esteem and Obesity Among African-Americans.* A grant from the Henry A. Murray Research Center at Radcliffe College. Period: 1/1/96-12/31/96. Total Amount: **$4,860**.

Allison, D. B. (**principal investigator**). Study of HEAL childhood obesity prevention program. Funded by HEAL Alabama. Project Period: 06/1/16 - 06/01/17. Total costs: $10,000.

Allison, D. B. (**principal investigator**). *The genetics of human energy regulation in relation to obesity.* A *Future Leaders Award* from the International Life Sciences Institute (ILSI). Period: 1/1/95-12/31/96. Total Amount: **$30,000** (direct costs).

Allison, D. B. (**principal investigator**). *Weight Gain & Compliance with Anti-Psychotic Medication.* Funded by Pfizer Central Research. Period: 3/1/99 – 3/1/00. Total Amount: **$33,000** (direct costs).

Allison, D. B. (**principal-investigator**), et al. Body Composition, Energetics, and Longevity. R01AG033682. An R01 grant funded by the National Institutes of Health. Total Amount: $2,661,398 (total costs). Period: 2/15/10 – 2/14/16.

Allison, D. B. (**principal-investigator**), et al. Dell High performance computing Cluster and Associated Hitachi terabyte data storage. An S10 (shared instrumentation) proposal funded by the National Institutes of Health. Total Amount: $500,000 (total costs). Period: 7/26/10 – 7/25/11.

Allison, D. B. (**principal-investigator**), et al. Design issues in Obesity RCTs Building an Evidence Base. R01DK078826 An R01 proposal submitted to the National Institute of Diabetes Digestive & Kidney Diseases, National Institutes of Health (R01DK078826). Total Amount: $797,500 (total costs). 03/01/09 - 02/28/13.

Allison, D. B. Awarded **$1000** grant from the National Science Foundation to attend NATO Advanced Study Institute #115/91 on "*Methodology for Genetic Studies of Twins and Families*," September, 1991, Leuven, Belgium.

Allison, D. B. et al. (**principal investigator,** director), et al. UAB Nutrition Obesity Research Center, P30DK056336. Funded by the National Institutes of Diabetes Digestive and Kidney Diseases. Approximate yearly direct costs: **$852,858**. Period: 01/01/00 - 06/30/17.

Allison, D. B. Sub-contract to *Johns Hopkins Clinical Trial of Olestra as an Aid to Weight Maintenance* to provide statistical support. Funded by the Proctor & Gamble Company. Period: July 1, 1999 to June 30, 2002. Total Amount: **$16,900** (direct costs).

Allison, D.B. (**principal investigator**) & Crowe, K. Functional and Dysfunctional Foods: Issues in Evaluating Bioactive Food Component. R13CA168347 proposal submitted to the National Institutes of Health. 4/01/12 – 3/31/13. Period: 1 year. $ 48,336 (total costs)

Allison, D.B. (**principal investigator**) et al. *Statistical studies of the effect of excluding early deaths when analyzing prospective cohort studies in the presence of confounding by occult disease.* A research contract from the Centers for Disease Control and Prevention. Period: 6/1/96-5/31/97. Total Amount: **$8,500** (direct costs).

Allison, D.B. et al. (principal investigator [titular]), Dhurandhar, E. (Co-I; functionally PI). The role of Protein in regulating ad libitum energy intake in humans. Funded by the Egg Nutrition Research Center (ENRC). Approximate yearly direct costs: $126,010. Period: 12/01/14 – 11/30/16.

Amos, C. I., Allison, D. B. (**co-investigator**), et al. *Linkage And Linkage Disequilibrium Methods For Quantitative Traits* (R01ES09912). A proposal funded by the National Institute of Environmental Health Sciences. Period: 1/1/99 – 12/31/02. Total Amount: **$900,000** (direct costs).

Amos, C. I., Allison, D. B. **(co-investigator)**, et al. *Positional Gene Identification of Complex Traits* (R01ES09912). Funded by the National Institute of Environmental Health Sciences. Period: 7/1/02 – 6/30/07. Total Amount: $2,310,925 (direct costs).

Atkinson, R. L., Dhurandhar, N., Allison, D. B., et al. (**co-principal investigator**). *Adenoviruses and human obesity – longitudinal and twin studies*. An R01 funded by the National Institute of Diabetes, Digestive, and Kidney Diseases. Period: 01-SEP-2001 - 2004. Total Amount: **$1,805,817** (direct costs).

EA_092

Austad, S., Allison, D. B. (**Director of Supplement**), et al. Sex Differences Supplement to Comparative Energetics and Aging. A P30 Nathan Shock Center grant for the study of the basic biology of aging. Funded by the National Institute on Aging (NIA/NIH). P30AG050886. Total costs: $99,904. Project Period: 6/01/16 – 6/30/18. Sub-Project ID: 5972

Barnes, S., .... & Allison, D. B. (**co-investigator**). Polyphenols & Nutrients: Genes, Proteins and Cancer Risk. A P20 proposal submitted to the National Cancer Institute. Total Amount: **$69,323** (direct costs). Period: 09/28/01-03/27/02.

Barnes, S….Allison, D. B. (**co-investigator; PI of 1 of 4 projects**). Center for Gene-Nutrient Interaction (CNGI). A center grant proposal funded by the National Cancer Institute U54CA100949. Total costs: **$13,809,062** (Total costs). Period: 09/01/03-08/31/09.

Baskin, M….Allison, D. B. (**co-investigator**). Impact of Fruit and Vegetable Cost on Obesity in Children and Parents. Funded by an anonymous private philanthropist. Total costs:  **~$50,000** (Total costs). Period: 05/01/04-6/30/07.

Boyer, B….. Allison, D. B. (**co-investigator**), et al. Genetics of Obesity in Yup'ik Eskimos. An R01 funded by the National Institutes of Health R01DK074842. Total Amount: $2,306,134 (total costs). Period: 09/13/07 -08/31/12

Brown, A.W. (principal investigator) & Allison, D.B. (**co-investigator)**.  Science Dialogue Mapping of Knowledge and Knowledge Gaps Related to the Effects of Dairy Intake on Human Health. Funded by Dairy Management Inc. (DMI).  Budget period: 11/1/20018 – 6/30/2019. Total costs: $65,313

Cheung, K. , .... & Allison, D. B. (consultant). Exploring approaches for microarray databases that enable flexible design and integrative analysis. Funded by the National Science Foundation. Period: 11/01/02 – 10/31/04.

Collaborator in EPS-0814103 RII: Enhancing Alabama's Research Capacity in Nano/Bio Science and Sensors NSF EPSCoR Research Infrastructure Improvement Grant Program (RII). September 1, 2008       -       August       31,       2013.       Award       announcement: http://www.nsf.gov/awardsearch/showAward.do?AwardNumber=0814103. Center for Environmental Cellular Signal Transduction (CECST) The NSF RII-3 is a statewide effort designed to enhance the competitiveness of the state of Alabama in research and research-based education, increase the competitiveness of Alabama researchers, and share resources and strengths. Alabama      website: http://alepscor.ua.edu/centers.html.

Cox, J. ….& Allison, D. B. (**co-investigator**). BOLD Prediction of Success in a Weight Loss Program. An R1 funded by the National Institute of Diabetes Digestive & Kidney Diseases, National Institutes of Health (DK075685). Total amount **$398,750** (total costs). Period: 7/01/07 – 06/30/09.

Cui, X, Zhu, D., & Allison, D. B. Allison, D. B. (**co-investigator**). Statistical Analyses for Next Generation Sequencing.  Funded by the National Institute of Human Genome Research (R13 HG005792). Total Amount: ~$35,000 (total costs). Period: 1/21/11-12/31/11.

Cutter, G., & Allison, D. B. (**co-principal investigator**). UAB PRE AND POST-DOCTORAL TRAINING PROGRAM IN BIOSTATISTICS (T32NS054584). A pre- and post-doctoral training grant funded by the National Institute of Neurological Disorders and Stroke. Total Annual Amount: ~**$178,000** (total annual costs). Period: 07/01/07 – 06/30/12.

DeLuca, M….Allison, D. B. (**co-investigator**). QTL mapping age-related changes in lipid storage. Funded by the National Heart, Lung & Blood Institute (5R01HL80812-3). Total costs:  ~**$1,000,000** (Total costs). Period: 9/27/04 - 8/31/08.

Deng, H….. Allison, D. B. (**co-investigator**), et al. Identifying Osteoporosis Risk Genes via Genomic Convergence. P50AR055081 funded by the National Institutes of Health. Total Amount: $**82,752** (total costs of UAB subcontract). Period: 07-SEP-2007 to 31-JUL-2012.

Din-Dzietham, R. ….. Allison, D. B. (**co-investigator**). Cardiovascular Disease Preventive Intervention Program. 5UH1HL073461 funded by the National Institutes of Health. Total Amount: $19,573 (total costs). Period: 05/15/2003 – 11/30/2010.

Emanuel, P…Allison, D. B. (**co-investigator**).  Comprehensive Cancer Center Core Support Grant. A P30 grant funded by the National Institutes of Health. Period.   04/01/05-03/31/10.  Total  amount: $37,597,934. [Removed from grant after 1st year due to budget cuts].

Faith, M. S., Allison, D. B. (**co-investigator**), Heo, M., & Heymsfield, S. B. Maternal control feeding style: effects on childhood obesity. A funded by the ATPM/CDC/ATSDR cooperative program. Period: 9/1/99 – 8/31/00. Total Amount: **$90,000** (direct costs).

Faith, M. S.,.... & Allison, D. B. (**consultant**). *Food Substitution For Child Nutrition/Obesity Prevention*. An R01 proposal funded by the National Institutes of Health (R01HD042169). Period: 09/15/03 - 07/31/08.

Flint, J. & Allison, D. B. (**collaborator**).  Methods for gene mapping in complex traits: Obesity and neurosis. An International Collaboration Grant funded by the Wellcome Trust. Period: 6/1/99 – 5/31/02. Total Amount: **16,000 British Pounds**.

Flint, J., Goodwin, G. M., Fairburn, C. G., & Allison, D. B. (**collaborator**).  Mapping Genes for Anxiety and Depression. A grant from the Wellcome Trust. Total Amount: **600,000 British Pounds**.

Fontaine, K.….. Allison, D. B. (**co-investigator**), et al. Obesity and Mortality among Hispanics. R21DK077959 funded by the National Institutes of Health. Period: 01-JUL-2008 to 30-JUN-2010.

Gallagher, D. [Formerly Heymsfield, S. B]…...Allison, D. B. (**co-investigator/switched to consultant***). *BODY COMPOSITION: METHODS, MODEL & CLINICAL APPLICATION*. A P01 proposal funded by the National Institutes of Health. Total Amount: **$5,000,000** (direct costs). Period: 12-JUN-2001 - 30-APR-2006.

Gao, G.…… Allison, D. B. (**co-investigator**), et al. Haplotyping and QTL mapping in pedigrees with missing data. An R01 funded by the National Institutes of Health. Total Amount: $**774,187** (total costs). Period: 5 years.

Garvey, W.T…. & Allison, D.B. (co-investigator & director of training program). UAB Strategically Focused Obesity Center (SFOC) Intergenerational Transmission of Obesity.  Funded by the American Heart Association 17SFRN33570038.  Period 04/01/17 – 03/31/21.  Total costs:  $3,709,200.

Heimburger D. C. ….Allison, D. B. (**co-investigator/switched to consultant**). Reimbursement effects on enrollment in obesity treatment. R03DK067357 funded by the NIH/NIDDK. Period: 01-AUG-2004 to 30-JUN-2006. Amount: **$100,000** (total direct costs).

Heymsfield, S. B., Gallagher, D., Allison, D. B. (**co-investigator**) et al. *Aging and Skeletal Muscle: New body composition models*. An R01 grant from the National Institute of Aging. Award Period: 4/1/95 to 3/31/99. Total Amount: **702,399** (direct costs).

Huang, LS, Chua, S., & Allison, DB (**co-investigator/switched to consultant**). Regulation of ApoB Secretion in Inbred Mouse Strains. A proposal funded by the National Institutes of Health. Period: 4/1/00 – 3/31/04. Amount: **$1,000,000** (direct costs).

Jensen, M. D. & Allison, D. B. (**co-investigator**). Advances in Obesity – From the Environment to the Gene. An R13 (conference) grant funded by the National Institute of Diabetes, Digestive, and Kidney Diseases. Period: 8/1/01 – 7/31/02. Amount: **$15,000** (direct costs).

Kaslow, R. …& Allison, D. B. (co-investigator). Genetic factors in the epidemiology of HIV-1 infection. A proposal funded by the National Institute of Health. Total Amount: $2,835,056  (direct plus indirect costs). Period: 12/1/01 - 11/30/06. [Withdrew from grant due to over-commitment – replaced by Varghese George].

Kim, J. ….& Allison, D. B. (**co-investigator**). Risk and Injury Severity of Obese Child Passengers in Motor Vehicle Crashes. An R21 proposal submitted to the National Institutes of Health, NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT (R21 HD067784). Total amount $387,313 (total costs). Period: 12/1/10 – 11/30/12.

Kimberly, R. P. ….Allison, D. B. **(co-investigator/mentor)**. Training Program in Rheumatic Diseases Research.  A T32 grant funded by the National Institutes of Health. Total Amount: $1,784,968 (total costs). Period: 5/1/02 – 4/30/07.

Kimberly, R. P.,...& Allison, D. B. (**co-investigator**). Multidisciplinary Clinical Research Center. A proposal submitted to the National Institute of Arthritis and Musculoskeletal and Skin Diseases. Total Amount: $3,994,828 (direct costs). Period: 01/01/02 - 12/31/06. [Withdrew from grant due to over-commitment – replaced by Varghese George].

Kimberly, R. P.,....& Allison, D. B. (**co-investigator/PI of statistical genetics core**). Program Project in the Genetics of SLE. Funded by the National Institute of Arthritis and Musculoskeletal and Skin Diseases. Total Amount: $5,000,000 (approximate direct costs). Period: 09/24/02 - 08/31/07.

Kotler, D. P., Allison, D. B. (**co-investigator**), & Reka, S. *Application of Molecular Techniques to the study of HIV-Associated Lipodystrophy*. A proposal submitted to the Campbell Foundation. Total Amount: **$72,000** (direct costs). Period: 6/1/01 – 5/30/02.

Lefevre, M.,....& Allison, D. B. (**co-investigator**). Diet, genetics, and CVD risk factor response in Blacks. U01HL072510. Funded by the National Heart, Lung & Blood Institute. Total Amount of UAB subcontract: $1,063,005. Period: 10/01/02-08/31/06.

Leibel, R. L….Allison, D. B. (**co-PI**). *Molecular Genetic Analysis of Human Obesity*. An R01 proposal (R01DK52431) Funded by the National Institutes of Health. Total Amount: **$2,500,000** (direct costs). Period: 12/07/08 – 11/30/13.

Lerman, C….Allison, D. B. (**co-investigator**). Transdisciplinary Tobacco Use Research Center. A P50 grant funded by the National Institutes of Health. Period: 09/01/04 - 08/31/09. UAB subcontract amount  $108,750 (over 5 years). [Removed from grant after 2nd year due to budget cuts].

Liu, N..… Allison, D. B. (**co-investigator**), et al. Genome Wide Haplotype Association Analysis. R01GM081488 funded by the National Institutes of Health. Total Amount: $**1,160,000** (total costs). Period: 01-APR-2008 to 31-MAR-2013.

Mohatt, G., Boyer, B., ...Allison, D.B. (**co-investigator**) et al. *Building a Center of Biomedical Research Excellence for Alaska Native Health Research.* A proposal funded by the National Institutes of Health. Total Amount: **$7,498,540** (direct costs). Period: 7/01/01 to 06/30/07.

Morgan/Hahn & Allison, D.B. (co-investigator). LIT:  Integrating physiological and genetic mechanisms to understand the evolution of cold tolerance.  Funded by the National Science Foundation.  Total Amount (135,724).  Period 4/01/11 – 3/31/14.

Mountz, J. …& Allison, D. B. (**co-investigator**). Administrative Supplement to "Defective Fas Apoptosis During Aging". A proposal submitted to the National Institute of Aging. Total Amount: **$100,000** (direct costs). Period: 9/30/01 – 9/29/02.

Nagy, T. & Allison, D. B. (**co-PI**). *Effects of dairy products on insulin sensitivity*. An investigator-initiated proposal funded by General Mills. Period: 07/01/04 - 06/30/05. Amount: $125,000 (total).

Nagy, T. …Allison, D. B. (**co-PI**). *Antipsychotic drug-induced weight gain*. An R01 proposal funded by the NIH/NIDDK. Period: 07/01/04 - 06/30/09. Amount: $1,407,121  (total direct).

Page, G. P.[original PI: Edwards, J.], & Allison, D. B. (**co-principal investigator**). *A Power & Sample Size Atlas for Microarray Research*. Funded by the National Science Foundation. Period: 9/1/03 – 8/31/05. A proposal funded by the National Science Foundation. Total amount **$97,835** (direct costs).

Pi-Sunyer, F. X., ....Allison, D. B. (**co-investigator/switched to consultant**), et al. Obesity Research Center. A P30 (center grant) grant funded by the National Institute of Diabetes, Digestive, and Kidney diseases. Period: 5/1/00-5/1/05. Amount: **$5,000,000** (direct costs).

Pi-Sunyer, F. X., Allison, D. B. (**co-investigator**), et al. *The NIDDM Primary Prevention Trial*. Funded by the National Institutes of Health. Total Amount: **$2,043,926** (direct costs).

Pi-Sunyer, F. X., Allison, D. B. (**co-investigator**), Stunkard, A. J., Hirsch, J., Bouchard, C., & Bjorntorp, P. *Obesity Treatment: Establishing Goals, Improving Outcomes, and Reviewing The Research Agenda*. A grant for a three day international scientific conference funded by the NIH, NATO, the American Psychological Association, and several industrial corporations, June, 1993. Total Amount: **$98,000**.

Pi-Sunyer, F. X., Allison, D. B. (**co-PI**), et al. Obesity Research Center Training Grant. A T32 application for post-doctoral training funded by the National Institute of Diabetes, Digestive, and Kidney Diseases. Period: 5/1/00-5/1/05. Amount: **$1,000,000** (direct costs).

Prolla, T., … Allison, D. B. (**co-investigator**). *Gene Expression, Caloric Restriction & the Aging Brain*. An R01 proposal funded by the National Institutes of Health. Total Amount: **$1,250,000** (direct costs). Period: 15-MAR-2003 - 31-JAN-2008.

Ruden, D. …& Allison, D. B. (**co-investigator**). Toxicogenomics of Lead, Mercury, and Cadmium. A proposal funded by the National Institute of Health. Total Amount: **$287,000** (direct plus indirect costs). Period: 6-1-02 to 5-31-04. [Withdrew from grant due to over-commitment – replaced by Nengjun Yi].

Saag, K.G.…Allison, D.B. (**co-investigator**). UAB Center for AIDS Research (CFAR). A center grant proposal P30AI27767 funded by the National Institutes of Health/National Institute of Allegory and Infectious Disease. Total costs: **$480,000** (Total costs). Period: 03/01/09 - 02/28/14. [Withdrew from grant due to over-commitment – replaced by Gary Cutter].

Saffer, H., Grossman, M., & Allison, D. B. (**co-investigator**). *Prevention, Economics, and Obesity*. A proposal funded by the National Institutes of Health. Period: 7/1/00 – 6/30/04. Total Amount: **$750,000** (direct costs).

St-Onge, M.P.….Allison, D. B. (**co-PI**). Cardiovascular Health Effects of Isocaloric Substitution of Polyunsaturated Fat Rich Snacks for Saturated and Transfat or Refined Carbohydrate Snacks in Moderately Hypercholesterolemic Individuals. A grant from Frito-Lay North America. Period: 2005-2007. Amount: ~$569,708 (total costs).

Stunkard, A. J., Hainer, V., Kunesova, M., Pariskova, J., Stich, V., Allison, D. A. (**co-investigator**) et al. *Twin Study of Obesity*. A Fogarty International Research Collaboration Award. Period: 7/1/95-6/30/96. Total Amount: **$20,000** (direct costs).

Tiwari, H. & Allison, D. B. (**co-investigator**), Short Course on Next-Generation Sequencing Technology and Statistical Methods. An R25 funded by the National Human Genome Research Institute, National Institutes of Health (R25HG006110). Total Amount: $242,920 (total costs). Period: 04/01/11 - 03/31/14.

Tiwari, H. K. & Allison, D. B. (**co-investigator**). Statistical Integration of Genetic Information Across Data Domains: Biomedical, Agricultural, and Comparative Genomics. A grant from the Institute of Mathematical Statistics for a 1-day meeting held on 12/2/02. Total Amount: **$1,500.**

Tiwari, H. K., Cutter, G., & Allison, D. B. (co-**principal investigator; formerly principal investigator**). UAB Biostatistics Pre-doctoral Training Program. A T32HL079888 pre-doctoral training grant funded by the National Heart, Lung, and Blood Institute. Total Amount: **$1,073,783** (total costs). Period: 09/01/05 - 08/31/15.

Tiwari, H. K...…. Allison, D. B. (**co-investigator**), et al. Multiple imputation in genetic studies. An R21 funded by the National Institutes of Health (R21LM008791). Total Amount: $291,000 (total costs). Period: 3/1/07 to 2/28/10.

Watkins, D. I., … Allison, D. B. (**consultant**). A Novel, Logical approach to HIV Vaccine. R01AI49120. A proposal funded by the National Institutes of Health. Period: 15-MAR-2001 - 28-FEB-2005.

Watkins, D. I., … Allison, D. B. (**consultant**). The Functional Significance of CTL Escape. R01AI052056. A proposal funded by the National Institutes of Health. Period: 01-APR-2003 - 31-MAR-2008.

Watkins, D. I., Kawaoka, Y., Haase, A., Wolinsky, S., Altman, J., Fuller, D., Allison, D. B. (**consultant**), & Miler, C. *CTL-Based Vaccines for the AIDS Virus*. A proposal funded by the National Institutes of Health. Total Amount: **$2,665,388** (direct costs). 4/01/08 – 6/30/13

Weiden, P., Allison, D. B. (**co-investigator**), et al. *Sibutramine for weight loss in anti-psychotic induced weight gain*. A proposal funded by Knoll Pharmaceuticals. Total Amount: **$40,000** (total costs).

Weindruch, R. H…..Allison, D. B. (**co-investigator**). *Gene Expression Profiling, Oxidative Stress, and Aging*. An R01 funded by the National Institutes of Health. Total Amount: **$2,170,097** (total costs). Period: 12/01/00-11/30/06.

Weindruch, R.,…. Allison, D. B. (**co-investigator**), et al. *Dietary Restriction and Aging in Rhesus Monkeys*. A P01 proposal submitted to the National Institutes of Health. Total Amount: **$5,000,000** (direct costs). Period: 1/1/06 – 12/31/10.

Weindruch, R.,…. Allison, D. B. (**co-investigator**), et al. *Dietary Restriction and Aging in Rhesus Monkeys*. A P01 grant funded by the National Institutes of Health. Total Amount: **$5,000,000** (direct costs). Period: 8/1/99 – 7/31/05.

Williams, K.…. Allison, D. B. (**consultant**), et al. Keck Microarray Biotechnology Center. A proposal funded by the National Institutes of Diabetes Digestive and Kidney Diseases. Total Amount: **$1,750,000** (direct costs). Period: 9/30/00 – 8/31/2003.

Wyss, J. M.…. Brown, A. W., & Allison, D. B. (**co-investigator**). Big Data Hands on Education Supplement to Science Education Enabling Careers (SEEC). Funded by the National Institutes of Health. R25OD016490-03S1. Period: 07/10/2016 – 02/28/2017. Total costs: $107,999.

Xun, P. (joint-PI), Allison, D.B. (**joint-PI**). Evaluation on efficacy and safety of Herbalilfe's Formula 1 product as a meal replacement in weight management: a meta-analysis of clinical trials.  Funded by Herbalife.  Period: 6/19/2018 – 6/18/2019. Total amount: $54,035.

Yi, N. ….& Allison, D. B. (**co-investigator**). Bayesian Methods for Mapping Complex Epistatic Genes. An R01 funded by the National Institutes of Health. Total amount **$1,084,915** (direct plus indirect costs). Period: 06/01/05 – 05/31/10.

Zhang, K. ….& Allison, D. B. (**co-investigator**). Haplotype analysis in linkage disequilibrium mapping. An R01 proposal submitted to the National Institutes of Health – received 2.5 percentile. Total amount **$1,017,363** (direct plus indirect costs). Period: 07/01/06 – 06/30/10.

Zhu, S. ….& Allison, D. B. (**co-investigator**). Obesity-related variables and motor vehicle injury. An R01 funded by the National Institutes of Health (R01EB006552). Total amount **$915,528** (total costs). Period: 7/01/07 – 06/30/10

PUBLICATIONS

### PUBLICATIONS IN PEER REVIEWED JOURNALS

1.   Allison, D. B., Basile, V. C., & Yuker, H. E. (1991). The measurement of attitudes toward and beliefs about obese persons. *International Journal of Eating Disorders, 10*, 599-607.

2.   Allison, D. B., Basile, V. C., & MacDonald, R. B. (1991). The comparative effects of antecedent exercise and lorazepam on aggressive behavior in an autistic man. *Journal of Autism and Developmental Disorders*, *21*, 89-94.

3.   Allison, D. B., & Heshka, S. (1991). Toward an Empirically Derived Typology of Obese Persons. *International Journal of Obesity*, *15*, 741-754.

4.   Allison, D. B. (1992). When Cyclicity is a Concern: A Caveat Regarding Phase Change Criteria in Single-Case Designs. *Comprehensive Mental Health Care, 2*, 131-149.

5.   Allison, D. B., Kalinsky, L. B., & Gorman, B. S. (1992). The Comparative Psychometric Properties of Three Measures of Dietary Restraint. *Psychological Assessment, 4*, 391-398.

6.   Murphy, C. M., Allison, D. B., Babbitt, R. L., & Patterson, H. L. (1992). Adiposity in Children: Is Mental Retardation a critical variable? *International Journal of Obesity, 16*, 633-638.

7.   Alfonso, V. C., Allison, D. B., & Dunn, G. M. (1992). The Relationship Between Sexual Fantasy and Satisfaction: A Multidimensional Analysis of Gender Differences. *Journal of Human Sexuality, 5*, 19-37.

8.   Allison, D. B., Silverstein, J. M., & Galante, V. (1992). Relative Effectiveness and Cost-Effectiveness of Cooperative, Competitive, and Independent Monetary Incentive Systems for Improving Staff Performance. *Journal of Organizational Behavior Management, 13*, 85-112.

9.   Allison, D. B., Heshka, S., Pierson, R. N., Jr., Wang, J., & Heymsfield, S. B. (1992). The Analysis and Identification of Homologizer/Moderator Variables When the Moderator is Continuous: An illustration with Anthropometric Data. *American Journal of Human Biology, 4*, 775-782.

10.  Allison, D. B., Franklin, R. D., & Heshka, S. (1992). Reflections on Visual Inspection, Response Guided Experimentation, and Type I Error Rate in Single Case Designs. *Journal of Experimental Education, 66,* 45-51.

11.  Franklin, R. D., Allison, D. B., & Sutton, T. (1992). Alcohol, substance abuse, and violence among North Carolina prison admittees, 1988. *Journal of Offender Rehabilitation, 17*, 101-111.

12.  Franklin, R. D., & Allison, D. B. (1992). The Rev. : An IBM BASIC Program for "Bayesian" Test Interpretation. *Behavior Research Methods, Instruments, & Computers, 24*, 491-492.

13.  Summers, J. A., Lynch, P. S., Harris, J., Burke, J. C., Allison, D. B., & Sandler, L. (1992). Treating a disrupted sleep phase disorder in a nine-year old boy with Angelman Syndrome. *Journal of Developmental and Behavioral Pediatrics*, *13*, 284-287.

14.  Allison, D. B., & Heshka, S. (1993). Toward an Empirically Derived Typology of Obese Persons: Derivation in A Nonclinical Sample. *International Journal of Eating Disorders, 13*, 93-108.

15.  Allison, D. B., Gorman, B. S., & Primavera, L. H. (1993). The Most Common Questions Asked of Statistical Consultants: Our Favorite Responses and Recommended Readings. *Genetic, Social, and General Psychology Monographs, 119*, 153-185.

   i.   An abridged version was reprinted in the *Journal of Group Psychotherapy, Psychodrama, and Sociometry*, 46, 83-109.

16.  Allison, D. B., & Gorman, B. S. (1993). Calculating and Estimating Effect Sizes for Meta-Analysis: The Case of the Single Case. *Behaviour Research and Therapy, 31*, 621-631.

17. Allison, D. B., Heshka, S., Sepulveda, D. & Heymsfield, S. B. (1993). Counting Calories? - Caveat Emptor. *Journal of The American Medical Association, 270*, 1454-1456.

18. Allison, D. B., & Heshka, S. (1993). Emotions and Eating in the Obese?: A Critical Analysis. *International Journal of Eating Disorders, 13*, 289-295.

19. Allison, D. B., Heshka, S., & Heymsfield, S. B. (1993). Evidence for a major gene with pleiotropic effects for a Cardiovascular Disease Risk Syndrome in children under 14. *American Journal of Diseases in Childhood, Special Issue on Genetics, 147*, 1298-1302.

20. Allison, D. B., & Heshka, S. (1993). Social Desirability and Response Bias in Self-Reports of "Emotional Eating." *Eating Disorders: Journal of Treatment and Prevention, 1,* 31-38.

21. Allison, D. B., & Franklin, R. D. (1993). The readability of three measures of dietary restraint. *Psychotherapy in Private Practice, 12*, 53-57.

22. Allison, D. B., & Gorman, B. S. (1993). POWCOR: A Power Analysis and Sample Size Program for Testing Differences Between Dependent and Independent Correlations. *Educational & Psychological Measurement, 53*, 133-137.

23. Allison, D. B., Burke, J. C., & Summers, J. A. (1993). Treatment of Nonspecific Dyssomnia with Simple Stimulus Control Procedures in A Child with Down's Syndrome. *Canadian Journal of Psychiatry, 38*, 274-276.

24. Allison, D. B., Hoy, K., Fournier, A., & Heymsfield, S. B. (1993). Can Ethnic Differences in Men's Preferences For Women's Body Shapes Contribute to Ethnic Differences in Female Obesity? *Obesity Research, 1*, 425-432.

   i.   See also: Allison, D. B., Hoy, K., & Heymsfield, S. B. (1994). Response to Must & Goldberg. *Obesity Research, 2*, 294-295.

25. Allison, D. B., Heshka, S., Gorman, B. S., & Heymsfield, S. B. (1993). Evidence of Commingling in Human Eating Behavior. *Obesity Research, 1*, 339-344.

26. Allison, D. B. (1993). Limitations of the Coefficient of Variation as an Index of Reliability. *Nutrition*, 9, 559-561.

27. Allison, D. B. (1993). A Note on The Selection of Control Groups and Control Variables in Comorbidity Research. *Comprehensive Psychiatry, 34*, 336-339.

28. Heshka, S., Feld, K., Yang, M., Allison, D. B., & Heymsfield, S. B. (1993). Resting Energy Expenditure in The Obese: A Cross-validation and Comparison of Prediction Equations. *Journal of the American Dietetic Association, 93*, 1031-1036.

29. Allison, D. B., Neale, M. C., Heshka, S., & Heymsfield, S. B. (1994). Race Effects in the Genetics of Adolescents' Body Mass Index. *International Journal of Obesity, 18*, 363-368.

30. Allison, D. B., Heshka, S., Neale, M. C., Lykken, D. T., & Heymsfield, S. B. (1994). A Genetic Analysis of Weight Residualized for Height Among 4020 Twin Pairs with an Emphasis on Sex Specific Effects. *Health Psychology, 13*, 362-365.

31. Allison, D. B., & Gorman, B. S. (1994). "Make Things As Simple As Possible, But No Simpler": A Reply to Scruggs and Mastropieri. *Behaviour Research and Therapy, 32*, 885-890.

32. Heymsfield, S. B., Allison, D. B., Pi-Sunyer, F. X., & Sun, Y. (1994). Columbia Respiratory Chamber-Indirect Calorimeter: A New Airflow and Modeling Approach. *Medical and Biological Engineering and Computing, 32*, 406-410.

33. Hoy, M. K., Heshka, S., Allison, D. B., Grasset, E., Blank, B., & Heymsfield, S. B. (1994). Reduced Risk of Liver Function Test Abnormalities and New Gallstone Formation with Weight Loss on 800 Calorie Formula Diets. *American Journal of Clinical Nutrition, 60*, 249-254.

EA_099

34.   Penn, I., Wang, Z., Buhl, K. M., Allison, D. B., Burastero, S. E., & Heymsfield, S. B. (1994). Body Composition and Two-Compartment Model Assumptions in Male Recreational Runners. *Medicine and Science in Sports and Exercise, 26*, 392-397.

35.   Silverstein, J. M., & Allison, D. B. (1994). The Comparative Efficacy of Antecedent Exercise and Methylphenidate: A Single-Case Randomized Trial. *Child: Care, Health and Development, 20*, 47-60.

36.   Mazariegos, M., Wang, Z., Gallagher, D., Baumgartner, R. N., Allison, D. B., Wang, J., Pierson, R. N., & Heymsfield, S. B. (1994). Differences between young and old females in the five levels of body composition and their relevance to the two-compartment chemical model. *Journal of Gerontology, 49*, M201-M208.

37.   Gerace, L., Aliprantis, A., Russell, M., Allison, D. B., Buhl, K. M., Wang, J., Wang, Z., Pierson, R. N., & Heymsfield, S. B. (1994). Skeletal Differences Between Black and White Men and Their Relevance to Body Composition Estimates. *American Journal of Human Biology, 6*, 255-262.

38.   Allison, D. B. (1995). When is it Worth Measuring a Covariate In a Randomized Clinical Trial? *Journal of Consulting and Clinical Psychology*, *63,* 339-343.

39.   Summers, J. A., Allison, D. B., Lynch, P. S., & Sandler, L. (1995). Behavior Problems in Angelman Syndrome. *Journal of Intellectual Disabilities Research*, *39,* 97-106.

40.   Allison, D. B., Kanders, B. S., Osage, G., Heymsfield, S. B., Faith, M., Heber, D., Foreyt, J. P., Elashoff, R., Blackburn, G. L. (1995). Weight-Related Attitudes and Beliefs Among Obese African-American Women. *Journal of Nutrition Education, 27,* 18-23.

41.   Allison, D. B., Paultre, F., Maggio, C., Mezzitis, N., & Pi-Sunyer, F. X. (1995). The Use of Areas Under Curves in Diabetes Research. *Diabetes Care*, *18,* 245-250.

42.   Allison, D. B., Heshka, S., Neale, M. C., Tishler, P. V., & Heymsfield, S. B. (1995). Genetic, Environmental, and Phenotypic Links Between Body Mass Index and Blood Pressure Among Women. *American Journal of Medical Genetics, 55*, 335-341.

43.   Allison, D. B., Gorman, B. S., & Kucera, E. M. (1995). UNICORN: A computer program for transforming data to normality. *Educational & Psychological Measurement*, *55*, 625-629.

44.   Allison, D. B., Faith, M., & Franklin, R. D. (1995). Antecedent Exercise in The Treatment of Disruptive Behavior: A Review and Meta-Analysis. *Clinical Psychology: Science and Practice, 2*, 279-303.

45.   Selected for indexing in the NHS Centre for Reviews and Dissemination (see: http://nhscrd.york.ac.uk/)

46.   El-Gamal, A., Gallagher, D., Nawras, A., Ghandi, P., Gomez, J., Allison, D. B., Steinberg, J. S., Shumacher, D., Blank, R., & Heymsfield, S. B. (1995). Effects of obesity on QT, RR, and QTc intervals. *American Journal of Cardiology*, 75, 956-959.

47.   Allison, D. B., Gomez, J., Heshka, S., Babbitt, R. L., & Heymsfield, S. B. (1995). A Decreased Resting Metabolic Rate Among Persons With Down Syndrome. *International Journal of Obesity, 19,* 858-861.

48.   Sepulveda, D., Allison, D. B., Gomez, J., Kreibich, K., Brown, R., Pierson, R. N., & Heymsfield, S. B. (1995). Low Spinal and Pelvic Bone Mineral Density Among Persons with Down Syndrome. *American Journal on Mental Retardation, 100,* 109-114.

49.   Gorman, B. S., Primavera, L. H., & Allison, D. B. (1995). PowPal: Software for generalized power analysis. *Educational and Psychological Measurement, 55,* 773-776.

50.   Allison, D. B., Paultre, F., Pi-Sunyer, F. X., & Heymsfield, S. B. (1995). Is The Intra-Uterine Period *Really* A Critical Period For The Development of Obesity? *International Journal of Obesity, 19*, 397-402.

51. Kris-Etherton, P., Allison, D. B., Denke, M. A., Dietschy, J. M., Emken, E. A., & Nicolosi, R. J. (1995) *Trans fatty acids and coronary heart disease risk.* Report of the expert panel on *Trans* fatty acids and coronary heart disease. A critical review sponsored by the International Life Sciences Institute (ILSI). *Supplement to American Journal of Clinical Nutrition, 62*, 655S-707S.

52. Basile, V. C., Motta, R. M., & Allison, D. B. (1995). Antecedent exercise in the treatment of disruptive behavior: Testing proposed mechanisms of action. *Behavioral Interventions, 10,* 119-140.

53. Allison, D. B., Paultre, F., Goran, M. I., Poehlman, E. T., & Heymsfield, S. B. (1995). Statistical considerations regarding the use of ratios to adjust data. *International Journal of Obesity, 19,* 644-652.

54. Goran, M. I., Allison, D. B., & Poehlman, E. T. (1995). Issues relating to normalization of body fat content in men and women. *International Journal of Obesity, 19,* 638-643.

55. Allison, D. B., Kreibich, K., Heshka, S., & Heymsfield, S. B. (1995). A Randomized Placebo-Controlled Clinical Trial of an Auricular Acu-Pressure Device for Weight Loss. *International Journal of Obesity, 19,* 653-658.

56. Allison, D. B., & Faith, M. S. (1996). On Estimating the Minima of BMI-Mortality Curves. *International Journal of Obesity*, 20, 496.

57. Allison, D. B., & Faith, M. S. (1996). Hypnosis as an adjunct to cognitive behavioral psychotherapy: A meta-analytic re-assessment. *Journal of Consulting and Clinical Psychology, 64,* 513-516.

58. Allison, D. B., Neale, M. C., Kezis, M. I., Alfonso, V. C., Heshka, S. & Heymsfield, S. B. (1996). Assortative Mating for Relative Weight: Genetic Implications. *Behavior Genetics, 26(2),* 103-111.

59. Allison, D. B. (1996). The Use of Discordant Sibling Pairs for Finding Genetic Loci Linked to Obesity: Practical Considerations. *International Journal of Obesity, 20,* 553-560.

60. Mezitis, N. H. E., Maggio, C. A., Koch, P., Quddoos, A., Allison, D. B., & Pi-Sunyer, F. X. (1996). Glycemic effect of a single high oral dose of the novel sweetener sucralose in patients with diabetes mellitus. *Diabetes Care, 19,* 1004-1005.

61. Allison, D. B., Kaprio, J., Korkeila, M., Koskenvuo, M., Neale, M. C., & Hayakawa, K., (1996). The Heritability of BMI Among an International Sample of Monozygotic Twins Reared Apart. *International Journal of Obesity, 20,* 501-506.

62. Schork, N. J., Allison, D. B., & Theil, B. (1996). Mixture Distributions in Human Genetics Research. *Statistical Methods in Medical Research, 5,* 155-178.

63. Allison, D. B. & Faith, M. (1996). Publication Bias in Obesity Treatment Trials? *International Journal of Obesity, 20*, 931-937.

64. Allison, D. B., Faith, M. S., & Nathan, J. S. (1996). Risch's Lambda Values for Human Obesity. *International Journal of Obesity, 20,* 990-999.

65. Alfonso, V. C., Allison, D. B., Rader, D, & Gorman, B. S. (1996). The Extended Satisfaction With Life Scale: Development and Psychometric Properties. *Social Indicators Research, 38*, 275-301.

66. Fontaine, K. R., Cheskin, L. J., & Allison, D. B. (1997). Predicting Treatment Attendance and Weight Loss: Assessing the Psychometric Properties and Predictive Validity of the Dieting Readiness Test. *Journal of Personality Assessment, 68*, 173-183.

67. Allison, D. B., Allison, R. L., Faith, M. S., Paultre, F., & Pi-Sunyer, F. X. (1997). Power and Money: Designing Statistically Powerful Studies while Minimizing Financial Costs. *Psychological Methods,* 2, 20-33.

68.    Faith, M. S., Leone, M., & Allison, D. B. (1997). The effects of self-generated comparison targets, BMI and social comparison tendencies on body image appraisal. *Eating Disorders: Journal of Treatment and Prevention, 5*, 128-140.

69.    Allison, D. B. (1997). Transmission Disequilibrium Tests for Quantitative Traits. *American Journal of Human Genetics, 60*, 676-690.

      *i.*      See *Am J Hum Gen, 60*, 1571 (1997) for erratum.

70.    Allison, D. B., Gallagher, D., Heo, M., Pi-Sunyer, F. X., & Heymsfield, S. B. (1997). Body mass index and mortality among persons over age 70: Analysis of the Longitudinal Study of Aging. *International Journal of Obesity, 21*, 424-431.

71.    Allison, D. B., & Faith, M. S. (1997). A proposed heuristic for communicating heritability estimates to the general public with obesity as an example. *Behavior Genetics, 27*, 441-445.

72.    Allison, D. B. & Schork, N. J. (1997). Selected methodological issues in meiotic mapping of obesity genes in humans: Issues of power and efficiency. *Behavior Genetics, 27*, 401-421.

73.    Faith, M. S., Johnson, S. L., & Allison, D. B. (1997). Putting the *behavior* into the behavior genetics of obesity. *Behavior Genetics, 27*, 423-439.

74.    Allison, D. B., & Faith, M. S. (1997). Issues in Mapping Genes for Eating Disorders. *Psychopharmacology Bulletin, 33*, 359-368.

75.    Allison, D. B., Faith, M. S., Heo, M., & Kotler, D. P. (1997). A hypothesis concerning the U-shaped relationship between BMI and mortality. *American Journal of Epidemiology, 146*, 339-49.

76.    Allison, D. B., Heo, M., Flanders, D. W., Faith, M. S., & Williamson, D. F. (1997). Examination of 'early mortality exclusion' as an approach to control for confounding by occult disease in epidemiologic studies of mortality risk factors. *American Journal of Epidemiology, 146*, 672-680.

77.    Allison, D. B., Edlen-Nezin, L., & Clay-Williams, G. (1997). Obesity among African-American Women: Prevalence, Consequences, Causes, and Developing Research. *Women's Health, 3,* 243-274.

78.    Kotler, D. P., Thea, D. M., Allison, D. B., Wang, J., Pierson, R. N., St. Louis, M., & Keusch, G. T. (1998). Relative and interacting effects of sex, race, environment, and age upon body cell mass in healthy adults. *American Journal of Human Biology, 10,* 259-268.

79.    Allison, D. B., & Heo, M. (1998). Meta-analysis of linkage studies under "worst-case" conditions: A demonstration using the human *Ob* gene region. *Genetics, 148,* 859-865.

80.    Pietrobelli, A., Faith, M. S., Allison, D. B., Gallagher, D., Chiumello, G., & Heymsfield, S. B. (1998). Body mass index as a measure of adiposity among children and adolescents: A validation study. *Journal of Pediatrics, 132,* 204-210.

81.    Allison, D. B., Heo, M., Schork, N. J., Wong, S. -L., & Elston, R. C. (1998). Extreme selection strategies in gene mapping studies of oligogenic quantitative traits do not always increase power. *Human Heredity, 48,* 97-107.

82.    Faith, M. S., Allison, D. B. & Wong, F. Y. (1998). The Psychosomatic model of obesity: Affect induced eating or experimental artifact. *Obesity Research, 6,* 134-136.

83.    Pietrobelli, A., Allison, D. B., Faith, M. S., Beccaria, L., Bosio, L., Chiumello, G., Campfield, L. A., & Heymsfield, S. B. (1998). Prader-Willi syndrome (PWS): Relationship of adiposity to plasma leptin levels. *Obesity Research, 6,* 196-201.

84.    Allison, D. B., Heo, M., Faith, M. S., & Pietrobelli, A. (1998). Meta-analysis of the association of the Trp64Arg polymorphism in the $\beta_3$ adrenergic receptor with body mass index. *International Journal of Obesity, 22*, 559-566.

85.   Allison, D. B. & Beasley, M. (1998). A Method and Computer Program for Controlling the Family-wise Alpha Rate in Gene Association Studies Involving Multiple Phenotypes. *Genetic Epidemiology, 15,* 87-101.

86.   Comuzzie, A. G., & Allison, D. B. (1998). The search for human obesity genes. *Science, 280,* 1374-1377.

87.   Allison, D. B., Nathan, J. S., Albu, J. B., Heymsfield, S. B., Duprat, L. J., & Pi-Sunyer, F. X. (1998). Measurement challenges and other practical concerns when studying massively obese individuals. *International Journal of Eating Disorders, 24*, 275-284.

88.   Allison, D. B., Packer-Munter, W., Pietrobelli, A., Alfonso, V. C., & Faith, M. S. (1998). Obesity and developmental disabilities: Pathogenesis and treatment. *Journal of Physical and Developmental Disabilities,* 10: (3) 215-255.

89.   Mulheim, L. S., Allison, D. B., Heshka, S., & Heymsfield, S. B. (1998). Do unsuccessful dieters intentionally underreport food intake? *International Journal of Eating Disorders, 24,* 259-266.

90.   Fontaine, K. R., Faith, M. S., Allison, D. B., & Cheskin, L. J. (1998). Body Weight and Health Care Among Women in the General Population. *Archives of Family Medicine, 7,* 381-384.

91.   Heo, M., Faith, M. S., & Allison, D. B. (1998). Power and sample size for survival analysis under the Weibull distribution when the whole lifespan is of interest. *Mechanisms of Ageing and Development, 102, 45-53.*

92.   Faith MS. Manibay E. Kravitz M. Griffith J. Allison DB. (1998). Relative body weight and self-esteem among African Americans in four nationally representative samples. Obesity Research. 6(6):430-7.

93.   Allison, D. B., Thiel, B., St. Jean, P., Elston, R. C., Infante, M., & Schork, N. J. (1998). Multiple Phenotype Modeling in Gene Mapping Studies of Quantitative Traits: Power Advantages. *American Journal of Human Genetics, 63,* 1190-1201.

94.   Heymsfield SB, Allison DB, Vasselli, JR, Pietrobelli, AP, Greenfield D, & Nuñez C. (1998). Garcinia Cambogia: A Randomized-Double Blind Controlled Trial of A Potential Anti-Obesity Agent. *Journal of the American Medical Association, 280*:1596-1600.

95.   Para, E. J., Marcini, A, Akey, J, Martinson, J, Batzer, M. A., Cooper, R, Forrester, T, Allison, D. B., Deka, R., Ferrell, R. E., & Shriver, M. D. (1998). Estimating African-American Admixture Proportions by use of Population-Specific Alleles. *American Journal of Human Genetics, 63,* 1839-1851.

96.   Fontaine, K., Heo, M., Cheskin, L. J., & Allison, D. B. (1998). Body mass index, smoking, and mortality among older American women. *Journal of Women's Health, 7,* 1257-1261.

97.   Allison, D. B., Egan, S. K., Barraj, L. M., Caughman, C., Infante, M., & Heimbach, J. T. (1999). Estimated intakes of *trans* fatty and other fatty acids in the United States population. *Journal of The American Dietetic Association, 99*, 166-174.

98.   Gu, W., Tu, Z., Kleyn, P. W., Kissebah, A., Duprat, L., Lee, J., Chin, W., Maruti, S., Deng, N., Fisher, S. L, Franco, L. S., Burn, P., Yagaloff, K. A., Nathan, J., Heymsfield, S. B., Albu, J., Pi-Sunyer, F. X., & Allison, D. B. (1999). Identification and Functional Analysis of Novel Human Melanocortin-4 Receptor Variants. *Diabetes, 48*, 635-639.

99.   Mott, J. W., Wang, J., Thornton, J. C., Allison, D. B., Heymsfield, S. B., & Pierson, R. N. (1999). The relationship between body fat and age in four ethnic groups. *American Journal of Clinical Nutrition, 69, 1007-13.*

100.  Allison, D. B., Heo, M., Flanders, D. W., Faith, M. S., Carpenter, K. M., & Williamson, D. F. (1999). Simulation Study Of The Effects Of Excluding Early Mortality On Risk Factor-Mortality

Analyses In The Presence Of Confounding Due To Occult Disease: The Example Of Body Mass Index. *Annals of Epidemiology, 9*, 132-142.

101. Kotler, D. P., Thea, D. M., Heo, M., Allison, D. B., Engelson, E. S., Wang, J., Pierson, R. N., St. Louis, M., & Keusch, G. T. (1999). Relative Influences Of Sex, Race, Environment, And HIV Infection Upon Body Composition In Adults. *American Journal of Clinical Nutrition, 69,* 432-439.

102. Allison, D. B., Faith, M. S., Heo, M., Townsend-Butterworth, D., & Williamson, D. F. (1999). Meta-Analysis of the Effect of Excluding Early Deaths on the Estimated Relationship Between Body Mass Index and Mortality. *Obesity Research, 7,* 342-354.

103. Allison, D. B., Fontaine, K., Heo, M., Mentore, J. L., Cappelleri, J. C., Chandler, L., Weiden, P. J., & Cheskin, L. J. (1999). The Distribution of Body Mass Index Among Individuals With and Without schizophrenia. *Journal of Clinical Psychiatry, 60*, 215-220.

104. Allison, D. B., Zannolli, R., Faith, M. S., Heo, M., Pietrobelli, A., Van Itallie, T. B., Pi-Sunyer, F. X., & Heymsfield, S. B. (1999). Weight loss increases and fat loss decreases all-cause mortality rate: results from two independent cohort studies. *International Journal of Obesity, 23*, 603-611.

105. Faith, M. S., Pietrobelli, A., Nunez, C., Heo, M., Heymsfield, S. B., & Allison, D. B. (1999) Evidence for independent genetic influences on fat mass and body mass index in a pediatric twin sample. *Pediatrics, 104*, 61-66.

106. Cheskin, L. J., Bartlett, S. J., Zayas R., Twilley C. H., Allison, D. B., & Contoreggi C. (1999). Weight gain and prescription medications: A review. *Southern Medical Journal, 92:898-904*.

107. Allison, D. B., Heo, M., Kaplan, N., & Martin, E. R. (1999). Development of Sibling-based Tests of Linkage in the Presence of Association for Quantitative Traits That Do not Require Parental Information. *American Journal of Human Genetics, 64:1754-1764.*

108. Allison, D. B., Zannolli, R., & Narayan, K. V. M. (1999). The direct health care costs of obesity in the United States. *American Journal of Public Health, 89*, 1194-1199.

109. Bartlett, S. J., Faith, M. S., Fontaine, K. R., Cheskin, L. J., & Allison, D. B. (1999). Is the Prevalence of Successful Weight Loss and Maintenance Higher in the General Community than the Research Clinic: A Meta-Analysis that Would Not Be. *Obesity Research*, 7, 407-413.

110. Allison, D. B., Neale, M. C., Zannolli, R. Z., Schork, N. J., Amos, C. I., & Blangero, J. (1999). Testing The Robustness Of The Likelihood Ratio Test In A Variance-Component Quantitative Trait Loci (QTL) Mapping Procedure. *American Journal of Human Genetics, 65*, 531-544.

111. Chung, W K; Luke, A; Cooper, R S; Rotimi, C; Vidal-Puig, A; Rosenbaum, M; Chua, M; Solanes, G; Zheng, M; Zhao, L; Leduc, C; Eisberg, A; Chu, F; Murphy, E; Schreier, R; Aronne, L; Capitio, S; Kahle, B; Gordon, D; Leal, S M; Goldsmith, R; Andreu, A L; Bruno, C; Dimauro, S; Heo, M; Lowe Jr, W L; Lowell, B; Allison, D B; Leibel, R L (1999). Genetic and Physiological Analysis of the role of UCP3 in Human Obesity and Energy Homeostasis. *Diabetes, 48(9), 1890-1895.*

112. Bray GA, … **Allison DB**, et al. (1999). The Diabetes Prevention Program - Design and methods for a clinical trial in the prevention of type 2 diabetes. *Diabetes Care*, 22: (4) 623-634.

113. Kotler, DP, Rosenbaum, K., Allison, DB, Wang, J., & Pierson, RN. (1999). Validation of bioimpedance analysis as a measure of change in body cell mass as estimated by whole body counting of potassium in adults. *Journal of Parenteral & Enteral Nutrition, 23*, 345-349.

114. Wanagat J, Allison DB, Weindruch R. (1999). Caloric intake and aging: mechanisms in rodents and a study in nonhuman primates. *Toxicological Sciences, 52*(2 Suppl):35-40.

115. Faith, M. S., Rha, S. S., Neale, M. C., & Allison, D. B. (1999). Evidence for genetic influences on human energy intake: Results from a twin study using measured observations. *Behavior Genetics, 29: (3) 145-154.*

116.    Allison, D. B., Mentore, J. M., Heo, M. Chandler, L., Cappelleri, J. C., Infante, M., & Weiden, P. (1999). Antipsychotic-induced weight gain: a comprehensive research synthesis. *American Journal of Psychiatry, 156*: 1686-1696.

117.    Allison, D. B., Fontaine, K. R., Manson, J., Stevens, J., & Van Itallie, T. B. (1999). Annual deaths attributable to obesity in the United States. *Journal of the American Medical Association, 282*:(16), 1530-1538.

118.    Carpenter, K. M., Hasin, D. S., Allison, D. B., & Faith, M. S. (2000). The relationships between obesity and DSM-IV major depressive disorder, suicide ideation, and suicide attempts: Results from a general population study. *American Journal of Public Health, 90*, 251-257.

119.    Hainer V, Stunkard AJ, Kunesova M, Parizkova J, Stich V, Allison DB. (2000). Intrapair resemblance in very low calorie diet-induced weight loss in female obese identical twins. *International Journal of Obesity*, 8,1051-7.

120.    Zainal, T. A., Oberley, T. D., Allison, D. B., Szweda, L. I., & Weindruch, R. (2000). Caloric Restriction of Rhesus Monkeys Lowers Oxidative Damage in Skeletal Muscle. *FASEB Journal, 14,* 1825-1836.

121.    Faith, M. S., Fontaine, K. R., Cheskin, L. J., & Allison, D. B. (2000). Behavioral approaches to the problems of obesity. *Behavior Modification, 24,* 459-493.

122.    Allison, D. B., Fernandez, J., Heo, M., & Beasley, T. M. (2000). Testing The Robustness Of The New Haseman-Elston Quantitative Trait Loci (QTL) Mapping Procedure. *American Journal of Human Genetics, 67*, 249-252.

123.    Green, AI, Patel, JK, Goisman, R., Allison, D. B., & Blackburn, GL. (2000). Weight Gain from Novel Antipsychotic Drugs: Need for Action. *General Hospital Psychiatry, 22*, 224-235.

124.    Bray GA, … **Allison DB**, et al. (2000). The Diabetes Prevention Program - Baseline characteristics of the randomized cohort. Diabetes Care 23 (11): 1619-1629.

125.    Allen TM, O'Connor DH, Jing P, Dzuris JL, Mothe BR, Vogel TU, Dunphy E, Liebl ME, Emerson C, Wilson N, Kunstman KJ, Wang X, Allison DB, Hughes AL, Desroslers RC, Altman JD, Wollinsky SM, Sette A, Watkins DI. (2000). Tat-specific cytotoxic T lymphocytes select for SIV escape variants during resolution of primary viremia. *Nature, 407*, 386-390.

126.    Allison, D. B. & Saunders, S. (2000). Obesity in North America: An overview. *Medical Clinics of North America, 84*, 305-332.

127.    Martin, N., Goodwin, G., Fairburn, C., Wilson, R., Allison, D. B. Cardon, L. R., & Flint, J. (2000). A Population-Based Study of Personality In 34,000 Sib-Pairs. Twin Research, 3, 310-315.

128.    Allison, D. B., Fontaine, K. R., Heshka, S., Mentore, J. L., & Heymsfield, SB. (2001). Alternative Treatments for Weight Loss: A Critical Review. *Critical Reviews in Food Science and Nutrition, 41(1),* 1-28.

129.    Fontaine, K. R., Heo, M., Harrigan, E. P., Shear, C. L., Lakshminarayanan, M., Casey, D. E. & Allison, D. B. (2001). Estimating the consequences of anti-psychotic induced weight gain on health and mortality rate. *Psychiatry Research, 101*, 277-288.

130.    Black, A, Allison, DB, Shapses, SA, Tilmont, EM, Handy, AM, Ingram, DK, Roth GS, Lane MA. (2001). Calorie Restriction and Skeletal Mass in Rhesus Monkeys (Macaca mulatta): Evidence for an Effect Mediated Through Changes in Body Size.  *Journal of Gerontology, Biological Sciences, 56A*, B98-B107.

131.    Hainer V, Stunkard A, Kunesova M, Parizkova J, Stich V, Allison D. B. (2001). A twin study of weight loss and metabolic efficiency. *International Journal Of Obesity*, 25 (4): 533-537.

132.    Lee I-M, Blair SN, Allison DB, Folsom AR, Harris TB, Manson JE, Wing RR.  (2001). Epidemiologic data on the relationships of caloric intake, energy balance, and weight gain over

the life span with longevity and morbidity.  Journal of Gerontology, Series A, 56 (special issue 1); 7-19.

133.   Kayo, T., Allison, D. B., Weindruch, R. & Prolla, T. A. (2001). Influences of Aging and Caloric Restriction on the Transcriptional Profile of Skeletal Muscle from Rhesus Monkeys. *Proceedings of The National Academy of Sciences, 98*, 5093-5098.

134.   Dhurandhar, N., & Allison, D. B. (2001). Algorithm For Pharmacological Treatment Of Obesity. *Primary Psychiatry, 8*(2), 63-78.

135.   Faith, M. S., Berman, N., Heo, M., Pietrobelli, A., Gallagher, D., Epstein, L. H., Eiden, M. T., & Allison, D. B. (2001). Effects of Contingent-TV on Physical Activity and TV-Viewing in Obese Children. *Pediatrics, 107,* 1043-1048.

136.   Allison, D. B., Miller, R. A., Austad, S. N., Bouchard, C., Leibel, R., Klebanov, S., Johnson, T., & Harrison, D. E. (2001). Genetic Variability In Responses To Caloric Restriction In Animals and In Regulation Of Metabolism And Obesity In Humans. *Journal of Gerontology, SERIES A, 56A (special issue 1)*, 55-65.

137.   Bulik, C. M. & Allison, D. B. (2001). Genetic Epidemiology of thinness. *Obesity Reviews*, 2, 107-115.

138.   Allison, D. B., & Casey, D. E. (2001). Antipsychotic-induced weight gain: A review of the literature. *Journal of Clinical Psychiatry, 62* (suppl 7), 22-31.

139.   Ko, C., Lee, T., Lau, W., Li, J., Davis, B. T., Voyiaziakis, E., Allison, D. B., Chua, S. C., & Huang, L. (2001). Two Novel Quantitative Trait Loci on Mouse Chromosomes 6 and 4 Independently and Synergistically Regulate Plasma Apolipoprotein B Levels. Journal of Lipid Research, 42, 844-855.

140.   Allison, D. B., Fontaine, K. R., & Cheskin, L. J. (2001). Metabolic disharmony and mortality. *Medical Hypotheses, 56,* 604-609.

141.   Fontaine, K.R., & Allison, D.B. (2001). Does intentional weight loss affect mortality rate? Eating Behaviors: An International Journal, 2, 87-95.

142.   Fontaine, K.R., Heo, M., & Allison, D.B. (2001). Body weight and cancer screening among women. *Journal of Women's Health and Gender-Based Medicine, 10*, 463-470.

143.   Park, Y., Allison, D. B., Heymsfield, S. B., & Gallagher, D. (2001). Larger amounts of visceral adipose tissue in Asian-Americans. Obesity Research, 9, 381-387.

144.   Smucny, D.A., Allison, D.B., Ingram, D.K., Roth, G.S., Kemnitz, J.W., Kohama, S.G., & Lane, M.A. (2001). Changes in Blood Chemistry and Hematology Variables during Aging in Captive Rhesus Macaques (Macaca mulatta). *Journal of Medical Primatology, 30*(3):161-173.

145.   Heshka, S. & Allison, D. B. (2001). Is obesity a disease? *International Journal of Obesity, 25,* 1401-1404.

146.   Gresl, T. A., Colman, R. J., Roecker, E. B., Havighurst, T. C. Huang, Z., Allison, D. B., Bergman, R. N., & Kemnitz, J. W. (2001). Dietary Restriction and Glucose Regulation in Aging Rhesus Monkeys: A Follow-up Report at 8.5 Years. *American Journal Of Physiology-Endocrinology And Metabolism*, 281 (4): E757-E765.

147.   Faith, M. S., Flint, J., Fairburn, C. G., Goodwin, G. M., & Allison, D. B. (2001). Gender Differences in the Relationship Between Psychological Well-Being and Relative Body Weight: Results from a British Population-Based Sample. *Obesity Research, 9, 647-650.*

148.   M. Heo, R. L. Leibel, B. B. Boyer, W. K. Chung, M. Koulu, M. K. Karvonen, U. Pesonen, A. Rissanen, M. Laakso, M. I. J. Uusitupa, Y. Chagnon, C. Bouchard, P. A. Donohoue, T. L. Burns, A. R. Shuldiner, K. Silver, R. E. Andersen, O. Pedersen, S. Echwald, T. I. A. Sørensen, P. Behn, M. A. Permutt, K. B. Jacobs, R. C. Elston, D. J. Hoffman, and D. B. Allison. (2001). Pooling

Analysis of Genetic Data: The Association of Leptin Receptor (LEPR) Polymorphisms With Variables Related to Human Adiposity. *Genetics, 159*: 1163-1178.

149. Allison, D. B., & Neale, M. C. (2001). Joint Tests of Linkage & Association for Quantitative Traits. *Theoretical Population Biology, 60*, 239-251.

150. Heymsfield S.B., Gallagher D., Kotler D.P., Wang Z.M., Allison D.B., Heshka S. (2002). Body-size dependence of resting energy expenditure can be attributed to nonenergetic homogeneity of fat-free mass. *American Journal of Physiology-Endocrinology and Metabolism*, 282 (1): E132-E138.

151. Mothé, B. R., Horton, H., Carter, D. K., Liebl, M. E. Fuenger, S. Skinner, P., Allen, T. M., Vogel, T. U. Rehrauer, W., Wilson, N., Franchini, G., Altman, J. D., Haase, A., Picker, L. J., Allison, D. B., & Watkins, D. I. (2002). Dominance of CD8 responses specific for epitopes bound by a single MCH class I molecule during both acute and chronic phases of viral infection. *Journal of Virology, 76*, 975-884.

152. Allison, D. B., Beasley, T. M., Fernandez, J., Heo, M., Zhu, S., Etzel, C., & Amos, C.I. (2002). Bias in Estimates of Quantitative-Trait-Locus Effect in Genome Scans: Demonstration of the Phenomenon and a Method-of-Moments Procedure for Reducing Bias. *American Journal of Human Genetics, 70*, 575-585.

153. Allison, D. B., Zhu, S., Plankey, M., Faith, M. S., & Heo, M. (2002). Differential associations of body mass index and adiposity with all-cause mortality among men in the first and second National Health and Nutrition Examination Surveys (NHANES I & NHANES II) follow-up studies. *International Journal of Obesity, 26*, 410-416.

154. Heo, M., Faith, M. S., & Allison, D. B. (2002). Power and sample sizes for linkage with extreme sampling under an oligogenic model for quantitative traits. *Behavior Genetics, 32*, 23-36.

155. Janssen, I., Heymsfield, S. B., Allison, D. B., Kotler, D. P., & Ross, R. (2002). Body mass index and waist circumference independently contribute to the prediction of non-abdominal, abdominal subcutaneous, and visceral fat. American Journal of Clinical Nutrition, 75, 683-688.

156. Fontaine KR, Gadbury G, Heymsfield SB, Kral J, Albu JB, Allison DB. (2002). Quantitative prediction of body diameter in severely obese individuals. Ergonomics, 45 (1): 49-60.

157. Segal, N. & Allison, D. B. (2002). Twins and Virtual Twins: Bases of Relative Body Weight Revisited. International Journal of Obesity, 26, 437-441.

158. Fernandez, J. R., Etzel, C., Beasley, M., Shete, S., Amos, C. I., & Allison, D. B. (2002). Improving the power of sib-pair quantitative trait loci (QTL) detection by phenotype winsorization. *Human Heredity, 53*, 59-67.

159. Gadbury, G. L., Iyer, H. K., & Allison, D. B. (2002). Evaluating subject-treatment interaction when comparing two treatments. *Journal of Biopharmaceutical Statistics, 11*, 313-333.

160. Heo, M., Leibel, R. L., Fontaine, K. R., Boyer, B. B., Chung, W. K., Koulu, M., Karvonen, M. K., Pesonen, U., Rissanen, A., Laakso, M., Uusitupa, MIJ, Chagnon, Y., Bouchard, C., Donohoue, P. A., Burns, T. L., Shuldiner, A. R., Silver, K., Andersen, R. E., Pedersen, O., Echwald, S., Sørensen, T. I. A., Behn, P., Permutt, M. A., Jacobs, K. B., Elston, R. C., Hoffman, D. J., Gropp, E., & Allison, D. B. (2002). A meta-analytic investigation of linkage and association of common leptin receptor (LEPR) polymorphisms with body mass index and waist circumference. *International Journal of Obesity, 26,* 640-646.

161. Allen T. M., Mortara L., Mothe B. R., Liebl M., Jing P., Calore B., Piekarczyk M., Ruddersdorf R., O'Connor D. H., Wang X., Wang C., Allison D. B., Altman J. D., Sette  A., Desrosiers R.C., Sutter G., & Watkins D. I. (2002). Tat-vaccinated macaques do not control simian immunodeficiency virus SIVmac239 replication. Journal of Virology, 76(8):4108-4112.

162. Allison, D. B. & Coffey, C. S. (2002). Two-stage testing in microarray analysis: What is gained? *Journal of Gerontology, Biological Sciences, 57A,* B189-B192.

163. Allison, D. B., Gadbury, G., Heo, M, Fernandez, J, Lee, C-K, Prolla, T. A., & Weindruch, R. (2002). A Mixture Model Approach For The Analysis Of Microarray Gene Expression Data. *Computational Statistics & Data Analysis, 39,* 1-20.

164. Homel, P., Casey, D., & Allison, D. B. (2002). Changes in Body Mass Index for Individuals With and Without Schizophrenia 1987-1996. *Schizophrenia Research, 55*(3):277-84.

165. Mountz JD, Van Zant G, Allison DB, Zhang HG, Hsu HC. (2002). Beneficial influences of systemic cooperation and sociological behavior on longevity. Mechanisms Ageing Development, Apr;123(8):963-73.

166. Horton H, Vogel TU, Carter DK, Vielhuber K, Fuller DH, Shipley T, Fuller JT, Kunstman KJ, Sutter G, Montefiori DC, Erfle V, Desrosiers RC, Wilson N, Picker LJ, Wolinsky SM, Wang C, Allison DB, Watkins DI. (2002). Immunization of Rhesus Macaques with a DNA Prime/Modified Vaccinia Virus Ankara Boost Regimen Induces Broad Simian Immunodeficiency Virus (SIV)-Specific T-Cell Responses and Reduces Initial Viral Replication but Does Not Prevent Disease Progression following Challenge with Pathogenic SIVmac239. Journal or Virology, 76, 7187-7202.

167. Jain AK, Kaplan RA, Gadde KM, Wadden TA, Allison DB, Brewer ER, Leadbetter RA, Richard N, Haight B, Jamerson BD, Buaron KS, Metz A. (2002). Bupropion SR vs. Placebo for Weight Loss in Obese Patients with Depressive Symptoms. *Obesity Research, 10*:1049-1056.

168. Allen TM, Jing P, Calore B, Horton H, O'Connor DH, Hanke T, Piekarczyk M, Ruddersdorf R, Mothe BR, Emerson C, Wilson N, Lifson JD, Belyakov IM, Berzofsky JA, Wang C, Allison DB, Montefiori DC, Desrosiers RC, Wolinsky S, Kunstman KJ, Altman JD, Sette A, McMichael AJ, Watkins DI. (2002). Effects of cytotoxic T lymphocytes (CTL) directed against a single simian immunodeficiency virus (SIV) Gag CTL epitope on the course of SIVmac239 infection. Journal of Virology, 76:10507-10511.

169. Dhurandhar, N. V., Whigham, L., Abbott, D., Schultz-Darken, N., Bradley, S. M., Kemnitz, J., Israel, B. A., Allison, D. B., & Atkinson, R. L. (2002). Human Adenovirus Ad-36 Promotes Weight Gain in Male Rhesus and Marmoset Monkeys. Journal of Nutrition, 132, 3155-3160.

170. Pietrobelli A, Allison DB, Heshka S, Heo M, Wang ZM, Bertkau A, Laferrere B, Rosenbaum M, Aloia JF, Pi-Sunyer FX, Heymsfield SB. (2002). Sexual dimorphism in the energy content of weight change. International Journal of Obesity and Related Metabolic Disorders, 26(10):1339-48.

171. Faith, M. S., Keller, K. L., Matz, P., Johnson, S. L., Lewis, R., Jorge, M. A., Ridley, C., Han, H., Must, S., Heo, M., Pietrobelli, A., Heymsfield, S. B., & Allison, D. B. (2002). "Project Grow-2-Gether:" A Study of the Genetic and Environmental Influences on Child Eating and Obesity. *Twin Research, 5(5),* 472-475.

172. Lee, CK, Allison, D. B., Brand, J., Weindruch, R., & Prolla, T. A. (2002). Transcriptional Profiles Associated with Aging and Adult-Onset Caloric Restriction in Mouse Hearts. *Proceedings of the National Academy of Sciences, 99,* 14988-14993.

173. Fontaine, K. R., Redden, D. T., Wang, C., Westfall, A. O., & Allison, D. B. (2003). Years of Life Lost Due to Obesity. *Journal of the American Medical Association, 289*, 187-193.

     i.     Comment in:

     ii.     JAMA. 2003 Apr 9;289(14):1777; author reply 1777-8.

     iii.     JAMA. 2003 Apr 9;289(14):1777; author reply 1777-8.

     iv.     JAMA. 2003 Jan 8;289(2):229-30.

v.        JAMA. 2003 Jun 11;289(22):2941; author reply 2941-2.

174.    Fernandez JR, Heo M, Heymsfield SB, Pierson RN Jr, Pi-Sunyer FX, Wang ZM, Wang J, Hayes M, Allison DB, Gallagher D. (2003). Is percentage body fat differentially related to body mass index in Hispanic Americans, African Americans, and European Americans? *American Journal of Clinical Nutrition, 77,* 71-75.

175.    Mothe BR, Weinfurter J, Wang C, Rehrauer W, Wilson N, Allen TM, Allison DB, Watkins DI. (2003). Expression of the Major Histocompatibility Complex Class I Molecule Mamu-A*01 Is Associated with Control of Simian Immunodeficiency Virus SIV(mac)239 Replication. *Journal of Virology, 77,* 2736-2740.

176.    Cavazzoni, P., Tanaka, Y., Roychowdhury, S., Breier, A., & Allison, D. B. (2003). Nizatidine for the Prevention of Weight Gain with Olanzapine A Double-Blind Placebo-Controlled Trial. *European Neuropsychopharmacology, 13,* 81-85.

177.    Heo, M., Allison, D. B., Faith, M. S., Zhu, S., Fontaine, K. R. (2003). Obesity and Health-Related Quality of Life: The Potential Mediating Effects of Joint Pain and Comorbidities. *Obesity Research, 11,* 209-216.

178.    Yang, D., Fontaine, K. R., Wang, C., & Allison, D. B. (2003). Con: Weight Loss Causes Increased Mortality. *Obesity Reviews, 4,* 9-16.

179.    Allison, D.B., Mackell, J.A., McDonnell D.D. (2003). The impact of weight gain on quality of life among persons with Schizophrenia. Psychiatric Services, 54(4), 565-567.

180.    Zhu, S., Heo, M, Plankey, M., Faith, M. S., & Allison, D. B. (2003). Associations of body mass index and anthropometric indicators of fat mass and fat free mass with all-cause mortality among women in the first and second National Health and Nutrition Examination Surveys (NHANES I & NHANES II) follow-up studies. *Annals of Epidemiology, 13,* 286-293.

181.    Allison, D. B., Gadbury, G., Schwartz, L. G., Murugesan, R., Kraker, J. L., Heshka, S., Fontaine, K. R., & Heymsfield, S. B. (2003). A Novel Soy-Based Meal Replacement Formula For Weight Loss Among Obese Individuals: A Randomized Controlled Clinical Trial. *European Journal of Clinical Nutrition, 57*(4):514-522.

182.    Heo, M., Faith, M. S., Mott, J., Gorman, B.S., Redden, D. T., & Allison, D. B. (2003). Hierarchical linear models for the development of growth curves: an example with body mass index in overweight/obese adults. *Statistics in Medicine, 22,* 1911-1942.

i.        Reprinted in: *Tutorials in Biostatistics: Volume 2*, R. B. D' Agostino (Ed), Wiley, Chichester, 2004.

183.    Rikke, B. A., Yerg, J. E., Battaglia, M. E., Nagy, T. R., Allison, D. B., & Johnson, T. E. (2003). Strain Variation in the Response of Body Temperature to Dietary Restriction. Mechanisms of Ageing and Development, 124(5):663-78.

184.    Yang, E. J., Kerver, J. M., Park, Y. K., Kayitsinga, J., Allison, D. B., & Song, W. O. (2003). Carbohydrate intake and biomarkers of glycemic control among U.S. adults: NHANES III. *American Journal of Clinical Nutrition, 77,* 1426-33.

185.    Fullerton, J., Cubin, M., Tiwari, H., Wang, C., Bomhra, A., Davidson, S., Miller, S., Fairburn, C., Goodwin, C., Neale, M., Fiddy, S., Mott, R., Allison, D. B., & Flint, J. (2003). Linkage analysis of extremely discordant and concordant sibling pairs identifies QTL that influence variation in the human personality trait neuroticism. *American Journal of Human Genetics, 72*(4):879-890.

186.    Fernández, J. R., Shriver, M. D., Beasley, T. M., Rafla-Demetrious, N., Parra, E., Albu, J., Nicklas, B., Ryan, A. S., McKeigue, P. M., Hoggart, C. L., Weinsier, R. L., & Allison, D. B. (2003). Association of African Genetic Admixture With Resting Metabolic Rate And Obesity Among African American Women. Obesity Research, 11, 904-911.

187.   Gadbury, G. L., Page, G. P., Heo, M., Mountz, J. D., & Allison, D. B. (2003). Randomization tests for small samples: An application for genetic expression data. *Journal of the Royal Statistical Society: Series C: Applied Statistics, 52*(3), 365-376.

188.   Yi, N., George, V., & Allison, D. B. (2003). Stochastic search variable selection for identifying multiple quantitative trait loci. *Genetics, 164(3):*1129-38.

189.   Gresl, T. A., Colman, R. J., Havighurst, T. C., Allison, D. B., Schoeller, D. A., & Kemnitz, J. W. (2003). Dietary restriction and B-cell sensitivity to glucose in adult male rhesus monkeys. *Journal of Gerontology A: Biological Sciences & Medical Sciences, 58(7):*B598-B610.

190.   O'Connor, D. H., Mothe, B. R., Weinfurter, J. T., Fuenger, S., Rehrauer, W. M., Jing, P., Rudersdorf, R., R., Liebl, M. E., Krebs, K., Vasquez, J., Dodds, E., Loffredo, J., Martin, S., McDermott, A. B., Allen, T. M., Wang, C., Doxiadis, G. G., Montefiori, D. C., Hughes, A., Burton, D. R., Allison, D. B., Wolinsky, S. M., Bontrop, R., Picker, L. J., & Watkins, D. I. (2003). Major Histocompatibility Complex Class I Alleles Associated with Slow Simian Immunodeficiency Virus Disease Progression Bind Epitopes Recognized by Dominant Acute-Phase Cytotoxic-T-Lymphocyte Responses. *Journal of Virology, 77*, 9029-9040.

191.   Faith, M. S., Heshka, S., Keller, K. L., Sherry, B., Matz, P. E., Pietrobelli, A., & Allison, D. B. (2003). Maternal-child feeding patterns and child body weight: Findings from a population-based sample. *Archives of Pediatrics & Adolescent Medicine, 157*, 926-932.

192.   Etzel, C. J., Shete, S., Beasley, T. M., Fernandez, J. R., Allison, D. B., & Amos, C. I. (2003). Effect of Box-Cox Transformation on Power of Haseman-Elston and Maximum-Likelihood Variance Components Tests to Detect Quantitative Trait Loci. *Human Heredity, 55*, 108-116.

193.   Gadbury, G. L., Coffey, C. S., & Allison, D. B. (2003). Modern Statistical Methods For Obesity Trial Data: Beyond LOCF. *Obesity Reviews, 4,* 175-184.

194.   Hsu H. C., Zhang H. G., Li L., Yi N., Yang P. A., Wu Q., Zhou J., Sun S., Xu X., Yang X., Lu L., Van Zant G., Williams R. W., Allison D. B., & Mountz J. D. (2003). Age-related thymic involution in C57BL/6J x DBA/2J recombinant-inbred mice maps to mouse chromosomes 9 and 10. *Genes and Immunity, 4*(6):402-410.

195.   Fernandez JR, Allison DB. (2003). Understanding racial differences in obesity and metabolic syndrome traits. *Nutrition Reviews, 61*, 316-9.

196.   Fontaine, K. R., Yang, D., Gadbury, G. L., Heshka, S., Schwartz, L. G., Murugesan, R., Kraker, J. L., Heo, M., Heymsfield, S. B., & Allison, D. B. (2003). Results of soy-based meal replacement formula on weight, anthropometry, serum lipids & blood pressure during a 40-week clinical weight loss trial. Nutrition Journal, 2(1):14.

197.   Yi, N., Xu, S., & Allison, D. B. (2003). Bayesian Model Choice and Search Strategies for Mapping Interacting Quantitative Trait Loci. *Genetics, 165*: 867-883.

198.   Gresl, T. A., Colman, R. A., Havighurst, T. G., Byerley, L. O., Allison, D. B., Schoeller, D. A., & Kemnitz, J. W. (2003). Insulin sensitivity and glucose effectiveness from three minimal models: effects of energy restriction and body fat in adult male rhesus monkeys. *American Journal of Physiology: Regulatory, Integrative, & Comparative Physiology,285*(6):R1340-54.

199.   Hubbert KA, Bussey BF, Allison DB, Beasley TM, Henson CS, Heimburger DC. (2003). Effects of outcome-driven insurance reimbursement on short-term weight control. *International Journal of Obesity, 27*,1423-9.

200.   Page, G. P., Edwards, J. W., Barnes, S., Weindruch, R., Allison, D. B. (2003). A Design & Statistical Perspective on Microarray Gene Expression Studies in Nutrition: The Need for Playful Creativity and Scientific Hard-Mindedness. *Nutrition, 19,* 997-1000.

EA_110

201.   Foster, G. D., Wadden, T. A., Makris, A. P., Davidson, D., Sanderson, R. S., Allison, D. B. & Kessler, A.   (2003). Primary Care Physicians' Attitudes About Obesity and Its Treatment. *Obesity Research, 11*(10):1168-77.

202.   Fernandez, J. R., & Allison, D. B. (2003). Rimonabant Sanofi-Synthelabo. Current Opinion in Investigational Drugs 2004 5(4):430-435. An extended version of: Fernandez, J. R., & Allison, D. B. (2003). Rimonabant. The Investigational Drugs Database Drug Report, Dec, _____.

203.   Higami, Y.,  Pugh, T. D., Page, G. P., Allison, D. B., Prolla, T. A., Weindruch, R. (2003). Adipose tissue energy metabolism: altered gene expression profile of mice subjected to long-term caloric restriction. *The FASEB Journal Express Article 10.1096/fj.03-0678fje.* Published online December 19, 2003. Published in print as *FASEB Journal*, 2004 Feb;18(2):415-7.

204.   Heimburger DC, Allison DB, Goran MI, Heini AF, Hensrud DD, Hunter GR, Klein S, Kumanyika SK, Kushner RF, Rolls BJ, Schoeller D, Schutz Y. (2003). A Festschrift for Roland L. Weinsier: Nutrition Scientist, Educator, and Clinician. *Obesity Research, 11*(10):1246-1262.

205.   Vogel TU, Reynolds MR, Fuller DH, Vielhuber K, Shipley T, Fuller JT, Kunstman KJ, Sutter G, Marthas ML, Erfle V, Wolinsky SM, Wang C, Allison DB, Rud EW, Wilson N, Montefiori D, Altman JD, & Watkins DI. (2003). Multispecific Vaccine-Induced Mucosal Cytotoxic T Lymphocytes Reduce Acute-Phase Viral Replication but Fail in Long-Term Control of Simian Immunodeficiency Virus SIVmac239. *Journal of Virology, 77,* 13348-13360.

206.   Page, G. P., George, V., Go, R. C., Page, P. Z., & Allison, D. B. (2003). "Are We There Yet?": Deciding when one has demonstrated specific genetic causation in complex diseases and quantitative traits. *American Journal of Human Genetics, 73*: 711–719.

207.   Redden D. T. & Allison D. B. (2003). Non-replication in Genetic Association Studies of Obesity and Diabetes. *Journal of Nutrition, 133*, 3323-3326.

208.   Yi, N., Xu, S., George, V., & Allison, D. B. (2004). Mapping Multiple Quantitative Trait Loci for Ordinal Traits. *Behavior Genetics, 34*, 3-15.

209.   Zhang, H., Hyde, K., Page, G. P., Brand, J. P. L., Zhou, J., Yu, S., Allison, D. B., Hsu, H., & Mountz, J. D. (2004). Novel Tumor Necrosis Factor-a Regulated Genes in Rheumatoid Arthritis. *Arthritis & Rheumatism, 50, 420–431*.

210.   Wang, C., Weindruch, R., Fernandez, J. R., Coffey, C. S., Patel, P., & Allison, D. B. (2004). Caloric Restriction and Body Weight independently Affect Longevity in Wistar Rats. *International Journal of Obesity, 28,* 357-62.

211.   Shete, S., Beasley, M., Etzel, C., Fernández, J. F., Chen, J., Allison, D. B., & Amos, C. I. (2004). Effect of Winsorization on Power and Type 1 Error of Variance Components and Related Methods of QTL Detection. *Behavior Genetics, 34*, 153-159.

212.   Beasley, T. M., Page, G. P., Brand, J. P. L., Gadbury, G. L., Mountz, J. D., & Allison, D. B. (2004). Chebyshev's Inequality for Non-parametric Testing with Small N and $\alpha$ in Microarray Research. *Journal of the Royal Statistical Society: Series C: Applied Statistics, 53*, 95-108.

213.   Yang D., Zakharkin S. O., Page G. P., Brand J. P., Edwards J. W., Bartolucci A. A., & Allison D. B. (2004). Applications of Bayesian statistical methods in microarray data analysis. *American Journal of Pharmacogenomics, 4*, 53-62.

214.   Rikke, B. A., Yerg, J. E., Battaglia, M. E., Nagy, T. R., Allison, D. B., Johnson, T. E. (2004). Quantitative Trait Loci Specifying the Response of Body Temperature to Dietary Restriction. *Journal of Gerontology: Biological Sciences,* 59A, 118–125. *[With this paper, Dr. Rikke won the Samuel Goldstein Award, an award given for the best paper in the Journal of the Gerontological Society of America in the preceding calendar year.]*

215. Zhu, S., Heshka, S., Wang, Z., Shen, W, Allison, D. B., Ross, R. & Heymsfield, S. B. (2004). Combination of BMI and Waist Circumference for Identifying Cardiovascular Risk Factors in Whites. *Obesity Research, 12*, 633-645.

216. Yi, N., Diament, A., Chiu, S., Kim, K., Allison, D. B., Fisler, J., & Warden, C. H. (2004). Characterization of Epistasis Influencing Complex Spontaneous Obesity in the BSB Model. *Genetics, 167,* 399-409.

217. Redden, D. T., Fernández, J. R., & Allison, D. B. (2004). A Simple Significance Test for Quantile Regression. *Statistics in Medicine, 23*, 2587-2597.

218. St-Onge, M. P., Wang, J., Shen, W., Wang, Z., Allison, D. B., Heshka, S., Heymsfield, S. B. (2004). Dual-energy x-ray absorptiometry-measured lean soft tissue mass: differing relation to body cell mass across the adult life span. *Journal of Gerontology: A Biol Sci Med Sci.* Aug;59(8):B796-800.

219. Lee CK, Pugh TD, Klopp RG, Edwards J, Allison DB, Weindruch R, Prolla TA. (2004). The impact of alpha-lipoic acid, coenzyme Q(10) and caloric restriction on life span and gene expression patterns in mice. *Free Radical Biology and Medicine, 15*;36(8):1043-57.

220. Fernández, J. R., Redden, D. Pietrobelli, A., Allison, D. B. (2004). Waist Circumference Percentiles in Nationally Representative Samples of African-American, European-American and Mexican-American Children. *Journal of Pediatrics, 145,439-44*.

221. Coffey, C. S., Steiner, D., Baker, B. A., & Allison, D. B. (2004). A Randomized Double-Blind Placebo Controlled Clinical Trial of a Product Containing Ephedrine, Caffeine, and Other Ingredients from Herbal Sources for Treatment of Overweight and Obesity in the Absence of Lifestyle Treatment. *International Journal of Obesity, 28*:1411-1419.

222. Conus, F., Allison, D. B., Rabasa-Lhoret, R., St-Onge, M., St-Pierre, D., Tremblay-Lebeau, A., & Poehlman, E. T. (2004). Metabolic and Behavioral Characteristics of Metabolically Obese, But Normal Weight (MONW) Women. *Journal of Clinical Endocrinology and Metabolism, 89*, 5013-5020.

223. Beasley, T. M., Yang, D., Yi, N., Bullard, D. C., Travis, E. L., Amos, C. I., Xu, S., & Allison, D. B. (2004). Joint Tests for Quantitative Trait Loci in Experimental Crosses. *Genetics Selection Evolution, 36,* 601-619.

224. Wang, C., Li, Q., Redden, D. T., Weindruch, R., & Allison, D. B. (2004). Statistical Methods for Testing Effects on "Maximum Lifespan". *Mechanisms of Ageing and Development, 125*, 629-632.

225. Faith, MS; Keller, KL; Johnson, S. L., Pietrobelli A; Matz, P.E., Must, S., Jorge, M. A., Cooperberg, J., Heymsfield, S. B., & Allison, DB. (2004). Familial aggregation of energy intake in children. *American Journal of Clinical Nutrition, 79*(5):844-50.

226. Gadbury, G. L., Page, G. P., Edwards, J., Kayo, T., Prolla, T. A., Weindruch, R., Permana, P. A., Mountz, J., & Allison, D. B. (2004). Power and Sample Size Estimation in High Dimensional Biology. *Statistical Methods in Medical Research, 13*: 325-338.

227. Tschöp, M., Chandler, P. C., Oswald, K. D., Benoit, S. C., Seeley, R. J., Kinzig, K. P., Moran, T. H., Beck-Sickinger, A. G., Koglin, N., Rodgers, R. J., Blundell, J. E., Ishii, Y., Beattie, A. H., Holch, P., Allison, D. B., Birringer, M., Kreuzer, O., Schindler, M., Arndt, K., Rudolf, K., Mark, M., Raun, K., Madsen, K., Wulff, B. S., Stidsen, C. E., Halem, H., Taylor, J., Dong, J., Datta, R., Culler, M., Craney, S., Flora, D., Smiley, D., Heiman, M. L., Ortmann, S., Thöne-Reineke, C., Klaus, S., Joost, H. G., Castañeda, R., & Hagan, M. M.  (2004). Does gut hormone PYY3-36 decrease food intake in rodents? *Nature, 430, 1 p following 165; discussion 2 p following 165*.

228. Mehta, T., Tanik, M. & Allison, D. B. (2004). Toward Sound Epistemological Foundations of Statistical Methods for High Dimensional Biology. *Nature Genetics, 36*, 943-947.

229.   Heo, M., Allison, D. B., Fontaine, K. R. (2004). Overweight, Obesity, and Colorectal Cancer Screening: Disparity between Men and Women. *BMC Public Health, 4*, 53.

230.   Yi N, Chiu S, Allison DB, Fisler JS, Warden CH. (2004). Epistatic interaction between two nonstructural loci on chromosomes 7 and 3 influences hepatic lipase activity in BSB mice. *Journal of Lipid Research, 45*, 2063-70.

231.   Picker LJ, Hagen SI, Lum R, Reed-Inderbitzin EF, Daly LM, Sylwester AW, Walker JM, Siess DC, Piatak M Jr, Wang C, Allison DB, Maino VC, Lifson JD, Kodama T, Axthelm MK. (2004). Insufficient Production and Tissue Delivery of CD4+ Memory T Cells in Rapidly Progressive Simian Immunodeficiency Virus Infection. *Journal of Experimental Medicine, 2004*,1299-1314.

232.   Klein, S., Burke, L. E., Bray, G. A., Blair, S., Allison, D. B., Pi-Sunyer, X., Hong, Y., & Eckel, R. H. (2004). Clinical Implications of Obesity with Specific Focus on Cardiovascular Disease – A Statement for Professionals from the American Heart Association Council on Nutrition, Physical Activity and Metabolism. *Circulation, 110*, 2952-2967.

233.   Barnes, S. & Allison, D. B. (2004). Excitement and realities in microarray analysis of the biological effects of polyphenols. *Pharmaceutical Biology, 42*, 94-101.

234.   Tiwari, H. K., Holt, J., George, V., Beasley, T. M., Amos, C. I., & Allison, D. B. (2005). New Joint Covariance- and Marginal-based Tests for Association & Linkage for Quantitative Traits for random and non-random sampling. *Genetic Epidemiology, 28*, 48-57.

235.   Mignault D, St-Onge M, Karelis AD, Allison DB, Rabasa-Lhoret R. (2005). Evaluation of the Portable HealthWear Armband: A device to measure total daily energy expenditure in free-living type 2 diabetic individuals. *Diabetes Care*, 28, 225-227.

236.   Baskin, M., Ard, J., Franklin, F., & Allison, D. B. (2005). Prevalence of Obesity in the United States. Obesity Reviews, 6, 5-7.

237.   Atkinson, R. L., Dhurandhar, N.V., Allison, D. B., Bowen, R. L., Israel, B. A., Albu, J. B., & Augustus, A. S. (2005). Human adenovirus-36 is associated with increased body weight and paradoxical reduction of serum lipids. *International Journal of Obesity*, 29, 281-286.

238.   Henderson, D. C., Cagliero, E., Copeland, Pm. M., Borba, C., Evins, E., Hayden, D., Weber, M. T., Anderson, E. J., Allison, D. B., Daley, T., Schoenfeld, D., & Goff, D. C. (2005). Glucose metabolism in schizophrenia patients treated with atypical antipsychotics: A frequently sampled intravenous glucose tolerance test and minimal model analysis. *Archives of General Psychiatry, 62*, 19-28.

239.   Coffey, C. S., Gadbury, G. L., Fontaine, K. R., Wang, C., Weindruch, R., & Allison, D. B. (2005). The Effects of Intentional Weight Loss as a Latent Variable Problem. *Statistics in Medicine, 24,* 941-954.

240.   Edwards, J. W., Page, G. P., Gadbury, G., Heo, M., Kayo, T., Weindruch, R., & Allison, D. B. (2005). Empirical Bayes (EB) Estimation of Gene-Specific Effects in Microarray Research. *Functional & Integrative Genomics, 5,* 32-39.

241.   Olshansky, S. J., Passaro, D., Hershow, R., Layden, J., Carnes, B. A., Brody, J., Hayflick, L., Butler, R. N., Allison, D. B., & Ludwig, D. S. (2005). A Potential Life Expectancy Decline in the United States in the 21st Century? *New England Journal of Medicine, 352*, 1138-1145.

242.   Wu, J., McCrory, M. A., Xie, F., Fan, Z., Zakharkin, S. O., George, V., Lange, E., Langefeld, C., Allison, D. B., Cooper, G. S., Kimberly, R. P., & Szalai, A. J.   (2005) Single-nucleotide polymorphisms in the C-reactive protein (CRP) gene influence promoter activity and associate with serum CRP.   Journal of Molecular Medicine, online first, 1432-1440.

243.   Allison, D. B., Cutter, G., Poehlman, E. T., Moore, D. R., & Barnes, S. (2005). Exactly Which Synephrine Alkaloids Does Citrus Aurantium (bitter orange) Contain? *International Journal of Obesity, 29(4):443-446.*

244.  Cope, M. B., Nagy, T. R., Fernandez, J. R., Geary, N., Casey, D. E., & Allison, D. B. (2005). Antipsychotic Drug–Induced Weight Gain: Development of an Animal Model. *International Journal of Obesity, 29,* 607-614.

245.  Boyer, B. B., Heo, M., Allison, D. B., Lievenstein, N. T., Cho, I. S., Wang, Z., & Heymsfield, S. B. (2004). Comparison of body composition methodologies:  determining what is most practical for the hospital, research laboratory or remote field study. *International Journal of Body Composition Research*, *2*, 115-124.

246.  Vasselli, J. R., Weindruch, R., Heymsfield, S. B., Pi-Sunyer, F. X., Boozer, C. N., Yi, N., Wang, C., Pietrobelli, A., Allison, D. B. (2005). 'Intentional' Weight Loss Reduces Mortality Rate in a Rodent Model of Dietary Obesity. *Obesity Research, 13*(4):693-702.

247.  Dwyer, J. T., Allison, D.B., Coates, P. M. (2005). Dietary supplements in weight reduction. *Journal of the American Dietetic Association, 105*, 80-86.

248.  Zakharkin, S. O., Belay, A. T., Fernandez, J. R., De Luca, V., Kennedy, J. L., Sokolowski, M., & Allison, D. B. (2005). Lack of Association Between Polymorphism of the Human Cyclic GMP - Dependent Protein Kinase Gene and Obesity. *International Journal of Obesity, 29(7):872-4.*

249.  Trivedi, P., Edwards, J. W., Wang, J., Zakharkin, S.O., Gadbury, G.L., Srinivasasainagendra, V., Kim, K., Brand, J. P. L., Mehta, T., Patki, A., Page, G. P., Allison, D.B. (2005). HDBStat!: A platform-independent software suite for statistical analysis of high dimensional biology data. *BMC Bioinformatics, 6,* 86 (10 pages in length).

250.  Redden, D. T., Shields, P. G., Epstein, L., Wileyto, E. P., Zakharkin, S. O., Allison, D. B., & Lerman, C. (2005). Association between Catechol-O-Methyl-Transferase (COMT) Functional Polymorphism and Nicotine Dependence. *Cancer Epidemiology, Biomarkers and Prevention, 14,* 1384-1389.

251.  Beasley TM, Holt JK, Allison DB. (2005). Comparison of linear weighting schemes for perfect match and mismatch gene expression levels from microarray data. *American Journal of Pharmacogenomics, 5*(3):197-205.

252.  Fontaine KR, Heo M and Allison DB.  (2005). Obesity and prostate cancer screening in the USA. Public        Health,        119:8,        August        2005,        694-698. (_____ _____).

253.  Hunter, G. R., Lara-Castro, C., Byrne, N. M., Zakharkin, S. O., St. Onge, M-P., Allison, D. B. (2005). Weight loss needed to maintain visceral adipose tissue during aging. *International Journal of Body Composition Research*, *3*, 55-61.

254.  Tiwari, H. K., Bouchard, L., Perusse, L., & Allison, D. B. (2005). Is GAD2 on Chromosome 10p12 a Potential Candidate Gene for Morbid Obesity?" *Nutrition Reviews, 63(9):315-319*.

255.  Lee YH, Nair S, Rousseau E, Allison DB, Page GP, Tataranni PA, Bogardus C, Permana PA. (2005). Microarray profiling of isolated abdominal subcutaneous adipocytes from obese vs non-obese Pima Indians: increased expression of inflammation-related genes. *Diabetologia 48*: 1776-1783.

256.  Garge NR, Page GP, Sprague AP, Gorman BS, Allison DB. (2005). Reproducible clusters from microarray research: whither? *BMC Bioinformatics*, Jul 15;6 Suppl 2:S10.

257.  Boggiano, M. M., Chandler, P. C., Oswald, K. D., Rodgers, R. J., Blundell, J. E., Ishii, Y., Beattie, A. H.,  Holch, P., Allison, D. B., Schindler, M., Arndt, K., Rudolf, K., Mark, M., Schoelch, C., Joost, H. G., Klaus, S., Thöne-Reineke, C., Benoit, S. C., Seeley, R. J., Beck-Sickinger, A. G., Koglin, N., Raun, K., Madsen, K., Wulff, B. S., Stidsen, C. E., Birringer, M., Kreuzer, J., Deng, X. Y., Whitcomb, D. C., Halem, Taylor, J., Dong, J., Datta, R., Culler, M., Ortmann, S.,

Castañeda, T. R., & Tschöp, M. (2005). PYY3-36 as an anti-obesity drug target. *Obesity Reviews, 6, 307*-322.

258.  De Luca, M., Yi, N., Allison, D. B., Leips, J., Ruden, D. M. (2005). Mapping Quantitative Trait Loci Affecting Variation in Drosophila Triacylglycerol Storage. *Obesity Research, 13*, 1596-1605.

259.  Beasley, T. M., Wiener, H., Zhang, K., Bartolucci, A. A., Amos, C. I., & Allison, D. B. (2005). Empirical Bayes Method for Incorporating Data from Multiple Genome Scans. *Human Heredity*; 60: 36-42.

260.  Zakharkin SO, Kim K, Mehta T, Chen L, Barnes S, Scheirer KE, Parrish RS, Allison DB, Page GP.  (2005). Sources of variation in Affymetrix microarray experiments.  *BMC Bioinformatics, 6*: 214.

261.  Franks, P. W., Ravussin, E., Hanson, R. L., Harper, I. T., Allison, D. B., Knowler, W. C., Tataranni, P. A., & Salbe, A. D. (2005). Habitual physical activity in children: the role of genes and the environment. *American Journal of Clinical Nutrition*, *82*, 901-908.

262.  Yi, N., Yandell, B. S., Churchill, G. A., Allison, D. B., Eisen, E. J., & Pomp, D. (2005). Bayesian Model Selection for Genome-Wide Epistatic QTL Analysis. *Genetics, 170*(3):1333-44.

263.  Matsuoka, N., Patki, A., Tiwari, H. K., Allison, D. B., Johnson, S. B., Gregersen, P. K., Leibel, R. L., & Chung, W. K. (2006). Association of K121Q polymorphism in ENPP1 (PC-1) with BMI in Caucasian and African-American adults. *International Journal of Obesity, 30,* 233-237.

264.  Higami Y, Barger JL, Page GP, Allison DB, Smith SR, Prolla TA, Weindruch R. (2006). Energy restriction lowers the expression of genes linked to inflammation, the cytoskeleton, the extracellular matrix, and angiogenesis in mouse adipose tissue. *Journal of Nutrition, 136(2)*, 343-52.

265.  Haaz, S., Fontaine, K. R., Cutter, G., Limdi, N., Perumean-Chaney, S., & Allison, D. B. (2006). Citrus Aurantium and Synephrine Alkaloids in the Treatment of Overweight and Obesity: An Update. *Obesity Reviews, 7(1)*:79-88.

266.  Ard, J. D., Desmond, R. A., Allison, D. B., & Conway, J. M. (2006). Dietary restraint and disinhibition do not affect accuracy of 24-hour recall in a multiethnic population.  *Journal of the American Dietetic Association, 106*: (3) 434-437.

267.  Yi, N., Zinniel, D. K., Kim, K., Eisen, E. J., Bartolucci, A., Allison, D. B., Pomp, D. (2006). Bayesian Analyses of Multiple Epistatic QTL Models for Body Weight and Body Composition In Mice. *Genetics*, *87(1)*:45-60.

268.  Kim, K., Page, G. P., Beasley, T. M., Barnes, S., Scheirer, K. E., & Allison, D. B. (2006). A Proposed Metric for Assessing the Measurement Quality of Individual Microarrays. *BMC Bioinformatics,* Jan 23;7:35.

269.  Page, G. P., Edwards, J., W., Yelisetti, P., Wang, J., Trivedi, P., & Allison, D. B. (2006). The PowerAtlas: A Power and Sample Size Atlas for Microarray Experimental Design and Research. *BMC Bioinformatics, Feb 22;7:84*.

270.  Allison, D. B., Cui, X., Page, G. P, & Sabripour, M. (2006). Microarray Data Analysis: From *Dis*-array to Consolidation & Consensus. *Nature Reviews Genetics, 7, 55-65*.

271.  Wilson NA, Reed J, Napoe GS, Piaskowski S, Szymanski A, Furlott J, Gonzalez EJ, Yant LJ, Maness NJ, May GE, Soma T, Reynolds MR, Rakasz E, Rudersdorf R, McDermott AB, O'connor DH, Friedrich TC, Allison DB, Patki A, Picker LJ, Burton DR, Lin J, Huang L, Patel D, Heindecker G, Fan J, Citron M, Horton M, Wang F, Liang X, Shiver JW, Casimiro DR, Watkins DI. (2006). Vaccine-Induced Cellular Immune Responses Reduce Plasma Viral Concentrations after Repeated Low-Dose Challenge with Pathogenic Simian Immunodeficiency Virus SIVmac239. *Journal of Virology, 80*, 5875-5885.

272. Gadde, K. M. & Allison, D. B. (2006). Cannabinoid-1 Receptor Antagonist, Rimonabant, for Management of Obesity and Related Risks. *Circulation, 114,* 974-984.

273. Redden, D. T., & Allison, D. B. (2006). The Effect of Assortative Mating upon Genetic Association Studies: Spurious Associations and Population Substructure in the Absence of Admixture. *Behavior Genetics, 36,* 678-686.

274. Fernandez JR, Willig AL, Jones A, Shriver MD, Beasley TM, Albu J, Allison DB. (2006). Genetic Admixture is Associated with Visceral Adipose Tissue in Puerto Rican Women. *International Journal of Body Composition Research, 4*:(3), 137-143.

275. Musani, S. K., Halbert, N. D., Redden, D. T., Allison, D. B., Derr, J. N. (2006). Marker genotypes, population admixture, and their association with body weight, height, and relative body mass in U.S. federal bison herds. *Genetics, 174(2):775-83.*

276. Gadde, K. M., Yonish, G. M., Wagner, H. R., Foust, M. S., & Allison, D. B. (2006). Atomoxetine for weight reduction in obese women: A preliminary randomised controlled trial. *International Journal of Obesity, 30*(7):1138-42.

277. Keith, S., Redden, D. T., Katzmarzyk, P., Boggiano, M. M., Hanlon, E. C., Benca, R. M., Ruden, D., Pietrobelli, A., Barger, J., Fontaine, K. R., Wang, C., Aronne, L. J., Wright, S., Baskin, M., Dhurandhar, N., Lijoi, M. C., Grilo, C. M., De Luca, M., Westfall, A. O., & Allison, D. B. (2006). Putative Contributors to the Secular Increase in Obesity: Exploring the Roads Less Traveled. *International Journal of Obesity, 30*(11):1585-94.

278. Zhang, K., Wiener, H., Beasley, T. M., George, V., Amos, C. I., & Allison, D. B. (2006). An Empirical Bayes Method for Updating Inferences in Analysis of Quantitative Trait Loci Using Information from Related Genome Scans. *Genetics, 173*(4):2283-96.

279. Limdi NA, Beasley TM, Allison DB, Rivers CA, & Acton RT. (2006). Racial differences in the prevalence of Factor V Leiden mutation among patients on chronic warfarin therapy. *Blood Cells, Molecules and Disease, 37*(2):100-6.

280. Redden, D. T., Divers, J., Vaughan, L. K., Tiwari, H. K., Beasley, T. M., Fernandez, J. R., Kimberly, R. P., Feng, R., Padilla, M., Liu, N., Miller, M. B., Allison, D. B. (2006). Regional admixture mapping and structured association testing: conceptual unification and an extensible general linear model. *PloS Genetics, Aug 25;2(8):e137.*

281. Zakharkin SO, Kim K, Bartolucci AA, Page GP, and Allison DB. (2006) Optimal Allocation of Replicates for Measurement Evaluation Studies. *Genomics, Proteomics & Bioinformatics, 4*(3),196-202.

282. Hu, J., Redden, D. T., Berrettini, W. H., Shields, P. G., Restine, S. L., Pinto, A., Lerman, C., & Allison, D. B. (2006). No Evidence for a Major Role of Five Candidate Polymorphisms with Weight Gain during Bupropion Treatment for Smoking Cessation. *Obesity Research, 14*(11):1863-7.

283. Rikke BA, Battaglia ME, Allison DB, Johnson TE. (2006). Murine weight loss exhibits significant genetic variation during dietary restriction. *Physiological Genomics, 27*(2):122-30.

284. Mehta, T., Zakharkin, S., Gadbury, G. L., & Allison, D. B. (2006). Epistemological Issues in Omics and High-Dimensional Biology: Give the People What They Want. *Physiological Genomics, 28 (1)*: 24-32.

285. DelParigi A, Page GP, Allison DB, Beach T, Stephan DA, Reiman EM, & Tataranni A. (2006). Neuroimagenomics for the study of human obesity. *Immunology, Endocrine & Metabolic Agents in Medicinal Chemistry*, *6*; 75 - 80.

286. Grunda JM, Nabors LB, Palmer CA, Chhieng DC, Steg AD, Mikkelsen T, Diasio RB, Zhang K, Allison DB, Grizzle WE, Wang W, Gillespie Y, & Johnson MR. (2006)  Increased expression of

thymidylate synthetase (TS), ubiquitin specific protease 10 (USP10) and surviving is associated with poor survival in glioblastoma multiforme (GBM). *Journal of Neuro-Oncology, 80*(3):261-74.

287. Musani SK, Zhang HG, Hsu HC, Yi N, Gorman BS, Allison DB, & Mountz JD. (2006). Principal component analysis of quantitative trait loci for immune response to adenovirus in mice. *Hereditas*,143:189-97.

288. Ard, J. D., Fitzpatrick, S., Desmond, R., Sutton, B., Pisu, M., Allison, D. B., Franklin, F., & Baskin, M. (2007). The Impact of Fruit and Vegetable Cost on Availability in the Homes of schoolchildren in Birmingham, Alabama. American Journal of Public Health, 97(2):367-72.

289. Chung C, Lee W, Loffredo JT, Burwitz B, Friedrich TC, Giraldo Vela JP, Napoe G, Rakasz EG, Wilson NA, Allison DB, Watkins DI. (2007). Not all cytokine-producing CD8+ T-cells suppress simian immunodeficiency virus replication. *Journal of Virology, 81*, 1517-1523.

290. Musani, S. K., Shriner, D., Liu, N., Feng, R., Coffey, C. S., Yi, N., Tiwari, H. K., Allison, D. B. (2007). Detection of Gene x Gene Interactions in Genome-Wide Association Studies of Human Population Data. *Human Heredity, 63*(2):67-84.

291. Sacha JB, Chung C, Rakasz EG, Spencer SP, Jonas AK, Bean AT, Lee W, Burwitz BJ, Stephany JJ, Loffredo JT, Allison DB, Adnan S, Hoji A, Wilson NA, Friedrich TC, Lifson JD, Yang OO, Watkins DI. Gag-Specific CD8+ T Lymphocytes Recognize Infected Cells before AIDS-Virus Integration and Viral Protein Expression. J Immunol. 2007 Mar 1;178(5):2746-54.

292. Faith, M. S., Fontaine, K. R., Baskin, M. L., & Allison, D. B. (2007). Toward the reduction of population obesity: macrolevel environmental approaches to the problems of food, eating, and obesity. *Psychological Bulletin, 133(2)*:205-226.

293. St-Onge M, Mignault D, Allison DB, Rabasa-Lhoret R. (2007). Evaluation of a portable device to measure daily energy expenditure in free-living adults. *American Journal of Clinical Nutrition, 85(3)*:742-749.

294. Forshee, R. A., Storey, M. L., Allison, D. B., Ginsmann, W. H., Hein, G. L., Lineback, D. R., Miller, S. A., Nicklas, T. A., Weaver, G. A., White, J. S. (2007). A critical examination of the evidence relating high fructose corn syrup and weight gain. *Critical Reviews in Food Science and Nutrition*, 47: 561-582.

    i.    Cited by Essential Science IndicatorsSM from Thomson Reuters as Highly Cited Fast Moving Front in the field of Agricultural Sciences. _____

295. Cope, M. B., Jumbo-Lucioni, P., Walton, R. G., Kesterson, R. A., Allison, D. B., Nagy, T. R. (2007). No effect of dietary fat on short-term weight gain in mice treated with atypical antipsychotic drugs. International Journal of Obesity, 31, 1014-1022.

296. Brand, J. P. L., Chen, L., Cui, X., Bartolucci, A. A., Page, G. P., Kim, K., Barnes, S., Srinivasasainagendra, V., Beasley, T. M., & Allison, D. B. (2007). An Adaptive Alpha spending Algorithm Improves the Power of Statistical Inference in Microarray Data Analysis. Bioinformatician, 1(10): 384-389. (_____).

297. Greenberg, J. A., Allison, D. B., Kevin Fontaine, K. R. (2007). Putative biases in estimating mortality attributable to obesity in the US population. *Int J Obes (Lond)*, Sep;31(9):1449-55.

    i.    See also: Greenberg J, Fontaine K, Allison DB. Reply to Flegal et al. Int J Obes (Lond). 2008 May;32(5):876-877.

298. St-Onge MP, Aban I, Bosarge A, Gower B, Hecker KD, Allison DB. Snack chips fried in corn oil alleviate cardiovascular disease risk factors when substituted for low-fat or high-fat snacks. Am J Clin Nutr. 2007 Jun;85(6):1503-10.

299.  Elobeid, M., Desmond, R., Keith, S. W., & Allison, D. B. (2007). Waist Circumference Values are Increasing Beyond that Expected from Body Mass Index Increases. *Obesity, 15*(10):2380-2383.

300.  Silva, A. M., Wang, J., Pierson, R. N., Wang, Z., Spivack, J., Allison, D. B., Heymsfield, S. B., Sardinha, L. B., & Heshka, S. (2007). Extracellular Water Across the Adult Lifespan: Reference Values for Adults. *Physiological Measurement, 28,* 489-502.

301.  Wu, X., Wang, J., Cui, X., Maianu, L., Rhees, B., Rosinski, J., So, W. V., Willi, S. M., Osier, M. V., , Hill, H. S., Page, G. P., Allison, D. B., Martin, M., Garvey, W. T. (2007). The Effect of Insulin on Expression of Genes and Biochemical Pathways in Human Skeletal Muscle. *Endocrine*, 31(1): 5–17.

302.  Butsch WS, Ard JD, Allison DB, Patki A, Henson CS, Rueger MM, Hubbert KA, Glandon GL, Heimburger DC. (2007). Effects of a reimbursement incentive on enrollment in a weight control program. *Obesity, 15*(11):2733-2738.

303.  Shikany, J. M., Barash, J., Redden, D. T., Westfall, A. O., Heimburger, D. C., Henson, C. S., & Allison, D. B. (2007). Divergence in Popular Diets Relative to Diets Consumed by Americans, and Implications for Diet Selection. Medscape General Medicine.  MedGenMed, Jul 9; 9(3):8.

304.  Divers, J., Vaughan, L. K., Padilla, M., Fernandez, J. R., Allison, D. B., & Redden, D. T.  (2007). Correcting for measurement error in individual ancestry estimates in structured association tests. Genetics. July;176(3):1823-33. Epub 2007 May 16.

305.  St-Onge MP, Newcomer BR, Buchthal S, Aban I, Allison DB, Bosarge A, Gower B.  (2007). Intramyocellular lipid content is lower with a low-fat diet than with high-fat diets, but that may not be relevant for health.  American Journal of Clinical; 86: 1316-1322.

306.  Johnson, M. S., Jumbo-Lucioni, P., Watts, A. J., Allison, D. B., & Nagy, T. R. (2007). Effect of dairy supplementation on body composition and insulin resistance in mice. *Nutrition, 23*(11-12):836-843.

307.  Heymsfield S, Childers D, Beetsch J, Allison DB, & Pietrobelli A. (2007). Body Size and Human Energy Requirements:  Reduced Mass-Specific Resting Energy Expenditure in Tall Adults. *Journal of Applied Physiology, 103*(5):1543-1550.

308.  Matsuoka, N., Patki, A., Tiwari, H. K., Luke, A., Wu, S. B., Johnson, S. B., Gregersen, P. K., Allison, D. B., Leibel, R. L., & Chung, W. K. (2007). Association of MC3R with Body Mass Index in African-Americans. International Journal of Body Composition, 5(4): 123-130.

309.  Klein S, Allison DB, Heymsfield SB, Kelley DE, Leibel RL, Nonas C, Kahn R. (2007). Waist Circumference and Cardiometabolic Risk: A Consensus Statement from Shaping America's Health: Association for Weight Management and Obesity Prevention; NAASO, The Obesity Society; the American Society for Nutrition; and the American Diabetes Association. *Obesity, 15(5)*:1061-7.

   a.   Also published as: Klein S, Allison DB, Heymsfield SB, Kelley DE, Leibel RL, Nonas C, Kahn R. Waist circumference and cardiometabolic risk: a consensus statement from Shaping America's Health: Association for Weight Management and Obesity Prevention; NAASO, The Obesity Society; the American Society for Nutrition; and the American Diabetes Association. Am J Clin Nutr. 2007 May;85(5):1197-202.

   b.   And as: Klein S, Allison DB, Heymsfield SB, Kelley DE, Leibel RL, Nonas C. Waist Circumference and Cardiometabolic Risk. Diabetes Care. 2007 Apr 10; [Epub ahead of print].

310.  van de Wall, E., Leshan, R., Xu, A. W., Balthasar, N., Coppari, R., Liu, S. M., Jo, Y. H., Mackenzie, R. G., Allison, D. B., Dun, N. J., Elmquist, J., Lowell, B. B., Barsh, G. S., Myers, M. J., Schwartz, G. J., & Chua, S. (2008) Collective and Individual Functions of Leptin Receptor

Modulated Neurons Controlling Metabolism and Ingestion. *Endocrinology.* Apr; *149*(4):1773-1785.  Epub 2007 Dec 27. PMCID: PMC2276717.

311.  Arcaroli, J., Sankoff, J., Liu, N., Allison, D. B., Maloney, J., & Abraham, E. (2008) Association between Urokinase Haplotypes and Outcome from Infection Associated Acute Lung Injury. *Intensive Care Medicine.* Feb;*34*(2):300-7.  Epub 2007 Nov 10.

312.  Loffredo, J. T., Bean, A. T., Beal, D. R., Leon, E. J., May, G. E., Piaskowski, S. M., Furlott, R. J., Reed, J., Musani, S. K., Rakasz, E. G., Friedrich, T. C., Wilson, N. A., Allison, D. B., & Watkins, D. I.  (2008). Patterns of CD8+ Immunodominance may influence the ability of Mamu-B*08-positive macaques to naturally control SIVmac239 replication. Journal of Virology.  *Journal of Virology.* Feb;82(4):1723-1738.  Epub 2007 Dec 5. PMCID: PMC2258706.

313.  Cope, M. B., Erdman, J. W., & Allison, D. B. (2008). The Potential Role of Soyfoods in Weight and Adiposity Reduction: An Evidenced Based Review. *Obesity Reviews, 9*(3): 219-235. (No NIH Support)

314.  Keith, S. W. Wang, C., Fontaine, K. R., Cowan, C. D., Allison, D. B. (2008). Body Mass Index and Headache among Women: Results from 11 Epidemiologic Datasets and Over 200,000 Participants. *Obesity, 16*(2):377-383. PMCID: PMC 3208164

315.  Tuncer Y, Tanik MM, & Allison DB.  (2008). An overview of statistical decomposition techniques applied to complex systems. *Computational Statistics and Data Analysis, 52*(5): 2292-2310. PMCID: PMC2735056.

316.  Allison DB, Downey M, Atkinson RL, Billington CJ, Bray GA, Eckel RH, Finkelstein EA, Jensen MD, Tremblay A. (2008). Obesity as a disease: a white paper on evidence and arguments commissioned by the council of the obesity society. Obesity. Jun; 16(6):1161-1177.  Epub 2008 May (No NIH Support)

317.  Tiwari, H. K., Barnholtz-Sloan, J., Wineinger, N., Padilla, M. A., Vaughan, L. K., & Allison, D. B. (2008). Review and evaluation of methods correcting for population stratification with a focus on underlying statistical principles. *Human Heredity .* 66(2):67-86.  Epub 2008 Mar 31. PMCID: PMC2803696.

318.  Bruder C, Piotrowski A, Andersson R, Erickson S, de Ståhl TD, Menzel U, Sandgren J, von Tell D, Poplawski A, Tiwari H, Allison DB, Wirdefeldt K, Komorowski J, Pedersen NL, Dumanski JP. (2008). Phenotypically concordant and discordant monozygotic twins display different DNA copy number variation profiles. *American Journal of Human Genetics.* Mar;82(3):763-771.  Epub 2008 Feb 14. PMCID: PMC2427204.

319.  Park SK, Page GP, Kim K, Allison DB, Meydani M, Weindruch R, Prolla TA. (2008). Alpha- and gamma-Tocopherol prevent age-related transcriptional alterations in the heart and brain of mice. *Journal of Nutrition.* Jun;138(6):1010-8. PMCID: PMC2768425.

320.  Muzumdar, R., Allison, D. B., Huffman, D. M., Ma, X., Atzmon, G., Einstein, F. H., Fishman, S., Poduval, A. D., McVei, T., Keith, S. W., & Barzilai, N.  (2008). Visceral adipose tissue modulates mammalian longevity.  *Aging Cell.* Jun; 7, 438-440.  Epub 2008 Mar 18.  PMCID: PMC2504027.

321.  Colman, R. J., Beasley, T. M., Allison, D. B., & Weindruch, R. (2008). Attenuation of Sarcopenia by Dietary Restriction in Rhesus monkeys. *Journal of Gerontology.* Jun;  63 (6),*,* 556-559. PMCID: PMC2812805.

322.  Elobeid, M. A. & Allison, D. B. (2008). Putative Environmental Endocrine Disruptors and Obesity: A Review. *Current Opinion in Endocrinology, Diabetes, and Obesity.* Oct;15(5):403-408. PMCID: PMC2566897.

323.  Gadbury GL, Xiang Q, Yang L, Barnes S, Page GP, Allison DB.  (2008). Evaluating Statistical Methods Using Plasmode Data Sets in the Age of Massive Public Databases: An Illustration using False Discovery Rates.  *PLoS Genetics,* Jun 20;4(6):e1000098. PMCID: PMC2409977.

324. Gao G, Wan W, Zhang S, Redden DT, Allison DB.  (2008). Testing for Differences in Distribution Tails to Test for Differences in 'Maximum' Lifespan.  *BMC Medical Research Methodology,* Jul 25;8:49.  PMCID: PMC2529340.

325. Liu Y, Ordovas JM, Gao G, Province M, Straka RJ, Tsai MY, Lai CQ, Zhang K, Borecki I, Hixson JE, Allison DB, Arnett DK. (2008). The SCARB1 gene is associated with lipid response to dietary and pharmacological interventions. *Journal of Human Genetics,* 53(8):709-17.  Epub 2008 Jun 10. PMCID:    PMC3836273

326. Barger, J. L., Kayo, T., Vann, J. M., Arias, E. B., Wang, J., Hacker, T. A., Wang, Y., Raederstorff, D., Morrow, J. D., Leeuwenburgh, C., Allison, D. B., Saupe, K. W., Cartee, G. D., Weindruch, R., Prolla, T. A.  (2008). A low dose of dietary resveratrol partially mimics caloric restriction and retards aging parameters in mice. *PLoS ONE,* Jun 4;3(6):e2264. PMCID: PMC2386967.

327. Chung, WK, Patki, A., Matsuoka, N., Boyer, B. B., Liu, N., Musani, S. K., Goropashnaya, A., Tan, P. L., Katsanis, N., Johnson, S. B., Gregersen, P. K., Allison, D. B., Leibel, R. L. & Tiwari, H. K. (2009). Analysis of 30 Genes (355 SNPS) Related to Energy Homeostasis for Association with Adiposity in European-American and Yup'ik Eskimo Populations. *Human Heredity, 67*(3):193-205. Epub 2008 Dec 15. PMCID: PMC2715950.

328. Thomas, O., Thabane, L., Douketis, J., Chu, R., Allison, D. B. (2008). Industry Funding and the Reporting Quality of Large Long-Term Weight Loss Trials. *International Journal of Obesity, Oct;32(10):1531-6.* Epub 2008 Aug 19.  PMCID: PMC2753515.

329. Durant, N., Baskin, M. L., Thomas, O., & Allison, D. B. (2008). School-based obesity treatment and prevention programs: all in all, just another brick in the wall? *International Journal of Obesity, 32*, 1747–1751. [editorial]. PMCID:    PMC3388729

330. Reynolds, M.R., Weiler, A.M., Weisgrau, K.L., Piaskowski, S.M. Furlott, J.R., Weinfurter, J.R., Kaizu, M. Soma, T., Leon, E.J., MacNair, C., Leaman, D.P., Zwick, M.B., Gostick, E., Musani, S.K., Price, D.A., Friedrich, T.C., Rakasz, E.G., Wilson, McDermott, A.B., Boyle, R., Allison, D.B., Burton, D.R., Koff, W.C., Watkins, D.I. (2008). Macaques Vaccinated with Live-Attenuated SIV Control Replication of Heterologous Virus. *Journal of Experimental Medicine,* Oct 27;205(11):2537-50.  Epub 2008 Oct 6.  PMCID: PMC2571929.

331. Cope, M. & Allison, D. (2008). Critical Review of the World Health Organization's (WHO) 2007 report on "Evidence of the Long-Term Effects of Breastfeeding: Systematic Reviews and Meta-Analysis" with the respect to obesity. *Obesity Reviews.* Nov; 9(6): 594-605. Epub 2008 Jun.

332. Gadbury GL, Supapakorn T, Coffey CS, Keith SW, & Allison DB.  (2008). Application of potential outcomes to an intentional weight loss latent variable problem.  *Statistics and Its Interface, 1*, 87-98. PMCID: PMC3214637

333. Yi N, Ding S, Keith SW, Coffey CS, & Allison DB. (2008). Bayesian analysis of the effect of intentional weight loss on mortality rate. *International Journal of Body Composition Research, Vol. 6 No. 4: 185–192*. PMCID: PMC4181669

334. Gao, G., Allison, D.B., Hoeschele, I. (2009). Haplotyping Methods for Pedigrees. *Human Heredity,* Jan 27;*67*(4):248-266. Epub 2009 Jan. PMCID: PMC2692835.

335. Brock DW, Thomas O, Cowan CD, Hunter GR, Gaesser GA, & Allison DB. (2009). Association between insufficiently physically active and the prevalence of obesity in the United States. *Journal of Physical Activity & Health,* Jan;6(1):1-5. PMCID: PMC2659323.

336. Ankra-Badu, G. A., Pomp, D. Shriner, D., Allison, D. B., & Yi, N. (2009). Genetic influences on growth and body composition in mice: multilocus interactions. *International Journal of Obesity*, Jan;33(1):89-95. Epub 2008 Nov 4. PMCID: PMC3206648

337.  Allison, D. B. & Mattes, R. D. (2009). Nutritively-Sweetened Beverage Consumption and Obesity: The Need for Solid Evidence on A Fluid Issue. *Journal of the American Medical Association,* Jan 21;301(3):318-20. PMCID: PMC2864605.

338.  Ioannidis, J. P. A., Allison, D. B., Ball, C. A., Coulibaly, I., Cui, X., Culhane, A. C., Falchi, M., Furlanello, C., Game, L., Jurman, G., Mehta, T., Mangion, J., Nitzberg, M., Page, G. P., Petretto, E., van Noort, V. (2009). Repeatability of published microarray gene expression analyses. *Nature Genetics,* Feb;41(2):149-55.  Epub 2008 Jan. (No NIH Support)

339.  Segal, N.K., Feng, R., McGuire, S.A., Allison, D.B., Miller, S. (2009). Genetic and Environmental Contributions to Body Mass Index: comparative analysis of monozygotic twins, dizygotic twins and same age unrelated siblings.  *International Journal of Obesity*, Jan;33(1):37-41. PMCID: PMC3217035

        i.    Highlighted in *Nature Clinical Practice Endocrinology & Metabolism* March 2009 Vol 5 No 3.

340.  Baye, T. M., Tiwari, H. K., Allison, D. B., & Go, R. C. (2009). Database Mining for Selection of SNP Markers Useful in Admixture Mapping. *BioData Mining*, Feb 14;2(1):1. PMCID: PMC2649128.

        i.    *Paper the Editor(s)-in-Chief of BioData Mining as a nomination of the 4th Annual Research Awards*. http://www.biomedcentral.com/researchawards/.

341.  Liu, Y., Ordovas, J. M., Gao, G., Province, M., Straka, R. J., Tsai, M. Y., Lai, C., Zhang, K., Borecki, I., Hixon, J. E., Allison, D. B., & Arnett, D. K. (2009). Pharmacogenetic Association of the APOA1/C3/A4/A5 Gene Cluster and Lipid Responses to Fenofibrate - The Genetics of Lipid Lowering Drugs and Diet Network (GOLDN) Study. *Pharmacogenetics and Genomics.* Feb; 19(2), 161-169. PMCID: PMC2733171.

342.  Allison, D. B., Visscher, P. M., Rosa, G. J. M., & Amos, C. I. (2009). Statistical Genetics & Statistical Genomics: Where Biology, Epistemology, Statistics, and Computation Collide. *Computational Statistics and Data Analysis*. Mar 15;53(5), 1531-1534 [editorial]. Epub 2009 Jan. No NIH Support.

343.  Shen, W., Punyanitya, M., Silva, A.M., Chen, J., Gallagher, D., Sardinha, L.B., Allison, D.B., Heymsfield, S.B. (2009). Sexual Dimorphism of Adipose Tissue Distribution across the Lifespan: A Cross-Sectional Whole-Body Magnetic Resonance Imaging Study. *Nutrition & Metabolism*. Apr16; 6:17. PMCID: PMC2678136.

344.  Allison, D.B., Newcomer, J.W., Dunn, A.L., Blumenthal, J.A., Fabricatore, A.N., Daumit, G.K., Cope, M.B., Riley, W.T., Vreeland, B., Hibbeln, J.R., Alpert, J.E. (2009). Obesity Among Those with Mental Disorders A National Institute of Mental Health Meeting Report. *American Journal of Preventive Medicine*. Apr;*36*(4): 341-350. (No NIH Support)

        i.    *Recognized at 2012 AJPM Board of Governors' meeting as one of the Top 15 articles contributing to AJPM's 2010 Impact Factor.*

345.  Gadde, K. & Allison, D.B. (2009). Combination Pharmaceutical Therapies for Obesity. *Expert Opinion on Pharmacotherapy*. Apr;10(6)*,* 921-925.

346.  Parsons, B., Allison, D.B., Loebel, A., Williams, K., Filler, E., Romano, S., Siu, C. (2009). Weight Effects Associated with Antipsychotics: A Comprehensive Database Analysis. *Schizophrenia Research*. May;110(1-3):103-110. Epub 2009 Mar. (No NIH Support)

347.  Kang, GL., Ye K., Liu, N., Allison, D.B., & Gao, G. (2009). Weighted Multiple Hypothesis Testing Procedures. *Statistical Applications in Genetics and Molecular Biology*, 8(1): Article 23. Epub 2009 Apr. PMCID: PMC2703613.

        i.    Among the 10 Most Popular Articles in COBRA* as of 5/27/09. See

348. Padilla, M.A., Divers, J., Vaughan, L.K., Allison, D.B., Tiwari, H.K. (2009). Multiple Imputation to Correct for Measurement Error in Admixture Estimates in Genetic Structured Association Testing. *Human Heredity, 68(1)*:65-72.  Epub 2009 Apr. PMCID: PMC2716289.

349. St-Onge, M-P, Zhang, S., Darnell, B., & Allison, D. B. (2009). Baseline C-Reactive Protein Is Associated With Lipid Responses To Low-Fat And High Polyunsaturated Fat Diets. *Journal of Nutrition*. Apr;139(4*)*:680-683. PMCID: PMC2666362.

350. Cope, M. B., Li, X., Jumbo-Lucioni, P., DiCostanzo, C. A., Jamison, W. G., Kesterson, R. A., Allison, D. B., & Nagy, T. R. (2009). Risperidone alters food intake, core body temperature, and locomotor activity in mice. *Physiology & Behavior*.  Mar 2;96(3):457-63. Epub 2008 Nov. PMCID: PMC2692091.

351. Gadbury GL, Garrett KA, Allison DB. (2009). Challenges and approaches to statistical design and inference in high-dimensional investigations. *Methods Mol Biol*. 2009;553:181-206.

     i.    Also published as Gadbury, GL., Garrett, KA, Allison DB. Challenges and Approaches to Statistical Design and Inference in High-Dimensional Investigations. In Plant Systems Biology, Belostotsky, ed. Humana Press. 2009. Pp 181-206. Chapter 9.

352. Park, S. Kim, K., Page, G. P. Allison, D. B., Weindruch, R., & Tomas A. Prolla, T. A. (2009). Gene expression profiling of aging in multiple mouse strains: identification of aging biomarkers and impact of dietary antioxidants. *Aging Cell.* Aug; 8(4), 484–495. Epub 2009 Jun. PMCID: PMC2733852.

353. Elobeid, M., Padilla, M., McVie, T., Thomas, O., Brock, D., Musser, B., Lu, K., Coffey, C., Desmond, R., St-Onge, M-P, Gadde, K., Heymsfield, S., Allison, D. (2009). Missing data in randomized clinical trials for weight loss: scope of the problem, state of the field, and performance of statistical methods. *PLoS One*. Aug;13;4(8):e6624. PMCID: PMC2720539.

354. Gadde KM, Allison DB. (2009). Combination therapy for obesity and metabolic disease. *Current Opinion in Endocrinology, Diabetes and Obesity, 16*(5):353-358. (No NIH Support)

355. Beasley, T. M., Erickson, S., & Allison, D. B. (2009). Rank-Based Inverse Normal Transformations are Increasingly Used, But When Are They Merited? *Behavior Genetics*. Sep; 39(5), 580-595. Epub 2009 Jun. PMCID: PMC2921808

356. Lewis, C. E., McTigue, K. M., Burke, L. E., Poirier, P., Eckel, R. H., Howard, B. V., Allison, D. B., Kumanyika, S., & Pi-Sunyer, X. (2009). Mortality, health outcomes, and body mass index in the overweight range: a science advisory from the American Heart Association. *Circulation.* June 30;119(25):3263-3271. Epub 2009 Jun. (No NIH Support)

357. Colman, R. J., Anderson, R. M., Johnson, S. C., Kastman, E. K., Kosmatka, K. J., Beasley, T. M., Allison, D. B., Cruzen, C. Simmons, H. A., Kemnitz, J. W., Weindruch, R.  (2009). Caloric restriction delays disease onset and mortality in rhesus monkeys. *Science.* Jul;325(5937), 201-204. PMCID: PMC2812811.

358. Robertson, H. T., & Allison, D. B. (2009). Drugs Associated with More Suicidal Ideations are Also Associated with More Suicide Attempts. *PLoS One*, Oct 2;4(10):e7312. PMCID: PMC2749439.

359. Vaughan LK, Divers J, Padilla M, Redden DT, Tiwari HK, Pomp D, & Allison DB.  (2009). The use of plasmodes as a supplement to simulations: A simple example evaluating individual admixture estimation methodologies. *Computational Statistics and Data Analysis* Mar*;* 53*(5)*: 1755-1766. PMCID: PMC2678733.

360. McAllister, E. J., Dhurandhar, N. V., Keith, S. W., Aronne, L. J., Barger, J., Baskin, M., Benca, R. M., Biggio, J., Boggiano, M. M., Eisenmann, J. C., Elobeid, M., Fontaine, K. R., Peter Gluckman, P., Hanlon, E. C., Katzmarzyk, P., Pietrobelli, A., Redden, D. T., Ruden, D., Wang,

C., Waterland, R. A., Wright, S., & Allison, D. B. (2009). Ten Putative Contributors to the Obesity Epidemic. *Critical Reviews in Food Science and Nutrition,* Nov;49(10):868-913. PMCID: PMC2932668

361. Allison, D. B., Loebel, A. D., Lombardo, I., Romano, S. J., Siu, C. O.  (2009). Understanding the relationship between baseline BMI and subsequent weight change in antipsychotic trials: Effect modification or regression to the mean? *Psychiatry Research, Dec 30;170(2-3):172-6*. (No NIH Support) *Recommended on Pubadvanced.

362. Wilson, N.A., Keele, B.F., Reed, J.S., Piaskowski, S.M., Mac Nair, C.E., Bett, A., Liang, X., Wang, F., Thoryk, E., Heidecker, G., Citron, M., Huang, L., Lin, J., Vitelli, S. Ahn, C.D., Kaizu, M., Maness, N.J., Reynolds, M.R., Friedrich, T.C., Loffredo, J.T., Rakasz, E.G., Erickson, S., Allison, D.B., Piatak, M. Jr., Lifson, J.D., Shiver, J., Casimiro, D.R., Shaw, G.M., Hahn, B.H.,Watkins, D.I. (2009). Vaccine-induced cellular responses control simian immunodeficiency virus replication after heterologous challenge. *Journal of Virology,* Jul;83(13):6508-21. 21. Epub 2009 Apr. PMCID: PMC2698536.

363. Bangalore, S. S., Wang, J., & Allison, D. B. (2009). How Accurate Are The Extremely Small P-Values in Genomic Research: An Evaluation of Numerical Libraries. *Computational Statistics & Data Analysis,* May 15;53(7), 2446-2452. PMCID: PMC2742983.

364. Allison, D. B., Elobeid, M., Cope, M. B., Brock, D. W., Faith, M. S., Sargent, S., Berkowitz, R., Cutter, G., McVie, T. Gadde, K., & Foster, G. D. (2010). Sample Size in Obesity Trials: Patient Perspective vs. Current Practice. *Medical Decision Making, Jan-Feb;30(1):68-75*. PMCID: PMC291421

365. Hu, X., Gadbury, G. L., Xiang, Q., & Allison, D. B. (2009). Illustrations on Using the Distribution of a P-Value in High Dimensional Data Analyses. *Advances and Applications in Statistical Sciences*, *1*(2),191-213.

366. Koster, A., Visser, M., Simonsick, E. M., Yu, B., Allison, D. B., Newman, A. B., van Eijk, J. T. M., Schwartz, A. V., Satterfield, S., & Harris, T. B. (2010). Association Between Fitness and Changes in Body Composition and Muscle Strength. *Journal of the American Geriatric Society.* Feb;*58*(2), 219-226. PMCID:    PMC3272580

367. Ankra-Badu, G. A., Shriner, D., Le Bihan-Duval, E., Mignon-Grasteau, S., Pitel, F., Beaumont, C., Duclos, M. J., Simon, J., Porter, T. E., Vignal, A., Cogburn, L. A., Allison, D. B., Yi, N., & Aggrey, S. E. (2010). Mapping main, epistatic and sex-specific QTL for body composition in a chicken population divergently selected for low or high growth rate. *BMC Genomics, Feb 11;11(1):107*. PMCID: PMC2830984.

368. Tiwari, H. K., Patki, A., & Allison, D. B. (2010). Within-Cluster Resampling (Multiple Outputation) for Analysis of Family Data: Ready for Prime-Time? *Statistics and Its Interface*, 3, 169-175. PMCID: PMC2907179

369. St-Onge, MP, Perumean-Chaney, S., Desmond, R., Lewis, C.E., Yan, L.L., Person, S.D., Allison, D. B. (2010). Gender Differences in the Association Between Sleep Duration and Body composition: The CARDIA Study. *International Journal of Endocrinology*, 2010:726071. Epub 2009 Nov. PMCID: PMC2798113.

370. Cope, M. B. & Allison, D. B. (2010). White Hat Bias: Examples of its Presence in Obesity Research and a Call for Renewed Commitment to Faithfulness in Research Reporting. *International Journal of Obesity, 34*(1):84-8; discussion 83. Epub 2009. PMCID: PMC2815336.

371. Poplawski, A.B., Jankowski, M., Erickson, S.W., de Stahl, T.D, Partridge E.C., Crasto, C., Guo, J., Gibson,J., Menzel, U., Bruder, C.E.G., Kaczmarczyk, A., Benetkiewicz, M., Andersson, R., Sandgren, J., Zegarska, B., Bala, D., Srutek, E., Allison, D.B., Piotrowski, A., Zegarski, W., Dumanski, J.P. (2010). Frequent genetic differences between matched primary and metastatic

breast cancer provide an approach to identification of biomarkers for disease progression. *European Journal of Human Genetics*. May;18(5):560-8. Epub 2010 Jan. PMCID: PMC2987320

372.   Valentine, L.E., Loffredo, J.T., Bean, A.T. Leon, E.J., MacNair, C.E., Beal, D.R., Piaskowski, S.M., Klimentidis, Y.C., Lank, S.M., Wiseman, R.W., Weinfurter, J.T., May, G.E., Rakasz, E.G., Wilson, N.A., Friedrich, T.C., O'Connor, D.H., Allison, D.B., Watkins, D.I., (2009). Infection with 'escaped' virus variants impairs control of SIB mca239 replication in Mamu-B*08+ macaques. *Journal of Virology,* Nov;83(22):11514-11527. PMCID: PMC2772717

373.   Ard, J. D., Chaney, S., Desmond, R. Sutton, B., Cox, T. L., Butsch, W. S., Allison, D. B., Franklin, F., & Baskin, M. L. (2010). Fruit and vegetable pricing by demographic factors in the Birmingham, Alabama metropolitan area. *Preventing Chronic Disease,* Jul;7(4):A78 [9 pages]. http://www.cdc.gov/pcd/issues/2010/jul/09_0180.htm. PMCID: PMC2901576

374.   Minor, R.K., Smith, Jr., D.L., Poosala, S., Spangler, E.L., Roth, G.S., Lane, M., Allison, D.B., Cabo, R., Ingram, D.K. Mattison, J. (2010). Chronic Ingestion of 2-deoxy-D-glucose Induces Cardiac Vacuolization and Increases Mortality in Rats. *Toxicology and Applied Pharmacology*. Mar 15;243(3):332-9. Epub 2009 Dec 22. PMCID: PMC2830378

375.   Kim, K., Zakharkin, S.O., Allison, D.B. (2010). Expectations, Validity, and Reality in Gene Expression Profiling. *Journal of Clinical Epidemiology,* Sep;63(9):950-959. PMCID: PMC2910173

376.   Martins, M. A., Wilson, N. A., Reed, J. S., Ahn, C. D., Klimentidis, Y. C., Allison, D. B., & Watkins, D. I. (2010). T-cell correlates of vaccine efficacy after a heterologous simian immunodeficiency virus challenge. Journal of Virology. May; 84(9): 4352-4365. http://dx.doi.org/10.1128/JVI.02365-09. PMCID: PMC2863752

377.   Friedrich, T. C., Piaskowski, S. M., León, E. J., Furlott, J. R., Maness, N. J., Weisgrau, K. L., Mac Nair, C. E., Weiler, A. M., Loffredo, J. T., Reynolds, M. R., Williams, K. Y., Klimentidis, Y. C., Wilson, N. A., Allison, D. B., & Rakasz, E.G. (2010). High viremia is associated with high levels of in vivo MHC-I downregulation in rhesus 3 macaques infected with SIVmac239. *Journal of Virology.* May; 84(10): 5443-5447. http://dx.doi.org/10.1128/JVI.02452-09 PMCID: PMC2863841

378.   Smith, D. L., Nagy, T. R., Wilson, L. S., Barnes, S., Dong, S., & Allison, D. B. (2010). The Effect of Mannan Oligosaccharide Supplementation on Body Weight Gain and Fat Accrual in C57Bl/6J Mice. *Obesity*. May;18(5):995-9. Epub 2009 Oct 1. PMCID: PMC2940117

379.   Li, J., Reynolds, R., Pomp, D., Allison, D. B., & Yi, N. (2010). Mapping Interacting QTL for Count Phenotypes Using Hierarchical Poisson and Binomial Models: an Application to Reproductive Traits in Mice. *Genetics Research*, Feb;92(1):13-23. PMCID: PMC2938180

380.   Elobeid, M.A., Padilla, M.A., Brock, D.W., Ruden, D.M., Allison, D.B. (2010). Endocrine Disruptors and Obesity: An Examination of Selected Persistent Organic Pollutants in the NHANES 1999–2002 Data. *International. Journal of Environmental Research in Public Health 7, 2988-3005; doi:10.3390/ijerph7072988.* PMCID: PMC2922741

381.   Padilla, M. A., Elobeid, M., Ruden, D. M., Allison, D. B. An Examination of the Association of Selected Toxic Metals with Total and Central Obesity Indices: NHANES 99-02 Int. J. Environ. Res. Public Health 2010, 7(9), 3332-3347; doi:10.3390/ijerph7093332. PMCID: PMC2954548

382.   Smith, D. L., Nagy, T. R., Allison, D. B. (2010). Calorie Restriction: What Recent Results Suggest for the Future of Ageing Research. *European Journal of Clinical Investigation*. 40(5):440-450. Epub 2010 Apr 20. PMCID: PMC3073505

383.   Smith, D. L., Elam, C. F., Mattison, J. A., Lane, M. A., Roth, G. S., Ingram, D. K., & Allison, D. B. (2010). Metformin Supplementation and Lifespan in Fischer-344 Rats. *Journal of Gerontology: Series A, Biological Sciences and Medical Sciences.* May;65(5):468-474. Epub 2010 Mar 19. PMCID: PMC2854888.

384. Childers, D. K., & Allison, D. B. (2010). The 'Obesity Paradox:' a parsimonious explanation for relations among obesity, mortality rate, and aging? *International Journal of Obesity*. May 4; [Epub ahead of print]. PMCID: PMC3186057

385. Zhu, S. Kim, J., Ma, X, Shih, A., Laud, P. W., Pintar, F., Shen, W., Heymsfield, S. B., & Allison, D. B. (2010). BMI and Risk of Serious Upper Body Injury Following Motor Vehicle Crashes: Concordance of Real-World and Computer-Simulated Observations. *PLoS Medicine, Mar 30;7(3):e1000250.* PMCID: PMC2846859.

386. Shikany, J. M., Vaughan, L. K., Baskin, M. L., Cope, M. B., Hill, J. O., & Allison, D. B. (2010). Is dietary fat 'fattening'? A comprehensive research synthesis. *Critical Reviews in Food Science & Nutrition, Sep;50(8):699-715.* (No NIH Support)

387. Reynolds MR, Weiler AM, Piaskowski SM, Kolar HL, Hessell AJ, Weiker M, Weisgrau KL, León EJ, Rogers WE, Makowsky R, McDermott AB, Boyle R, Wilson NA, Allison DB, Burton DR, Koff WC, Watkins DI. Macaques vaccinated with simian immunodeficiency virus SIVmac239Delta nef delay acquisition and control replication after repeated low-dose heterologous SIV challenge. Journal of Virology, Sep;84(18):9190-9. PMCID: PMC2937616

388. de los Campos, G., Gianola, D., & Allison, D. B. (2010). Predicting genetic predisposition in humans: the promise of whole-genome markers. *Nature Reviews Genetics,* Dec;11(12):880-6. (No NIH Support)

389. Cope, M., Allison, D.B. (2010). White Hat Bias: A Threat to the Integrity of Scientific Reporting. *Acta Paediatrica*, Nov;99(11):1615-7. (No NIH Support)

390. Cofield, S. C., Corona, R. V., & Allison, D. B. (2010). Use of Causal Language in Observational Studies of Obesity and Nutrition. *Obesity Facts,* Dec;3(6):353-6. PMCID: PMC3280017

391. Vazquez, A. I., Rosa, G.J.M., Weigel, K. A., de los Campos, G. Gianola, D., Allison, D. B (2010). Predictive Ability of Subsets of SNP with and without Parent Average in US Holsteins. *Journal of Dairy Science,* 93: 5942-5949. PMCID: PMC32072239

392. Klimentidis Y.C., Beasley T.M., Lin H., Murati G., Glass G.E., Guyton M., Newton W., Jorgensen M., Heymsfield S.B., Kemnitz J., Fairbanks L., Allison, D.B. (2010). Canaries in the Coal Mine: A Cross-Species Analysis of the Plurality of Obesity Epidemics. *Proceedings of the Royal Society B: Biological Sciences*. Published online 24 November 2010. doi: 10.1098/rspb.2010.1890. PMCID: PMC3081766

   i.   *Article received substantial media coverage and was selected and evaluated by the Faculty of 1000 (F1000), which places our work in their library of the top 2% of published articles in biology and medicine.*

393. Mattes, R.D., Shikany, J.M., Kaiser, K. A., & Allison, B.D. (2010). Nutritively Sweetened Beverage Consumption and Body Weight: A Systematic Review and Meta-Analysis of Randomized Experiments. *Obesity Reviews, 3,* 353-356. PMCID: PMC3169649

394. Reynolds MR, Weiler AM, Piaskowski SM, Kolar HL, Hessell AJ, Weiker M, Weisgrau KL, León EJ, Rogers WE, Makowsky R, McDermott AB, Boyle R, Wilson NA, Allison DB, Burton DR, Koff WC, Watkins DI. (2010). Macaques vaccinated with simian immunodeficiency virus SIVmac239Delta nef delay acquisition and control replication after repeated low-dose heterologous SIV challenge. *Journal of Virology, Sep;84(18):*9190-9199. PMCID: PMC2937616

395. Allison, D. B. (2011). The Grand Challenge for Frontiers in Genetics: To Understand Past, Present, and Future.  *Frontiers in Genetics, 2:2. doi: 10.3389/fgene.2011.00002 PMCID: PMC3270331*

396. Cheon, K., Moser, S.A., Whiddon, J., Osgood, R.C., Momeni, S., Ruby J.D., Cutter, G.R., Allison, D.B., Childers, N.K. (2011). Genetic Diversity of Mutans Streptococci in Children and Adults. *Journal of Dental Research, Mar;90*(3):331-335. PMCID: PMC3088998

397.  Keith, S.W., Fontaine, K.R., Pajewski, N.M., Mehta, T., & Allison, D.B. (2011). Use of self-reported height and weight biases the body mass index-mortality association. *International Journal of Obesity, Mar;35*(3):401-408. PMCID: PMC3040787

398.  Wu, X., Patki, A., Lara-Castro. C., Cui, X., Zhang, K., Walton, R. G., Osier, M. V., Gadbury, G. L., Allison, D. B., Martin, M., & Garvey, W. T. (2011). Genes and Biochemical Pathways in Human Skeletal Muscle Affecting Resting Energy Expenditure and Fuel Partitioning. *Journal of Applied Physiology, Mar;110*(3):746-755. PMCID: PMC3070475

399.  Klimentidis, Y.C., Divers, J., Casazza, K., Beasley, T. M., Allison, D. B., & Fernandez, J.R. (2011). Ancestry-informative markers on chromosomes 2, 8 and 15 are associated with insulin-related traits in a racially diverse sample of children. *Human Genomics, 5,* 79-89. PMCID: PMC3146800

400.  Affuso, O. Cox, T. L., Durant, N. H., & Allison, D. B. (2011). Attitudes and Beliefs Associated with Leisure-Time Physical Activity among African American Adults. *Ethnicity & Disease, Winter;21*(1):63-67. PMCID: PMC3074974

401.  Divers, J., Redden, D.T., Rice, K.M., Vaughan, L.K., Padilla, M.A., Allison, D.B., Bluemke, D.A., Young, J.H., Arnett, D.K. (2011). Comparing self-reported ethnicity to genetic background in the context of the Multi-Ethnic Study of Atherosclerosis (MESA). *BMC Genetics, 12*:28. PMCID: PMC3068121

402.  Kang G, Gao G, Shette S, Redden DT, Chang BL, Rebbeck TR, Barnholtz-Sloan JS, Pajewski NM, Allison DB. (2011). Capitalizing on admixture in genome-wide association studies: a two-stage testing procedure and application to height in African-Americans. Frontiers in Genetics, 2. pii: 00011. PMCID:    PMC3132882

403.  Klimentidis, Y.C., Abrams, M., Fernandez, J.R., Allison, D.B. (2011). Natural selection at genomic regions associated with obesity and type-2 diabetes genes: East Asians exhibit high levels of differentiation at type-2 diabetes regions. *Human Genetics, Apr;129*(4):407-418. PMCID: PMC3113599

404.  Gadde, K. M., Allison, D. B., Ryan, D. H., Peterson, C. A., Troupin, B., Schwiers, M. L., Day, W. D. (2011). Effects of low-dose, controlled-release, phentermine and topiramate combination therapy over 56 weeks on weight and associated comorbidities in overweight and obese adults: a multicentre, randomised, placebo-controlled, phase 3 trial. *Lancet, 377*: 1341–1352.  PMCID: PMC3270297

405.  Makowsky, R., Pajewski, N. M., Klimentidis, Y. C., Vazquez, A. I., Duarte, C. W., Allison, D. B., & de los Campos, G. (2011). Beyond missing heritability: Prediction of complex traits. *PLoS Genet. 2011 Apr;7(4):e1002051. Epub 2011 Apr 28.* PMCID: PMC3084207

406.  Tiwari, H. K., Patki, A., Lieberman, J., Stroup, T. S., Allison, D. B., Leibel, R. L., Chung, W. K., (2011). Association of allelic variation in genes mediating aspects of energy homeostasis with weight gain during administration of antipsychotic drugs (CATIE Study). *Frontiers in Genetics, Volume 2, Article 56.* PMCID: PMC3202977

407.  Smith, D. L., Robertson, H., Desmond, R., Nagy, T. R., & Allison, D. B. (2011). No compelling evidence that sibutramine prolongs life in rodents despite providing a dose-dependent reduction in body weight. *International Journal of Obesity, May;35*(5):652-7. PMCID: PMC3091992

408.  Williams KY, Yoo YJ, Patki A, and Allison DB.  (2011) Real data examples in statistical methods papers: Tremendously valuable, and also tremendously misvalued. *Statistics and Its Interface*. 4(3) 267-272. PMCID: PMC3225256

409.  Liu N, Zhao H, Patki A, Limdi NA, and Allison DB.  (2011) Controlling population structure in human genetic association studies with samples of unrelated individuals.  *Statistics and Its Interface*. 4(3) 317-326. PMCID:    PMC3269890

410. Divers J, Redden DT, Carroll RJ, and Allison DB.  (2011) How to estimate the measurement error variance associated with ancestry proportion estimates.  *Statistics and Its Interface*. 4(3) 327-337.  PMCID:    PMC3786624

411. Tiwari HK, Birkner T, Moondan A, Zhang S, Page GP, Patki A, and Allison DB. (2011)  Accurate and flexible power calculations on the spot: applications to genomic research.  Statistics and Its Interface. 4(3) 353–358. PMCID: PMC3196559

412. Speakman JR, Levitsky DA, Allison DB, Bray MS, de Castro JM, Clegg DJ, Clapham JC, Dulloo AG, Gruer L, Haw S, Hebebrand J, Hetherington MM, Higgs S, Jebb SA, Loos RJ, Luckman S, Luke A, Mohammed-Ali V, O'Rahilly S, Pereira M, Perusse L, Robinson TN, Rolls B, Symonds ME, Westerterp-Plantenga MS. Set points, settling points and some alternative models: theoretical options to understand how genes and environments combine to regulate body adiposity.        Dis Model Mech. 2011 Nov;4(6):733-45. PMCID: PMC3209643

413. Lu, H., Fu, X., Ma, X., Wu, Z., He, W., Wang, Z., Allison, D. B., Heymsfield, S. B., & Zhu, S. (2011). Relationships of percent body fat and percent trunk fat with bone mineral density among Chinese, black, and white subjects. Osteoporos Int. 2011 Dec;22(12):3029-35. doi: 10.1007/s00198-010-1522-9. Epub 2011 Jan 18.

414. Reynolds, M., Sacha, J., Weiler, A., Borchardt, G., Glidden, C., Sheppard, N., Norante, F., Castrovinci, H., Harris, J., Robertson, H., Friedrich, T., McDermott, A., Wilson, N., Allison, D., Koff, W., Johnson, W., & Watkins, D. (2011) TRIM5α Genotype of Rhesus Macaques Affects Acquisition of SIVsmE660 Infection After Repeated Limiting-Dose Intrarectal Challenge. Journal of Virology. 2011 Sep;85(18):9637-40. Epub 2011 Jul 6. PMCID: PMC3165772.

415. Klimentidis, Y. C., Dulin-Keita, A., Casazza, K., Willig, A., Allison, D. B., & Fernandez, J. R. (2011). Genetic admixture, social-behavioral factors, and body composition are associated with blood pressure differently by racial-ethnic group among children. *Journal of Human Hypertension,* 2011 Jan 20. [Epub ahead of print] PMCID: PMC3172395

416. Ingram, K. H., Lara-Castro, C., Gower, B. A., Makowsky, R., Allison, D. B., Newcomer, B. R. Munoz, A. J., Beasley, T. M., Lawrence, J. C., Lopez-Ben, R., Rigsby, D., & Garvey, W. T. (2011). Intramyocellular Lipid and Insulin Resistance: Differential Relationships in European and African Americans. Obesity (2011) 19 7, 1469–1475. doi:10.1038/oby.2011.45 PMCID: PMC3171736

417. Ma, X., Laud, P. W., Pintar, F., Kim, J., Shih, A., Shen, W., Heymsfield, S. B., Allison, D. B., & Zhu, S. (2011). Obesity and Non-fatal Motor Vehicle Crash Injuries: Sex Difference Effects. *International Journal of Obesity, Sep;35(9):1216-24*. PMCID: PMC31357104

418. Klimentidis, Y. C., Aissani, B., Shriver, M. D., Allison, D. B., Shrestha, S. (2011). Natural selection among Eurasians at genomic regions associated with HIV-1 control. BMC Evolutionary Biology.  2011,  11:173doi:10.1186/1471-2148-11-173.  http://www.biomedcentral.com/1471-2148/11/173. PMCID: PMC3141432

419. Robertson, H. T., Smith, D.L., Pajewski, N. M., Weindruch, R. H., Garland, T. Jr., Argyropoulos, G., Bokov, A., Allison, D.B.  (2011). Can Rodent Longevity Studies be Both Short and Powerful? *Journal of Gerontology: Biological Sciences, Mar;66(3):279-86*. PMCID: PMC3041472

420. Fontaine, K. R., Robertson, H. T., Holst, C., Desmond, R., Stunkard, A. J., Sørensen, T. I. A., & Allison, D. B. (2011). Is the Socioeconomic Status of the Rearing Environment Causally Related to Obesity in the Offspring? *PLoS One,* 6(11):e27692. Epub 2011 Nov 16. PMCID: PMC3218016

421. Makowsky, R., Beasley, T. M., Gadbury, G. L., Albert, J. M., Kennedy, R. E., & Allison, D. B. (2011). Validity and power of missing data imputation for extreme sampling and terminal measures designs in mediation analysis. *Frontiers in Genetics, 2:75. doi: 10.3389/fgene.2011.00075*. PMCID: PMC3268628

EA_127

422.  Padwal, R. S., Pajewski, N. M., Allison, D. B., & Sharma, A. M. (2011). Using the Edmonton obesity staging system to predict mortality in a population-representative cohort of people with overweight and obesity. *Canadian Medical Association Journal, Oct 4;183(14):E1059-1066.* PMCID: PMC3185097.

423.  Smith, D. L., Mattison, J. A., Desmond, R. A., Gardner, J. P., Kimura, M., Roth, G. S., Ingram, D. K., Allison, D. B., Aviv, A. (2011). Telomere Dynamics in Rhesus Monkeys: No Apparent Effect of Caloric Restriction. *Journal of Gerontology: Biological Sciences, Nov;66(11):1163-8.* PMCID: PMC3193524

424.  Heo M, Kim RS, Wylie-Rosett J, Allison DB, Faith MS. (2011). Inverse association between fruit and vegetable intake and BMI even after controlling for demographic, socioeconomic and lifestyle factors. *Obesity Facts*, 4: 449-455. PMCID:    PMC3338984

425.  Shikany, J. M., Desmond, R., McCubrey, R., & Allison, D. B. (2011). Meta-analysis of studies of a specific delivery mode for a modified-carbohydrate diet. *Journal of Human Nutrition and Dietetics, Dec;24(6):525-35.*  No NIH Support.

426.  Robertson, H. T., & Allison, D. B. (2012). A Novel Generalized Normal Distribution for Human Longevity And Other Negatively Skewed Data. *PLoS One, 7(5):e37025.* PMCID: PMC3356396

427.  Kaiser KA, Affuso O, Beasley TM & Allison DB (2012). Getting carried away: A note showing baseline observation carried forward (BOCF) results can be calculated from published complete-cases results. *International Journal of Obesity, Jun;36(6):886-889.* PMCID: PMC3130885, doi:10.1038/ijo.2011.25.  PMCID:    PMC3130885

428.  Shikany JM, Thomas AS, McCubrey R, Beasley TM, Allison DB. (2012). Randomized Controlled Trial of Chewing Gum for Weight Loss. *Obesity, Mar;20(3):547-52.*  No NIH Support.

      i.    *Selected and evaluated by the Faculty of 1000 (F1000), which places our work in their library of the top 2% of published articles in biology and medicine.*

429.  Gao, G., Kang, G., Wang, J., Chen, W., Qin, H., Jiang, B., Li, Q., Sun, C., Liu, N., Archer, K. J., & Allison, D. B. (2012). A generalized sequential Bonferroni procedure using smoothed weights for genome-wide association studies incorporating information on Hardy-Weinberg disequilibrium among cases. *Human Heredity, 2012;73(1):1-13.* PMCID:    PMC3268348

430.  Allison, D. B., Gadde, K. M., Garvey, W. T., Peterson, C. A., Schwiers, M. L., Najarian, T., Tam, P. Y., Troupin, B., & Day, W. W. (2012). Controlled-Release Phentermine/Topiramate in Severely Obese Adults: A Randomized Controlled Trial (EQUIP). *Obesity, Feb;20(2):330-42.* PMCID:    PMC3270297

431.  Garvey, W. T., Ryan, D. H., Look, M., Gadde, K. M., Allison, D. B., Peterson, C. A., Schwiers, M., Day, W. W., & Bowden, C. H. (2012). Two-year sustained weight-loss and metabolic benefits with controlled-release phentermine/topiramate in obese and overweight adults (SEQUEL): a randomized, placebo-controlled, phase 3 extension study. *American Journal of Clinical Nutrition, Feb;95(2):297-308.* PMCID:    PMC3260065

432.  Berentzen, T. L., Ängquist, L., Kotronen, A., Borra, R., Yki-Järvinen, H., Iozzo, P., Parkkola, R., Nuutila, P., Ross, R., Allison, D. B., Heymsfield, S. B., Overvad, K., Sørensen, T. I. A., & Jakobsen, M. U. (2012). Waist Circumference Adjusted for Body Mass Index and Intra-Abdominal Fat Mass. *PLoS One,* 7(2): e32213. doi:10.1371/journal.pone.0032213.   No NIH Support

433.  Fontaine, K. R., McCubrey, R., Mehta, T., Pajewski, N. J., Keith, S. W., Bangalore, S. S., Crespo, C. J., & Allison, D. B. (2012). Body Mass Index and Mortality Rate among Hispanic Adults: A Pooled Analysis of Multiple Epidemiologic Datasets. *International Journal of Obesity,* Aug;36(8):1121-6. PMCID:    PMC3271144

434.  Kaiser, K. A., Cofield, S. S., Fontaine, K. R., Glasser, S. P., Thabane, L., Chu, R., Ambrale, S., Dwary, A. D., Kumar, A., Nayyar, G., Affuso, O., Beasley, M., Allison, D. B. (2012). Is Funding Source Related to Study Reporting Quality in Obesity or Nutrition Randomized Control Trials (RCTs) in Top Tier Medical Journals? *International Journal of Obesity,* Jul;36(7):977-81. PMCID:   PMC3288675

435.  Willette, A. A., Coe, C. L., Colman, R. J., Bendlin, B. B., Kastman, E. K., Field, A. S., Alexander, A. L., Allison, D. B., Anderson, Weindruch, R. H., & Johnson, S. C. (2012). Calorie restriction reduces psychological stress reactivity and its association with brain volume and microstructure in aged rhesus monkeys. *Psychoneuroendocrinology,* Jul;37(7):903-16. PMCID: PMC3243474

436.  Willette, AA, Bendlin, BB, Colman, RJ, Kastman, EK, Field, AS, Alexander, AL, Sridharan, A., Allison, DB, Anderson, R., Voytko, ML, Kemnitz, JW, Weindruch, RH, Johnson, SC. (2012). Calorie restriction reduces the influence of glucoregulatory dysfunction on regional brain volume in aged rhesus monkeys. *Diabetes, May;61*(5):1036-42. PMCID:   PMC3331743

437.  Reynolds MR, Weiler AM, Piaskowski SM, Piatak M Jr, Robertson HT, Allison DB, Bett AJ, Casimiro DR, Shiver JW, Wilson NA, Lifson JD, Koff WC, Watkins DI. (2012). A trivalent recombinant Ad5 gag/pol/nef vaccine fails to protect rhesus macaques from infection or control virus replication after a limiting-dose heterologous SIV challenge. *Vaccine, Jun 22;30(30):4465-75.* PMCID:   PMC3372643

438.  Fields, D. A., & Allison, D. B. (2012). Air-Displacement Plethysmography Pediatric Option in 2-6 Years Old Using the Four-Compartment Model as a Criterion Method. *Obesity,* Aug;20(8):1732-7.  PMCID:   PMC3628559

439.  Tajeu, G. S., Sen, B., Allison, D. B., Menachemi, N. (2012). Misuse of Odds Ratios in Obesity Literature: An Empirical Analysis of Published Studies. *Obesity,* Aug;20(8):1726-31. PMCID: PMC3399983

440.  Poulson, R. S., Gadbury, G. L., & Allison, D. B. (2012). Treatment Heterogeneity and Individual Qualitative Interaction. *American Statistician, 66,* 16-24. PMCID: PMC3507541

441.  Loop M. S., Frazier-Wood A. C., Thomas A. S., Dhurandhar E. J., Shikany J. M., Gadbury G. L., and Allison, D. B. (2012). Submitted for your consideration: potential advantages of a novel clinical trial design and initial patient reaction. *Frontiers in Genetics*, 3:145. doi:10.3389/fgene.2012.00145.  PMCID: PMC3413942

442.  Faith, M. S., Pietrobelli, A., Heo, M., Johnson, S. L., Keller, K. L., Heymsfield, S. B., & Allison, D. B. (2012). A twin study of self-regulatory eating in early childhood: estimates of genetic and environmental influence, and measurement considerations. *International Journal of Obesity*, 36, 931-937.  NIHMSID 758132

443.  Kaiser, K. A., Smith, D. L., & Allison, D. B. (2012). Conjectures on Some Curious Connections Among Social Status, Calorie Restriction, Hunger, Fatness, and Longevity. *Annals of the New York Academy of Sciences,* Aug;1264(1):1-12. PMCID:   PMC3464393

444.  Kral, T. V. E., Allison, D. B., Birch, L. L., Stallings, V. A., Moore, R. H., Faith, M. S. (2012). Caloric compensation and eating in the absence of hunger in 5- to 12-year-old weight-discordant siblings. *American Journal of Clinical Nutrition,* Sep;96(3):574-83. PMCID:   PMC3417216

445.  Lemas, D. J., Wiener, H. W., O'Brien, D. M., Hopkins, S., Stanhope, K. L., Havel, P. J., Allison, D. B., Fernandez, J. R., Tiwari, H. K., Boyer, B. B. (2012). Genetic polymorphisms in carnitine palmitoyltransferase 1A gene are associated with variation in body composition and fasting lipid parameters in Yup'ik Eskimos. *Journal of Lipid Research, Jan;53(1):175-84.*   PMCID: PMC3243474

446.  de los Campos, G., Klimentidis, Y. C., Vazquez, A. I., Allison, D. B. (2012). Prediction of Expected Years of Life Using Whole-Genome Markers. *PLoS One,* 7(7):e40964. PMCID: PMC3405107

447.  Gohlke, J. M., Dhurandhar, E. J., Correll, C. U., Morrato, E. H., Newcomer, J. W., Remington, G., Nasrallah, H. A., Crystal, S., Nicol, G., Adipogenic and Metabolic Effects of APDs Conference Speakers, & Allison, D. B. (2012). Recent advances in understanding and mitigating adipogenic and metabolic effects of antipsychotic drugs. *Frontiers in Psychiatry,* 3:62.   PMCID: PMC3385013

448.  Morrato, E. H. & Allison, D. B. (2012). FDA Approval of Obesity Drugs – A Difference in Risk-Benefit Perceptions. *Journal of the American Medical Association*, Sep 19;308(11):1097-1098.   PMCID: PMC3849814

449.  Mattison, J. A., Roth, G. S., Beasley, T. M., Tilmont, E. M., Handy, A. H., Herbert, R. L., Longo, D. L., Allison, D. B., Young, J. E., Bryant, M., Barnard, D., Ward, W. F., Qi, W., Ingram, D. K., de Cabo, R. (2012). Impact of caloric restriction on health and survival in rhesus monkeys: the NIA study. *Nature*. Published online 29 August 2012. doi:10.1038/nature11432.   PMCID: PMC3832985 http://www.nature.com/nature/journal/vaop/ncurrent/full/nature11432.html

450.  Gadbury, G. L., & Allison, D. B. (2012). Inappropriate Fiddling with Statistical Analyses to Obtain a Desirable P-value: Tests to Detect its Presence in Published Literature. *PLoS One, 7(10)*:e46363. doi: 10.1371/journal.pone.0046363.   PMCID: PMC3466248

451.  Ajslev, T. A., Ängquist, L., Silventoinen, K., Gamborg, M., Allison, D. B., Baker, J. L., & Sørensen, T. I. A. (2012). Assortative marriages by body mass index have increased simultaneously with the obesity epidemic. *Frontiers in Genetics, 3:125. doi: 10.3389/fgene.2012.00125*.   PMCID: PMC3458436

452.  Colman, R.J. , Mark Beasley, T., Allison, D.B., Weindruch, R. (2012) Skeletal effects of long-term caloric restriction in rhesus monkeys. *Age.* (34) 5, October 2012; 1133-1143   PMCID: PMC3448987

453.  Vazquez, A. I., de los Campos, G., Klimentidis, Y. C., Rosa, G.J.M., Gianola, D., Yi, N., Allison, D. B. (2012). A Comprehensive Genetic Approach for Improving Prediction of Skin Cancer Risk in Humans. *Genetics,* Dec;192(4):1493-502. doi: 10.1534/genetics.112.141705. Epub 2012 Oct 10.  PMCID: PMC3512154

454.  Casazza, K. & Allison, D. B. (2012). Stagnation in the Clinical, Community, and Public Health Domain of Obesity: The Need for Probative Research. *Clinical Obesity.*

455.  Gadde, K. M., Kopping, M. F., Wagner, R., Yonish, G. M., Allison, D. B., & Bray, G. A. (2012). Zonisamide for Weight Reduction in Obese Adults: A 1-Year Randomized Controlled Trial. *Archives of Internal Medicine*. 172(20); 1557-1564. (PMC Journal – In Progress) http://dx.doi.org/10.1001/2013.jamainternmed.99  PMCID: PMC3753218

456.  Kim, J., Kim, I. H., Shuma, P. C., Shih, A. M., Pintarb, F., Shend, W., Ma, X., Laud, P. W., Heymsfield, S. B., Allison, D. B., & Zhu, S. (2014) A computational study of injury severity and pattern sustained by overweight drivers in frontal motor vehicle crashes. *Computer Methods in Biomechanics and Biomedical Engineering, Vol 17, Issue 9, 965-977*.  PMCID: PMC4494790

457.  Mudd P, Ericsen AJ, Bean AT, Piaskowski SM, Duan L, Weisgrau KL, Furlott JR, Kim Y, Veloso de Satana MG, Bonaldo MC, Capuano S, Wilson NA, Galler R, Allison DB, Piatak Jr M, Haase AT, Lifson JD, & Watkins DI.  (2012). Vaccine-induced CD8+ T cells control AIDS virus replication. *Nature*, Nov 1;491(7422):129-33. doi: 10.1038/nature11443. Epub 2012 Sep 30.   PMCID: PMC3883109

458.  Pollin, T.I., Isakova, T., Jablonski, K.A., de Bakker, P.I.W., Taylor, A., McAteer, J., . . . Allison, D.B., . . .Shuldner, A.R. (2012). Genetics modulation of lipid profiles following lifestyle modifications or metformin treatment: The Diabetes Prevention Program. *PLoS Genetics, 8*(8), art. No. e1002895.

459. Lin, W., Dubuisson, O., Rubicz, R., Liu, N., Allison, D. B., Curran, J. E., Comuzzie, A. G., Blangero, J., Leach, C. T., Göring, H., Dhurandhar, N. V. (2013). Long-term changes in adiposity and glycemic control are associated with past adenovirus infection. *Diabetes Care,* Mar;36(3):701-7.  PMCID: PMC3579356

460. Martins, M. A., Bonaldo, M. C., Rudersdorf, R. A., Piaskowski, S. A., Rakasz, E. G., Weisgrau, K. L., Furlott, J. R., Eernisse, C., Veloso de Santana, M. G. V., Hidalgo, B., Friedrich, T. C., Chiuchiolo, M. J., Parks, C. L., Wilson, N. A., Allison, D. B., Galler, R., & Watkins, D. I. (2013). Immunogenicity of seven new recombinant yellow fever viruses 17D expressing fragments of SIVmac239 Gag, Nef, and Vif in Indian rhesus macaques. *PLoS One*, 8(1):e54434. doi: 10.1371/journal.pone.0054434. Epub 2013 Jan 15. PMCID: PMC3545953

461. Hebert, J., R., Allison, D. B., Archer, E., Lavie, C. J., & Blair, S. J. (2013). Scientific Decision Making, Policy Decisions and the Obesity Pandemic. *Mayo Clinic Proceedings, 88*(6):593-604. PMCID: PMC3759398

462. Robertson, H. T., de los Campos, & Allison, D. B. (2013). Turning the Analysis of Risk Factor Mortality Associations Upside Down: Modeling Years of Life Lost Through Conditional Distributions. *Obesity,* Feb;21(2):398-404. PMCID: PMC3610864

463. Kim, J. E., Hsieh, M. H., Soni, B. K., Zayzafoon, M., Allison, D. B. (2013). Childhood obesity as a risk factor for bone fracture: A mechanistic study. *Obesity*, 21(7): 1459-1466.

464. He, W., Zhang, S., Song, A., Yang, M., Jiao, J., Allison, D. B., Heymsfield, S. B., Zhu, S. (2013). Greater abdominal fat accumulation is associated with higher metabolic risk in Chinese than in white people: An ethnicity study. *PLoS ONE 8(3): e58688. doi:10.1371/journal.pone.0058688*. PMCID: PMC3597722

465. Carr, K. A., Lin, H., Fletcher, K. D., Sucheston, L., Singh, P., Salis, R., Erbe, R., Faith, M., Allison, D., Stice, E., Epstein, L. H. (2013). Two functional serotonin polymorphisms moderate the effect of food reinforcement on BMI. *Behavioral Neuroscience,* Jun;127(3):387-99.  PMCID: PMC4049455

466. Mehta, T., McCubrey, R., Pajewski, N. M., Keith, S. W., Crespo, C. J., Allison, D. B., & Fontaine, K. R. (2013). Does Obesity Associate with Mortality among Hispanic Persons? Results from the National Health Interview Survey. *Obesity,* Jul;21(7):1474-7. doi: 10.1002/oby.20105.  No NIH Support

467. Li, X., Johnson, M. S., Smith, D. L., Li, Y., Kesterson, R. A., Allison, D. B., Nagy, T. R. (2013). Effects of risperidone on energy balance in female C57BL/6J mice. *Obesity,* Sep;21(9):1850-7. doi: 10.1002/oby.20350. PMCID: PMC3657586

468. Lemas, D. J.,  Klimentidis, Y. C., Wiener, H. R., O'Brien, D. M., Hopkins, S., Allison, D. B., Fernandez, J. R., Tiwari, H. K., & Boyer, B. B. (2013). Obesity polymorphisms identified in genome-wide association studies interact with n-3 polyunsaturated fatty acid intake and modify the genetic association with adiposity phenotypes in Yup'ik people. *Genes & Nutrition*, Sep;8(5):495-505. doi: 10.1007/s12263-013-0340-z. PMCID PMC3755132

469. Durant, N. H., Joseph, R. P., Affuso, O. H. Dutton, G., Robertson, H. T., & Allison, D. B. (2013). Empirical Evidence Does Not Support an Association between Less Ambitious Pre-Treatment Goals and Better Treatment Outcomes: A Meta-Analysis. *Obesity Reviews, 2013* Jul;14(7):532-40. PMCID PMC4366879

470. Shikany, J.; Lewis, C.E.; Beasley, T.M.; Thomas, A.S.; Allison, D.B. (2013). Randomized controlled trial of the MediFast 5 & 1 Plan for weight loss. *International Journal of Obesity,* Dec;37(12):1571-8. doi: 10.1038/ijo.2013.43. PMCID PMC3836833

471. Keith, S. W., Fontaine, K. R., & Allison, D. B. (2013). Mortality Rate and Overweight: Overblown or Underestimated? A Commentary on a Recent Meta-Analysis of the Associations of BMI and Mortality. *Molecular Metabolism, Molecular Metabolism, Volume 2*, Issue 2, April 2013, Pages

65–68.   http://www.sciencedirect.com/science/article/pii/S2212877813000276.   PMCID PMC3817394

472. Dhurandhar, E. J., Allison, D. B., van Groen, T., & Kadish, I. (2013). Hunger in the Absence of Caloric Restriction Improves Cognition and Attenuates Alzheimer's Disease Pathology in a Mouse Model. *PLoS One,* 8(4):e60437. doi: 10.1371/journal.pone.0060437. Epub 2013 Apr 2. PMCID PMC3614512

473. Casazza, K., Fontaine, K. R., Astrup, A., Birch, L., Brown, A. W., Bohan Brown, M. M., Durant, N., Dutton, G., Foster, E. M., Heymsfield, S. B., McIver, K., Mehta, T., Menachemi, N., Newby, P. K., Pate, R., Rolls, B. J., Sen, B., Smith, D. L., Thomas, D., & Allison, D. B. (2013). Myths, Presumptions, and Facts about Obesity. *New England Journal of Medicine*, Jan 31;368(5):446-54. doi: 10.1056/NEJMsa1208051. Included in the top ten most widely viewed, emailed, cited and shared NEJM journal articles of 2013. PMCID PMC3606061

474. Kaiser, K. A., Shikany, J. M., Keating, K. D. & Allison, D. B. (2013). Will reducing sugar-sweetened beverage consumption reduce obesity? Evidence supporting conjecture is strong, but evidence when testing effect is weak. *Obesity Reviews*, Aug;14(8):620-33. doi: 10.1111/obr.12048. PMCID PMC3929296

475. Menachemi, N., Tajeu, G., Sen, B., Ferdinand, A. O., Singleton, C., Utley, J., Affuso, O., & Allison, D. B. (2013). Overstatement of Results in the Nutrition and Obesity Peer-Reviewed Literature. *American Journal of Preventive Medicine, 45(5)*:615–621.

476. Klimentidis, Y. C., Vazquez, A. I., de los Campos, G., Allison, D. B., Dransfield, M., & Thannickal, V. (2013). Heritability of pulmonary function estimated from pedigree and whole-genome markers. *Frontiers in Genetics, Sep 9;4:174. doi: 10.3389/fgene.2013.00174.* No NIH Funding

477. Ma, X., Griffin, R., McGwin, G., Allison, D. B., Heymsfield, S. B., He, W., & Zhu, S. (2013). Effectiveness of Booster Seats Compared with No Restraint or Seat Belt Alone for Crash Injury Prevention. *Academic Emergency Medicine,* Sep;20(9):880-7. doi: 10.1111/acem.12204. Selected for listing in MDLinx, http://www.mdlinx.com/nurse-practitioner/news-article.cfm/4834792. PMCID PMC3798005

478. Brown, A. W., Bohan Brown, M. M., & Allison, D. B. (2013). Belief beyond the evidence: using the proposed effect of breakfast on obesity to show 2 practices that distort scientific evidence. *American Journal of Clinical Nutrition, Nov;98(5)*:1298-308. Featured on MDLinx: http://www.mdlinx.com/family-medicine/news-article.cfm/4812068. Selected for F1000Prime by the Faculty of 1000 http://f1000.com/prime/718099362?subscriptioncode=89cc37c0-c192-4a58-92e3-67bcd9102093. PMCID PMC3798081

479. Willette AA, Coe CL, Birdsill AC, Bendlin BB, Colman RJ, Alexander AL, Allison DB, Weindruch RH, Johnson SC. (2013) Interleukin-8 and interleukin-10, brain volume and microstructure, and the influence of calorie restriction in old rhesus macaques. Age (Dordr). 2013 Dec;35(6):2215-27. doi: 10.1007/s11357-013-9518-y. Epub 2013 Mar 6. PMCID PMC3825005

480. Reeves GM, Postolache TT, Mazaheri S, Snitker S, Langenberg P, Giegling I, Hartmann A, Konte B, Friedl M, Okusaga O, Groer M, Mangee H, Weghuber D, Allison DB, & Rujescu D. (2013) A positive association between T. gondii seropositivity and obesity. *Frontiers in Public Health: Child Health and Human Development*. Dec 2013 (1)73:1-6. Doi: 10.3389/fpubh.2013.00073 PMCID PMC3872312

481. Webb D, Leahy MM, Milner JA, Allison DB, Dodd KW, Gaine PC, Matthews RAJ, Schneeman BO, Tucker KL, & Young SS.  (2013) Strategies to Optimize the Impact of Nutritional Surveys and Epidemiological Studies.  *Advances in Nutrition*, 4:  545-547.

482. Dawson JA, Dhurandhar EJ, Vazquez AI, Peng B, & Allison DB. (2013) Propagation of Obesity across Generations: The Roles of Differential Realized Fertility and Assortative Mating by Body Mass Index. *Human Heredity*, Special Issue on Genetics and the Environment in Obesity

2013;75:204-212 (DOI:10.1159/000352007). http://www.karger.com/Article/Pdf/352007 PMCID PMC4010105

483.   Harrison DE, Strong R, Allison DB, Ames BN, Astle CM, Atamna H, Fernandez E, Flurkey K, Javors MA, Nadon NL, Nelson JF, Pletcher S, Simpkins JW, Smith D, Wilkinson JE, & Miller RA. (2014). Acarbose, 17- $\alpha$-estradiol, and nordihydroguaiaretic acid extend mouse lifespan preferentially in males.    *Aging Cell*, Apr;13(2):273-82. doi: 10.1111/acel.12170. PMCID PMC39654939

484.   Cardel M, Willig AL, Dulin-Keita A, Casazza K, Cherrington A, Gunnarsdottir T, Johnson SL, Peters JC, Hill JO, Allison DB, and JR Fernandez. (2014). Home-Schooled Children are thinner, leaner, and report better diets relative to traditionally-schooled children. *Obesity,* Feb;22(2):497-503. doi: 10.1002/oby.20610. PMID: 24039204.  PMCID PMC3946420

485.   Le, A., Judd, S. E., Allison, D. B., Oza-Frank, R., Affuso, O., Safford, M. M., Howard, V. G., & Howard, G. (2014). The Geographic Distribution of Obesity in the US and the Potential Regional Differences in Misreporting of Obesity. *Obesity,* Jan;22(1):300-6. doi: 10.1002/oby.20451. PMCID PMC3866220

486.   Santos, D. A., Matias, C. N., Rocha, P. M., Minderico, C. S., Allison, D. B., Sardinha, L. B., Silva, A. M. (2014). Association of a basketball season with body composition in elite junior players. *Journal of Sports Medicine and Physical Fitness, April;54(2):162-73.* No NIH Support

487.   Mitchell SJ, Martin-Montalvo A, Mercken EM, Palacios HH, Ward TM, Abulwerdi G, Minor RK, Vlasuk GP, Ellis JL, Sinclair DA, Dawson J, Allison DB, Zhang Y, Becker KG, Bernier M, de Cabo R. (2014) The SIRT1 Activator SRT1720 Extends Lifespan and Improves Health of Mice Fed a Standard Diet. *Cell Reports*. 2014 Feb 25. pii: S2211-1247(14)00065-5. doi: 10.1016/j.celrep.2014.01.031. PMCID PMC4010117

488.   Affuso, O. Kaiser, K. A., Carson, T. L., Ingram, K. H., Schwiers, M., Robertson, H., Abbas, F., Allison, D. B. (2014). Association of Run-in Periods with Weight Loss in Obesity Randomized Controlled Trials. *Obesity Reviews*, Jan;15(1):68-73. doi: 10.1111/obr.12111.    PMCID PMC3885242

489.   Johnson, S. L., Hughes, S., Cui, X., Li, X., Allison, D. B., Liu, Y., Goodell, L. S., Nicklas, T., Power, T. G., Vollrath, K. (2014). Portion sizes for children are predicted by parental characteristics and the amounts parents serve themselves. *American Journal of Clinical Nutrition,* Apr;99(4):763-70. doi: 10.3945/ajcn.113.078311. PMCID PMC3953879

490.   Voss, J. D., Allison, D. B., Webber, B. J., Otto, J. L., & Clark, L. L. (2014). Lower Obesity Rate During Residence at High Altitude Among a Military Population with Frequent Migration. *PLOS One*, Apr 16;9(4):e93493. doi: 10.1371/journal.pone.0093493.  PMCID PMC3989193

491.   Santos, D. A., Dawson, J. A., Matias, C. N., Rocha, P. M., Minderico, C. S., Allison, D. B., Sardinha, L. B., & Silva, A. M. (2014). Reference Values for Body Composition and Anthropometric Measurements in Athletes. *PLoS One, May 15;9(5):e97846. doi: 10.1371/journal.pone.0097846.* PMCID PMC422746

492.   Li, P., Tiwari, H. K., Allison, D. B., Chung, W. K., Leibel, R. L., Yi, N., & Liu, N. (2014). Genetic Association Analysis of 30 Genes Related to Adiposity in a European-American Population. *International Journal of Obesity,* May;38(5):724-9. doi: 10.1038/ijo.2013.140. PMCID PMC3909018

493.   Featured in MDLinx: http://www.mdlinx.com/endocrinology/news-article.cfm/4798051/genetic-association-body-mass-index-bmi-single-nucleotide-polymorphism-snp-bayesian-hierarchical-generalized-linear-model-bhglm.

494.   Martins MA, Wilson NA, Piaskowski SM, Weisgrau KL, Furlott JR, Bonaldo MC, Veloso de Santana MG, Rudersdorf RA, Rakasz EG, Keating KD, Chiucholo MJ, Piatak M Jr, Allison DB, Parks CL, Galler R, Lifson JD, Watkins DI. (2014). Vaccination with gene fragments of gag, vif,

and nef affords partial control of viral replication after mucosal challenge with SIVmac239. *Journal of Virology,* Jul;88(13):7493-516. doi: 10.1128/JVI.00601-14. PMCID PMC4054456

495.  Scheid, J. L., Carr, K. A., Lin, H., Fletcher, K. D., Sucheston, L., Singh, P. K., Salis, R., Erbe, R., Faith, M. S., Allison, D. B., Epstein, L. H. (2014). FTO Polymorphisms Moderate the Association of Food Reinforcement with Energy Intake. *Physiology & Behavior,* Jun 10;132:51-6. doi: 10.1016/j.physbeh.2014.04.029.

496.  Mehta T, Fontaine KR, Keith SW, Bangalore SS, de Los Campos G, Bartolucci A, Pajewski NM, Allison DB. (2014). Obesity and mortality: are the risks declining? Evidence from multiple prospective studies in the United States.   *Obesity Reviews*. Aug;15(8):619-29. doi: 10.1111/obr.12191. PMCID PMC4121970

497.  Article received substantial media coverage and was written up on MDLinx: http://www.mdlinx.com/gastroenterology/news-article.cfm/5334129/.

498.  According to Altmetric, as of October 2014: "Altmetric has tracked 2,487,155 articles across all journals so far. Compared to these this article has done particularly well and is in the 97th percentile: it's in the top 5% of all articles ever tracked by Altmetric."

499.  Dhurandhar, E. J., Dawson, J., Alcorn, A., Larsen, L. H., Thomas, E. A., Cardel, M., Bourland, A. C., Astrup, A., St-Onge, M-P., Hill, J. O., Apovian, C. M., Shikany, J. M., & Allison, D. B. (2014). The Effectiveness of Breakfast Recommendations on Weight Loss: A Randomized Controlled Trial. *American Journal of Clinical Nutrition*. 100(2):507-513. PMCID PMC4095657

500.  Article received substantial media coverage and was written up on MDLinx: http://www.mdlinx.com/nurse-practitioner/news-article.cfm/5319122/

501.  Kaiser, K. A., Brown, A. W., Bohan Brown, M. M., Shikany, J. M., Mattes, R. D., & Allison, D. B. (2014). Increased fruit and vegetable intake has no discernible effect on weight loss: a systematic review and meta-analysis. *American Journal of Clinical Nutrition*, 100(2):567-576. doi:10.3945/ajcn.114.090548. PMCID PMC4095660

      i.    Article received substantial media coverage and was written up on MDLinx: http://www.mdlinx.com/nursing/news-article.cfm/5364649/

502.  Brown, A. & Allison, D. B. (2014). Using crowdsourcing to evaluate published scientific literature: Methods and example. *PLoS One, 2014 Jul 2;9(7):e100647. doi: 10.1371/journal.pone.0100647.*  PMCID PMC4079692

503.  Mehta, T. & Allison, D. B. (2014). From measurement to analysis reporting: grand challenges in nutritional methodology. *Frontiers in Nutrition*, 1:6. doi: 10.3389/fnut.2014.00006. PMCID PMC4290856

504.  Keith SW and Allison DB (2014) A free-knot spline modeling framework for piecewise linear logistic regression in complex samples with body mass index and mortality as an example. *Frontiers in Nutrition*, 1:16. doi: 10.3945/fnut.2014.00016. http://journal.frontiersin.org/Journal/10.3389/fnut.2014.00016/abstract PMCID PMC4297674

505.  Hill J. O., Berridge K., Avena N. M., Ziauddeen H., Alonso-Alonso M., Allison D. B., Khan N. A., & Kelley M. (2014) Neurocognition: The Food–Brain Connection.  Adv Nutr. 5(5): 544-546; doi:10.3945/an.114.006437 PMCID PMC4188227

506.  Dawson J. A., Hall K. D., Thomas D. M., Hardin J. W., Allison D. B., & Heymsfield S. B. (2014) Novel Mathematical Models for Investigating Topics in Obesity. Adv Nutr. 5 (5): 561-562; doi:10.3945/an.114.006569 PMCID PMC4188233

507.  Brown, A. W., Ioannidis, J. P., Cope, M. B., Bier, D. M., & Allison, D. B. (2014)  Unscientific Beliefs about Scientific Topics in Nutrition.  Adv Nutr. 5(5): 563-565; doi:10.3945/an.114.006577. PMCID PMC4188234

508.  Yang, Y., Smith, D. L., Keating, K., Allison, D. B., & Nagy, T. R. (2014) Variations in body weight, food intake, and body composition after long-term high-fat diet feeding in C57BL/6J mice. *Obesity (Silver Spring)*. 2014 Oct;22(10):2147-55. doi: 10.1002/oby.20811. Epub 2014 Jun 19. PMCID PMC4180788

509.  Crowe KM and Allison DB (2015) Evaluating Bioactive Food Components in Obesity and Cancer Prevention. *Crit Rev Food Sci Nutr.* 2015;55(5):732-4. doi: 10.1080/10408398.2013.878305.

510.  Dhurandhar, E. J., Vazquez, A. I., Argyropoulos, G., & Allison, D. B. (2014). Even modest prediction accuracy of genomic models can have large clinical utility. *Frontiers in Genetics*, http://journal.frontiersin.org/Journal/10.3389/fgene.2014.00417/abstract, 28 November 2014 | doi: 10.3389/fgene.2014.00417. PMCID PMC4246888

511.  Mattson, M. P., Allison, D. B., Fontana, L., Harvie, M., Longo, V. D., Malaisse, W. J., Mosley, M., Notterpek, L., Ravussin, E., Scheer, F. A. J. L., Seyfried, T., Varady, K., & Panda, S. (2014). Meal Frequency and Timing in Health and Disease. *Proceedings of the National Academy of Sciences*, Nov 25;111(47):16647-53. doi: 10.1073/pnas.1413965111.  PMCID PMC4250148

512.  Allison D. B., LH Antoine, SW Ballinger, MM Bamman, P Biga, VM Darley-Usmar, G Fisher, JM Gohlke, GV Halade, JL Hartman IV, GR Hunter, JL Messina, TR Nagy, EP Plaisance, KA, Powell, M. L., Roth, MW Sandel, TS Schwartz, DL Smith Jr, D Sweatt, TO Tollefsbol, SA Watts, Y Yang, J Zhang, and SN Austad. Aging and energetics' "Top 40" future research opportunities 2010-2013.[v1; ref status: indexed, http://f1000r.es/4ae] *F1000Research* 2014, 3:219 (doi: 10.12688/f1000research.5212.1).  PMCID: PMC4197746.

513.  Kaiser, K., Affuso, O., Desmond, R., Allison, D. B. (2014). Baseline participant subject characteristics and risk for dropout from ten obesity randomized controlled trials: a pooled analysis of individual level data. *Frontiers in Nutrition,* 18 December 2014 | doi: 10.3389/fnut.2014.00025.                    PMCID              PMC4296899 http://journal.frontiersin.org/Journal/10.3389/fnut.2014.00025/abstract.

514.  Arum, O., Dawson, J. A., Smith, D. L., Kopchick, J. J., Allison, D. B., Bartke, A. (2015). Does Altered Energy Metabolism or Spontaneous Locomotion "Mediate" Decelerated Senescence? *Aging Cell.* 2015 Jun;14(3):483-90. doi: 10.1111/acel.12318. Epub 2015 Feb 26. PMCID PMC4406677

515.  Dutton, G. R., Fontaine, K. R., Allison, D. B. (2015). Desire Resistance and Desire Reduction in Public Health Approaches to Obesity. *Nutrition Today*. Sep/Oct 50(5): 258-262.  NIHMSID 679480. http://journals.lww.com/nutritiontodayonline/Abstract/2015/09000/Desire_Resistance_and_Desire_Reduction_in_Public.9.aspx

516.  Liu, N., Archer, E., Srinivasasainagendra, V., & Allison, D. B. (2015). A Statistical Framework for Testing Fetal Drive Effects: Illustration in a Human Dataset. *Frontiers in Genetics,* 13 January 2015                    |                    doi:                    10.3389/fgene.2014.00464. http://journal.frontiersin.org/Journal/10.3389/fgene.2014.00464/abstract PMCID PMC4292723

517.  Capers, P. L., Brown, A. W., Dawson, J., & Allison, D. B. (2015). Double sampling with multiple imputation to answer large sample meta-research questions: Introduction and illustration by evaluating adherence to two simple CONSORT guidelines. *Frontiers in Nutrition*, 09 March 2015 | doi: 10.3389/fnut.2015.00006, PMCID PMC4428480 http://journal.frontiersin.org/article/10.3389/fnut.2015.00006/abstract.

518.  Pavela, G., Wiener, H., Fontaine, K. R., Fields, D. A., Voss, J. D., & Allison, D. B. (2015). Packet Randomized Experiments for Eliminating Classes of Confounders. *Eur J Clin Invest.* 2015 Jan;45(1):45-55. doi: 10.1111/eci.12378 PMCID PMC4314392

519.  Dhurandhar, N. V., Schoeller, D., Brown, A. W., Heymsfield, S. B., Thomas, D., Sørensen, T. I. A., Speakman, J. R., Jeansonne, M., Allison, D. B., & the Energy Balance Measurement Working

Group. (2015). Energy Balance Measurement: When Something is Not Better than Nothing. *Int J Obes (Lond).* 2015 Jul;39(7):1109-13. doi: 10.1038/ijo.2014.199. Epub 2014 Nov 13. PMCID PMC4430460

    i.   Featured on MDLinx.com: http://www.mdlinx.com/internal-medicine/news-article.cfm/5838268/energy-intake

    ii.   Top 10 most downloaded on Almetric: http://www.altmetric.com/details/2887939

    iii.   See also: "Authors' response to LTE for 'Energy Balance Measurement: When Something is Not Better than Nothing'".

520.   Dutton, G., Fontaine, K. R., Alcorn, A. S., Dawson, J., Capers, P. L., & Allison, D. B. (2015). Randomized Controlled Trial Examining Expectancy Effects on the Accuracy of Weight Measurement. *Clin Obes.* 2015 Feb;5(1):38-41. doi: 10.1111/cob.12083. Epub 2014 Dec 22. PMCID PMC4304908

    i.   Featured on MDLinx.com: http://www.mdlinx.com/internal-medicine/news-article.cfm/5834369/expectancy-effectmeasurementrandomized-controlled-trialweight

521.   Vaughan LK, Wiener HW, Aslibekyan S, Allison DB, Havel PJ, Stanhope KL, O'Brien DM, Hopkins SE, Lemas DJ, Boyer BB, Tiwari HK. (2015). Linkage and association analysis of obesity traits reveals novel loci and interactions with dietary n-3 fatty acids in an Alaska Native (Yup'ik) population. *Metabolism.* 2015 Jun;64(6):689-97. doi: 10.1016/j.metabol.2015.02.008. Epub 2015 Mar 5. PMCID PMC4408244

522.   Casazza, K., Brown, A., Astrup, A., Bertz, F., Baum, C., Bohan Brown, M., Dawson, J., Durant, N., Dutton, G., Fields, D. A., Fontaine, K. R., Levitsky, D., Mehta, T., Menachemi, N., Newby, P. K., Pate, R., Raynor, H., Rolls, B. J., Sen, B., Smith, D. L., Thomas, D., Wansink, B., & Allison, D. B. (2015). Weighing the Evidence of Common Beliefs in Obesity Research. *Crit Rev Food Sci Nutr.* 2015;55(14):2014-53. doi: 10.1080/10408398.2014.922044.PMCID PMC4272668

523.   Dhurandhar, E. J., Kaiser, K. A., Dawson, J. A., Thomas, A., Keating, K., & Allison, D. B. (2015). Predicting Adult Weight Change in the Real World: A Systematic Review and Meta-analysis Accounting for Compensatory Changes in Energy Intake or Expenditure, *Int J Obes (Lond).* 2015 Aug;39(8):1181-7. doi: 10.1038/ijo.2014.184. Epub 2014 Oct 17. PMCID PMC4516704

    i.   Featured on MDLinx.com: http://www.mdlinx.com/internal-medicine/news-article.cfm/5838269/obesity.

524.   Kim, J., Hsieh, M., Shum, P. C., Tubbs, R. S., & Allison, D. B. (2015). Risk and Injury Severity of Obese Child Passengers in Motor Vehicle Crashes. *Obesity (Silver Spring).* 2015 Mar;23(3):644-52. doi: 10.1002/oby.21018. Epub 2015 Feb 3. PMCID: PMC4340813

525.   Martins, M. A., Tully, D. C., Cruz, M. A., Power, K. A., Veloso de Santana, M. G., Bean, D. J., Ogilvie, C. B., Gadgil, R., Lima, N. S., Magnani, D. M., Ejima, K., Allison, D. B., Piatak, M., Altman, J. D., Parks, C. L., Rakasz, E. G., Galler, R., Bonaldo, M. L., Lifson, J. D., Allen, T. M., & Watkins, D. I. (2015). Vaccine-induced SIV-specific CD8+ T-cell responses focused on a single Nef epitope select for escape variants shortly after infection. *J Virol.* 2015 Nov 1;89(21):10802-20. doi: 10.1128/JVI.01440-15. Epub 2015 Aug 19.

526.   Capers, P. L., Fobian, A. D., Kaiser, K. A., Borah, R., & Allison, D. B. (2015). A Systematic Review and Meta-Analysis of Randomized Controlled Trials of the Impact of Sleep Duration on Adiposity and Components of Energy Balance. *Obes Rev.* 2015 Sep;16(9):771-82. doi: 10.1111/obr.12296. Epub 2015 Jun 22. PMCID PMC4532553

527.   Brown, A. W. Li, P. B., Bohan Brown, M. M., Kaiser, K. A., Keith, S. W., Oakes, J. M., & Allison, D. B. (2015) Best (but oft forgotten) practices: designing, analyzing, and reporting cluster randomized controlled trials. *Am J Clin Nutr.* 2015 Aug;102(2):241-8. doi: 10.3945/ajcn.114.105072. Epub 2015 May 27. PMCID PMC4515862

528.  Schwartz, T. S., Gainer, R., Dohm, E. D., Johnson, M. S., Wyss, J. M., & Allison, D. B. (2015). Second-Hand Eating? Maternal perception of the food environment affects reproductive investment in mice. *Obesity* May;23(5):927-30. doi: 10.1002/oby.21047. PMCID PMC4414731

529.  Kunath, N., van Groen, T., Allison, D. B., Kumar, A., Dozier---Sharpe, M., & Kadish, I. (2015) Ghrelin agonist does not foster insulin resistance but improves cognition in an Alzheimer's disease mouse model. *Scientific Reports*. 5:11452:  1 - 12.  DOI: 10.1038/srep11452 NIHMSID 697172

530.  Allison DB, Assaganya-Riera J, Burlingame B, Brown A, Le Coutre J, Dickson SL, Van Eden W, Garssen J, Hontecillas R, Khoo CS, Knorr D, Kussmann M, Magiestretti PJ, Mehta T, Meule Adrian, Rychlik M, & Vögele C.  (2015). Goals in Nutrition Science 2015-2020.  *Frontiers in Nutrition*, Sep 2015 2:26.  doi: 10.3389/fnut.2015.00026.  Method A Journal- In Process. http://journal.frontiersin.org/article/10.3389/fnut.2015.00026/abstract.

531.  Bernhard, M., Li, P., Allison, D. B., & Gohlke, J. M. (2015). Warm ambient temperature decreases food intake in a simulated office setting: A pilot randomized controlled trial. *Frontiers in Nutrition*, Vol 2, DOI=10.3389/fnut.2015.00020. PMCID PMC4500895

532.  Reynolds, R. J., Vazquez, A. I., Srinivasasainagendra, V., Klimentidis, Y. C., Bridges, S. L., Allison, D. B., Singh, J. A. (2015). Serum urate gene associations with incident gout, measured in the Framingham Heart Study, are modified by renal disease and not by body mass index. *Rheumatology International,*  Feb;*36*(2):263-70. doi:  10.1007/s00296-015-3364-4.  NIHMSID 722701

533.  Fisher, G., Brown, A. W., Bohan Brown, M. M., Alcorn, A., Noles, C., Winwood, L., Resuehr, H., George, B., Jeansonne, M. M., & Allison, D. B. (2015). High intensity interval- vs moderate intensity- training for improving cardiometabolic health in overweight males: A randomized controlled trial. *PLoS One, Oct 21;10(10):e0138853*.

    i.      Raw data deposited at: **http://doi.org/10.3886/E53793V1.**

534.  Li, P. Stuart, E. A., & Allison, D. B. (2015). Multiple Imputation: A Flexible Tool for Handling Missing Data. *Journal of the American Medical Association, Nov 10;*314(18):1966-1967.

535.  Joseph RP, Dutton GR, Cherrington A, Fontaine K, Baskin M, Casazza K, Lorch D, Allison JJ, Durant NH. (2015). Feasibility, acceptability, and characteristics associated with adherence and completion of a culturally relevant internet-enhanced physical activity pilot intervention for overweight and obese young adult African American women enrolled in college. *BMC Research Notes*, Jun 2;8:209. doi: 10.1186/s13104-015-1159-z.

536.  Pradhan L, Gao S, Zhang C, Gower B, Heymsfield SB, Allison DB, and Affuso O.  (2015) Feature Extraction from 2D Images for Body Composition Analysis.  2015 IEEE International Symposium on Multimedia (ISM); 45-52. doi: 10.1109/ISM.2015.117

537.  Freedman DS, Lawman HG, Skinner AC, McGuire L, Allison DB, & Ogden CL. (2015). The Validity of the WHO cut points for biologically implausible values of weight, height and BMI among children and adolescents in NHANES.  *American Journal of Clinical Nutrition,* Nov;*102*(5):1000-6. doi: 10.3945/ajcn.115.115576.

    1.      Selected as the Editor's Pick for Volume 102 Issue 5 of the journal.

    2.      Nominated for the 2016 Charles C. Shepard Science Award (Assessment) offered by the Centers for Disease Control and Prevention (CDC) and the Agency for Toxic Substances and Disease Registry (ATSDR).

538.  Milner AN, George BJ, & Allison DB. (2016) Black and Hispanic Men Perceived to be Large Are at Increased Risk for Police Frisk, Search, and Force.  *PLOS One,* Jan *19*;11(1):e0147158. doi: 10.1371/journal.pone.0147158.

539. Vaanholt, L. M., Milne, A., Zheng, Y., Hambly, C., Mitchell, S. E., Valencak, T. G., Allison, D. B., & Speakman, J. R. (2016). Oxidative costs of reproduction: Oxidative stress in mice fed standard and low antioxidant diets, *Physiology & Behavior*, *154*, 1, 1-7, ISSN 0031-9384, http://dx.doi.org/10.1016/j.physbeh.2015.11.009.

540. Pavela, G., Lewis, D. W., Locher, J., & Allison, D. B. (2016). Socioeconomic Status, Risk of Obesity, and the Importance of Albert J. Stunkard. *Current Obesity Reports*, Mar;5(1):132-9. NIHMSID 722679

541. George, B. J., Beasley, T. M., Brown, A. W., Dawson, J., Dimova, R., Divers, J., Goldsby, T. U., Heo, M., Kaiser, K. A., Keith, S., Kim, M. Y., Li, P., Mehta, T., Oakes, J. M., Skinner, A., Stuart, E., & Allison, D. B. (2016). Common scientific and statistical errors in obesity research. *Obesity, Apr;24(4):781-90. doi: 10.1002/oby.21449.*

    i.    *Scored in the top 5% of all research outputs scored by Altmetric.*

542. Allison, D. B., Antoine, L. H., & George, B. J. (2016). Incorrect Statistical Method in Parallel-groups RCT Led to Unsubstantiated Conclusions. *Lipids in Health and Disease*, 15:77. *DOI: 10.1186/s12944-016-0242-3.* [commentary].

543. Ivanescu AE, Li P, George B, Brown AW, Keith SW, Raju D, & Allison DB (2016). The Importance of Prediction Model Validation and Assessment in Obesity and Nutrition Research. *International Journal of Obesity,* Jun;40(6):887-94. doi: 10.1038/ijo.2015.214.

544. Dawson, J. A., Kaiser, K. A., Affuso, O., Cutter, G., & Allison, D. B. (2016). Rigorous control conditions diminish treatment effects in weight loss randomized controlled trials. *International Journal of Obesity,* Jun;40(6):895-8. doi: 10.1038/ijo.2015.212.

545. Freedman, D. S., Lawman, H. G., Pan, L., Skinner, A. C., Allison, D. B., McGuire, L., & Blanck, H. M. (2016). The prevalence and validity of high, biologically implausible values of weight, height and BMI among 8.8 million children. *Obesity,* May;24(5):1132-9. doi: 10.1002/oby.21446. **June 28, 2017 Nominated for demonstrating excellence in science as a candidate for the "Charles C. Shepard Science Award Assessment" from Centers for Disease Control and Prevention Agency for Toxic Substances and Disease Registry**

546. Skinner, A. C., Goldsby, T. U., & Allison, D. B. (2016). Regression to the Mean: A Commonly Overlooked and Misunderstood Factor Leading to Unjustified Conclusions in Pediatric Obesity Research. *Childhood Obesity,* Apr;12(2):155-8. doi: 10.1089/chi.2015.0222.

547. Allison, D. B., Brown, A. W., George, B. J., & Kaiser, K. A. (2016). A tragedy of errors: Mistakes in peer-reviewed papers are easy to find but hard to fix. [Commentary]. *Nature*, 530, 27-29.

    i.    Chosen as *Nature* Editors' pick of this 2016 influential expert opinions.

548. Klimentidis YC, Arora A, Zhou J, Kittles R, & Allison DB (2016). The genetic contribution of West-African ancestry to protection against central obesity in African-American men but not women: results from the ARIC and MESA studies. *Frontiers in Genetics*, June(7) 89:1 - 6.

549. Kyle T. K., Dhurandhar E. J., & Allison D. B. (2016). Regarding Obesity as a Disease: Evolving Policies and Their Implications. *Endocrinology and Metabolism Clinics of North America*, Volume 45, Issue 3, September 2016, Pages 511–520.

550. Mitchell SJ, Madrigal-Matute J, Scheibye-Knudsen M, Fang E, Aon M, González-Reyes JA, Cortassa S, Kaushik S, Gonzalez-Freire M, Patel B, Wahl D, Ali A, Calvo-Rubio M, Burón MI, Guiterrez V, Ward TM, Palacios HH, Cai H, Frederick DW, Hine C, Broeskamp F, Habering L, Dawson J, Beasley TM, Wan J, Ikeno Y, Hubbard G, Becker KG, Zhang Y, Bohr VA, Longo DL, Navas P, Ferrucci L, Sinclair DA, Cohen P, Egan JM, Mitchell JR, Baur JA, Allison DB, Anson RM, Villalba JM, Madeo F, Cuervo AM, Pearson KJ, Ingram DK, Bernier M, de Cabo R. (2016). Effects of Sex, Strain, and Energy Intake on Hallmarks of Aging in Mice. *Cell Metabolism*, Jun 14;23(6):1093-1112. doi: 10.1016/j.cmet.2016.05.027.

551.	Arifuzzman AKM, Haider MR, & Allison DB (2016). A low-power thermal-based sensor system for low air flow detection. *Analog Integrated Circuits and Signal Processing*, Volume 89, Issue 2, pp 425–436. DOI 10.1007/s10470-016-0848-4. PMCID: PMC5397122.

552.	Williams CM, Szejner A, Morgan TJ, Edison AS, Allison DB, & Hahn DA. (2016). Adaptation to low temperature exposure increases metabolic rates independently of growth rates. *Integrative and Comparative Biology, Jul;56(1):62-72. doi: 10.1093/icb/icw009.* http://www.ncbi.nlm.nih.gov/pubmed/27103615

553.	Williams CM, McCue MD, Sunny NE, Andre Szejner-Sigal, A., Morgan TJ, Allison DB & Hahn DA. (2016). Cold adaptation increases rates of nutrient flow and metabolic plasticity during cold exposure in Drosophila melanogaster. *Proceedings of the Royal Society B: Biological Sciences,* 283 20161317. DOI: 10.1098/rspb.2016.1317.  Published 7 September 2016.

554.	Al Jothery, A. H., Vaanholt, L. M., Mody, N., Amous, A., Lykkesfeldt, J., Bünger, L., Hill, W. G., Mitchell, S. E., Allison, D. B., & Speakman, J. R. (2016). Oxidative costs of reproduction in mouse strains selected for different levels of food intake and which differ in reproductive performance. *Scientific Reports,* 6:36353 | DOI: 10.1038/srep36353.

555.	Cardel MI, Johnson SL, Beck J, Dhurandhar E, Keita AD, Tomczik AC, Pavela G, Huo T, Janicke DM, Muller K, Piff PK, Peters JC, Hill JO, Allison DB (2016). The effects of experimentally manipulated social status on acute eating behavior: A randomized, crossover pilot study. *Physiology & Behavior,* 162, 93–101. http://www.sciencedirect.com/science/article/pii/S0031938416301603

556.	Fernández, J. R., Bohan Brown, M., López-Alarcón, M., Dawson, J. A., Guo, F., Redden, D. T., and Allison, D. B. (2016) Changes in pediatric waist circumference percentiles despite reported pediatric weight stabilization in the United States. *Pediatric Obesity,* doi: 10.1111/ijpo.12150.

557.	Ro, J., Pak, G., Malec, P. A., Lyu, Y., Allison, D. B., Kennedy, R. T., & Pletcher, S. D. (2016). Serotonin signaling mediates protein valuation and aging.

558.	Schwartz TS, Pearson P, Dawson J, Allison DB, & Gohlke JM (2016). Effects of fluctuating temperatures and food availability on reproduction and lifespan. *Experimental Gerontology*, Dec 15;86:62-72. doi: 10.1016/j.exger.2016.06.010.

559.	Lemas, D. J., Klimentidis, Y. C., Wiener, H. W., O'Brien, D. M., Hopkins, S. E., Stanhope, K. L., Havel, P. J., Allison, D. B., Fernandez, J. R., Tiwari, H., & Boyer, B. (2016). Polymorphisms in stearoyl CoA desaturase and sterol regulatory element binding protein interact with N-3 polyunsaturated fatty acid intake to modify associations with anthropometric variables and metabolic phenotypes in Yup'ik people. *Molecular Nutrition & Food Research,* Dec;60(12):2642-2653. doi: 10.1002/mnfr.201600170.

560.	Ejima K, Li P, Smith DL, Nagy TR, Kadish I, van Groen T, Dawson JA, Yang Y, Patki A, & Allison DB (2016) Observational Research Rigor Alone Does Not Justify Causal Inference. *European Journal of Clinical Investigation*, Dec;46(12):985-993. doi: 10.1111/eci.12681.

561.	Mehta T, Pajewski NM, Keith SW, Fontaine K, Allison DB. (2016). Role of a plausible nuisance contributor in the declining obesity-mortality risks over time. *Experimental Gerontology,* Dec 15;86:14-21. doi: 10.1016/j.exger.2016.09.015.

562.	Richardson, M. B. Williams, M. S., Fontaine, K. R., & Allison, D. B. (2017). The development of scientific evidence for health policies for obesity: why and how? *International Journal of Obesity,* Jun;41(6):840-848. doi: 10.1038/ijo.2017.71.

563.	Due A, Larsen TM, Mu H, Hermansen K, Stender S, Toubro S, Allison DB, & Astrup A.  (2017). The effect of three different ad libitum diets for weight loss maintenance: a randomized 18-month trial. *European Journal of Nutrition, Volume 56, Issue 2,  pp 727–738.*

EA_139

564. Tucker RM, Kaiser KA, Parman MA, George BJ, Allison DB & Mattes RD (2017). Comparisons of Fatty Acid Taste Detection Thresholds in People Who Are Lean vs. Overweight or Obese: A Systematic Review and Meta-Analysis. *PLoS One. 2017 Jan 6;12(1):e0169583. doi: 10.1371/journal.pone.0169583. eCollection 2017.*

565. Cardel MI, Pavela G, Dhurandhar E, Allison DB. (2017). Future Research Directions for the Insurance Hypothesis regarding Food Insecurity and Obesity. *Brain and Behavioral Sciences*. doi:10.1017/S0140525X16001357, e110.

566. Martins, M. A., Shin, Y. C., Gonzalez-Nieto, L., Domingues, A., Gutman, M., Maxwell, H. S., Castro, I., Magnani, D. M., Ricciardi, M., Pedreño-Lopez, N., Bailey, V., Betancourt, D., Altman, J. D., Yuan, M., Parks, C. L., Ejima, K., Allison, D. B., Rakasz, E., Barber, G. N., Capuano, S., Lifson, J. D., Desrosiers, R. C., & Watkins, D. I. (2017). Vaccine-induced immune responses against both Gag and Env improve control of SIVmac239 replication in rectally challenged rhesus macaques. *PLoS Pathology*, Jul 21;13(7):e1006529. doi: 10.1371/journal.ppat.1006529.

567. Mattison, J. A., Colman, R. J., Beasley, T. M., Allison, D. B., Kemnitz, J. W., Roth, G. S., Ingram, D. K., Weindruch, R., de Cabo, R., & Anderson, R. M. (2017). Caloric restriction improves health and survival of rhesus monkeys. *Nature Communications*, Jan 17;8:14063. doi: 10.1038/ncomms14063.

568. Sun, L. Y., Fang, Y., Patki, A., Koopman, J. J. E., Allison, D. B., Hill, C., Masternak, M. M., Darcy, J., Wang, J., McFadden, S., & Bartke, A. (2017). Longevity is impacted by growth hormone action during early postnatal period. *eLife*, Jul 4;6. pii: e24059. doi: 10.7554/eLife.24059.

569. Sandel MW, Aguilar A, Fast K, O'Brien S, Lapidus A, Allison DB, Teterina V, Kirilchik S. (2017). Complete Mitochondrial Genomes of Baikal Oilfishes (Perciformes: Cottoidei), Earth's Deepest-Swimming Freshwater Fishes. *Mitochondrial DNA Part B, Resources*. 2017;2(2):773-775. doi: 10.1080/23802359.2017.1398603.

570. Pavela, G., Lewis, D. W., Dawson, J. A., Cardel, M., & Allison, D. B. (2017). Social Status and Energy Intake: A Randomized Controlled Experiment. *Clinical Obesity*, 7(5), 315-322. doi:10.1111/cob.12198.

571. Fields, D. A., George, B., Williams, M., Whitaker, K., Allison, D. B., & Demerath, E. W. (2017). Associations between human breast milk hormones and adipocytokines and infant growth and body composition in the first 6 months of life. *Pediatric Obesity, 2017 Aug;12 Suppl 1:78-85.*

    a. Recognized as one of the 20 most downloaded papers in *Pediatric Obesity* for the 2017-2018 year.

572. Dhurandhar, E. J., Pavela, G., Kaiser, K. A., Dutton, G., Fontaine, K., Kim, D., Shikany, J. M., Allison, D. B., Lewis, C. E. (2018). Body Mass Index and Subjective Social Status: The Coronary Artery Risk Development in Young Adults (CARDIA) Study in Obesity. Obesity (Silver Spring). 2018 Feb;26(2):426-431. doi: 10.1002/oby.22047. Epub 2017 Dec 27. PMCID: PMC5783753

573. Davis, R.A.H., Plaisance, E.P., & Allison, D.B. (2018) Complementary Hypotheses on Contributors to the Obesity Epidemic. *Obesity*.  Jan 26(1), 17-21: 10.1002/oby.22071.  PMCID In Process

574. Allison, D.B.; Shiffrin, R.M.; & Stodden, V. (2018) Reproducibility of research: Issues and proposed remedies.  PNAS March 13, 2018. 115 (11) 2561-2562, https://doi.org/10.1073/pnas.1802324115

575. Kroeger, C. M., Garza, C., Lynch, C. J., Myers, E., Rowe, S., Schneeman, B. O., Sharma, A. M., & Allison, D. B. (2018) Scientific Rigor and Credibility in the Nutrition Research Landscape. *American Journal of Clinical Nutrition, 107*, Issue 3, 1 March 2018, Pages 484–494, https://doi.org/10.1093/ajcn/nqx067.

576. Mao, K., Quipildor, G. F., Tabrizian, T., Novaj, A., Walters, R. O., Guan, F., Delahaye, F., Hubbard, G. B., Ikeno, Y., Ejima, K., Li, P., Allison, D. B., Beltran, P. J., Cohen, P., Barzilai, N., Huffman, D. M. (2018). Late-life targeting of the IGF-1 receptor improves healthspan and survival in female mice. *Nature Communications*, Jun 19;9(1):2394. doi: 10.1038/s41467-018-04805-5.

577. Brown, A.W.; Kaiser, K.A.; & Allison, D.B. (2018) Issues with data and analyses: Errors, underlying themes, and potential solutions. PNAS March 13, 2018. 115 (11) 2563-2570, https://doi.org/10.1073/pnas.1708279115. See related: Responses to discussion about "Issues with data and analyses: Errors, underlying themes, and potential solutions". https://scholarworks.iu.edu/dspace/handle/2022/22126. DOI: doi.org/10.5967/K898855V.

578. Heo M, Nair SR, Wyle-Rosett J, Faith MS, Pietrobelli A, Glassman NR, Martin SN, Dickinson S, and Allison DB.  (2018). "Trial characteristics and appropriateness of statistical methods applied for design and analysis of randomized school-based studies addressing weight-related issues: A literature review".  *Journal of Obesity*, vol. 2018, Article ID 8767315, 7 pages, 2018.

579. Mehta, T., & Allison, D. B. (2018) How much variation in outcomes is too much in a Center of Excellence for Bariatric Surgery? *Journal of the American Medical Association, 319*(18):1932–1933.   doi:10.1001/jama.2018.3801.   For   further   reply,   see: https://www.ncbi.nlm.nih.gov/pubmed/30285175

580. Smith, D. L., Yang, Y., Nagy, T. R., Patki, A., Vasselli, J. R., Zhang, Y., Dickinson, S. L., & Allison, D. B. (2018). Weight Cycling Increases Longevity Compared with Sustained Obesity in Mice. *Obesity, 26*: 1733-1739. doi:10.1002/oby.22290.

581. Martins, M. A., Tully, D. C., Pedreño-Lopez, N., von Bredow, B., Pauthner, M., Bean, D. J., Shin, Y., Yuan, M., Lima, N. S., Gonzalez-Nieto, L., Domingues, A., Gutman, M. J., Maxwell, H. S., Magnani, D. M., Ricciardi, M. J., Bailey, V. K., Altman, J. D., Burton, D. R., Ejima, K., Allison, D. B., Evans, D. T., Rakasz, E. G., Parks, C. L., Bonaldo, M. C., Capuano, S., Lifson, J. D., Desrosiers, R. C., Allen, T. M., & Watkins, D. I. (2018). Mamu-B*17+ rhesus macaques vaccinated with env, vif, and nef manifest early control of SIVmac239 replication. *Journal of Virology, 92*(16), e00690-00618. doi: 10.1128/JVI.00690-18.

582. Affuso, O., Pradhan, L., Zhang, C., Gao, S., Wiener, H. W., Gower, B., Heymsfield, S. B., Allison, D. B. (2018). A method for measuring human body composition using digital images. PLoS One, 13(11), e0206430. doi:10.1371/journal.pone.0206430.

583. Rowland, N. E., Robertson, K. L., Minaya, D., Minervini, V., Cervantez, M., Kaiser, K. A., and Allison, D. B. (2018). Effect of Food Predictability on Life Span in Male Mice. The Journals of Gerontology: Series A, gly231, https://doi.org/10.1093/gerona/gly231.

584. George, B., J., Li, P. Lieberman, H. R., Pavela, G., Brown, A. W., Fontaine, K. R., Jeansonne, M. M., Dutton, G. R., Idigo, A. J., Parman, M. A., Rubin, D. B., & Allison, D. B. (2018). Randomization to Randomization Probability: Estimating Treatment Effects Under Actual Conditions of Use. Psychological Methods, 23(2), 337-350. Doi: 10.1037/met0000138.

585. Wijayatunga, N. N., Ironuma, B., Dawson, J. A., Rusinovich, B., Myers, C. A., Cardel, M., Pavela, G., Martin, C. K., Allison, D. B., Dhurandhar, E. J. 2019 Subjective social status is associated with compensation for large meals – A prospective pilot study. *Appetite, 132*, 249-256. https://doi.org/10.1016/j.appet.2018.07.031

586. Davis, R. A. H., Deemer, S. E., Bergeron, J. M., Little, J. T., Warren, J. L., Fisher, G., Smith, D. L., Fontaine, K. R., Dickinson, S. L., Allison, D. B., & Plaisance, E. P. (2019). Dietary R, S-1,3-butanediol diacetoacetate reduces body weight and adiposity in obese mice fed a high-fat diet. *FASEB Journal, 33*(2), 2409-2421. doi: 10.1096/fj.201800821RR.

587. Lou, J., Hendryx, M., Laddu, D., Phillips, L. S., Chlebowski, R., LeBlanc, E. S., Allison, D. B., Nelson, D. A., Li, Y., Rosal, M. C., Stefanick, M. I., & Manson, J. E. (2019. Racial and ethnic

differences in anthropometric measures as risk factors for diabetes. *Diabetes Care, 42*(1), 126-133.. doi: 10.2337/dc18-1413.

588. Chusyd, D. E., Brown, J. L., Hambly, C., Johnson, M. S., Morfeld, K., Patki, A., Speakman, J. R., Allison, D. B., & Nagy, T. R. (2018. Adiposity is not associated with reproductive cyclicity status, but with metabolites, in zoo African elephants. *Obesity, 26*(1), 103-110. doi: 10.1002/oby.22046.

589. Ejima K, Pavela G, Li P, & Allison DB (2018). "Generalized Lambda Distribution for Flexibly Testing of Differences in Distributions beyond Mean Differences" *International Journal of Obesity, 42*(4), 930-933. doi: 10.1038/ijo.2017.262.

590. Ejima, K., Thomas, D., & Allison, D.B. (2018) A Mathematical Model for Predicting Obesity Transmission With Both Genetic and Nongenetic Heredity. *Obesity, 26*(5), 927-933. doi: 10.002/oby322135.

591. Speakman, J.R., Loos, R.J.F., O'Rahilly, S., Hirschhorn, J.N., & Allison, D.B. (2018). GWAS for BMI: a treasure trove of fundamental insights into the genetic basis of obesity. *International Journal of Obesity, 42*(8), 1524-1531. doi: 10.1038/s41366-018-0147-5.

592. Gibbs, V.K., Schwartz, T., Johnson, M.S., Patki, A., Nagy, T.R., George, B.J., and Allison, D.B. (2018). No significant effect of maternal perception of the food environment on reproductive success or pup outcomes in C57BL/6J mice. *Obesity, 26*(4), 723-729. doi: 10.1002/oby.22141.

593. Williams, C.M., Rocca, J.R., Edison, A.S., Allison, D.B., Morgan, T.J., & Hahn, D.A. (2018. Cold adaptation does not alter ATP homeostasis during cold exposure in Drosophila melanogaster. *Integrative Zoology, 13*(4), 471-478. doi: 10.1111/1749-4877.12326.

594. Richardson, M. B., Li, P., Gohlke, J. M., & Allison, D. B. (2018) Effects of Indoor Thermal Environment on Human Food Intake, Productivity, and Comfort: Pilot Randomized Crossover Trial. *Obesity, 26*(12), 1826-1833.

595. Xu, M., Pirtskhalava, T., Farr, J. N. Palmer, A. K., Weivoda, M. M., Ogrodnik, M. B., Inman, C. L., Hachfeld, C. M., Fraser, D. G., Onken, J. L., Johnson, K. O., Verzosa, G. C., Langhi, L. G., P., Weigl, M., Giorgadze, N., LeBrasseur, N. K., Miller, J. D., Jurk, D., Khosla, S., Allison, D. B., Ejima, K., Hubbard, G. B., Ikeno, Y., Robbins, P. D., Niedernhofer, L. J., Tchkonia, T., & Kirkland, J. L., (2018). Senolytics Enhance Physical Function in Old Age and Extend Lifespan. *Nature Medicine, 24*(8), 1246-1256. doi: 10.1038/s41591-018-0092-9.

596. Razzoli, M., Nyuyki-Dufe, K., Gurney, A., Erickson, C., McCallum, J., Spielman, N., Marzullo, M., Patricelli, J., Kurata, M., Pope, E. A., Touma, C., Palme, R., Largaespada, D. A., Allison, D. A., & Bartolomucci, A. (2018). Social Stress Regulates Lifespan in Mice. *Aging Cell,17*(4), e12778. doi: 10.1111/acel.12778.

597. Wood, A. C., Wren, J. D., & Allison, D. B. (2019). The Need for Greater Rigor in Childhood Nutrition and Obesity Research. *JAMA Pediatrics*, *173*(4), 311-312, doi:10.1001/jamapediatrics.2019.0015.

598. Martins, M.A., Gonzalez-Nieto, L., Shin, Y.C., Domingues, A., Gutman, M.J., Maxwell, H.S., Magnani, D.M., Ricciardi, M.J., Pedreño-Lopez, N., Bailey, V.K., Altman, J.D., Parks, C.L., Allison, D.B., Ejima, K., Rakasz, E.G., Capuano, S., III, Desrosiers, R.C., Lifson, J.D., & Watkins, D.I. (2019). The frequency of vaccine-induced T-cell responses does not predict the rate of acquisition after repeated intrarectal SIVmac239 challenges in MAMU-B*08 rhesus macaques. *Journal of Virology, 93*(5) doi: 10.1128/JVI.01626-18.

599. Kretser, A., Murphy, D., Bertuzzi, S., Abraham, T., Allison, D.B., Boor, K.J., Dwyer, J., Grantham, A., Harris, L.J., Hollander, R., Jacobs-Young, C., Rovito, S., Vafiadis, D., Woteki, C., Wyndham, J., & Yada, R. (in press). Scientific Integrity Principles and Best Practices: Recommendations from a Scientific Integrity Consortium. *Science and Engineering Ethics*. Published online February 27, 2019. doi: 10.1007/s11948-019-00094-3. [Epub ahead of print].

600.  Murillo, A.L., Affuso, O., Peterson, C.M., Li, P., Wiener, H.W., Tekwe, C. D. & Allison, D.B. (2019), Illustration of Measurement Error Models for Reducing Bias in Nutrition and Obesity Research Using 2-D Body Composition Data. *Obesity, 27*: 489-495. doi:10.1002/oby.22387

601.  Luo, J., Hendryx, M., Laddu, D., Phillips, L.S., Chlebowski, R. LeBlanc, E.S., Allison, D.B., Nelson, D.A., Li, Y., Rosal, M.C., Stefanick, M.L., & Manson, J.E. (2019). Cardiovascular and Metabolic Risk - Racial and Ethnic Differences in Anthropometric Measures as Risk Factors for Diabetes. *Diabetes Care, 42*(1), 126-133. doi: 10.2337/dc18-1413.

602.  Pavela, G., Allison, D.B., Cardel, M.I. (2019). A sweeping highlight of the literature examining social status, eating behavior, and obesity. *Appetite, 132*, 205-207.

603.  Deemer, S. E., Davis, R. A., Gower, B. A., Koutnik, A. P., Poff, A. M., Dickinson, S. L., Allison, D. B., D'Agostino, D. P., & Plaisance, E. P. (2019). Concentration-Dependent Effects of a Dietary Ketone Ester on Components of Energy Balance in Mice. *Frontiers in Nutrition* 6(56). doi:10.3389/fnut.2019.00056

604.  Wijayatunga, N. N., Ironuma, B., Dawson, J. A., Rusinovich, B., Myers, C. A., Cardel, M., Pavela, G., Martin, C. K., Allison, D. B., & Dhurandhar, E. J. (2019). Subjective Social Status is associated with compensation for large meals – a prospective pilot study. *Appetite*, 132, 249-256. doi:10.1016/j.appet.2018.07.031

605.  Murillo, A. L., Kaiser, K. A., Smith, D. L., Jr., Peterson, C. M., Affuso, O., Tiwari, H. K., Allison, D. B. (2019). A Systematic Scoping Review of Surgically Manipulated Adipose Tissue and the Regulation of Energetics and Body Fat in Animals. *Obesity*. DOI: 10.1002/oby.22511.

606.  Tekwe, C.D., Zoh, R.S., Yang, M., Carroll, R.J., Honvoh, G., Allison, D.B., Benden, M., & Xue, L. (2019). An Instrumental Variable Approach to Estimating the Scalar-on-Function Regression Model with Measurement Error with Application to Energy Expenditure Assessment in Childhood Obesity. *Statistics in Medicine*. DOI: 10.1002/sim.8179.

607.  Brown, A.W., Altman, D., Baranowski, T., Bland, M., Dawson, J., Dhurandhar, N., Dowla, S., Fontaine, K., Gelman, A., Heymsfield, S., Jayawardene, W., Keith, S., Kyle, T., Loken, E., Oakes, M., Stevens, J., Thomas, D., & Allison, D.B. (2019). Childhood Obesity Intervention Studies: A Narrative Review and Guide for Investigators, Authors, Editors, Reviewers, Journalists, and Readers to Guard Against Exaggerated Effectiveness Claims. *Obesity Reveiws,* (11), 1523. DOI: 10.1111/obr.12923.

608.  Chusyd, DE, Brown, JL, Golzarri-Arroyo, L, et al. (2019). Fat mass compared to four body condition scoring systems in the Asian elephant (*Elephas maximus)*.(2019). *Zoo Biology*, 38(5), 424-433. 1– 10. DOI: 10.1002/zoo.21508.

609.  Thomas, D., Clar, N., Turner, D., Siu, C., Halliday, T., Hannon, B., Kahathuduwa, C., Kroeger, C., & Allison, D.B. (2019). Best (but oft-forgotten) practices: Identifying and accounting for regression to the mean in nutrition and obesity research. *The American Journal of Clinical Nutrition*. DOI: 10.1093/ajcn/nqz196.

610.  Dawson, J. & Allison, D.B.  (2019). Something doesn't add up: Comment on and request for clarification in "Turning the Waiting Room into a Classroom: Weekly Classes Using a Vegan or a Portion-Controlled Eating Plan Improve Diabetes Control in Randomized Translational Study." [Letter/commentary]. *Journal of the Academy of Nutrition and Dietetics.* DOI: 10.1016/j.jand.2019.06.001.

611.  Herbst, A., Hoang, A., Woo, W., McKenzie, D., Aiken, J., Miller, R., Allison, D.B., Liu, N., & Wanagat, J. (2019). Mitochondrial DNA alterations in aged macrophage migration inhibitory factor-knockout mice. *Mechanisms of Ageing and Development, 182,* 111126. DOI: 10.1016/j.mad.2019.111126.

612.	Ejima, K., Brown, A.W., Schoeller, D.A., Heymsfield, S.B., Nelson, E.J., & Allison, D.B. (2019). Does exclusion of extreme reporters of energy intake (the "Goldberg cutoffs") reliably reduce or eliminate bias in nutrition studies? Analysis with illustrative associations of energy intake with health outcomes. *The American Journal of Clinical Nutrition*. DOI: 10.1093/ajcn/nqz198.

613.	Gonzalez-Nieto, L., Castro, I.M., Bischof, G.F., Shin, Y.C., Ricciardi, M., Bailey, V., Dang, C., Pedreno-Lopez, N., Magani, D.M., Ejima, K., Allison, D.B., Gil, H.M., Evans, D.T., Rakasz, E.G. (2019). Vaccine protection against rectal acquisition of SIVmac239 in rhesus macaques. *PLOS Pathogens, 15*(9), 1-34. DOI: 10.1371/journal.ppat.1008015.

614.	Ejima, K., Dickinson, S. L., Brown, A. W., Yanovski, J. A., Kaiser, K. A., Hall, K. D., Heymsfield, S. B., & Allison, D. B. (2020). Exceptional Reported Effects and Data Anomalies Merit Explanation from "A randomized controlled trial of coordination exercise on cognitive function in obese adolescents" by Liu et al. (2018). *Psychology of Sport & Exercise*, 46. DOI: 10.1016/j.psychsport.2019.101604. [Letter/commentary].

615.	Gibson, M., Dawson, J., Wijayatunga, N., Ironuma, B., Chatindiara, I., Ovalle, F., Allison, D.B., & Dhurandhar, E. (in press). A Randomized Cross-over Trial to Determine the Effect of a Protein Preload on Energy Balance in Free-Living Sessions. *Nutrition Journal*.

**Books and Book Chapters**

1.	Tighe, A., Allison, D. B., Kral, J., & Heymsfield, S. B. (1993). Nutritional support of obese patients. In J. L. Rombeau and M. D. Caldwell (Eds.), *Parenteral Nutrition*, Vol. I, Second Edition, (pp. 716-736). Philadelphia: W. B. Saunders.

2.	Yuker, H. E., & Allison, D. B. (1994). Obesity: Socio-Cultural Perspectives. In L.A. Alexander & D. B. Lumsden (Eds.), *Understanding eating disorders*, pp. 243-270. Washington DC: Taylor & Francis.

3.	Allison, D. B., & Pi-Sunyer, F. X. (Eds). (1995). *Obesity Treatment: Establishing Goals, Improving Outcomes, and Reviewing the Research Agenda*. Proceedings of a NATO Advanced Research Workshop. New York: Plenum Press. In addition to co-editing the volume, I authored or co-authored the following chapters.

4.	Pi-Sunyer, F. X., & Allison, D. B. Chapter 1 - *Introduction*.

5.	Allison, D. B., & Engel, C. Predicting Treatment Outcome: Why have we been so unsuccessful.

6.	McArdle, J. J., & Allison, D. B. Growth and Change Modeling of Incomplete Repeated Measures Data in Obesity research.

7.	Allison, D. B. (1995). Methodological Issues in Obesity Research with Examples from Biometrical Genetics. Proceedings of the symposium Obesity and Weight Control: Advances in the Medical and Psychosocial Management of the Nation's most Prevalent Life-Threatening Illness (pp. 122-132). Philadelphia: The Charles Press.

8.	Allison, D. B. (Ed.). (1995). *Handbook of Methods for the Assessment of Eating Behaviors and Weight Related Problems*. Newbury Park, CA: Sage Publications. In addition to editing the volume, I authored or co-authored the following chapters.

9.	Allison, D. B. Chapter 1 - *Introduction*.

10.	Yuker, H. E., Allison, D. B., & Faith, M. Chapter 2 - Attitudes toward and beliefs about obesity and obese persons.

11.	Gorman, B. S., & Allison, D. B. Chapter 6 - *The Measurement of Dietary Restraint*.

12. Heymsfield, S. B., Allison, D. B., Heshka, S., & Pierson, R. N.  Chapter 16 - *The Assessment of Body Composition*.

13. Faith, M., & Allison, D. B.  (1996). Assessment of psychological status among obese persons. In J. K. Thompson (Ed.).  *Body image, eating disorders, and obesity: An integrative guide to assessment and treatment*, (pp. 365-387). Washington, D.C.: American Psychological Association.

14. Allison, D. B., & Engel, C. (1996). *Obesity prevention: theoretical and methodological issues*, (pp. 607-612). Progress in Obesity Research: 7. In A. Angel, H. Anderson, C. Bouchard, D. Lau, L. Leiter, & R. Mendelson (Eds). London, England: John Libbey & Company Ltd.

15. Faith, M.S., Allison, D.B., & Geliebter, A. (1997).  Emotional Eating and Obesity: Theoretical Considerations and Practical Recommendations (pp. 430-465). In S. Dalton (Ed.) *Overweight and Weight Management*.  Gaithersburg, MD: ASPEN Publications.

16. Allison, D.B., Cappelleri, J.C., & Carpenter, K.M. (1997). Design and Analysis of Obesity Treatment and Prevention Trials (pp. 557-597). In S. Dalton (Ed.) *Overweight and Weight Management*.  Gaithersburg, MD: ASPEN Publications.

17. Franklin, R.D., Allison, D.B. & Gorman, B.S. (Eds.) (1997). *Methods for the Design and Analysis of Single-Case Research.* Hillsdale, NJ: Lawrence Erlbaum Publishing. In addition to co-editing the volume, I authored or co-authored the following chapters

18. Franklin, R.D., Allison, D. B., & Gorman, B.S. Chapter 1 - *Introduction*.

19. Primavera, L.H., Allison, D. B. & Alfonso, V.C. *Measurement of Dependent Variables*.

20. Franklin, R.D., Gorman, B.S. & Allison, D.B. Errors of Inference Associated with Visual Inspection.

21. Gorman, B.S. & Allison, D.B. *Statistical Alternatives.*

22. Allison, D.B., Gorman, B.S. & Faith, M. Evaluation of Single Case Designs for Meta-Analysis.

23. Beasley, M., Allison, D.B. & Gorman, B.S. The potentially confounding effects of cyclicity: Identification and Prevention.

24. Silverstein, J.M., Allison, D.B. & Gorman, B.S. Early Stopping Rules and Power Analysis for N=1 Designs.

25. Franklin, R.D., Allison, D.B. & Gorman, B.S. Integrating Statistical and Single Case Analysis in Clinical Evaluation.

26. Faith, M.S., Pietrobelli, A., Allison, D.B. & Heymsfield, S.B. (1997). Prevention of pediatric obesity. In A. Bendich & R. Deckelbaum (Eds.) *Preventive Nutrition: The Guide for Health Professionals* (pp. 471-486). Totowa, NJ: Humana Press, Inc.

27. Heymsfield, S.B., Allison, D. B., Wang, Z., Baumgartner, R. N., & Ross, R. (1998). Evaluation of Total and Regional Body Composition. In Bray, G. A., Bouchard, C., & James, W.P.T. (Eds.). *Handbook of Obesity,* (pp 41-78). New York: Marcel Dekker, Inc.

28. Nathan, J., & Allison, D. B. (1998). Psychological and physical assessment of persons with eating disorders. In H. W. Hoek, J. L. Treasure, & M. A. Katzman (Eds.) *Neurobiology in the Treatment of Eating Disorders*, (pp. 47-96). New York: John Wiley & Sons.

29. Allison, D. B. & Faith, M.S. (2000). The Concept of Genome-wide power and a consideration for its use in mapping polygenic traits: The example of sib-pairs. In T. Spector, H. Snieder, & AJ MacGregor (Eds.). *Advances in Twin and Sib-pair Analysis*, Oxford University Press, Oxford, pp. 181-187.

30. Heymsfield, S. B., Choban, P. S., Allison, D. B., & Flancbaum, L.  (2000).  Nutritional support of the obese patient.  In J. L. Rombeau and R. H. Rolandelli (Eds.), Parenteral Nutrition, Third Edition, (pp. 407-428).  Philadelphia: W. B. Saunders.

31. Allison DB, Matz PE, Pietrobelli A, Zannolli R, Faith MS.  (2001) Genetic and environmental influences on obesity.  In Bendich A, Deckelbaum RJ (eds.), Primary and Secondary Preventive Nutrition. Totowa, NJ: Humana Press. (pp. 147-164).

32. Faith, M. S., Matz, P. E., & Allison, D. B. (2003). Psychosocial correlates and consequences of obesity. In R. Andersen (Ed.), Obesity: Etiology, Assessment, Treatment and Prevention. Champaign IL: Human Kinetics Publishers.

33. Bulik, C. M., & Allison, D. B. (2002). Constitutional Thinness and Resistance to Obesity. In K. D. Brownell & C. Fairburn (eds.), Eating Disorders and Obesity : A Comprehensive Handbook (2nd edition). New York: Guilford Press. (pp. 22-25).

34. Fontaine, K. R., & Allison, D. B. (2002). Obesity & The Internet. In K. D. Brownell & C. Fairburn (eds.), Eating Disorders and  Obesity : A Comprehensive Handbook (2nd edition). New York: Guilford  Press. (pp. 609-612).

35. Faith, M.S., Saelens, B. E., Wilfley, D. E., & Allison, D. B. (2001). Behavioral Treatment of Childhood and Adolescent Obesity: Current Status, Challenges, and Future Directions. In J. Kevin Thompson & Linda Smolak (eds.) Body Image, Eating Disorders, and Obesity in Youth (pp 313-340). American Psychological Association, Washington, DC.

36. Bray, M. S. & Allison, D. B. (2001). Obesity Syndromes. In J. B. Owen, J. L. Treasure, & D. A., Collier (Eds.) Animal models - Disorders of eating behavior and body composition disorders. Kluwer Academic Publishers: Dordrecht, The Netherlands, pp. 1-18.

37. Allison, D. B., Heo, M., Fontaine, K. R., & Hoffman, D. J. (2001). Body weight, body composition and longevity. In P. Bjorntorp (Ed.). International Textbook of Obesity, pp 31-48. John Wiley & Sons, New York.

38. Allison, D. B. (2002). Antipsychotic drugs. In L. J. Aronne (Ed.) A practical guide to drug-induced weight gain. McGraw-Hill: Minneapolis.

39. Cheung KH, White K, Hager J, Gerstein M, Reinke V, Nelson K, Masiar P, Srivastava R, Li Y, Li J, Li J, Zhao H, Allison DB, Snyder M, Miller P, Williams K. YMD: A microarray Database for Large-scale Gene Expression Analysis. Proc American Medical Informatics Association (AMIA) Symp 2002;140-4.

40. Hoffman, D. J., Huber-Miller, R., K., Allison, D. B., Wang, Z., Shen, W. Heymsfield, S. B. (2003). Human Body Composition. In R. Eckel (Ed.) *Obesity: Mechanisms & Clinical Management.* New York: Elsevier, pp. 103-127.

41. Allison, D. B., Pietrobelli, A., Faith, M. S., Fontaine, K. R., Gropp, E., Fernández, J. R. (2003). Genetic Influences on Obesity. In R. Eckel (Ed.) *Obesity: Mechanisms & Clinical Management.* New York: Elsevier, pp. 31-74.

42. Fontaine, K. R., & Allison, D. B. (2004). Obesity & Mortality Rates. In C. Bouchard, W. P. T. James, & Bray, G. A. (eds.), Handbook of Obesity (2nd edition). New York: Marcel Dekker, Inc. pp. 767-785.

43. Cope, M. B., Fernández, J. R., & Allison, D. B. Genetic and Biological Risk Factors. In: Handbook of eating disorders and obesity. Thompson, J. Kevin; Hoboken, NJ, US: John Wiley & Sons, Inc, 2004. pp. 323-338.

44. Heymsfield, S. B., Shen, W., Wang, Z., Baumgartner, R. N., Allison, D. B., & Ross, R. (2004). Evaluation of total and regional adiposity. In C. Bouchard, W. P. T. James, & Bray, G. A. (eds.), Handbook of Obesity (2nd edition). New York: Marcel Dekker, Inc., pp 33-79.

45. Allison, D. B. (2003). Obesity Research From Genome To Population: An Integrative View. In G. Medeiros-Neto, A. Halpern, & C. Bouchard (Eds.). *Progress in Obesity Research: 9*. London, England: John Libbey & Company Ltd. Pages 3-9.

46. St-Onge, M., Page, G. P., DeLuca, M., Zhang, K., Kim, K., Heymsfield, S. B., & Allison, D. B. (2004). Design & Analysis of Microarray Studies for Obesity Research. In C. D. Berdanier (Ed.) & N. Moustaid Moussa (Ed.). Genomics and Proteomics in Nutrition (Nutrition in Health and Disease) (pp. 145-204), Marcel Dekker, New York.

47. Tiwari, H. K., George, V., Allison, D. B., & Beasley, T. M. (in press). Multifactorial Inheritance and Complex Diseases. In Rimoin et al: Principles and Practice of Medical Genetics, 5th Edition.

48. Faith MS, Calamaro CJ, Pietrobelli A, Dolan MS, Allison DB, Heymsfield SB. (2005) Prevention of Pediatric Obesity: Examining the Issues and Forecasting Research Directions. In Bendich A and Deckelbaum RJ. (Eds.) Prevention Nutrition: The Comprehensive Guide for Health Professionals 3rd ed., (pp. 321-343). Humana Press, Totowa, NJ.

49. Allison, D. B., Page, G. P., Beasley, T. M., & Edwards, J. (Eds) (2005). DNA Microarrays and Related Genomics Techniques: Design, Analysis, and Interpretation of Experiments. Chapman & Hall/CRC Press. In addition to editing the book, I co-authored the following chapters.

50. Zakharkin, S. O, Mehta, T., Tanik, M., & Allison, D. B. Epistemological Foundations of Statistical Methods for High-Dimensional Biology. Pages 57-75.

51. Gadbury, G. L, Xiang, Q., Edwards, J. W, Page, G. P, & Allison, D. B. The Role of Sample Size on Measures of Uncertainty and Power. Pages 77-94.

52. McElroy, S. L., Allison, D. B., & Bray, G. A. (Eds.) (2006). *Obesity and Mental Disorders*. Taylor & Francis. New York.

53. Barnes S, Allison DB, Page GP, Carpenter M, Gadbury GL, Meleth S, Horn-Ross PM, Kim H, Lamartiniere CA. (2006). Genistein and polyphenols in the study of cancer prevention: chemistry biology statistics and experimental design. In Jim Kaput & Raymond L Rodriquez (Eds.), Nutritional Genomics, pp. 305-329. Hoboken NJ: John Wiley & Sons, Inc.

54. Tiwari HK, T. Beasley M, George V, Allison DB (2007). Multifactorial Inheritance and Complex Diseases. Emery and Rimoin's Principles and Practice of Medical Genetics, 5th edition, Rimoin, Connor, Pyeritz, and Korf (Eds). Vol 1, pp 299-306, Elsevier Ltd., Philadelphia, PA.

55.
   Supplements, 1 (1), 978-0-8247-5504-1. Retrieved April 19, 2007, from http://www.informaworld.com/10.1081/E-EDS-120042356

56. Wang C., Baumgartner R.N., & Allison D.B. (2008). Genetics of Human Obesity. In Carolyn Berdanier PhD & Johanna Dwyer DSc RD (Eds.), Handbook of Nutrition and Food, Second Edition. (pp. 833-846) CRC Press, Boca Raton, FL.

57. Redden DT, Divers J, Vaughan LK, Padilla M, Musani S, Tiwari HK, & Allison DB. Overview of genetic studies in polygenic obesity and methodological challenges. In Clement K & Sorensen T.I.A. (Eds). Obesity: (2007) Genomics and Postgenomics, pp 229-246. New York: Informa Healthcare.

58. Fontaine K.R., Keith S.W., Greenberg J.A., Olshansky J.S., & Allison D.B. (2009). Obesity's Final Toll: Influence on Mortality Rate, Attributable Deaths, Years of Life Lost and Population Life Expectancy. In: VA Preedy and R.R. Watson (Eds.), Handbook of Disease Burden and Quality of Life Measures. Heidelberg, Germany: Springer Verlag, pp. 1085-1105. http://www.springerlink.com/content/k772601052n73355/fulltext.html.

59. Allison, D. B. & Baskin, M. L. (editors) (2009). *Handbook of Assessment Methods for Eating Behaviors and Weight-Related Problems: Measures, Theory, and Research* (2nd Edition). SAGE Publications, Inc; Second Edition (July 10, 2009).

60. Zhang K., Wiener H., Beasley T.M., Amos C.I. & Allison D.B. (2010). An empirical Bayesian framework for QTL genome-wide scans.  In R. Guerra & D.R. Goldstein (Eds.), Meta-analysis and combining information in genetics and genomics (pp. 67-80). Boca Raton:  Chapman & Hall/CRC.

61. Erickson S., Kim K., & Allison D.B. (2010) Composite hypothesis testing:  an approach built on intersection-union tests and Bayesian posterior probabilities.  In R. Guerra & D.R. Goldstein (Eds.), Meta-analysis and combining information in genetics and genomics (pp. 83-93). Boca Raton:  Chapman & Hall/CRC.

62. Haaz S., Williams K.Y., Fontaine K.R., & Allison D.B. (2010). Bitter Orange (Citrus aurantium). In P.M. Coates & M. Blackman (Eds.) Encyclopedia of Dietary Supplements, 2nd Ed. (pp. 52 - 59).  New York:  Informa Healthcare.

63. Shriner D, Coulibaly I, Ankra-Badu G, Baye TM, & Allison DB.  (2012). Genetic contributions to the development of obesity. In Akabas SR, Lederman SA, & Moore BJ (Eds.), Textbook of Obesity:  Biological, Psychological and Cultural Influences, First Edition (pp. 95-107), New York: John Wiley & Sons, Ltd.

64. Cope, M. B., Koenings, M., Allison, D. B. (2014). Sugar, Sugar-Sweetened Beverages, and Obesity: Separating supposition, from demonstrated fact, from misinformation. In J. M.  Rippe (Ed.) Fructose, High Fructose Corn Syrup, Sucrose and Health. Springer Publishing.

65. Frazier-Wood A.C. & Allison, D.B. (2017) The Epigenetics of obesity. pp 31-38. In Brownell KD & Walsh  BT (eds) Eating Disorders and Obesity:  A Comprehensive Handbook, 3rd Ed. Guilford Publications, Inc.

66. Schoeller, D. A. & Allison, D. B. (2017). Use of Doubly Labeled Water Measured Energy Expenditure as a Biomarker of Self-reported Energy Intake. In Advances in Assessment of Dietary Intake. Advances in the Assessment of Dietary Intake, pp. 185-198. Edited by D. A. Schoeller and M. Westerterp-Plantenga. CRC Press.

67. Brown AW, Mehta T, & Allison DB. (2017) Publication Bias in Science: What is it, Why is it Problematic, and How Can It Be Addressed? In KH Jamieson, DM Kahan, D Scheufele (Eds) *The Oxford Handbook on the Science of Science Communication*.  Oxford Library of Psychology.

SELECTED SPEECHES

1. Allison, D. B. [with assistance from Charles Rondot]. Doubt and truth take center stage in Dean Allison's remarks to IUSPH graduating students. May, 2018. http://blogs.iu.edu/iusph/2018/05/07/doubt-and-truth-take-center-stage-in-dean-allisons-remarks-to-iusph-graduating-students/

OTHER PUBLICATIONS

1. Allison, D. B.  (1990). On the limits of further empirical evidence for deciding the debate over aversives.  *The Behavior Therapist*, *13*, 147-148.

2. Allison, D. B.  (1990). *Toward an Empirically Derived Typology of Obese Persons*.  Doctoral Dissertation available through UMI.

3. Allison, D. B., Basile, V. C., & Yuker, H. E.  (1991). *The Attitudes Toward Obese Persons Scale*. (Health and Psychosocial Instruments on-line database record).  Pittsburgh, PA: Behavioral Measurement Database Services (Producer).  McLean, VA: BRS Search Service (on-line Vendor).

4.  Allison, D. B., Basile, V. C., & Yuker, H. E.  (1991). *The Beliefs About Obese Persons Scale*. (Health and Psychosocial Instruments on-line database record).  Pittsburgh, PA: Behavioral Measurement Database Services (Producer).   McLean, VA: BRS Search Service (on-line Vendor).

5.  Allison, D. B., Alfonso, V. C., & Dunn, G. M.  (1991). The Extended Satisfaction With Life Scale. *The Behavior Therapist*, *14*, 15-16.

6.  Allison, D. B., & Silverstein, J. M. (1991, May).  *Scaling aversiveness of behavior decelerative procedures: Perceptions of staff working with developmentally disabled persons*.  Educational Resources Information Center (ERIC) database and abstract journal.

7.  Allison, D. B.  (1992).  A review of *Body Image Disturbance* by J. Kevin Thompson.  *Behavior Change*, *9*, 52-53.

8.  Allison, D. B.  (1992).  A review of *Psychoanalytic Terms & Concepts* edited by Moore and Fine. *American Journal of Psychiatry*, *149*, 699.

9.  Allison, D. B.  (1992).  A review of *Behavioral Medicine* by Tunks and Bellissimo.  *Canadian Journal of Psychiatry*, *37*, 220.

10. Allison, D. B.  (1992).  A review of *Beyond Dieting* by Donna Ciliska.  *The Behavior Therapist*, *15*, 131-132.

11. Allison, D. B., & Heymsfield, S. B.  (1993).  A review of *Obesity: Theory & Therapy* by Albert J. Stunkard and Thomas A. Wadden.  *Journal of Parenteral and Enteral Nutrition, 17*, 396.

12. Allison, D. B., & Pi-Sunyer, F. X.  (1994). New Developments in Obesity.  *The Sciences*, May/June, 38-43.

13. Allison, D. B.  (1994). Assessing Nutrition Epidemiology Reports. An invited review and commentary for Nabisco's *Nutrition Updates* (Winter Issue).

14. Allison, D. B., & Heymsfield, S. B.  (1994). A review of *The Obese Child* Edited by P.L. Giorgi, R.M. Suskind, & C. Catassi.  *Journal of Parenteral and Enteral Nutrition*, *18*, 89.

15. Allison, D. B., & Heymsfield, S. B.  (1994). A review of *Obesities* by Jean Vague.  *Journal of Parenteral and Enteral Nutrition, 18*, 87.

16. Allison, D. B., Wolper, C., & Heymsfield, S. B.  (1994).  A review of *Improving the Long-Term Management of Obesity* by Michael G. Perri, Arthur M. Nezu, & Barbara J Viegener, *Journal of Parenteral and Enteral Nutrition, 18*, 88.

17. Allison, D. B., & Pi-Sunyer, F. X.  (1995).  *Obesity Treatment: Examining the Premises*.  An invited review for *Endocrine Practice*, *1,* 353-364.

18. Heymsfield, S. B., Darby, P., Siegler, L., Gallagher, D., Wolper, C., & Allison, D. B. (1995). The calorie: Myth, measurement, and reality. *American Journal of Clinical Nutrition, 62(5S),* 1034S-1041S,

19. Allison, D. B.  (1995).  Commentary on Holman, Goldstein, and Enas. [Letter to the editor]. *International Journal of Obesity*.

20. Allison, D. B. & Heymsfield, S.B.  (1995).  A review of *Obesity in Europe - '94. Journal of Parenteral and Enteral Nutrition*, *19*, 424.

21. Allison, D. B.  (1996).  The Genetics of Human Obesity. *Weight Control Digest, 6,* 506-510.

22. Edlen-Nezin, L. & Allison, D.B. (1996). Metabolism and Body Weight.  *Weight Control Digest, 6,* 530-532.

23. Allison, D. B. & Faith, M. S. (1996). A review of *Social Aspects of Obesity* by I de Garine & N. J. Pollock (Eds.). *American Journal of Epidemiology, 144,* 712-714.

24. Faith, M.S. & Allison, D.B. (1997).  Obesity and Physical Health: Looking for Shades of Gray. *Weight Control Digest, 6,* 345-352.

25. Faith, M. S., & Allison, D. B. (1997). A review of *Obesity: Advances in Understanding and Treatment. SSIBlings:* Newsletter of the Society for the Study of Ingestive Behavior, *10,* 4-5.

26. Allison, D. B., & Faith, M. S. (1997). Introduction to special issue. *Behavior Genetics, 27,* 273-276.

27. Albu, J., Allison, D., Boozer, C. N., Heymsfield, S. B., Kissileff, H., Krester, A., Krumhar, K., Leibel, R., Nonas, C., Pi-Sunyer, X., VanItallie, T., & Wedral, E. (1997). Obesity Solutions: Report of a Meeting. *Nutrition Reviews, 55,* 150-156.

28. Allison, D. B., & Heo, M. (1997). MEETING BRIEF: Advancing the Genetics of Obesity Strategies and Methods. *HMS-Beagle* (on-line journal), August 15, 1997 · Issue 14.

29. Allison, D. B., & Siemon, D. N. (1997). Body Weight and Mortality: A Lesson in Complexity. *HMS-Beagle* (on-line journal), August 15, 1997 · Issue 14.

30. Pietrobelli, A., Allison, D. B., & Heymsfield, S. B. (1997). Practical, low-cost body-composition assessments. *Weight Control Digest, 7,* 675-677.

31. Cheskin, L. J., & Allison, D. B. (1997). Weighing the Case Against Phen-Fen. *HMS-Beagle* (on-line journal), October, 1997 · Issue 19.

32. Faith, M.S. & Allison, D.B. (1997). Barriers to Weight Control in Children.  *Weight Control Digest, 7,* 650-654.

33. Mentore, J. L., Heo, M., & Allison, D. B. (1998). Antipsychotic drugs and weight gain. *Weight Control Digest, 8(1),* 690-692.

34. Allison, D. B., & Faith, M. S. (1998). Genetic and environmental influences on obesity: Implications for the behavior therapist. *Obesity and Eating Disorders Special Interest Group (of AABT) Newsletter, 12,* 1-2.

35. Allison, D. B., & Rha, S. S. (1998). Getting a feel for body mass index. *Weight Control Digest, 8(4),* 740-741.

36. Chung, W. K., Luke, A., Cooper, R. S., Rotimi, C., Vidal-Puig, A., Rosenbaum, M., Gordon, D., Leal, S., Caprio, S., Goldsmith, R., Andreu, A. L., Bruno, C., DiMauro, S., Heo, M., W L Lowe, J., Lowell, B. B., Allison, D. B., and Leibel, R. L. (1999). The long isoform of uncoupling protein-3 (UCP3L) in energy homeostasis. *International Journal of Obesity,* 23, S49-S50.

37. As member of expert advisory panel convened by the Life Sciences Research Office of the Federation of American Societies of Experimental Biology at the behest of the Food and Drug Administration (FDA), prepared report advising the FDA as to how to review petitions for new food additives resulting in publication: Raiten, DJ (Ed.) (1999). *Alternative and Traditional Models for Safety Evaluation of Food Ingredients*. Life Sciences Research Office. American Society of Nutritional Sciences: Bethesda: MD.

38. Allison, D. B. & Saunders, S. (1999). Three Prescription Weight Loss Medications – A Review. *Weight Control Digest, 9*(4), 827-832.

39. Allison, D. B., & Faith, M. S. (2000). Genetic and environmental influences on human body weight: Implications for the behavior therapist. *Nutrition Today*, 35(1), 18-21.

40. Heymsfield, S. B. &  Allison, D. B. & (2000). A review of *Nutrition, Genetics, and Obesity. New England Journal of Medicine, Vol. 342, No. 10,* 747.

41. Dhurandhar, N., & Allison, D. B. (2000). The Pharmacologic Treatment of Obesity. The Economics of Neuroscience, 2(8), 42-52.

42. Allison, D. B. (2001). Hold the cola alarm. *Archives of Pediatric and Adolescent Medicine, 155*, 201-202 [letter].

43. Prolla TA, Allison DB, Weindruch R. (2001). Response to "interpretation, design, and analysis of gene array expression experiments" Journals Of Gerontology Series A-Biological Sciences And Medical Sciences 56 (8): B327-B329. [Letter].

44. McArdle, J. J. & Allison, D. B. (2001). Genetic Studies of Behavior: Methodology. In N.J. Smelser & P.B. Baltes (Editors), International Encyclopedia of the Social & Behavioral Sciences (pp 6108-6116). Pergamon, Oxford.

45. Allison, D. B. (2002), "Statistical Methods For Microarray Research For Drug Target Identification," 2002 Proceedings of the American Statistical Association, Biopharmaceutical Section [CD-ROM], Alexandria, VA: American Statistical Association.

46. Allison, D. B. & Aronne, L. J. (2002). *Drug-Associated Weight Change Reference Card*. A pocket reference card for physicians published and distributed by Catalyst Communications.

47. Heimburger, D. C., & Allison, D. B. (2003). In Memoriam. Roland L Weinsier, MD, Dr PH. 1942–2002. American Journal of Nutrition, 77, 525-526.

48. Allison, D. B. & Weber, M. T. (2003). Treatment and Prevention of Obesity: What Works, What Doesn't Work And What Might Work. An invited paper on the occasion of the Mark Bieber Memorial Symposium. *Lipids, 38*(2):147-155.

49. George, V., & Allison, D. B. (2003). *Foreword*. In *Applied Statistics in Toxicology and Pharmacology*, by Katsumi Kobayashi and Sadasivan Pillai. Science Publishers, Inc. Enfield, New Hampshire.

50. Allison, D. B. (2003). The whole is greater than the weighted average of its parts. *American Journal of Clinical Nutrition, 77,* 1348-1349. [editorial].

51. Allison, D. B., Barnes, S., & Garvey, W. T. (2004). Nutrigenomics: Unraveling man's constitution in relation to food. *Nutrition, 20*, 1.

52. Tiwari, H. K. & Allison, D. B. (2003). Do allelic variants of SLC6A14 predispose to obesity? *Journal of Clinical Investigation, 112*, 1633-1636. [Invited Editorial].

53. Redden, D. T. & Allison, D. B. (2004). The Quebec Overfeeding Study: A Catalyst for New Hypothesis Generation. *Obesity Reviews, 5*, 1-2. [Invited Editorial].

54. McElroy Susan L., Allison David B., and Carter William P., eds. Correlates and Management of Obesity in Psychiatry [CME monograph]. Wayne (NJ): Health Learning Systems; 2003 Dec. 26 p. Available from the University of South Florida College of Medicine.

55. Cope, M. B. & Allison, D. B. (2004). Weight Loss and High Protein Diets: Can Soy Help? *The Soy Connection Newsletter, 12(3), 1-2,7*.

56. Cope, MB; Allison, DB. 2004. Weight loss and high protein diets: Can soy help fight obesity? *Journal of The American Dietetic Association, 104* (7): A1-+ .

57. Tiwari HK, Holt J, George V, Beasley TM, Amos CI, & Allison DB. Power and cost consideration in joint tests of association & linkage for quantitative traits. 2004 *Proceedings of the American Statistical Association Joint Statistical Meeting*, ENAR Section [CD-ROM], Toronto, Ontario, Canada, Aug 8 - 12, 2004.

58. Kim K, Zakharkin SO, Loraine AE, & Allison DB. Picking the most likely candidates for further development: Novel intersection-union tests for addressing multi-component hypotheses in comparative genomics. 2004 *Proceedings of the American Statistical Association Joint Statistical Meeting*, ENAR Section [CD-ROM], Toronto, Ontario, Canada, Aug 8 - 12, 2004.

59. Allison, D. B. (2005). Dietary Supplements For Weight Loss: Challenges In Evaluation [editorial]. *Obesity Reviews, 6*, 89-92.

60. Sadasivam RS, Tanik MM, Casebeer L, Allison DB, Gemmill J, Lynn J, Bryant B, Wu Y-F, Bieber M, and Jololian L. "Component-based approach for scientific services for education and research (scientific SEARCH)," in Proc. 2nd Global Educ. Technology in Sci. Symp. (GETS), Univ. of Arkansas at Little Rock, Little Rock, AR, 2005, pp. 40-48. http://www.fernuni-hagen.de/imperia/md/content/fakultaetfuermathematikundinformatik/forschung/berichteetit/forschungsbericht_3_2005.pdf.

61. Olshansky, S.J., Passaro, D., Hershow, R., Layden, J., Carnes, BA., Brody, J., Hayflick, L., Butler, RN., Allison, DB., Ludwig, DS.  2005.  Peering into the future of American Longevity. *Discovery Medicine 5*(26):130-134.

62. Contributor to: Estimating the Contributions of Lifestyle-Related Factors to Preventable Death: A Workshop Summary. Published by the Institute of Medicine, National Academies of Science, 2005. See: http://www.nap.edu/catalog/11323.html

63. Olshansky SJ, Passaro DJ, Hershow RC, Layden J, Carnes BA, Brody J, Hayflick L, Butler RN, Allison DB, Ludwig DS. (2005). A Potential Decline in Life Expectancy in the United States in the 21st Century. *Obstetrical and Gynecological Survey*, *60*(7):450-452.

64. Olshansky SJ, Carnes BA, Hershow R, Passaro D, Layden J, Brody J, Hayflick L, Butler RN, Allison DB, Ludwig DS. Misdirection on the road to Shangri-La. Sci Aging Knowledge Environ. 2005 Jul 13; 2005(28):er1.

65. Allison D. B.  Statistical Genetics and Obesity:  Dietary Implications.  *Nutrition Today, 40(4)*, July/August; 170-172.

66. Tiwari HK, Patki A, Musani S, Beasley TM, George V, & Allison DB. (2005). Incorporating missing data methods in familial genetic data analyses. 2005 JSM Proceedings, ASA Biometrics Section; Minneapolis MN, 402-406.

67. Cope MB, Allison DB. Obesity: person and population. Obesity (Silver Spring). 2006 Jul;14 Suppl 4:156S-159S.

68. Tiwari HK, Patki A, Beasley TM, & Allison DB. Within-Cluster Resampling Methods in Association Analysis with Pedigree Data.  2006 JSM Proceedings, ASA Biometrics Section; Seattle WA, 395-399.

69. Brock, D. W., Keith, S. W., Elobeid, M. A., Allison, D. B. 2007. Does Intentional Weight Loss Influence Mortality and Other Hard End Points Favorably? Confessions of a Closet Bayesian and Occam-ite. Proceedings of the 2006 International Congress on Obesity.  [CD-ROM], Sydney Australia, Sep 3-8, 2006.  Paper # ISO111.

70. Bartolucci, AA, Allison, D.B., Bae, S.J. and Singh, K.P. 2007. Analysis of Microarray Gene Expression Data Using a Mixture Model. *Proceedings of International Mathematical Modelling and Simulation*.  Christchurch, New Zealand. pp 2867-2869.

71. Musani, S. K., Erickson, S., & Allison, D. B. (2008). Obesity – Still Highly Heritable After All These Years. *American Journal of Clinical Nutrition, 87*(2):275-276. [editorial].

72. Allison, D. (2007), "Obesity and Mortality: Questions and Controversy", in Bouchard, C. (ed.), Obesity: Epidemiology, Etiology, Consequences and Treatment, The Biomedical & Life Sciences Collection, Henry Stewart Talks Ltd, London (online at http://www.hstalks.com/?t=BL0451280-Allison).     http://www.hstalks.com/?t=BL0451280-Allison.

73. Allison, D. B. (2009). The Antidote to Bias in Research. *Science, 323*, 522-523. [Letter to the editor].

74. Cope, M., Allison, D.B. (2010). Randomized Controlled Trials With Statistically Nonsignificant Results. Letter to the editor in response to Boutron et al. *JAMA, September 1, 2010—Vol 304, No. 9 965*.

75. Vazquez, A. I., Rosa, G.J. M., Weigel, K. A., Gianola, D., & Allison, D. B. SNP Selection for Low-density Assays for Genomic-enabled Predictions Using Parent Averages. Proceedings of the 9th World Congress on Genetics Applied to Livestock Production. Leipzig, Germany, 2010. (Accepted).

76. Casazza, K., Fernandez, J. R., & Allison, D. B. (2012). Modest protective effects of breastfeeding on obesity: Is the Evidence Truly Supportive? *Nutrition Today, 47(1)*, 33-38.

77. Allison, D. B. (2011). Evidence, Discourse, and Values in Obesity-Oriented Policy: Menu-Labeling as a Conversation Starter. *International Journal of Obesity, Apr;35(4):464-71*. [Editorial/Commentary].

78. Loop, M.S., Wood, A.C., Thomas, A.S., Dhurandhar, E.J., Shikany, J.M., Gadbury, G.L., Allison, D.B. 2011. Submitted for your consideration: Potential advantages of a novel clinical trial design and initial patient reaction. In JSM Proceedings, Biometrics Section. Alexandria, VA: American Statistical Association, pp. 2699-2705.

79. Keith, S. W., Stommel, M., Allison, D. B., Schoenborn, C. A. (2012). Self-report corrections for BMI: Comment on Keith et al. *International Journal of Obesity*, Dec;36(12):1591.

80. Anderson GH, Foreyt J, Sigman-Grant M, and Allison DB. (2012) The Use of Low-calorie sweeteners by adults: Impact on weight management.  *Journal of Nutrition*, Jun;142(6):1163s-9s.

81. Lou, X., & Allison, D. B. (2011). Book Review for "Statistics in Human Genetics and Molecular Biology" by Cavan Reilly. Chapman & Hall/CRC, Boca Raton, Florida, 2009. xii + 266 pp. $61.95. ISBN 9781420072631. *Biometrics*, *67*, 1672-1673.

82. Anderson GH, Foreyt J, Sigman-Grant M, and Allison DB. (2012) The Use of Low-calorie sweeteners by adults: Impact on weight management.  *Journal of Nutrition*, Jun;142(6):1163s-9s.

83. Schoeller, D. A., Allison, D. B., & Heymsfield, S. B. (2012). Misinterpretation of Self-reported Dietary Intake in Children. *Pediatrics*. http://pediatrics.aappublications.org/content/early/2012/09/04/peds.2012-0605.short/reply#pediatrics_el_54525. Letter to the editor.

84. Gianola, D., Rosa, G. J. M., Allison, D. B. (2012). Humble Thanks to a Gentle Giant (an obituary for James F. Crow). Frontiers in Genetics, Vol 3, Article 93, page 3.

85. Bohan Brown M, Brown AW, Allison DB (2013) Nutritional Epidemiology in practice:  Learning from data or promulgating beliefs?  Am J Clin Nutr 2013;97:5–6. [Editorial].

86. Kim, J., Hsieh, M., Shum, P. C., Tubbs, R. S., & Allison, D. B. Computational study for motor vehicle crash injuries of obese child passengers. Proceedings of the ASME 2013 Summer Bioengineering Conference, SBC2013. June 26-29, Sunriver, Oregon, USA. SBC2013-14275.

87. Brown, A. & Allison, D. B. (2013). Unintended consequences of obesity-targeted health policy. *Virtual Mentor*. 2013 Apr 1;15(4):339-46. doi: 10.1001/virtualmentor.2013.15.4.pfor2-1304.

88. Schoeller, D., A., Thomas, D., Archer, A., Heymsfield, S. B., Blair, S. N., Goran, M. I., Hill, J. O., Atkinson, R. L., Corkey, B. E., Foreyt, J., Dhurandhar, N. V., Hall, K. D., Kral, J. G., Hansen, B. C., Heitmann, B. L., Ravussin, E., & Allison, D. B. (2013). Self-Report-Based Estimates of Energy Intake Offer an Inadequate Basis for Scientific Conclusions. *American Journal of Clinical Nutrition, Jun;97*(6):1413-5. [letter]

89. Fisher, G., Hunter, G. R., Allison, D. B. (2013). Commentary: Physical Activity Does Influence Obesity Risk When it Actually Occurs in Sufficient Amount. *International Journal of Epidemiology* 2013;42:1848–1851 doi:10.1093/ije/dyt171.

90. Allison, D. B. Keating, K., Kaiser, K., & Shikany, J. (2013). Letter re: Dietary sugars and body weight: systematic review and meta-analyses of randomised controlled trials and cohort studies. British Medical Journal. http://www.bmj.com/content/346/bmj.e7492/rr/635126.

91. Gohlke, J. M., & Allison, D. B. (2013). Evidence for obesogens: Interpretations and next steps. *Obesity*, Jun;21(6):1077-8. doi: 10.1002/oby.20475. Invited Commentary.

92. Allison, D. B. (2014). Liquid calories, energy compensation, and weight: what we know and what we still need to learn. Invited Commentary. *British Journal of Nutrition,* Feb;111(3):384-6. doi: 10.1017/S0007114513003309.

93. Lewis D. W., Archer E., & Allison D. B. (2014). The plausible health benefits of nuts: associations, causal conclusions, and informed decisions. *American Journal of Clinical Nutrition*, May 28. pii: ajcn.090431. [Epub ahead of print]. Editorial.

94. Levitsky, D., Brown, A. W., Hansen, B. C., Atkinson, R. A., Byrne, N., Cheskin, L. J., & Allison, D. B. (2014). An Unjustified Conclusion from Self-Report-Based Estimates of Energy Intake. [Letter]. *American Journal of Medicine, 127*, Issue 12, Page e33. DOI: http://dx.doi.org/10.1016/j.amjmed.2014.08.029.

95. Brown, A. W. Hall, K. D., Thomas, D., Dhurandhar, N. V., Heymsfield, S. B., & Allison, D. B. (2014). *Order of Magnitude Misestimation of Weight Effects of Children's Meal Policy Proposals.* [*Letter*]. *Childhood Obesity*, 10(6): 542-545. doi:10.1089/chi.2014.0081.

   In response, paper we commented upon was retracted. http://online.liebertpub.com/doi/abs/10.1089/chi.2014.1062.

96. Brown, A. W., Bohan Brown, M. M., & Allison, D. B. (2014). Bias in Nutrition Obesity Literature. *SSIB Intake, Vol XXIII*, No 1, Page 3.

97. Bohan Brown, M., Brown, A. W., & Allison, D. B. (2015). Linear extrapolation results in erroneous overestimation of plausible stressor-related yearly weight changes. *[Letter]*. Biological Psychiatry, Aug 15;78(4):e10-1. DOI: http://dx.doi.org/10.1016/j.biopsych.2014.10.028.

98. Li, P., Brown, A. W., Dawson, J. A., Kaiser, K. A., Bohan Brown, M., Keith, S. W., Oakes, J. M., & Allison, D. B. (2015). The assertion that controlling for baseline (pre-randomization) covariates in randomized controlled trials leads to bias is false. [*Letter/Commentary*]. *Obesity Facts*, 8(2):127-129.

99. Allison D. B., Williams, M. S., Hand, G. A., Jakicic, J. M., & Fontaine, K. R. (2015). Conclusion of "Nordic walking for geriatric rehabilitation: a randomized pilot trial" is based on faulty statistical analysis and is inaccurate. *Disabilities and Rehabilitation*, 37:18, 1692-1693. http://dx.doi.org/10.3109/09638288.2014.1002580.

100. Zalewski, B. M., Chmielewska, A., Szajewska, H., Li, P., Goldsby, T., Keithley, J. K., & Allison, D. B., (2015). Letter to the Editor: Correction of Data Errors and Reanalysis of "The Effect of Glucomannan on Body Weight in Overweight or Obese Children and Adults: A Systematic Review of Randomized Controlled Trials. *Nutrition*. http://www.nutritionjrnl.com/article/S0899-9007(15)00083-0/abstract

101. Skinner, A. C., Heymsfield, S. B., Pietrobelli, A., Faith, M. S., Allison, D. B. (2015). Ignoring Regression to the Mean Leads to Unsupported Conclusion about Obesity. *[Letter]*. Submitted to *International Journal of Behavioral Nutrition and Physical Activity*. http://www.ijbnpa.org/content/12/1/56. Noted as a 'highly accessed and downloaded' article in BMC system.

102. Antoine, L. H., George, B. J., & Allison, D. B. (2015). Apparent Statistical and Reporting Errors in "Effect of transcutaneous auricular vagus nerve stimulation on impaired glucose tolerance: a pilot randomized study." http://www.ncbi.nlm.nih.gov/myncbi/david.allison.1/comments/

103. Lewis, D. W., Fields, D. A., & Allison, D. B. (2015). Inconsistencies and Inaccuracies in Reporting on Choice of Endpoints and of Statistical Results in RCT of Maternal Diet. [Letter]. *Pediatric Obesity*, published online: 20 APR 2015, DOI: 10.1111/ijpo.12030.

104. Thomas, D. M., Brown, A., Dawson, J. A., Li, P., Heymsfield, S. B., & Allison, D. B. (2015). Exceptional data in paper on 'The effect of meridian message on BM, BMI, WC, and HC in simple obesity patients: a randomized controlled trial.' [Letter]. *World Journal of Acupuncture-Moxibustion,* Mar 30;25(1):66-67. http://caod.oriprobe.com/articles/44909138/Letter_to_the_Editor__Exceptional_Data_in_Paper_on__The_effect_of_meri.htm

105. Li, P., Brown, A. W., Oakes, J. M., & Allison, D. B. (2015). School-Based Obesity Prevention Intervention in Chilean Children: Effective in Controlling, but not Reducing Obesity. [Letter]. *Journal of Obesity*. http://www.hindawi.com/journals/jobe/aip/183528/

106. Li, P, Brown AW, Oakes JM, & Allison DB (2015) Comment on "Intervention Effects of a School-Based Health Promotion Programme on Obesity Related Behavioural Outcomes" [Letter] *Journal of Obesity*. http://dx.doi.org/10.1155/2015/708181.

107. Bier, D. M., Allison, D. B., Alpers, D. H., Astrup, A., Cashman, K. D., Coates, P. M., Fukagawa, N. K., Klurfeld, D. M., Mattes, R. D., & Uauy, R. (2015). Introduction to the series "Best (but Oft-Forgotten) Practices". American Journal of Clinical Nutrition. First published online July 15, 2015.  doi:10.3945/ajcn.115.117697.

108. Allison, D. B., Thomas, D. M., Heymsfield, S. B. (2015). Video Exaggerates Effects. PubMed Commons commentary on A Randomized, Controlled Trial of 3.0 mg of Liraglutide in Weight Management. http://www.ncbi.nlm.nih.gov/pubmed/26132939.

109. Kaiser KA, Brown AW, & Allison DB (2015).  Errors of calculation, stated protocol violations, and documentation. [Comment.] BMC Public Health, 14(1). https://bmcpublichealth.biomedcentral.com/articles/10.1186/1471-2458-14-886/comments

110. Liu, N. & Allison, D. B. Commentary on Population Structure and Eigenanalysis. Section contribution to Copenhaver GP, Barsh GS (2015) A Decad(e) of Reasons to Contribute to a PLOS Community-Run Journal. PLoS Genet 11(10): e1005557. doi:10.1371/journal.pgen.1005557.

111. George BJ, Brown AW, & Allison DB (2015) Errors in statistical analysis and questionable randomization lead to unreliable conclusions. *Journal of Paramedical Sciences,* Summer 2015 Vol.6, No.3, 153-154. Resulted in retraction of paper commented upon.

112. George, B. J., Goldsby, T. U., Brown, A. W., Li, P., & Allison, D. B. (2016). Unsubstantiated Conclusions from Improper Statistical Design and Analysis of a Randomized Controlled Trial. *International Journal of Yoga*. 9(1); 87-8 [Letter].

    May 2016, Most viewed: http://www.ijoy.org.in/showstats.asp?issn=0973-6131;year=2016;volume=9;issue=1;month=January-June.

113. Kaiser KA, George BJ, & Allison DB (2016) Re:  Errors in Zhao et al (2015), Impact of enteral nutrition on energy metabolism in patients with Crohn's disease.  World J Gastroenterol. 2016 March 7;22(9): 2867-2868.

114. Dhurandhar NV, Brown AW, Thomas D, & Allison DBA for the Energy Balance Measurement Working Group (in press).  Letter to the Editor:  We agree that self-reported energy intake should not be used as a basis for conclusions about energy intake in scientific research.  *Journal of Nutrition*; 146:1 – 2.

115. Kaiser KA, Parman MA, Kim E, George BJ, & Allison DB (2016). Letter to the Editor:  re: Potential errors and omissions related to the analysis and conclusions reported in Cuspidi C, et

al., AJH 2014; 27(2): 146-156. *American Journal of Hypertension,* Jun;29(6):780-1. doi: 10.1093/ajh/hpw027.

116. Dimova, RB, Allison, DB (2016) Inappropriate statistical method in a parallel-group randomized controlled trial results in unsubstantiated conclusions. [Letter]. *Nutrition Journal*. 15:58.

117. Locher, J. & Allison, D. B. (2016). Fat Tax: Weight Penalties for Women in Academia Throughout Their Lifetimes. *Association for Women in Science Magazine*, Spring, 38-39.

118. Austad, S. N. & Allison, D. B. (2016). Perspectives in Aging: Nutritional and Energetic Interventions. *Experimental Gerontology*, 2016 Oct 25. pii: S0531-5565(16)30453-3. doi: 10.1016/j.exger.2016.10.007. [Epub ahead of print]

119. Goldsby, T. U., Kroeger, C., M., & Allison, D. B. Introduction to classic paper *Obesity and Eating* by Stanley Schachter [Science, New Series, Vol. 161, No. 3843 (Aug. 23, 1968), pp. 751-756], SSIB Ingestive Classics. Jan 2017.

120. Cardel MI, Pavela G, Dhurandhar E, & Allison DB (2017) Future research directions for the insurance hypothesis regarding food insecurity and obesity. Commentary on Nettle et al.: Food insecurity as a driver of obesity in humans. Behavioral and Bran Sciences, 40. 18-19.

121. Allison DB & Austad S. (2017) A strong federal investment in science, engineering, and technology is just good sense. [Op Ed AL.com] http://www.al.com/opinion/index.ssf/2017/05/a_strong_federal_investment_in.html

122. Allison, D. B. (2017). RE: Statistical interpretation error in metformin trail paper. [Letter]. Pediatrics, http://pediatrics.aappublications.org/content/early/2017/06/08/peds.2016-4285.comments#re-statistical-interpretation-error-in-metformin-trail-paper

123. Allison, D. B. & Thomas, D. M. (2017). Stated Conclusion About Industry Funding is Opposite to What The Paper's Data Show: Letter Regarding "Selective outcome reporting in obesity clinical trials: a cross-sectional review." *Clinical Obesity*, Aug 28. doi: 10.1111/cob.12214.

124. Halliday, T.M., Thomas, D.M., Siu, C.O. & Allison, D.B. (2017) Failing to Account for Regression to the Mean Results in Unjustified Conclusions: Letter Concerning Tomisek, A., Flinn, B., Balsky, T., Gruman, C.,, & Rizer, A.M. (2017) Strong, healthy, energized: Striving for a healthy weight in an older lesbian population. Journal of Women & Aging; 30(1), 10.1080/08952841.2017.1407575 [Letter]

125. Allison, D.B. (2018) The Conclusions Are Unsupported by the Data, Are Based on Invalid Analyses, Are Incorrect, and Should be Corrected: Letter Regarding "Sleep Quality and Body Composition Variations in Obese Male Adults after 14 weeks of Yoga Intervention: A Randomized Controlled Trial". International Journal of Yoga. 11(1); 83-4 [Letter].

126. McComb, B., Frazier-Wood, A.C., Dawson, J., and Allison, D.B. (2018). Drawing conclusions from within-group comparisons and selected subsets of data leads to unsubstantiated conclusions: Letter regarding Malakellis et al. Aust N Z J Public Health. 2017 Dec 27. doi: 10.1111/1753-6405.12755. [Letter].

127. Wood, A.C., Brown, A.W., Li, P., Oakes, M., Pavela, G., Thomas, D.M., & Allison, D.B. (in press) The Conclusions Published Regarding The Shaping Healthy Choices Program Are Not Substantiated By The Analyses And Should Be Corrected Or Retracted; Comment On Scherr et al (2017) "A Multicomponent, School-Based Intervention, the Shaping Healthy Choices Program, Improves Nutrition-Related Outcomes". Journal of Nutrition Education and Behavior 2018 [Letter].

128. Smith, D. L., Thomas, D., M., Siu, C. O., Verhulst, S., & Allison, D. B. (in press) Regression to the Mean, Apparent Data Errors, and Biologically Extraordinary Results: Letter Regarding "Changes in telomere length 3–5 years after gastric bypass surgery". International Journal of Obesity. [Letter]

129. Kroeger, C.M., Thomas, D., Siu, C.S., & Allison, D.B. (2018). Overlooking regression to the mean leads to unwarranted interpretations: Letter concerning, "Do obese and extremely obese patients lose weight after lumbar spine fusions? Analysis of a cohort of 7303 patients from the Kaiser national spine registry". *Spine* April 2018. doi: 10.1097/BRS.0000000000002564 [Letter]

130. Allison, D. B., Pavela, G., & Oransky, I. (2018). Reasonable Versus Unreasonable Doubt. *American Scientist*. https://www.americanscientist.org/article/reasonable-versus-unreasonable-doubt

   - Rated as 5th most popular article in 2018: https://www.americanscientist.org/blog/from-the-staff/2018s-most-popular-articles

131. The Value of Nutrition Obesity Research Centers: As Told by Dr. David Allison. https://nutrition.org/the-value-of-nutrition-obesity-research-centers-as-told-by-dr-david-allison/

132. The Need for Increased Rigor in Obesity and Nutrition Research: A Q&A with Dr. David Allison. https://nutrition.org/the-need-for-increased-rigor-in-obesity-and-nutrition-research-a-qa-with-dr-david-allison/

133. Kahathuduwa, C. N., Thomas, D. M., Siu, C., & Allison, D. B. (in press). Unaccounted for Regression to the Mean Renders Conclusion of Article Titled "Uric acid lowering in relation to HbA1c reductions with the SGLT2 inhibitor Tofogliflozin" Unsubstantiated. [Letter]. *Diabetes, Obesity and Metabolism*.

134. Dickinson, S., Brown, A. W., Mehta, T., Heymsfield, S. B., Ebbeling, C., Ludwig, D., & Allison, D. B. (in press). Incorrect analyses were used in "Different enteral nutrition formulas have no effect on glucose homeostasis but on diet-induced thermogenesis in critically ill medical patients: a randomized controlled trial" and corrected analyses are requested. *European Journal of Clinical Nutrition*. doi: 10.1038/s41430-018-0197-8.

135. Dawson, J. A., Brown, A. W., and Allison, D. B. (2018). The stated conclusions are contradicted by the data, based on inappropriate statistics, and should be corrected: comment on 'intervention for childhood obesity based on parents only or parents and child compared with follow-up alone'. [Letter/Commentary]. *Pediatric Obesity, 13*: 656–657. https://doi.org/10.1111/ijpo.12431.

136. Allison, D. B. et al. (2018). The "regression to the mean project:" What researchers should know about a mistake many make. Q&A with David Allison. Published by *Retraction Watch*. https://retractionwatch.com/2018/10/30/the-regression-to-the-mean-project-what-researchers-should-know-about-a-mistake-many-make/

137. Brown, A. W., Hall, K., Heymsfield, S. B., & Allison, D. B. (2018). The 3500 Kcal Rule is Invalid for Projections of Weight Change: Comment on "Parental history of type 2 diabetes is associated with lower resting energy expenditure in normoglycemic subjects." *BMJ Open Diabetes Research and Care* [Letter/commentary]. https://drc.bmj.com/content/6/1/e000511.responses#the-3500-kcal-rule-is-invalid-for-projections-of-weight-change

138. Brown, A. W., & Allison, D. B. (2018). Letter to the Editor And response Letter to the Editor and Author Response of Assessment of a Health Promotion Model on Obese Turkish Children. *The Journal of Nursing Research*, 25(6), 436–446. Journal of Nursing Research: October 2018 - Volume 26 - Issue 5 - p 373–374. doi: 10.1097/JNR.0000000000000287.

139. Hannon, B. A., Thomas, D. M., Siu, C., & Allison, D. B. (2018). The claim that effectiveness has been demonstrated in the Parenting, Eating and Activity for Child Health (PEACH) childhood obesity intervention is unsubstantiated by the data. *British Journal of Nutrition, 120*(8), 958-959. doi:10.1017/S0007114518002234.

140. National Academies of Sciences, E., & Medicine. (2019). *Science Breakthroughs to Advance Food and Agricultural Research by 2030*. Washington, DC: The National Academies Press. [Panelist/Co-Author].

141. National Academies of Sciences, Engineering, and Medicine. (2019). Reproducibility and Replicability in Science. Washington, DC: The National Academies Press. [Panelist/Co-Author]. doi: https://doi.org/10.17226/25303.

142. Kroeger, C.M., Brown, A.W., & Allison, D.B. (in press). Differences in Nominal Significance (DINS) Error leads to invalid conclusions: Letter regarding "Diet enriched with fresh coconut decreases blood glucose levels and body weight in normal adults." [Letter to the editor]. *Journal of Complementary and Integrative Medicine.*

143. Jawayawardene, W.P., Brown, A.W., Dawson, J.A., Kahathuduwa, C.N., McComb, B., & Allison, D.B. (2019). Conditioning on Study is Essential for Valid Inference when Combining Individual Data from Multiple Randomized Controlled Trials: Comment on and Request for Corrected Analyses in "School-Based Weight Management Program Curbs Summer Weight Gain Among Low-Income Hispanic Middle School Students. J Sch Health, 89(1), 59-67." . [Letter/commentary]. *Journal of School Health, 89*(7), 515-518. Doi: 10.1111/josh.12777.

144. Dickinson, S.L., Golzarri-Arroyo, L., Brown, A.W., McComb, B., Kahathuduwa, C., & Allison, D.B. (in press). Change in study randomization allocation needs to be included in statistical analysis: comment on "Randomized controlled trial of weight loss versus usual care on telomere length in women with breast cancer: the lifestyle, exercise, and nutrition (LEAN) study." [Letter to the editor]. *Breast Cancer Research and Treatment*. Published online February 5, 2019.  doi: 10.1007/s10549-019-05155-6.

145. Hannon, B.A., Oakes, J.M., & Allison, D.B. (2019). Alternating Assignment was Incorrectly Labeled as Randomization. [Letter to the editor]. *Journal of Alzheimer's Disease.* https://www.j-alz.com/content/alternating-assignment-was-incorrectly-labeled-randomization

146. Kahathuduwa, C.N. & Allison, D.B. (2019).  Insufficient Reporting of Randomization Procedures and Unexplained Unequal Allocation: A Commentary on "Dairy-Based and Energy-Enriched Berry-Based Snacks Improve or Maintain Nutritional and Functional Status in Older People in Home Care."  [Letter to the editor]. *The Journal of Nutrition, Health & Aging.*

147. Vorland, C., Brown, A., Dickinson, S., Gelman, A., & Allison, D. (2019). The Implementation of Randomization Requires Corrected Analyses. Comment on "Comprehensive Nutritional and Dietary Intervention for Autism Spectrum Disorder—A Randomized, Controlled 12-Month Trial, Nutrients 2018, 10, 369." *Nutrients*, 11(5), 1126. doi:10.3390/nu11051126; PMCID: PMC6566629.

148. Golzarri-Arroyo, L., Dickinson, S., & Allison, D.B. (2019).  Replacement of dropouts may bias results: Comment on "The effect of green tea ointment on episiotomy pain and wound healing in primiparous women: A randomized, double-blind, placebo-controlled clinical trial." Phytotherapy Research. https://doi.org/10.1002/ptr.6394.

149. Golzarri-Arroyo, L., Mestre, L., Allison, D.B. (in press). Apples, pears, and olives on toothpicks. What's new in understanding the risk associated with body size and shape? [Letter to the editor]. *JAMA Open Network.*

150. Vorland, C.J., Brown, A.W., & Allison, D.B. (in press). Spin in the Abstract in "Impact of motivational interviewing on outcomes of adolescent obesity treatment: results from the MI Values randomized controlled pilot trial." [Letter to the editor]. *Clinical Obesity.*

151. Golzarri-Arroyo, L., Oakes, J.M., Brown, A.W., & Allison, D.B. (in press). Analysis of Cluster-Randomized Trial That Do Not Take Clustering and Nesting Into Account are Incorrect and Likely to Lead to Published P-values that Are Too Small:  Comment on "A School-Based, Peer-Led, social Marketing Intervention to Engage Spanish Adolescents in a Healthy Lifestyle ('We

are Cool' – Som la Pera Study): A Parallel-Cluster Randomized Controlled Study." [Letter/commentary]. *Childhood Obesity*.

152. Vorland, C.J., Ejima, K., Brown, A.W., Carter, S.J., Heymsfield, S.B., Thomas, D.M., & Allison, D.B. (2019). Comment on "Gum chewing while walking increases fat oxidation and energy expenditure." *Journal of Physical Therapy Science, 31*(5), 435-439. doi: 10.1589/jpts.31.435. https://pubpeer.com/publications/B0DCFB4BED4F85EE725788BEE6DACD#1

153. Allison, D.B. (in press). John G. Kral, M.D., Ph.D. *Obesity*. [in memoriam].

**SUBMITTED FOR PUBLICATION/UNDER REVISION**

1. Brewer RA, Cui X, Miyasaki ND, Ptacek T, Kumar R, Hsieh Y, Liu N, Bertrand FE, Allison DB, Morrow CD, & Smith DL. *Hyperphagia, Altered Nutrient Processing and Decreased Adiposity with Acarbose in Mice.*

2. Chusyd, D. E., Johnson, M. S., Smith, D. L., Yang, Y., Allison, D. B., & Nagy, T. R. (submitted). *Effects of long-term calorie restriction and weight cycling on energy expenditure in C57BL/6J male mice.*

3. Fields, D. A., Demerath, E. W., Anderson, M., Williams, M., & Allison, D. B. *Associations between breast-milk adipocytokines to infant growth and body composition in normal and overweight mothers.*

4. Garcia-Alvarez, A., Cunningham, C. A., Mui, B., Penn, L., Spaulding, E. M., Oakes, J. M., Divers, J., Allison, D. B., & Cheskin, L. J. *Randomized, Placebo-Controlled Crossover Trial of a Decaffeinated Energy Drink Shows No Significant Effect on Mental Energy.*

5. Gibson, M. J., Chatindiara, I., Dawson, J. A., Ovalle, F., Allison, D. B., & Dhurandhar, E. J. *The Role of Protein in Regulating Energy Balance under Ad Libitum Conditions.*

6. Hannon, B., Thomas, D. M., Siu, C., O., & Allison, D. B. *Neglecting Regression to the Mean Continues to Lead to Unwarranted Conclusions: Letter Regarding "The magnitude of weight loss induced by metformin is independently associated with BMI at baseline in newly diagnosed type 2 diabetes: Post-hoc analysis from data of a phase IV open-labeled trial.*" [Letter/commentary].

7. Kahathuduwa, C. N., Thomas, D. M., Siu, C., & Allison, D. B. *Due to Regression to the Mean, the Published Conclusion of "We Run This City: Impact of a Community–School Fitness Program on Obesity, Health, and Fitness" Regarding Effects on BMI Cannot Be Substantiated.* [Letter/commentary].

8. Kroeger, C.M; Brown, A.W.; & Allison, D.B. *Invalid conclusions in randomized controlled trial of binge eating program due to Differences in Nominal Significance (DINS) Error.* [Letter/commentary].

9. Li X., Smith, D. L., Johnson, M. S., Allison, D. B., & Nagy, T. R. *Paradoxical effects of mild calorie restriction and refeeding in C57BL/6J mice.*

10. Martins, M., Gonzalez-Nieto, L., Shin, Y., Domingues, A., Gutman, M., Maxwell, H., Magnani, D., Ricciardi, M., Pedreño-Lopez, N., Bailey, V., Altman, J., Parks, C., Allison, D. B., Ejima, K., Rakasz, E., Capuano, S., Desrosiers, R., Lifson, J., & Watkins, D. I. *Protective efficacy of vaccine-induced T-cell responses against rectal SIV challenge in Mamu-B\*08+ rhesus macaques.*

11. Mattison, J. A., Colman, R. J., Beasley, T. M., Allison, D. B., Kemnitz, J. W., Roth, G.S., Ingram, D. K., Weindruch, R., de Cabo, R., & Anderson, R. M. *Caloric restriction delays aging in nonhuman primates.*

EA_159

12. Mattison, J. A., Colman, R. J., Beasley, T. M., Allison, D. B., Kemnitz, J. W., Roth, G. S., Ingram, D. K., Weindruch, R., de Cabo, R., & Anderson, R. M. *Caloric restriction and aging in nonhuman primates: Comparison of studies at the National Institute on Aging and the University of Wisconsin-Madison*.

13. Mehta, T. M., Keith, S. W., & Allison, D. B. *To Break the Obesity-Mortality Tug-of-War, We Need Different Data More so Than More Data*.

14. Mehta, T., & Allison, D. B. *Future Quality Improvement Studies to Reduce Complication Rates: Exploring Plausible Factors Influencing Patient Outcomes in the Centers of Excellence.* [Letter]

15. Mudd, P. A., Ericsen, A. J., Bean, A. T., Piaskowski, S. M., Duan, L., Weisgrau, K. L., Furlott, J. R., Kim, Y., Veloso de Santana, M. G., Bonaldo, M. C., Capuano, S., Wilson, N. A., Galler, R., Allison, D. B., Piatak, M., Haase, A. T., Lifson, J. D., & Watkins, D. I. *Vaccine-induced CD8+ T cells control AIDS virus replication*.

16. Murillo A.L., Affuso O., Peterson C.M., Li P., Wiener H.W., Tekwe C., and Allison D.B. Measurement Error Correction Methods in Nutrition and Obesity Research to Improve Parameters Relating 2D Body Composition Data with Type 2 Diabetes Status and Physical Activity Levels.

17. Powell, M. L., Watts, S. A., Fischer, K. E., Barry, R. J., George, B., Allison, D. B., & Austad, S. N. *Evaluation of an Open Formula Diet for Short-lived Killifish and the Impact of its Restriction on Growth, Survival and Fecundity*.

18. Thomas D, McDougall A, Allison DB, Moniz A, Heymsfield S, Schoeller D, Pontzer H, Hull H, & Fields D. *Energy intake during Thanksgiving: Past and Present.*

19. Yang, Y., Smith, D. L., Keating, K. D., Patki, A., Allison, D. B., & Nagy, T. R. *Impacts of Calorie Restriction and Weight Cycling on Body Composition in Mice.*

20. Mestre, L.M., Dickinson, S., Golzari-Arroyo, L., Brown, A.W., & Allison, D.B. Data anomalies and apparent reporting errors in "Randomized controlled trial testing weight loss and abdominal obesity outcomes of moxibustion."

21. Kroeger, C.M., Ejima, K., Hannon, B.A., Halliday, T.M., McComb, B., Teran-Garcia, M., Dawson, J.A., Brown, A.W., King, D., & Allison, D.B. Persistent confusion in nutrition and obesity research about the validity of classic nonparametric tests in the presence of heteroscedasticity: Evidence of the problem and valid alternatives.

22. Cardel, M.I., Pavela, G., Janicke, D., Huo, T., Miller, D., Lee, A.M., Gurka, M.J., Dhurandhar, E., Peters, J.C., Caldwell, A.E., Krause, E.G., Fernandez, A., & Allison, D.B. Experimentally Manipulated Low Social Status and Food Insecurity Alter Eating Behavior among Adolescents: A Randomized Controlled Trial.

23. Brown, A.W., Kaiser, K., Keitt, A., Fontaine, K., Gibson, M., Gower, B.A., Shikany, J., Vorland, C., Beitz, D., Bier, D., Brenna, J., Jacobs, D., Kris-Etherton, P., Maki, K., Miller, M., St. Onge, M-P., Garcia, M.T., & Allison, D.B. Science Dialogue Mapping of Knowledge and Knowledge Gaps Related to the Effects of Dairy Intake on Human Cardiovascular Health and Disease.

24. Allison, D.B., Ren, G., Peliciari-Garcia, R.A., Mia, S., McGinnis, G.R., Davis, J., Gamble, J.K., & Young, M. Diurnal, Metabolic, and Thermogenic Alterations in Murine Model of Accelerated Aging.

25. Hirahatake, K., Astrup, A., Hill, J., Slavin, J., Allison, D.B., & Maki, K. Potential Health Benefits of Full-fat Dairy: The Evidence Base Expands.

26. Vorland, C.J., Brown, A.W., Kahathuduwa, C.N., Dawson, J.A., Gletsu-Miller, N., Kyle, T.K., Thabane, L., & Allison, D.B. Departure from pre-specified plans necessitates data reanalysis

in "Intervention effects of a kindergarten-based health promotion programme on obesity related behavioural outcomes and BMI percentiles."

27. Vorland, C.J., Mattey-Mora, P.P., Mesre, L.M., Chen, X., Dickinson, S.L., Brown, A.W., & Allison, D.B. Errors or irreproducibility in effect size calculations and incomplete reporting of results in "Systematic Review of the Effects of Blueberry on Cognitive Performance as We Age" by S. Hein, et al. (2019).

28. Golzarri-Arroyo, L., Vorland, C.J., Thabane, L., Oakes, J.M., Hunt, E., Brown, A.W., & Allison, D.B. Incorrect Design and Analysis Renders Conclusion Unsubstantiated: Comment on "A digital movement in the world of inactive children: favourable outcomes of playing active video games in a pilot randomized trial." [Letter/commentary].

29. Golzarri Arroyo, L., Brown, A.W., Dickinson, S.L., Mayo-Wilson, E., Oakes, M., Vassar, M., Vorland, C.J, & Allison, D.B.  In a cluster randomized trial, the appropriate prespecified analysis was replaced with an incorrect analysis without justification and the conclusions of the trial are therefore unsubstantiated: Comment on 'Effectiveness of a Normative Nutrition Intervention in Chilean Pregnant Women on Maternal and Neonatal Outcomes: The CHiMINCs Study.' [Letter/commentary].


## PUBLISHED F1000 RECOMMENDATIONS (NOT NECESSARILY AN EXHAUSTIVE LISTING)

1. Allison D, Capers P and Li P: F1000Prime Recommendation of [Evans CR et al., J Epidemiol Community Health 2015]. In F1000Prime, 05 Oct 2015; DOI: 10.3410/f.725689621.793510034. F1000Prime.com/725689621#eval793510034

2. Allison D and Carter S: F1000Prime Recommendation of [Gatterer H et al., Obes Facts 2015, 8(3):200-9]. In F1000Prime, 25 Sep 2015; DOI: 10.3410/f.725782868.793509630. F1000Prime.com/725782868#eval793509630

3. Allison D and Miskimon Goss A: F1000Prime Recommendation of [Tay J et al., Am J Clin Nutr 2015]. In F1000Prime, 25 Sep 2015; DOI: 10.3410/f.725688326.793509770. F1000Prime.com/725688326#eval793509770

4. Allison D and Goldsby T: F1000Prime Recommendation of [von Hippel PT and Bradbury WK, Prev Med 2015, 78:44-51]. In F1000Prime, 17 Sep 2015; DOI: 10.3410/f.725779889.793509624. F1000Prime.com/725779889#eval793509624

5. Allison D and Gowey M: F1000Prime Recommendation of [Huang T et al., J Pediatr 2015]. In F1000Prime, 15 Sep 2015; DOI: 10.3410/f.725708845.793509610. F1000Prime.com/725708845#eval793509610

6. Allison D and Simien D: F1000Prime Recommendation of [Kim JE et al., Nanotoxicology 2014:1-11]. In F1000Prime, 21 Jan 2015; DOI: 10.3410/f.725318042.793503314. F1000Prime.com/725318042#eval793503314

7. Allison D and Simien D: F1000Prime Recommendation of [Stanley SA et al., Nat Med 2015, 21(1):92-8]. In F1000Prime, 21 Jan 2015; DOI: 10.3410/f.725276250.793503313. F1000Prime.com/725276250#eval793503313

8. Allison D and Powell D: F1000Prime Recommendation of [de Groot S et al., Arch Phys Med Rehabil 2014, 95(6):1083-92]. In F1000Prime, 16 Jan 2015; DOI: 10.3410/f.718280293.793503161. F1000Prime.com/718280293#eval793503161

9.  Allison D and King G: F1000Prime Recommendation of [Katsimpardi L et al., Science 2014, 344(6184):630-4]. In F1000Prime, 15 Jan 2015; DOI: 10.3410/f.718375584.793503090. F1000Prime.com/718375584#eval793503090

10. Allison D and Griffin R: F1000Prime Recommendation of [Rice TM and Zhu M, Emerg Med J 2014, 31(1):9-12]. In F1000Prime, 13 Jan 2015; DOI: 10.3410/f.725308475.793502969. F1000Prime.com/725308475#eval793502969

11. Allison D and DeSilva T: F1000Prime Recommendation of [Tejas-Juárez JG et al., Physiol Behav 2014, 133:272-81]. In F1000Prime, 12 Jan 2015; DOI: 10.3410/f.718380849.793502965. F1000Prime.com/718380849#eval793502965

12. Allison D and Mehta T: F1000Prime Recommendation of [Lent MR et al., Obesity (Silver Spring) 2014, 22(12):2494-500]. In F1000Prime, 12 Jan 2015; DOI: 10.3410/f.722006615.793502964. F1000Prime.com/722006615#eval793502964

13. Allison D and Soleymani T: F1000Prime Recommendation of [Ng SY and Wilding JP, Expert Opin Biol Ther 2014, 14(8):1215-24]. In F1000Prime, 09 Jan 2015; DOI: 10.3410/f.718437706.793502823. F1000Prime.com/718437706#eval793502823

14. Allison D and Sandel M: F1000Prime Recommendation of [Scantlebury DM et al., Science 2014, 346(6205):79-81]. In F1000Prime, 05 Jan 2015; DOI: 10.3410/f.719129900.793502662. F1000Prime.com/719129900#eval793502662

15. Allison D: F1000Prime Recommendation of [Kennedy BK et al., Cell 2014, 159(4):709-13]. In F1000Prime, 16 Dec 2014; DOI: 10.3410/f.725274403.793502267. F1000Prime.com/725274403#eval793502267

16. Allison D and Biga P: F1000Prime Recommendation of [Pollux BJ et al., Nature 2014, 513(7517):233-6]. In F1000Prime, 05 Dec 2014; DOI: 10.3410/f.718499012.793501973. F1000Prime.com/718499012#eval793501973

17. Allison D: F1000Prime Recommendation of [McNutt M, Science 2014, 346(6210):679]. In F1000Prime, 28 Nov 2014; DOI: 10.3410/f.725247618.793501853. F1000Prime.com/725247618#eval793501853

18. Allison D and Schwartz T: F1000Prime Recommendation of [Corcoran AJ and Conner WE, Science 2014, 346(6210):745-7]. In F1000Prime, 26 Nov 2014; DOI: 10.3410/f.725228149.793501801. F1000Prime.com/725228149#eval793501801

19. Allison D and Frazier-Wood A: F1000Prime Recommendation of [Brosnan SF and de Waal FB, Science 2014, 346(6207):1251776]. In F1000Prime, 26 Nov 2014; DOI: 10.3410/f.722496169.793501800. F1000Prime.com/722496169#eval793501800

20. Allison D and May J: F1000Prime Recommendation of [Hofmann W et al., Science 2014, 345(6202):1340-3]. In F1000Prime, 26 Nov 2014; DOI: 10.3410/f.718872966.793501797. F1000Prime.com/718872966#eval793501797

21. Allison D and Pavela G: F1000Prime Recommendation of [von Hippel PT and Lynch JL, Soc Sci Med 2014, 105:131-9]. In F1000Prime, 25 Nov 2014; DOI: 10.3410/f.718309999.793501755. F1000Prime.com/718309999#eval793501755

22. Allison D and Mukhtar S: F1000Prime Recommendation of [Misof B et al., Science 2014, 346(6210):763-7]. In F1000Prime, 21 Nov 2014; DOI: 10.3410/f.725228146.793501668. F1000Prime.com/725228146#eval793501668

23. Allison D and Raju D: F1000Prime Recommendation of [Einav L and Levin J, Science 2014, 346(6210):1243089]. In F1000Prime, 21 Nov 2014; DOI: 10.3410/f.725228145.793501685. F1000Prime.com/725228145#eval793501685

24. Allison D and Morrison S: F1000Prime Recommendation of [Costa-Font J and Gil J, Soc Sci Med 2013, 93:29-37]. In F1000Prime, 20 Nov 2014; DOI: 10.3410/f.718094187.793501586. F1000Prime.com/718094187#eval793501586

25. Allison D and Powell M: F1000Prime Recommendation of [Baumgart M et al., Biogerontology 2014]. In F1000Prime, 18 Nov 2014; DOI: 10.3410/f.725237540.793501548. F1000Prime.com/725237540#eval793501548

26. Allison D and Budhwani H: F1000Prime Recommendation of [Aizer A and Currie J, Science 2014, 344(6186):856-61]. In F1000Prime, 17 Nov 2014; DOI: 10.3410/f.718410758.793501475. F1000Prime.com/718410758#eval793501475

27. Allison D: F1000Prime Recommendation of [Scheufele DA, Proc Natl Acad Sci U S A 2014, 111 Suppl 4:13585-92]. In F1000Prime, 17 Nov 2014; DOI: 10.3410/f.718878037.793501471. F1000Prime.com/718878037#eval793501471

28. Allison D and McCormick L: F1000Prime Recommendation of [Brooks HE et al., Science 2014, 346(6207):349-52]. In F1000Prime, 17 Nov 2014; DOI: 10.3410/f.722496174.793501465. F1000Prime.com/722496174#eval793501465

29. Allison D and Kaiser K: F1000Prime Recommendation of [Franco A et al., Science 2014, 345(6203):1502-5]. In F1000Prime, 17 Nov 2014; DOI: 10.3410/f.718549288.793501451. F1000Prime.com/718549288#eval793501451

30. Allison D and Ejima K: F1000Prime Recommendation of [Gerland P et al., Science 2014, 346(6206):234-7]. In F1000Prime, 13 Nov 2014; DOI: 10.3410/f.720886542.793501370. F1000Prime.com/720886542#eval793501370

31. Allison D and Dhurandhar E: F1000Prime Recommendation of [Xu X et al., PLoS ONE 2014, 9(10):e109950]. In F1000Prime, 13 Nov 2014; DOI: 10.3410/f.723349438.793501369. F1000Prime.com/723349438#eval793501369

32. Allison D: F1000Prime Recommendation of [Oleynick VC et al., Front Hum Neurosci 2014, 8:436]. In F1000Prime, 21 Oct 2014; DOI: 10.3410/f.718487460.793500870. F1000Prime.com/718487460#eval793500870

33. Allison D and Gohlke J: F1000Prime Recommendation of [Hynd PI et al., Is propensity to obesity associated with the diurnal pattern of core body temperature? Int J Obes (Lond) 2014, 38(2):231-5]. In F1000Prime, 08 Oct 2014; DOI: 10.3410/f.719282746.793500463. F1000Prime.com/719282746#eval793500463

34. Allison D and Simien D: F1000Prime Recommendation of [Fakhri N et al., High-resolution mapping of intracellular fluctuations using carbon nanotubes. Science 2014, 344(6187):1031-5]. In F1000Prime, 07 Oct 2014; DOI: 10.3410/f.718424875.793500402. F1000Prime.com/718424875#eval793500402

35. Allison D: F1000Prime Recommendation of [Katz-Wise SL et al., Sexual orientation disparities in BMI among U.S. adolescents and young adults in three race/ethnicity groups. J Obes 2014, 2014:537242]. In F1000Prime, 30 Sep 2014; DOI: 10.3410/f.718432036.793500270. F1000Prime.com/718432036#eval793500270

36. Allison D and Robinson R: F1000Prime Recommendation of [Schvey NA et al., The influence of a defendant's body weight on perceptions of guilt. Int J Obes (Lond) 2013, 37(9):1275-81]. In F1000Prime, 24 Sep 2014; DOI: 10.3410/f.718104679.793500123. F1000Prime.com/718104679#eval793500123

37. Allison D and Schrum K: F1000Prime Recommendation of [Shi X et al., Effects of obesity on occupant responses in frontal crashes: a simulation analysis using human body models. Comput Methods Biomech Biomed Engin 2014]. In F1000Prime, 24 Sep 2014; DOI: 10.3410/f.718882267.793500120. F1000Prime.com/718882267#eval793500120

38. Allison D and Wright N: F1000Prime Recommendation of [Tran B et al., Association between fat-mass-and-obesity-associated (FTO) gene and hip fracture susceptibility. Clin Endocrinol (Oxf) 2014, 81(2):210-7]. In F1000Prime, 24 Sep 2014; DOI: 10.3410/f.718138461.793500119. F1000Prime.com/718138461#eval793500119

39. Allison D and Raju D: F1000Prime Recommendation of [Lee BJ and Kim JY, Predicting visceral obesity based on facial characteristics. BMC Complement Altern Med 2014, 14:248]. In F1000Prime, 23 Sep 2014; DOI: 10.3410/f.718495843.793500075. F1000Prime.com/718495843#eval793500075

40. Allison D and Li L: F1000Prime Recommendation of [Lee TK et al., Stress-induced behavioral and metabolic adaptations lead to an obesity-prone phenotype in ewes with elevated cortisol responses. Psychoneuroendocrinology 2014, 47:166-77]. In F1000Prime, 19 Sep 2014; DOI: 10.3410/f.718551975.793500014. F1000Prime.com/718551975#eval793500014

41. Allison D and Thomeer McBride M: F1000Prime Recommendation of [Hernandez DC and Pressler E, Accumulation of childhood poverty on young adult overweight or obese status: race/ethnicity and gender disparities. J Epidemiol Community Health 2014, 68(5):478-84]. In F1000Prime, 19 Sep 2014; DOI: 10.3410/f.718229368.793500011. F1000Prime.com/718229368#eval793500011

42. Allison D and Dhurandhar E: F1000Prime Recommendation of [Manore MM et al., Energy balance at a crossroads: translating the science into action. Med Sci Sports Exerc 2014, 46(7):1466-73]. In F1000Prime, 17 Sep 2014; DOI: 10.3410/f.718875741.793499865. F1000Prime.com/718875741#eval793499865

43. Allison D and Wood A: F1000Prime Recommendation of [Bromfield JJ et al., Maternal tract factors contribute to paternal seminal fluid impact on metabolic phenotype in offspring. Proc Natl Acad Sci U S A 2014, 111(6):2200-5]. In F1000Prime, 17 Sep 2014; DOI: 10.3410/f.718254192.793499828. F1000Prime.com/718254192#eval793499828.

44. Allison D and Hidalgo B: F1000Prime Recommendation of [D'Agostino-McGowan L et al., Using small-area analysis to estimate county-level racial disparities in obesity demonstrating the necessity of targeted interventions. Int J Environ Res Public Health 2014, 11(1):418-28]. In F1000Prime, 17 Sep 2014; DOI: 10.3410/f.718875739.793499860. F1000Prime.com/718875739#eval793499860

45. Allison D and Schwartz T: F1000Prime Recommendation of [Herman JJ et al., How stable 'should' epigenetic modifications be? Insights from adaptive plasticity and bet hedging. Evolution 2014, 68(3):632-43]. In F1000Prime, 17 Sep 2014; DOI: 10.3410/f.718188760.793499826. F1000Prime.com/718188760#eval793499826

46. Allison D and Plaisance E: F1000Prime Recommendation of [Bronikowski AM et al., The evolution of aging and age-related physical decline in mice selectively bred for high voluntary exercise. Evolution 2006, 60(7):1494-508]. In F1000Prime, 16 Sep 2014; DOI: 10.3410/f.718874062.793499719. F1000Prime.com/718874062#eval793499719

47. Allison D and Powell M: F1000Prime Recommendation of [Polačik M et al., Alternative intrapopulation life-history strategies and their trade-offs in an African annual fish. J Evol Biol 2014, 27(5):854-65]. In F1000Prime, 12 Sep 2014; DOI: 10.3410/f.718328007.793499626. F1000Prime.com/718328007#eval793499626

48. Allison D and Davis Fobian A: F1000Prime Recommendation of [Cizza G et al., Hawthorne effect with transient behavioral and biochemical changes in a randomized controlled sleep extension trial of chronically short-sleeping obese adults: implications for the design and interpretation of clinical studies. PLoS ONE 2014, 9(8):e104176]. In F1000Prime, 05 Sep 2014; DOI: 10.3410/f.718538616.793499456. F1000Prime.com/718538616#eval793499456

EA_164

49. Allison D and Milner A: F1000Prime Recommendation of [Cozier YC et al., Racism, segregation, and risk of obesity in the Black Women's Health Study. Am J Epidemiol 2014, 179(7):875-83]. In F1000Prime, 05 Sep 2014; DOI: 10.3410/f.718296055.793499400. F1000Prime.com/718296055#eval793499400

50. Allison D: F1000Prime Recommendation of [Isaac C et al., An educational intervention designed to increase women's leadership self-efficacy. CBE Life Sci Educ 2012, 11(3):307-22]. In F1000Prime, 02 Sep 2014; DOI: 10.3410/f.718549050.793499260. F1000Prime.com/718549050#eval793499260

51. Allison D: F1000Prime Recommendation of [Sternberg RJ, Creativity as a decision. Am Psychol 2002, 57(5):376]. In F1000Prime, 02 Sep 2014; DOI: 10.3410/f.718547669.793499230. F1000Prime.com/718547669#eval793499230

52. Allison D: F1000Prime Recommendation of [Freedman LS et al., Pooled results from 5 validation studies of dietary self-report instruments using recovery biomarkers for energy and protein intake. Am J Epidemiol 2014, 180(2):172-88]. In F1000Prime, 28 Aug 2014; DOI: 10.3410/f.718445976.793499038. F1000Prime.com/718445976#eval793499038

53. Allison D: F1000Prime Recommendation of [Thomas DM et al., Dynamic model predicting overweight, obesity, and extreme obesity prevalence trends. Obesity (Silver Spring) 2014, 22(2):590-7]. In F1000Prime, 28 Aug 2014; DOI: 10.3410/f.718373353.793494695. F1000Prime.com/718373353#eval793494695

54. Allison D and Gamble K: F1000Prime Recommendation of [Jager J et al., Behavioral changes and dopaminergic dysregulation in mice lacking the nuclear receptor Rev-erbα. Mol Endocrinol 2014, 28(4):490-8]. In F1000Prime, 17 Jul 2014; DOI: 10.3410/f.718283256.793494688. F1000Prime.com/718283256#eval793494688

*PRESENTATIONS PUBLISHED as ABSTRACTS* (not an exhaustive list)

1. Pradhan, L., Zhang, C., Powell, D. K., Allison, D. B. & Affuso, O. A convenient photo-based approach for assessing body posture. Multimedia and Expo Workshops (ICMEW), 2014 IEEE International Conference. IEEE abstract.

2. Dawson JA, Kaiser KA, Affuso O, Cutter G and Allison DB. A Bayesian meta-analytic study of whether rigorous control conditions diminish treatment effects in weight loss randomized clinical trials. [abstract]. Oral presentation from 2013 The Obesity Society Meeting; Atlanta GA.

3. Brown AW and Allison DB. Are Studies That Agree with Popular Opinion Cited More? Evaluating Nutrition-Obesity Research Using Crowdsourcing.  [abstract]. Oral presentation from 2013 The Obesity Society Meeting; Atlanta GA

4. Lewis DW, Affuso O, Dutton GR, and Allison DB. Physical Characteristics Associated with Weight Underestimation among Overweight and Obese Men: NHANES 1999-2006 .  [abstract]. Oral presentation from 2013 The Obesity Society Meeting; Atlanta GA

5. Singh J, Vazquez AI, Reynolds R, Srinivasasainagendra V, and Allison DB.  Association of BMI, 8 SNPs Reported to Be Related to Gout Phenotype and Their Interaction in Gout Incidence in Framingham Heart Study. [abstract]. Poster from 2013 The Obesity Society Meeting; Atlanta GA

6. Kaiser KA, Brown AW, Bohan Brown MM, James S, Mattes RD, and Allison DB. Increased Fruit and Vegetable Intake Has No Discernible Effect on Weight Loss: A Systematic Review and Meta-Analysis. [abstract]. Poster from 2013 The Obesity Society Meeting; Atlanta GA

7. Kaiser KA, Dhurandhar EJ, Keating KD, Thomas AS, and Allison DB. Empirically Informed Estimates of Energy Balance Compensation in Free Living Participants in Randomized Controlled Trials of Exercise Interventions. [abstract]. Poster from 2013 The Obesity Society Meeting; Atlanta GA

8.  Keating KD, Dhurandhar EJ, Kaiser KA, Thomas AS, and Allison DB. Empirically Informed Predictions of Human Adult Body Weight Change in Response to Energetic Perturbations. [abstract]. Poster from 2013 The Obesity Society Meeting; Atlanta GA

9.  Dhurandhar EJ, Kaiser KA, Keating KD, Thomas AS, and Allison DB. Empirically Informed Estimates of Energy Balance Compensation in Free Living Participants in Randomized Controlled Trials of Diet or Overfeeding Interventions. [abstract]. Poster from 2013 The Obesity Society Meeting; Atlanta GA

10. Yang Y, Smith DL, Keating KD, Allison DB, and Nagy TR. Weight Cycling Does Not Increase Relative Body Fat of Mice. [abstract]. Poster from 2013 The Obesity Society Meeting; Atlanta GA

11. Affuso O, Zhang C, Chen WB, Gao, Song, Keating KD, Lewis DW, and Allison DB.  Novel Image Analysis Method for Assessing Body Composition in Humans: A Pilot Study. [abstract]. Poster from 2013 The Obesity Society Meeting; Atlanta GA

12. Mehta T and Allison DB Modeling Obesity Associated Years of Life Lost: A Significance Test to Compare Predictive Accuracies of Non-Nested Models. [abstract]. Poster from 2013 The Obesity Society Meeting; Atlanta GA

13. Mehta T, Fontaine K, Keith SW, Bangalore SS, de los Campos G, Bartolucci A, Pajewski N, Allison DB. Obesity and Mortality Rate: Are the Risks Declining ? Evidence from Eighteen Prospective Studies in US. Oral Presentation at the Joint Statistical Meeting 2012 at San Diego, California.

14. Mehta T, Fontaine K , Keith SW, Bangalore SS , de los Campos G, Bartolucci A, Pajewski N, Allison DB. Has the Relationship Between Obesity Mortality Changed Over Calendar Time? Evidence From a Raw Data Meta-Analysis of Eighteen Prospective Cohorts in US [abstract]. Oral present from 2011 The Obesity Society Meeting; Orlando FL. Obesity. Vol 19 Supp 1, S52. 26-OR.

15. Yang Y, Smith DL, Li Y, Li X , Johnson MS, Allison DB, Nagy T. Food Intake , Body Weight and Body Composition Changes in C57BL/6J Mice High –Fat Feeding [abstract]. Poster from 2011 The Obesity Society Meeting; Orlando FL. Obesity. Vol 19 Supp 1, S77. 135-P

16. Li X , Smith DL , Johnson MS , Allison DB , Nagy TR. Sustained Mild Calorie Restriction Paradoxically Increases Body Fat in C57BL/6J Mice: Toward Understanding Energetic Mechanisms [abstract]. Poster from 2011 The Obesity Society meeting; Orlando FL. Obesity. Vol 19 Supp1, S82. 156-P

17. Li X, Johnson MS, Li Y, Smith DL, Kesterson RA, Allison DB, Nagy TR. Risperidone Alters Energy Expenditure in Female C57BL/6J Mice[ abstract].Poster from 2011 The Obesity society Meeting; Orlando FL. Obesity. Vol 19 Supp 1, S85. 171-P

18. Affuso O, Kaiser K, Ingram KH, Cox TL, Abbas F , Cutter G, Allison DB. Reporting Quality of Pediatric Obesity Randomized Controlled Trials- A Preliminary Analysis [abstract]. Poster from 2011 The Obesity Society Meeting; Orlando FL. Obesity. Vol 19 Supp1, S110. 289-P

19. Gadde KM, Allison DB, Tam P, Troupin B. Severely Obese Adults Administered Controlled-Release Phentermine/Topiramate (PHEN/TPM CR) Maintained Their Weight Loss In the Second Year [abstract]. Poster from 2011 The Obesity Society Meeting; Orlando FL. Obesity. Vol 19 Supp1, S176. 593-P

20. Kaiser K, Affuso O, Ingram KH , Cox TL, Abbas F, Cutter G, Allison DB. Is Intervention Intensity Related to Participant Dropout in Obesity Randomized Controlled Trials? [abstract]. Poster from 2011 The Obesity Society Meeting; Orlando FL . Obesity. Vol 19 Supp 1, S181. 615-P

21. Ingram KH, Kaiser K, Affuso O, Cox TL, Abbas F, Beasley TM, Cutter G, Allison DB. Predictors of Dropout Rate in Recent Obesity RCTs [abstract]. Poster from 2011 The Obesity Society Meeting; Orlando FL. Obesity. Vol 19 Supp 1, S182 . 619-P

22. Robertson HT, de los Campos G, Fontaine KR, Allison DB. Turning the Analysis of Risk Factor Mortality Associations Upside Down: Modeling Years of Life Lost Through a Novel Family of

Generalized Normal Distributions [abstract]. Poster from 2011 The Obesity Society Meeting; Orlando FL. Obesity. Vol 19 Supp 1, S234. 857-P

23. Chen, G. B., K. H. Ingram, G. de los Campos, N. Yi, X. Y. Lou, D. Pomp, D. B. Allison. (2011) A two-step modeling strategy for testing and estimating genetic susceptibility to the ill-effects of adiposity: Illustration in an outbred F2 mice population. International Journal of Obesity Supplements, S2:21.

24. A.I. Vazquez, K.A. Weigel, G.J.M. Rosa, D. Gianola and D.B. Allison. Visualization of associations between single nucleotide polymorphisms and economically important dairy traits using biplot analysis ADSA. J. Anim. Sci., 89, E-Suppl. Pp 166. Abstract #39. July 10-14, 2011, New Orleans, Louisiana.

25. Smith Jr,  DL, Robertson HT, Desmond R, Nagy TR, and Allison DB (2010) Weight loss with sibutramine treatment is not associated with longevity benefit in rodents. The 11th International Congress on Obesity, Stockholm , Sweden

26. Giddings, M., Allison ,D.B. & van Groen, T. (2010) The effects of obesity on cognition in adult Sprague –Dawley rats. Soc. for the Study of Ingestive Behavior Abs., P100, 27.

27. Klimentidis YC, Aissani  B, Shriver  MD, Allison DB, Shrestha S. Natural Selection among Eurasians at genomic loci associated with HIV-1 control –Poster presented at the 2010 American Society of Human Genetics meeting.

28. Klimentidis YC, Dulin-Keita A, Willig A, Allison DB, Fernandez JR. Socio-Cultural, Behavioral, Physiological, and Genetic Factors Contribute to Racial /Ethnic Disparities in Blood Pressure Among Children – Oral presentation at the Obesity Society Meeting 2010.

29. Klimentidis YC, Abrams M, Wang J, Fernandez JR, Allison DB. Signatures of selection at obesity-implicated genes in a worldwide sample-Oral Presentation at the American Association of Physical Anthropology 2010 Meeting.

30. Tapan Mehta, Nick Pajewski, Scott Keith, Kevin Fontaine, David B. Allison. Plausible 'Nuisance' Contributor to Decreasing Deleterious Association of Overweight and Obese on Mortality Rate over Calendar Time. Joint Statistical Meetings in Vancouver, BC, Canada. 3rd August 2010

31. Robertson HT, Smith DL, Pajewski NM, Weindruch RH, Garland T, Argyropoulos G, Bokov A, Allison DB. Can rodent longevity studies be both short and powerful? The Journals of Gerontology Series A: Biological Sciences and Medical Sciences 2010; doi: 10.1093/Gerona/glq190. Obesity Society conference in San Diego.

32. A.I. Vazquez, G.de los Campos, G.M.J. Rosa, D. Gianola , Y.C. Klimentidis, D.B. Allison , Whole genome enabled prediction of liability to cancer related outcomes, Eastern North American Region, Miami, FL Spring 2011.

33. Giddings, M. Allison ,D.B. & van  Groen, T. (2010). The effects of obesity on cognition in adult Sprague-Dawley rats. Poster at 2010 SSIB Conference.

34. Smith Jr, DL, Robertson HT, Desmond R, Nagy TR, and Allison DB (2010) Weight loss with sibutramine treatment is not associated with longevity benefit in rodents. The 11th International Congress on Obesity , Stockholm , Sweden.

35. de los Campos., Gianola, G.J.M. Rosa, K.A. Weigel, A.I. Vazquez and D.B. Allison. (2010). Semi-Parametric Marker-enabled Prediction of Genetic Values using Gaussian Processes. 2010 World Congress on Genetics Applied to Livestock Production. http://www.kongressband.de/wcgalp2010/assets/pdf/0520.pdf.

36. Friedrich TC, Piashowski SM, Leon EJ, Furlott JR, Maness NJ, Weisgrau KL, Mac Nair CE, Weiler AM, Loffredo JT, Reynolds MR, Williams KY, Klimentidis YC, Wilson  NA, Allison DB, Rakaz EG. (2010) High viremia is associated with high levels of in vivo major histocompatibility complex class

l Downregulation in rhesus macaques infected with simian immunodeficiency virus SIV mac 239. JVirol. 2010 May;84 :5443-7. Epub 2010 Mar 10. PMCID :PMC 2863841

37. Keith, S.W., Mehta, T., Fontaine, K., Pajewski, N., & Allison, D.B. (2009) The Influence of Using Self-Reported Height and Weight on the BMI-Mortality Association.  (112-OR Presentation to 2009 The Obesity Society Annual Meeting in Washington, D.C., October 24-28, 2009. Abstract published in Obesity, 17(S2): S79).

38. Shankuan, Z., Ma, X., Pintar, F. Laud, P., Kim, J.E., Shih, A., Shen, W., Heymsfield, S., & Allison, D.B. (2009) Obesity and Regional Body Injury in Motor Vehicle Crashes. (661-P Presentation to 2009 The Obesity Society Annual Meeting in Washington, D.C., October 24-28, 2009. Abstract published in Obesity, 17(S2): S229).

39. Ma, X., Laud, P., Pintar, F., Kim, J.E., Shih, A., Shen, W., Heymsfield, S., & Allison, D.B. (2009) Obesity and Non-fatal Injury in Motor Vehicle Crashes.  (668-P Presentation to 2009 The Obesity Society Annual Meeting in Washington, D.C., October 24-28, 2009. Abstract published in Obesity, 17(S2): S231).

40. Klimentidis, Y.C., Allison, D.B., & Fernandez, J.R. (2009) From Genome-Wide to World-Wide: Population Differentiation and Natural Selection at Obesity-Related Loci. (909-P Presentation to 2009 The Obesity Society Annual Meeting in Washington, D.C., October 24-28, 2009. Abstract published in Obesity, 17(S2): S295).

41. Robertson, H.T. & Allison, D.B. (2009) Drugs Associated with More Suicidal Ideations are Also Associated with More Suicide Attempts.  (931-P Presentation to The Obesity Society Annual Meeting in Washington, D.C., October 24-28, 2009. Abstract published in Obesity, 17(S2): S302).

42. Divers, J., Redden, D.T., Patki, A., Beasley, T.M., Carroll, R.J., Langefeld, C.D., & Allison, D.B. (2009) Internal Consistency of Ancestry Proportion Estimates and Genetic Background Variables. (250-P Presentation to 2009 American Society of Human Genetics 59th Annual Meeting in Honolulu, Hawaii, October 20-24, 2009.)

43. Giddings, M., Cox, J., & Allison, D.B.  (2008) An Orally Available Ghrelin Agonist Chronically Increases Hunger in Mice.  (210-P Presentation to 2008 The Obesity Society Annual meeting, in Phoenix AZ, October 3 – 7, 2008. Abstract published in Obesity, 16(S1): S108).

44. Padilla, M., Elobeid, M., Brock, D.W., Guyton, M., Thomas, O., & Allison, D.B. (2008)  Bisphenol A and Physical Activity: An Examination from NHANES 2003-2004 (417-P Presentation to 2008 The Obesity Society Annual meeting, in Phoenix AZ, October 3 – 7, 2008. Abstract published in Obesity, 16(S1): S167).

45. Keith, S.W., Allison, D.B., & Mehta, T. (2008) Estimating Mortality Hazards Associated with BMI: Does using Self-Reported Height and Weight Instead of Measurements Make a Difference? (455-P Presentation to 2008 The Obesity Society Annual meeting, in Phoenix AZ, October 3 – 7, 2008. Abstract published in Obesity, 16(S1):  S179).

46. Beasley, T.M., Mattison, J., Handy, A., Ingram, D., & Allison, D.B. (2008) Effect of Caloric Restriction on the Association of Weight and Blood Pressure in Rhesus Macaques. (499-P Presentation to 2008 The Obesity Society Annual meeting, in Phoenix AZ, October 3 – 7, 2008. Abstract published in Obesity, 16(S1): S192).

47. Ankra-Badu, G., Shriner, D., Pomp, D., Allison, D.B., & Yi, N. (2008) Detection of Epistatic and Sex-Specific QTL Associated with Fatness in Outbred Mice (554-P Presentation to 2008 The Obesity Society Annual meeting, in Phoenix AZ, October 3 – 7, 2008. Abstract published in Obesity, 16(S1): S208).

48. Smith, D., Gardner, J., Kimura, M., Desmond, R., Mattison, J., Roth, G., Ingram, D., & Allison, D.B. (2008) Calorie Restriction and Telomere Length in Macaca Mulatta (762-P Presentation to 2008 The Obesity Society Annual meeting, in Phoenix AZ, October 3 – 7, 2008. Abstract published in Obesity, 16(S1): S270).

49. Thomas, O., Casazza, K., Padilla, M., Durant, N., Fernandez, J., & Allison, D.B. (2008) Objectively-Measured Physical Activity and Metabolic Risk Factors in Adolescents: NHANES 2003-2004 (941-P Presentation to 2008 The Obesity Society Annual meeting, in Phoenix AZ, October 3 – 7, 2008. Abstract published in Obesity, 16(S1): S321).

50. Feng, R., Segal, N., Miller, S., McGuire, S., & Allison, D.B. (2008) Variance Decomposition of Relative Body Weight Using Twins and Virtual Twins (953-P Presentation to 2008 The Obesity Society Annual meeting, in Phoenix AZ, October 3 – 7, 2008. Abstract published in Obesity, 16(S1): S325-326).

51. Allison, D.B., Mehta, T., & Keith, S.W. (2008) Compared to What? Understanding Apparent Secular Changes in the Relation Between Body Mass Index (BMI) and Mortality Rate (961-P Presentation to 2008 The Obesity Society Annual meeting, in Phoenix AZ, October 3 – 7, 2008. Abstract published in Obesity, 16(S1): S328).

52. Corona, R., Patil, N., Cofield, S.S., & Allison, D.B. (2008) The Use of Causal Language in Observational Studies in Nutrition and Obesity (962-P Presentation to 2008 The Obesity Society Annual meeting, in Phoenix AZ, October 3 – 7, 2008. Abstract published in Obesity, 16(S1): S328).

53. Mehta, T., Keith, S.W., & Allison, D.B. (2008) Effect of Change in BMI Distribution on the Association Between BMI and Mortality Rate: A Plausible Partial Explanation for Decrease in Deleterious Effects of Overweight Over Calendar Time? (963-P Presentation to 2008 The Obesity Society Annual meeting, in Phoenix AZ, October 3 – 7, 2008. Abstract published in Obesity, 16(S1): S329).

54. Muzumdar, R., Allison, D. B., Ma, X., Atzmon, G., Einstein, F., Fishman, S., McVei, T., Keith, S. W., & Barzilai, N. (2007). Visceral Adipose Tissue Modulates Mammalian Longevity.  Diabetes. Jun, 56(1):A459.

55. Allison, D. B., Loebel, A. D., Lombardo, I., Romano, S. J., & Siu, C. O. (2007) Effect of Regression to the Mean on drug induced weight change.  Biological Psychiatry.  61(8S):163S.

56. St-Onge MP, Aban I, Bosarge A, Gower B, Hecker KD, & Allison DB. Consuming snack chips fried in corn oil improves cardiovascular risk factors when substituted for other low-fat or high-fat snacks. CIRCULATION 114 (18): 884-884 Suppl. S OCT 31 2006.

57. Allison DB, L'Italien G, Vester-Blokland E, McQuade R, Carson WH, Marcus RN. Metabolic syndrome among patients with schizophrenia treated with aripiprazole, placebo or olanzapine. INTERNATIONAL JOURNAL OF NEUROPSYCHOPHARMOLOGY 9: S283-S283 Suppl. 1 JUL 2006.

58. Heimburger DC, Ard JD, Henson CS, Rueger MM, Hubbert KA, Glandon GL, Allison DB. Effect of reimbursement incentive on enrollment in weight control. FASEB JOURNAL 20 (4): A586-A586 Part 1 MAR 6 2006.

59. Keith, Scott., Wang, Chenxi., Fontaine, Kevin., Cowan, Charles., Allison, David. Body Mass Index and Headache among Women: Results form 10 Epidemiologic Datasets and Over 200, 000 Participants. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting. Oct. 20-24, 2006, Boston, Massachusetts. Abstract 34-OR. Obesity Vol. (14), Supp. A11.

60. Shriner, Daniel., De Luca, Maria., Allison, David., Ruden, Douglas., Yi, Nengjun. Bayesian Mapping of Obesity-Related Quantitative Trait Loci in Drosophila Melanogaster. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 80-OR. Obesity Vol. (14), Supp. A26

61. Allison, David., Muzumdar, Radhika., Einstein, Francine H., Fishman, Sigal., MA, Xiaohui., Keith, Scott W., McVie, Theresa., Barzilai, Nir; Surgical Removal of Visceral Fat Improves Metabolic Profile and Prolongs Life in a Manner Similar to Caloric Restriction. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 90-OR. Obesity Vol. (14), Supp. A28

62. Boyer, Bert., Chung, Wendy., Patki, Amit., Matsuoka, Naoki., Goropashnaya, Anna., Allison, David., Leibel, Rudolph., Tiwari, Hemant. Obesity Candidate Gene Association Study in Yup'ik Eskimos Indicates a Role for Several Hypothalamic Genes Involved in the Control of Energy Homeostasis. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 150-OR. Obesity Vol. (14), Supp. A46

63. Tiwari, Hemant., Patki, Amit., Matsuoka, Naoki., Musani, Solomon., Boyer, Bert., Allison, David., Leibel, Rudolph., Chung, Wendy. Case-Control Association Study of Candidate Genes of Energy Homeostasis. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 152-OR. Obesity Vol. (14), Supp. A26

64. Shikany, James., Heimburger, Douglas., Henson, Suzanne., Redden, David., Westfall, Andrew., Allison, David. Even the Experts Can't Agree: Divergence in Published Recommended Diets Relative to Diets Consumed by Americans and Possible Implications for Individualized Diet Selection. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 357-P. Obesity Vol. (14), Supp. A113

65. Johnson, Maria., Jumbo-Luciono, Patricia., Allison, David., Nagy, Tim. Effect of Yogurt Supplementation on Insulin Resistance in Mice. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 427-P. Obesity Vol. (14), Supp. A136

66. Baskin, Monica., Allison, David. Is Participation in Physical Education Classes Protective Against Childhood Obesity? (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 584-P. Obesity Vol. (14), Supp. A184

67. Thomas, Olivia., Allison, David. Attitudes and Beliefs Associated with Leisure-Time Physical Activity among a Nationally Representative Sample of African Americans Adults. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 587-P. Obesity Vol. (14), Supp. A185

68. Elobeid, Mai., Desmond, Renee., Keith, Scott W., Allison, David. Has the Association of BMI with Waist Girth Changed over Calendar Time? (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 606-P. Obesity Vol. (14), Supp. A191

69. Musani, Solomon., Patki, Amit., Matsuoka, Naoki., Loraine, Ann., Tiwari, Hemant., Allison, David., Leibel, Rudolph., Chung, Wendy. Evidence for Epistasis from SNP x SNP  Interactions of 30 Candidate Genes for Human Obesity in a Caucasian Sample. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 626-P Obesity Vol. (14), Supp. A198

70. Cope, Mark., Dicostanzo, Catherine., Kesterson, Robert., Allison, David., Nagy, Tim. Effect of Modest Food Restriction on Olanzapine-Induced Weight Gain in Mice. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 659-P Obesity Vol. (14), Supp. A209

71. Allison, David., Faith, Myles., Sargent, Stephanie., Berkowitz, Robert., Cutter, Gary., McVie, Theresa., Gadde, Kishore M., Foster, Gary. Sample Size and Risk Assessment in Obesity Trials: Patient Perspective vs. Current Practice. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 667-P Obesity Vol. (14), Supp. A212

72. Cox, Tiffany L., Malpede, Christie Z., Ard, Jamy., Allison, David., Franklin, Frank., Baskin, Monica. Perceived Body Image in African American Girls after an Obesity Prevention Pilot. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 716-P Obesity Vol. (14), Supp. A226

73. St-Onge, Marie-Pierre., Newcomer, Bradley., Buchthal, Steven., Aban, Inmaculada., Bosarge, Aubrey., Gower, Barbara., Allison, David. Intramyocellular Lipid Content Is Lower After Consumption of a Lower Fat Diet but Is Not Related to Metabolic Risk. (2006) Presentation at

NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 754-P Obesity Vol. (14), Supp. A237

74. Baskin, Monica., Cox, Tiffany L., Fitzpatrick, Stephanie., Malpede, Christie Z., Ard, Jamy., Franklin, Frank., Allison, David. Primary Outcomes of a Pilot Obesity Prevention Intervention for African American 8- to 10-Year Old Girls and Their Mothers. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 766-P Obesity Vol. (14), Supp. A241

75. Keith, Scott W., Desmond, Renee., Fontaine, Kevin., Pietrobelli, Angelo., Allison, David. Body Fat and Mortality: a Survival Analysis of the Third National Health and Nutrition Examination Study. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 835-P Obesity Vol. (14), Supp. A262

76. Redden, David., Hu, Jianfang., Berrenttini, Peter Shields, Restine, Stephanie., Pinto, Angela., Lerman, Caryn., Allison, David. No Evidence for a Major Role of Five Candidate Polymorphisms with Weight Gain during Bupropion Treatment for Smoking Cessation. (2006) Presentation at NAASO's 2006 Annual Scientific Meeting, Oct. 20-24, 2006, Boston, Massachusetts, Abstract 846-P Obesity Vol. (14), Supp. A266.

77. Plaetke R, Goropashnaya A, de Mayolo GA, Hutchinson S, Wang Y, Herron JR, Allison DB, Tiwari HK, Mohatt GV, Comuzzie AG, Boyer BB. Heritability estimates for phenotypes related to obesity, cardiovascular disease and type 2 diabetes mellitus - The CANHR Study. GENETIC EPIDEMIOLOGY 29 (3): 274-274 136 NOV 2005.

78. Ard JD, Desmond R, Fitzpatrick S, Desmond R, Fitzpatrick S, Faulk L, Franklin F, Allison DB, Baskin M. Effect of fruit and vegetable cost on availability in a multiethnic sample. FASEB JOURNAL 19 (5): A978-A978 Part 2 Suppl. S MAR 7 2005.

79. Tiwari HK, Patki A, Wang Y, Goropashnaya A, De Mayholo GA, Plaetke R, Mohatt G, Allison DB, Boyer B. Heritability analysis of obesity related traits in Alaskan Yup'ik Eskimos: The CANHR Study. (2005) Presentation at NAASO's 2005 Annual Scientific Meeting. Oct 15-19, 2005, Vancouver BC, Canada. Abstract 36-OR. Obesity Research Vol (13), Supp. A9-10.

80. Yi N, Kim K, Allison DB, Eisen E, Pomp D. Genetic architecture of the developmental trajectory for body weight in a cross of high growth and wild strains of mice. (2005) Presentation at NAASO's 2005 Annual Scientific Meeting. Oct 15-19, 2005, Vancouver BC, Canada. Abstract 144-OR. Obesity Research Vol (13), Supp. A37.

81. Johnson M, Watts A, Allison DB, Nagy TR. Effect of dairy supplementation on body composition in mice. (2005) Presentation at NAASO's 2005 Annual Scientific Meeting. Oct 15-19, 2005, Vancouver BC, Canada. Abstract 197-P. Obesity Research Vol (13), Supp. A51.

82. Matsuoka N, Patki A, Tiwari H, Luke A, Johnson S, Gregersen P, Allison DB, Leibel R, Chung W. Association of +2138InsCAGACC in MCSR with obesity in African-Americans. (2005) Presentation at NAASO's 2005 Annual Scientific Meeting. Oct 15-19, 2005, Vancouver BC, Canada. Abstract 613-P. Obesity Research Vol (13), Supp. A158-159.

83. Cope M, Jumbo-Lucioni P, Walton R, Allison DB, Kesterson R, Nagy T. Antipsychotic drug-induced weight gain: Dose response of three atypical-Antipsychotic drugs in female mice. (2005) Presentation at NAASO's 2005 Annual Scientific Meeting. Oct 15-19, 2005, Vancouver BC, Canada. Abstract 660-P. Obesity Research Vol (13), Supp. A171.

84. Jumbo-Lucioni P, Cope M, Johnson M, Allison DB, Kesterson R, Nagy T. Effect of a high-fat diet on atypical-antipsychotic drug induced weight gain in mice. (2005) Presentation at NAASO's 2005 Annual Scientific Meeting. Oct 15-19, 2005, Vancouver BC, Canada. Abstract 665-P. Obesity Research Vol (13), Supp. A172.

85. Pietrobelli A, Keller K, Wang J, Heymsfield S, Allison DB, Faith M. Genetic-environmental influences on child waist circumference independent of body mass index z-score: evidence from

a pediatric twin cohort.  (2005)  Presentation at NAASO's 2005 Annual Scientific Meeting.  Oct 15-19, 2005, Vancouver BC, Canada.  Abstract 699-P.  Obesity Research Vol (13), Supp.  A182.

86. Heshka, S; Puryanitya, M; Shen, W; Chatterjee, P; Gallagher, D; Albu, J; Allison, DB; Heymsfield, SB.  2004.   Inter-reader reliability in reconstructing tissue volumes from magnetic resonance images.  FASEB JOURNAL, 18 (4): A177-A177 Suppl. S.

87. St-Onge, MP; Wang, J; Shen, W; Wang, ZM; Allison, DB; Heshka, S; Heymsfield, SB.  2004.  Dual-energy x-ray absorptiometry-measured lean soft tissue mass: differing relation to body cell mass across the adult lifespan.  FASEB JOURNAL, 18 (4): A548-A549 Suppl. S.

88. Fernandez JR, Redden DT, Pietrobelli A, & Allison, D. B. Waist circumference percentiles in nationally representative samples of African-American, European-American, and Mexican-American children and adolescents. JOURNAL OF PEDIATRICS 145 (4): 439-444 OCT 2004.

89. Allison DB.  (2004). Beyond the mere observation of weight gain:  What Next?  Appetite 2004, 42: p 337.

90. Fullerton J, Brady S, Cubin M, Tiwari H, Wang CX, Bomhra A, Davidson S, Miller S, Fairburn C, Goodwin G, Neale MC, Fiddy S, Mott R, Allison DB, Flint J. Molecular approaches to identifying candidate genes in depression. BEHAVIOR GENETICS 34 (6): 639-639 NOV 2004.

91. Pietrobelli, A., Fernández, J. R., Redden, D., & Allison, D. B. (2004). Waist Circumference Percentiles in Nationally Representative Samples of Black, White and Hispanic Children. *International Journal of Obesity, S201*.

92. Matsuoka N, Deng L, Johnson SB, Gregersen PK, Allison DB, Tiwari HK, Leibel RL, Chung WK. (2004). Association of K121Q Polymorphism in ENPP1 (PC-1) with BMI in Caucasians and African Americans.  *Diabetes, 53(Suppl 2)*, 1737-P:  A414.

93. Zhang HG, Hyde K, Page GP, Brand JPL, Hsu HC, Allison DB, Mountz JD. (2003). AdlkB-DN specifically blocks a TNF-alpha-induced anti-apoptosis signaling resulting in significant downregulation of 350 genes that normally enhance adhesion or inflammation in RASF. Molecular Therapy, 7: 1048 Part 2 MAY.

94. Cope MB, Nagy TR, and Allison DB. The effects of quetiapine (Seroquel) on food intake and body weight in mice.  Pharmacotherapy 23:123 Abs.231, 2003.

95. Newcomer JW, Haupt D, Breier A, & Allison, D. B. (2003). Increased adiposity and other risk factors for metabolic disturbances during antipsychotic treatment. *Biological Psychiatry* 53 (8): 7 Suppl. S APR 15 2003.

96. Reveille, JD; Beasley, TM; Tan, FK; Roseman, JM; Vila, LM; Bastian, HM; Fessler, BJ; Baethge, BA; McGwin, G; Allison, DB; Alarcon, GS. 2003. Admixture as a measure of genomic control. Data from a multiethnic lupus cohort. ARTHRITIS AND RHEUMATISM48 (9): S225-S225, Suppl. S.

97. Beasley, TM; Wiener, H; Allison, DB.  2003.  Empirical Bayes Method for Incorporating Data from Multiple Genome Scans.  Poster at American Society of Human Genetics 2003.  November 4 - 8, 2003, Los Angeles CA.  Abstract 2583.  AMERICAN JOURNAL OF HUMAN GENETICS, 73 (5): 609, Suppl.

98. DelParigi, A; Beach, TG; Page, GP; Allison, DB; Tataranni, A. 2003. Differential gene expression in the hypothalamus of obese and lean humans: a preliminary report. DIABETOLOGIA46: A227-A228, Suppl. 2.

99. Gresl, TA; Colman, RJ; Havighurst, TC; Byerley, LO; Allison, DB; Schoeller, DA; Kemnitz, JW. 2003. Insulin sensitivity and glucose effectiveness from three minimal models: effects of energy restriction and body fat in adult male rhesus monkeys. AMERICAN JOURNAL OF PHYSIOLOGY-REGULATIVE INTEGRATIVE AND COMPARATIVE PHYSIOLOGY285 (6): R1340-R1354.

100.    Hsu, HC; Li, LN; Yi, NJ; Zhang, HG; Yang, PA; Zhou, JL; Wu, Q; Lu, L; Allison, DB; Williams, RW; Mountz, JD. 2003. Genomic analysis of age-related thymic involution. FASEB JOURNAL17 (7): C241-C241, Suppl. S.

101.    Cope, MB; Nagy, TR; Fernandez, J; Allison, DB. 2003. Effects of ziprasidone on body weight and food intake in female C57B7/6J mice. FASEB JOURNAL17 (5): A1043-A1043, Part 2 Suppl. S.

102.    Segal, NL; Allison, DB. 2002. Twins and virtual twins: Influences on relative body weight revisited. BEHAVIOR GENETICS32 (6): 485-485.

103.    Allison, DB.  Obesity Research From Genome to Population:  An Integrative View.  *International Journal of Obesity*, 2002;26(Suppl 1)S3.

104.    Shete, SS; Beasley, TM; Etzel, CJ; Fernandez, JR; Chen, J; Allison, DB; Amos, CI. 2002. Effect of winsorization on power and type 1 error of variance components and related methods of QTL detection. AMERICAN JOURNAL OF HUMAN GENETICS, 71 (4): 571-571, Suppl. S.

105.    Faith, MS; Keller, KL; Pietrobelli A; Daglyan, VV; Allison, DB.  Genetic and Environmental Influences on Child Energy Intake.  *International Journal of Obesity*, 2002;26(Suppl 1)S67.

106.    Beasley, TM; Fernández, JR; Albu, J; Rafla-Demetrious, N; Shriver, MD; Niclas, B; Weinsier, RL; Allison, DB.  Using Reciprocal BMI For Examining African Genetic Admixture Associations With Obesity.  *International Journal of Obesity*, 2002;26(Suppl 1)S84.

107.    Cope MB, Nagy TR, Fernandez, JR, & Allison, D. Effects of olanzapine on body weight in C57BL/6J mice. International Journal of Obesity, 2002;26(Suppl 1):S157.

108.    Bowe, D. B., Allison, D. B., & Frost, A. R. (2002). Differences In Gene Expression Of Breast Carcinomas In Pre- And Postmenopausal Women. The third Era of Hope meeting for the Department of Defense (DOD) Breast Cancer Research Program (BCRP), Orlando, Florida. Published online at: http://cdmrp.army.mil/bcrp/era/.

109.    Hubbert KA; Bussey BF; Allison DB; Baker BA; Heimburger DC. Incentivized insurer-based reimbursement improves weight control outcomes.  FASEB JOURNAL 2002, Vol 16, Iss 5, pp A1019-A1020.

110.    Cope MB; Davis BL; Nagy TR; Allison DB. Extraction and purification of olanzapine from Zyprexa tablets.  FASEB JOURNAL 2002, Vol 16, Iss 4, pp A568-A568.

111.    Coffey CS; Steiner DJ; Baker BA; Mullinax C; Allison DB. Safety of an herbal formulation including ephedra alkaloids dosed intermittently or continuously for weight control. FASEB JOURNAL 2002, Vol 16, Iss 4, pp A649-A649.

112.    Yang EJ; Kayitsinga J; Kerver JM; Park Y; Obayashi S; Allison DB; Song WO. Biomarkers of glycemic function related to carbohydrate intake in US adults.  FASEB JOURNAL 2002, Vol 16, Iss 4, pp A657-A657.

113.    Hsu HC; Zhang HG; Allison DB; Young PA; Geiger H; Van Zant G; Mountz JD. Peripheral T-cell response to anti-CD3 stimulation correlates with longevity in C57BL/6J X DBA/2 recombinant inbred strains of mice.  FASEB JOURNAL 2002, Vol 16, Iss 4, pp A695-A695.

114.    Fontaine KR, Heo MS, Allison DB, Faith MS, Zhu SK, Zhu SK.  Obesity and health-related quality of life: Mediating effects of joint pain and co-morbidities. ARTHRITIS RHEUM 46 (9): S468-S468 Suppl. S SEP 2002.

115.    Vasselli JR; Koczka CP; Lee I; Sabo A; Casey DE; Allison DB. Development of a rodent model of antipsychotic drug-induced obesity. AMERICAN JOURNAL OF CLINICAL NUTRITION 2002, Vol 75, Iss 2, pp 237.

116. Gresl TA, Coleman RJ, Havighurst TC, Allison DB, Kemnitz JW.  Effect of Body Fat on Basal β–Cell Sensitivity to Glucose and Plasma Insulin in Adult Male Rhesus Monkeys Subjected to Chronic Dietary Restriction. *Diabetes, 51(Suppl 2)*, 149-P: A364.

117. Gresl TA, Coleman RJ, Havighurst TC, Byerley LO, Allison DB, Kemnitz JW.  Comparison of Insulin Sensitivity and Glucose Effectiveness Parameters from Three Minimal Models:  Effects of Energy Restriction and Body Fat in Adult Male Rhesus Monkeys.  *Diabetes, 51(Suppl 2)*,  2450-PO: A591.

118. Jain, A. K., Kaplan, R. A., Gadde, K. M., Wadden, T. A., Allison, D. B., Brewer, E. R., Leadbetter, R. A., Donahue, R. M. J., Buaron, K. S., Jamerson, B. D. (2001). A Study of Bupropion SR compared to Placebo in Obese Adults with Mild to Moderate Depressive Symptoms. Obesity Research Vol (9), Supp 3. p. 68S.

119. Matz, P. E., Hoffman, D. J., Pfizer, A., Pietrobelli, A., Rose, E., Allison, D. B., Faith, M. S. (2001). Maternal Control during Feeding: Development and Validation of a Self-Report Inventory. Obesity Research Vol (9), Supp 3 p. 78S.

120. Pietrobelli, A., Heymsfield, S. B., Gallagher, D., Kotler, D. P., Wang, Z., Allison, D. B., Heshka, S. (2001).  Body-Size Dependence of Resting Energy Expenditure Can Be Attributed to Non-Energetic Homogeneity of Fat-Free Mass.  Obesity Research Vol (9), Supp 3. p. 79S.

121. Fernández, J. R., Shriver, M. D., Rafla-Demetrious, N., Parra, E., Albu, J., Nicklas, B., Ryan, A. S., Allison, D. B. (2001).  Is African Genetic Admixture associated with BMI and Resting Metabolic Rate in African American females?  Obesity Research Vol (9), Supp 3. p. 87S.

122. Redden, D. T., Leibel, R., Chung, W., Luke, A., Cooper, R., Lowe, W., Allison, D. B. (2001).  Evaluating Epistatic and Additive Effects of Multiple Candidate Genotypes on Obesity Phenotypes in African-Americans.  Obesity Research Vol (9), Supp 3. p. 88S.

123. Boyer, B. B., Heo, M., Banerjee, P., Knowles, J. A., Leibel, R. L., Chung, W. K., Ebbesson, S. O. E., Allison, D. B. (2001).  Analysis of 21 candidate genes for linkage in the presence of association with obesity and HDL concentration in Alaska Natives.  Obesity Research Vol (9), Supp 3. p. 105S.

124. Heo, M., Fontaine, K. R., Allison, D. B. (2001).  Body Mass Index and General Health Status.  Obesity Research Vol (9), Supp 3. p. 136S.

125. Fernández, J. R., Heo, M., Heymsfield, S. B., Pierson, R. N., Jr., Pi-Sunyer, X., Wang, Z. M., Wang, J., Allison, D. B., Gallagher, D. (2001).  Is the Prediction of Body Fat from BMI in Hispanics different from African Americans and European Americans?  Obesity Research Vol (9), Supp 3. p. 139S.

126. Allison DB, Cavazzoni P, Beasley CM, et al.  Random blood glucose levels with schizophrenia treated with typical and atypical antipsychotic agents: An analysis of data from double-blind, randomized, controlled clinical trials.  J Psychopharmacol (Oxf) 2001;15(3 SUPPL.):A43.

127. Allison, D. B., Gadbury, G., Schwartz, L. G., Murugesan, R., Kraker, J. L., Heshka, H., Heymsfield, S. B., & Heo, M. A Randomized Controlled Clinical Trial Of A Novel Meal Replacement Formula For Weight Loss Among Obese Individuals. Presentation at EXPERIMENTAL BIOLOGY 2001. March 31-April 4, 2001, Orlando, Florida. Abstract LB318.

128. Park Y. W., Allison D. B., Heymsfield S. B., Gallagher D. (2001). Larger amounts of visceral adipose tissue (VAT) in Asian-Americans. *FASEB JOURNAL, 15* (4): A613-A613, Part 1.

129. Lee TL, Ko C, Lau W, Li J, Davis BT, Voylazlakis E, Allison DB, Chua SC, Huang LS. (2000). Two novel quantitative trait loci on mouse chromosomes 6 and 4 independently and synergistically regulate plasma apolipoprotein B (APOB) levels. Circulation, 102: (18) 714, Suppl. S.

130.   Albu, J. B., Kovera, A. J., Heymsfield, S. B., & Allison, D. B. (2000). Effect of fat distribution and lipid levels in women: studies using whole body MRI technique. Obesity Research Vol (1), Supp 1. p. 120S

131.   Faith, M. S., Matz, P. E., Johnson, S. K., Pietrobelli, A., Jorge, M. A., Allison, D. B. (2000). Evidence for Caloric Compensation in Young Siblings: Associations With Maternal Feeding Styles and Familiarity. Obesity Research Vol (1), Supp 1. p. 58S.

132.   Faith, M.S., Heshka, S., Matz, P. E., Pietrobelli, A., & Allison, D. B. (2000). Distribution of Maternal Feeding Practices in the United States: Results from the National Longitudinal Survey of Youth. Obesity Research Vol (1), Supp 1. p. 108S.

133.   Fernandez, J.R, Heo, M., Wang, J Pierson, R.N. Jr & Allison, D.B. (2000). Exploring ethnic difference in body fat distribution among European Americans, African Americans and Puerto Rican Americans. Obesity Research Vol (1), Supp 1. p. 107S.

134.   Fernandez, J.R., Gadbury, G, Heo, M., Lee, C.K. Prolla, T. A., Weindruch, R., & Allison, D.B. (2000). Use of microarrays to detect genes differentially expressed with caloric and non-caloric restriction feeding: a focus on analytical approaches.  Obesity Research Vol (1), Supp 1. p. 32S.

135.   Heo, M., Fontaine, K. R., Harrigan, E. P., Shear, C. L., Lakshminarayanan, M., Allison, D.B. (2000). Estimating the consequence of anti-psychotic induced weight gain on morbidity and mortality rate. Obesity Research Vol (1), Supp 1. p. 109S

136.   Heymsfield, SB, Allison, Heshka, S, Heo, M, Wang Z, Pietrobelli A, Bertkau A, Laferrere B, PiSunyer FX. (2000). Homo-Sapiens: Sexual Dimorphism in the Energy Content of Weight Change. Obesity Research Vol (1), Supp 1. p. 55S.

137.   Hoffman, D. J., Vasselli, J. R., Pugh, T., Weindruch, R. & Allison, D. B. (2000). Oxidative damage in the nuclei of islet cells and obesity. Obesity Research Vol (1), Supp 1. p. 116S

138.   Zhu, S., Heo, M., Plankey, M. W., Faith, M. S., & Allison, D. B.  (2000). Differential associations of fat mass and lean body mass indicators with all-cause mortality in NHANES I and II follow-up studies. Obesity Research Vol (1), Supp 1. p. 109S.

139.   Fernandez, JR, Allison, DB, Tarantino, LM, Vogler, GP, & McClearn, GE. (1999). Sex-exclusive quantitative trait loci (QTL) for body weight in mice. *Obesity Research, 7(suppl 1)*, 25S.

140.   Faith, M. S., Heo, M., Mott, J. W., Gorman, B. S., & Allison, D. B. (1999). Development and application of natural growth curves of body mass index for overweight/obese adults in the general population. *Obesity Research, 7(suppl 1)*, 47S.

141.   Pietrobelli, A., Faith, M. S., Allison, D. B., Heo, M., Chiumello, G., & Heymsfield, S. B. (1999). Evidence for independent associations of lean tissue mass and fat mass with bone mineral content and density in Italian children and adolescents. *Obesity Research, 7(suppl 1)*, 129S.

142.   Heo, M., Leibel, RL, Boyer, BB, Chung, WK, Koulu, M., Karvonen, M., Pesonen, U., Rissanen, A., Lakso, M., Uusitupa, M., Chagnon, Y., Bouchard, C., Donohoue, PA, Burns, T., Shuldiner, A, Silver, K., Pederson, O., Echwald, S., Behn, P., Permutt, MA, & Allison, DB. (1999). A preliminary meta-analysis of the association of LEPR polymorphisms with anthropometric variables. *Obesity Research, 7(suppl 1)*, 37S.

143.   Allison, DB., & Mackell, J., (1999). The impact of weight gain on quality of life among individuals with schizophrenia. *Journal of the European College of Neuropsychopharmacology*, 9(suppl 5), p. S265.

144.   Allison, DB. (1999). Does sustained weight loss lead to decreased morbidity and mortality? International Journal of Obesity, 23 (suppl 5), S21.

145.    Berman N, Faith MS, Heo M, Pietrobelli A, Gallagher D, Eiden M, Allison DB. (1999). A method to increase activity and decrease television viewing in obese children. *FASEB Journal, 13* (4), Abstract 226.5.

146.    Allison DB, Mentore JL, Heo M, Weiden PJ, Cappelleri JC, Chandler LP. (1999). Weight gain associated with conventional and newer antipsychotics: A meta-analysis. Schizophrenia Research 36: (1-3) 353.

147.    Pietrobelli, A.,  Faith, M. S., Heo, M.,  Heymsfield, S. B., Allison D. B.  (1998). Fat Loss Decreases and Weight Loss Increases All Cause Mortality: Results from Two Epidemiologic Studies. *International  Journal  of Obesity*,22, (*suppl* 3),11S.

148.    Atkinson, R.L., Dhurandhar, N. V., Allison, D. B., Bowen, R., Israel, B. E., (1998). Evidence for an association of an Obesity Virus with Human Obesity at Three Sites in the United States. *International Journal of Obesity*, 22, (*suppl* 3) 57S.

149.    Fisher, S. L., Yagaloff, K. A., Burn, P., Tu, Z., Gu, W., Kleyn , P., Rinaldi, N., Everds, N., Rumennick, L., Randolph, G., Kurlyko, G., Allison, D. B.,  (1998). Genetic and Pharmacological Evidence that the Melanocortin-4 Receptor Modulates Body Weight. *International Journal of Obesity, 22, (suppl 3)* 72S.

150.    Allison, D. B., Shriver, M., Rha, S. S., Heymsfield, S. B. (1998). African Genetic Admixture, ATIII Polymorphisms, and Body Mass Index.  *International Journal of Obesity*, 22 (*suppl* 3) 118S.

151.    Mentore, J.M., Heo, M., Faith, M. S., Allison, D. B., (1998).  Analysis of the Distribution of Body Mass Index Among Individuals with and without Schizophrenia.  *International Journal of Obesity, 22* (*suppl*3) P448.

152.    Faith, M., Pietrobelli, A., Heymsfield, S. B., Allison, D. B., (1998). Associations of Body Weight and Total Fat Mass with Systolic and Diastolic Blood Pressure in a Sample of Monozygotic Twins. *International Journal of Obesity*, 22 (*suppl* 3) 526P.

153.    Heymsfield, S. B., Allison, D. B., Nunez, C., Greenfield, D., Wolper, C., Pietrobelli, A., Vasselli, JR.  (1998).   A Randomized Clinical Trial of the Efficacy of Garcinia Cambogia for Weight and Fat Loss in Association with Low Calorie Diet.  *International Journal of Obesity*, 22 (*suppl* 3) 652P.

154.    Heo, M., Fontaine, K. R., Cheskin, L. J.  Allison, D. B., (1998.)  Body Mass Index, Smoking, and Mortality Among Older American Women: A Targeted Replication Study  *International Journal of Obesity*, 22 (*suppl* 3) 431P.

155.    Allison, D. B. (1998). Design and Analysis of Twin and Sibling-Based Association Studies. *Twin Research, 1,* 81-116.

156.    Pietrobelli, A., Aloia, J., Allison, D.B., Heymsfield, S.B., & PPG Study Group. (1998). Homo-Sapiens: Sexual Dimorphism in Body Mass Energy Content. *The FASEB Journal, 12*, A652.

157.    Pietrobelli, A., V. Marconcini, L. Edlen-Nezin, DB Allison, MS. Faith, C., Wolper, G. Chiumello, SB. Heymsfield. Correlates of body image in a female Italian semi-professional volleyball team. Eighth New York International Conference on Eating Disorders. April 24 - April 26, 1998, Abstract Book.

158.    Pietrobelli, A., Allison, D. B., Faith, M. S., Heymsfield, S. B., Beccaria, L., Bosio, L., Chiumello, G., & Campfield, L. A. (1997). The influence of Prader-Willi Syndrome (PWS) on the relationship between fat and leptin. *International Journal of Obesity, 21,* S95.

159.    Pietrobelli, A., Vasselli, J. R., Faith, M. S., Allison, D. B., Heymsfield, S. B., Beccaria, L., Chiumello, G., & Campfield, L. A. (1997). Is the relationship between leptin and insulin levels the same for individuals with and without Prader Willi Syndrome (PWS)? *Hormone Research, 48 (suppl 2)*, 182.

160.    Allison, D.B., Panarites, C.J., Zinner, D.E., Wolf, A., Blackburn, G.L., Maxwell, M. & Pi-Sunyer, F.X. (1997).  An Obesity Cost-of-Illness Model.  *Obesity Research, 5 (suppl 1),* 1S.

161.    Faith, M.S., Manibay, E. P., Griffith, J.L., & Allison, D.B. (1997). Body Weight Is Unrelated to Self-Esteem in African-American Adults. *Obesity Research, 5 (suppl 1),* 10S.

162.    Faith, M.S., Rha, S., Pietrobelli, A., & Allison, D.B. (1997). Genetic and Environmental Influences on *Ad Libitum* Caloric Intake and Caloric Compensation at a Test Meal Among a Sample of Adult Twins. *Obesity Research, 5 (suppl 1),* 10S.

163.    Heo, M., Faith, M.S., Pietrobelli, A., Spanakos, A. & Allison, D.B. (1997). Meta-Analysis of the Association of the Trp64Arg Polymorphism in the $\beta_3$ Adrenergic Receptor with Body Mass Index. *Obesity Research, 5 (suppl 1),*  18S.

164.    Faith, M.S., Heo, M., Flanders, D.W., Mentore, J., Williamson, D.F. & Allison, D.B. (1997).  A Meta-Analytic Study of the Effect of Excluding Early Deaths on the Estimated Relationship Between Body Mass Index and Mortality.  *Obesity Research, 5 (suppl 1),* 51S.

165.    Hainer, V., Stunkard, A., Kunesova, M., Parizkova, J., Stich, V., & Allison, D. (1997).  Genetic Influences on Weight Loss of 14 Pairs of Identical Twins.  *Obesity Research, 5 (suppl 1),* 57S.

166.    Heo, M. & Allison, D.B. (1997). Meta-Analysis of Linkage Data Under Worst Case Conditions: A Demonstration Using the Human *OB* Region. *Obesity Research, 5 (suppl 1),* 59S.

167.    Pietrobelli, A., Faith, M.S., Heo, M., Heymsfield, S.B., Chiumello, G., Wrenn, S.M., & Allison, D. B. (1997).  The Association of 3-$\alpha$-Etiocholanolone (ET) and Fat Mass (FM) in Person with and Without Prader Willi Syndrome (PWS). *Obesity Research, 5 (suppl 1),* 74S.

168.    Rha, S.S., Faith, M.S. & Allison, D.B. (1997). Genetic and Environmental Influences on Macronutrient Intake in a Laboratory Setting.  *Obesity Research, 5 (suppl 1),* 76S.

169.    Wolper, C., Pietrobelli, A., Faith, M.S., Allison, D.B., Clay-Williams, G., Liu, W.Q., & Heymsfield, S.B. (1997). Association of Binge Eating, Emotional Eating, and Psychological Well Being Among Obese African American Women Seeking Obesity Treatment.  *Obesity Research, 5 (suppl 1),* 86S.

170.    Allison, D.B. (1997). Three Potentially Misleading "Tools" in Studying the Adiposity-Mortality Connection: BMI; Early-Death Exclusion; and Quantiles.  *Obesity Research, 5 (suppl 1),* 94S.

171.    Allison, D.B., Faith, M.S., Carpenter, K.M., Flanders, D. & Williamson, D.F. (October, 1996). An evaluation of the strategy of eliminating early deaths as a means of controlling for confounding due to preexisting disease.  Presented to the North American Association for the Study of Obesity. *Obesity Research, 4 (suppl 1), 12S.*

172.    Faith, M.S., Fontaine, K.R., Cheskin, L.J., & Allison, D.B. (October, 1996).  Obesity & preventive health care examinations among a nationally representative sample of women.  Presented to the North American Association for the Study of Obesity.  *Obesity Research, 4 (suppl 1), 35S.*

173.    Edlen-Nezin, L., Faith, M.S., Pietrobelli, A., Gallagher, D., Heymsfield, S.B., Campfield, L.A., & Allison, D.B. (October, 1996).  The effect of an acute bout of exercise on serum *OB* protein (Leptin) levels in normal healthy adults: A pilot study. Presented to the North American Association for the Study of Obesity.  *Obesity Research, 4 (suppl 1),  41S.*

174.    Heymsfield, S.B., Pietrobelli, A., Vasselli, J., Grammes, J., Allison, D.B., Blackburn, G.L., Ishikawa, M., Hackett, C., Manyak, C., & Staten, M. (October, 1996). Serum Leptin levels: Development and cross-validation of prediction models for estimating total body fat. Presented to the North American Association for the Study of Obesity.  *Obesity Research, 4 (suppl 1), 43S.*

175.    Manibay, E.P., Faith, M.S., Griffith, J.L., & Allison, D.B. (October, 1996). Obesity and self-esteem in adolescent African-Americans. Presented to the North American Association for the Study of Obesity. *Obesity Research, 4 (suppl 1), 60S.*

176.    Kezis, M., Edlen-Nezin, L., Kreibach, K. Faith, M.S., & Allison, D.B. (October, 1996). Development of a family based index of the likelihood of mitochondrial DNA influence on BMI: a

demonstration of its use. Presented to the North American Association for the Study of Obesity. *Obesity Research, 4 (suppl 1), 46S.*

177.    Wolper, C., Edlen-Nezin, L., Allison, D.B., & Heymsfield, S.B. (October, 1996) Discriminant validity of the impact of weight on quality of life questionnaire (IWQOL): An investigation of normal vs. obese subjects.  Presented to the North American Association for the Study of Obesity.  *Obesity Research, 4 (suppl 1), 60S.*

178.    Pietrobelli, A., Gallagher, D., Faith, M. S., Allison, D. B., Beccaria, L., Chiumello, G., Heymsfield, S. B. (September, 1996). Association between central fat deposition and health risk indicators among obese male and female children. *Hormone Research, 46(S2),* 68.

179.    Gallagher, D., Ruts, E., Baumgartner, R., Allison, D.B., Wang, J., Thorton, J.C., Pierson, R.N., Jr., Pi-Sunyer, X., Heymsfield, S. (April, 1996). Sarcopenia and unintentional weight loss after age 60 years: Evidence from the Rosetta Longitudinal Aging Study.  Presented at the 1996 Experimental Biology Meeting. *FASEB Journal, 10 (3), A734*

180.    Clay-Williams, G., Allison, D.B., Gallagher, D. & Heymsfield, S.B. (1996). The association between body dissatisfaction and sexual interest. *FASEB Journal 10 (3), A503.*

181.    Allison, D. B., & Faith, M. S. (1995). *Hypnosis as an Adjunct to Cognitive-Behavioral Psychotherapy for Obesity: A Meta-Analytic Reappraisal.* Presented to the North American Association for the Study of Obesity. *Obesity Research*, *3 (suppl 3), 404S.*

182.    Allison, D. B., Kreibich, K., Heshka, S., & Heymsfield, S.B. (1995).  *A Randomized Placebo-Controlled Clinical Trial of an Auricular Acu-Pressure Device for Weight Loss.* Presented to the North American Association for the Study of Obesity.  *Obesity Research, 3 (suppl 3), 404S.*

183.    Faith, M.S., Allison, D.B. & Wong, F.Y. (1995).  *The Psychosomatic model of obesity: Affect induced eating or experimental artifact.* Presented to the North American Association for the Study of Obesity. *Obesity Research, 3(suppl 3), 364S.*

184.    Allison, D. B., Clay-Williams, G., Heymsfield, S.B. & Pi-Sunyer, F.X. (1995).  *Weight Loss success rates in a community sample.* Presented to the North American Association for the Study of Obesity. *Obesity Research, 3(suppl 3), 406S.*

185.    Allison, D. B., Reddy, N. & Rao, D.C. (1995).   *Using data from consanguineous mating to assess non-additivity in genetic factors influencing adiposity.*  Presented to the North American Association for the Study of Obesity.  *Obesity Research, 3(suppl 3), 387S.*

186.    Allison, D. B., Neale, M.C., Grim, C.E., Tishler, P.V., Reddy, N., Rao, D.C., & Heymsfield, S.B. (1995). *Does genetic predisposition to obesity moderate the BMI blood pressure relationship.* Presented to the North American Association for the Study of Obesity. *Obesity Research, 3(suppl 3), 390S.*

187.    Gallagher, D., Ruts, E., Pierson, R.N., Wang, J., Thornton, J., Allison, D. B., Pi-Sunyer, F.X. & Heymsfield, S.B. (1995).  *Body composition after age 60 years: The Rosetta longitudinal aging study.*  Presented to the North American Association for the Study of Obesity.  *Obesity Research, 3(suppl 3), 364S.*

188.    Clay-Williams, G., Wolper, C., Allison, D. B., Lui, W.Q. & Heymsfield, S.B. (1995).  *Body size preference of middle-age African American Women seeking weight loss and their perceptions of female body sizes desired by men.* Presented to the North American Association for the Study of Obesity.  *Obesity Research, 3 (suppl 3), 398S.*

189.    Allison, D. B. (1995).  *Statistical issues in assessing the effect of body mass index on mortality.* Presented to the North American Association for the Study of Obesity.  *Obesity Research, 3(suppl 3), 386S.*

190.    Allison, D. B., Gallagher, D., Pi-Sunyer, F.X., & Heymsfield, S.B. (1995).  *Body mass index and all-cause mortality among persons age 70 and over: The longitudinal study of aging.*  Presented to the North American Association for the Study of Obesity.  *Obesity Research, 3(suppl 3), 387S.*

191.    Muhlheim, L.S., Allison, D. B. & Heymsfield, S.B. (1995).  *Mechanisms of understanding of dietary intake.*  Presented to the North American Association for the Study of Obesity.  *Obesity Research, 3(suppl 3), 348S.*

192.    Heymsfield, S.B., Allison, D. B., Gallagher, D. & Wolper, C. (1995).  *Relative Body Weight and Functionality.*  Presented to the North American Association for the Study of Obesity.  *Obesity Research, 3 (suppl 3), 342S.*

193.    Allison, D. B. (1994). *Methodological Issues in the Design and Analysis of Obesity Prevention Trials.  International Journal of Obesity, 18 (suppl 2),* p49.

194.    Allison, D.B., Kaprio, J., Korkeila, M., Koskenvuo, M. & Hayakawa, K. (1994).  The Heritability if BMI Among an International Sample of Monozygotic Twins Reared Apart. *International Journal of Obesity, 18 (suppl 2),* p116.

195.    Allison, D. B. & Pi-Sunyer, F.X. (1994). Optimal Stage I Screening Criteria to Minimize Clinical Trial Recruitment Costs.  *Controlled Clinical Trials, 15(3S), 39S.*

196.    Heymsfield, S.B., Wang, Z., Wang, J., Allison, D. B., & Pierson, R.N.  (1994). *Theoretical Foundation of Dual Energy X-Ray Absorptiometry (DEXA) Soft Tissue Estimates: Validation in Situ and In Vivo.  FASEB Journal, 8(4),* A278.

197.    Gomez, J., Allison, D.B., Sepulveda, D., Brown, R., & Heymsfield, S.B. (1994). Low Bone Mineral Density Among Persons with Down Syndrome. *FASEB Journal, 8(4),* A168.

198.    Nawras, A., El-Gamal, A., Gomez, J., Gallagher, D., Allison, D. B., & Heymsfield, S.B.  (1994). Obesity: Changes in Electrocardiographic QT Interval with Weight Loss. *FASEB Journal, 8(4),* A170.

199.    Allison, D. B., Heshka, S., Neale, M.C. & Heymsfield, S.B.  (1993). Genetic and environmental Links Between Body Mass Index and Blood Pressure Among Women.  *Obesity Research, 1 (Suppl 2),* 96S.

200.    Allison, D. B., Neale, M. C., Heshka, S., & Heymsfield, S. B. (1993). Race Effects in the Genetics of Adolescents' Body Mass Index. *Obesity Research, 1 (Suppl. 2),* 120S.

201.    Allison, D. B., Heshka, S., & Heymsfield, S. B. (1993). Evidence for a major gene with pleiotropic effects for "Syndrome X" in children under 13.  *Obesity Research, 1 (Suppl.2),* 106S.

202.    Gomez, J.E., Allison, D. B. & Heymsfield, S. B. (1993). Is BMI a Differentially Valid Indicator of Fatness in Blacks and Whites.  *Obesity Research, 1 (Suppl. 2),* 106S.

203.    Albu, J., Dowling, H., Allison, D. B., & Pi-Sunyer, F. X. (1993).  HDL Cholesterol and Insulin Resistance in Obese Glucose Tolerant Women. *Obesity Research, 1 (Suppl. 2),* 95S.

204.    Albu, J., Dowling, H., Allison, D. B., & Pi-Sunyer, F. X.  (1993).  Insulin Resistance and Body Composition in Obese Women.  *Obesity Research, 1 (Suppl. 2),* 80S.

205.    Sepulveda, D., Heshka, S., Heymsfield, S. B., & Allison, D. B.  (1993).  Counting Calories: Caveat Emptor. *Obesity Research, 1 (Suppl. 2),* 114S.

206.    Buhl, K., Heshka, S., Allison, D. B., Pestone, M., Matthews, D., & Heymsfield, S. B.  (1993). Energy expenditure and accuracy of self-reported intake in obese patients referred for diet resistance or unexplained weight gain.  *Obesity Research, 1 (Suppl. 2),* 79S.

207.    Buhl, K., Allison, D. B., & Heymsfield, S. B.  (1993). The effect of obesity on fat estimates by two electrical methods: Tobec and BIA.  *FASEB Journal.*

208.    Allison, D. B.  (1992).  Ethnic Differences in Perceptions of Attractiveness of Women's Body Shapes.  *International Journal of Obesity, 16 (Suppl. 1)*, p. 21.

209.    Allison, D. B., Heshka, S., Pierson, R. N., Jr., & Heymsfield, S. B.  (1992).  Differential Validity of Body Fat Measurements Across the Age Span.  *FASEB Journal*, *6*, A1656.

210.    Hoy, K., Allison, D. B., Buhl, K., Russell, M., Pierson, R. N., & Heymsfield, S. B. (1992).  Comparison of Methods for Body Composition Measurement in the Obese.  *FASEB Journal*, *6*, A1363.

211.    Pestone, M., Allison, D. B., Matthews, D. E., & Heymsfield, S. B.  (1992).  The Prediction of Total Energy Expenditure.  *FASEB Journal*, *6*, A2023.

212.    Buhl, K., Wang, Z., Allison, D. B., Russell, M., & Heymsfield, S. (1992).  Adipose Tissue Measured By Computerized Axial Tomography (CT): Comparison To Fat Estimates By Other Available Methods.  *Medicine and Science in Sports and Exercise, 24 (Suppl. 5),* S117.

213.    Allison, D. B., Alfonso, V. C., & Heshka, S. (1992). Gender differences in the psychological centrality of relative weight.  *International Journal of Obesity*.

214.    Hoy, K., Allison, D. B., & Heymsfield, S. B.  (1992). Cultural preferences for body shape among New York males.  *International Journal of Obesity*.

215.    Pestone, M., Allison, D. B., Matthews, D. E., & Heymsfield, S. B. (1992). The Prediction of Total Energy Expenditure.  *International Journal of Obesity*.

216.    Allison, D. B., Kalinsky, L. B., & Gorman, B. S.  (1991). The Comparative Psychometric Properties of Three Measures of Dietary Restraint.  *International Journal of Obesity, 15 (Suppl. 3)*, p. 8.

*PRESENTATIONS (selected)*

1.  Allison, D.B. (2019). "Scientific Integrity: Principles and Best Practices."  Invited presentation at the AAAS 2019 Annual Meeting.  Washington, DC.

2.  Allison, D.B. (2019).  "Facts vs. Myths about Obesity Treatment and Prevention: How to Make Obesity Science More Rigorous".  An invited "lunch and learn' presentation to the Scientific Advisory Board (SAB) at Biofortis Research.  Addison, IL.

3.  Allison, D.B. (2019).  Invited briefing on the National Academies of Sciences, Engineering, and Medicine's Reproducibility and Replicability Report to the Council on Government Relations. Washington, DC.

4.  Allison, D.B. (2018).  "Regression to the Mean – A frequently neglected source of confused conclusion".  Invited presentation at Nutrition 2018, the American Society for Nutrition's annual meeting.  Boston, MA.

5.  Allison, D.B. (2018). "Rigor and Reproducibility in Research".  Invited presentation at the Mid-Year Meeting of the International Life Sciences Institute (ILSI) in Arlington, VA.

6.  Allison, D.B. (2018).  "Obesity, Energetics, and Longevity: Social, Experimental, Evolutionary, and Epidemiologic Perspectives" invited lecture at the City-Wide Grand Rounds on Obesity and Metabolic Diseases.  Medical College of Wisconsin, Milwaukee.

7.  Allison, D.B. (2018). "Obesity, Energetics, and Longevity: Social, Experimental, Evolutionary, and Epidemiologic Perspectives." Invited DeWitt Goodman Seminar Series at Columbia University, New York.

8. Allison, D.B. (2018). "Best practices for communication – Lessons from Public Health." Invited presentation at AAAS Committee on Science and Technology Engagement with the Public (CoSTEP). Washington, DC.

9. Allison, D.B. (2018). "Scientific Integrity Principles and Best Practices: Transcending Boundaries Across the Scientific Enterprise." Invited presentation at the American Public Health Association's (APHA) 2018 Annual Meeting. San Diego, CA.

10. Allison, D.B. (2018). "Obesity, Energetics, and Longevity: Social, Experimental, Evolutionary, and Epidemiologic Perspectives." Invited lecture at the Scientech Club, Indianapolis, IN.

11. Allison, D. B. (2018). "Obesity, energetics, and longevity: social experimental, evolutionary, and epidemiologic perspectives" invited webinar obesity theories webinar for Lifestyle, Obesity and Metabolic research (LOM) Conference 2018, University of Copenhagen.

12. Allison, D. B. (2017). Breaches in Research Reproducibility: Contributing Factors, Examples, & Plausible Prophylaxis. Invited lecture presented to the DOJ/NIST National Commission on Forensic Science.

13. Allison, D.B. (2017). "Causal modeling in assessing effects of nutritional interventions" invited lecture for the National Institute on Aging's Nutritional Interventions to Promote Health Aging workshop in Bethesda, MD.

14. Allison, D.B. (2017). "Application of complex thinking and modeling in the field of obesity" invited presentation at the National Academy of Medicine's 2017 Annual Meeting: Program on the Complexity of Obesity. Washington, DC.

15. Allison, D.B. (2017). "Obesity, Energetics, and Longevity: Social, Experimental, Evolutionary, and Epidemiologic Perspectives" invited presentation in the Endocrine Rounds at the 17th Annual National Meeting of the Mouse Metabolic Phenotyping Center Program (MMPC). Vanderbilt University, Nashville, TN.

16. Allison, D.B. (2016). "Dependability, Defendability, and Transparency" invited lecture for Cedars-Sinai Diabetes-Obesity-Wellness symposium in Los Angeles CA on Fri 2/19/2016.

17. Allison, D.B. (2016). "Rigor, Reproducibility, and Transparency: Paths Forward" invited lecture for Experimental Biology in San Diego CA on Sun 4/3/2016.

18. Allison, D.B. (2016). "Creativity, Rigor, Reproducibility, and Transparency in Research – What, How, Why" invited lecture for UAB Vision Science Center in Birmingham AL on Thu 4/14/2016.

19. Allison, D.B. (2016). "Obesity, Weight Loss, Energetics, and Longevity" invited lecture to Janssen Research & Development, LLC.

20. Allison, D.B. (2016). "Obesity, Energetics, Security, and Longevity" accept award at invited Indiana University Corcoran lecture in Evansville, IN on Tue 10/18/2016.

21. Allison, D.B. (2016). "Reproducibility: A tragedy of errors" invited webinar for ISMPP (International Society for Medical Publication Professionals).

22. Allison, D.B. (2016). "Some Lessons Learned from 2/3rds of a Lifetime of Trial and Error (and a few readings)" Keynote lecture for the Obesity Society Early Career Academic workshop at TOS annual meeting in New Orleans LA.

23. Allison, D.B. (2016). "State of the Science of Energy Balance Research Across the Lifespan" invited lecture at ILSI Tech Summit: Innovative Tools for Assessing Diet & Physical Activity for Health Promotion in San Diego CA on Wed 11/30/2016.

24. Allison, D. B. (2015). "Just Cause: Some Thoughts About Estimating Treatment and Genetic Effects and their Heterogeneity". Invited lecture given at the National Human Genome Research Institute (NHGRI) of the National Institutes of Health.

25. Allison, D.B. (2015).  Invited speaker as part of UAB's Donaldson Lecture Series at the Donaldson Correctional Institute:  Title "Obesity & Nutrition."

26. Allison, D. B. (2014). Invited Lecture on leadership and ethics to the students of the Altamont School (a private school for gifted students).

27. Allison, D.B. Tue 5/7/2013.  Invited speaker at Birmingham Kiwanis luncheon:  Title "Myths, Presumptions, and Curious Conjectures about Obesity"

28. Allison, D.B. Tue 2/26/2013.  Invited speaker as part of UAB's Donaldson Lecture Series at the Donaldson Correctional Institute:  Title "Fallacies of weight control"

29. Allison, D.B. Wed 1/16/2013.  Invited speaker at a Health Panel for the Birmingham Junior League:  Title "Myths, Presumptions, and Facts of Obesity: Science as the Sifter"

30. Allison, D.B. Wed 12/12/2012.  Invited speaker for the Rotary Club of Birmingham:  Title "Obesity: Separating Myths, Presumptions, and Facts".

31. Allison, D.B. Thu 11/8/2012.  Invited speaker for Leadership Birmingham - Birmingham Area Chamber of Commerce:  Title "Obesity: Separating Myths and Presumptions from Facts with Rigorous Evaluation and Probative Research."

32. Allison, D.B. (2012) "Detecting and Minimizing Biases in the Evidence Base: Steps to Move Forward." 2012 ILSI Annual Meeting. Phoenix, AZ on January 23, 2012.

33. Allison, D.B. (2012) "Genetic and Environmental Influences on Obesity." Seminar speaker at Monell Chemical Senses Center's Thomas Jefferson University Medical College. Philadelphia, PA on January 31, 2012.

34. Allison, D.B. (2012) "Open-mindedness and skepticism about causes and alleviators of the obesity epidemic". Invited speaker at Obesity Roundtable Discussion at Boston University's School of Medicine. Boston, MA on February 13, 2012.

35. Allison, D.B. (2012) "Genetic and Environmental Influences on Obesity." Seminar speaker at Center for Translational and Public Health Genomics at University of Texas MD Anderson Cancer Center. Houston, TX on Feb 23, 2012.

36. Allison, D.B. (2012) "Open-mindedness and skepticism about causes and alleviators of the obesity epidemic". Invited speaker at Brain/Obesity NIDDK Intramural lecture series. Washington, DC on March 22, 2012.

37. Allison, D.B. (2012) "Open-mindedness and skepticism about causes and alleviators of the obesity epidemic". Invited speaker at Mid-Atlantic NORC Mini-symposium at University of Maryland's School of Medicine. Baltimore, MD on March 23, 2012.

38. Allison, D.B. (2012) "The challenging trail from basic discovery to practical utility: Examples from the genetics of obesity". Invited speaker at Genetics / Genomics Featured Symposium for the Society of Behavioral Medicine Annual Meeting. New Orleans, LA on April 12, 2012.

39. Cai, ML Powell, DB Allison, & SA Watts (2012) Development of *Nothobranchius furzeri* as a Model for Aging and Nutrition. Poster at 5th annual UAB Expo, Birmingham AL, April 20, 2012. http://www.uab.edu/undergraduateresearch/uab-expo.

40. Allison, D.B. (2012) "Energy Balance: A New Paradigm. Statistical and Study Design Issues". Invited speaker at Experimental Biology (EB2012) annual meeting by the ILSI North America Technical Committee on Energy Balance and Active Lifestyle. San Diego, CA on April 21, 2012.

41. Allison, D.B. (2012) "A Call for Skepticism, Open-Mindedness, and Fidelity of Communication About Causes and Alleviators of the Obesity Epidemic". Lecture at Nutrition and Psychology class at Cornell University. Ithaca, NY on April 26, 2012.

42. Allison, D.B. (2012) "What Contributes to Obesity: The Need for Skepticism & Open-mindedness". Keynote Address at the New York Academy of Sciences (NYAS) Conference: New Thoughts about Cause, Prevention, & Treatment of Childhood Obesity. Binghamton, NY on April 27, 2012. http://www.nyas.org/Publications/Ebriefings/Detail.aspx?cid=421ef88d-4efa-41b1-9d5e-0440ddc8cfd0.

43. Allison, D.B. (2012) "A perspective from Academia". Invited speaker at Red Bull Planning meeting re advising federal regulatory agencies on the safety/efficacy of products. Washington, DC on May 8, 2012.

44. Allison, D.B. (2012) "A Call for Skepticism, Open-Mindedness, and Fidelity of Communication About Causes and Alleviators of the Obesity Epidemic". Keynote Address for the University of Tennessee's (Knoxville) Comparative and Experimental Medicine program. Knoxville, TN on May 22, 2012.

45. Allison, D.B. (2012) "Contributions to Obesity: Exploring the Road Less Traveled".  Speak @ American Psychological Association (APA) annual Convention, obesity track of presidential programming. Orlando, FL on August 3, 2012.

46. Allison, D.B. (2012) "Making data publicly available: benefits, challenges, and suggestions". Host and speak at Conference on Scientific Approaches to Strengthening Research Integrity in Nutrition and Energetics. New Paltz, NY on August 8, 2012.

47. Allison, D.B. (2012) "Why study energy balance and how?" Invited speaker at Latin-American Scientific Series Energy Balance Symposium. Sao Paulo, Brazil on August 16, 2012.

48. Allison, D.B. (2012) TOS Keynote Debate re The Role of Sugar-Sweetened Beverages in the Obesity Epidemic: Plague Rat or Red Herring? The Obesity Society Annual Meeting. San Antonio, TX on September 2, 2012.

49. Allison, D.B. (2012) "Introduction to Genomics & Utility in Healthcare: With Examples from Obesity". Invited speaker at FDA Genomic Evaluation Team for Safety's (GETS) symposium on The Application of Genomics at CBER. Washington, DC on September 6, 2012.

50. Allison, D.B. (2012) "A Call for Skepticism and Open-Mindedness About the Causes and Ameliorators of Obesity". Keynote speaker at Annual HDDAC Diabetes Research Symposium at the Oklahoma University Health Sciences Center. Oklahoma City, OK on October 19, 2012.

51.  Allison, D. B. *Causes and Consequences of Obesity*. An Invited Lecture delivered at the Danish House of Parliament, November, 2011.

52. Allison, D. B. *Body Fat and Survival: From Ecology to Public Health*. An Invited Keynote Lecture delivered at the 9th International Symposium on In Vivo Body Composition Studies HangZhou, China   May 21-24, 2011.

53. Kim, J. E., Hsieh, M. H, Shum, P. C., Kim, Y. H., Shih, A. M., Tubbs, R. S., and Allison, D. B., "'Modeling methodologies and simulations to investigate impact-induced traumatic injuries sustained by obese children," International Symposium on Models and Modeling Methodologies in Science and Engineering, Orlando, FL, Jul. 19-22, 2011.

54. Allison, D. B. *Ideas from the Outlands: Contributors to Obesity from (A)mbient Temperature to (Z)oonitic Viruses*. Invited lecture delivered at the Canadian Society for Exercise Physiology (CSEP), November, 2010.

55. Allison, D. B. Discussion leader for session in *Obesity: The Gene-Environment Interaction and its Implications*. An invited role in a closed meeting at Melville Castle, Aberdeen Scotland, hosted by the Company of Biologists.

56. Allison, D. B. *The Rise of Statistics as an Empirical Science: Genomics as the Leavening*. Invited lecture delivered at Zhejiang University, Institute of Bioinformatics, Huajiachi Campus, Hangzhou, China, April, 2010.

57. Allison, D. B. *Obesity: A Look Through the Kaleidoscope*. Invited lecture delivered at Zhejiang University, School of Public Health, Hangzhou, China, April, 2010.

58. Allison, D. B. *Data credibility and faithfulness in research reporting*. Invited lecture delivered at American Heart Association INAP Meeting, March, 2010.

59. Allison, D. B. *Conjectures on Some Curious Connections Among Social Status, Hunger, Fatness, and Longevity*. Invited lecture delivered at the National Institute of Diabetes, Digestive, and Kidney Disease, NIH, February, 2010.

60. Allison, D. B. *Dissecting the Evidentiary Basis of Outcome Claims in A Regulatory Framework*. Invited lecture delivered at the International Association for the Study of Obesity's Nutrition Discussion Forum:  Monday 1st December 2008, Royal Society of Medicine, Chandos House, London. 'Health Claims':  An analysis of FTC (US), EFFSA (EU) and Scandinavian Regulations.

61. Padilla, M. A., Elobeid, M., & Allison, D. B. (2008). An Examination of the Association of Heavy Metals with Weight Gain/Obesity: NHANES 99-02 T5: PS.180 (Submitted as an Oral or Poster Presentation to the 16th European Congress on Obesity, in Geneva Switzerland, May 16, 2008, 1545-1715)

62. Elobeid, M, Padilla, M, and Allison, D. Environmental Toxins and Obesity: An Examination of Pesticides and Phthalates, NHANES 99-02. (Will be presented as an Oral Presentation at the 16th European Congress on Obesity, in Geneva, Switzerland, May 14-17, 2008).

63. Yi N, Ding S, Keith SW, Coffey CS, & Allison DB.  (2007) Bayesian Analysis of the Effect of Intentional Weight Loss on Mortality Rate.  Presented at the Joint Statistical Meetings; St Lake City, UT, July 29 - Aug 2.

64. Allison DB.  (2007) Accounting for unobserved confounders via data augmentation.  Presented at the Joint Statistical Meetings; St Lake City, UT, July 29 - Aug 2.

65. Vaughan LK, Divers J, Padilla M, Redden DT, Tiwari HK, Pomp D, & Allison DB.  (2007) Evaluating individual admixture estimation through plasmodes.  Presented at the Joint Statistical Meetings; St Lake City, UT, July 29 - Aug 2.

66. Keith SW & Allison, DB.  2007. A simulation study of a model selection procedure for nonlinear logistic regression.  Poster presented at IBS ENAR 2007.  March 11 - 14, 2007, Atlanta GA.

67. Bartolucci A, Allison DB, Singh K, Bae S.  (2006) Demonstrating the Use of the Mixture Model in Analyzing Microarray Gene Expression Data.  Presented at 2006 Joint Research Conference on Statistics in Quality, Industry and Technology., Knoxville, TN, June 7-9, 2006.

68. Hughes LB, Moreland LW, Howard G, Alarcón GS, Allison DB, Westfall AO, Conn DL, Jonas BL, Callahan LF, Smith EA, Gilkeson GS, Fraser P, Reich D, Bridges SL.  (Nov, 2006).  The HLA DRB1 Shared Epitope Is Associated With Rheumatoid Arthritis In African-Americans And Correlates With Higher Estimated Admixture Of European Ancestry: Results From the CLEAR Registry.  ACR/AHP Scientific Meeting 06, Nov 11 - 15.  Washington DC.

69. Allison, D. B. (Mar, 2006).  Regional Admixture Mapping (RAM) and Structured Association Testing (SAT): A Unified Framework.  Invited lecture at the 6th Annual NIDDK-funded Short Course in Statistical Genetics for Obesity & Nutrition Researchers.  San Francisco, CA.

70. Allison, D. B. (Mar, 2006).  Genetic & Environmental Influences on Obesity: No Simple Answers. Invited lecture at the Grand Rounds at Washington University.  St. Louis, MO.

71. Allison, D. B. (Mar, 2006).  Regional Admixture Mapping (RAM) and Structured Association Testing (SAT): A Unified Framework.  Invited lecture at the 2nd Annual Frontiers NIAMS-funded Short Course on Statistical Genetics.  Atlanta, GA.

72. Jacob P. L. Brand, Lan Chen, Xiangqin Cui, Alfred A. Bartolucci, Grier P. Page, Kyoungmi Kim, Stephen Barnes, Vinodh Srinivasasainagendra, Mark T. Beasley and David B. Allison. 2006. An Adaptive Alpha-Spending Algorithm Improves the Power of Statistical Inference in Microarray Data Analysis. ENAR 2006 Spring Meeting, March 26-29, Tampa, FL.

73. Jacob Brand, Lang Chen, Xiangqin Cui, Alfred Bartolucci, Grier Page, Kyoungmi Kim, Stephen Barnes, Vinodh Shrinivasasainagendra, Mark Beasley, Andrey Ptitsyn, David Allison. 2006. An Adaptive Alpha-spending Algorithm Improves the Power of Statistical Inference in Microarray Data Analysis. 2006. The Third Annual Conference of the MidSouth Computational Biology and Bioinformatics Society., March 2-4, Baton Rouge, LA.

74. Allison, D. B. (Feb, 2006). Structured Association Testing and Regional Admixture Mapping:  A Unified and Extensible Model.  Invited lecture at the Institut de Biologie de Lille - Institut Pasteur de Lille.  Lille CEDEX, France.

75. Allison, D. B. (Feb, 2006).  Controversies and Confusions regarding Obesity and Longevity. Invited lecture at University of Florida.  Gainesville, FL.

76. Allison, D. B. (Feb, 2006).  Environmental Interactions with Genetics that Influence Obesity. ***Invited lecture at University of Florida's York Distinguished Lecture Series***.  Gainesville, FL.

77. Allison, D. B. (Feb, 2006). Genetic and Environmental Influences on Obesity.  Invited lecture for Dr. Douglas Ruden's Environmental Health Masters Level Seminar (ENH 695/791) @ UAB. Birmingham, AL.

78. Allison, D. B. (Jan, 2006).  Obesity, Overweight, and Mortality Rates:  Understanding the Data behind the Differing Estimates.  Invited lecture at 2006 ISLI NA Annual Scientific Meeting. San Juan, Puerto Rico.

79. Allison, D. B. (Nov, 2005). Obesity: Person and Population. Keynote lecture delivered at Workshop on obesity, hunger, and treatment hosted by SlimFast, Inc. West Palm Beach, FL.

80. Allison, D. B. (Nov, 2005).  Obesity and Mortality Rate.  Invited lecture at Morehouse School of Medicine's CVRI Lecture Series.  Atlanta, GA.

81. Allison, D. B. (Nov, 2005). Regional Admixture Mapping (RAM) and Structured Association Testing (SAT): A Unified Framework.  Invited lecture delivered at the Department of Statistics, Texas A&M University. College Station, TX.

82. Allison, D. B. (Oct, 2005). Relationship of Obesity and Psychiatric Disorders.  Invited lecture delivered at a National Institute of Mental Health workshop on Obesity and Severe Mental Disorders. Bethesda, MD.

83. Allison, D. B. (Oct, 2005). Medication effects on weight and adiposity.  Invited lecture delivered at a National Institute of Mental Health workshop on metabolic effects of antipsychotic drugs and mood stabilizers. St. Louis, MO.

84. Allison, D. B. (Sept, 2005). Resampling-based Inference in High Dimensional Biology.  Lecture delivered at a National Science Foundation sponsored retreat on design and analysis of microarray studies. New Paltz, NY.

85. Allison, D. B. (Sept, 2005). Regional Admixture Mapping (RAM) and Structured Association Testing (SAT): A Unified Framework.  Lecture delivered at the Data Analysis Workshop of the National Heart, Lung, and Blood's PROGENI Network. Baltimore, MD.

86. Allison, D. B. (Sept, 2005). Regional Admixture Mapping (RAM) and Structured Association Testing (SAT): A Unified Framework.  Invited lecture delivered at the annual Joint Statistical Meeting (JSM).

87. Allison, D. B. (Sept, 2005). Regional Admixture Mapping (RAM) and Structured Association Testing (SAT): A Unified Framework.  Invited lecture delivered at the annual Joint Statistical Meeting (JSM).

88. Allison, D. B. (Sept, 2005). Genetic & Environmental Influences on Obesity: No Simple Answers. Invited lecture delivered at the Department of Psychology, University of Alabama at Birmingham. Birmingham, AL.

89. Allison, D. B. (July, 2005). New approaches for dealing with bioinformatics OR Sense & Nonsense in Microarray Research & HDB. Invited lecture delivered at the annual meeting of the American institute on Cancer Research.

90. Allison, D. B. (May, 2005). Structured Association Testing (SAT) & Regional Admixture Mapping (RAM). Lecture delivered at UAB-sponsored workshop on genetic admixture. Birmingham, AL.

91. Allison, D. B. (March, 2005). Genetic & Environmental Influences on Obesity: No Simple Answers. Invited lecture delivered at the National Cancer Institute. Bethesda, MD.

92. Allison, D. B. (Feb, 2005). Genetic & Environmental Influences on Obesity: No Simple Answers. Invited lecture delivered at the annual meeting of the UAB Medical School Alumni. Birmingham, AL.

93. Allison, D. B. (Feb, 2005). Sense & Nonsense in Microarray Research & HDB. Invited lecture delivered at St. Jude's Children's Hospital. Memphis, TN.

94. Allison, D. B. (Dec, 2004). Attributable Risk in Practice-Examples from the Field: Obesity. Invited lecture delivered at the Institute of Medicine. See: http://www.iom.edu/project.asp?id=24066

95. Allison, D. B. (Dec, 2004). Sense & Nonsense in Microarray Research & HDB. Invited lecture delivered at Ligand Pharmaceuticals. San Diego, CA.

96. Zakharkin SO, Hunter GR, Lara-Castro C, Byrne NM, Allison DB.  (2004) Weight Loss Needed to Maintain Visceral Adipose Tissue During Aging. Presented at the UAB Center for Aging Annual Meeting; Birmingham, Alabama, September 10, 2004. **Paper won the post-doc/junior faculty award in the Clinical Science - Health Services - Outcomes Research category at the conference.**

97. Garge NR, Page GP, Sprague AP, Allison DB.  (2004)  Cluster Stability in Microarrays.  Presented at Midsouth Computational Biology and Bioinformatics Society Conference; Little Rock, Arkansas, October 8, 2004.

98. Zakharkin S.O., Page G.P., Allison D.B., Fuller C.M., Gillespie G.Y., Reddy A.T., Mapstone, T.B., Benos D.J.  Gene Expression Profiling in Pediatric Brain Tumors Using Microarray Analysis. ASBMB Annual Meeting & 8th IUBME Conference.  Boston MA, June 12 - 16, 2004.  Poster B434.

99. Henderson DC, Allison DB, Cagliero E, Daley TB, Borba C, Copeland P, Anderson E, Hayden D, Schoenfeld D, Goff DC. Glucose metabolism in schizophrenia patients treated with atypical antipsychotics:  a frequent sampled intravenous glucose tolerance test and minimal model analysis. 44th Annual New Clinical Drug Evaluation Unit (NCDEU) Conference. Phoenix, AZ, June 1-4, 2004. Poster No. 232.

100. Brand JP, Beasley TM, Page GP, Bartolucci AA, Gadbury G, Kim K, Barnes S, Allison DB (April 2004). An adaptive weighted p-value algorithm for more powerful multiplicity control in finding differentially expressed genes in microarray data. Bioinformatics Symposium, University of Louisiana, Lafayette, [See: http://www.cacs.louisiana.edu/bioinformatics/program.html.]

101. Allison, D.B. (November, 2003).  Adiposity associated with the use of anti-psychotic drugs. Invited lecture delivered to the ADA Consensus Development Conference on Anti-psychotic Drugs & Diabetes, Alexandria, VA.

102.   Allison, D.B. (December, 2003).  Design & Analysis of Microarray Studies.  Invited lecture delivered to the Emory University School of Medicine, Dept of Human Genetics, Atlanta, GA.

103.   Allison, D.B. (December, 2003).  Genetics of Obesity:  A methodological Perspective.  Invited lecture delivered to the Duke University Medical Center, Center for Human Genetics, Durham, NC.

104.   Allison, D.B. (December, 2003).  Pharmacologic management of obesity.  Invited lecture delivered to Health Learning System:  Pri-Med Update at the Binge Eating & Obesity Symposium, San Antonio, TX.

105.   Allison, D.B. & Fernandez, J. (February, 2004).  Statistical Genomics: Riding the Wave of the Data Torrent.  Invited lecture delivered to the University of Alabama at Birmingham's Honors Program, Birmingham, AL.

106.   Allison, D.B. (March, 2004).  Novel Statistical Approaches to High Dimensional Analyses.  Invited symposium delivered to the ENAR 2004, Pittsburgh, PA.

107.   Allison, D.B. (April, 2004).  A statistical geneticist looks at obesity.  Invited lecture delivered at the ILSI - Pre-Experimental Biology Meeting 2004, Washington, DC.

108.   Allison, D.B. (April, 2004).  Mathematical modeling in microarray analysis.  Invited lecture delivered at the APS Experimental Biology 2004 session:  A Bioinformatics How-to-for the Wet-Lab Physiologist, Washington, DC.

109.   Allison, D.B. (April, 2004).  Microarray and related topics III.  Invited lecture at the 2004 UAB Short Course on Statistical Genetics, Washington, DC.

110.   Allison, D.B. (May, 2004).  Weight Gain and its Associated Comorbidities.  Invited lecture delivered to the Florida Association For The Study of Headache and Neurological Disorders, Palm Beach, FL.

111.   Allison, D.B. (May, 2004). Methods for Multiple Comparison Adjustments.  Invited lecture at the University of Arizona's Oligonucleotide Microarray Workshop, Tucson, AZ. [See: http://ag.arizona.edu/microarray/workshopMay2004.html]

112.   Allison, D. B. (October, 2003). Food and Nutrition in Obesity Prevention: Implications for Research and Education. Invited Keynote Lecture delivered at the annual meeting of the USDA Advisory Board Committee, Washington, DC.

113.   Allison, D. B. (October, 2003). Genetic Study Designs. Invited Keynote Lecture delivered at Phenotyping Obesity for Human Genetic Studies hosted by the National Institute of Diabetes, Digestive, and Kidney Diseases, Bethesda, MD.

114.   Allison, D. B. (October, 2003). Hogs in Montana, Tea in China, Stars in the Heavens: Objectively Connecting Knowledge in High Dimensional Biology. Invited Lecture delivered at UAB's Comprehensive Cancer Center's Annual Retreat, Birmingham, AL.

115.   Allison, D. B. (October, 2003). Antipsychotic induced weight gain: A second generation of research. Invited Lecture delivered at the annual meeting of the North American Association for the Study of Obesity, Fort Lauderdale, FL.

116.   Allison, D. B. (September, 2003). Applying High-Dimensional Approaches to Microarray Research. Invited Lecture delivered at The Institute for Mathematics and its Applications' workshop on Statistical Methods for Gene Expression: Microarrays and Proteomics, Minneapolis, MN. [See: http://www.ima.umn.edu/complex/fall/c1.html#schedule]

117.   Allison, D. B. (August, 2003). Microarray Research: Goldmine or Minefield. An Invited Lecture delivered at a meeting on Genomics Of Diabetes And Associated Diseases In The Post Genome Era, Lille, France.

118. Allison, D. B. (July, 2003). Statistical Issues in Longitudinal Data Analysis. An Invited Lecture delivered at the National Institute of Aging, Bethesda, MD.

119. Allison, D. B. (July, 2003). Antipsychotic-induced weight gain: A second generation of research. An Invited Lecture delivered to Pfizer Pharmaceuticals, Ann Arbor, MI.

120. Allison, D. B. (July, 2003). Obesity: True Knowledge, presumed knowledge, and false beliefs. Invited **Keynote** Lecture delivered at the Chief Scientific Officers' meeting of the International Food Technologists annual meeting, Chicago, IL.

121. Allison, D. B. (June, 2003). Genetic & Environmental Influences on Obesity. An Invited Lecture delivered at the "Healthy Solutions: Innovation in Response to the Obesity Epidemic" meeting for the food industry sponsored by McNeil Pharmaceuticals, NY, NY.

122. Allison, D. B. (June, 2003). Obesity & Headache. An Invited Lecture delivered at the annual meeting of the American Headache Society, Chicago, IL.

123. Allison, D. B. (June, 2003). Applying High-Dimensional Approaches to Microarray Research. An Invited Lecture delivered at the Graybill Conference on Microarrays, Bioinformatics, & Related Topics, Fort Collins, CO.

124. Allison, D. B. (June, 2003). Problems in statistical genetics. An Invited Lecture delivered at the annual meeting of The Southern Regional Council on Statistics' Summer Research Conference in Statistics, Jekyll Island, GA.

125. Allison, D. B. (May, 2003). Antipsychotic induced weight gain. An Invited Lecture delivered at the annual meeting of The American Psychiatric Association, San Francisco, CA.

126. Allison, D. B. (May, 2003). Antipsychotic induced weight gain. An Invited Lecture delivered at the annual Biological Psychiatry meeting, San Francisco, CA.

127. Allison, D. B. (April, 2003). Adenovirus 36 as a potential cause of obesity: What additional evidence is needed. An Invited Lecture delivered at the annual Experimental Biology meeting, San Diego, CA.

128. Allison, D. B. (April, 2003). Antipsychotic-induced weight gain: A second generation of research. An Invited Lecture delivered to Eli Lilly & Co., Indianapolis, IN.

129. Allison, D. B. (April, 2003). Obesity among African Americans. An Invited Lecture delivered at the annual meeting of the National Organization for the Professional Advancement of Black Chemists and Chemical Engineers, Indianapolis, IN.

130. Allison, D. B. (April, 2003). Use of Microarrays for Pharmacogenomics Research. An Invited Lecture delivered at Indiana University's Division of Clinical Pharmacology in the Department of Medicine, Indianapolis, IN.

131. Allison, D. B. (April, 2003). Design & Analysis of Microarray Studies. An Invited Lecture delivered at Indiana University's Indiana University School of Medicine Department of Endocrinology & Medical & Molecular Genetics, Indianapolis, IN.

132. Allison, D. B. (March, 2003). Design & Analysis of Microarray Studies. An invited lecture delivered at the Wistar Institute, Philadelphia, PA.

133. Allison, D. B. (March, 2003). Statistical Methods in High Dimensional Biology: Examples from Microarray Research. An invited lecture delivered at the University of Pennsylvania, Philadelphia, PA.

134. Allison, D. B. (March, 2003). Obesity, Weight Loss, & Mortality. The **1st Janssen Distinguished Lecture** delivered at the University of Southern California, Los Angeles, CA.

135. Holt, J., Beasley, T. M., & Allison, D. B. (March, 2003). Statistical Models of Gene Expression from Microarray Data. Presented at the 2003 ENAR conference, Tampa, Florida.

136.   Allison, D. B. (December, 2002). Integrating QTL Mapping Data Across Species: Comparative Genomics Made Quantitative. Invited address delivered at conference sponsored by the Institute of Mathematical Statistics on *Statistical Integration of Genetic Information Across Data Domains: Biomedical, Agricultural, and Comparative Genomics*. Held in Birmingham, Alabama.

137.   Beasley, T. M., Fernandez, J. R. George, V., & Allison, D. B. (November, 2002). Quantitative Genomics and Biostatistics: Exciting Career Opportunities in 21st Century Science. Presented at the annual American Indian Science & Engineering Society National Conference in Tulsa, Oklahoma.

138.   Allison, D. B. (September, 2002). Design & Analysis in High Dimensional Biology: Examples from Microarray & Related Research. **Keynote** Address delivered at Auburn University's Cellular & Molecular Biosciences Fall Mini-Symposium.

139.   Allison, D. B. (March, 2002). Genetic & Environmental Influences on Obesity. An invited lecture delivered to the Palm Chapter of the Florida Psychological Association.

140.   Allison, D. B. (October, 2001). Standards of evidence in obesity treatment loss trials. In Non-pharmacological Treatments for Obesity. A symposium sponsored by Nutripharma Inc at the 2001 meeting of the North American Association for the Study of Obesity.

141.   Allison, D. B. (August, 2001). Data Analytic Approaches to Microarray Technology. An invited address delivered at the summer conference on Obesity sponsored by the Federation of American Societies of experimental Biology. Snowmass, CO.

142.   Allison, D. B. (July, 2001). Statistical Analysis in Pooling Data from Multiple Genome Scans. An invited address delivered at the National Institute of Diabetes, Digestive, & Kidney Disease's second *AdiMap* workshop. Washington, DC.

143.   Allison, D. B. (July, 2001). Statistical Analysis of Microarray Gene Expression Data. An invited address delivered at the National Institute of Diabetes, Digestive, & Kidney Disease's conference on *Genomic and Proteomics in Kidney and Urologic* Disease. Washington, DC.

144.   Allison, D. B. (May, 2001). New approaches to the epidemiology of obesity and cardiovascular disease risk. An invited address delivered at the NHLBI-NIDDK Working Group on the Pathophysiology of Obesity-Associated Cardiovascular Disease, Bethesda, MD.

145.   Allison, D. B. (May, 2001). Public Health & Environmental approaches to obesity. An invited address delivered to Kraft (Nabisco) Nutrition Group, Chicago, Ill.

146.   Allison, D. B. (May, 2001). Statistical Analysis of Microarray Gene Expression Data. An invited address delivered to R. W. Johnson Research Foundation, La Jolla, California.

147.   Allison, D. B., & Mackell, J.  (2000). Healthcare resource use and body mass index among individuals with schizophrenia. Presented at the 13th annual meeting of the European College of Neuropsychopharmacology, Munich, Sept 9-13, 2000.

148.   Allison, D. B. (August, 2000). Statistical Methods for Gene Mapping with Quantitative Traits. An invited address delivered at the Indiana University School of Medicine.

149.   Allison, D. B. (July, 2000). Statistical Methods for Gene Mapping with Complex Traits. An invited address delivered at the Sackler Institute, NY, NY.

150.   Allison, D. B. (April, 2000). Food Policy & Obesity: What Do the Data Tell Us. An invited address delivered at the 2000 Food Update Conference, Sanibel Island, Florida.

151.   Allison, D. B. (April, 2000). Genetic Influences on Obesity: Something for Everyone. An invited address delivered at the Inauguration of the Clinical Nutrition Research Unit at the University of Alabama at Birmingham.

152.   Allison DB, Mackell JA, Gutterman EM.  The Impact of Weight Gain on Quality of Life among Individuals with Schizophrenia.  39th Annual New Clinical Drug Evaluation Unit (NCDEU) Conference. Boca Raton, FL, June 1-4, 1999.  Poster No. 91.

153.   Allison, D.B., and Mackell, J.A. Healthcare Resource Use and Body Mass Index among Individuals with Schizophrenia. 40th Annual New Clinical Drug Evaluation Unit (NCDEU) Conference. Boca Raton, FL, May 30-June 2, 2000. Poster No. 125.

154.   Allison, D. B. (March, 1999). Genetic & Environmental Influences on Obesity. An invited address delivered at the Research Institute on Addictions at the State University of New York at Buffalo.

155.   Allison, D. B. (February, 2000). Statistical Analysis of Microarray Gene Expression Data. An invited address delivered to the Biostatistics Department of the New York State Psychiatric Institute at Columbia University.

156.   Allison, D. B. (February, 2000). Research Directions in Antipsychotic Induced Weight Gain. An invited address delivered at the University of Innsbruck.

157.   Allison, D. B. (January, 1999). Genetic & Environmental Influences on Obesity. An invited address delivered at the Jean Mayer Center for Research on Nutrition and Aging at Tufts University.

158.   Allison, D. B. (December, 1999). Some estimation and inference problems in mapping quantitative trait loci. An invited address delivered to the Columbia University Genetic Epidemiology Seminar.

159.   Allison, D. B. (December, 1999). Genetic & Environmental Influences on Obesity. An invited address (Grand Rounds) delivered to the Department of Psychiatry, Medical College of Virginia.

160.   Allison, D. B. (October, 1999). Tests of Linkage in the Presence of Association with Quantitative Traits. An invited address delivered to the American Society of Human Genetics, San Francisco.

161.   Allison, D. B. (1999, October). Body composition and longevity. An invited address delivered at the International Symposium on in Vivo Body Composition at the Brookhaven National Laboratory.

162.   Allison, D. B. (1999, September). Body weight, body composition and longevity. An invited address delivered to the Primate Research Center of the University of Wisconsin.

163.   Allison, D. B. (1999, September). Body weight, body composition, aging, and mortality rate. An invited address delivered at the Annual Conference on Nutrition and Aging, Little Rock, Arkansas, Veterans Administration.

164.   Allison, D. B. (1999, September). The Rising Tide of Obesity. What is the role of the food industry. An invited address delivered at the annual meeting of the Grocery Manufacturers' Association, Washington, DC.

165.   Allison, D. B., Mackell, J., & Gutterman, E. M. (1999, August). The Impact of Weight Gain on Quality of Life among Individuals with Schizophrenia: The Patient's Perspective. Presented to the CINP in Hamburg Germany.

166.    Allison, D. B. (1999, June). Genetics of Obesity: A *very* complex trait. An invited address given at the National Institute of Health's STEP Forum on "Complex Traits: Genes, Environment and Disease.". Bethesda, MD, June 10, 1999.

167.   Allison, D. B. (1999, March). Genetic influences on the longevity response to caloric restriction in humans. An invited address given at the National Institute of Aging's workshop on "Caloric Restriction: Clinical Implication and Extensions". Bethesda, MD, March 8-10, 1999.

168. Allison, D. B., Mentore, J. M., Heo, M. Chandler, L., Cappelleri, J. C., Infante, M., & Weiden, P. M*eta-analysis of the effects of anti-psychotic medication on weight gain*. Presented to the 9th Congress of the Association of European Psychiatrists in Copenhagen, Denmark, in September 1998.

169. Allison, D. B., Mentore, J. M., Heo, M. Chandler, L., Cappelleri, J. C., Infante, M., & Weiden, P. M*eta-analysis of the effects of anti-psychotic medication on weight gain*. Presented to the XXIst Collegium Internationale Neuropsychopharmacologicum (CINP) meeting in Glasgow, Scotland, July 12-16, 1998.

170. Allison, D. B., Mentore, J. M., Heo, M. Chandler, L., Cappelleri, J. C., Infante, M., & Weiden, P. M*eta-analysis of the effects of anti-psychotic medication on weight gain*. Presented to the New Clinical Drug Evaluation Unit (NCDEU) Meeting in Florida, June 8-12.

171. M. Chandler, L., Cappelleri, J. C., Infante, M., & Weiden, P. M*eta-analysis of the effects of anti-psychotic medication on weight gain*. Presented to the 151st Annual Meeting of the American Psychiatric Association in Toronto, Canada, May 30-June 4, 1998.

172. Carpenter, K.M., Hasin, D.S., Allison, D.B., & Faith, M.S. DSM-IV Major Depression and Obesity: A General Population Study.  Presented to the American Psychological Association, August, 1998.

173. Allison, D. B. (1998, June). How to Interpret Outcomes Research. An invited address delivered to the media spokespersons of the American Dietetic Association.

174. Allison, D. B. (1998, May). Meta-Analysis: Extensions & Applications. An invited address delivered as part of a workshop on *Meta-analysis: Methods, Issues, Examples*. Sponsored by the NY Metropolitan Chapter of the American Statistical Association.

175. Allison, D. B. (1998, April). The Genetics of Obesity from an Environmental Point of View. An invited address delivered at the Grand Opening of the University of Maryland's Josslyn Center for Diabetes.

176. Allison, D. B. (1998, April). The Genetics of Obesity and Eating Disorders. An invited plenary address delivered at the Eighth International Conference on Eating Disorders, New York, New York.

177. Allison, D.B. (1998, March). Issues and Applications of Meta-Analytic Methods. In (L. Primavera; Chair) Methods for Meta-Analysis. An invited workshop presented to the Eastern Psychological Association.

178. Allison, D. B. (1998, February). Methods for the assessment of eating behaviors and weight related problems. An invited *Magestral* (**keynote**) address delivered at the opening of the *Italian Congress on Eating Disorders*, Bologna, Italy.

179. Allison, D.B. (1998, January). Genetic and Environmental Influences on Obesity.  Paper presented to the American Society of Parenteral and Enteral Nutrition.

180. Allison, D. B. (1997, December). Prevalence and Consequences of Obesity. An invited address delivered at the Englewood Hospital, Englewood, NJ at a one-day symposium on Clinical Issues in Obesity hosted by Dr. Peter Bennotti.

181. Allison, D. B. (1997, July). Selective Sampling Strategies for Gene Mapping. Presented at the NAASO/NIDDK sponsored workshop *Advancing the Genetics of Obesity: Strategies & Methods.*

182. Allison, D. B. (1997, June). Fitness *AND* fatness affect health and longevity. An invited lecture/debate with Dr. Steven Blair at the University of Colorado Health Sciences Center.

183. Nathan, J. S., Heymsfield, S. B., Albu, J., Pi-Sunyer, F. X., & Allison, D. B. (1997, April). Descriptive Results from Phase I of the BMI50 Study: Measurement Challenges in the Massively Obese People. Presented to the Eastern Psychological Association.

184.    Faith, M. S., Manibay, E. P., & Allison, D. B. Self-Concept and Obesity in Adolescents. (1997, April). Presented to the Eastern Psychological Association.

185.    Allison, D. B. (1997, April). Scaling and Adjusting Data with Ratios, Residuals, Regression, and Allometry. Presented to the Eastern Psychological Association.

186.    Allison, D. B. (1997, April). Obesity and body mass index, body composition, and gene mapping. Presented to the Eastern Psychological Association.

187.    Allison, D. B. (February, 1997). *Genetic Epidemiology of Obesity*. Invited presentation delivered at the 2nd Abraham Conference on Preventive Nutrition "Obesity in the 1st Century" at Columbia University College of Physicians and Surgeons.

188.    Allison, D. B. (January, 1997). *Genetic Influence on Food Intake: A Twin Study*. Invited presentation delivered at the 1997 annual meeting of the International Life Sciences Institute.

189.    Allison, D. B., & Faith, M. S. (November, 1996). Bridging the data gap. In D. B. Allison (Chair) *Controversies in Obesity Treatment: Moving Toward Common Ground* (Symposium). Presented to the Association for the Advancement of Behaviour Therapy.

190.    Allison, D. B. *Recent Advances in the Genetics of Obesity*. (November, 1996). Invited **Keynote** address presented to the Obesity and Eating Disorders Special Interest Group of the Association for the Advancement of Behaviour Therapy.

191.    Allison, D. B. (November, 1996). *Obesity: Prevalence and Consequences.* In *Obesity: Problems, mechanisms & Therapies.* A one-day symposium at Montefiore Medical Center.

192.    Allison, D. B.  (September, 1996). *Advocacy (and other) Science: Separating the Reasonable from Unreasonable.* An invited lecture delivered at the annual meeting of the D.C. Science Writers' Association.

193.    Allison, D.B. & Faith, M.S. (August, 1996). A Proposed Heuristic for Communicating Heritability to the General Public.  Presented to the American Psychological Association.

194.    Allison, D. B. (1996). *Statistical Aspects of Data Normalization Procedures*.  In Goran, M. I. *Workshop on Data Normalization Procedures.*  Presented at the 1996 Experimental Biology meeting.

195.    Pietrobelli, A., Brambilla, P., Manzoni, P. Heymsfield, S. B., Gallagher, D., Allison, D. B., Faith, M. S., Chiumello, G. (April, 1996). Validation of BMI as a Measure of Adiposity in Children and Young Women.  Presented at the 1996 International Congress on Eating Disorders.

196.    Allison, D. B.  (April, 1996). Psychobiology of Eating Disorders I: Genetics.  Presented at the 1996 International Congress on Eating Disorders.

197.    Allison, D. B. (April, 1996). Eating Disorders Research Viewed from an Obesity Research Perspective: What Can We Learn?  Presented at the 1996 International Congress on Eating Disorders.

198.    Allison, D.B. (April, 1996) Overview and Introduction on Obesity: Pathophysiology and Treatment II (Metabolic Processes in Health and Disease Theme).  Presented at the 1996 Experimental Biology Meeting.

199.    Faith, M.S. & Allison, D.B. (March, 1996). Do Social Comparison Tendencies Moderate the Obesity Body Image relationship. Presented to the Eastern Psychological Association.

200.    Edlen-Nezin, L., Allison, D.B., & Clay-Williams, G. (March, 1996). Race effects on body weight satisfaction and dieting beliefs and behaviors. Presented to the Eastern Psychological Association.

201.    Allison, D.B. (March, 1996). Alternative Models for Meta-Analysis. In (L. Primavera; Chair) Methods for Meta-Analysis. Presented to the Eastern Psychological Association.

202. Allison, D. B. (March, 1996). Going to Extremes: Statistical Issues in Mapping Genes for Complex Traits. An invited address presented to the New York Metropolitan Chapter of the American Statistical Association.

203. Allison, D. B. (November, 1995). *New findings in the genetics of obesity*. An invited address presented at the annual Nutrition Symposium at Johns Hopkins University School of Medicine.

204. Allison, D. B. (October 1995). *Interpreting epidemiological research*. An invited address delivered at the annual meeting on journalistic reporting of epidemiological research hosted by the Boston University School of Journalism.

205. Allison, D. B. (August 1995). T*he Measurement of Food Intake in Children.* Invited paper presented at the National Institutes of Health, National Institute of Diabetes Digestive and Kidney Disease's symposium on *Methods for Research in Childhood Obesity,* September 1995.

206. Allison, D. B., Faith, M.S. & Gorman, B.S. (August 1995). *The effects of autocorrelation on Type I error rates in single case research analyzed via randomization test.* Paper presented to the American Psychological Association.

207. Allison, D. B., Engel, C., Kreibich, K., Heshka, S., & Heymsfield, S.B. (August 1995). *Predicting weight loss: Assessing the predictive validity of three psychometric instruments.* Paper presented to the American Psychological Society.

208. Allison, D. B., Neale, M.C., Kezis, M. I., Alfonso, V.C., Heshka, S., & Heymsfield, S.B. (August 1995). *Assortative Mating for Relative Weight: Genetic and Social Implications.* Paper presented to the American Psychological Society.

209. Allison, D. B. (August 1995). *Meta-Regression: Issues and Applications.* In Primavera, L.H. (Chair). Issues in the use of regression analysis. A symposium presented to the American Psychological Association.

210. Allison, D. B. & Heymsfield, S. (August 1995). Racial Admixture, adiposity, and adipose tissue distribution among Black females: A pilot study. Presented to the 1995 FASEB Summer Conference on Genetic and Behavioral Influences on Obesity and Energy Regulation.

211. Allison, D. B. *Genetics of Human Obesity: Myths, Methods, & Measurements.* An invited address delivered to the New York City American Heart Association, June, 1995.

212. Allison, D. B., & Neale, M. C. *Does Genetic Predisposition to Obesity Moderate the Obesity-Hypertension Relation.* Paper presented to the International Twin Society, May, 1995.

213. Allison, D. B. *The Epidemiologic Evidence Regarding Trans-Fatty Acids and CHD.* Invited address presented at the 1995 meeting of the Oil Chemists Society.

214. Allison, D. B., & Faith, M. *Publication Bias in Obesity Treatment Trials?* Paper presented to the Eastern Psychological Association, April, 1995.

215. Goran, M. I., Allison, D. B., Poehlman, E. T. *Are Body Composition Ratios Valid Obesity Indices*. Paper presented to the Federation of American Societies of Experimental Biology, April, 1995.

216. Allison, D. B. *More Power & More Money.* In Primavera, L. H., Gorman, B. S., and Allison, D. B. *Practical Issues in Power Analysis*. A symposium presented to the American Psychological Association, August, 1994.

217. Mulheim, L. S., Allison, D. B., & Heymsfield, S. B. *Caloric Underreporting in obese persons*. Presented to the 6th International Conference on Eating Disorders, April, 1994.

218. Allison, D. B. (Invited Panel Presenter) at *Research and the New Paradigm*. Presented at the annual meeting of the Association for the Health Enrichment of Large People, April, 1994.

219. Allison, D. B. *Power and Money*. A symposium presented to the Eastern Psychological Association, April, 1994.

EA_193

220. Allison, D. B., Heshka, S., Sepulveda, D., Babbitt, R. L., & Heymsfield, S. *Resting Metabolic Rate Among Persons With Down Syndrome*. Paper presented to the annual Gatlinberg Conference on Mental Retardation, March, 1994.

221. Basile, V. C., Motta, R., & Allison, D. B. *Antecedent Exercise as a treatment for disruptive behavior: Testing hypothesized mechanisms of action.* Paper presented to the Association for the Advancement of Behavior Therapy, November 1993.

222. Alfonso, V. C. & Allison, D. B. *Convergent and Discriminant Validity of the Extended Satisfaction with Life Scale*. Paper presented to the American Psychological Association, August, 1993.

223. Primavera, L. H., Gorman, B. S., & Allison, D. B. *Common questions of statistical consultants: What to do before hitting the ENTER key.* Paper presented to the American Psychological Association, August, 1993.

224. Gorman, B. S., Primavera, L. H., & Allison, D. B. *Difficulty factors in the restrained eating scale: When is a scale a scale?* Paper presented to the Eastern Psychological Association, April, 1993.

225. Allison, D. B. Methodological Issues in Obesity Research with Examples from Biometrical Genetics. Paper presented to at the symposium Obesity and Weight Control: Advances in the Medical and Psychosocial Management of the Nation's most Prevalent Life-Threatening Illness sponsored by The American Institute of Life-Threatening Illness and Loss, April, 1993.

226. Allison, D. B., & Heymsfield, S. B. Do the obese overeat? In Allison, D. B., & Pi-Sunyer, F. X. *Current Status of Scientific and Clinical Progress in Human Obesity*. A two-day symposium held at the annual AAAS convention in February, 1993.

227. Allison, D. B. If we live in a deterministic world, why can't we predict treatment outcome? In Allison, D. B., & Pi-Sunyer, F. X. Current Status of Scientific and Clinical Progress in Human Obesity. A two-day symposium held at the annual AAAS convention in February, 1993.

228. Allison, D. B., Gorman, B. S., & Primavera, L. H. (1992, August). *The Most Commonly Asked Questions by Statistical Consultees: Our Favorite Responses and Recommended Readings*. Invited address (Division 1) delivered to the American Psychological Association at the 1992 annual convention.

229. Allison, D. B., Heshka, S., & Heymsfield, S. B. (August, 1992). *A Method for the Identification and Analysis of Homologizer/Moderator Variables When the Moderator is Continuous*. Paper presented to the American Statistical Association.

230. Alfonso, V. C., & Allison, D. B. (1992, August). *Further Psychometric Development of the ESWLS*. Paper presented to the American Psychological Association.

231. Allison, D. B., & Heymsfield, S. B. (1992, August). *Is the Asymptotic Variance-Z Test Robust with Truly Small Samples?* Paper presented to the American Psychological Association.

232. Allison, D. B. (1992, August). *The Confounding of Single-Case Designs When Cyclicity is Present.* Paper presented to the American Psychological Association.

233. Gorman, B. S., & Allison, D. B. (1992, August). *Calculating Effect Sizes for Meta-analysis: The Case of the Single-Case.* Paper presented to the American Psychological Association.

234. Franklin, R. D., & Allison, D. B. (1992, August). *Visual Inspection, Response Guided Experimentation, and Type I Error Rate*. Paper presented to the American Psychological Association.

235. Silverstein, J. M., & Allison, D. B. (1992, August). *Proposed Designs for Informative, Ethical, and Inferentially Sound Clinical Evaluation.* Paper presented to the American Psychological Association.

236.  Allison, D. B.  (1992, August).  *Evidence of Commingling in Human Eating Behavior.*  Presented at the FASEB Summer Conference on "Energy Balance from Gene to Organism."

237.  Allison, D. B.  (May, 1992). *The Validity of Assumptions Underlying the Promotion of Weight Loss.*  Invited address delivered to the Food and Nutrition Council of Greater New York.

238.  Allison, D. B., & Heymsfield, S. B. (May, 1992). *Do Obese Persons Eat More Than Nonobese Persons?  A Methodological Perspective.*  Paper presented to the Association for the Health Enhancement of Large Persons.

239.  Silverstein, J. M., & Allison, D. B.  (May, 1992).  *Antecedent Exercise in the Treatment of Disruptive Behavior.*  Invited address delivered at the Young Adult Institute's 13th Annual International Conference.

240.  Allison, D. B., Heshka, S., & Heymsfield, S. B.  (May, 1992).  *The Independent Effects of Age on Metabolic Rate: A "Mini-Meta-Analysis."*  Paper presented to the American Society of Clinical Nutrition.

241.  Gerace, L., Russell, M., Aliprantis, A., Wang, J., Pierson, R. N., Baumgartner, R., Allison, D. B., & Heymsfield, S. B.  (May, 1992).  *Differences in Bone Mass and Skeletal Linear Dimensions Between Black and White Men.*  Paper presented to the American Society for Clinical Nutrition.

242.  Allison, D. B. (April, 1992).  *A Note on The Selection of Control Groups and Control Variables in Comorbidity Research.*  Paper presented at the Fifth International Conference on Eating Disorders.

243.  Allison, D.B., Heshka, S. & Heymsfield, S. B. (April, 1992). *Counting Calories? - Caveat Emptor.*  Short paper presented at the Society for the Study of Ingestive Behavior Annual Meeting at the Meeting of The Eastern Psychological Association.

244.  Allison, D. B., Silverstein, J. M., & Galante, V. (April, 1992).  Relative Effectiveness and Cost-Effectiveness of Cooperative, Competitive, and Independent Monetary Incentive Systems for Improving Staff Performance.  Paper presented to the Eastern Psychological Association.

245.  Allison, D. B., & Heshka, S. (April, 1992).  *Emotionality and Eating Among the Obese?: A Critique.*  Paper presented to the Eastern Psychological Association.

246.  Allison, D. B.  (March, 1992).  Upper versus Lower and Central versus Peripheral as Distinct Components of Body Fat Distribution.  Paper presented to the Society for Behavioral Medicine.

247.  Murphy, C. M., Babbitt, R. L., Allison, D. B., & Patterson, H. L.  (March, 1992).  The Prevalence and Characterization of Obesity Among Children with Developmental Disabilities Compared to Nondevelopmentally Disabled Controls.  Paper presented to the Society for Behavioral Medicine.

248.  Allison, D. B., & Franklin, R. D.  (November, 1991).  *The Readability of Three Measures of Dietary Restraint.*  Paper presented at the annual meeting of the Association for the Advancement of Behavior Therapy.

249.  Allison, D. B., Murphy, C. M., Babbitt, R. L., & Patterson, H. L.  (October, 1991).  *Adiposity Amongst The Mentally Retarded.*  Paper presented at the annual conference of the American Association of University Affiliated Programs.

250.  Franklin, R. D., Fisher, W. F., & Allison, D. B.  (1991, August).  *Reinforcer Assessment: A Twenty-Five Year Retrospective.*  Paper presented to the American Psychological Association.

251.  Franklin, R. D., & Allison, D. B.  (1991, August).  *Violent Crime and Substance Abuse Among North Carolina Prisoners, 1989.*  Paper presented to the American Psychological Association.

252.  Allison, D. B., & Franklin, R. D.  (1991, June).  *Opiate Peptides: Their Putative Role in the Pathogenesis and Treatment of Obesity.*  Paper presented to the American Psychological Society.

253.   Burke, J. B., Summers, J. A., Lynch, P. S., & Allison, D. B.  (1991, June).  *Treating a disrupted sleep phase disorder in a nine-year old boy with Angelman Syndrome*.  Paper presented to the American Psychological Society.

254.   Alfonso, V. C., Allison, D. B., & Dunn, G. M.  (1991, June).  *The Development of The Extended Satisfaction With Life Scale*.  Paper presented at the first annual meeting of the American Association for Applied and Preventive Psychology, Washington, DC.

255.   Allison, D. B., Burke, J. C., & Silverstein, J. M.  (1991, May).  Scaling the Acceptability of Behavior Decelerative Procedures: Perceptions of Psychologists and Psychology Interns Working With Developmentally Disabled Persons.  Paper presented at the annual meeting of the Association for Behavior Analysis.

256.   Allison, D. B.  (1991, May).  *Antecedent Exercise in the Treatment of Disruptive Behavior: A Meta-analytic Review*.  Paper presented at the annual meeting of the Association for Behavior Analysis.

257.   Allison, D. B., & Silverstein, J. M. (1991, May).  Scaling aversiveness of behavior decelerative procedures:  Perceptions of staff working with developmentally disabled persons.  Paper presented to the American Academy on Mental Retardation.

258.   Allison, D. B.  (1991, April).  *Four Paradigms, Five Procedures, and Three Purposes for Assessing The Stability of Cluster Analysis Solutions*. Paper presented at the Annual Meeting of the Eastern Psychological Association.

259.   Allison, D. B., & Heshka, S.  (1991, March).  *Toward an Empirically Derived Typology of Obese Persons: Derivation in A Patient Population*.  Paper presented to the Society for Behavioral Medicine.

260.   Allison, D. B., & Heshka, S.  (1991, March).  *Toward an Empirically Derived Typology of Obese Persons: Replication in A Divergent Sample*.  Paper presented to the Society for Behavioral Medicine.

261.   Allison, D. B., & Gorman, B. S.  (1991, February).  *Calculating and Estimating Effect Sizes from Between Group, Within Group, and Single Case Designs for Meta-analysis*.  Paper presented at the annual meeting of the American Association for the Advancement of Science, Washington DC.

262.   Allison, D. B., & Franklin, R. D.  (1991, February).  *The Association Between Carbohydrate Craving and History of Depression and Anxiety: Support for Serotonergic Involvement*.  Paper presented to the American Association for the Advancement of Science.

263.   Allison, D. B., Basile, V. C., & McDonald, R. B.  (1990, October).  *The Comparative Effects of Antecedent Exercise and Lorazepam on Aggressive Behavior in an Autistic Man*.  Paper presented at the meeting of the New England Psychological Association, Worcester, MA.

264.   Allison, D. B. (1990, July).  *Is OBM Needed in The Developmental Disabilities Field? Some Ongoing Research*.  Invited address delivered at the Regional Symposium of the New York State Association for Behavior Analysis.

265.   Allison, D. B., Lee, M. J., & Gorman, B. S.  (1990, May).  *Dimensionality of Punishment: Exploratory Inquiry into the Perceptions of Professionals Working with Disturbed Children*.  Paper presented at the meeting of the Association for Behavior Analysis, Nashville, TN.

266.   Allison, D. B., & Silverstein, J. M.  (1990, May).  *Quantifying Treatment Aversiveness: An Empirical Approach*.  Paper presented at the meeting of the Association for Behavior Analysis, Nashville, TN.

267.   Allison, D. B., & Silverstein, J. M.  (1990, August).  *Scaling Aversiveness of Decelerative Procedures*.  Paper presented at the meeting of the American Psychological Association, Boston, MA.

EA_196

268. Alfonso, V. C., Allison, D. B., & Dunn, G. M. (1990, February). *The Relationship Between Sexual Fantasy and Satisfaction: A Multidimensional Analysis of Gender Differences*. Paper presented to the American Association of Sex Educators, Counselors and Therapists, Arlington, VA.

### *Selected Classroom Teaching Experience*

University of Alabama at Birmingham, Birmingham, AL
    Professor                                                            2014

    Co-designed, co-led, and lectured in course on *Energetics: Scientific Foundations of Obesity and Other Health Aspects* UAB's School of Public Health with Dr. Emily Dhurandhar as co-director.

University of Alabama at Birmingham, Birmingham, AL
    Professor                                                            2007

    Co-designed, co-led, and lectured in course on statistical methods for students enrolled in UAB's Howard Hughes Medical institute training program with Drs. Dimmit and Tiwari as co-directors.

St. John's University, Queens, NY
    Adjunct Assistant Professor                             Jan. 1992 - June 1992

    Taught graduate course in Multivariate Statistics for psychology Ph.D. candidates.

Hofstra University, Hempstead, NY
    Adjunct Faculty                                         Jan. 1990 - August 1990

    Taught undergraduate courses in Social, Adolescent, and Introductory Psychology.

Nassau Community College, Garden City, NY
    Adjunct Faculty                                           May 1990 - July 1990

    Taught undergraduate courses in Introductory Psychology.

St. John's University, Queens, NY
    Adjunct Faculty                                         Jan. 1990 - May 1990

    Taught undergraduate course in Tests and Measures.

### *Clinical Experience*

PLUS Group Homes, Westbury, NY
    Applied Behavior Specialist                      Aug. 1988 - April 1990

    Developed and implemented behavior modification programs for autistic/retarded adults living in residential units.  Designed and implemented staff training and organizational behavior management systems.  Initiated research program.  Performed psychological evaluations.

Astor Child Guidance Center, Bronx, NY
    Intern Psychologist                          Sept. 1988 - Aug. 1989

    Provided group and individual therapy to severely emotionally disturbed children and their families in a day treatment hospital.  Provided consultation to classroom teachers in the shaping of classroom behavior through operant procedures.

Farmingdale School District, Farmingdale, NY
    Intern Psychologist                          Sept. 1987 - June 1988

    Provided psychological and educational evaluations and counseling for elementary and junior high school students.

Mercy Hospital Community Residence, Wantagh, NY
    Mental Health Assistant                    Sept. 1987 - Aug. 1988

    Assisted out-patients with histories of major mental disorders in adapting to life outside a hospital, maintaining a home, and becoming integrated into the community.

St. Francis Hospital, Roslyn, NY
    Psychiatric Assistant                       Sept. 1986 - Oct. 1987

    Assisted psychiatric staff in providing care and therapy for adult in-patients with acute mental disorders.

Blueberry Treatment Center, Brooklyn, NY
    Child Care Worker                          July 1985 - Aug. 1986

    Responsible for primary care, counseling, and therapeutic intervention with severely disturbed children ages four to seventeen.

Physician's Weight Loss Center, Hicksville, NY
    Behavior Therapist                        Sept. 1985 - March 1986

    Provided group and individual counseling, behavior modification lectures, and psychological screenings for massively and morbidly obese adult outpatients.

Lifeline Center For Child Development, Queens, NY
    Substitute Teacher                         April 1986 - June 1986

    Assumed teacher responsibilities for emotionally disturbed children of various ages.

***Continuing Education*** *[Listing not kept current. Archival listing available in CV version 213]*


**EDITORIAL & REFEREEING EXPERIENCE**

   **Editorships**

   ***Obesity & Nutrition Related Journals***

- Statistical Editor for *International Journal of Obesity*, 2010 – present.
- Associate Editor of *Obesity*, 2007 – present.
- Associate Editor of *American Journal of Clinical Nutrition* (AJCN), 2013 – present.
- Regional Editor for the Americas for *Clinical Obesity*, 2010 – 2011, Editorial Board member, 2012 - present.
- Co-Specialty Chief Editor, *Frontiers in Nutrition Methodology*, 2013 – 2016.
- Associate Editor, *Surgery for Obesity and Related Diseases*, 2008 – present.
- Editorial Board Member for:
  - *American Journal of Clinical Nutrition*, 2003 - 2004.
  - *Advances in Nutrition and Food Technology, 2014 - present*
  - *Global Epidemic Obesity Journal*, 2013 – present.
  - *International Journal of Eating Disorders*, 1998 - 2005.
  - *International Journal of Obesity*, 2000 - 2006.
  - *ISRN Obesity*, 2012 - present.
  - *Journal of Diabetes Research and Clinical Metabolism*, 2011 – present.
  - *Journal of Obesity*, 2009 – 2013.
  - *Nutrients*, 2009 – 2011.
  - *Nutrition Today*, 1998 - present.
  - *Obesity Reviews*, 2000 - present.
  - *ISRN Nutrition, 2012* – present.
- Honorary Editorial Board Member for *Journal of Nutrition and Dietary Supplements*, 2009 – 2015.
- Contributing Editor for *Nutrition Reviews*, 2002 – 2006.
- Co-edited special issue of *Nutrition* on Nutrigenomics, January, 2004.
- Guest Associate Editor for *Obesity*, 2007.


   ***Genetic Journals***

- Founding Editor-in-Chief (aka Field Chief Editor), *Frontiers in Genetics*, 2010 – 2017. Frontiers in Genetics indexed in JCR and received its first ***impact factor 3.789*** in 2017. Listed as Founding Field Chief Editor (emeritus), 2018 – present.
- Associate Editor for *PLOS Genetics*, 2005 – 2017, Consulting Editor 2017-2019.
- Associate Editor for *Behavior Genetics*, 2005 – 2011.
- Associate Editor of *Human Heredity*, 2002 – 2011.
- Editorial Advisory Board Member for *Recent Patents on DNA & Gene Sequences*, 2008 - 2011.
- Editorial Advisory Board member of *Behavior Genetics*, 2000 – 2005.
- Co-edited special issue of *Behavior Genetics* on the Genetics of Obesity, August, 1997.
- Co-edited special issue of Human Heredity on the Genetics and the Environment in Obesity, September 2013: http://www.karger.com/Journal/Issue/261106

### *Statistical Journals*

- Associate Editor for *Computational Statistics and Data Analysis*, 2003 - 2011.
- Co-edited special issue of *Computational Statistics & Data Analysis* on Statistical Genetics, 2009.
- Co-edited special issue of *Statistics and Its Interface* on Statistical Genetics, 2011.

### *Other Journals*

- Editorial Board Member. *Experimental Gerontology*, 2018 – present.
- Editorial Board Member. *AGE: The Official Journal of the American Aging Association* (renamed *GeroScience* in 2017), 2004 - present.
- Academic Editor for *PLoS One*, 2014 – 2016.
- Editorial Board Member for *European Journal of Clinical Investigation*, 2009 - present.
- Honorary Editorial Board Member: *Evidence-Based Preventive Medicine*, 2003 – present.
- Honorary Editorial Board Member for *Journal of Clinical Pharmacology: Advances and Applications*, 2009 - present.
- Editorial Board Member for *The Open Access Journal of Science and Technology*, 2012 – 2014.
- Associate Editor for *PeerJ*, 2012 – 2015.
- Special Issue Co-Editor for issue on "Perspectives in Aging: Mechanisms Nutritional Interventions" in *Experimental Gerontology*.

## Journal & Book Reviewing

- *Acta Physiologica Scandinavica* – 1997.
- *American Journal of Clinical Nutrition* – 1997-1998, 2000, 2002-2003, 2007, 2009, 2011, 2013-2015.
- *American Journal of Epidemiology* – 1997-1999.
- *American Journal of Human Genetics* – 1997-2003.
- *American Journal of Medicine* – 1997-1998.
- *American Journal of Physiology* – 2000.
- *American Journal of Psychiatry* – 2000.
- *American Journal of Public Health* – 1994, 1999.
- *Annals of Epidemiology* – 2004.
- *Annals of Internal Medicine* – 1998-2001, 2003.
- *Appetite* - 1992, 1994, 1996.
- *Archives of Internal Medicine* – 2001.
- *Behavior Modification* - 1993-1994.
- *Behavior Genetics* – 1998-2001.
- *Behaviour Research and Therapy* - 1993.
- *Biometrics* – 2005-2006.
- *British Journal of Nutrition* – 2013 – 2014, 2017.
- *British Medical Journal (Open)* – 2011.
- *Children and Youth Services Review* - 1991.
- *Clinical Obesity* – 2011.
- *Computational Statistics & Data Analysis*, 2002-2004.
- *Current Developments in Nutrition*, 2018.
- *Current Medical Research & Opinion*, 2011.
- *Diabetes* – 2000.
- *Encyclopedia of Dietary Supplements,* 2004.
- *Ethnicity & Disease* – 2000.

- *F1000 Research Journal* – 2017.
- *Frontiers in Nutrition* – 2013.
- *Genetic Epidemiology* – 1996-1999.
- *Genetics* – 2000-2001.
- *Human Genetics* – 2009.
- *Human Heredity* – 1999-2004.
- *Human Molecular Genetics* – 1997-1998.
- *International Journal of Body Composition Research* – 2007.
- *International Journal of Eating Disorders* - 1995-2001, 2003.
- *International Journal of Obesity* - 1992-2005, 2009, 2011-2015.
- *Journal of the American Medical Association* – 1998-2019.
- *Journal of the American Statistical Association* – 2006.
- *Journal of Applied Behavior Analysis* - 1991, 1996.
- *Journal of Applied Physiology* - 1994-1997.
- *Journal of Clinical Epidemiology*, 2000.
- *Journal of Clinical Endocrinology & Metabolism* – 1996, 1998.
- *Journal of Clinical Psychiatry* – 2000, 2006.
- *Journal of Consulting and Clinical Psychology* - 1992.
- *Journal of Gerontology* – 1998-1999.
- *Journal of Nutrition Education* - 1994.
- *Journal of Pediatrics*, 2002.
- *Lancet*, 2012
- *Measurement and Evaluation in Counseling and Development* - 1992.
- *Medicine and Science in Sports & Exercise* – 1995-1997.
- *Nature* – 2004, 2014.
- *Nature Biotechnology* – 2009-2011.
- *Nature Cell Biology* – 2004-2005.
- *Nature Communications* – 2011-2012.
- *Nature Genetics* – 2003-2007.
- *Nature Medicine* – 2016.
- *Nature Methods* – 2009-2010.
- *Nature Reviews Disease Primers* – 2017.
- *Neuropsychiatric Genetics* – 2004.
- *New England Journal of Medicine,* 2008-2010, 2012, 2015, 2016.
- *Obesity Facts* - 2010
- *Obesity Research* [now *Obesity*] - 1994-2001, 2004, 2006.
- *Obesity Reviews* – 2000 – 2004, 2009-2014.
- *Perceptual & Motor Skills/Psychological Reports* – 1991, 1997.
- *Physiological Genomics* – 2000, 2003.
- *PLoS Genetics* – 2005-2006.
- *PLoS One* – 2007, 2009.
- *Proceedings of the National Academy of Sciences* – 2004, 2007, 2009, 2015, 2017.
- *Psychological Assessment* - 1992.
- *Psychological Bulletin* – 1994.
- *Psychological Methods* – 1997-2001.
- *Science* – 2003-2007, 2012, 2014, 2016, 2018.
- *Science Translational Medicine* – 2014, 2015.
- *Surgery for Obesity and Related Disorders (SOARD)* – 2006, 2007.
- *Statistics in Medicine* – 2005-2006.

**Grant, Conference, & Other Reviewing (selected)**

- **1990.** Served on Selection Committee for television entries for the American Association for the Advancement of Science - Westinghouse Science Journalism 1990 Awards.
- **1992**. Proposal Reviewer for the American Psychological Society's 1992 Convention.
- **1992.** Reviewer of grants-in-aid proposals for the Organizational Behavior Management Network's small grants program, 1992.
- **1993-1995**. Book proposal reviewer for American Psychological Association (1993) and Lawrence Erlbaum Publishers (1994), and Johns Hopkins press (1995).
- **1994.** Proposal Reviewer for the American Psychological Association's 1994 Convention (Division 5) and 1998 convention (Division 38).
- **1995**. Grant reviewer for the University of Colorado's Center for Research in Clinical Nutrition's Pilot and Feasibility Program (1995).
- **1995-2000**. Grant reviewer for the New York Obesity Research Center's Pilot and Feasibility Program (1995; 1999, 2000);
- **1995-2000**. Grant reviewer for the Wellcome Trust (1995, 1998, 2000);
- **1996.** Proposal Reviewer for the Society of Epidemiological Research Convention, 1996.
- **1997-1998**. Grant reviewer for the United Soybean Board (1997-1998);
- **1999 – 2017**. Chair of the United Soybean Board's grant review committee 1999 – 2017.
- **1999**. Grant reviewer for the Austrian *Fonds zur Förderung der wissenschaftlichen Forschung* (1999).
- **1999-2002.** Grant reviewer for the International Life Sciences Institute Future Leader's Award (1999 - 2002)
- **2000.** Ad hoc reviewer for **NIH** Cardiovascular Disease Study Section (2000).
- **2000.** Ad hoc reviewer for **NIH** Nutrition Study Section (2000).
- **2000**. Grant reviewer for the Wellcome Trust & Juvenile Diabetes Foundation Joint Funding Program (2000).
- **2001 – 2002.** Grant reviewer for the University of Alabama at Birmingham's Clinical Nutrition Research Center pilot & feasibility grants program (2001 - 2006).
- **2001.** Special Study Section Reviewer for National Institute of Aging RFA on Caloric Restriction studies. August, 2001.
- **2002**. Grant reviewer for Genome Canada, a not-for-profit corporation established through funding from the federal government of Canada (2002).
- **2002-2005.** Grant reviewer for the University of Alabama at Birmingham's Comprehensive Cancer Center pilot & feasibility grants program (2002 - 2005).
- **2003-2005**. Reviewer for UCLA's Clinical Nutrition Research Unit's pilot & feasibility grants program (2003 – 2005).
- **2004.** Ad hoc reviewer for the NIH Look AHEAD study's ancillary projects program (2004).
- **2004**. Grant proposal reviewer for National Science Foundation CAREER proposal.
- **2004**. Grant proposal reviewer for National Science Foundation *FIBR* proposal, 2004.
- **2004.** Reviewer for the University of South Carolina's intramural research promotion grants (2004).
- **2004-2005.** Special Emphasis Panel reviewer for National Institutes of Health (ZMH1-NRB-G-12 and ZMH1-ERB-P) for applications proposing Schizophrenia Treatments and Treatment Related to Aging, 2004 and 2005.
- **2005.** Ad hoc reviewer for **NIH** Endocrinology, Metabolism, Nutrition and Reproductive Sciences IRG (2005).
- **2008.** Evaluator/Reviewer for National Award Program for Creativity – 2008.
- **2009.** Chair of NIH (NIDDK) Special Study Section for R24 grant review 11/16/2009.
- **2009**. Grant reviewer for t Clinton Foundation and the Solae Company for proposals to develop novel ready to use therapeutic foods for developing countries - 2009.
- **2009**. Grant reviewer for UAB's Minority Health Research Center – 2009.
- **2009**. Reviewer for National Institutes of Health Challenge Grants - June, 2009.

EA_202

- **2010**. Ad hoc reviewer for NIH's Bioengineering Sciences and Technology Integrated Review Group for the National Centers for Biomedical Computing (NCBC), 2010.
- **2010.** Ad hoc statistical reviewer/advisor to the Molecular Genetics B Study Section [MGB], 2010, National Institutes of Health
- **2010**. Grant proposal reviewer for National Science Foundation regular grant 2010.
- **2011.** Evaluator/Reviewer for National Award Program for Creativity – 2011.
- **2012.** Peer Reviewer for Croucher Foundation, Hong Kong**.**
- **2012.** Nominator for National Award Program for Creativity**.**
- **2012.** Evaluator/Reviewer for National Award Program for Creativity – 2012.
- **2012.** Reviewer for NIH Pioneer Award applications.
- **2013.** Reviewer for NIH Loan Repayment Plan applications.
- **2014.** Reviewer for NIH Pioneer grant applications.
- **2015.** Abstract reviewer for the Gerontological Society of America's 68th Annual Scientific Meeting.
- **2015.** Served as grant reviewer for The Leverhulme Trust of the United Kingdom.
- **2015.** Served on the Presidential Awards for Excellence in Science, Mathematics, and Engineering Mentoring (PAESMEM) National Selection Review Panel of the National Science Foundation.
- **2015.** Abstract reviewer for The Gerontological Society of America.
- **2015.** Reviewer for an analysis and research management support report to be published by the National Center for Education Research.
- **2015.** Served on Grant Review Panel for U.S. Department of Education, Institute of Education Sciences.
- **2016.** Served on Grant Review Panel for U.S. Department of Education, Institute of Education Sciences.
- **2016.** Grant reviewer for the Centers for Disease Control and Prevention (CDC).
- **2016.** Grant reviewer for ZonMw – The Netherlands Organisation for Health Research and Development.
- **2017.** Reviewer of grant proposals for the Laura and John Arnold Foundation.
- **2017.** Reviewer of intramural research program for NIH (NIDDK) investigator(s).
- **2017**. Reviewer for the Evidence-based Practice Center Evidence-based Practice Center Program of the U.S. Agency for Health Research and Quality.
- **2017**. Reviewer of Fostering Responsible Research Practices for The Netherlands Organisation for Health Research and Development.
- **2018**  Reviewer for AHRQ Evidence-based Practice Center Program:  comments on "Methods for Evaluating Natural Experiments in Obesity: A Systematic Evidence Review"

INTRAMURAL COMMITTEE & SERVICE WORK **(selected)**

- Member of Indiana University Advisory Board of the Institute for Advanced Study (IAS), July 1, 2019 – June 30, 2022.
- Member Indiana University School of Medicine's Center for Diabetes and Metabolic Diseases (CDMD) in the Nutrition and Physiology of Obesity interest group
- Internal Advisory Committee (IAC) member for Indiana University Developmental Center for AIDS Research (D-CFAR) August 2018 application submission
- Member of University-wide Council for Innovation and Entrepreneurship. The overarching purpose for the Council is to ensure that UAB continues to cultivate a campus-wide entrepreneurial spirit among students, faculty and staff that builds upon past successes and creates opportunities that will profoundly impact UAB, Birmingham, Alabama and beyond, 2017 - 2017.
- Member of University-wide committee to develop integrated plan for training in responsible conduct of research for all students in UAB from undergraduate through post-doctoral, 2016 - 2017.

- Co-Chair of Intellectual Property and Tech Transfer Committee of the UAB Council of Center Directors, 2017 – 2017.
- Member of Dean of Graduate School's University Wide Committee to Determine Policies for Distributing Graduate Fellowships, 2017.
- Chair of School of Health Professions Committee on Enhancing Statistical Support and Teaching within the school, 2017.
- Member of UAB School of Public Health Diversity Committee, 2015 – 2016.
- Chair of UAB School of Public Health Committee to Increase Enrollment in Masters Programs, 2005 – 2006.
- Chair of UAB School of Public Health Research Advisory Council, 2005 – 2016.
- Chair of UAB's Council of Center Directors – Chair in 2010, Chair-Elect in 2009.
- Member of Search Committee for UAB's Comprehensive Diabetes Center Director, 2009 - 2010.
- Co-Director, Genetic Core of Minority Health and Research Center, 2002 - 2005.
- Member of committee to review applications for University-Professors (a special honorific designation within UAB) - 2008.
- Member of internal advisory committee for Dr. Suzanne Oparil's post-doctoral training program in CVD biology.
- Member of Search Committee for Comprehensive Cancer Center Director, 2005-2007.
- Member of Search Committee for Department of Epidemiology faculty, 2004 - 2005.
- Member of Search Committee for UAB's Associate Dean for Postdoctoral Education, 2006 -2007.
- Member of Search Committee for UAB's Comprehensive Cancer Center Director, 2005 - 2007.
- Member of Search Committee for UAB's Department of Nutrition Sciences Department Chair, 2001-2002.
- Member of Search Committee for UAB's Department of Nutrition Sciences Endowed Webb Chair, 2008 - 2009.
- Member of Search Committee for UAB's Department of Nutrition Sciences, 2003-2004.
- Member of Search Committee for UAB's School of Public Health Associate Dean, 2003 – 2004.
- Member of the Executive committee of the Center for Nutrient Genome Interaction, 2003 - 2009.
- Member of the Executive committee of the Heflin Center for Human Genetics, 2002 - 2005.
- Member of the Leadership Committee of the NIH-Funded Diabetes Research and Training Center, 2008 - 2017.
- Member of the Steering Committee of the UAB Comprehensive Diabetes Center, 2008 - 2017.
- Member of the UAB School of Public Health Faculty Affairs Committee, 2001 - 2003.
- Member of UAB University-Wide Office of Grants & Contracts Oversight Committee, 2003 - 2005.
- Member of UAB's Comprehensive Cancer Center Institutional Research Grant Committee, 2001 – 2004.
- Member of UAB's University-Wide Research Advisory Group, 2005 – 2017.

ORGANIZATIONAL AFFILIATIONS & APPOINTMENTS

- Academy of Behavioral Medicine Research, 2017 - present.
- American Aging Association, 2015 - present
- Association for Advancement of Behavior Therapy (AABT).
- American Association for the Advancement of Science (AAAS), 1989 – present.

- o   Elected as Fellow, 2009.
- American College of Nutrition, Elected as Fellow, 2006.
- American Diabetes Association (ADA)
- American Heart Association (AHA), 2006 – Present
  - o   Elected fellow 2015.
  - o   Silver Heart Member, 2017 – present.
- American Psychological Association (APA)
  - o   Member of Division 38 - Health Psychology
  - o   Member of Division 5  - Measurement & Statistics
- American Public Health Association (APHA)
  - o   Appointed the 1st American Public Health Association (APHA) Ethics SPIG Nominations Chair in 2014 - 2016.
- American Society for Human Genetics (ASHG)
- American Society of Nutrition (ASN) (formerly American Society for Clinical Nutrition (ASCN)
  - o   Elected Member of Nominating Committee, 2003.
  - o   Member of Education/Mentoring awards nominating committee – 2008-2009
  - o   Member of Graduate & Continuing Education Committee – 2008-2009.
  - o   Member of the Public Policy/Public Information Awards Nominating Committee for 2010.
  - o   Elected to the Nutritional Sciences Council's Executive committee as NSC *Human Nutrition Representative*, 2013. Term: June 2013 through May 2015.
  - o   Elected as Chair Elect of Obesity Research Interest Section, 2014.
  - o   Appointed to serve as a member of the 2016 Gilbert A. Leveille Award and Lectureship Jury. This is a joint award administered by IFT and the American Society for Nutrition.
  - o   Appointed to Serve on Open Access Journal Search Committee for founding editor in chief, 2015-2016.
  - o   Appointed to serve on search committee for 2016 Atwater Award Lecturer.
- **American Statistical Association (ASA)**
  - o   Member of the executive board of the New York Metropolitan chapter of the American Statistical Association - 1995 to 1999.
  - o   Elected as Fellow, 2007.
- Association for Women in Science (AWIS)
- Behavior Genetics Association (BGA)
- Classification Society of North America (CSNA)
- Committee for Skeptical Inquiry – 2014 to Present
- Eastern Psychological Association (EPA) – membership not current.
- Gerontological Society of America (GSA)
- Human Genome Organization - (HUGO)
- Biometric Society - Eastern North American Region (ENAR)
- Institute of Food Technologists (IFT) – 2017 – present.
- Institute for Mathematical Statistics (IMS)
- National Academy of Medicine (NAM) [formerly Institute of Medicine (IOM)]
  - o   Elected to membership in 2012
- Mathematical Association of America (MAA)
- New York Academy of Science (NYAS)

- NIDDK Network of Minority Health Research Investigators (NMRI), 2014 - present.
- Obesity Action Coalition (OAC) – 2015 – Present.
-  The Obesity Society (formerly NAASO)
  - Chair of Public Relations subcommittee to develop *Media Guide to Contact People and Consultants* ~1992.
  - Member of Publications Committee October 1996 - 1997.
  - Elected Member of Nominations Committee 1996 – 1997.
  - Elected to NAASO Council May, 1995. Served on council from October 1995 through August, 1998.
  - Elected as Secretary/Treasurer of NAASO August, 1998. Served from August 1998 through October, 2001.
  - Served on a special Public Affairs Task Force to provide information regarding dietary supplements for weight loss to the U.S. General Accounting Office (GAO) – 2002.
  - Track co-leader for the Population Studies track of the 2003, 2004, and 2005 annual meetings.
  - Elected Member of Nominations Committee 2005-2006.
  - Elected and served as Vice President 2006-2007.
- Royal Society of Medicine – Admitted as Overseas Fellow, 2017.
- Society of Behavioral Medicine (SBM).
- Society for Epidemiologic Research (SER)
- Society for Nutrition Education and Behavior (SNEB), 2017 - present.
- Society for Public Health Education (SOPHE)
- Society for the Study of Ingestive Behavior (SSIB)
- TED – Ideas Worth Spreading (TED)

CONFERENCE & WORKSHOP ORGANIZATION

- Organized an international Advanced Research Workshop (≈150 participants) sponsored by the North Atlantic Treaty Organization (NATO) and the National Institute of Diabetes Digestive & Kidney Diseases, *Obesity Treatment: Establishing Goals, Improving Outcomes, and Reviewing the Research Agenda*, held June 3-5, 1993.

- Chair (with F. Xavier Pi-Sunyer) of a two-day meeting (≈200 participants) sponsored by the American Association for the Advancement of Science (AAAS), *Current Status of Scientific and Clinical Progress in Human Obesity* in February, 1993.

- Chaired organizing committee for the NAASO-sponsored and NIDDK-funded conference (≈120 participants) *Advancing the Genetics of Obesity: Strategies & Methods*, 1997.

- Co-Chair with David Harrison of Genetics Committee of National Institute of Aging Conference on Application of Caloric Restriction Research to Humans, March, 1999.

- Elected Vice-Chair (with Michael Jensen, Chair) of 2001 FASEB summer conference on *Obesity & Energy Metabolism.*

- Vice Chair of the year 2000 annual meeting of the International Life Sciences Institute (ILSI) and Chair of the year 2001 annual ILSI meeting.

- Serve on the International Advisory Committee for the 2002 9th International Congress on Obesity in Brazil as the "International Expert" for the Track on *Genetics Of Obesity*.

- Chair (with Drs. Arlen Price and Anthony Comuzzie) of the first meeting for a putative consortium of human obesity gene mappers titled *'Adi-Map' Obesity Gene Mapping Collaborative Project: Are we ready?* Sponsored by the National Institute of Diabetes Digestive, and Kidney Diseases, July 14, 2000.

- Co-Leader (with June Stevens and Anthony Comuzzie) of Population Studies & Public Health Track of the 2003, 2004, and 2005 annual meetings of the North American Association for the Study of Obesity.

- With Dr. Jose Fernandez in the lead, I organized a 1-day workshop on UAB's campus regarding genetic admixture studies (see: http://mhrc.dopm.uab.edu/MHRC%20Genetic%20Admixture%20Workshop.pdf).

- Primary organizer and PI of NIH R13 grant for 2-day conference on *Design, Analysis, Interpretation of Randomized Clinical Trials In Obesity* held in Newark, NJ, Dec 4-5, 2006. For details, see: http://main.uab.edu/Shrp/Default.aspx?pid=97738.

- Primary organizer and host of NIH (NIA) sponsored 2-day workshop on *Statistical Methods for Longitudinal Data on Aging Workshop* held in Bethesda, Maryland, June 13-14, 2007.

- Primary organizer and PI of NIH R13 grant for 2-day conference on *Body Weight, Adiposity, Energetics, and Longevity* held on St. Simons Island, Nov 29-30, 2007. For details, see: http://main.uab.edu/Shrp/Default.aspx?pid=100248

- Principal UAB organizer of 3-day 2nd annual Southern Obesity Summit held in Birmingham, AL, Nov 9-11, 2008. For details, see: http://www.southernobesitysummit.org/.

- Member of committee on statistics for World Congress on Genetics Applied to Livestock Production (WCGALP), 2012-2013.

EA_207

MENTORSHIP ACTIVITIES (selected; *see also leadership activities section*)

- Mentored High School Student attending John F. Kennedy High School in Bellmore, New York on obesity research project through school's *Advanced Science Research* program: 2014.
- Mentored High School Student on Girls Scout Gold Award project involving obesity and nutrition, 2015.
- Mentor for American Heart Association Minority Mentoring Program, 2009 - present.
- Selected as a mentor for the Mentored Experiences in Research, Instruction, and Teaching (MERIT) Program, an NIH-funded Institutional Research and Academic Career Development Award (K12) from the Division of Minority Opportunities in Research (MORE) at NIGMS. It is facilitated through the partnership of UAB, Miles College (Fairfield, AL), and Stillman College (Tuscaloosa, AL). The primary goal of the MERIT Program is to provide postdoctoral scholars with outstanding research and teaching experiences while improving the recruitment of underrepresented minorities into the field of biomedical research, 2010-2017.
- Served on Doctoral Dissertation Committees for students at UAB, Columbia University Teachers' College, Hofstra University, Rutgers University.
- Master's thesis advisor to Masters students at Columbia University and New York University.
- Pre-examiner for doctoral dissertation of Minna Oman from the University of Helsinki, 2001.
- Scientist participant in *Science-By-Mail*, a science correspondence program with fourth grade children, 1992-93
- Mentor in New York Academy of Science's summer student internship program, 1992-1998. Co-Mentor, 1999-2001. Supervised high school students in research projects.
- Supervise/mentor high school interns from LaGuardia High School for Gifted Students, 1994-1996.
- Supervise/provide research experience to numerous masters and Ph.D. students from Fordham University.
- Internship supervisor of doctoral student in health psychology from Ferkauf College at Albert Einstein College of Medicine, 1995-1996.
- A UAB post-doctoral fellow I have helped, Dr. Xuxia Wu, won an award for our collaborative work: Wu X, Wang J, Allison DB, Garvey WT. (2004) Muscle response to insulin is impaired in diabetic humans, in association with a defect in signaling pathway. Presented at the University of Alabama at Birmingham's 2004 Annual Center on Aging Meeting in September. UAB Center of Aging Abstract Winner.
- UAB Dept of Medicine Junior Faculty Mentoring Program led by Lisa M. Guay-Woodford, M.D., Director, Division of Genetic and Translational Medicine.  As of Spring 2007, serving as one of three Scholar Advisory Committee (SAC) members for John Hartman MD, Asst Prof of Genetics, 2007 – 2010.
- Mentor for the NHLBI eMentoring Initiative, 2010 – present.
- Registered Mentor for the National Alliance for Doctoral Studies in the Mathematical Sciences, an alliance between a group of proven mentors in math sciences departments at several Ph.D. and master's granting universities together with mentors at math science departments at colleges and universities which serve a substantial number of underrepresented undergraduate students, 2009 - Present.
- As community service, serve as advisor to one Girl Scout going for Girl Scout Gold Award with a nutrition and health project, 2014.

A (non-exhaustive) Listing of Individuals Mentored Appears Below:

| Trainee | Topic of Study | Program | Dates of Training | Outcomes and/or Last known position |
|---|---|---|---|---|
| **High School Students** | | | | |
| Angelique Fournier | Social & Ethnic Influences on Obesity | NY Academy of Science Summer Internship program for Gifted High School Students | 1992 | One peer-reviewed paper. |
| Orlando Valazco | Estimating weight loss success. | | 1993 | Completion of high school and entry into college. |
| Rachel Weber | Estimating weight loss success. | | 1993 | |
| Denise Sanchez | Obesity & Mortality Rates | | 1995 | |
| Diana Townsend-Butterworth | Obesity & Mortality Rates | | 1997 | One peer-reviewed paper. Completed B.A. at Harvard University and MBA at University of Pennsylvania. |
| Adwoa Dadzie | Obesity & Mortality Rates | | 1998 | Completed Bachelor's at Trinity College and Master's at NYU. Currently employed by Nestle. |
| Jessica Singleton | Alternative Medicine & Obesity | | 1999 | Completed bachelor's in honors cognitive neuroscience program at Harvard. Currently research assistant at Columbia University. |
| Kristen Jozkowski[2] | Genetics of Food Intake | | 2000 | Participant and finalist in several high school science fairs. Regional finalist in the U.S. Intel "Science and Engineering" Competition. Endowed Full Professor at Indiana University Bloomington School of Public Health. |
| Stella David | Nutrition education in disadvantaged youths. | Girl Scouts Gold Award | 2015 | High School student. |
| **Undergraduate Students** | | | | |
| Meredyth Kravitz | Obesity and self-esteem | Undergraduate Summer Volunteer | 1997 | One peer-reviewed paper; Obtained PsyD degree from Albert Einstein-Yeshiva University. Currently psychologist at the Manhattan Learning Center of the Jewish Board of Family and Children's Services. |
| Judy Liu | General Research | Student Assistant | 1996 | Adjunct faculty at Florida Institute of Technology. Teaches Medical Ethics. Currently Director, Marketing at GlaxoSmithKline |
| Ankur Moondan | Statistical Methods for Power Analysis | Summer Intern from India | 2008 | One peer-reviewed paper published. |
| Giulianna Murati | Obesity and Genetics | Minority summer intern collaboration with University of Puerto Rico | 2009 | One peer-reviewed paper published. As of 2013, attending Ross University School of Veterinary Medicine. |
| **Post-Baccalaureate Students** | | | | |
| Elizabeth Manibay | Obesity | Ph.D. program in Psychology at CUNY Baruch College | 1996 | One paper published in peer-reviewed journal; Received NIH minority supplement grant. Currently Managing Director, Business Consulting at Charles Schwab Advisor Services. |
| Ming Infante | Statistical Genetics and obesity | Post-baccalaureate pre-med program, Columbia University | 1998 – 1999 | Three peer-reviewed papers. Currently getting Executive Master's at Cranfield University. |

---

2

| Trainee | Topic of Study | Program | Dates of Training | Outcomes and/or Last known position |
|---|---|---|---|---|
| Nathaniel Berman | Pediatric Obesity | Pre-Med program, Columbia University | 1998 – 1999 | One peer-reviewed paper in *Pediatrics*. Currently Assistant Professor in Medicine, Weill Cornell Medical College. |
| **Master's Students** | | | | |
| Dennis Sepulveda | Obesity in Down Syndrome | Master's Program at Columbia in Nutrition | 1993 | Two published papers. Received award for outstanding achievement by employee of Sanofi Pharmaceuticals. |
| Jennifer L. Kraker | Meal Replacement formulae for obesity treatment. | | 2000 – 2001 | Two papers published. Winner of 2005 scholarship from the American Society of Clinical Nutrition for an internship in nutrition and medicine. Completed MD training. Currently practicing psychiatrist. |
| Paula Iocova | Obesity | Extern from Psychology Master's program at Fordham University | 1995 – 1996 | Successful application to Ph.D. program. |
| Tapan Mehta | Analysis of microarray data. | M.S. Student in Engineering at UAB. Now PhD mentoree at UAB. | 2002 – 2013 | Many papers published. Winner of multiple Young Investigator awards. Assistant professor (Tenure Earning), School of Health Professions, at UAB. Inducted into the DELTA OMEGA Honorary Society in Public Health, Upsilon Chapter |
| **Doctoral Students** | | | | |
| Hansen Bannerman-Thompson | Microarray analysis by support vector machines. | Graduate Intern (Ph.D. candidate at N. Dakota State U.) | Summer 2000 | University of Cincinnati Post-Doc, Environmental Health |
| Eva Gropp | Obesity & Genetics | Medical Student/Visiting Scholar from Germany | 2000 – 2001 | Several papers published. Currently post-doctoral fellow at Institute for Genetics, University of Cologne. |
| Janet Mentore (Lee) | Obesity | Extern from Psychology Ph.D. program at Fordham University | 1996 – 1997 | Three peer-reviewed papers. Currently psychologist and published children's book author. |
| Susan Tennant | Obesity | | 1998 | Completed PhD. Practicing Psychologist. |
| Julie Nathan | Obesity | Extern from Psychology Ph.D. program at Fordham University | 1996 – 1997 | Four published papers. Completed PhD. Practicing psychologist. |
| Chenxi Wang | Statistical methods for studying the relation between obesity and mortality. | Ph.D Student in Nutrition Sciences, UAB | 2001 – 2004 | Multiple published papers. Won Samuel L. Barker Award for Best Graduate Student at UAB in 2004, given to one and only one student in entire university per year. Currently Assistant professor of Nutrition, University of Louisville. |
| Scott W. Keith, Ph.D. | Statistical methods for studying obesity and mortality rate. | UAB Ph.D. Program in Biostatistics. Supported by NHLBI T32. | 2004 – 2008 | Many papers published and awards won. Assistant Professor, Biostatistics, Thomas Jefferson University. |
| Matt Giddings | Hormetic effects of caloric restriction on lifespan | Psychology at UAB | 2007 – 2011 | Received $10,000 grant as PI from the Alzheimer's of Central Alabama to study nutritional influences on the progression of Alzheimer's disease in a mouse model. |

| Trainee | Topic of Study | Program | Dates of Training | Outcomes and/or Last known position |
|---------|----------------|---------|-------------------|-------------------------------------|
| Tiffany Cox, PhD, MPH | Design issues in obesity treatment trials | Epidemiology program at UAB | 2009 – 2011 | Assistant Professor, UAB Division of Preventive Medicine. |
| Molly Bernhard | Ambient temperature and food intake in humans. | Environmental Health Sciences PhD program at UAB | 2013 - 2017 | UAB Pre-doctoral Fellow NIH T32HL105349 |
| Henry Robertson. Ph.D. | Statistical methods for studying longevity. | Biostatistics PhD program at UAB | 2008 - 2011 | Scientist, Seton Health Care |
| Tapan Mehta, Ph.D. | Statistical methods for studying BMI and mortality. | Biostatistics PhD program at UAB | 2011 - 2013 | Assistant Professor, Dept of Physical Therapy, University of Alabama at Birmingham |
| Daniella Chusyd | Energy expenditure and body composition in animal models. Co-mentored with Tim Nagy. | Nutrition PhD program at UAB | 2013 - 2017 | UAB Pre-doctoral Fellow NIH T32HL105349. Received PI grant from Eppley Foundation, a second co-PI grant from the Smithsonian, and a diversity supplement from the NIA. |
| Jennifer Davis | Exploring impact of a high fat diet on circadian rhythms of glycogen synthase kinase 3 (GSK3) on learning and memory. Co-mentored with Karen Gamble | Genetics, Genomics, and Bioinformatics PhD program at UAB | 2014 - 2017 | UAB Pre-doctoral Fellow NIH T32HL105349. |
| Luis Mestre | Biostatistics and obesity. | Epidemiology and Biostatistics PHD program at IU | 2017 - Present | |
| **Post-Doctoral Fellows** | | | | |
| Myles S. Faith, Ph.D. | Behavioral genetics of obesity. | Post-Doctoral Fellow | 1995 – 1998 | Professor and Associate Chair of the Department of Counseling, School, and Educational Psychology, University at Buffalo. Many papers and NIH grants as PI. |
| Angelo Pietrobelli[3], M.D. | Pediatric obesity & Body Composition. | Post-Doctoral Fellow (from Italy) | 1995 – 1998 | Faculty Investigator, Verona University Medical School. Many papers published. Assoc editor of obesity journals. |
| Moonseong Heo, Ph.D. | Statistical methods in obesity research. | Post-Doctoral Fellow | 1996 – 1999 | Professor, Albert Einstein College of Medicine of Yeshiva University & Montefiore Medical Center. Numerous papers published. |
| Raffaella Zannolli, M.D. | Epidemiological studies in obesity. | Post-Doctoral Fellow (from Italy) | 1998 – 1999 | Multiple peer-reviewed papers.  University of Siena, Assistant Professor. |
| Jose Fernandez, Ph.D. | Statistical genetics applied to obesity. | Post-Doctoral Fellow | 1999 – 2001 | Many papers published. Professor and Vice Chair, UAB Dept of Nutrition Sciences. NIH R01 funding as PI. |
| Daniel Hoffman[4], Ph.D. | Body composition. | Post-Doctoral Fellow | 1999 – 2001 | Many papers published. Associate Professor, Dept. of Nutritional Sciences, Rutgers University. |
| James (Yong-woo) Park[5], M.D. | Body composition. | Post-Doctoral Fellow (from Korea) | 2000 – 2001 | Many papers published. Professor, Sungkyunkwan University School of Medicine. |

---

[3] Jointly mentored with Steven Heymsfield.
[4] Jointly mentored with Steven Heymsfield.
[5] Jointly mentored with Dympna Gallagher.

| Trainee | Topic of Study | Program | Dates of Training | Outcomes and/or Last known position |
|---|---|---|---|---|
| Shankuan Zhu, M.D., Ph.D. | Body composition & mortality rates. | Post-Doctoral Fellow | 2000 – 2001 | Many papers published. Professor & Executive Dean Zhejiang University, School of Public Health, PR China. NIH R01 funding as PI. |
| Jacob Pieter Laurens Brand PhD. | Statistical analysis of microarray data through computer intensive methods. | Post-Doctoral Fellow | 2001 – 2003 | Multiple papers published. Biostatistician, The EMMES Corporation. |
| Mark Cope, Ph.D. | Pharmacogenomics of Anti-Psychotic Induced Weight Gain: Rodent Models. | Post-Doctoral Fellow | 2001 – 2006 | Nutrition Research Scientist, Dupont. |
| Dongyan Yang, M.D., M.S. | Statistical Genetics. | Post-Doctoral Fellow | 2002 – 2003 | Assistant Professor, University of Louisville, Dept of Epidemiology and Population Health. |
| Jode Edwards, Ph.D. | Statistical analysis of microarray data. | Post-Doc (T32) | 2002 – 2004 | Research Geneticist USDA ARS and Faculty Iowa State University. |
| Stanislav Zakharkin, Ph.D. | Statistical analysis of genetic data | Post-Doc (T32) | 2002 – 2005 | Scientist at Kraft North America. |
| Siham Elamin, DVM | Genetic Epidemiology | Post-Doctoral Fellow | 2003 – 2004 | Veterinary Medical Officer, USDA/APHIS/VS. |
| Kyoungmi Kim, Ph.D. | Statistical genetics. | Post-Doctoral Fellow | 2003 – 2005 | Associate Professor, University of CA–Davis. |
| Solomon Musani, Ph.D. | Statistical genetics of Obesity | Post-Doc (T32) | 2003 – 2005 | Assistant Professor, University of Mississippi Medical Center. |
| Laura Kelly Vaughan, Ph.D. | Statistical Genetics of Obesity | Post-Doc (T32) | 2005 – 2008 | Assistant Professor of Biology College of Arts and Sciences King University |
| Daniel Shriner[6], Ph.D. | Statistical Genetics of Obesity | Post-Doc (T32) | 2005 – | NIH Staff Scientist, Center for Research on Genomics and Global Health |
| David Brock, Ph.D. | Obesity | Post-Doc (T32) | 2006 – 2007 | Associate Professor of Exercise Physiology, University of Vermont |
| Mai Elobeid, Ph.D. | Obesity | Post-Doc (T32) | 2006 – 2008 | Researcher, King Saud University |
| Marcus Guyton, Ph.D. | Obesity | Post-Doc (T32) | 2006 – 2008 | Unknown |
| Daniel Smith PhD | Caloric Restriction and Longevity | Post-Doc (T32) | 2007 – 2010 | Assistant Professor, Dept of Nutrition Sciences, UAB; PI of grant from the Ellison Foundation. |
| Stephen Erickson, Ph.D. | Statistical Genetics | Post-Doc (T32) | 2006 – 2009 | Assistant Professor, University of Arkansas Med. Sciences |
| Nicholas Pajewski, Ph.D. | Statistical Genetics | Post-Doc (T32) | 2008 – 2010 | Assistant Professor, Wake Forest University SOM |
| Gustavo de los Campos, PhD | Statistical Genetics | Post-Doc | 2009- 2011 | Associate Professor of Epidemiology and Biostatistics, Michigan State University. Two R01s as PI. Many published papers. |
| Yann Klimentidis, Ph.D. | Genetics of Obesity Phenotypes | Post-Doc (T32) | 2009 – 2011 | Assistant Professor, University of Arizona. K-award and R01 as PI. |

---

[6] Jointly mentored with Nengjun Yi.

| Trainee | Topic of Study | Program | Dates of Training | Outcomes and/or Last known position |
|---|---|---|---|---|
| Kathryn Kaiser, Ph.D. | Design issues in obesity treatment trials | Post-Doc (T32) | 2009 – 2011 | Assistant Professor, UAB SOPH |
| Katherine Ingram, Ph.D. | Design issues in obesity treatment trials | Post-Doc (T32) | 2009 – 2011 | Assistant Professor, Department of Exercise Science and Sport Management, Kennesaw State University |
| Kirk Williams, Ph.D. | Genetic methods in obesity research | Post-Doc (T32) | 2009 – 2011 | Investigator, FDA |
| Ana Inés Vázquez, Ph.D. | Obesity, genes, and cancer | Post-Doctoral Fellow | 2010 – 2012 | Assistant Professor of Epidemiology and Biostatistics, Michigan State University |
| Henry Robertson, Ph.D. | High-dimensional Survival analysis | Statistician, Seton Healthcare Family | 2011 – 2012 | Statistician, Seton Healthcare Family |
| Emily Dhurandhar, Ph.D. | Effects on Ad36 on glucose metabolism in cell culture models | Post-Doc (T32) | 2011 – 2014 | Assistant professor, Texas Tech University. |
| Andrew Brown, Ph.D. | Investigation and promotion of research reporting integrity in obesity research. | Post-Doc (T32) | 2012 – 2014 | Winner of American Society of Nutrition Young Investigator Award. NIH R25 as PI. Scientist II at UAB. |
| Jacqueline Harris, Ph.D. | Genetics and health disparities. | Post-Doc (T32) | 2011 – 2013 | Assistant Professor at Grambling State University |
| John Dawson, Ph.D. | Statistical genetics of obesity. | Post-Doc (T32) | 2012 – 2014 | Assistant Professor, Dept of Nutrition, Texas Tech University |
| Dwight Lewis, Ph.D. | cardio-metabolic risk among overweight and obese African American males | Post-Doc (T32) | 2012 – 2014 | Assistant Research Analyst, University of Alabama (Tuscaloosa) |
| Aaron (Davis) Fobian, PhD | Assess the effects of increased sleep duration in overweight and obese adolescents | Post-Doc (HRSA) | 2013 - 2014 | Asst Prof, Psychiatry, UAB Received NIH K-award as PI. Selected as "Rising Star" by American Psychological Society, 2019. |
| Patrice Capers, PhD | Weight, body composition, and human traits | Post-Doc (MERIT) | 2013 – 2016 | Visiting Assistant Professor in the Biology Department, the Citadel. |
| Cynthia Kroeger, PhD | Research fidelity in nutrition research | Post-Doc (F32) | 2015 – present | F32DK107157 |
| Greg Pavela, PhD | Co-mentor with Dr. Julie Locher. Interpersonal influences on obesity | Post-Doc (T32) | 2013 – 2015 | Assistant Professor, Department of Health Behavior, University of Alabama at Birmingham |
| TaShauna Goldsby, PhD | Social defeat and energetics | Post-Doc (T32) | 2014 – 2016 | Appointed by Birmingham Mayor Woodfin as Director of Grants Division for the City of Birmingham. |
| Tonia Schwartz, PhD | Evolution of Molecular Networks and Complex Energetic Traits | Post-Doc (McDonnell Foundation) | 2014 – 2015 | Asst Prof, Auburn University |
| Keisuke Ejima, PhD | Mathematical models of obesity | Post-Doc | 2014 - present | Fellowship:  Japan Society for the Promotion of Science |

EA_213

| Trainee | Topic of Study | Program | Dates of Training | Outcomes and/or Last known position |
|---------|----------------|---------|-------------------|-------------------------------------|
| Alexis (Lekki) Wood, PhD | Genetics | Post-Doc | 2012-2014 | Assistant Professor, Baylor College of Medicine |
| Anarina Murillo, PhD | Mathematical models of obesity | Post-Doc | 2016 - 2017 | NIH T32 Received a 2018 mentor/mentoree grant of $5,000 from the Sloan Scholars Mentoring Network of the Social Sciences Research Council and the Alfred P. Sloan Foundation. |
| Colby Vorland, PhD | Meta-research in nutrition and obesity | Post-Doc | Jan. 2019-Present | |
| Daniella Chusyd, PhD | Body composition & large mammal endocrinology & reproduction | Post Doc | 2017 - Present | |
| **Young Faculty** | | | | |
| Bert Boyer[7], Ph.D. | Genetic epidemiologic methods in obesity. | Senior Post-Doctoral Fellow (NIH F32) on 1-year sabbatical from University of Alaska | 1998 – 1999 | Director, Center for Alaska Native Health Research; Professor of Molecular Biology, Department of Biology and Wildlife |
| Gary Gadbury, Ph.D. | Statistical analysis of microarray data. | Visiting Junior Professor | 2000 – 2001 | Chair of Department, Professor of Statistics, Kansas State University |
| Mary Weber, R.N., Ph.D. U. of Texas at Arlington | Antipsychotic-Induced Weight Gain | Remote Faculty Mentoree in the NIMH/NINR Mentorship Program for Building the Capacity of Psychiatric Mental Health Nurse Researchers. Pairs doctorally prepared psychiatric nurses who have high potential for a successful research career with mentors who are the top researchers in the nurses' areas of research interest. | 2002 – 2003 | Endowed Associate Professor, University of Colorado College of Nursing |
| David Redden, Ph.D. | Statistical Methods for Partitioning of Linkage Data | Mentored K-Award recipient/Asst Prof. | 2002 – 2011 | Professor of Statistics, UAB |
| Jamy Ard, M.D. | Treatment and prevention of obesity | Mentored K-Award. | 2003 – 2011 | Assoc Prof, Internal Medicine & Public Health Sciences & Dir, Weight Management Center; |

---

[7] Jointly mentored with Rudy Leibel & Steven Heymsfield.

EA_214

| Trainee | Topic of Study | Program | Dates of Training | Outcomes and/or Last known position |
|---------|---------------|---------|-------------------|-------------------------------------|
| | | | | Wake Forest Baptist Medical Center. Independent R01 funding. |
| Monica Baskin, Ph.D. | Treatment and prevention of childhood obesity | Serve as mentor on her pilot grants from CNRC and from an anonymous philanthropist. | 2003 – 2010 | Professor, UAB Dept. of Medicine, multiple R01s as PI |
| Nita Limdi, Ph.D. | Pharmacogenetics of Anticoagulation Therapy | Mentored K-Award recipient/Asst Prof./ Masters student in Public Health | 2003 – 2012 | Associate Professor of Neurology and Epidemiology, UAB School of Medicine. R01 as PI. |
| Nefertiti Durant, M.D. | Community and clinical aspects of obesity and its prevention | Assistant Professor of Pediatrics – Individual Mentor Arrangement | 2006 – 2012 | Assistant Professor, UAB Dept. of Pediatrics, Division of Pediatrics and Adolescent Medicine. Funding from RWJF as PI. |
| Olivia Thomas (now Affuso), Ph.D. | Exercise, epidemiology, and obesity. | Assistant Professor of Epidemiology – Individual Mentor Arrangement | 2005 – 2010 | Assoc Professor, UAB Dept. of Epidemiology, School of Public Health. R01 as PI. |
| **Other** | | | | |
| Julie Yu | Obesity | Visiting Scholar (Nutritionist) from Taiwan | 1997 | |
| Wendy Packer-Munter, PsyD | Obesity | Extern. | 1995 – 1996 | School Psychologist, Louis M. Klein Middle School |
| Lauren Balkin Cohen, MS, RD, CDN | | Nutrition intern, Hofstra University | 1997 | Registered dietician and clinical nutritionist in private practice, Lauren Cohen Nutrition, http://laurencohennutrition.com/about_lauren.html |

LICENSURES and CERTIFICATIONS

* New York State Licensed Clinical Psychologist; License # 011212-1. Valid through 1/31/2022.

* Certified instructor in physical intervention and restraint (SCIP) by the New York State Office of Mental Retardation and Developmental Disabilities (certification now expired).

* New York State certified school psychologist (2/1/1989 – 1/31/1994).

REFERENCES

Arne Vernon Astrup, M.D., Ph.D.
Professor & Chair, Department of Human Nutrition
University of Copenhagen
ast@life.ku.dk

Fergus M. Clydesdale, Ph.D.
Distinguished Professor and Director of the
 Food Science Policy Alliance
University of Massachusetts at Amherst
fergc@foodsci.umass.edu

Rita Colwell, Ph.D.
Director Emeritus, National Science Foundation
rcolwell@umiacs.umd.edu

Sir David R. Cox
Nuffield College, Oxford University, OX1 1NF
david.cox@nuffield.ox.ac.uk

Robert H. Eckel, M.D.
Charles A. Boettcher Endowed Chair in Atherosclerosis
University of Colorado, Health Sciences Center
Robert.Eckel@UCDenver.edu

Robert C. Elston, Ph.D.
Distinguished University Professor
Case Western Reserve University
robert.elston@cwru.edu

Warren Ewens, Ph. D.
Professor of Biology, University of Pennsylvania
wewens@sas.upenn.edu

Carol Z. Garrison, PhD
President Emerita and Professor
University of Alabama at Birmingham
cgarrison@uab.edu

Daniel Gianola, PhD
Sewall Wright Professor of Animal Breeding & Genetics
University of Wisconsin-Madison
gianola@ansci.wisc.edu

Bernard S. Gorman, Ph.D.
Distinguished Professor, Department of Psychology
Hofstra University
gormanb@ncc.edu or gormanbernard85@gmail.com

Steven B. Heymsfield, M.D.
Executive Director Emeritus,
George A. Bray, Jr. Endowed Super Chair in Nutrition
Pennington Biomedical Research Center
Steven.Heymsfield@pbrc.edu

Van S. Hubbard, M.D., Ph.D.
Director, NIH Div of Nutrition Research (Ret)
Rear Admiral, U.S. Public Health Service (Ret)
vshubbard@alumni.union.edu

John P. A. Ioannidis
Professor of Medicine
Director, Stanford Prevention Research Center
Stanford University

jioannid@stanford.edu

Rudolph L. Leibel, M.D.
Christopher J. Murphy Professor of Diabetes Research
Head of the Division of Molecular Genetics
Co-director of the Naomi Berrie Diabetes Center at
Columbia University Medical Center
rl232@columbia.edu

Allen S. Levine, PhD
Vice Provost for Faculty and Academic Affairs
University of Minnesota
aslevine@umn.edu

Shirley Malcom, PhD
Head of Education and Human Resources Programs
American Association for the Advancement of Science
smalcom@aaas.org

Richard B. Marchase, PhD
Vice President for Research and Economic Development
(emeritus), University of Alabama at Birmingham
marchase@uab.edu

Nir Menachemi, PhD
Fairbanks Endowed Chair, Professor and Department
Chair, Health Policy and Management
IU Richard M. Fairbanks School of Public Health
nirmena@iu.edu

Michael C. Neale, Ph.D.
Distinguished Professor, Virginia Inst of Psychiatric &
Behav Genetics
Medical College of Virginia
Neale@vcu.edu

Dr. Barbara J Rolls, PhD
Helen A. Guthrie Chair and Professor
Pennsylvania State University
bjr4@psu.edu

Harlan Sands, J.D.
President
Cleveland State University
Harlansands@gmail.com

Ayman I. Sayegh, DVM, PhD
Associate Dean for Research and Graduate Studies
College of Veterinary Medicine, Nursing & Allied Health
Tuskegee University
sayeghai@mytu.tuskegee.edu

Eric E. Schadt, Ph.D.
Jean C. and James W. Crystal Professor of Genomics
Director, Institute for Genomics and Multiscale Biology
Mount Sinai School of Medicine
Eric.schadt@mssm.edu

Bharat Soni, Ph.D.
Vice President of Research & Economic Development
Tennessee Tech University
Bsoni@tntech.edu

# EXHIBIT 4

EA_218

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4    _____
                                             )
 5    FRANK CAPACI and CYNTHIA FORD          )
      on behalf of themselves, all           )
 6    others similarly situated, and         )
      the general public,                    )
 7                                           )
              Plaintiffs,                    )
 8                                           )
          vs.                                )   CASE NO.:
 9                                           )   2:19-cv-03440-
      SPORTS RESEARCH CORPORATION,           )   FMO-FFM
10                                           )
              Defendants.                    )
11    _____)
12
13
14
15      VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION OF
16              DAVID B. ALLISON, PH.D.
17                Bloomington, Indiana
18                Monday, July 13, 2020
19                    Volume I
20
21
22
      Job No. 4158957
23    Reported by:
      MONICA M. CLINE
24    RPR, CSR No. 8933
      APPEARING REMOTELY FROM SAN DIEGO COUNTY, CALIFORNIA
25    PAGES 1 - 288
```

                                                  Page 1

EA_219

1 ask you that, what is meant by accelerate weight
2 loss?
3     A    I'd have to go back to Collins' paper to
4 see exactly what they mean by it. I think that
5 accelerate in the most lateral sense means to          04:42
6 increase the rate of change in something.  And so if
7 Collins were writing precisely, then what they would
8 have meant was it does not increase the rate of
9 change in weight. I'd have to look at a paper to
10 see if that's exactly what they meant.          04:42
11     Q    What meaning does that term have to you,
12 though?
13     A    That's the most reasonable meaning.  And if
14 we think about two fixed points in time so that we
15 say we have a control group who changes weight from          04:42
16 Time 0 to Time 1, and we have a treatment group that
17 changes weight from Time 0 to Time 1, if we assume a
18 simple linear relationship, then weight -- the rate
19 of weight change is simply the weight change divided
20 by the difference in time -- which in this case we          04:43
21 set the unit of time to be 1 -- it drops out.
22        So weight -- the rate of weight change and
23 weight change across a constant period of time is
24 just weight change.  And so saying an acceleration
25 would mean to a greater weight change, which          04:43

1 implies -- excuse me -- yes, a greater weight change
2 would simply imply a greater change in weight.
3     Q    You cite to the Marquez evaluation.  Is
4 there anything that you recall about that evaluation
5 as to why you cited to it?          04:44
6     A    I think I was just trying to look at what
7 other people have said.  And having determined that
8 the vast majority of opinion among scientific
9 writers were commenting on this was that products
10 containing garcinia cambogia had been shown to be          04:44
11 largely, if not completely, ineffective to weight
12 loss or weight maintenance.  I was illustrating a
13 range of statements on that.
14     Q    When you say vast majority, did you come
15 across some researcher who had a different opinion?          04:44
16     A    I do not specifically recall that, but it
17 would not surprise me if there were some people who
18 might have a different opinion.
19        Indeed, the very fact that these products
20 are marketed likely suggests that you can find at          04:45
21 least somebody who has a degree after their name who
22 is willing to assert that the truth is otherwise.
23        But I don't think that most scientists who
24 are credible scientists that actually look at the
25 data would say that the evidence is anything other          04:45

1 than suggested of a lack of a clinically meaningful
2 effect on weight loss or weight maintenance.
3     Q    Did you search for others who would have
4 such a view to include as part of the overall body
5 of evidence?          04:45
6     A    I have not searched for people who would
7 have a certain opinion one way or another.  I
8 searched for papers on the topic and then surveyed
9 the opinions.
10        The overwhelming majority of opinion of          04:46
11 people writing in the scientific literature was that
12 the scientific literature shows that garcinia
13 cambogia-containing products are not effective, not
14 clinically meaningfully effective, for weight loss
15 or weight management.          04:46
16     Q    All right.  We can go through a few other
17 studies to see if you recognize them or not.
18        There is the Shara study, S-h-a-r-a.
19        Do you recall that one?
20     A    Not specifically.          04:47
21        Do you want me to look at it?
22     Q    If you don't recall it, then -- if you
23 don't have any thoughts on it, unless -- we can take
24 a look at it quickly just to see if it refreshes
25 your memory.  But I don't want to spend time reading          04:47

1 the whole study or anything like that.
2     A    Is it one I cited in my report?
3     Q    It's not in your report.
4     A    Let's take a look at it.
5     Q    So that's part of the -- we can mark that          04:47
6 separately, actually.  Let's see here, what exhibit
7 are we on here now?  Exhibit 14.
8        (Exhibit 14 was marked.)
9        THE WITNESS:  All right.  I'm opening it
10 now.  I see the paper now.  It looks like this is          04:47
11 in [audio breakup].
12        THE REPORTER:  I didn't hear that.
13        THE WITNESS:  I'm sorry.  I said it looks
14 like this is in rats.  And I'm asking whether any
15 humans were involved.  And I don't think there were,          04:48
16 according to this document you've sent me.  These
17 are good old-fashioned Sprague Dawley rats.
18 BY MR. BLANK:
19     Q    Do you recall reading this study at all in
20 connection with your work for this case?          04:48
21     A    I don't recall.  It's possible that I did.
22 But I would not have seen nor do I see now as a
23 study in rats as dispositive of any determination of
24 effects in humans.
25     Q    Okay.  I'd like to go now to Exhibit --          04:49

1 HCA-SX, et cetera.

2  Q   And do you agree that the -- setting aside

3 any flaws you see with the study, do you agree that

4 the study supports a conclusion that HCA supports

5 weight loss?                                    05:09

6  A   I'm not sure that I would agree with that.

7      And first of all, when you say the study, I

8 need to know exactly which study.  Is it this paper?

9 This paper -- this paper as I'm reading the abstract

10 is not a single study, it's a description of      05:09

11 multiple studies.  Or are you asking me about the

12 description of clinical studies, plural, to evaluate

13 the safety and efficacy conducted in 60 humans?

14     Do you recall, as I said earlier, that

15 these papers are difficult to parse because they   05:10

16 seem to be combining data across multiple studies.

17 And I know at least in one of my reports I addressed

18 that in detail.

19     So I would have to go back to the specific

20 study to look at that.  And then, as I said, I think   05:10

21 there are some rather marked concerns about the

22 validity of these studies.  There's some statistical

23 errors and things that don't make sense.  So I'm not

24 prepared to say that the Preuss studies show

25 efficacy.                                       05:10

Page 250

1  A   There is an infinite number.  I cannot

2 delineate them all for you.  But it would depend

3 upon the nature of the outcome, whether it was

4 binary or distributed or whether it was timed to

5 event distributed, whether it was continuously   05:12

6 distributed, normally distributed, whether the

7 individuals were custom randomized or individually

8 randomized.  It all depends.

9  Q   What's the difference between a prospective

10 comparative study and a prospector comparative      05:12

11 study?

12  A   Prospector comparative study --

13  Q   Yeah.

14  A   -- did you say?

15  Q   Yes.                                       05:13

16  A   I'm not sure I know that word or that

17 phrase.

18  Q   Now, if there's more than one way to

19 analyze the data in a prospective comparator study,

20 is it also true there can be more than one way to   05:13

21 interpret the findings made in such a study?

22  A   There's more than one way to analyze

23 virtually every study.  And some of those are

24 legitimate and some are not.  Among the legitimate

25 ways, there can, again, be multiple ways.         05:13

Page 252

1      Moreover, as I said in my primary report,

2 the one study, even if it were an ideal study, and

3 even if it did clearly show efficacy, is not enough

4 to be considered competent and reliable evidence to

5 demonstrate something if it is outweighed by larger   05:11

6 body of evidence.

7      So the answer is no.

8  Q   Do you know what prospective comparator

9 studies are?

10  A   Would you repeat that?                     05:11

11  Q   Yeah.

12     Do you know what prospective comparator

13 studies are?

14  A   Prospective comparator studies?

15  Q   Correct.                                   05:12

16  A   Prospective?

17  Q   Correct.

18  A   Prospective comparator studies I would take

19 to mean usually randomized, but wouldn't necessarily

20 be studies in which one treatment is compared to   05:12

21 another treatment.

22  Q   Okay.  Do you know the type of statistical

23 approaches that can be used in such studies?

24  A   I do.

25  Q   What would those be?                       05:12

Page 251

1      Part of that reason is why we ask people in

2 more recent times to preregister their clinical

3 trials and state in advance how they're going to

4 analyze the data so that we know it wasn't just

5 picked after the fact.  I don't know if that helps.   05:14

6  Q   It did.

7      Let's mark as the next exhibit,

8 Exhibit 18 -- actually, let me just ask you this.

9      You said earlier you reviewed Dr. Kalman's

10 report in this case?                            05:14

11  A   That is true.

12  Q   Do you have any comments on his report?

13  A   Sure.  Three things struck me about the

14 report.  Apart from the fact that it was nicely

15 written, he's a good writer, one thing is that he   05:14

16 spends a great deal of time trying to parse the

17 meanings of labels, as you did with me throughout

18 the day today or at least for much of our time

19 together today.  And I think that was interesting.

20 To me it was less of what I expect a scientist to do   05:15

21 and more of what I would expect an attorney to do.

22     I think there seemed to be an attempt to

23 rescue the question such that rather than having to

24 face that the evidence simply does not support that

25 these products containing garcinia cambogia are   05:15

Page 253

64 (Pages 250 - 253)

1 effective for weight loss or weight maintenance in
2 humans, there was a consistent attempt to somehow
3 use words to say that that's not really what the
4 question is.
5        Regarding the evidence itself, I think        05:15
6 there was an uncritical review of the Onakpoya paper
7 without more careful analysis of other papers that
8 would have offered other things.  And without a more
9 careful analysis of the Onakpoya paper itself, not
10 pointing out that it wasn't just a study of garcinia        05:16
11 cambogia but that it was a study of garcinia
12 cambogia and other garcinias, and I think there was
13 a misstatement in more than one place about the
14 Anton paper as having demonstrated both safety and
15 efficacy when, in fact, the Anton paper strived a        05:16
16 study that has never been done.
17        Q   Any other comments on his report?
18        A   It was nice to see his name again.  He and
19 I have corresponded a bit over the years.  And glad
20 to see he's apparently doing well.        05:16
21        Q   Have you have worked with Dr. Kalman on any
22 litigation matters?
23        A   Not that I can recall.  It's possible that
24 I have forgotten one, but I don't specifically
25 recall being on any collaborative project.  We've        05:17

Page 254

1 just corresponded over the years.
2        Q   Do you respect his work?
3        A   I don't know his work that well.  He seems
4 like a collegial person who writes intelligent
5 things.        05:17
6        Q   So you said rescue the question, are you
7 saying that -- can you elaborate on that?
8        A   Certainly.  I think the question that I
9 tried to address, which to me is on the plain
10 evidence for any person looking at the situation        05:17
11 what the clear question is, is there evidence that
12 products containing garcinia cambogia or HCA are
13 effectively causing weight loss or helping with
14 weight management or weight maintenance in humans.
15        And I think the evidence is clear that        05:18
16 there is no -- the conclusion is very clear there is
17 no compelling evidence that anything -- the evidence
18 strongly suggests the opposite, that that is not the
19 case.
20        And I think Dr. Kalman probably discerns        05:18
21 that and I think worked hard to try to reframe the
22 question to not be that.
23        Q   Didn't he simply analyze the explicit terms
24 on the label?
25        A   I'm not sure if I would describe it that        05:18

Page 255

1 way.
2        Q   Well, in your report -- throughout your
3 report you analyzed weight loss.  And you agree that
4 that term is nowhere on the label; isn't that right?
5        A   I look at weight loss, which is the same as        05:19
6 looking at weight change as we've been over several
7 times, and --
8        Q   Let me just cut you off there so we can
9 move on.
10        Do you mention that statement anywhere in        05:19
11 your report that weight loss is the same thing as
12 weight maintenance?
13        A   I didn't say it was the same as weight
14 maintenance.  I said it was the same as weight
15 change, which is vital for weight maintenance.  No,        05:19
16 I don't think that I explicitly said it.  I assume
17 that the reader can discern that loss is defined as
18 value at one point minus value at another point, and
19 that that is equivalent to change.
20        Q   There's no tie in your paper of explaining        05:19
21 how you went from the claims stated to your
22 conclusions regarding weight loss; isn't that right?
23        A   I think it is -- if I haven't written
24 clearly enough, then shame on me for not being a
25 better writer.  But I think I have said it very        05:20

Page 256

1 clearly today and I'll say it again, that I think a
2 review of the claims make it clear that they're
3 indicating that the purchaser can expect that these
4 products cause clinically meaningful effects on
5 weight and either weight loss or weight change.        05:20
6        And that has certainly not demonstrated to
7 be true.  And if anything, the evidence demonstrates
8 the reverse.
9        Q   These are assumptions that you made based
10 on how a consumer would understand the label; isn't        05:20
11 that right?
12        A   I think I'm making a fair reading of what
13 the label says and indicates.  It uses words like
14 "health," which imply causation.  It talks about
15 "great way," which implies magnitude in confidence.        05:21
16 It talks about weight.
17        Q   Okay.
18        A   I think that my answer -- sorry.  Please go
19 ahead.
20        Q   You're not an expert in consumer behavior,        05:21
21 are you?
22        A   I think we've already gone over that.  And
23 I said that I have some knowledge, and I am a
24 psychologist, and I have worked in the field of
25 obesity for over 25 years.  I have read multiple        05:21

Page 257

65 (Pages 254 - 257)

EA_222

# EXHIBIT 5

# Frank Capaci and Cynthia Ford

## vs.

# Sports Research Corporation

United States District Court

Central District of California

Case No. 2:19-cv-03440-FMO-FFM

**Expert Report of Charlene L. Podlipna, CPA**

Freeman & Mills, Incorporated

350 South Figueroa Street, Suite 900

Los Angeles, CA  90071

**January 24, 2020**

I am above the age of 18, not a party to the within action, and have personal knowledge of the following information.  If called upon to testify, I could and would testify competently to the following:

<u>**QUALIFICATIONS, PRIOR TESTIMONY AND PUBLICATIONS**</u>

1.      I am a Vice President and shareholder of Freeman & Mills, a consulting firm offering services in the areas of accounting, finance, economics and business practices and procedures.

2.      I am a Certified Public Accountant and since 2000 have been admitted to practice in the State of California.  I am a member of the American Institute of Certified Public Accountants.  I am also a member of the California Society of Certified Public Accountants and an officer in that organization's Economic Damages Section.

3.      I received my Bachelor of Science degree in Accounting from the University of Southern California.  I worked in public accounting at Arthur Andersen where I supervised and administrated audit engagements of middle market and publicly traded companies.  I have provided financial consulting services in dispute settings for counsel representing plaintiffs and defendants for over fifteen years.  My experience includes the measurement of damages in a variety of disputes involving intellectual property, breach of contract, breach of fiduciary duty, partnership disputes, shareholder suits, class action suits, false advertising, business interruption, professional malpractice, and alleged fraud and embezzlements.

4.      I have testified as an expert in cases filed in the Federal District Courts in California and in matters filed in the Superior Courts of the State of California.

5.      A copy of my professional resume, which further describes my experience, prior testimony, previous professional positions and professional affiliations, is attached hereto as Exhibit A.  My firm is being compensated based upon the standard billing rate per hour for the

1

staff employed on this matter and the actual hours incurred by each person.  Out-of-pocket
expenses are billed as incurred. My hourly billing rate for deposition and trial testimony is $385.

## ASSIGNMENT

6.      I have been retained by Law Offices of Ronald A. Marron, counsel for the Plaintiffs
in this matter.  Specifically, I have been asked to calculate the total amount that proposed class
members paid for the products that are at issue in this litigation.

7.      In conjunction with my work on this matter, I have reviewed the following
documents:

       a)      First  Amended Class Action Complaint dated June 17, 2019;

       b)      Defendant Sports Research Corporation's First Set of Supplemental
Responses to Frank Capaci's First Set of Interrogatories (Confidential –
Attorney's Eyes Only) dated September 13, 2019;

       c)      Defendant Sports Research Corporation's First Set of Supplemental
Responses to Frank Capaci's First Set of Interrogatories (dated September
13, 2019;

       d)      Defendant Sports Research Corporation's Second Set of Supplemental
Responses to Frank Capaci's First Set of Interrogatories (Confidential –
Attorney's Eyes Only) dated January 2, 2020; and

       e)      Sales by Item Detail Reports for 2015 – 2018 (SRC 000081-91).

8.      In support of my opinions at any trial of this matter, I may use the exhibits and
information listed in this disclosure as well as other exhibits or demonstrative aides made or
derived from the exhibits or information listed in this disclosure, or other materials obtained in
discovery or otherwise in this action.

9.      I am aware of my continuing obligation under Rule 26 of the Federal Rules of Civil
Procedure to supplement this report if additional information becomes available.  I intend to

supplement this report if information becomes available which would cause me to amend or supplement my opinions and/or observations in this matter.

## OPINIONS

10.     Based on a review and analysis of the financial information produced to date, the total amounts paid by the proposed Nationwide Class, New Jersey Sub-Class, and California Sub-Class, during the class period for Sports Research's Garcinia Cambogia were approximately ███████████████████████, respectively.

## BASES AND REASONS THEREFOR

11.     The product at issue in this litigation is Defendant Sports Research's ("SRC") Garcinia Cambogia, which is sold in bottles of 90 and 180 liquid softgel capsules ("Product"). Plaintiffs claim that the Product does not have any actual beneficial weight-loss properties, is worthless and could not be legally sold due to its misleading labeling.[1]  I understand that Plaintiffs and proposed class members seek restitution and damages in the form of the total amount paid for the Product.[2]  The class period is defined as the time period from when the Product first entered into the stream of commerce until the present.[3]  The Product became available for purchase on December 15, 2014.[4]

12.     The measurement for damages is the same as the measurement for restitution, since it is the out-of-pocket purchase price paid by proposed class members for the Product, which is calculated by multiplying Defendant's number of units sold by the average retail price.

13.     ████████████████████ regarding the number of units sold nationwide, in California and in New Jersey from 2015 through 2018, which is summarized at **Schedule 2.1** (90-count bottles) and **Schedule 2.2** (180-count bottles).  From 2015 through 2018, the Nationwide

---

[1] First Amended Complaint, June 17, 2019, ¶66, ¶68, and ¶72.
[2] First Amended Complaint, June 17, 2019, ¶166.
[3] First Amended Complaint, June 17, 2019, ¶76.
[4] Defendant Sports Research Corporation's First Set of Supplemental Responses to Frank Capaci's First Set of Interrogatories, September 13, 2019, Supplemental Response to Interrogatory No. 1, p. 8.

Class, New Jersey Sub-Class, and California Sub-Class purchased ███████████████ bottles (90-count and 180-count) of the Product (**Schedule 1**).

14.      ███████████ that the average retail price of the Product's 90-count bottle during the class period is ███████.[5] For the 90-count bottle, additional information regarding average retail prices can be obtained from retailers that sell the Product or from third parties that collect point-of-sales data from retailers, such as IRI.  As shown on **Schedule 2.1**, two major retailers ███████ ████████████████████████████████████ of the 90-count bottle.

15.      The average retail price of the Product's 180-count bottle during the class period is ███████ (**Schedule 3**), based on ████████████████████████████████ and an estimate of the ██████████████████████████.  As shown on **Schedule 2.2**, online sales from ███████ ██████████████████████ of the unit sales of the 180-count bottle during the class period.  As shown on **Schedule 3**, the average retail price of the 180-count bottle on ████████████████ is ███████.[6] ████████████████████████████ for the 180-count bottle (███████) is used on **Schedule 3** for the other ████████████████████████.[7]  Thus, the weighted average price for the 180-count bottle is ███████.

16.      ████████████████████████████████████, the total amounts paid by the proposed Nationwide Class, New Jersey Sub-Class, and California Sub-Class, during the class period for SRC's Garcinia Cambogia were approximately ████████████████ ███████, respectively (**Schedule 1**).

*Charlene Podlipna*

Charlene Podlipna

---

[5] Defendant Sports Research Corporation's Supplemental Responses to Frank Capaci's First Set of Interrogatories (Confidential-Attorney's Eyes Only), September 13, 2019, pgs. 17-18.

[6] ██ ████ █ ███ ███████

[7] Defendant Sports Research Corporation's Supplemental Responses to Frank Capaci's First Set of Interrogatories (Confidential-Attorney's Eyes Only), September 13, 2019, pgs. 17-18.

EA_228

Frank Capaci and Cynthia Ford, et al v. Sports Research Corporation

**Schedule 1**

Total Amount Paid by Proposed Classes for Sports Research Garcinia Cambogia

2015 - 2018

| Class | Size | Units Sold [1] | Average Retail Price [2] | Total Paid |
|-------|------|----------------|--------------------------|------------|
| Nationwide Class | 90 Softgels | | | |
| | 180 Softgels | | | (Rounded) |
| New Jersey Sub-Class | 90 Softgels | | | |
| | 180 Softgels | | | (Rounded) |
| California Sub-Class | 90 Softgels | | | |
| | 180 Softgels | | | (Rounded) |

[1] See Schedules 2.1 and 2.2.

[2] The ████████████████████████ (Defendant Sports Research Corporation's Supplemental Responses to Frank Capaci's First Set of Interrogatories (Confidential-Attorney's Eyes Only), September 13, 2019, pp. 17-18). The average retail price for the 180-count bottle is based on Schedule 3.

Frank Capaci and Cynthia Ford, et al v. Sports Research Corporation

**Schedule 2.1**

Summary of Units Sold by Year - Sports Research Garcinia Cambogia (90 Count)

2015 - 2018



| Class | Outlet | 2015 | 2016 | 2017 | 2018 | Total | % |
|---|---|---|---|---|---|---|---|
| Nationwide Class | | | | | | | |
| New Jersey Sub-Class | | | | | | | |
| California Sub-Class | | | | | | | |

Source: SRC 000081-91, Defendant Sports Research Corporation's Second Set of Supplemental Responses to Frank Capaci's First Set of Interrogatories (Confidential-Attorney's Eyes Only), January 2, 2020, pgs. 6-13, and Defendant Sports Research Corporation's First Set of Supplemental Responses to Frank Capaci's First Set of Interrogatories (Confidential- Attorney's Eyes Only), September 13, 2019, Supplemental Response to Interrogatory No. 6.

Frank Capaci and Cynthia Ford, et al v. Sports Research Corporation

**Schedule 2.2**

Summary of Units Sold by Year - Sports Research Garcinia Cambogia (180 Count)

2015 - 2018



Source: SRC 000081-91 and Defendant Sports Research Corporation's Second Set of Supplemental Responses to Frank Capaci's First Set of Interrogatories (Confidential-Attorney's Eyes Only), January 2, 2020, pgs. 6-13.

Frank Capaci and Cynthia Ford, et al v. Sports Research Corporation

Average Retail Price - Sports Research Garcinia Cambogia (180 Count)

2015 - 2018

Schedule 3



---

[1] ████████████████████████████ of the 180-count bottle (Defendant Sports Research Corporation's Supplemental Responses to Frank Capaci's First Set of Interrogatories (Confidential-Attorney's Eyes Only), September 13, 2019, pgs. 17-18).

# Exhibit A

**CHARLENE L. PODLIPNA**                                                      *Vice President*

Charlene Podlipna is a shareholder of Freeman & Mills, Inc., a consulting firm offering services in the areas of accounting, finance, economics and business practices and procedures.

Ms. Podlipna has provided litigation support services for over fifteen years, working with counsel in civil litigation, arbitration and mediation.  She has testified at trial, arbitration, and in depositions.  Ms. Podlipna has experience with matters in the following areas: damages associated with breach of contract or breach of fiduciary duty claims; damages related to trademark and copyright infringement; class actions and false advertising lawsuits; lost earnings associated with wrongful terminations, wrongful death or personal injuries; fraud investigations; the determination of whether transactions were recorded in accordance with generally accepted accounting principles; and professional malpractice litigation.

Prior to joining Freeman & Mills, Ms. Podlipna was a consultant at Resources Global Professionals where she worked on various accounting engagements, including financial statement audits and reviews of the internal controls of publicly held companies.  Prior to Resources Global Professionals, Ms. Podlipna was a senior consultant at CCH Incorporated, a leading tax and accounting software company, where she provided training for and helped implement auditing software at CPA firms.  Prior to CCH Incorporated, she provided litigation support services as a consultant at Gursey, Schneider & Co., LLP and performed and supervised financial statement audits at Arthur Andersen LLP, generally for clients in the healthcare and manufacturing industries.

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2016 - Present | Vice President and CFO, Freeman & Mills, Inc. |
| 2006 – 2015 | Senior Consultant, Freeman & Mills, Inc. |
| 2004 – 2006 | Consultant, Resources Global Professionals |
| 2001 – 2004 | Senior Software Consultant, CCH Incorporated |
| 1999 – 2001 | Litigation Consultant, Gursey, Schneider & Co., LLP |
| 1996 – 1999 | Senior Auditor, Arthur Andersen LLP |

## PRESENTATIONS

"Michael Jackson: The Wrongful Death Case Against AEG" – American Institute of Certified Public Accountants' Forensic Valuation Services Conference (2016)

"Minkow in the Mix: How a Joint Venture Dispute Led to Stock Price Litigation" – California Society of CPA's Economic Damages Section (2014)

## PROFESSIONAL AFFILIATIONS AND MEMBERSHIPS

- American Institute of Certified Public Accountants ("AICPA")
- California Society of Certified Public Accountants ("CalCPA")
  - Forensic Services, Economic Damages Section

Ms. Podlipna earned a B.S. in accounting from the University of Southern California.  She is a Certified Public Accountant licensed in California since 2000.  Ms. Podlipna is Treasurer of the CalCPA's Economic Damages Section for the 2016-2018 and 2018-2020 terms.

**CONTACT:**

(213) 576-1834
cpodlipna@freemanmills.com

CHARLENE L. PODLIPNA

## RULE 26(a)(2)(B) DISCLOSURE OF
## DEPOSITION/TRIAL TESTIMONY

| DATE | CASE | COURT | D/T |
|---|---|---|---|
| 11/14 | Lawrence Nadler, et al. v. Nature's Way Products, LLC, et al.  (Case No. CV 13-100 TJH (OPx) | U.S. District Court, Central District of California | D |
| 12/14 | Neal A. Roberts, et al. v. Packard, Packard & Johnson (Case No. 1220043791) | JAMS, Los Angeles | D |
| 01/15 | Neal A. Roberts, et al. v. Packard, Packard & Johnson (Case No. 1220043791) | JAMS, Los Angeles | T |
| 08/15 | Pegasus Imports, LLC v. PT. Wahyu Pradana Binamulia (Case No. 2:14-cv-06843-ODW (AJWx)) | U.S. District Court, Central District of California | D |
| 08/15 | Lois D. Brown v. ELCO Mutual Life and Annuity, U.S. Senior Vets, and Mike John Read (Case No. P.S.C. 1403748) | California Superior Court, County of Riverside | D |
| 09/16 | Joseph Zaghi, D.D.S., Inc., et al., v. Khabab Salama, et al. (Case No. BC549021) | California Superior Court, County of Los Angeles | D |
| 09/16 | Peter DeBear, et al. v. Larry Capatosto, et al. (Case No. MC 025640) | California Superior Court, County of Los Angeles | D |
| 07/17 | Zidan Zhao, et al. v. Pacific Covina Group, LLC, et al. (Case No. BC597102) | California Superior Court, County of Los Angeles | D |
| 10/17 | Element436 LLC. v. Schaffel Development Company, Inc. (Case No. 1220055174) | JAMS, Los Angeles | D |
| 10/17 | Element436 LLC. v. Schaffel Development Company, Inc. (Case No. 1220055174) | JAMS, Los Angeles | T |
| 02/18 | Gregory Arthur, et al. v. United Industries Corporation (Case No. 2:17-cv-06983-CAS-SK) | U.S. District Court, Central District of California | D |
| 05/18 | Claudine Macaspac, et al. v. Henkel Corporation (Case No. 3:17-cv-01755-H-BLM) | U.S. District Court, Southern District of California | D |
| 08/18 | Zidan Zhao, et al. v. Pacific Covina Group, LLC, et al. (Case No. BC597102) | California Superior Court, County of Los Angeles | D |
| 11/18 | Barry Allred, et al. v. Frito-Lay North America, Inc., et al. (Case No. 3:17-cv-1345-JLS (BGS) | U.S. District Court, Southern District of California | D |
| 11/19 | Metal One America Inc. v. Kurt Orban Partners, LLC, et al. | American Arbitration Association, Chicago | D |

EA_236

# EXHIBIT 6

# LAW OFFICES OF RONALD A. MARRON, APLC

651 Arroyo Drive
San Diego ▪ CA ▪ 92103
Tel.: (619) 696-9006
Fax: (619) 564-6665

**Firm Resume**

## FIRM OVERVIEW

The Law Offices of Ronald A. Marron is a recognized class action and complex litigation firm based out of San Diego, California, representing clients across the nation.  Founded in 1996 with an emphasis in consumer and securities fraud, the firm has expanded its practice to include complex cases such as electronic privacy, banking regulations, antitrust, automatic renewals, Telephone Consumer Protection Act and Government Environmental Law Litigation.  The firm has skillfully litigated hundreds of lawsuits and arbitrations against investment advisors and stockbrokers, such as Morgan Stanley, LPL Financial, Merrill Lynch, Banc of America Securities, and Citigroup, who placed clients into unsuitable investments, failed to diversify, and who violated the Securities Act of 1933 and/or 1934.  Aptly and competently prepared to represent its clients, the firm has taken on cases against the likes of Shell Oil, Citigroup, Wells Fargo, Union Bank of California, American Express Advisors, Morgan Stanley and Merrill Lynch.  Since 2004, the firm has devoted most of its practice to the area of false and misleading labeling of Consumer Products and food, drug and over-the-counter products, as well as seeking to protect consumers from unauthorized and unsolicited telephone calls, SMS or text messages to cellular phones from corporations under the Telephone Consumer Protection Act.  The firm employs six attorneys, whose qualifications are discussed in brief below.

## THE MARRON FIRM'S ATTORNEYS:

### Ronald A. Marron, Founder

As the founder of the Law Offices of Ronald A. Marron, APLC, Mr. Marron has been practicing law for 25 years.  He was a member of the United States Marine Corps from 1984 to 1990 (Active Duty 1984-1988, Reserves 1988-1990) and thereafter received a B.S. in Finance from the University of Southern California (USC) in 1991.  While attending Southwestern University School of Law (1992-1994), he interned at the California Department of Corporations with emphasis in consumer complaints and fraud investigations; and studied Bio-Chemistry at the University of Southern California and was a member of the Trojan Chemistry Club.  Mr. Marron has extensive experience in class actions and other complex litigation and has obtained hundreds of millions of dollars on behalf of consumers as lead counsel.  Mr. Marron has represented plaintiffs victimized in TCPA cases, Consumer Fraud, Antitrust, Broker-Dealer Liability, Ponzi schemes, shareholder derivative suits, and securities fraud cases.

Mr. Marron has assisted two United States Senate Subcommittees and their staff in investigations of financial fraud, plus the Senate Subcommittee on Aging relating to annuity sales practices by agents using proceeds from reverse mortgages.  Mr. Marron's clients have testified before the United States Senate Subcommittee on Investigations relating to abusive sales practices alleged in a complaint he filed against All-Tech Investment Group.  The hearings resulted in federal legislation that: (a) raised

the minimum capital requirements, and (b) required written risk disclosure signed by consumer.  The civil action resulted in return of client funds and attorneys' fees pursuant to the private attorney general statute and/or Consumers Legal Remedies Act.  Mr. Marron conducted the legal research and co-wrote the brief that resulted in the largest punitive damages award (500%) in NASD history for aggrieved investors against Dean Witter Reynolds in securities arbitration.  Mr. Marron's opinion on deferred annuity sales practices targeting the elderly has often been sought by major financial news organizations and publications such as Forbes, the Wall Street Journal, the Kiplinger's Retirement Report, CNN, and FOX News affiliates.  In addition, he has devoted significant energy and time educating seniors and senior citizen service providers, legislators, and various non-profits (including Elder Law & Advocacy) about deferred annuity sales practices targeting the elderly.  Mr. Marron had numerous speaking engagements at FAST (Fiduciary Abuse Specialist Team), which is an organization devoted to the detection of, prevention, and prosecution of elder financial abuse; Adult Protective Services; and Elder Law & Advocacy, a non-profit dedicated to assisting seniors who have been the victims of financial fraud.  He has litigated hundreds of lawsuits and arbitrations against major corporations, such as Shell Oil, Citigroup, Wells Fargo, Morgan Stanley, and Merrill Lynch.  In recent years, Mr. Marron has devoted almost all of his practice to the area of TCPA and Privacy Violations, false and misleading labeling of food, dietary supplements, and over-the-counter products.  He is a member in good standing of the State Bar of California; the United States District Courts for the Eastern, Southern and Northern Districts of New York; the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California; the United States District Court for the Eastern District of Michigan; the United States District Court for the Eastern and Western Districts of Wisconsin; the United States District Court of Colorado; the United States District Court for the Eastern District of Arkansas; the United States Court of Appeals for the Ninth Circuit; and the Supreme Court of the United States.

### Alexis M. Wood, Senior Associate

Ms. Wood graduated *cum laude* from California Western School of Law in 2009, where she was the recipient of the Dean's Merit Scholarship for Ethnic & Cultural Diversity and also Creative Problem Solving Scholarships.  In addition, during law school, Ms. Wood was the President of the Elder, Child, and Family Law Society, and participated in the study abroad program on international and comparative human rights law in Galway, Ireland.  Ms. Wood interned for the Alternate Public Defender during law school, and also held a judicial externship with the San Diego Superior Court.  Upon graduation, Ms. Wood obtained her Nevada Bar license and worked at the law firm Alverson Taylor Mortensen & Sanders in Las Vegas, Nevada where she specialized in medical malpractice.  Ms. Wood then obtained her license to practice law in California in 2010 and worked at the bankruptcy firm Pite Duncan, LLP in San Diego, California, in which she represented financial institutions in bankruptcy proceedings.  She additionally worked for the national law firm Gordon & Rees, LLP as an associate attorney in the professional liability defense and tort & product liability practice groups.  Ms. Wood was also selected to the 2015 and 2016 California Super Lawyers Rising Star list (general category)—a research-driven, peer influenced rating service of outstanding lawyers who have attained a high degree of peer recognition and professional achievement.  No more than 2.5% of the lawyers in the state were selected for the Rising Stars list.  Ms. Wood joined the Law Office of Ronald Marron in September of 2012 and has dedicated her practice to consumer advocacy.  Ms. Wood is also a foster youth advocate with Voices for Children.  She is a member in good standing of the State Bar of California; the State Bar of Nevada; the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California; the United States District Court of Nevada; the United States District Court for the Eastern and Western Districts of Wisconsin; the

United States District Court of Colorado; the United States Court for the Eastern District of Arkansas; and the United States Court of Appeals for the Ninth Circuit.

**Kas L. Gallucci, Senior Associate**

Ms. Gallucci graduated *cum laude* from California Western School of Law in 2012, where she ranked in the top 12% of her graduating class and was listed on the Dean's Honor List for four terms. During law school, Ms. Gallucci received the highest grade in her Legal Skills and Advanced Legal Research classes. She also participated in the Capitals of Europe Summer Study Abroad Program, where the Honorable Samuel A. Alito, Jr. was a Distinguished Guest Jurist. Ms. Gallucci has worked for the firm since 2009 and has a number of years' experience in consumer fraud cases and is currently prosecuting violations of the Telephone Consumer Protection Act. Ms. Gallucci also regularly assists with the firm's food, drug, and cosmetic cases. She is a member in good standing of the State Bar of California; the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California; the United States District Court for the Eastern District of Michigan; the United States District Court for the Eastern and Western Districts of Wisconsin; the United States District Court for New Mexico; the United States District Court of Colorado; the United States Court for the Eastern District of Arkansas; and the United States Court of Appeals for the Ninth Circuit.

**Michael Houchin, Associate**

Mr. Houchin has been with the Law Offices of Ronald A. Marron since 2011. Prior to passing the California bar exam, Mr. Houchin worked as a law clerk for the firm while he attended law school courses in the evenings at the Thomas Jefferson School of Law. During law school, Mr. Houchin received four Witkin Awards for the highest grade achieved in his Legal Writing, Constitutional Law, American Indian Law, and California Civil Procedure courses. He also served as an editor on the *Thomas Jefferson Law Review* and was a member of an editing team that prepared a student Note for compliance with publishable quality standards. *See* I. Suruelo, *Harmonizing Section 14(B) with The Policy Goals of the NLRA on the Heels of Michigan's Enactment of Right-To-Work Laws,* 36 T. JEFFERSON L. REV. 427 (2014). Mr. Houchin graduated *magna cum laude* in May of 2015 and ranked in the top 5% of his graduating class. Through his work at the Law Offices of Ronald A. Marron, APLC, Mr. Houchin has gained substantial familiarity with multi-district litigation proceedings, solutions for e-discovery management, and false advertising investigations. He is a member in good standing of the State Bar of California; and the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California; the Western District of Wisconsin; the United States Court of Appeals for the Ninth Circuit; and the Supreme Court of the United States.

**Lilach Halperin, Associate**

Ms. Halperin graduated *cum laude* from the University of San Diego School of Law in 2018. During law school, Ms. Halperin held a judicial externship with the San Diego Superior Court and volunteered for numerous pro bono clinics, including the USD Entrepreneurship Clinic, the USD State Sales and Use Tax Clinic, and the San Diego Clean Slate Clinic. In addition, Ms. Halperin was the Chair of the USD Pro Bono Legal Advocates Consumer Affairs Clinic, where she worked with the Legal Aid Society of San Diego to assist indigent clients with lawsuits in consumer protection law. In her third year of law school, Ms. Halperin was hired as a law clerk for the Law Offices of Ronald A. Marron and assisted in consumer fraud cases for the firm, including the areas of false and misleading labeling of consumer products. She is a member of good standing of the State Bar of California; the United States District Courts for the Central, Eastern, Northern and Southern Districts of California; and the Western District of Wisconsin.

**Elisa Pineda, Associate**

Ms. Pineda graduated *magna cum laude* from California Western School of Law in 2019, where she was the recipient of the Dean's Merit Scholarship for Ethnic & Cultural Diversity and ranked in the top 3% of her graduating class.  During law school, Ms. Pineda received an award for obtaining the highest grade in the following classes: Property I, Torts I, Trusts & Estates, Professional Ethics, and the Mediation Clinic.  Ms. Pineda was listed on the Dean's Honor List for three terms.  In addition, during law school, Ms. Pineda received an Outstanding Editor Award for her efforts as Senior Editor for her law school's International Law Journal.  Ms. Pineda interned for both the San Diego District Attorney's Office and the San Diego Public Defender's Office.  She also held a judicial externship with the Honorable United States Magistrate Judge Jill Burkhardt at the United States District Court for the Southern District of California.  Ms. Pineda recently passed the California Bar and is now working as an Associate Attorney at the Law Offices of Ronald A. Marron.  She is a member in good standing of the State Bar of California and the United States District Court for the Central, Eastern, Northern and Southern Districts of California.

**Support Staff**
The Marron Firm also employs a number of knowledgeable and experienced support staff, including paralegals and legal assistants.

### EXAMPLES OF MARRON FIRM'S SUCCESSES ON BEHALF OF CONSUMERS

***Graves v. United Industries Corp.,*** No. 2:17-cv-06983-CAS-SK (C.D. Cal.)
On February 24, 2020, the Honorable Christiana A. Snyder granted final approval a nation-wide class action settlement concerning United Industries Corporation's Spectracide® Weed and Grass Killer Concentrate Products. The Plaintiffs alleged that the Spectracide® Concentrate Products were labeled as making more solution than the products were capable of making when mixed for certain weed control purposes. The Law Offices of Ronald A. Marron served as Class Counsel. The settlement created a $2.5 million dollar common fund in addition to injunctive relief in the form of labeling changes.

***Esparza v. Smartpay Leasing, Inc.,*** No. 3:17-cv-03421-WHA (N.D. Cal.)
On January 28, 2020, the Honorable William Alsup granted final approval a nation-wide certified class action settlement. The class included individuals who were texted on behalf of the defendant, using its vendor Twilio, Inc.'s platform after texting the word "STOP", between September 29, 2015 to June 13, 2017. Ronald A. Marron, Alexis M. Wood and Kas L. Gallucci of the Law Offices of Ronald A. Marron served as class counsel. The settlement created a $8.67 million dollar common fund. *See Esparza v. Smartpay Leasing, Inc.*, No. 3:17-cv-03421-WHA, 2020 WL 465865, at *2 (N.D. Cal. Jan. 28, 2020), judgment entered, 2020 WL 465863(N.D. Cal.).

***Busch v. Bluestem Brands, Inc.,*** No. 16-cv-0644(WMW/HB) (D. Minn.)
On October 11, 2019, the Honorable Judge Wilhelmina M. Wright granted final approval of a nationwide TCPA class action settlement where Ronald A. Marron, Alexis M. Wood and Kas L. Gallucci served as co-lead class counsel. The settlement created a $5.25 million common fund.  *See Busch v. Bluestem Brands, Inc.,* No. 0:16-cv-00644-WMW-HB, 2019 WL 5092952, at *1 (D. Minn. Oct. 11, 2019).

***Medina v. Enhanced Recovery Company, LLC,*** No. 15-CV-14342-MARTINEZ-MAYNARD (S.D. Fla.)
On September 12, 2019, the Honorable Judge Jose E. Martinez granted final approval of a nationwide TCPA class action settlement and the Law Offices of Ronald A. Marron served as co-lead class counsel. The settlement created a $1.45 million common fund.

***Littlejohn v. Ferrara Candy Company,*** No. 18-cv-0658-AJB-WVG (S.D. Cal.)
On June 17, 2019, the Honorable Anthony J. Battaglia granted final approval of a nationwide CLRA class action settlement stating "Class Counsel has fully and competently prosecuted all causes of action, claims, theories of liability, and remedies reasonably available to the Class Members." *Littlejohn v. Ferrara Candy Co.,* No. 318CV00658AJBWVG, 2019 WL 2514720, at *3 (S.D. Cal. June 17, 2019).

***Rwomwijhu v. SMX, LLC,*** No. BC634518 (L.A. Supr. Ct.)
On January 11, 2019, the Honorable Carolyn B. Kuhl granted final approval of case brought pursuant to under California's Private Attorneys General Act where the Law Offices of Ronald A. Marron served as co-lead class counsel.

***Jackson v. Lang Pharma Nutrition, Inc.,*** No. 37-2017-00028196-CU-BC-CTL (S.D. Supr. Ct.)
On December 20, 2018, the Honorable Joel R. Wohlfeil of the California Superior Court granted final approval to a nationwide labeling case settlement involving Co-q10 dietary supplements where the Law Offices of Ronald A. Marron served as class counsel. The settlement created a fund in the amount of $1,306,000 for which class members could elect to obtain cash or product vouchers.

***Simms v. ExactTarget, LLC,*** No. 1-14-cv-00737-WTL-DKL (S.D. Ind.)
On October 19, 2018, the Honorable William T. Lawrence granted final approval of a nationwide TCPA class action settlement where the Law Offices of Ronald A. Marron served as class counsel. The settlement created a $6.25 million common fund.

***Mancini v. The Western and Southern Life Insurance Company, et al.,*** No. 16-cv-2830-LAB (WVG) (S.D. Cal)
On September 18, 2018, the Honorable Larry Alan Burns granted final approval of settlement in the amount of $477,500 to resolve claims under California's Private Attorneys General Act.

***Gonzales v. Starside Security & Investigation***, No. 37-2015-00036423-CU-OE-CTL (S.D. Supr. Ct.)
On September 7, 2018, the Honorable Gregory W. Pollack granted final approval of a wage and hour class action settlement and where the Law Offices of Ronald A. Marron served as class counsel.

***Mollicone v. Universal Handicraft***, No. 17-21464-Civ-Scola (S.D. Fla.)
On August 10, 2018, the Honorable Robert N. Scola, Jr. granted final approval of class action settlement regarding false advertising claims of Adore cosmetics products marketed as containing a plant stem cell formula where in which the Law Offices of Ronald A. Marron served as class counsel. In his Preliminary Approval Order, Judge Scola stated that the Marron Firm is "experienced and competent in the prosecution of complex class action litigation." (Dkt. No. 120).

***Mason v. M3 Financial Services, Inc.,*** No. 15-cv-4194 (N.D. Ill.)
On June 29, 2018, the Honorable Andrea R. Wood granted final approval of a nationwide TCPA
class action settlement in the amount of $600,000 in which the Law Offices of Ronald A. Marron
served as co-lead class counsel.

***Lucero v. Tommie Copper, Inc.***, No. 15 Civ. 3183 (AT) (S.D. N.Y.)
On May 4, 2018, the Honorable Analisa Torres granted final approval of a false advertising class
settlement in the amount $700,000. This case involves allegations of false and deceptive advertising
and endorser liability for copper fabric compression clothing.  On January 4, 2016, the Honorable
Analisa Torres appointed the Marron firm as Interim Lead Class Counsel over the opposition and
challenge of other plaintiffs' counsel, noting that the Marron firm's "detailed" complaint was "more
specifically pleaded, . . . assert[ing] a more comprehensive set of theories . . . [and was] more
factually developed."  *Potzner v. Tommie Copper Inc.*, No. 15 CIV. 3183 (AT), 2016 WL 304746,
at *1 (S.D.N.Y. Jan. 4, 2016).  Judge Torres also noted that Mr. Marron and his firm's attorneys had
"substantial experience litigating complex consumer class actions, are familiar with the applicable
law, and have the resources necessary to represent the class." *Id.*

***Gutierrez-Rodriguez v. R.M. Galicia, Inc.,*** No. 16-cv-00182-H-BLM (S.D. Cal.)
On March 26, 2018, the Honorable Marilyn Huff granted final approval of a nationwide TCPA class
action settlement which provided monetary relief in the amount of $1,500,000, in addition to
significant injunctive relief.  (Dkt. 67.)  The Law Offices of Ronald A. Marron served as class
counsel. *Gutierrez-Rodriguez v. R.M. Galicia, Inc.,* No. 16-CV-00182-H-BLM, 2018 WL 1470198,
at *2 (S.D. Cal. Mar. 26, 2018).

***Thornton v. NCO Financial Systems***, No. 16-CH-5780 (Cook County, Ill)
On October 31, 2017, the Honorable Tomas R.  Allen of the Circuit Court of Cook County, Illinois,
granted final approval to a nationwide TCPA class which created a common fund in the amount of
$8,000,000 and also provided for injunctive relief.  The Law Offices of Ronald A. Marron served as
co-lead class counsel.

***Elkind v. Revlon Consumer Products Corporation***, No. 14-cv-2484(JS)(AKT) (E.D.N.Y.)
On September 5, 2017, the Honorable A. Kathleen Tomlinson granted final approval of a nationwide
false advertising class action settlement which challenged Revlon's advertising of its "Age Defying
with DNA Advantage" line of cosmetics in the amount of $900,000, and significant injunctive relief.
The Law Offices of Ronald A. Marron served as co-lead class counsel.

***Sanders v. R.B.S. Citizen, N.A.,*** No. 13-CV-03136-BAS (RBB) (S.D. Cal.)
On January 27, 2017 the Honorable Cynthia A. Bashant granted final approval of a nationwide
TCPA class action settlement in the amount of $4,551,267.50.  *Sanders v. R.B.S. Citizen, N.A.,* No.
13-CV-03136-BAS (RBB), 2017 WL 363536 (S.D. Cal. Jan. 25, 2017). On July 1, 2016, the
Honorable Cynthia A. Bashant certified a nationwide class, for settlement purposes, of over one
million persons receiving cell phone calls from Citizens made with an alleged automatic telephone
dialing system.  Dkt. 107.  The Court appointed the Law Offices of Ronald A. Marron as class
counsel, noting they have "significant experience in handling class actions." *Id.*

***In re Leaf123 (Augustine v. Natrol)***, No. 14-114466 (U.S. Bankruptcy Court for the District of Delaware)

This action involved allegations of false and deceptive advertising of Senna Leaf tea products as dietary aids.  Plaintiff alleged Senna Leaf is nothing more than a stimulant laxative which does not aid diets but hinders them.  After a strong showing in the district court, and pursuant to other actions against the defendant manufacturer, the defendant filed for bankruptcy.  The Marron Firm followed defendant to the federal bankruptcy court and retained bankruptcy counsel to assist.  After a full day mediation before a retired federal jurist, and months of follow up negotiations, a settlement was reached.  On August 7, 2015, in In re Leaf123 (adversary proceeding of *Augustine v. Natrol*), the Honorable Brendan L. Shannon approved an injunctive relief-only settlement, finding it "fair, reasonable and adequate."

***Johnson v. Triple Leaf Tea, Inc.***, No. 3:14-cv-01570-MMC (N.D. Cal.)

An injunctive relief class action settlement, requiring manufacturer of senna leaf diet teas to re-label their products and remove ingredients based on alleged consumer confusion and harm, was filed in April 2014.  The Marron firmed served as class counsel and the Honorable Maxine M. Chesney, Senior U.S. District Court Judge granted final approval to a classwide settlement on November 16, 2015.  *Johnson v. Triple Leaf Tea Inc.*, No. 3:14-CV-01570-MMC, 2015 WL 8943150, at *3, *5 (N.D. Cal. Nov. 16, 2015) ("Class Counsel has fully and competently prosecuted all causes of action, claims, theories of liability, and remedies reasonably available to the Class Members. The Court hereby affirms its appointment of the Law Offices of Ronald A. Marron, APLC as Class Counsel . . . . Class Counsel and Defendant's counsel are highly experienced civil litigation attorneys with specialized knowledge in food and drug labeling issues, and complex class action litigation generally.").

***Perry v. Truong Giang Corp.***, Case No. BC58568 (L.A. Supr. Ct.)

Plaintiff alleged defendant's Senna Leaf teas, advertised as diet aids, were falsely or misleadingly advertised to consumers.  After an all-day mediation, a class wide settlement was reached.  In granting final approval to the settlement on August 5, 2015, the Honorable Kenneth Freeman noted that class counsel's hourly rates were "reasonable" and stated the Marron Firm's lawyers used skill in securing the positive results achieved on behalf of the class.  The court also noted "this case involved difficult legal issues because federal and state laws governing dietary supplements are a gray area, . . . the attorneys displayed skill in researching and settling this case, which provides a benefit not only to Class Members but to the public at large . . . ."

***Carr v. Tadin, Inc.***, No. 3:12-cv-03040-JLS-JMA (S.D. Cal.)

An injunctive relief class action settlement, requiring manufacturer of diet teas and other health supplements to re-label their products to avoid alleged consumer confusion, was filed in January 2014 before the Honorable Janis L. Sammartino.  The Marron Firm was appointed as class counsel and the classwide settlement was granted final approval on December 5, 2014.

***Gallucci v. Boiron, Inc.***, No. 3:11-cv-2039-JAH (S.D. Cal.)

The firm was class counsel for consumers of homeopathic drug products in an action against Boiron, Inc., the largest foreign manufacturer of homeopathic products in the United States, involving allegations that Boiron's labeling and advertising were false and misleading.  We obtained a nationwide settlement  for the class which provided injunctive relief and restitution from a common fund of $5 million.  The settlement was upheld by the Ninth Circuit on February 21, 2015.  The case

also set an industry standard for homeopathic drug labeling.  *See*
www.homeopathicpharmacy.org/pdf/press/AAHP_Advertising_ Guidelines.pdf.

***Red v. Kraft Foods Global, Inc.***, No. 2:10-1028-GW (C.D. Cal)
The firm represented consumers in a class action against one of the world's largest food
companies and was appointed lead counsel in a consolidated putative class action. The action has
resulted in a permanent injunction barring the use of deceptive health claims on Nabisco packaged
foods containing artificial trans fat. The Court has also granted an interim award of attorneys' fees.

***Mason v. Heel, Inc.***, No. 3:12-cv-3056-GPC-KSC (S.D. Cal.)
Plaintiff alleged false and deceptive advertising of over-the-counter homeopathic drugs.  On October
31, 2013, the Honorable Gonzalo P. Curiel granted preliminary approval to a nationwide class
settlement of $1 million in monetary relief for the class plus four significant forms of injunctive
relief.  Final approval was granted on March 13, 2014.  *See Mason v. Heel, Inc.,* 3:12-CV-03056-
GPC, 2014 WL 1664271 (S.D. Cal. Mar. 13, 2014).

***Clark v. National Western Life Insurance Co.***, No. BC321681 (L.A. Co. Super. Ct.)
Class action involving allegations of elder financial abuse and fraud.  After litigating the case for
well over six years, including Mr. Marron being appointed co-lead class counsel, the case resulted
in a settlement of approximately $25 million for consumers.

***In re Quaker Oats Labeling Litig.***, No. 5:10-cv-00502-RS (N.D. Cal.)
False and deceptive advertising case concerning Instant Oats, Chewy Granola Bars and Oatmeal To
Go products, including use of partially hydrogenated vegetable oil while also representing the
products as healthy snacks.  An injunctive relief class action settlement was granted preliminary
approval on February 2, 2014, with my firm being appointed Class Counsel.  On July 29, 2014, the
court granted the final approval of the settlement.

***Nigh v. Humphreys Pharmacal, Inc.,*** No. 3:12-cv-02714-MMA-DHB (S.D. Cal.)
Case involving allegations of false and deceptive advertising of homeopathic over-the-counter drugs
as effective when they allegedly were not.  On October 23, 2013, a global settlement was granted
final approved by the Honorable Michael M. Anello, involving a common fund of $1.4 million plus
five significant forms of injunctive relief for consumers.

***Burton v. Ganeden Biotech, Inc.,*** No. 3:11-cv-01471-W-NLS (S.D. Cal.)
Action alleging false and deceptive advertising of a dietary probiotic supplement.  On March 13,
2012, the Marron Firm settled the case for $900,000 in a common fund plus injunctive relief in the
form of labeling changes.  Final approval was granted on October 5, 2012.

***Hohenberg v. Ferrero U.S.A., Inc.,*** No. 3:11-CV-00205-H-CAB (S.D. Cal.)
This case involved false and deceptive advertising of sugary food product as a healthy breakfast food
for children.  After successfully defeating a motion to dismiss, *Hohenberg*, 2011 U.S. Dist. LEXIS
38471, at *6 (S.D. Cal. Mar. 22, 2011), the Honorable Marilyn Huff certified a class on November
15, 2011, resulting in a published decision, *In re Ferrero Litig.*, 278 F.R.D. 552 (S.D. Cal. 2011).  A
final settlement consisting of injunctive relief labeling and marketing changes, plus a $550,000
common fund for monetary relief to the class was finally approved on July 9, 2012.

*In re Qunol CoQ10 Liquid Labeling Litigation*, No. 8:11-cv-173-DOC (C.D. Cal.)
This case involved false and deceptive consumer advertising of a dietary supplement.  The Marron
Firm was appointed class counsel and successfully defeated defendants' motion to decertify the class
following the Ninth Circuit's decision in *Mazza v. Am. Honda Motor Co.*, 666 F.3d 581 (9th Cir.
2012).  *See Bruno v. Eckhart Corp.*, 2012 U.S. Dist. LEXIS 30873 (C.D. Cal. Mar. 6, 2012); *see
also Bruno v. Quten Research Inst., LLC*, 2011 U.S. Dist. LEXIS 132323 (C.D. Cal. Nov. 14, 2011).
The case settled on the eve of trial (originally scheduled for October 2, 2012) for cash payments to
the class and injunctive relief.

*Iorio v. Asset Marketing Systems, Inc.*, No. 05cv00633-IEG-CAB (S.D. Cal.)
This action involved allegations of elder financial abuse and fraud.  Mr. Marron was appointed class
counsel on August 24, 2006 and the Court certified a class on July 25, 2006.  After nearly six years
of intensive litigation, including "challenges to the pleadings, class certification, class
decertification, summary judgment,…motion to modify the class definition, motion to strike various
remedies in the prayer for relief, and motion to decertify the Class' punitive damages claim," plus
three petitions to the Ninth Circuit, attempting to challenge the Rule 23(f) class certification, a
settlement valued at $110 million was reached and approved on March 3, 2011.  *Iorio*, Dkt. No. 480.
In granting final approval to the settlement, the Court noted that class counsel were "highly
experienced trial lawyers with specialized knowledge in insurance and annuity litigation, and
complex class action litigation generally" and "capable of properly assessing the risks, expenses,
and duration of continued litigation, including at trial and on appeal."  *Id.* at 7:18-22.

*Martinez v. Toll Brothers*, No. 09-cv-00937-CDJ (E.D. Penn.)
Shareholder derivative case alleging breach of fiduciary duty, corporate waste, unjust enrichment
and insider trading, filed derivatively on behalf of Toll Brothers and against individual corporate
officers.  Under a joint prosecution agreement, this action was litigated along with other consolidated
and related actions against Toll Brothers in a case styled *Pfeiffer v. Toll Brothers*, No. 4140-VCL
in the Delaware Chancery Court.  After extensive litigation, the case settled in September 2012 for
$16.25 million in reimbursement to the corporation.

*Peterman v. North American Co. for Life & Health Insurance*, No. BC357194, (L.A. Co. Super.
Ct.), involved allegations of elder financial abuse.  This case was litigated for over four years and
achieved a settlement of approximately $60 million for consumers.

*Vaccarino v. Midland Nat'l Life Ins. Co.*, No. 2:11-cv-05858-CAS (MANx) (C.D. Cal.)
This action involved allegations of elder financial abuse and fraud.  On June 17, 2013, the Honorable
Christina A. Snyder appointed the Marron Firm as Class Counsel, and on February 3, 2014, the
Court certified a class of annuities purchasers under various theories of relief, including breach of
contract and the UCL.  On September 22, 2014, the court granted final approval to a class action
settlement that achieved a settlement of approximately $5.55 million for consumers, including *cy
pres* relief to the Congress of California Seniors.

### CURRENT AND NOTABLE APPOINTMENTS AS CLASS COUNSEL

*Hilsley v. Ocean Spray Cranberries, Inc.*, No. 3:17-cv-02335(GPC) (S.D. Cal.)
A nationwide class of consumers brought this suit against Ocean Spray Cranberries, Inc. and Arnold
Worldwide LLC for violations of California's Consumer Legal Remedies Act. Plaintiff alleges that

certain Ocean Spray products falsely state "no artificial flavors" when they in fact contain the
artificial flavoring agent, malic acid. On November 29, 2018, the Honorable Gonzalo P. Curiel
granted class certification, appointing Ronald A. Marron and Michael Houchin of the Marron Firm
as class counsel. On July 3, 2019, Judge Curiel denied Defendant's Motion for Summary Judgment
and on July10, 2019 denied Defendant's Motion to Decertify the Class. On November 8, 2019,
Ocean Spary agreed to a $5.4 million dollar Class Action Settlement that was preliminarily approved
by the Court on January 31, 2020. Ocean Spray has also agreed to remove the "no artificial flavors"
statement from its product labels.  A final approval hearing is currently set for July 31, 2020.

***Romero v. Securus Technologies, Inc.***  No. 3:16-cv-01283 (JM) (S.D. Cal.)
Plaintiffs Juan Romero, Kenneth Elliot, and Frank Tiscareno allege that Securus Technologies
illegally recorded telephone conversations between inmates and their counsel. On November 21,
2018, the Honorable Jeffrey Miller granted class certification in part, appointing the Law Offices of
Ronald A. Marron as co-lead class counsel.  On June 16, 2020, the class action settlement was
preliminary approved by the Court.  A final approval hearing is currently set for September 28,
2020.

***O'Shea v. American Solar Solutions, Inc.***, No. 3:14-cv-00894-L-RBB (S.D. Cal.)
On March 3, 2017, the Honorable M. James Lorenz certified a TCPA class of all individuals in the
United States who were called on behalf of the defendant, using the ViciDial predictive dialers, on
a cellular telephone number, between November 22, 2012 and August 22, 2015, and appointed
Ronald A. Marron, Alexis Wood and Kas Gallucci as class counsel.

***Reyes v. Education Credit Management Corporation,*** No. 3:15-cv-00628-BAS-AGS (S.D. Cal.)
Plaintiff A.J. Reyes brought suit against Education Credit Management Corporation under
California's Invasion of Privacy Act. Plaintiff alleges due to an error in the Defendant's phone
system, inbound calls to ECMC were being recorded without their consent. On September 20, 2017,
the Honorable Cynthia Bashant certified a class of individuals who made inbound calls to lines with
the faulty setting, as well as granted certification of plaintiff's demand for injunctive relief and
monetary damages. The Law Offices of Ronald A. Marron was appointed as class counsel. Currently
remanded back from 9th Circuit after vacating Class Certification, this case is back at the District
Court for further proceedings.

***Robbins v. Gencor Nutrients, Inc.,*** No. 16AC-CC00366 (Circuit Court, Cole Cty. Mo.).
On May 14, 2018, the Honorable Jon E. Beetem granted preliminary approval of a nationwide false
advertising class action settlement concerning testosterone boosting supplements and appointed the
Law Offices of Ronald A. Marron as co-lead class counsel.

***Allen v. Hyland's, Inc.***, No. 12-CV-1150 DMG (MANx) (C.D. Cal.)
Nationwide class of consumers certified for false and deceptive advertising against largest U.S.-
based manufacturer of homeopathic drugs, involving ten over-the-counter homeopathic drug
products. A nationwide class was certified after two years of vigorous litigation, including Marron
firm counsel surviving against two motions to dismiss, a motion for judgment on the pleadings, and
a motion to strike punitive damages.  *See* 300 F.R.D. 643 (C.D. Cal. 2014). Following a thirteen-day
jury trial before the Honorable Judge Dolly M. Gee, a verdict was returned in favor of Hyland's. The
Marron Firm timely appealed. On May 15, 2019, the Ninth Circuit reversed the judgment in part
holding that "the jury's narrow findings as to deceptive advertising do not resolve [Plaintiffs']

broader unfair practices theory" and that "the district court must engage in fact-finding to resolve [the UCL claim], and erred in granting judgment to Hyland's without doing so." *Allen v. Hylands, Inc.,* No. 17-56184, 2018 WL 2142843, at *3 (9th Cir. May 15, 2019).

***Allen v. Similasan Corp.***, No. 12-cv-376 BAS (JLB) (S.D. Cal.)
A California class of consumers alleging false and deceptive advertising of six homeopathic drugs was certified by the Honorable Cynthia A. Bashant on March 30, 2015, with the Court noting that the firm was experienced and competent to prosecute the matter on behalf of the Class.  Judge Bashant denied summary judgment on the class' claims that the drug products were not effective, as advertised, and certified claims under California's Consumers Legal Remedies Act, Unfair Competition Law, False Advertising Law, breach of express and implied warranty, and violation of the federal Magnuson-Moss Warranty Act.

## OTHER NOTABLE CASES

***In re Santa Fe Natural Tobacco Company Marketing & Sales Practices Litig.,*** No. 1:16-md-02695-JB-LF (D.N.M.)
On May 24, 2016, Ronald A. Marron was appointed to the Executive Committee in a multidistrict litigation labeling case. (Dkt. 24.)

***Henderson v. The J.M. Smucker Company***, No. 2:10-cv-4524-GHK (C.D. Cal.)
This action was the catalyst forcing the defendant to reformulate a children's frozen food production to remove trans-fat.  On June 19, 2013, the Honorable George H. King held the firm's client was a prevailing Private Attorney General and entitled to her costs and attorneys' fees.

## APPELLATE CASES

***Shyriaa Henderson v. United States Aid Funds, Inc.,*** **Case No. 17-55373 (9th Cir.)**
On March 22, 2019, the Ninth Circuit reversed the District Court's order granting summary judgment in favor of Defendant, and remanded for further proceedings in a class action where debt collectors acting on behalf of defendant were in violation of the Telephone Consumer Protection Act (TCPA). The Ninth Circuit found that a reasonable jury could hold Defendant vicariously liable for the alleged TCPA violations by debt collectors.

***John Sandoval v. Pharmacare US, Inc.***, Case No. 16-56301 (9th Cir.)
On April 5, 2016, the Ninth Circuit reversed, in part, the District Court's order granting summary judgment in a false advertising class action concerning an aphrodisiac dietary supplement called "IntenseX" The Marron Firm successfully argued that statements on the intensex.com website showed that the defendant failed to obtain approval of IntenseX as an OTC aphrodisiac drug, thus creating a basis for liability under California's Unfair Competition Law.

***Reid v. Johnson & Johnson***, Case No. 12-56726 (9th Cir.)
On March 13, 2015, the Ninth Circuit reversed, in part, the District Court's order granting the defendant's motion to dismiss in a false advertising class action concerning Benecol spread that was allegedly falsely advertised as containing "No Trans Fat."  The Marron Firm successfully argued that the plaintiff's claims are not preempted by the Federal Food, Drug, and Cosmetics Act. *Reid v. Johnson & Johnson*, 780 F.3d 952, 964 (9th Cir. 2015).

1  **LAW OFFICES OF RONALD A. MARRON**
   RONALD A. MARRON (SBN 175650)
2  *ron@consumersadvocates.com*
3  MICHAEL T. HOUCHIN (SBN 305541)
   *mike@consumersadvocates.com*
4  LILACH HALPERIN (SBN 323202)
5  *lilach@consumersadvocates.com*
6  651 Arroyo Drive
   San Diego, California 92103
7  Telephone: (619) 696-9006
8  Facsimile: (619) 564-6665
   ***Attorneys for Plaintiff and the Proposed***
9  ***Classes***

10                **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12

13  | FRANK CAPACI and CYNTHIA FORD | Case No. 2:19-cv-03440-FMO-FFM |
14  | on behalf of themselves, all others similarly situated, and the general public, | |
15  | | CLASS ACTION |
16  | Plaintiffs, | **DECLARATION OF CYNTHIA FORD IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
17  | vs. | |
18  | SPORTS RESEARCH, INC., a California Corporation, | |
19  | | |
20  | Defendant. | |

21

22

23

24

25

26

27

28

*Capaci et al. v. Sports Research, Inc.,* Case No. 2:19-cv-03440-FMO-FFM
DECLARATION OF CYNTHIA FORD IN SUPPORT OF MOTION FOR
CLASS CERTIFICATION

EA_249

I, Cynthia Ford, declare:

1.      I am a named Plaintiff and a proposed class representative in the matter styled *Capaci et al. v. Sports Research, Inc*., Case No. 2:19-cv-03440-FMO-FFM that is currently pending before this Court.

2.      I submit this Declaration in Support of Plaintiff's Motion for Class Certification and to Appoint Class Counsel. I make this Declaration based on my personal knowledge and if called to testify, I could and would competently testify to the matters contained herein.

3.      On July 10, 2020, Defendant took my deposition. Attached hereto as **Exhibit A** are true and correct copies of excerpts from my deposition transcript.

4.      At my deposition, I testified that I purchased the Sports Research Garcinia Cambogia Product around January and February of 2018:

Q:      Have you purchased the Sports Research Garcinia Cambogia product before?

A:      Yes.

Q:      When did you purchase it last?

A:      Around January 2018.

Q:      And was that the only time that you purchased it?

A:      That was my first purchase. And then I did another purchase in February.

Q:      February of 2018?

A:      Correct.

Ford Dep. Tr. at 9:23 – 10:8.

5.      I purchased the Sports Research Garcinia Cambogia Product from a Vitamin Shoppe store located on 5600 East 7th Street, Long Beach, California. I recall paying approximately $20.00 to 25.00 for the Products that I purchased.

6.      When I purchased the Sports Research Garcinia Cambogia Product, I read and relied on the label of the Product. In particular, I recall that the Product

1

*Capaci et al. v. Sports Research, Inc.,* Case No. 2:19-cv-03440-FMO-FFM
DECLARATION OF CYNTHIA FORD IN SUPPORT OF MOTION FOR
CLASS CERTIFICATION

1  label claimed to support appetite control and weight management.

2      Q:    Okay. Do you recall what the actual Sports Research label states?

3      A:    That it suppresses – or it suppresses appetite, control and weight

4      management.

5      ……

6      Q:    Now, the second yellow bullet point on the label states "Non-GMO &

7      Gluten-Free." Would this at all be relevant to your decision to purchase the

8      product again in the future?

9      A:    No. That wasn't really relevant. So I was concerned – I mean, what got

10     my attention, it was mainly the weight management and suppressing the

11     appetite. That GMO labeling wouldn't have any effect on it, I don't think.

12 Ford Dep. Tr. at 32:9-12; 42:18 – 43:2.

13     7.    I consistently took the Sports Research Garcinia Cambogia Product as

14 directed after my purchase. As I testified during my deposition:

15     Q:    Did you follow all the instructions last time?

16     A:    I did.

17     ……

18     Q:    And why do you believe that it doesn't offer weight management?

19     A:    Because of the 60 days I tried it and I was very disciplined and adamant

20     with it.

21     Q:    And it didn't help you manage your weight?

22     A:    No.

23     Q:    And you were dieting and exercising while taking the product in the

24     past?

25     A:    Yes.

26 Ford Dep. Tr. at 15:22-24; 21:17-25.

27     8.    After taking the Sports Research Garcinia Cambogia Product as

28 directed, I did not experience the promised appetite control or weight management

*Capaci et al. v. Sports Research, Inc.,* Case No. 2:19-cv-03440-FMO-FFM
DECLARATION OF CYNTHIA FORD IN SUPPORT OF MOTION FOR
CLASS CERTIFICATION

EA_251

1   benefits. As I explained during my deposition:

2        Q:    Okay. So when you last consumed the product, did you obtain any

3       benefits at all from the product that you would hope to obtain from it again, if

4       you purchased it again?

5   [Objection omitted]

6        A:    Well, I bought it for weight management and appetite suppressing. And

7       after two months of not getting that, I did not get the results that I was hoping

8       for which was advertised on the bottle.

9       ……

10        Q:    Okay. Can you tell me in your own words what, if anything, you would

11       like the Court to order Sports Research to do or refrain from doing?

12        A:    Well, for one thing, not advertise that it suppresses the appetite or offer

13       weight management, when, in fact, it does not.

14       ……

15        Q:    Okay. Now, there's then the statement "Along with diet and exercise,

16       garcinia cambogia is a great way to support your overall weight management

17       plan." Is that a statement that you would need assurances about before

18       deciding to purchase the product again?

19        A:    Yes.

20        Q:    Why is that?

21        A:    Again, because of my past use of it and getting no results.

22   Ford Dep. Tr. at 12:2-14; 21:11-16; 35:4-14.

23       9.    I would not have purchased the Sports Research Garcinia Cambogia

24   Product if I had known that the Product's label, which advertises that the Product is

25   effective for appetite control and weight management, was false.

26        Q:    Okay. And when you allege in Paragraph 74 of the Second Amended

27       Complaint that you won't purchase the product again, are you referring to just

28       the Sports Research brand or any brand of garcinia cambogia?

<div align="center">3</div>

<div align="center"><em>Capaci et al. v. Sports Research, Inc.,</em> Case No. 2:19-cv-03440-FMO-FFM
DECLARATION OF CYNTHIA FORD IN SUPPORT OF MOTION FOR
CLASS CERTIFICATION</div>

EA_252

1   A:    Any brand.

2   Q:    Why is that?

3   A:    Because for me right now it's not doing what it says, because every

4   brand out there is claiming weight management or appetite suppressant. I

5   would stick with Sports Research, but I would not get it because of those false

6   statements based on my personal use.

7   Ford. Dep. Tr. at 49:19 – 50:6.

8   10.   I would like to, and intend to, purchase the Product again in the future

9   if the labels were accurate and consistent with the Product's ingredients. As I

10  explained during my deposition:

11  Q:    Yeah. My question is, as you just stated, you didn't obtain the benefits

12  for which you purchased it, so why are you still open to purchasing it again if

13  there is label changes?

14  A:    Depending on what the changes to the label are, if it's accurate, because

15  that's pretty much how I purchased according to what a product advertises.

16  ……

17  Q:    Okay. Aside from your own previous experience with the product that

18  you testified about earlier, would anything else be affecting your decision

19  whether to purchase the product again in the future?

20  A:    Other than the labeling, no.

21  ……

22  Q:    Yeah. It says you'll be unable to rely on the product's advertising or

23  labeling in the future and so will not purchase the product again, although

24  you would like to.

25  A:    With that statement, it was with the thought of looking at it as it is

26  now, not seeing any changes to it. So to say no, I wouldn't, it's because of

27  the current label. I would like to, meaning that if that were changed, I sure

28  would like to.

*Capaci et al. v. Sports Research, Inc.,* Case No. 2:19-cv-03440-FMO-FFM
DECLARATION OF CYNTHIA FORD IN SUPPORT OF MOTION FOR
CLASS CERTIFICATION

EA_253

1  Ford Dep. Tr. at 13:2-10; 21:5-10; 48:11-21.

2      11.  I have remained in contact with my counsel at the Law Offices of

3  Ronald A. Marron since the onset of this case, and have kept myself informed of its

4  status. Based on the interactions with my counsel, I believe my counsel has fairly

5  and adequately represented the class and will continue to do so.

6      12.  I understand the responsibilities expected of a class representative, such

7  as acting on behalf of the Class's best interests, staying involved and informed about

8  the case, and actively participating in it, including making myself available for trial,

9  and I am able to fulfill such duties.

10      13.  It is my understanding that all of the other class members have also

11  purchased the Sports Research Garcinia Cambogia Product. I therefore request that

12  the Court certify all persons who purchased Sports Research Garcinia Cambogia in

13  the United States during the class period, including a California sub-class.

14

15      I declare under penalty of perjury of the laws of the United States that the

16  foregoing is true and correct.

17

18

19  Executed on this 27th day of July, 2020 in Bellflower, California.

20

21

22

23

24  Cynthia Ford

25

26

27

28

*Capaci et al. v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
DECLARATION OF CYNTHIA FORD IN SUPPORT OF MOTION FOR
CLASS CERTIFICATION

# EXHIBIT A

1                    UNITED STATES DISTRICT COURT

2                   CENTRAL DISTRICT OF CALIFORNIA

3

4        _____

                                             )
5        FRANK CAPACI and CYNTHIA FORD       )
         on behalf of themselves, all        )
6        others similarly situated, and      )
         the general public,                 )
7                                            )
                 Plaintiffs,                  )
8                                            )
         vs.                                  )    CASE NO.:
9                                            )    2:19-cv-03440-
         SPORTS RESEARCH CORPORATION,        )    FMO-FFM
10                                           )
                 Defendants.                  )
11       _____)

12

13

14

15         VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION OF

16                          CYNTHIA FORD

17                      Norwalk, California

18                     Friday, July 10, 2020

19                          Volume I

20

21       Reported by:
         MONICA M. CLINE
22       RPR, CSR No. 8933

23       Job No. 4158842

24       PAGES 1 - 64

25       APPEARING REMOTELY FROM SAN DIEGO COUNTY, CALIFORNIA

                                                        Page 1

```
 1                    EXAMINATION
 2   BY MR. BLANK:
 3        Q    Good morning, Ms. Ford.
 4        A    Good morning.
 5        Q    Can you please state your full name and
 6   spell it for the record?
 7        A    Cynthia Ford, C-y-n-t-h-i-a, F-o-r-d.
 8        Q    And is there any reason why you can't give
 9   your best testimony today?
10        A    No.
11        Q    And are you represented by counsel today?
12        A    Yes.
13        Q    And that's the Law Office of Ronald Marron,
14   and Attorney Mike Houchin is present next to you
15   today; is that right?
16        A    Yes.
17        Q    And have you been deposed before?
18        A    No.
19        Q    I assume Mr. Houchin went over basic rules
20   of a deposition for you?
21        A    Yes.
22        Q    Okay.  So we can skip those.
23             Have you purchased the Sports Research
24   Garcinia Cambogia product before?
25        A    Yes.
```

Page 9

1        Q    When did you purchase it last?

2        A    Around January 2018.

3        Q    And was that the only time that you

4   purchased it?

5        A    That was my first purchase.  And then I did

6   another purchase in February.

7        Q    February of 2018?

8        A    Correct.

9        Q    That was another purchase of the same

10  Sports Research Garcinia Cambogia product?

11       A    Yes.

12       Q    Did you purchase it a second time because

13  you were happy with your use of the product the

14  first time?

15            MR. HOUCHIN:  Objection.  Outside of the

16  scope of the Court's May 11th, 2020, order that

17  limits the deposition to just the allegations [audio

18  breakup] --

19            THE REPORTER:  I'm not hearing you.  The

20  allegations what?

21            MR. HOUCHIN:  Contained in the Second

22  Amended Complaint.

23            MR. BLANK:  Yeah.  It's found that past

24  experience colors that future desire to purchase the

25  product that directly relates to the allegations.

                                        Page 10

1    BY MR. BLANK:

2        Q    But you can answer unless you're instructed

3    not to answer.

4            MR. HOUCHIN:  You can answer the question.

5            THE WITNESS:  Could you repeat, please?

6    BY MR. BLANK:

7        Q    Yeah.  Did you purchase the product again

8    in February of 2018 because you were satisfied with

9    your experience with the product the first time you

10   took the product?

11       A    No, not satisfied.  I was giving it a

12   chance to work, so I tried it for two months.

13       Q    Okay.  Did you obtain any benefits at all

14   from your use of the product?

15           MR. HOUCHIN:  Objection.  Outside of the

16   scope.

17           I will instruct my client not to answer.

18   BY MR. BLANK:

19       Q    Are you going to listen to your counsel's

20   advice?

21       A    Yes.

22       Q    Again, Ms. Ford, would you like to purchase

23   the Sports Research product again as we sit here

24   today?

25       A    If the labeling were changed I would.  It

Page 11

EA_259

1    didn't do what it said.

2        Q    Okay.  So when you last consumed the

3    product, did you obtain any benefits at all from the

4    product that you would hope to obtain from it again,

5    if you purchased it again?

6            MR. HOUCHIN:  Objection.  Vague and

7    ambiguous.

8            You can answer if you understand the

9    question.

10           THE WITNESS:  Well, I bought it for weight

11   management and appetite suppressing.  And after two

12   months of not getting that, I did not get the

13   results that I was hoping for which was advertised

14   on the bottle.

15   BY MR. BLANK:

16       Q    If you didn't get the results that were

17   advertised on the bottle, why are you still

18   considering purchasing it again if there were

19   changes to the label?

20       A    Well, I did not get the results that were

21   advertised on the bottle when I purchased it in

22   January and February of 2018.  And what I bought it

23   for was weight management and appetite suppressant.

24       Q    Sorry.  Please continue.

25       A    I was going to say maybe I'm not

                                        Page 12

1    understanding your question.

2        Q    Yeah.

3            My question is, as you just stated, you

4    didn't obtain the benefits for which you purchased

5    it, so why are you still open to purchasing it again

6    if there is label changes?

7        A    Depending on what the changes to the label

8    are, if it's accurate, because that's pretty much

9    how I purchased according to what a product

10   advertises.

11       Q    Okay.  So if the ingredients remain the

12   same, do you think that it's still possible that you

13   could obtain benefits such as weight management and

14   appetite suppressant?

15       A    No.  I think they could -- I think if it

16   were changed in the wording -- it didn't help with

17   weight management, it did not help with suppressing

18   my appetite.  What was on the label, if it were

19   changed in any kind of way, I don't know.  It would

20   depend on what it said on whether or not I would

21   purchase it.

22           If the ingredients were the same and the

23   label was changed, I don't know if I would know what

24   those ingredients were supposed to do.  I didn't

25   actually take the time to read the ingredients.  I

                                            Page 13

1    that the product might help with the liver?

2        A    That was from the Dr. Oz show.

3        Q    And that's when Dr. Oz was talking about

4    garcinia cambogia?

5        A    Right.  And he mentioned one of the

6    benefits that he was impressed with was this action

7    or whatever it does with the liver.

8        Q    Are you -- do you watch Dr. Oz a lot?

9        A    Not here recently I haven't, but before I

10   have in the past.

11       Q    You respect him?

12       A    I do.  I don't follow all of his advice.

13   Some things do to the extent where he catches my ear

14   on some things.

15       Q    Okay.  Do you believe if you consumed the

16   product any differently in the future that you might

17   obtain better results this time?

18       A    If the instructions were changed, because

19   following their instructions -- so I guess with the

20   label changed and instructions being changed, I

21   would hope for that.

22       Q    Did you follow all the instructions last

23   time?

24       A    I did.

25       Q    Did you consult a doctor before using the

Page 15

```
 1    purchase the product again in the future is not

 2    dependent on Sports Research reformulating the

 3    product; is that right?

 4        A    No.

 5        Q    Okay.  Aside from your own previous

 6    experience with the product that you testified about

 7    earlier, would anything else be affecting your

 8    decision whether to purchase the product again in

 9    the future?

10        A    Other than the labeling, no.

11        Q    Okay.  Can you tell me in your own words

12    what, if anything, you would like the Court to order

13    Sports Research to do or refrain from doing?

14        A    Well, for one thing, not advertise that it

15    suppresses the appetite or offers weight management

16    when, in fact, it does not.

17        Q    And why do you believe that it doesn't

18    offer weight management?

19        A    Because of the 60 days I tried it and I was

20    very disciplined and adamant with it.

21        Q    And it didn't help you manage your weight?

22        A    No.

23        Q    And you were dieting and exercising while

24    taking the product in the past?

25        A    Yes.
```

<div align="right">Page 21</div>

```
 1        Q    Okay.  Now, your allegation in the
 2   complaint states that the product's label indicates
 3   that the product helps reduce belly fat and achieve
 4   weight loss.
 5             Was that something you saw on a product
 6   label or was that a mistake in the complaint?
 7        A    I have never read it on the product.  That
 8   was a mistake that they had in the paperwork.
 9        Q    Okay.  Do you recall what the actual Sports
10   Research label states?
11        A    That it suppresses -- or it suppresses
12   appetite, control and weight management.
13        Q    Okay.  If you went to -- if you were
14   considering purchasing the product again, would you
15   be looking at the label before purchasing it?
16        A    Yes.
17        Q    What type of information would you be
18   looking for on the label?
19        A    What it is claiming to do, the percentage
20   of the HCG [sic] or garcinia cambogia is concerned.
21        Q    Was that -- the fact that Sports Research
22   has a 65 percent HCA, is that an important factor
23   relevant to your decision to purchase the product
24   again?
25        A    Yes.
```

Page 32

1    which portion of that statement would you question?

2        A    The actual percentage, if it's accurate, if

3    it's actually 65 percent in there.

4        Q    Okay.  Now, there's then the statement

5    "Along with diet and exercise, garcinia cambogia is

6    a great way to support your overall weight

7    management plan."

8             Is that a statement that you would need

9    assurances about before deciding to purchase the

10   product again?

11       A    Yes.

12       Q    And why is that?

13       A    Again, because of my past use of it and

14   getting no results.

15       Q    What kind of assurances would you need

16   before feeling comfortable enough to purchase it

17   again?

18       A    Probably research study.

19       Q    A research study on the Sports Research

20   product itself?

21       A    Well, proof that they have done studies to

22   support their claim.

23       Q    Could it be -- would you feel comfortable

24   enough if it was studies on garcinia cambogia

25   products that were not Sports Research's?

Page 35

1    BY MR. BLANK:

2        Q    If the Court said, "Sports Research, you're

3    ordered to ensure that all of your labeling is

4    truthful and accurate," and Sports Research

5    proceeded to keep those three statements on the

6    label, would the existence of the court order that

7    they were under give you assurances that the product

8    is consistent with the statements on the label?

9            MR. HOUCHIN:   Same objections.

10           THE WITNESS:   It would be based on my past

11   use of it.  So if nothing's changed and it's saying

12   the same thing, you know, vaguely I'd have to say

13   because of my past use and I know that -- that it

14   worked.  So if they were told not to change it and

15   I'm not seeing anything different, if that label

16   wasn't changed, no, I wouldn't purchase it.

17   BY MR. BLANK:

18       Q    Now, the second yellow bullet point on the

19   label states "Non-GMO & Gluten Free."

20           Would this at all be relevant to your

21   decision to purchase the product again in the

22   future?

23       A    No.  That wasn't really relevant.  So I was

24   concerned -- I mean, what got my attention, it was

25   mainly the weight management and suppressing the

                                              Page 42

1    appetite.  That GMO labeling wouldn't have any

2    effect on it, I don't think.

3        Q    Okay.  What about the third yellow bullet

4    point that says "Formulated with Coconut Oil," is

5    that at all relevant to your decision to purchase

6    the product again in the future?

7        A    No.

8        Q    Below the yellow bullet points, it says

9    "Satisfaction Guarantee.  We offer a full refund on

10   the purchase price of your order minus return costs

11   within 90 days of purchase."

12            Is this at all relevant to your decision

13   whether to purchase the product again in the future?

14       A    No.

15       Q    Did you use that satisfaction guarantee in

16   the past?

17            MR. HOUCHIN:  Objection.  Outside of the

18   scope.

19            I'll instruct you not to answer.

20   BY MR. BLANK:

21       Q    Do you have any reason to doubt the

22   truthfulness of the statement that Sports Research

23   would provide a full refund on the purchase price if

24   you weren't satisfied with the product?

25            MR. HOUCHIN:  Same objection.

Page 43

1    allegation that you would consider and like to

2    purchase the product again in the future?

3        A    No.

4        Q    Now, in Paragraph 74 of the Second Amended

5    Complaint, you allege that you would be unable to

6    rely on the product's advertising or labeling in the

7    future and so will not purchase the product again,

8    although you would like to.

9             What do you mean by this?

10       A    Repeat that, please.

11       Q    Yeah.

12            It says you'll be unable to rely on the

13   product's advertising or labeling in the future and

14   so will not purchase the product again, although you

15   would like to.

16       A    With that statement, it was with the

17   thought of looking at it as it is now, not seeing

18   any changes to it.  So to say no, I wouldn't, it's

19   because of the current label.  I would like to,

20   meaning that if that were changed, I sure would like

21   to.

22       Q    Okay.  And you sure would like to because

23   you believe there's some positive attribute of the

24   Sports Research Garcinia Cambogia as a product?

25       A    Because of their labeling change, I'm

                                            Page 48

1    hoping that it would be more precise or direct and

2    accurate.

3         Q    Okay.  Now, if they took off all of the

4    statements, the statements about appetite control,

5    appetite suppression, and weight management, would

6    you then consider purchasing the product again?

7         A    Yes.

8         Q    And why is that?

9         A    Again, for the properties of the HCA.  But

10   I would take it knowing that it's not going to do

11   the appetite suppress, it's not going to help me

12   with weight management.  Again, it would go back to

13   the properties or the things that it does for the

14   liver.  It would be pretty much used for the liver

15   instead of weight management.

16        Q    And would you still pay the same price for

17   the product that you previously paid for it?

18        A    Yes.

19        Q    Okay.  And when you allege in Paragraph 74

20   of the Second Amended Complaint that you won't

21   purchase the product again, are you referring to

22   just the Sports Research brand or any brand of

23   garcinia cambogia?

24        A    Any brand.

25        Q    Why is that?

Page 49

EA_269

1      A    Because for me right now it's not doing

2   what it says, because every brand out there is

3   claiming weight management or appetite suppressant.

4   I would stick with Sports Research, but I would not

5   get it because of those false statements based on my

6   personal use.

7      Q    Well, if there is another brand out there

8   that didn't have any statements on the label

9   regarding the benefits of the product, would you

10  consider purchasing that product again today or that

11  product for the first time today?

12     A    No, not while this was still going through

13  litigation I wouldn't, not today.

14     Q    How come?

15     A    Because I think that with this going

16  through litigation, then I'm feeling the same way

17  about the other products on the market, that they're

18  not doing it either.  It's the same product.  Sports

19  Research, again, I would think would be one of the

20  better ones to go with if you're going to go with

21  it.  So if they're not doing it or it's not doing it

22  with them when I take it, I wouldn't even consider

23  the other ones.

24     Q    Okay.  So you do think it's possible that

25  if you bought the Sports Research Garcinia Cambogia

Page 50

**LAW OFFICES OF**
**RONALD A. MARRON, APLC**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA 92103
Telephone:   (619) 696-9006
Facsimile:    (619) 564-6665
*Attorneys for Plaintiff and the Proposed Classes*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CAPACI and CYNTHIA FORD on behalf of themselves, all others similarly situated, and the general public, <br><br> Plaintiffs, <br><br> v. <br><br> SPORTS RESEARCH, INC., a California Corporation. <br><br> Defendant. | Case No.: 2:19-cv-03440-FMO-FFM <br><br> **CLASS ACTION** <br><br> **DECLARATION OF GAJAN RETNASABA** <br><br> Date:    September 17, 2020 <br> Time:   10:00 AM <br> Judge:  Hon. Fernando M. Olguin <br> Ctrm:  6D |

1   I, Gajan Retnasaba, declare:

2        1.     I am a Partner at Classaura LLC, a class action administration firm located

3   at 1718 Peachtree St #1080, Atlanta, Georgia.  I have been the project lead on cases

4   including *Hilsley v. Ocean Spray*, *In re Qunol Liquid Labeling Litigation*, and *In re*

5   *Quaker Oats Labeling Litigation*.  I founded the popular class action advocacy website

6   ClassActionRebates.com.  My prior experience includes being a litigation associate at

7   Jones Day and a senior associate at McKinsey & Company.  I hold a J.D. from Harvard

8   Law School and a Bachelor of Engineering from the University of New South Wales.  I

9   am over the age of 21 and am not a party to this action.

10       2.     I have been asked by counsel for the Plaintiff in this action to prepare (1) a

11  plan should class certification be granted, and (2) a plan for class notice and distribution

12  should judgment for a plaintiff class create a common fund for the class.  I have been

13  asked to create plans for a nationwide class and a California class.

14       3.     Sports Research Garcinia Cambogia is a weight loss supplement.  This

15  product is primarily sold through a network of retailers, through whom the product is sold

16  to the public.  The majority of sales to end-users during the class period came from

17  retailers such GNC and The Vitamin Shoppe.  Sports Research also sells many of its

18  products directly to the public through its website (https://sportsresearch.com/), although

19  at this time Garcinia Cambogia is not listed among the products available.

20       4.     Since Sports Research Garcinia Cambogia is often sold through third-party

21  retailers, no complete record of all Sports Research Garcinia Cambogia purchasers exists.

22  Accordingly, I recommend that notice be broadly disseminated, with a focus on

23  consumers most likely to have purchased the product.

24       5.     I have prepared a dissemination plan that incorporates five methods of

25  communication:  a settlement website, direct notice, online publication, CLRA notice,

26  and a press release.

27

28

2

*Capaci et al. v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
DECLARATION OF GAJAN RETNASABA

EA_272

**CLASS DEMOGRAPHICS**

6.     While there is little information specifically about Sports Research Garcinia Cambogia, it is a subset of the more widely studied weight loss supplement market. According to a 2017 survey by the Council for Responsible Nutrition, a supplement industry group, 76% of American adults take dietary supplements.  19% of supplement takers use a weight loss supplement of some kind.

7.     The United States Census 2019 estimate of the U.S. population over 18 years of age is 255 million people.  Thus, I estimate that approximately 37 million people (255,000,000 × 76% × 19%) use weight loss supplements and I recommend we target this group for the proposed nationwide class.

8.     The Census estimate of the population over 18 years of age in California is 31 million.  Thus, I estimate that approximately 4.4 million people in California use weight loss supplements and I recommend we target this group for the proposed California class.

9.     Use of weight loss supplements is dominated by women.  In a 2008 study published in *Obesity*, Pilliteri et al. found that more than twice as many women as men had ever used a weight loss supplement.  In a 2007 study published in the *Journal of the American Dietetic Association*, Blanck et al. had a similar finding, that more than twice as many women as men had used a weight loss supplement in the previous year.  Usage of weight loss supplements is highest in women between 18 and 34.

10.     Accordingly, I recommend that notice be targeted toward demographics of people that are the most likely to have used weight loss supplements, women between 18 and 34.

11.     I have prepared a dissemination plan that incorporates four methods of communication:  class website, direct notice, online notice; print publication; and a press release.

---

3

*Capaci et al. v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
DECLARATION OF GAJAN RETNASABA

**CLASS WEBSITE**

12.     I recommend the creation of a dedicated settlement website to provide detailed information to class members.   The website will include documents fully describing the case, including the Complaint, Class Certification Order, and other relevant documents.   The website will also describe who is a class member, how their rights are affected by the class certification, and the process for opting-out out of the class(es).

13.     The website will provide email, phone, and postal contacts for class members to request further information, copies of case-related documents, or other help they may require.

14.     The website will be updated as needed.

15.     Opt-out requests may be made online through an online form on the notice website and may also be made by mail.

**DIRECT NOTICE**

16.     Where adequate records exist, direct notice is the preferred form of notice as it provides the most effective and most cost-efficient notice to class members.

17.     Defendant   Sports   Research   Corporation   maintains   a   website (https://sportsresearch.com/) where consumers can directly purchase its products. Accordingly, I recommend that Sports Research be ordered to send an email to purchasers of the affected product to provide notice of class certification and direct class members to the class website.   Alternatively, I recommend that Sports Research be compelled to provide the email list to the class administrator for the purpose of sending such an email. It is noted that this list will include the address of purchasers, so in the event of a California class, notices could be selectively sent.

**ONLINE PUBLICATION OF THE NOTICE**

18.     Facebook is the media outlet where Americans spend the most time, with approximately 230 million users over 18 years old who use the site at least once per

4

*Capaci et al. v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM

DECLARATION OF GAJAN RETNASABA

month. Facebook's database allows detailed targeting of advertising, including by geography, gender, and personal interests. A user may be identified as having an interest in a topic, such as Garcinia Cambogia or weight loss by having mentioned the topic on their Facebook page or by having engaged with related content on Facebook.

19.     We target users of Facebook who are likely to be class members in two ways. First, we target users with an interest in weight loss or weight loss supplements. Second, we target users demographically, targeting users in the relevant geography and who are over the age of 18. This gives us a target audience of 29 million users for the nationwide class and 3,600,000 for the California class.

20.     For a nationwide class, I recommend that ads providing a brief notice of the settlement be published 10 million times on Facebook, limited to U.S. users of Facebook, over the age of 18, and targeted particularly toward those identified as having an interest in weight loss. For a California class, ads would be additionally limited to the respective states and would be published 4 million times.

21.     The online notice will contain a brief description of the case and will contain a link to the dedicated settlement website (discussed above).

**PRESS RELEASE**

22.     PR Newswire is a national press release service used by journalists as a source for news. Press releases sent through PR Newswire often end up as articles in news media websites such as CNBC.com, MarketWatch.com, Reuters.com, Yahoo.com and local media affiliates of the major television networks ABC, NBC, and CBS. The press release will contain information about class certification and the web address for the class website. I recommend the publication of a national press release on PR Newswire.

**CLRA NOTICE**

23.     California's Consumers Legal Remedies Act (CLRA §1781) requires

published notice in a newspaper of general circulation in the county of the transaction, once a week for four consecutive weeks. Accordingly, if a nationwide or California class is certified, I propose publication over four consecutive weeks in the *Daily Commerce*, a newspaper in Los Angeles – the county where Plaintiff Ford alleges her transaction took place.

### JUDGMENT NOTICE AND DISTRIBUTION OF FUNDS

24. Should a certified class obtain a monetary judgment in its favor, I recommend a more extensive notice plan to allow the highest possible percentage of eligible class members to receive the funds to which they are entitled.

25. Initially, I recommend the steps listed above to disseminate the Class Certification Notice online and by publication be repeated for the Judgment Notice.

26. I further recommend that details about the settlement be forwarded to several websites and e-mail lists used by members of the public with an interest in making class action claims if they are eligible.

27. The content of both the summary and long-form versions of the Judgment Notice will describe the judgment, describe the process for making claims online and by mail, and give notice that an attorney fee application will be made and describe how class members may obtain a copy of the fee application from the administrator or online and how they may oppose the application.

28. Monetary claims may be made entirely online using a form with which class members will affirm, under penalty of perjury, their best recollection of the number of each eligible product they purchased. The claim form will be secured using 128-bit encryption, which is the commercial standard. Claim data will be stored in a secure database. The website will also allow class members to download claim forms that can be printed and submitted by mail.

29. The website will provide email, phone, and postal contacts for class members to request further information, hard copies of information, or request help in

6

the claim filing process. The website will be updated as needed. For class members who are unwilling or unable to make claims online, the website will provide a toll-free telephone number and email address by which class members can request claim forms be mailed to them.

30.    If the initial notice campaign described above does not result in the distribution of most of the judgment, I would then recommend additional notice be disseminated. This additional notice would not be a simple repetition of the first round, but would be further refined based on tracking which methods of notice from the previous rounds were most cost-effective in generating valid claims.

## METHODS FOR PREVENTING PAYMENT OF ERRONEOUS, DUPLICATIVE, AND FRAUDULENT CLAIMS

31.    I would undertake several methods of preventing payment of invalid claims.

32.    To prevent duplication, all online claims would be loaded into an electronic database. Claims received by mail would be manually entered into the same database. An algorithm would then be run to identify duplicate entries, including those that are not exact duplicates, but involve small variations in names or addresses.

33.    One type of erroneous claim is an incomplete claim. To the extent possible, the information contained within the incomplete claims will be used to notify the submitter of the incomplete claim. A second type of erroneous claim is one that does not match with a database of United States addresses. Where possible, these addresses will be corrected or individuals will be contacted and encouraged to resubmit a correct claim.

34.    Requiring claims forms to be submitted under "penalty of perjury" substantially deters fraud. Fraud can be further reduced by utilizing fraud detection techniques and rejecting fraudulent claims. The claims database will be queried to report signs of fraud such as: (1) multiple online claims made from the same Internet Protocol ("IP") address; (2) multiple highly similar claims, and (3) claims requesting payment be sent to penal institutions.

7

1      **COSTS**

2      35.     The costs to provide notice of the settlement via direct notice, online

3  publication, press release, and CLRA is $30,000.  The cost to provide a website, toll-free

4  phone, and customer service to class members is $5,000.

5

6      I declare under penalty of perjury of the laws of the United States that the foregoing

7  is true and correct.

8

9      Executed on March 27, 2020, in Atlanta, GA.

10

11     _____

12                Gajan Retnasaba

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

EXHIBIT 11

EA_279

GARCIA RAINEY BLANK & BOWERBANK LLP
  A Limited Liability Partnership
JEFFREY M. BLANK, Cal. Bar No. 217522
  jblank@garciarainey.com
NORMA V. GARCIA, Cal. Bar No. 223512
  ngarciaguillen@garciarainey.com
695 Town Center Drive, Suite 700
Costa Mesa, California 92626-1993
Telephone:  714.382.7000
Facsimile:   714.784.0031

Attorneys for Defendant
SPORTS RESEARCH CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CAPACI and CYNTHIA FORD on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SPORTS RESEARCH CORPORATION, a California Corporation.<br><br>Defendant. | Case No. 2:19-cv-03440-FMO-FFM<br><br>**DECLARATION OF JEFFREY M. BLANK IN SUPPORT OF DEFENDANT SPORTS RESEARCH CORPORATION'S OPPOSITION TO PLAINTIFF CYNTHIA FORD'S MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS COUNSEL**<br><br>Date:  Thursday, September 17, 2020<br>Time:  10:00 a.m.<br>Courtroom:  6D<br>Judge:  Hon. Fernando M. Olguin<br><br>Complaint Filed:  April 26, 2019<br>Trial Date:  None Set |

DECLARATION OF JEFFREY M. BLANK IN OPPOSITION TO CLASS CERTIFICATION

EA_280

## <u>DECLARATION OF JEFFREY M. BLANK</u>

I, Jeffrey M. Blank, declare as follows:

1.    I am a Partner at Garcia Rainey Blank & Bowerbank LLP, counsel of record for Sports Research Corporation ("Sports Research"), defendant in the above-referenced matter.  I have personal knowledge of the facts stated in this declaration, and if sworn as a witness, could and would testify competently as to these facts.

2.    I make this declaration in support of Sports Research's Opposition to the Motion for Class Certification and to Appoint Class Counsel filed by plaintiff Cynthia Ford ("Plaintiff's Class Certification Motion") in the above-referenced matter.

3.    Attached to the Joint Appendix of Evidence ("Appendix") as **<u>Exhibit 12</u>** is a true and correct copy of excerpts of deposition testimony from the official transcript of the Deposition of Cynthia Ford, taken July 10, 2020.  I have highlighted the passages of the testimony that are cited in the brief for the Court's reference.

4.    Attached to the Appendix as **<u>Exhibit 13</u>** is a true and correct copy of excerpts of deposition testimony from the official transcript of the Deposition of Charlene L. Podlipna, CPA ("Podlipna Deposition"), taken July 20, 2020.  I have highlighted the passages of the testimony that are cited in the brief for the Court's reference.

5.    All Amazon.com ("Amazon") reviews of Sports Research's garcinia cambogia product (the "Product") that were available on Amazon as of March 13, 2020, and pulled from Amazon on that date, were produced in this litigation.  A selected number of the produced Amazon Product reviews, bates stamped as SRC000187, SRC000251, SRC000257, SRC000258, SRC000269, SRC000270, and SRC000271, were marked as Exhibit 27 to the Podlipna Deposition.  Attached to the Appendix as **<u>Exhibit 14</u>** is a true and correct copy of Exhibit 27 to the Podlipna Deposition.

6.    In June of 2020, Sports Research noticed the deposition of the initial named plaintiff in this matter, Frank Capaci.  When I began discussions to set a date for Mr. Capaci's deposition, he immediately requested a stipulation to dismiss his individual claims.

7.    Attached to the Appendix as **Exhibit 15** is a true and correct copy of Plaintiff Cynthia Ford's Objections and Responses to Sports Research's Requests for Production of Documents, Set One, dated October 31, 2019.

8.    Attached to the Appendix as **Exhibit 16** is a true and correct copy of the Expert Report of Dr. Samantha Iyengar, Ph.D., dated January 24, 2020.

9.    Attached to the Appendix as **Exhibit 17** is a true and correct copy of the CONFIDENTIAL—ATTORNEY'S EYES ONLY Expert Report of Daniel P. Werner, Ph.D., CPA, dated February 21, 2020.

10.    Attached to the Appendix as **Exhibit 18** are true and correct copies of the labels for Sports Research's 90-count Product, bates stamped as SRC 000001 – SRC 000005, and SRC 000872.

11.    Attached to the Appendix as **Exhibit 19** are true and correct copies of the labels for Sports Research's 180-count Product, bates stamped as SRC 000006 – SRC 000010, and SRC 000873.

12.    I am not aware of any subpoenaed issued in this matter by Plaintiff to any retailers, including GNC or Vitamin Shoppe.

13.    Attached to the Appendix as **Exhibit 20** is a true and correct copy of excerpts of deposition testimony from the official transcript of the Deposition of Dr. David B. Allison, Ph.D., taken July 13, 2020.  I have highlighted the passages of the testimony that are cited in the brief for the Court's reference.

14.    Attached to the Appendix as **Exhibit 21** is a true and correct copy of the Addendum to Expert Report of Samantha Iyengar, Ph.D., dated July 2, 2020.

15.    Attached to the Appendix as **Exhibit 22** is a true and correct copy of Sports Research's CONFIDENTIAL—ATTORNEY'S EYES ONLY Supplemental

DECLARATION OF JEFFREY M. BLANK IN OPPOSITION TO CLASS CERTIFICATION

1  Responses to Plaintiff's First Set of Interrogatories to Sports Research, dated
2  September 13, 2019.

3      16.   Attached to the Appendix as **Exhibit 23** is a true and correct copy of
4  Sports Research's CONFIDENTIAL—ATTORNEY'S EYES ONLY Second Set of
5  Supplemental Responses to Plaintiff's First Set of Interrogatories to Sports
6  Research, dated January 2, 2020.

7      17.   Attached to the Appendix as **Exhibit 24** is a true and correct copy of the
8  First Amended Complaint filed on June 2, 2016, in Case No. 5:16-cv-001890-JGB-
9  SP, *Veda Woodard et al. v. Lee Labrada et al.*, in the United States District Court
10  for the Central District of California.  Sports Research separately requests judicial
11  notice of this document.  (*See* Sports Research's Request for Judicial Notice in
12  support of its Opposition to Plaintiff's Class Certification Motion, filed
13  contemporaneously herewith.)

14
15
16      I declare under penalty of perjury under the laws of the United States of
17  America that the foregoing is true and correct.  Executed on August 10, 2020 at
18  Huntington Beach, California.
19
20
21                  */s/ Jeffrey M. Blank*
                JEFFREY M. BLANK
22
23
24
25
26
27
28

DECLARATION OF JEFFREY M. BLANK IN OPPOSITION TO CLASS CERTIFICATION

**EA_283**

# EXHIBIT 12

EA_284

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4    _____
                                     )
 5    FRANK CAPACI and CYNTHIA FORD   )
      on behalf of themselves, all    )
 6    others similarly situated, and  )
      the general public,             )
 7                                    )
              Plaintiffs,             )
 8                                    )
      vs.                             )   CASE NO.:
 9                                    )   2:19-cv-03440-
      SPORTS RESEARCH CORPORATION,    )   FMO-FFM
10                                    )
              Defendants.             )
11    _____)
12
13
14
15       VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION OF
16                      CYNTHIA FORD
17                   Norwalk, California
18                 Friday, July 10, 2020
19                       Volume I
20
21    Reported by:
      MONICA M. CLINE
22    RPR, CSR No. 8933
23    Job No. 4158842
24    PAGES 1 - 64
25    APPEARING REMOTELY FROM SAN DIEGO COUNTY, CALIFORNIA
```

<div align="right">Page 1</div>

EA_285

```
 1    REMOTE APPEARANCES:

 2

 3    For Plaintiffs:

 4         RONALD A. MARRON LAW OFFICES

 5         BY:  MICHAEL T. HOUCHIN

 6              LILACH HALPERIN

 7         651 Arroyo Drive

 8         San Diego, California 92103

 9         (619) 969-9006

10         mike@consumersadvocates.com

11         lilach@consumersadvocates.com

12

13    For Defendant Sports Research Corporation:

14         GARCIA RAINEY BLANK & BOWERBANK

15         BY:  JEFFREY M. BLANK

16              HUGO LOPEZ

17              NORMA GARCIA GUILLEN

18         695 Town Center Drive, Suite 700

19         Irvine, California 92626

20         (714) 382-7000

21         jblank@garciarainey.com

22         hlopez@garciarainey.com

23         ngarciaguillen@garciarainey.com

24

25
```

Page 3

EA_286

1    didn't do what it said.

2         Q    Okay.  So when you last consumed the

3    product, did you obtain any benefits at all from the

4    product that you would hope to obtain from it again,

5    if you purchased it again?

6              MR. HOUCHIN:  Objection.  Vague and

7    ambiguous.

8              You can answer if you understand the

9    question.

10             THE WITNESS:  Well, I bought it for weight

11   management and appetite suppressing.  And after two

12   months of not getting that, I did not get the

13   results that I was hoping for which was advertised

14   on the bottle.

15   BY MR. BLANK:

16        Q    If you didn't get the results that were

17   advertised on the bottle, why are you still

18   considering purchasing it again if there were

19   changes to the label?

20        A    Well, I did not get the results that were

21   advertised on the bottle when I purchased it in

22   January and February of 2018.  And what I bought it

23   for was weight management and appetite suppressant.

24        Q    Sorry.  Please continue.

25        A    I was going to say maybe I'm not

                                        Page 12

1    just read the labeling on it as far as managing

2    weight and suppressing appetite.

3        Q    So if those two things are taken off the

4    label, would you purchase the product again?

5        A    I would, because if it's not telling me

6    that it's a weight management.  And then maybe at

7    that time I would take time to look at the

8    ingredients if those things were taken off.

9        Q    Okay.  If they were taken off and you

10   purchased the product again, what benefits would you

11   hope to obtain from the product?

12       A    Whatever was advertised.  So I don't know.

13   I've looked for weight management and appetite

14   suppressant products.  If that's taken off, it would

15   depend on what you're advertising the product for.

16       Q    But if there's no advertisements at all and

17   nothing on the label about weight management or

18   appetite suppression, what benefits would you hope

19   to obtain from the product?

20       A    Maybe liver benefits.  And that's where I

21   would go with it.  If it's not going to do for the

22   appetite and the management of weight or suppress

23   the appetite, I think the only other benefit that

24   would be there would be for the liver.

25       Q    Again, where have you gained information

Page 14

EA_288

```
 1   that the product might help with the liver?

 2       A    That was from the Dr. Oz show.

 3       Q    And that's when Dr. Oz was talking about

 4   garcinia cambogia?

 5       A    Right.  And he mentioned one of the

 6   benefits that he was impressed with was this action

 7   or whatever it does with the liver.

 8       Q    Are you -- do you watch Dr. Oz a lot?

 9       A    Not here recently I haven't, but before I

10   have in the past.

11       Q    You respect him?

12       A    I do.  I don't follow all of his advice.

13   Some things do to the extent where he catches my ear

14   on some things.

15       Q    Okay.  Do you believe if you consumed the

16   product any differently in the future that you might

17   obtain better results this time?

18       A    If the instructions were changed, because

19   following their instructions -- so I guess with the

20   label changed and instructions being changed, I

21   would hope for that.

22       Q    Did you follow all the instructions last

23   time?

24       A    I did.

25       Q    Did you consult a doctor before using the
```

Page 15

1    to follow his advice throughout the deposition?

2        A    Yes.

3        Q    Okay.  Now, when you say in your allegation

4    that you would like to purchase the Sports Research

5    Garcinia Cambogia product again in the future, what

6    is it about Sports Research specifically that makes

7    you want to consider purchasing its brand?

8        A    My impression of them being Sports Research

9    pretty much giving them -- or thinking that they

10   have put in the research on a product, that that's

11   my -- that's the simplest way I could put it.  Just

12   having confidence in them being Sports Research.

13       Q    Have you purchased other products from them

14   that's affecting your desire to purchase from Sports

15   Research again in the future?

16       A    No.

17       Q    Okay.  Is brand reputation a factor

18   affecting your desire to purchase from Sports

19   Research again in the future?

20       A    Yes.

21       Q    Okay.  And is price a factor, the pricing

22   at which Sports Research prices the Sports Research

23   Garcinia Cambogia product, a factor affecting your

24   decision to want to purchase the Sports Research

25   product again in the future?

                                           Page 19

```
 1              MR. HOUCHIN:  Objection.  Outside of our

 2     scope.

 3     BY MR. BLANK:

 4         Q    Do you -- your allegation that you make in

 5     the Second Amended Complaint -- well, first let me

 6     ask you, have you seen a copy of the Second Amended

 7     Complaint?

 8         A    I have.

 9         Q    When did you -- approximately when did you

10     first see a copy of it?

11         A    A couple of days ago.

12         Q    Okay.  And have you seen the First Amended

13     Complaint at any time?

14         A    Yes.

15         Q    When did you first see a copy of that?

16         A    I want to say a week or two -- a couple of

17     weeks.

18         Q    About a couple weeks ago?

19         A    A couple weeks.

20         Q    And prior to a couple of weeks ago, had you

21     seen any version of the complaint in this lawsuit at

22     all?

23         A    No.

24         Q    Okay.  And your new allegation in the

25     Second Amended Complaint that you would like to and
```

Page 22

EA_291

```
 1    would consider purchasing the product again if you
 2    could do so with assurance that the product's label
 3    is truthful and consistent with the active
 4    ingredients, without telling me the substance of any
 5    communication, did your attorney consult with you in
 6    connection with the drafting of that language?
 7         A    No.
 8         Q    Okay.  And so is the first time that you
 9    heard that allegation a few days ago when you first
10    saw the Second Amended Complaint?
11         A    Yes.
12         Q    And do you have a close relationship with
13    your attorneys?
14         A    Professionally and it's strictly when on a
15    need to communicate basis.  Not just a casual, hey,
16    how you doing.
17         Q    Okay.  You're not personal friends with
18    them, it's a business relationship?
19         A    No personal friends.  Business relation.
20         Q    You didn't know them before this lawsuit?
21         A    No.
22         Q    Okay.  And did they find you or did you
23    find them?
24              MR. HOUCHIN:  Objection.  Outside the
25    scope.
```

Page 23

```
 1              I'll instruct the client not to answer.
 2    BY MR. BLANK:
 3         Q     Have you talked with Frank Capaci about the
 4    Second Amended Complaint?
 5         A     No.
 6         Q     Do you know who he is?
 7         A     No.
 8         Q     Okay.  Now, the phrase "would like to,"
 9    what does that mean to you?
10         A     I desire that I would like to see happen.
11         Q     Okay.  What kind of assurances do you need
12    before you would purchase the product again?
13         A     Pretty much the word of Sports Research,
14    with my intellect ability when I read it, I want it
15    to mean what it says.
16         Q     So if Sports Research gave you some studies
17    to read that support the claims on the label, would
18    you then consider purchasing it again?
19         A     I would.
20         Q     Have you seen studies produced by Sports
21    Research in this litigation?
22         A     I have.  I have.
23               Not in the litigation.
24         Q     Have you read them?
25         A     No.  Let me take that back.  Not in the
```

Page 24

1    litigation.  On my own research or just looking

2    around into Sports Research itself.  But, no, not in

3    this litigation.

4        Q    So can you explain about your own research,

5    when that took place?

6        A    Yeah.  Fooling around on the computer, it

7    says Sports Research -- I mean, product being

8    considered by reputation and doing my own Google

9    searches and readings and wherever that leads me.

10       Q    And you obtained information about garcinia

11   cambogia?

12       A    Correct.  Yes.

13       Q    And is this recent or was this before you

14   purchased the product last time from Sports

15   Research?

16       A    Before purchasing the product a couple

17   years ago.

18       Q    But have you done any research since then

19   about --

20       A    No.

21       Q    -- the product?

22            Okay.  And these were just Google searches

23   and different things popped up such as studies; is

24   that right?

25       A    Yes.

                                    Page 25

```
 1        Q    Okay.  Now, your allegation in the
 2   complaint states that the product's label indicates
 3   that the product helps reduce belly fat and achieve
 4   weight loss.
 5             Was that something you saw on a product
 6   label or was that a mistake in the complaint?
 7        A    I have never read it on the product.  That
 8   was a mistake that they had in the paperwork.
 9        Q    Okay.  Do you recall what the actual Sports
10   Research label states?
11        A    That it suppresses -- or it suppresses
12   appetite, control and weight management.
13        Q    Okay.  If you went to -- if you were
14   considering purchasing the product again, would you
15   be looking at the label before purchasing it?
16        A    Yes.
17        Q    What type of information would you be
18   looking for on the label?
19        A    What it is claiming to do, the percentage
20   of the HCG [sic] or garcinia cambogia is concerned.
21        Q    Was that -- the fact that Sports Research
22   has a 65 percent HCA, is that an important factor
23   relevant to your decision to purchase the product
24   again?
25        A    Yes.
```

Page 32

EA_295

1      Q    And why is that?

2      A    Dr. Oz said we should have at least 60

3   percent.

4      Q    Got it.

5           Let's try to -- actually, maybe we'll save

6   time.  I was going to pull up the label, but we'll

7   try to go without it since you seem to remember the

8   two things we're talking about.

9           But let me ask you this.  There's a

10  sentence on top of the label that says "Sports

11  Research Garcinia Cambogia with coconut oil is

12  standardized to 65 percent hydroxycitric acid, HCA,

13  the active component in garcinia cambogia study for

14  its potential to suppress appetite."

15          Do you believe that this statement is false

16  or misleading in any way?

17          MR. HOUCHIN:  Objection.  Outside the

18  scope.

19          I'll instruct my client not to answer.

20  BY MR. BLANK:

21      Q    Well, in your new allegations you say that

22  you would consider and like to purchase the product

23  again if you could do so with assurances that the

24  product's label is truthful and consistent with the

25  product's active ingredients.

                                        Page 33

EA_296

```
 1        A     No.
 2        Q     Okay.  The statement "Garcinia cambogia is
 3   a great way to support your overall weight
 4   management plan," what specific things would you
 5   want a study to say to show that that statement is
 6   true?
 7        A     What would I want it to say?
 8        Q     Yeah.
 9              MR. HOUCHIN:  Objection.  Calls for an
10   expert opinion.
11              You can answer.
12              THE WITNESS:  Well, with -- showing proof.
13   I don't know, giving a number of individual studies.
14   The lipid time study.  The results from the study.
15              That's me not having any professional
16   background on that, so something that I could easily
17   read and understand that they had done.
18   BY MR. BLANK:
19        Q     Okay.  And what does that mean to you,
20   though, "a great way to support your overall weight
21   management plan"?
22        A     Well, a great way to support -- I would
23   think if the instructions are followed, I was
24   looking -- I was looking for my appetite to actually
25   be suppressed to where I could eat smaller amounts.
```

Page 36

```
 1    So that's what it means to me, a great way would be
 2    if I followed the instructions, I should get those
 3    desired results.
 4        Q    Which would be to maintain your current
 5    healthy weight?
 6        A    Yes.
 7        Q    Okay.  By great way to support your overall
 8    weight management plan, if individuals were surveyed
 9    and said that, yes, this product was a great way to
10    support my plan, would that give you sufficient
11    assurances to buy the product again?
12        A    I really can't say.  I really can't say.
13    And I don't know if I'm not understanding, but right
14    now I can't say.
15        Q    Yeah.  I'm just asking, you know, the term
16    "great way" -- let me break it down a little bit.
17             The term "great way," does that imply any
18    subjectivity to you?
19        A    Yeah.  Yes, it sounds like, you know -- I
20    don't know, there's proof of it, some kind of way
21    they have some kind of proof, and this is a great
22    way instead of being a way to assist or -- you know,
23    but a great way.
24        Q    And then when you see, like, "your overall
25    weight management plan," does that imply any
```

Page 37

EA_298

```
 1    hoping that it would be more precise or direct and
 2    accurate.
 3         Q    Okay.  Now, if they took off all of the
 4    statements, the statements about appetite control,
 5    appetite suppression, and weight management, would
 6    you then consider purchasing the product again?
 7         A    Yes.
 8         Q    And why is that?
 9         A    Again, for the properties of the HCA.  But
10    I would take it knowing that it's not going to do
11    the appetite suppress, it's not going to help me
12    with weight management.  Again, it would go back to
13    the properties or the things that it does for the
14    liver.  It would be pretty much used for the liver
15    instead of weight management.
16         Q    And would you still pay the same price for
17    the product that you previously paid for it?
18         A    Yes.
19         Q    Okay.  And when you allege in Paragraph 74
20    of the Second Amended Complaint that you won't
21    purchase the product again, are you referring to
22    just the Sports Research brand or any brand of
23    garcinia cambogia?
24         A    Any brand.
25         Q    Why is that?
```

Page 49

1    product again in the future that you could obtain

2    some sort of benefits in taking the product?

3        A    Yes.  But I would not look for benefits

4    regarding weight management.

5        Q    Okay.  What about weight loss?

6        A    No.

7        Q    Okay.  Now, the Paragraph 74 says you'll be

8    unable to rely on the product's advertising or

9    labeling in the future.

10            Have you seen any advertising by Sports

11   Research relating to this product?

12       A    Not recently, no.

13       Q    What about in the past?

14       A    No.  First time trying it, I was in the

15   Vitamin Shoppe and it just stuck out.  And the

16   representative for Vitamin Shoppe briefly spoke,

17   like, "Yeah, you know, this is pretty good."

18       Q    And by "stuck out," what do you mean by

19   stuck out?

20       A    The bottle was really pretty.  It just

21   jumped out at you compared to the other ones on the

22   shelves.

23       Q    The colors and design and all that?

24       A    Yes.

25       Q    And by the term "advertising" in this

Page 51

EA_300

1          Is the site "WebMD" familiar to you at all?

2     A    That one is familiar.  I like to Google.

3     Q    Yeah.  Do you know -- when you were talking

4  about Google research before, do you know if

5  anything on garcinia cambogia popped up on WebMD?

6     A    I actually didn't check WebMD for garcinia.

7     Q    Did you check any sites that you can

8  recall?

9     A    Like I say, I put in the name "garcinia

10  cambogia," and then when the dropdown comes, I just

11  read and select.

12    Q    Just on the Google search term, you just

13  put "garcinia cambogia" and --

14    A    Oh, yeah, because there's quite a few items

15  will come up, and it depends on what they put behind

16  it, and you know how you can read the first two

17  lines or something?  And -- but, yeah, no real

18  tactic behind it.

19    Q    Right.  Okay.

20         Is it fair to say that you just started

21  clicking on the things that popped up on the first

22  page of the titles?

23    A    Yeah.  Yes.

24    Q    And how long did you spend reading the

25  things that popped up on the Google search?

Page 57

EA_301

```
 1      A    That's amazing.  I can get caught up for
 2   three and four hours.
 3      Q    Wow.
 4      A    Yeah, exactly.  That's what I say.  I
 5   couldn't believe it, but, yeah.  When I get to
 6   researching something, yeah.  I miss
 7   the old-fashioned way of doing it because it can be
 8   so time consuming.
 9      Q    So the three to four hours, is that
10   specific with respect to garcinia cambogia?
11      A    Yes, it is.
12      Q    Okay.  And that was in one setting you
13   spent approximately three to four hours just reading
14   things that popped up on Google?
15      A    Oh, yeah.  I'm sitting in my little office,
16   I have a soap opera going there, a little music
17   going there, and I just really -- I can do that,
18   yeah.
19      Q    Is there anything -- is there anything else
20   that you can recall that you haven't testified about
21   already that came up during those searches?
22      A    No, I can't think of anything.
23      Q    Okay.  On this article that we were looking
24   at on the -- so on the sixth page -- actually --
25   huh.  Sorry.  One second here.  It's freezing.  Hold
```

                                              Page 58

EA_302

```
 1              DECLARATION UNDER PENALTY OF PERJURY

 2

 3         I, CYNTHIA FORD, do hereby declare under

 4    penalty of perjury that I have read the foregoing

 5    transcript; that I have made any corrections as

 6    appear noted, in ink, initialed by me, or attached

 7    hereto; that my testimony as contained herein, as

 8    corrected, is true and correct.

 9

10         EXECUTED this _____ day of _____

11    2020, at _____, _____.

12              (City)                    (State)

13

14

15

16                      _____

17                      CYNTHIA FORD

                        VOLUME I

18

19

20

21

22

23

24

25

                                           Page 63
```

EA_303

```
 1

 2          I, the undersigned, a Certified Shorthand

 3   Reporter of the State of California, do hereby

 4   certify:

 5          That the foregoing proceedings were taken

 6   before me remotely at the time and place herein set

 7   forth; that any witnesses in the foregoing

 8   proceedings, prior to testifying, were remotely

 9   placed under oath; that a verbatim record of the

10   proceedings was made by me using machine shorthand

11   which was thereafter transcribed under my direction;

12   further, that the foregoing is an accurate

13   transcription thereof.

14          I further certify that I am neither

15   financially interested in the action nor a relative

16   or employee of any attorney of any of the parties.

17          IN WITNESS WHEREOF, I have this date

18   subscribed my name.

19

20   Dated:  7/22/2020

21

22

23

24   MONICA M. CLINE

25   RPR, CSR NO. 8933
```

Page 64

# EXHIBIT 13

EA_305

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3
 4    _____
                                      )
 5    FRANK CAPACI and CYNTHIA FORD   )
      on behalf of themselves, all    )
 6    others similarly situated, and  )
      the general public,             )
 7                                    )
              Plaintiffs,             )
 8                                    )
      vs.                             )   CASE NO.:
 9                                    )   2:19-cv-03440-
      SPORTS RESEARCH CORPORATION,    )   FMO-FFM
10                                    )
              Defendants.             )
11    _____)
12
13
14
15       VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION OF
16             CHARLENE L. PODLIPNA, CPA
17             Los Angeles, California
18             Monday, July 20, 2020
19                   Volume I
20
21    Reported by:
      MONICA M. CLINE
22    RPR, CSR No. 8933
23    Job No. 4158971
24    PAGES 1 - 193
25    APPEARING REMOTELY FROM SAN DIEGO COUNTY, CALIFORNIA
```

Page 1

EA_306

```
 1    REMOTE APPEARANCES:

 2

 3    For Plaintiffs:

 4         RONALD A. MARRON LAW OFFICES

 5         BY:  MICHAEL T. HOUCHIN

 6              LILACH HALPERIN

 7         651 Arroyo Drive

 8         San Diego, California 92103

 9         (619) 969-9006

10         mike@consumersadvocates.com

11         lilach@consumersadvocates.com

12

13    For Defendant Sports Research Corporation:

14         GARCIA RAINEY BLANK & BOWERBANK

15         BY:  JEFFREY M. BLANK

16              HUGO LOPEZ

17         695 Town Center Drive, Suite 700

18         Irvine, California 92626

19         (714) 382-7000

20         jblank@garciarainey.com

21         hlopez@garciarainey.com

22

23

24

25

                                          Page 3
```

```
 1        A     Amongst other things, yes.

 2        Q     What would the other things be?

 3        A     Again, it's just based on a review and

 4   analysis of the information.  Yeah, again, I just

 5   remember a lot of sales information that came from      09:38:43 AM

 6   Sports Research.

 7        Q     Do you believe an accounting degree was

 8   required to perform the calculations that appear in

 9   your report?

10            MS. HALPERIN:  Objection to form.             09:39:01 AM

11            THE WITNESS:  I do believe it requires

12   someone with an accounting background to prepare the

13   schedules in my report.

14   BY MR. BLANK:

15        Q     And why is that?                            09:39:15 AM

16        A     You would just be surprised how things that

17   to an accountant seem commonplace and seem like

18   information that everybody knows.  It's not always

19   the case.

20        Q     Did you interview the named plaintiffs in   09:39:44 AM

21   this case, either Mr. Capaci while he was a

22   plaintiff in this case or Ms. Ford who is currently

23   a plaintiff?

24        A     I have not.

25        Q     Did you ask to speak with them at all?      09:39:59 AM
```

Page 35

```
 1              MS. HALPERIN:  Objection.  This goes into

 2      communications with counsel, so I'll object on

 3      privilege grounds, and I'll advise Charlene, don't

 4      divulge any communications with counsel.

 5      BY MR. BLANK:                                    09:40:24 AM

 6          Q    Let me ask you, do you believe that

 7      information from the named plaintiffs in this case

 8      could be helpful to your opinions in any way?

 9          A    No, I don't -- no.

10          Q    Have you viewed any labels for the Sports  09:40:42 AM

11      Research Garcinia Cambogia product?

12          A    Yes, I have viewed the labels that are

13      included in the complaint.

14          Q    And did those labels influence your

15      opinions in any way?                            09:40:59 AM

16          A    No.

17          Q    Okay.  And did you only view the labels

18      that are in the complaint?

19          A    Yes.

20          Q    Okay.  Did you actually write your report  09:41:24 AM

21      for this case?

22          A    Yes.

23          Q    And did anyone else help you in drafting

24      the report for this case?

25          A    No.                                     09:41:46 AM
```

                                                        Page 36

```
 1        Q    So you're talking about scientific studies

 2   regarding garcinia cambogia's effect on weight loss;

 3   is that right?

 4        A    Yes.

 5        Q    But you didn't analyze any market data to      09:45:00 AM

 6   determine what effect, if any, the contested

 7   labeling statements were having on the price of the

 8   product; is that right?

 9        A    That's correct.

10        Q    And do you have any understanding as to        09:45:11 AM

11   under what circumstances courts have accepted the

12   full refund model as a proper damage model in a

13   false advertising case?

14            MS. HALPERIN:  Objection.  Calls for a

15   legal conclusion.                                        09:45:25 AM

16            THE WITNESS:  I know from my experience.

17   BY MR. BLANK:

18        Q    And can you elaborate on that, please?

19        A    Yes.  There was another matter that our

20   firm has worked on in which the plaintiffs were          09:45:43 AM

21   alleging that the contested product provided no

22   health benefit and had no value, and those were the

23   allegations in the complaint.  And the full refund

24   model was determined in that case to be the

25   appropriate model and was accepted by a federal         09:46:07 AM
```

                                                    Page 39

EA_310

1   Q So you don't know what kind of market

2 exists for garcinia cambogia products; is that

3 right?

4   A That's correct.

5   Q In that homeopathic case that you referred  09:47:27 AM

6 to, were you aware of any competitors selling a

7 product with trace amounts of the same active

8 ingredient?

9   A I don't remember.

10   Q In determining that the full refund model  09:47:54 AM

11 should apply, would you agree then that the only

12 relevant information is whether the ingredients

13 provide the benefits stated on the label?

14    MS. HALPERIN:  Objection.  Form.

15    THE WITNESS:  Sorry, relevant information  09:48:10 AM

16 to what?  There's a -- maybe I misunderstood your

17 question.  Sorry.

18 BY MR. BLANK:

19   Q Well, earlier I used the word "determined"

20 in connection with applying the full refund model.  09:48:21 AM

21 So I'm just wondering what that determination was

22 based on.

23    What needs to exist in order for the full

24 refund model to be the appropriate model to apply?

25   A Yes, that the contested product has no --  09:48:37 AM

Page 41

EA_311

```
1    I'm sorry, that the contested product is worth- --

2    that the contested product was worthless.

3        Q    And by worthless, do you mean that the

4    ingredients do not provide any benefits?

5        A    Yeah, that the product -- the product is a     09:48:55 AM

6    placebo and provides no benefits.

7        Q    What about whether the product has

8    attributes unrelated to the contested labeling

9    statements that consumers value?

10       A    I don't know.                                  09:49:13 AM

11       Q    What about whether consumers read and

12   relied on the contested labeling statements?

13       A    I'm sorry, what's the question?

14       Q    Yeah.  If that's important -- if that was

15   information relevant to you determining that the        09:49:27 AM

16   full refund model was appropriate to apply.

17       A    No.

18       Q    Okay.  And what about whether consumers

19   believe the product can provide them with perceived

20   benefits unrelated to the contested labeling            09:49:41 AM

21   statements?

22       A    No.

23       Q    What about whether consumers would purchase

24   the product with the contested labeling statements

25   removed?                                                09:49:54 AM
```

Page 42

```
 1        A    No.

 2        Q    What about information on whether consumers

 3   would pay for the product if the contested labeling

 4   statements were removed?

 5        A    I'm sorry, what's the full question again?     09:50:08 AM

 6        Q    Yeah.  I'm trying to make things simpler.

 7   I understand --

 8        A    I lose the train of thought.

 9        Q    All right.

10        A    I lose the original question.  Sorry.        09:50:18 AM

11        Q    I totally understand.  And thanks for

12   pointing that out.

13             In determining that the full refund model

14   is an appropriate model to apply in this case, would

15   information on how much a consumer would pay for the    09:50:28 AM

16   product if the contested labeling statements were

17   removed be relevant to that determination?

18        A    No.

19        Q    Now, to assess for liability based on

20   custom and practice in the industry, have you ever      09:50:44 AM

21   submitted your application of the full refund model

22   based on an assumption that the product is worthless

23   due to examination by any other professionals?

24        A    Have I submitted my report to any other

25   professionals?                                          09:51:04 AM
```

Page 43

```
 1              THE WITNESS:  No.

 2     BY MR. BLANK:

 3         Q     Well, you didn't analyze any marketplace

 4     data regarding the effect of the contested labeling

 5     statements on the price of the product; correct?        09:55:57 AM

 6         A     Correct.

 7         Q     Okay.  Are you aware of any consumers

 8     complaining to Sports Research about the

 9     effectiveness of the garcinia cambogia product?

10         A     I have not analyzed consumer complaints.      09:56:11 AM

11         Q     Okay.  Would that information at all be

12     relevant in determining whether to apply the full

13     refund model?

14         A     No.

15         Q     Okay.  Do you consider yourself an expert     09:56:29 AM

16     in determining what model of damages should apply in

17     a false advertising case?

18         A     Yes.

19         Q     Okay.  But that wasn't part of your

20     assignment for this case; is that right?                09:56:46 AM

21         A     I believe I testified that I after -- that

22     I reviewed -- that I reviewed the allegations in the

23     complaint and determined that the full refund model

24     was appropriate.

25         Q     You made the assumption that the product at   09:57:05 AM
```

Page 47

```
 1        A    I would still -- I would still conclude

 2   that the full refund model is appropriate.

 3        Q    And why is that?

 4        A    Again, because the consumer received --

 5   under the assumption that the consumer received no      10:06:00 AM

 6   actual benefit.

 7        Q    Okay.  So then to be clear then, in

 8   determining that the full refund model should apply,

 9   it's not relevant to you whether a reasonable

10   consumer would purchase the product again in the        10:06:16 AM

11   future if they were aware of the studies that are

12   cited in the complaint; is that right?

13        A    If I'm understanding your question

14   correctly, I believe that's correct.

15        Q    Okay.  And if a reasonable consumer would     10:06:35 AM

16   still purchase the product again in the future

17   without the contested labeling statements, how do

18   you reconcile that with your assumption that the

19   product is worthless?

20        A    So you're talking about perceived value       10:06:55 AM

21   versus actual value.  My damages calculation is

22   performed under the assumption based on evidence

23   cited in the complaint that there is no actual value

24   to the product.

25        Q    Does your damage model take into account       10:07:21 AM
```

Page 54

1    any liver benefits the product may provide?

2        A    No, no health -- no benefits provided for

3    weight loss.  Sorry.

4        Q    What about for benefits unrelated to weight

5    loss, does it assume that the product provides no          10:07:45 AM

6    other benefits?

7        A    It just assumes that the product doesn't

8    provide any -- it is worthless for appetite

9    suppressant and weight management.

10       Q    So then what if the fact finder finds that     10:08:09 AM

11   the product provides other benefits, would you then

12   agree that your application of the full refund model

13   in this case is not appropriate?

14       A    Again, if the trier of fact concludes that

15   there is some benefit to the product, then they can      10:08:31 AM

16   make adjustments to the total refund that I have

17   computed.

18       Q    But you didn't analyze marketplace data to

19   determine if consumers are valuing some other

20   attribute of the product unrelated to the benefits      10:08:49 AM

21   stated on the label; is that right?

22       A    I have not analyzed that.

23       Q    Okay.  So your application of the full

24   refund model assumes that consumers do not place any

25   value on any liver benefits the product may provide;     10:09:05 AM

                                                    Page 55

```
 1    is that correct?

 2        A    It doesn't assume anything with regards to

 3    liver benefits.  It just assumes that the product

 4    provides no benefit for weight loss or weight

 5    management.                                    10:09:28 AM

 6        Q    So if consumers -- if a reasonable consumer

 7    does place value on liver benefits that the product

 8    may provide, you then agree that the Court would

 9    need to make an adjustment to your calculation of

10    damages; is that right?                        10:09:42 AM

11        A    The trier of fact -- the Court may.

12        Q    But if a determination is made that a

13    reasonable consumer does value attributes of the

14    product unrelated to the contested label statements,

15    based on your understanding of damage models and   10:09:59 AM

16    false advertising cases, would there need to be an

17    adjustment that would need to be made to your

18    calculation of damages?

19            MS. HALPERIN:  Objection.  Incomplete

20    hypothetical.                                  10:10:17 AM

21            THE WITNESS:  Again, if the trier of fact

22    concludes that there is some value to the product

23    greater than zero, then the trier of fact can make

24    that percentage adjustment to my damages

25    measurement.                                   10:10:38 AM
```

Veritext Legal Solutions
866 299-5127

```
 1           THE WITNESS:  I don't understand your

 2     question.

 3     BY MR. BLANK:

 4        Q    Did you try to measure the impact that the

 5     labeling statements at issue in this case were         10:17:39 AM

 6     having on the price for the product?

 7        A    I did not, no.

 8        Q    Okay.  Do you believe that type of inquiry

 9     is relevant in determining whether the full refund

10     model should apply?                                    10:17:52 AM

11        A    No.

12           MR. BLANK:  Okay.  All right.  This would

13     be a good time for about maybe a seven-minute break.

14           Resume at 10:25; is that all right?

15           MS. HALPERIN:  Okay.  Great.                     10:18:05 AM

16           MR. BLANK:  Off the record.

17           THE VIDEOGRAPHER:  Off the record.  This

18     marks the end of Media Unit Number 1.  The time is

19     10:18.

20           (Recess.)                                        10:28:59 AM

21           THE VIDEOGRAPHER:  We're back on the

22     record.  And this marks the beginning of Media Unit

23     Number 2.  The time is 10:29.  Go ahead.

24     BY MR. BLANK:

25        Q    All right.  Welcome back, Ms. Podlipna.        10:29:19 AM
```

                                                          Page 62

EA_318

1          A    Thank you.

2          Q    Now, in applying the full refund model in

3     this case, did you make any assumptions regarding

4     the value of coconut oil?

5          A    Yes.                                    10:29:35 AM

6          Q    What assumptions did you make?

7          A    I relied on the allegations in the

8     complaint that there are no -- that coconut oil has

9     no benefits related to weight loss or weight

10    management.                                       10:29:50 AM

11         Q    Did you make any assumptions regarding

12    whether coconut oil provides any other benefits?

13         A    No, just that it provides no benefits for

14    appetite suppressant or weight management.

15         Q    Did you do any research to determine if    10:30:07 AM

16    consumers are paying for a stand-alone coconut oil

17    product made by Sports Research?

18         A    No.  Again, I just relied on the

19    allegations in the complaint and the study

20    referenced in the complaint that coconut oil       10:30:25 AM

21    provides no health benefits for weight loss and

22    appetite suppressant.

23         Q    Okay.  Does your model assume that a

24    reasonable consumer would not pay anything for the

25    product if they believed the contested labeling    10:30:47 AM

                                                    Page 63

```
 1   statements were false?

 2       A    Sorry, that was a little bit long winded.

 3   Can you try that again?

 4       Q    Yeah.

 5            Does your application of the full refund      10:31:04 AM

 6   model assume that a consumer would not pay anything

 7   for the product if they believed that the contested

 8   labeling statements were false?

 9       A    My full refund model is based on the

10   allegations in the complaint that reasonable          10:31:27 AM

11   consumers would not purchase the Sports Research

12   product if they knew that the product could not

13   deliver the health benefits as advertised.

14       Q    So if consumers realized that the product

15   does not provide the health benefits as advertised,   10:31:56 AM

16   would the full refund model apply even if consumers

17   are purchasing the product for reasons other than

18   those benefits stated on the label?

19       A    Yes.

20       Q    And why is that?                              10:32:13 AM

21       A    Because the product does not provide the --

22   it has no actual value or is just a placebo, does

23   not provide any benefits for which it's advertised.

24       Q    What if consumers say that they like the

25   taste of the product, would the application of the    10:32:33 AM
```

                                                           Page 64

EA_320

```
 1    full refund model be appropriate in that case?

 2        A    Yes.

 3        Q    And why is that?

 4        A    Again, because the disputed product

 5    contains no health benefits for appetite suppression   10:32:49 AM

 6    as advertised.

 7        Q    Okay.  So then it doesn't matter to your

 8    determination that the full refund model should

 9    apply in this case as to whether consumers are

10    purchasing the product for reasons unrelated to the   10:33:16 AM

11    stated benefits on the label?

12        A    I believe that's correct, if I'm

13    understanding your question.

14        Q    Well, let me -- I'll ask it this way.

15             Based on your understanding of the full       10:33:33 AM

16    refund model, do you agree with this statement:

17             If the product is worthless, consumers are

18    entitled to a full refund of the price they paid for

19    the product regardless of the reasons why they

20    purchased the product.                                 10:33:46 AM

21        A    I agree, but I would further state that the

22    product provides no health benefits -- provides no

23    benefits for appetite suppression and weight loss

24    management.

25        Q    Okay.  Based on your -- what you read in      10:34:07 AM
```

Page 65

1    the allegations in the complaint that Sports

2    Research cannot -- that if Sports Research is just

3    merely selling a placebo, then they're not allowed

4    to just sell a placebo based on my understanding of

5    the complaint.                                    10:37:46 AM

6        Q    So is it your understanding, then, that no

7    company is allowed to sell a product that has

8    garcinia cambogia as its only active ingredient?

9        A    My understanding based on the allegations

10   in the complaint that they're not -- it's falsely   10:38:02 AM

11   advertised.  Manufacturers who falsely advertise

12   that garcinia cambogia has any weight loss benefits,

13   those are the -- that's what the complaint is

14   referring to, to my understanding.

15       Q    If a garcinia cambogia product is sold     10:38:25 AM

16   without any statements regarding weight loss, would

17   the company, based on your use of the term "legally

18   sold," be allowed to sell the product in that case?

19           MS. HALPERIN:  Objection.  Incomplete

20   hypothetical.  And also outside the scope of the    10:38:41 AM

21   expert's assigned tasks.

22           THE WITNESS:  Yeah, I don't know.

23   BY MR. BLANK:

24       Q    Okay.  Did you analyze how much consumers

25   would pay for a garcinia cambogia product without   10:38:55 AM

Page 68

1    any statements on the label involving weight loss or

2    weight management or appetite control?

3        A    I did not.

4        Q    Do you agree, though, that such information

5    would be relevant to determine how much value          10:39:08 AM

6    consumers were placing on the contested labeling

7    statements at issue in this case?

8        A    I don't know.

9        Q    If consumers were paying, let's say, $25

10   for a garcinia cambogia product of the same            10:39:25 AM

11   formulation as the Sports Research product with no

12   statements on the label regarding any benefits, is

13   that type of information relevant in determining

14   whether the full refund model should apply?

15       A    I haven't -- I don't know.  I didn't           10:39:46 AM

16   analyze other products, the value of other products.

17       Q    Okay.  But could such analysis of other

18   products be relevant in calculating damages for this

19   case?

20       A    I don't know.                                  10:40:04 AM

21       Q    Okay.  That's beyond your area of

22   expertise; is that fair to say?

23       A    I didn't analyze it.  It was beyond the

24   scope of my engagement.

25       Q    Have you performed that type of analysis       10:40:15 AM

Page 69

```
 1        A    For this case I don't know, because I

 2   haven't analyzed the price premium model in this

 3   case.  But sales information was not one of the

 4   factors used when I prepared the price premium or

 5   when I -- yeah, when I applied the price premium      10:49:05 AM

 6   model.

 7        Q    What information did you rely on when you

 8   used the price premium model in the past?

 9        A    There was a survey performed that asks

10   participants what percentage less would they pay     10:49:25 AM

11   with or without the label.

12        Q    Okay.  So consumer survey evidence can be

13   relevant in assessing damages in a false advertising

14   case?

15        A    In a -- for purposes of a price premium     10:49:42 AM

16   model, I have seen examples of it, yes.

17        Q    What about for purposes of the full refund

18   model?

19        A    I don't know what your question is.

20        Q    Can a consumer survey evidence help to test  10:50:07 AM

21   the assumptions made that the product is worthless

22   to consumers?

23        A    I think the consumer survey as done in this

24   case can be done to analyze liability issues and

25   potentially could be used for damages if you're       10:50:36 AM
```

                                        Page 75

1    using the price premium model.

2        Q    But could a consumer survey evidence be

3    relevant to test the underlying assumptions of the

4    full refund model?

5        A    Potentially.                               10:51:03 AM

6        Q    Could consumer survey evidence be relevant

7    to test the value that consumers place on the

8    contested labeling statements?

9        A    Potentially.

10       Q    Could consumer survey evidence be relevant   10:51:19 AM

11   to determine what impact the contested labeling

12   statements are having on the price of the product?

13       A    Potentially.

14       Q    Could consumer survey evidence be relevant

15   to determine whether consumers are placing value on   10:51:38 AM

16   attributes of the product other than the benefits

17   stated on the label?

18       A    Potentially.  But I see all of these as

19   issues of liability and not damages.

20       Q    Right.                                      10:51:57 AM

21          MR. BLANK:  Objection.  Nonresponsive.

22   Move to strike everything after "potentially."

23   BY MR. BLANK:

24       Q    But isn't it relevant to damages to

25   determine what value the product at issue has          10:52:11 AM

Page 76

```
 1    without the contested labeling statements, if any?

 2        A    Only if one determines that the price

 3    premium model is the appropriate model.

 4        Q    So under the full refund model, if

 5    consumers are still purchasing the garcinia cambogia    10:52:38 AM

 6    Sports Research product without the contested

 7    labeling statements on the label, that information

 8    wouldn't be relevant to the full refund model?

 9            MS. HALPERIN:  Objection.  Asked and

10    answered.                                              10:52:56 AM

11            THE WITNESS:  I'm sorry, I didn't -- could

12    you repeat the question?

13    BY MR. BLANK:

14        Q    Yes.  If Sports Research removed the

15    contested labeling statements from the label and       10:53:04 AM

16    everything else about the label was the same,

17    formulation of the product was the same, and

18    consumers are still -- reasonable consumers are

19    still purchasing the product, is that information

20    relevant at all in determining whether the full        10:53:18 AM

21    refund model should apply?

22        A    I don't know.

23        Q    But you didn't look at that -- you didn't

24    look at labels of the Sports Research product under

25    different versions of the label to see if the          10:53:34 AM
```

Page 77

```
 1    different versions had any impact on the price; is

 2    that right?

 3        A    I didn't analyze that, no.

 4            MR. BLANK:  Okay.  Let's see, what exhibit

 5    number are we on now?                          10:54:03 AM

 6            Let's mark as Exhibit 26 a copy of the

 7    First Amended Complaint.

 8            (Exhibit 26 was marked.)

 9            THE WITNESS:  What exhibit number?  I'm

10    sorry.                                         10:54:39 AM

11            MR. BLANK:  26.

12            MR. LOPEZ:  I'm still loading.  So it will

13    be -- there it goes.

14            THE WITNESS:  Okay.  Pulling it up.

15    BY MR. BLANK:                                  10:55:04 AM

16        Q    Okay.  And I'd like you to look at

17    Paragraph 72 of the complaint.  It's a long

18    complaint.  Lilach likes to write a lot.

19            MR. BLANK:  Lilach, did you draft that?

20    The complaints are long.  Got to be detailed.  10:55:20 AM

21    BY MR. BLANK:

22        Q    Paragraph 72.

23        A    Sorry, it's taking me a while to scroll.

24        Q    That's okay.

25        A    I think I found it.                   10:55:56 AM
```

Page 78

1          Okay.  So the assumption you made that the

2     garcinia cambogia product is worthless is not an

3     assumption that was based on economic data; is that

4     right?

5          A    It was an assumption based on the          11:03:13 AM

6     information cited in the complaint.

7          Q    So it was an assumption based on science;

8     is that fair to say?

9          A    I believe so, yes.

10          Q    It was not an assumption based on economic   11:03:28 AM

11     data that you analyzed; is that right?

12          A    Correct.

13          Q    Okay.  So it's not an assumption based on

14     whether 100 percent of the purchase price is driven

15     by the contested labels; is that right?            11:03:43 AM

16          A    Again, it's based on allegations in the

17     complaint.  That's correct.

18          Q    Okay.  So the statements made on the label

19     of the Sports Research Garcinia Cambogia product

20     were not relevant to your application of the full   11:04:12 AM

21     refund model; is that right?

22          MS. HALPERIN:  Objection.  Form.

23          THE WITNESS:  I believe they do.

24     BY MR. BLANK:

25          Q    How so?                                    11:04:34 AM

Page 84

```
 1        Q    Okay.  And you didn't analyze whether the

 2   Sports Research Garcinia Cambogia product has market

 3   value independent of the contested labeling

 4   statements; is that right?

 5        A    Yeah, that's outside the scope of my          11:08:19 AM

 6   engagement.

 7        Q    Have you in your career as an expert

 8   witness ever provided an opinion regarding the value

 9   of a product?

10        A    I don't recall.  I've performed valuations    11:08:35 AM

11   before.  I don't remember if they pertain to

12   businesses, products, et cetera.

13        Q    Okay.  But you can't recall anything

14   specific with respect to a dietary supplement?

15        A    No, I cannot.                                 11:08:51 AM

16        Q    Okay.  And you didn't perform any analysis

17   as to whether purchasers of the Sports Research

18   product at issue derived any actual or perceived

19   value from their use of the product; is that right?

20        A    That was outside the scope of my             11:09:12 AM

21   engagement.  I haven't analyzed it.

22        Q    Okay.  Do you believe such information is

23   not relevant in determining whether the full refund

24   model should apply?

25        A    Yeah, I feel the -- I feel that -- it's my    11:09:28 AM
```

Page 87

1    opinion that the full refund model is appropriate.

2          MR. BLANK:  Objection.  Witness is being

3    nonresponsive.  Move to strike.

4    BY MR. BLANK:

5        Q    Do you believe that such information          11:09:42 AM

6    regarding whether purchasers of the Sports Research

7    product derived actual or perceived value from their

8    use of the product is relevant at all in determining

9    whether the full refund model should apply?

10       A    It would not impact my full refund model.     11:09:57 AM

11       Q    Okay.  Are providing opinions regarding

12   consumer demand for a particular product outside of

13   your area of expertise?

14       A    Yeah, I haven't -- I don't recall

15   performing any analysis of consumer demand in the      11:10:28 AM

16   past.

17       Q    What about analyzing how supply and demand

18   for a particular product affect the price, is that

19   type of analysis outside your area of expertise?

20       A    No.  I believe I have worked on matters       11:10:46 AM

21   involving supply and demand.  I don't recall them as

22   I sit here today.

23       Q    Any involving dietary supplements?

24       A    Not that I recall, no.

25       Q    Any involving food products?               11:11:04 AM

                                                    Page 88

EA_330

```
 1        A    I don't remember.

 2        Q    Can you recall anything specific about the

 3   methodology you employed in determining how supply

 4   and demand factors for a product might affect the

 5   price of such product?                              11:11:22 AM

 6        A    I don't remember.  No.  Sorry.

 7        Q    But to be clear, in this case you didn't

 8   analyze how supply and demand for the Sports

 9   Research Garcinia Cambogia product affected the

10   price; is that right?                               11:11:40 AM

11        A    I have not.  It is beyond the scope of my

12   engagement.

13        Q    Okay.  Is it your understanding that the

14   full refund model is only appropriate where 100

15   percent of the demand is driven by a false label?   11:11:57 AM

16        A    No.

17        Q    Can you elaborate on that, if you can?

18        A    You are -- if I understand your question

19   correctly, is my full refund -- you're asking

20   whether my full refund model is reliant or depends  11:12:22 AM

21   upon an assumption that --

22        Q    100 percent of the demand for the product

23   is driven by the false or misleading label.

24        A    It doesn't make any assumption with respect

25   to demand.                                          11:12:45 AM
```

Page 89

EA_331

```
 1        Q    Okay.  So the full refund model, then,

 2   could be appropriate even if 100 percent of the

 3   demand for the product is not driven by the false

 4   label?  Is that what you're opining?

 5        A    I don't know.  I haven't analyzed consumer      11:13:01 AM

 6   demand.

 7        Q    Okay.  How does your calculation of damages

 8   account for consumers who were not influenced at all

 9   by the Sports Research product label in deciding to

10   purchase the product?                                     11:13:20 AM

11            MS. HALPERIN:  Objection.  Form.

12            THE WITNESS:  I believe that that, again,

13   is an issue of liability.  I mean, if the trier of

14   fact concludes that the defendant in this case is

15   not liable for the reason you just explained or for      11:13:40 AM

16   other reasons, then there would be no analysis of

17   damages in this case.  I believe that's an issue of

18   liability.

19   BY MR. BLANK:

20        Q    Okay.  So it's not an issue that you           11:13:54 AM

21   analyzed; is that right?

22        A    Correct.

23        Q    You haven't analyzed any liability issue as

24   part of forming your opinions for this case; is that

25   right?                                                    11:14:04 AM
```

Page 90

```
 1        A    No.  Analyzing liability is outside the

 2   scope of my engagement.  I have not analyzed

 3   liability issues.

 4        Q    Okay.  So you don't know one way or another

 5   whether 100 percent of the demand for the Sports      11:14:30 AM

 6   Research Garcinia Cambogia product is derived from

 7   the contested labeling statements; is that right?

 8        A    I don't know one way or another.  I have

 9   not analyzed demand.

10        Q    So you wouldn't know what percentage of the  11:14:44 AM

11   demand is derived from -- scratch that.

12             You don't know what percentage of the

13   demand for the Sports Research Garcinia Cambogia

14   product is derived from the contested labeling

15   statements; is that right?                            11:15:00 AM

16        A    I don't know.

17        Q    It could be zero, it could be 100, you just

18   don't know; fair to say?

19        A    I haven't analyzed it, correct.

20        Q    So then you don't have any opinion on the   11:15:09 AM

21   economic value of the product without the contested

22   labeling statements; correct?

23        A    I do not.

24        Q    Okay.  And you haven't done any analysis of

25   what the Sports Research Garcinia Cambogia product    11:15:37 AM
```

```
 1    is worth to consumers; is that right?

 2        A    I had -- valuation work on this matter is

 3    beyond the scope of my engagement.

 4        Q    Okay.  You were calculating the total

 5    amount paid by consumers based on information that      11:15:57 AM

 6    was provided by Sports Research; is that right?

 7        A    That's correct.

 8        Q    And you have not analyzed how many

 9    companies are currently manufacturing garcinia

10    cambogia products, have you?                            11:16:11 AM

11        A    I have not.

12        Q    You haven't analyzed how long each

13    manufacturer has been making garcinia cambogia

14    products; is that right?

15        A    I have not.                                    11:16:21 AM

16        Q    Would you agree that companies wouldn't be

17    spending resource dollars developing and marketing

18    and manufacturing garcinia cambogia products if

19    there was no demand for such products?

20            MS. HALPERIN:  Objection.  Outside the          11:16:36 AM

21    scope of the expert's engagement.

22            THE WITNESS:  I don't know.  I haven't

23    analyzed market demand.

24    BY MR. BLANK:

25        Q    Have you analyzed market demand for other      11:16:48 AM
```

Page 92

EA_334

```
 1   products in other cases that you have been an expert

 2   witness in?

 3       A    I may have.  I'm just not recalling a

 4   specific instance in this -- at this time.

 5       Q    Okay.  So you didn't analyze sales of the      11:17:10 AM

 6   garcinia cambogia product by Sports Research

 7   competitors during the relevant class period; is

 8   that right?

 9       A    Correct, I did not.

10       Q    Okay.  And to be clear, you're not offering    11:17:25 AM

11   any opinions on causation; is that right?

12       A    I am not.

13       Q    Okay.  And you're not offering any opinions

14   on any damage model other than the full refund

15   model; is that right?                                   11:17:46 AM

16       A    That's correct.

17       Q    Okay.  And you're not offering any opinions

18   relating to the consumer market for garcinia

19   cambogia; correct?

20       A    I am not.                                      11:17:56 AM

21       Q    Okay.  And you didn't analyze any economic

22   substitutes in the product market for garcinia

23   cambogia; correct?

24       A    Correct.  That's beyond the scope of my

25   engagement.                                             11:18:11 AM
```

Page 93

```
 1       Q    Okay.  What, if anything, did you do to

 2   link your calculation of damages in this case to the

 3   contested labeling statements?

 4       A    I didn't perform any analyses of causation.

 5   I assumed that the defendants are found liable.        11:19:21 AM

 6       Q    So you didn't analyze or attempt to link

 7   the contested labeling statements to the damages in

 8   this case; is that right?

 9       A    No.  It was beyond the scope of my

10   engagement to perform any causation analysis.         11:19:41 AM

11       Q    Okay.  Earlier you mentioned that you

12   reviewed Dr. Iyengar's report; is that right?

13       A    Yes.

14       Q    And why did you review that?

15       A    I reviewed -- I didn't review the entire    11:19:59 AM

16   report, I just reviewed portions of it, the

17   conclusion and -- to see if it related to damages.

18   And after reviewing it, it appears to be related to

19   liability issues.  So I reviewed it for any damages

20   issues.                                               11:20:22 AM

21       Q    And you made the determination that her

22   report did not relate to damages issues; is that

23   right?

24       A    Yes.

25       Q    So her report hasn't affected your opinion   11:20:29 AM
```

                                                    Page 94

EA_336

```
 1    role in that case?

 2        A    To then take the amount -- the full amount

 3    that consumers paid and apply the premium that was

 4    determined by the survey expert as a means of

 5    preparing the price premium model.                    11:22:36 AM

 6        Q    Okay.  And do you know if the Court

 7    accepted the price premium model in that case?

 8        A    I don't know the -- what happened -- the

 9    resolution of that case.

10        Q    In that case was a full refund model        11:22:53 AM

11    proposed as an alternative method of damages in

12    addition to the price premium model?

13        A    Not as I recall, no.

14        Q    Do you recall if any other alternative

15    model of damages was proposed in that case?          11:23:06 AM

16        A    I don't recall, no.

17        Q    Okay.  Now, based on your understanding of

18    the full refund model, would it be appropriate to

19    apply if a significant percentage of proposed class

20    members left positive reviews about the product on   11:24:26 AM

21    sites such as Amazon?

22        A    My full refund model would not be impacted

23    by Amazon reviews.

24        Q    Well, would positive reviews for the

25    product on a site such as Amazon discount the        11:24:43 AM
```

Page 96

```
 1    assumption that consumers are not receiving any

 2    value from the product, at least potentially?

 3        A    I don't know, because it's beyond the scope

 4    of my engagement to analyze about the value of

 5    garcinia cambogia.                              11:25:02 AM

 6           MR. BLANK:  Let's mark as Exhibit 27 some

 7    Amazon reviews of the product.

 8           (Exhibit 27 was marked.)

 9    BY MR. BLANK:

10        Q    While that's loading up, are you familiar  11:25:13 AM

11    with Amazon reviews?

12        A    Yes.

13        Q    Are you able to see them yet?

14        A    Not yet.

15           MR. LOPEZ:  The file will be up shortly.   11:25:44 AM

16    It should be up.

17           THE WITNESS:  Okay.  Just popped up.

18    BY MR. BLANK:

19        Q    Just take a quick look at -- just get a

20    general feel for the reviews.  I'll ask you a     11:26:40 AM

21    general question in a moment.

22           Do you believe these type of reviews are

23    relevant in testing the assumption that the product

24    is worthless?

25        A    Give me a sec.                          11:27:06 AM
```

Page 97

```
 1        Q    Sure.  Yeah.

 2        A    Okay.  Sorry, what was your question?

 3        Q    Yeah.

 4        Do you believe that reviews such as the

 5   ones that we're looking at here in Exhibit 27 are      11:27:40 AM

 6   information that could help test the assumption that

 7   the product is worthless?

 8        A    No.  Again, because, again, my assumption

 9   is based on the allegations in the complaint that

10   this -- that garcinia cambogia is merely a placebo.    11:28:03 AM

11        Q    So whether consumers believe they obtained

12   value from the product or not was not relevant in

13   your determination to apply the full refund model?

14        A    That's correct.

15        Q    And how, if at all, does the full refund    11:28:18 AM

16   model account for consumers who were satisfied with

17   their purchase of the product?

18             MS. HALPERIN:  Objection.  Form.

19             THE WITNESS:  The full refund modules

20   assumes that all purchasers are entitled to a full     11:28:40 AM

21   refund due to the false advertising of the product

22   as beneficial for weight management or appetite

23   suppression.

24   BY MR. BLANK:

25        Q    Even if they were satisfied with the         11:28:52 AM
```

Page 98

EA_339

1    weight management as claimed.

2        Q    Okay.  So is whether or not consumers

3    received actual or perceived benefits based on their

4    belief relevant at all to a determination that the

5    full refund model should apply?                    11:30:39 AM

6        A    The full refund model is based on -- based

7    on the allegation that they received no actual

8    benefit.

9        Q    Okay.  But, in your opinion, it could -- in

10   your opinion, the full refund model could still      11:31:02 AM

11   apply even if consumers believed that they obtained

12   a perceived benefit from the product?

13       A    Yes.

14       Q    And, in your opinion, the full refund model

15   could still apply even if consumers stated that they  11:31:14 AM

16   believed they obtained some benefit from the product

17   notwithstanding the studies alleged in the

18   complaint?

19       A    Yes.

20       Q    And that same would be true regardless of   11:31:27 AM

21   whether the benefits are from -- the same would be

22   true regardless of whether the benefits pertain to

23   the benefits stated on the label or unrelated

24   benefits?

25       A    Yes.                                        11:31:42 AM

                                                         Page 100

```
 1        Q    Okay.  Does your opinion assume that the

 2   packaging in which the Sports Research Garcinia

 3   Cambogia product comes in has no value?

 4        A    I haven't analyzed the packaging.

 5        Q    Okay.                                11:32:27 AM

 6             MR. BLANK:  Now I would like to mark as

 7   Exhibit 28 a copy of the Second Amended Complaint.

 8             (Exhibit 28 was marked.)

 9   BY MR. BLANK:

10        Q    Had that popped up yet?              11:33:13 AM

11        A    Not yet.  Just got it.

12        Q    Have you read the Second Amended Complaint?

13        A    Yes.

14        Q    All of it or just certain portions?

15        A    All of it.                           11:33:26 AM

16        Q    Are you aware of how the Second Amended

17   Complaint differs from the First Amended Complaint?

18        A    I believe -- I don't know.

19        Q    Are you aware that a Second Amended

20   Complaint was filed after you submitted your written   11:33:44 AM

21   report in this case?

22        A    Yes, I believe so.

23        Q    So did anything in the Second Amended

24   Complaint affect or alter your analysis, opinions or

25   conclusions in any way?                        11:33:58 AM
```

                                                    Page 101

EA_341

```
 1   before we take a break, because we're going onto a

 2   new topic after this, if everyone is wondering.

 3           So let's look at Paragraph 154, if you

 4   don't mind.

 5       A   Okay.  I'm still scrolling there.  Sorry.     11:45:16 AM

 6       Q   No problem.

 7       A   Okay.

 8       Q   Do you see where it says the plaintiffs

 9   paid a price premium due to the misrepresentation of

10   the product?                                          11:46:24 AM

11       A   Yes, I see that.

12       Q   Did you rely on that allegation at all in

13   forming your opinions or calculations for this case?

14       A   No.  I relied on the complaint as a whole.

15   And --                                                11:47:03 AM

16       Q   So you discarded that specific allegation;

17   is that fair to say?

18       A   Well, but price premium could also mean

19   zero.

20       Q   Okay.  But did you analyze the market data   11:47:20 AM

21   to determine if the price premium was zero in this

22   case?

23       A   No.

24       Q   Okay.  Paying a price premium means that

25   the plaintiffs paid more for the product with the     11:47:33 AM
```

Page 108

1      Q    Did you analyze if any of the raw

2    ingredients contained in the Sports Research

3    Garcinia Cambogia product had any value?

4      A    No.  That was beyond the scope of my

5    engagement.                                        12:30:14 PM

6      Q    Okay.  Do you know what raw ingredients are

7    contained within the Sports Research Garcinia

8    Cambogia product?

9      A    No, I didn't analyze the ingredients.  That

10   was beyond the scope of my engagement.             12:30:26 PM

11     Q    Would you agree that if the raw ingredients

12   are sold at a positive price in the market, that the

13   raw ingredients have some market value?

14     A    I don't know.  I didn't analyze that.

15     Q    Okay.  What about did you analyze Sports     12:30:41 PM

16   Research's cost of goods sold with respect to the

17   garcinia cambogia product?

18     A    I did not.

19     Q    If the cost of goods sold are greater than

20   zero, would you agree then that the raw ingredients  12:30:55 PM

21   within a product have some value?

22     A    I don't know.  I didn't analyze the value

23   of the product.

24     Q    Okay.  Now, earlier you defined market

25   value as fair market value in the marketplace; is    12:31:11 PM

                                              Page 114

```
1    willing seller with neither being required to act

2    and both having reasonable knowledge of the relevant

3    facts?

4             MS. HALPERIN:  Same objection.

5             THE WITNESS:  Again, I didn't analyze      12:32:48 PM

6    market valuation in this case.

7    BY MR. BLANK:

8        Q    Yeah, I'm just asking --

9        A    I'm sorry.

10       Q    I'm just asking based on your general     12:32:57 PM

11   knowledge if you agree with that definition of fair

12   market value.

13       A    I think that's one of many definitions

14   of -- could be one of many definitions of fair

15   market value.                                       12:33:12 PM

16       Q    Do you have any reason to disagree with

17   that definition of fair market value?

18       A    No.

19       Q    And would you agree that if the Sports

20   Research Garcinia Cambogia product was sold at a    12:33:25 PM

21   price above zero between a willing buyer and a

22   willing seller, with neither being required to act

23   and both having reasonable knowledge of the relevant

24   facts, that the product has some value?

25       A    I didn't analyze -- I don't know.  I didn't  12:33:42 PM
```

Page 116

```
 1    analyze the value -- the market value of this

 2    product.

 3       Q    Okay.  So you don't know what the market

 4    value of this product is; is that correct?

 5       A    That was beyond the scope of my engagement.    12:33:59 PM

 6       Q    Now, let's look at Schedule 1 in your

 7    report.  Your report was previously marked as

 8    Exhibit 24.

 9       A    Okay.  Okay.  I'm scrolling.

10       Q    Okay.  And this schedule contains your        12:34:50 PM

11    calculation of the total paid by the proposed

12    classes between 2015 and 2018; is that right?

13       A    Schedule 1?

14       Q    Yes.

15       A    Yes.                                           12:35:05 PM

16       Q    And you multiplied the units sold by the

17    average retail price for both the 90 count and the

18    180 count product within each proposed class to

19    obtain the total paid; is that right?

20       A    Yes.                                           12:35:26 PM

21       Q    And the units sold figures, which were --

22    well, let me ask you this.

23            Isn't it true that the units sold figures

24    were provided by Sports Research as part of its

25    Supplemental Response to Special Interrogatory        12:35:40 PM
```

                                                            Page 117

```
 1        Q    Now, have you read Mr. -- you mentioned

 2   earlier, right, that you reviewed Mr. Werner's

 3   rebuttal report; is that right?

 4        A    Yes.

 5             MR. BLANK:  And we can mark that as          01:40:06 PM

 6   Exhibit 34.

 7             (Exhibit 34 was marked.)

 8   BY MR. BLANK:

 9        Q    And as it is loading up, let me ask you

10   this:  If the Court accepts Mr. Werner's opinion       01:40:16 PM

11   that 100 percent of the value of the product is not

12   derived from contested label, you don't have any

13   marketplace data to rebut his opinion; is that

14   right?

15        A    That's correct.                              01:40:30 PM

16        Q    Okay.  Do you have any opinion regarding

17   whether Mr. Werner's qualified to offer the opinions

18   that he's offering?

19        A    No.

20        Q    Okay.  So because you didn't analyze market  01:40:40 PM

21   data, is it fair to say that you don't have any

22   reason to disagree with any of the opinions that

23   he's offered?

24             MS. HALPERIN:  Objection.  Form.

25             THE WITNESS:  I don't have -- it's outside   01:41:00 PM
```

Page 156

```
1    the scope of my engagement to analyze the market for

2    garcinia cambogia.  I do have -- he does have

3    specific criticisms of my report that I do have

4    responses to.  We might have covered them already,

5    though.                                          01:41:20 PM

6    BY MR. BLANK:

7        Q    Okay.  You haven't reviewed or analyzed

8    marketplace data that contradicts any of

9    Mr. Werner's opinions; is that right?

10       A    That's correct.  That's outside the scope  01:41:30 PM

11   of my engagement.

12       Q    Okay.  And you have no reason to disagree

13   with the methodologies that were followed by

14   Mr. Werner, do you?

15       A    The methodologies with respect to what?   01:41:44 PM

16       Q    Just as applied in the report with respect

17   to analyzing the value of a product.

18       A    That was outside the scope of my

19   engagement.

20       Q    Okay.  But just with respect to your      01:41:59 PM

21   general knowledge and experience testifying in other

22   cases, you have no reason to disagree with the

23   methodologies followed by Mr. Werner in his report,

24   do you?

25       A    I -- no.  Again, I haven't -- no.         01:42:14 PM
```

Page 157

```
 1        Q    Okay.  Now, if the fact finder in this case

 2   accepts the validity of Mr. Werner's report, then

 3   you would agree that the fact finder should make

 4   adjustments to the calculation of damages that you

 5   prepared; is that right?                           01:42:35 PM

 6        A    Yes.  If the fact finder concludes that

 7   there is a value to the product other than zero,

 8   then the trier of fact can make according

 9   adjustments to the damages I have measured.

10        Q    Okay.  But you haven't analyzed any       01:42:56 PM

11   information to provide to the Court to allow the

12   Court to analyze what specific adjustments the Court

13   should make if it finds other attributes of the

14   product aside from the contested label of value; is

15   that right?                                         01:43:15 PM

16            MS. HALPERIN:  Objection.  Form.

17            THE WITNESS:  Again, I think with the

18   schedules that I have provided, it provide the tools

19   to assist the trier of fact in doing so.  It can use

20   some of the information in the tables I have         01:43:33 PM

21   provided as the model and change whatever numbers

22   they deem appropriate.

23   BY MR. BLANK:

24        Q    But you haven't analyzed what value should

25   be attributed to other attributes of the product    01:43:47 PM
```

Page 158

```
 1    aside from the contested labeling statements;

 2    correct?

 3        A    Yeah, that was outside the -- valuation of

 4    the product was outside the scope of my engagement.

 5        Q    Okay.  So, for example, if the Court agrees     01:44:01 PM

 6    that the Sports Research Garcinia Cambogia product

 7    has value independent of the contested labeling

 8    statements, you have not analyzed any information to

 9    enable the Court to determine by what percentage or

10    amount the Court should adjust the damage figure by;     01:44:28 PM

11    is that right?

12            MS. HALPERIN:  Objection.  Incomplete

13    hypothetical.  And asked and answered.

14            THE WITNESS:  That was -- that's outside

15    the scope of my engagement.                              01:44:42 PM

16    BY MR. BLANK:

17        Q    Okay.  So you don't -- then you haven't

18    provided -- you don't have any such information; is

19    that right?

20        A    Correct.                                        01:44:53 PM

21        Q    Now, in, let's see, the second sentence of

22    Paragraph 8 of Mr. Werner's report -- let me know

23    when you're there.

24        A    Okay.

25        Q    Okay.  Are you there?                           01:45:18 PM
```

Page 159

```
 1          DECLARATION UNDER PENALTY OF PERJURY

 2

 3          I, CHARLENE L. PODLIPNA, CPA, do hereby

 4    declare under penalty of perjury that I have read

 5    the foregoing transcript; that I have made any

 6    corrections as appear noted, in ink, initialed by

 7    me, or attached hereto; that my testimony as

 8    contained herein, as corrected, is true and correct.

 9

10          EXECUTED this _____ day of _____

11    2020, at _____, _____.

12               (City)                  (State)

13

14

15

16                    _____

17                    CHARLENE L. PODLIPNA, CPA

18                    VOLUME I

19

20

21

22

23

24

25

                                        Page 192
```

1

2          I, the undersigned, a Certified Shorthand

3   Reporter of the State of California, do hereby

4   certify:

5          That the foregoing proceedings were taken

6   before me remotely at the time and place herein set

7   forth; that any witnesses in the foregoing

8   proceedings, prior to testifying, were remotely

9   placed under oath; that a verbatim record of the

10  proceedings was made by me using machine shorthand

11  which was thereafter transcribed under my direction;

12  further, that the foregoing is an accurate

13  transcription thereof.

14         I further certify that I am neither

15  financially interested in the action nor a relative

16  or employee of any attorney of any of the parties.

17         IN WITNESS WHEREOF, I have this date

18  subscribed my name.

19

20  Dated:  8/3/2020

21

22

23

    MONICA M. CLINE

24  RPR, CSR NO. 8933

25

                                    Page 193

EA_351

EXHIBIT 14

EA_352

EXHIBIT

0027

Amazon.com: Customer reviews: Pure Garcinia Cambogia Infused with Organic Coconut Oil | 2-in-1 Support for Healthy Weight Management | (90 softgels)

The best Garcinia I've tried. Curbs appetite without bloating.

Helpful | ⌄ Comment | Report abuse

Vmvargas1

☆☆☆☆☆  **It Works for real**
Reviewed in the United States on March 16, 2018
Size: 180 softgels | **Verified Purchase**

I had purchased this product after using the sweet sweat and loving it.Which lead me to try the Garcinia Cambrogia.I had purchased it from other companies as can be evidenced in my Amazon order history and they never worked.I purchased my first bottle from another retailer a month ago and I love it. I dont feel hungry!!!!But the suprising part no headaches.I really do have to force myself to eat because I know metablism is bad from dieting for years.I did not realize that cocumut oil helps with apetite as well.I had to purchase the 180 tablets after my first purchase.If you have tried any other companys product dont be djscouraged try this one they sale a 60 capsule count as well it Really works!!!! Get the sweet sweat too.All my coworkers are buying it.

5 people found this helpful

Helpful | ⌄ Comment | Report abuse

← Previous page | Next page →

‹ See all details for Pure Garcinia Cambogia Infused with Organic Coconut Oil | 2-in-1...

See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell on Amazon
Sell Under Amazon Accelerator
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See More

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

🌐 English | 🇺🇸 United States

Amazon Music
Stream millions
of songs

Amazon Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids | Amazon Web Services

SRC000187

**EA_353**

Amazon.com: Customer reviews: Pure Garcinia Cambogia Infused with Organic Coconut Oil | 2-in-1 Support for Healthy Weight Management | (90 softgels)



Sheena Claudine

⭐⭐⭐⭐⭐ **FAVORITE DIET PILLS**

Reviewed in the United States on December 2, 2015

Size: 180 softgels | Verified Purchase

I tried different types of diet pills such as bangkok pills, caffeine pills, hcg drops, garcinia cambogia. I also tried different brands of Garcinia Cambogia but this will always be my favorite. I believe that the formula is being absorbed faster than the other brands i tried. With al my experience with the diet pills, this has helped me loose extra pounds with the help of self discipline. Imagine if you work out, eat healthy and take this at the same time. I will definitely buy this and this is on the top of my list.

2 people found this helpful

| Helpful | ⌄ Comment | Report abuse |

Amazon Customer

⭐⭐⭐⭐⭐ **I think it's a good addition to my overall diet**

Reviewed in the United States on December 1, 2015

Size: 90 softgels | Verified Purchase

I'm only half way through my first bottle but I definitely snack less in between meals and am more on track with my eating. I think it's a good addition to my overall diet.

One person found this helpful

| Helpful | ⌄ Comment | Report abuse |

← Previous page    Next page →

‹ **See all details for Pure Garcinia Cambogia Infused with Organic Coconut Oil | 2-in-1...**



See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell on Amazon
Sell Under Amazon Accelerator
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See More

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

**amazon**

🌐 English      🇺🇸 United States

SRC000251
SRC000251

EA_354



SRC000257
SRC000257

**EA_355**

Amazon.com: Customer reviews: Pure Garcinia Cambogia Infused with Organic Coconut Oil | 2-in-1 Support for Healthy Weight Management | (90 softgels)

Size: 180 softgels | **Verified Purchase**

I tried one other gacinia cambogia before trying this one, but this one was the best. It really did help suppress the appetite, and helped aid in the weight loss. I would definitely continue to use this (when needed).

One person found this helpful

Helpful | ⌄ Comment | Report abuse

 SchowFam

⭐⭐⭐⭐☆ **Husband seems to like it. He uses it with a few other ...**
Reviewed in the United States on November 4, 2015
Size: 180 softgels

Husband seems to like it. He uses it with a few other supplements and likes the results he sees and feels

One person found this helpful

Helpful | ⌄ Comment | Report abuse

 DO

⭐⭐⭐⭐⭐ **No Gitters!**
Reviewed in the United States on November 4, 2015
Size: 180 softgels | **Verified Purchase**

I truly appreciate the GC Extract because it does curve my appetite and I don't experience the "gitters as I have with other products! I be buying this product again!

2 people found this helpful

Helpful | ⌄ Comment | Report abuse

 Kalina the one

⭐⭐⭐⭐☆ **I am pretty fit and have a good workout schedule**
Reviewed in the United States on November 3, 2015
Size: 180 softgels | **Verified Purchase**

I wanted to try and see if I will get any benefits using Garcinia Cambogia, and experimented for about 1,5 months. I wanted to loose a pound or two, so I can carry less during a marathon. I am pretty fit and have a good workout schedule, and did not felt any change in mood, energy level, nor weight (gain nor loss) during the time of taking and after. I didn't have any unpleasant 'happenings' :-) either.

One person found this helpful

Helpful | ⌄ Comment | Report abuse

 Javi

⭐⭐⭐⭐⭐ **Five Stars**
Reviewed in the United States on November 1, 2015
Size: 90 softgels | **Verified Purchase**

Curbs my cravings well.

One person found this helpful

Helpful | ⌄ Comment | Report abuse

 frank turney

⭐⭐⭐⭐⭐ **Helped me lose pounds.**
Reviewed in the United States on October 28, 2015
Size: 180 softgels | **Verified Purchase**

This product has helped to control my appetite. I eat smaller portions of food. So far have lost 8 pounds. Would recommend to friends.

One person found this helpful

Helpful | ⌄ Comment | Report abuse

---

$39.97
⭐⭐⭐⭐☆ 61

 CLA 1250 (Vegan) from Non-GMO Safflower Oil | 100% Plant-Based Supplement for Men &...
by Sports Research
$22.95
⭐⭐⭐⭐⭐ 4,639

 NatureWise Pure Garcinia Cambogia [2 Month Supply] 100% Natural HCA Extract Supports...
by NatureWise
$21.99
⭐⭐⭐⭐☆ 13,893

Need customer service? Click here

SRC000258
SRC000258

**EA_356**



SRC000269
SRC000269

EA_357

Amazon.com: Customer reviews: Pure Garcinia Cambogia Infused with Organic Coconut Oil | 2-in-1 Support for Healthy Weight Management | (90 softgels)

One person found this helpful

Helpful | ⌄ Comment | Report abuse

**frank**

⭐⭐⭐⭐⭐ **Five Stars**
Reviewed in the United States on October 5, 2015
Size: 180 softgels | Verified Purchase

GREAT!! Very satisfied with product it actually does what it says it does!!!

One person found this helpful

Helpful | ⌄ Comment | Report abuse

**Phillip Anderson**

⭐⭐⭐⭐⭐ **This works.**
Reviewed in the United States on October 5, 2015
Size: 180 softgels | Verified Purchase

Holy smokes this stuff works! I'm a 28 year old male that went from working a very high paced hard working job, to a job with about 10% physical activity. Over the first 6 months of the job I gained 50lbs, because I ate the same way I used to.. But didn't burn it off.

First off, I didn't follow the recommended dose. I only took 3 in the morning with fish oil and D3. My appetite dropped significantly.

I'm the type of person that doesn't let any food on the table go to waste. If my wife or kids don't eat it all, I would finish it. That urge/addiction to food literally vanished.

I easily lost 10lbs in 2 weeks with no additional exercise. Also, I have a very sensitive stomach. Most vitamins make me nauseous, I can take this on an empty stomach abd be fine.

Another note: I paid for this product, and I will buy it again.

4 people found this helpful

Helpful | ⌄ Comment | Report abuse

**Breanne Sturge-Pitt**

⭐⭐⭐⭐⭐ **Best Ever**
Reviewed in the United States on October 5, 2015
Size: 180 softgels | Verified Purchase

i love it. Really works.

One person found this helpful

Helpful | ⌄ Comment | Report abuse

**BP**

⭐⭐⭐⭐⭐ **Five Stars**
Reviewed in the United States on October 2, 2015
Size: 180 softgels | Verified Purchase

Works great!!

One person found this helpful

Helpful | ⌄ Comment | Report abuse

**Daniel Petitjean**

⭐⭐⭐⭐☆ **Four Stars**
Reviewed in the United States on October 1, 2015
Size: 180 softgels | Verified Purchase

Love this product. Very gentle & no side effects!

One person found this helpful

Helpful | ⌄ Comment | Report abuse



$39.97
⭐⭐⭐⭐☆ 61

**CLA 1250 (Vegan) from Non-GMO Safflower Oil | 100% Plant-Based Supplement for Men &...**
by Sports Research
$22.95
⭐⭐⭐⭐☆ 4,639



**NatureWise Pure Garcinia Cambogia [2 Month Supply] 100% Natural HCA Extract Supports...**
by NatureWise
$21.99
⭐⭐⭐⭐☆ 13,893

Need customer service? Click here

SRC000270
SRC000270

EA_358



SRC000271
SRC000271

EA_359

# EXHIBIT 15

EA_360

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
***Attorneys for Plaintiffs and the Proposed Class***

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CAPACI and CYNTHIA FORD on behalf of themselves, all others similarly situated, and the general public, <br><br> Plaintiffs, <br><br> v. <br><br> SPORTS RESEARCH, INC., a California Corporation. <br><br> Defendant. | Case No.: 2:19-cv-03440-FMO-FFM <br><br> **PLAINTIFF CYNTHIA FORD'S OBJECTIONS AND RESPONSES TO DEFENDANT SPORTS RESEARCH, INC.'S REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE** |

*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE

EA_361

**PROPOUNDING PARTY:**     Defendant, Sports Research, Inc.

**RESPONDING PARTY:**     Plaintiff, Cynthia Ford

**SET NUMBER:**     One (1)

Pursuant to Federal Rules of Civil Procedure (FRCP) Rule 34, Plaintiff Cynthia Ford ("Plaintiff") hereby submits the following objections and responses to Defendant Sports Research, Inc.'s ("Defendant") First Set of Requests for Production of Documents ("Requests" or "RFPs").

## PLAINTIFF'S PRELIMINARY STATEMENT

Plaintiff does not waive and expressly reserves all objections as to the genuineness, foundation, competence, relevance, materiality, privileged status, or admissibility of these Requests and the information provided herein as evidence in connection with any proceeding or at trial of this or any other action, or for any other purpose.

Plaintiff and her attorneys have not completed their investigation of the facts relating to this action, have not completed discovery in this action, and have not completed preparation for trial. These responses are made without prejudice to Plaintiff's rights to use subsequently discovered evidence at trial or in connection with pretrial proceedings, or to amend these responses in the event that any information is later acquired or learned by Plaintiff or inadvertently omitted from these responses. The majority of the discovery requires extensive analysis. Legal and factual research concerning the facts known to date and information that may become known in the future remains to be done. The additional work may result in new or different factual responses, objections, and defenses. Plaintiff expressly reserves the right to amend, modify, or supplement her responses and objections. Plaintiff further reserves the right to rely on any facts, documents, or other evidence that may develop or come to Plaintiff's attention at a later date. Plaintiff further reserves the right to rely on expert testimony.

As discovery proceeds, facts, information and evidence may be discovered that are

- 1 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE

EA_362

not set forth in these responses, but which may have been responsive to these Requests. The following responses are based on Plaintiff's knowledge, information and belief at this time and are complete as to Plaintiff's best knowledge at this time.  Furthermore, these responses were prepared based on Plaintiff's good faith interpretation and understanding of the individual Requests and are subject to correction for inadvertent errors or omissions, if any. Plaintiff reserves her right to refer to, conduct discovery with reference to, or offer into evidence at the time of trial, any and all facts, evidence, documents and things developed during the course of discovery and trial preparation, notwithstanding the reference to facts, evidence, documents and things in these responses.

The general and specific objections set forth below are intended to apply to all information produced or provided pursuant to the Requests.

## PLAINTIFF'S GENERAL OBJECTIONS TO THE REQUESTS

Plaintiff interposes the following general objections ("General Objections") to the Requests as a whole, as well as to each and every individual Request contained therein, which are incorporated by reference into each specific response set forth below.  Each individual response, therefore, is made subject to, and without waiver of, these General Objections.

Plaintiff objects to the Requests to the extent the instructions and definitions used therein purport to impose obligations on Plaintiff beyond the scope of the Federal Rules of Civil Procedure.  Without waiver of her objections, Plaintiff will respond consistently with the requirements of the Federal Rules.

Plaintiff objects to the Requests to the extent they seek disclosure of information protected from disclosure by the attorney-client privilege, the work product doctrine or any other applicable privilege, immunity, protection or doctrine of similar effect.  To the extent that Plaintiff inadvertently provides any information arguably protected from discovery under any such privilege, protection or doctrine, such inadvertent disclosure shall not constitute a waiver of any such privilege, protection or doctrine.

- 2 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE

EA_363

1    Plaintiff objects to the Requests to the extent they seek information not relevant to

2    the claims and defenses in this action, on the grounds that the Requests are irrelevant,

3    constitute an undue burden on Plaintiff, and are not reasonably calculated to lead to the

4    discovery of admissible evidence.

5    Plaintiff objects to the Requests to the extent they are overbroad, unduly burdensome,

6    oppressive, vague, ambiguous, or uncertain.  Without waiver of her objections, Plaintiff has

7    made reasonable, good faith assumptions of Defendant's intended meanings and will

8    respond accordingly, as set forth below.

9    Plaintiff objects to the Requests to the extent they are harassing, including where the

10   information is of limited use or relevance in comparison to the burden or expense involved

11   in producing any such information.

12   Plaintiff objects to the Requests to the extent they seek information not in Plaintiff's

13   possession, custody or control, or information that is in the possession, custody or control

14   of Defendant or third parties, or is more easily or cost efficiently obtainable from them or

15   is publicly available.

16   Plaintiff objects to the Requests to the extent that any Request is duplicative or

17   cumulative of any earlier Request.

18   Plaintiff objects to the Requests to the extent they seek the identification or disclosure

19   of information in violation of Plaintiff's or third parties' rights of privacy, including any

20   state or local laws, ordinances, rules or regulations protecting such information.  Plaintiff's

21   responses shall not be deemed to be a waiver of Plaintiff's or any third party's rights with

22   respect to such information.

23   Plaintiff's responses, as set forth below, are based upon a good-faith interpretation of

24   the Requests.  Should a different interpretation of any Request be asserted by Defendant,

25   Plaintiff reserves the right to add to, modify, or otherwise change or amend the below

26   responses.

27

28

- 3 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF
DOCUMENTS, SET ONE

EA_364

1

## PLAINTIFF'S OBJECTIONS AND RESPONSES

2

### REQUEST FOR PRODUCTION NO. 1

3

4

5

All documents supporting Your contention in Paragraph 1 of Your First Amended Complaint that, Hydroxycitric Acid ("HCA") and extra virgin coconut oil, are scientifically proven to be incapable of providing weight-loss benefits.

6

### RESPONSE TO REQUEST FOR PRODUCTION NO. 1

7

8

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Plaintiff objects to this request as overbroad and beyond the scope of reasonable discovery.   Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this Request to the extent it seeks documents and information protected from disclosure by the attorney client privilege, the attorney work product doctrine, or any other applicable privilege, immunity, protection, or doctrine of similar effect. Plaintiff objects to this Request to the extent that it seeks the premature disclosure of expert opinions, reports, and testimony. Plaintiff further objects to this Request because the term "scientifically proven" is vague, ambiguous, and undefined. Plaintiff further objects to this Request because it is unlimited in time. Plaintiff objects to this Request as unduly burdensome to the extent that the requested documents are equally available to Defendant and are more easily obtainable from Defendant's own business records. Because the documents are more easily obtainable for Defendant's own records, Plaintiff objects to this request as harassing and as an unwarranted annoyance. This Request is objectionable to the extent that the documents requested are in the possession of Defendant and/or third parties. Plaintiff objects to this Request as being premature at this stage of the litigation. Plaintiff objects to this Request as being compound.

23

24

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: *See* CAPACI_000001 – CAPACI_000068.

25

26

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

27

28

---

- 4 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF
DOCUMENTS, SET ONE

EA_365

**REQUEST FOR PRODUCTION NO. 2**

All documents supporting Your contention in Paragraph 61 of Your First Amended Complaint that You did not experience the benefits promised by the Product labels.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this request as overbroad and beyond the scope of reasonable discovery.   Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this Request on grounds it is unduly burdensome, oppressive, and harassing.   Plaintiff objects to this Request to the extent it seeks documents and information protected from disclosure by the attorney client privilege, the attorney work product doctrine, or any other applicable privilege, immunity, protection, or doctrine of similar effect.  Plaintiff objects to this Request to the extent it violates Plaintiff's right to privacy under the U.S. and California Constitutions, other state or local laws, ordinances, or rules and regulations protecting such information. Plaintiff further objects to this Request to the extent it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: After conducting a diligent search, Plaintiff has determined that she has no documents responsive to this Request within her care, custody, and control.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 3**

Copies of all materials, including articles, studies, blog posts, and any other online materials, relating to Garcinia Cambogia, that You read before purchasing Your first Sports Research product.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3**

Plaintiff incorporates by reference each of the General Objections set forth above as

- 5 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE

EA_366

if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this request as overbroad and beyond the scope of reasonable discovery.   Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this Request to the extent it seeks documents and information protected from disclosure by the attorney client privilege, the attorney work product doctrine, or any other applicable privilege, immunity, protection, or doctrine of similar effect.   Plaintiff objects to this Request to the extent it violates Plaintiff's right to privacy under the U.S. and California Constitutions, other state or local laws, ordinances, or rules and regulations protecting such information. Plaintiff objects to this request on the ground that it seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this Request because it is unlimited in time. This Request is objectionable to the extent that the documents requested are in the possession of Defendant and/or third parties. Plaintiff objects to this Request as being compound.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 4**

All invoices, receipts, and credit card statements relating to Your purchase of Sports Research Garcinia Cambogia products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this request as overbroad and beyond the scope of reasonable discovery.   Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this Request on grounds it is unduly burdensome, oppressive, and harassing. Plaintiff objects to this Request to the extent it violates Plaintiff's right to privacy under the U.S. and California Constitutions, other state or local laws, ordinances, or rules and regulations

- 6 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF
DOCUMENTS, SET ONE

EA_367

protecting such information. Plaintiff further objects to this Request because it is unlimited in time. Plaintiff objects to this Request as unduly burdensome to the extent that the requested documents are more easily obtainable from Defendant's own business records. Because the documents are more easily obtainable for Defendant's own records, Plaintiff objects to this request as harassing and as an unwarranted annoyance. This Request is objectionable to the extent that the documents requested are in the possession of Defendant and/or third parties. Plaintiff objects to this Request as being compound.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: After conducting a diligent search, Plaintiff has determined that she has no documents responsive to this Request within her care, custody, and control.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 5**

Documents sufficient to show your purchase history (including date of purchase, manufacturer, and store or website purchased from) of non-Sports Research Garcinia Cambogia products over the past five years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this request as overbroad and beyond the scope of reasonable discovery.    Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this Request on grounds it is unduly burdensome, oppressive, and harassing. Plaintiff objects to this Request to the extent it violates Plaintiff's right to privacy under the U.S. and California Constitutions, other state or local laws, ordinances, or rules and regulations protecting such information. Plaintiff further objects to this Request because it is unlimited in time. Plaintiff objects to this Request as unduly burdensome to the extent that the

- 7 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF
DOCUMENTS, SET ONE

EA_368

requested documents are more easily obtainable from Defendant's own business records. Because the documents are more easily obtainable for Defendant's own records, Plaintiff objects to this request as harassing and as an unwarranted annoyance. This Request is objectionable to the extent that the documents requested are in the possession of Defendant and/or third parties. Plaintiff objects to this Request as being compound. Plaintiff further objects to this Request to the extent it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: After conducting a diligent search, Plaintiff has determined that she has no documents responsive to this Request within her care, custody, and control.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 6**

Any documents which prove, establish, demonstrate or relate to any attempt by You to obtain any refund under Sports Research's "Satisfaction Guaranteed" policy listed on the product.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this request as overbroad and beyond the scope of reasonable discovery. Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this Request on grounds it is unduly burdensome, oppressive, and harassing. Plaintiff objects to this Request to the extent it violates Plaintiff's right to privacy under the U.S. and California Constitutions, other state or local laws, ordinances, or rules and regulations protecting such information. Plaintiff objects to this request on the ground that it seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the

- 8 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF
DOCUMENTS, SET ONE

EA_369

discovery of admissible evidence. This Request is objectionable to the extent that the documents requested are in the possession of Defendant and/or third parties.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: After conducting a diligent search, Plaintiff has determined that she has no documents responsive to this Request within her care, custody, and control.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 7**

Any records showing or relating to Your weight before, during, and/or after the period of time You used or took Garcinia Cambogia.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this request as overbroad and beyond the scope of reasonable discovery.   Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this Request on grounds it is unduly burdensome, oppressive, and harassing. Plaintiff objects to this Request to the extent it violates Plaintiff's right to privacy under the U.S. and California Constitutions, other state or local laws, ordinances, or rules and regulations protecting such information. Plaintiff objects to this request on the ground that it seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff objects to this Request as being compound.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: After conducting a diligent search, Plaintiff has determined that she has no documents responsive to this Request within her care, custody, and control.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as

- 9 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE

EA_370

1    discovery proceeds.

2    **REQUEST FOR PRODUCTION NO. 8**

3     Any records of Your meals or eating habits before, during, and/or after the period of

4    time You used or took Garcinia Cambogia.

5    **RESPONSE TO REQUEST FOR PRODUCTION NO. 8**

6     Plaintiff incorporates by reference each of the General Objections set forth above as

7    if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

8     Plaintiff objects to this request as overbroad and beyond the scope of reasonable

9    discovery.  Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this

10   Request on grounds it is unduly burdensome, oppressive, and harassing. Plaintiff objects to

11   this Request to the extent it violates Plaintiff's right to privacy under the U.S. and California

12   Constitutions, other state or local laws, ordinances, or rules and regulations protecting such

13   information. Plaintiff objects to this request on the ground that it seeks information that is

14   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

15   discovery of admissible evidence. Plaintiff objects to this Request as being compound.

16   Plaintiff further objects to this Request because the term "eating habits" is vague,

17   ambiguous, and undefined.

18    Subject to the foregoing and without waiving any applicable objections, Plaintiff

19   responds as follows: After conducting a diligent search, Plaintiff has determined that she

20   has no documents responsive to this Request within her care, custody, and control.

21    Discovery is ongoing and Plaintiff reserves her right to supplement this Response as

22   discovery proceeds.

23   **REQUEST FOR PRODUCTION NO. 9**

24    Copies of all labels of Garcinia Cambogia products you have purchased from Sports

25   Research in the past five years.

26   **RESPONSE TO REQUEST FOR PRODUCTION NO. 9**

27

28

- 10 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF
DOCUMENTS, SET ONE   EA_371

1  Plaintiff incorporates by reference each of the General Objections set forth above as

2  if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

3  Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this

4  Request on grounds it is unduly burdensome and overbroad. Plaintiff further objects to this

5  Request because the term "Garcinia Cambogia products" is vague, ambiguous, and

6  undefined. Plaintiff objects to this Request as unduly burdensome to the extent that the

7  requested documents are more easily obtainable from Defendant's own business records.

8  Because the documents are more easily obtainable for Defendant's own records, Plaintiff

9  objects to this request as harassing and as an unwarranted annoyance. Plaintiff objects to

10  this Request to the extent it violates Plaintiff's right to privacy under the U.S. and California

11  Constitutions, other state or local laws, ordinances, or rules and regulations protecting such

12  information. Plaintiff objects to this request on the ground that it seeks irrelevant

13  information.

14  Subject to the foregoing and without waiving any applicable objections, Plaintiff

15  responds as follows: After conducting a diligent search, Plaintiff has determined that she

16  has no documents responsive to this Request within her care, custody, and control.

17  Discovery is ongoing and Plaintiff reserves her right to supplement this Response as

18  discovery proceeds.

19  **REQUEST FOR PRODUCTION NO. 10**

20  Copies of all labels of all non-Sports Research Garcinia Cambogia products you have

21  purchased in the past five years.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 10**

23  Plaintiff incorporates by reference each of the General Objections set forth above as

24  if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

25  Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this

26  Request on grounds it is unduly burdensome and overbroad. Plaintiff further objects to this

27

28

- 11 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF
DOCUMENTS, SET ONE

EA_372

Request because the term "non-Sports Research Garcinia Cambogia" is vague, ambiguous, and undefined. Plaintiff objects to this Request as unduly burdensome to the extent that the requested documents are in the possession of Defendant and/or third parties. Plaintiff objects to this Request on grounds it is unduly burdensome, oppressive, harassing, and an unwarranted annoyance.  Plaintiff objects to this Request to the extent it violates Plaintiff's right to privacy under the U.S. and California Constitutions, other state or local laws, ordinances, or rules and regulations protecting such information. Plaintiff objects to this request on the ground that it seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff also objects to this Request because it is unduly burdensome as it seeks copies of all labels of all non-Sports Research Garcinia Cambogia products. Such a search would be unduly time consuming and would require Plaintiff to produce any documents even tangentially related to Defendant's Request, no matter how irrelevant to any claims and/or defenses in this case.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: After conducting a diligent search, Plaintiff has determined that she has no documents responsive to this Request within her care, custody, and control.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 11**

All documents evidencing any damages allegedly sustained by You and caused by Sports Research.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this request as overbroad and beyond the scope of reasonable

discovery.   Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this Request on grounds it is unduly burdensome, oppressive, and harassing.   Plaintiff objects to this Request to the extent it seeks documents and information protected from disclosure by the attorney client privilege, the attorney work product doctrine, or any other applicable privilege, immunity, protection, or doctrine of similar effect.  Plaintiff objects to this Request to the extent it violates Plaintiff's right to privacy under the U.S. and California Constitutions, other state or local laws, ordinances, or rules and regulations protecting such information. Plaintiff objects to this Request to the extent it calls for a legal opinion and/or conclusion.  Plaintiff further objects to this Request to the extent that it calls for an expert opinion and/or conclusion. Plaintiff further objects to this Request because the term "damages" is vague, ambiguous, and undefined. This Request is objectionable to the extent that the documents requested are in the possession of Defendant and/or third parties.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: Plaintiff objects to this Request to the extent that it calls for premature disclosure of expert reports and opinions.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 12**

Copies of all materials, including articles, studies, blog posts, and any other online material, relating to Garcinia Cambogia that You read after purchasing Your first Sports Research Garcinia Cambogia product and before purchasing Your last Garcinia Cambogia product.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this request as overbroad and beyond the scope of reasonable

- 13 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE

EA_374

discovery.    Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this Request to the extent it violates Plaintiff's right to privacy under the U.S. and California Constitutions, other state or local laws, ordinances, or rules and regulations protecting such information. Plaintiff objects to this request on the ground that it seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this Request because it is unlimited in time. This Request is objectionable to the extent that the documents requested are in the possession of Defendant and/or third parties. Plaintiff objects to this Request as being compound.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 13**

All communications, electronic and otherwise, that You sent to Sports Research.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this Request because it assumes facts. Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this Request on grounds it is unduly burdensome and overbroad. Plaintiff objects to this Request as unduly burdensome to the extent that the requested documents are more easily obtainable from Defendant's own business records. Because the documents are more easily obtainable for Defendant's own records, Plaintiff objects to this request as harassing and as an unwarranted annoyance. Plaintiff objects to this Request on the ground that it seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: After conducting a diligent search, Plaintiff has determined that she

- 14 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF
DOCUMENTS, SET ONE

EA_375

1  has no documents responsive to this Request within her care, custody, and control.

2      Discovery is ongoing and Plaintiff reserves her right to supplement this Response as

3  discovery proceeds.

4  **REQUEST FOR PRODUCTION NO. 14**

5      All communications, electronic and otherwise that You received from Sports

6  Research.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 14**

8      Plaintiff incorporates by reference each of the General Objections set forth above as

9  if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

10     Plaintiff objects to this Request because it assumes facts. Plaintiff objects to this

11  Request as vague and ambiguous. Plaintiff objects to this Request on grounds it is unduly

12  burdensome and overbroad. Plaintiff objects to this Request as unduly burdensome to the

13  extent that the requested documents are more easily obtainable from Defendant's own

14  business records. Because the documents are more easily obtainable for Defendant's own

15  records, Plaintiff objects to this request as harassing and as an unwarranted annoyance.

16  Plaintiff objects to this Request on the ground that it seeks information that is neither

17  relevant to the subject matter of this action nor reasonably calculated to lead to the discovery

18  of admissible evidence.

19     Subject to the foregoing and without waiving any applicable objections, Plaintiff

20  responds as follows: After conducting a diligent search, Plaintiff has determined that she

21  has no documents responsive to this Request within her care, custody, and control.

22     Discovery is ongoing and Plaintiff reserves her right to supplement this Response as

23  discovery proceeds.

24  **REQUEST FOR PRODUCTION NO. 15**

25     All communications, electronic and otherwise, written by You, sent to a third party

26  by You, or posted by You anywhere online, relating to Sports Research.

27

28

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 15**

2  Plaintiff incorporates by reference each of the General Objections set forth above as

3  if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

4  Plaintiff objects to this Request because it assumes facts. Plaintiff objects to this

5  Request as vague and ambiguous. Plaintiff objects to this Request on grounds it is unduly

6  burdensome and overbroad. Such a search would be unduly time consuming and would

7  require Plaintiff to produce any documents even tangentially related to Defendant's

8  Request, no matter how irrelevant to any claims and/or defenses in this case. Plaintiff

9  objects to this Request to the extent the documents requested are in the possession of third

10  parties. Plaintiff objects to this Request on the ground that it seeks information that is neither

11  relevant to the subject matter of this action nor reasonably calculated to lead to the discovery

12  of admissible evidence. Plaintiff objects to this request as harassing and as an unwarranted

13  annoyance. Plaintiff objects to this Request to the extent it seeks documents and information

14  protected from disclosure by the attorney client privilege, the attorney work product

15  doctrine, or any other applicable privilege, immunity, protection, or doctrine of similar

16  effect.  Plaintiff objects to this Request to the extent it violates Plaintiff's right to privacy

17  under the U.S. and California Constitutions, other state or local laws, ordinances, or rules

18  and regulations protecting such information.

19  Subject to the foregoing and without waiving any applicable objections, Plaintiff

20  responds as follows: After conducting a diligent search, Plaintiff has determined that she

21  has no documents responsive to this Request within her care, custody, and control.

22  Discovery is ongoing and Plaintiff reserves her right to supplement this Response as

23  discovery proceeds.

24  **REQUEST FOR PRODUCTION NO. 16**

25  All communications, electronic and otherwise, received by You, relating to Sports

26  Research.

27

28

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this Request because it assumes facts. Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this Request on grounds it is unduly burdensome and overbroad. Such a search would be unduly time consuming and would require Plaintiff to produce any documents even tangentially related to Defendant's Request, no matter how irrelevant to any claims and/or defenses in this case. Plaintiff objects to this Request to the extent the documents requested are in the possession of third parties. Plaintiff objects to this Request on the ground that it seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff objects to this request as harassing and as an unwarranted annoyance. Plaintiff objects to this Request to the extent it seeks documents and information protected from disclosure by the attorney client privilege, the attorney work product doctrine, or any other applicable privilege, immunity, protection, or doctrine of similar effect.  Plaintiff objects to this Request to the extent it violates Plaintiff's right to privacy under the U.S. and California Constitutions, other state or local laws, ordinances, or rules and regulations protecting such information.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: After conducting a diligent search, Plaintiff has determined that she has no documents responsive to this Request within her care, custody, and control.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 17**

All communications, electronic and otherwise, between You and Plaintiff Frank Capaci relating to Sports Research.

- 17 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE

EA_378

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this Request to the extent it seeks disclosure of information protected from disclosure by the attorney-client privilege, the work product doctrine, the co-client or joint-client privilege, the common-interest or joint-defense doctrine, or any other applicable privilege, immunity, protection, or doctrine of similar effect. Plaintiff objects to this Request because it assumes facts. Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this Request on grounds it is unduly burdensome and overbroad. Plaintiff objects to this Request to the extent the documents requested are in the possession of third parties. Plaintiff objects to this Request on the ground that it seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff objects to this request as harassing and as an unwarranted annoyance. Plaintiff objects to this Request to the extent it violates Plaintiff's right to privacy under the U.S. and California Constitutions, other state or local laws, ordinances, or rules and regulations protecting such information.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: After conducting a diligent search, Plaintiff has determined that she has no documents responsive to this Request within her care, custody, and control.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 18**

All documents consisting of or relating to testing of Sports Research products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

- 18 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE

EA_379

Plaintiff objects to this request as overbroad and beyond the scope of reasonable discovery.   Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this Request to the extent it seeks documents and information protected from disclosure by the attorney client privilege, the attorney work product doctrine, or any other applicable privilege, immunity, protection, or doctrine of similar effect. Plaintiff objects to this Request to the extent that it seeks the premature disclosure of expert opinions, reports, and testimony. Plaintiff further objects to this Request because it is unlimited in time. Plaintiff further objects to this Request because it seeks information that is outside of Plaintiff's own personal knowledge. This Request is objectionable to the extent that the documents requested are in the possession of Defendant and/or third parties. Plaintiff objects to this interrogatory as being premature at this stage of the litigation. Plaintiff further objects to this Request because the term "testing" is vague, ambiguous, and undefined.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: After conducting a diligent search, Plaintiff has determined that she has no documents responsive to this Request within her care, custody, and control. Experts may have additional documents.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 19**

All documents consisting of or relating to the "Numerous randomized, placebo controlled scientific studies," referenced in Paragraph 28 of Your First Amended Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this request as overbroad, vague, and ambiguous. Plaintiff objects

- 19 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE

EA_380

to this Request to the extent it seeks documents and information protected from disclosure by the attorney client privilege, the attorney work product doctrine, or any other applicable privilege, immunity, protection, or doctrine of similar effect. Plaintiff objects to this Request to the extent that it seeks the premature disclosure of expert opinions, reports, and testimony. Plaintiff further objects to this Request because it is unlimited in time. Plaintiff objects to this Request to the extent that the requested documents are in the possession of Defendant and/or third parties. Plaintiff objects to this Request as being premature at this stage of the litigation. Plaintiff objects to this Request to the extent that it is cumulative of a prior Request.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: *See* CAPACI_000001 – CAPACI_000068.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 20**

All documents consisting of or relating to the "significant *Garcinia*/HCA weight loss study," referenced in Paragraph 29 of Your First Amended Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this request as overbroad, vague, and ambiguous. Plaintiff objects to this Request to the extent it seeks documents and information protected from disclosure by the attorney client privilege, the attorney work product doctrine, or any other applicable privilege, immunity, protection, or doctrine of similar effect. Plaintiff objects to this Request to the extent that it seeks the premature disclosure of expert opinions, reports, and testimony. Plaintiff further objects to this Request because it is unlimited in time. Plaintiff objects to this Request to the extent that the requested documents are in the possession of Defendant and/or third parties. Plaintiff objects to this Request as being premature at this stage of the

- 20 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF
DOCUMENTS, SET ONE

EA_381

litigation. Plaintiff objects to this Request to the extent that it is cumulative of a prior Request.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: *See* CAPACI_000058 – CAPACI_000062.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 21**

All documents consisting of or relating to, "*The Heymsfield* study," referenced in Paragraph 31 of Your First Amended Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this request as overbroad, vague, and ambiguous. Plaintiff objects to this Request to the extent it seeks documents and information protected from disclosure by the attorney client privilege, the attorney work product doctrine, or any other applicable privilege, immunity, protection, or doctrine of similar effect. Plaintiff objects to this Request to the extent that it seeks the premature disclosure of expert opinions, reports, and testimony. Plaintiff further objects to this Request because it is unlimited in time. Plaintiff objects to this Request to the extent that the requested documents are in the possession of Defendant and/or third parties. Plaintiff objects to this Request as being premature at this stage of the litigation. Plaintiff objects to this Request to the extent that it is cumulative of a prior Request.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: *See* CAPACI_000058 – CAPACI_000062.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 22**

All documents consisting of or relating to the review referenced in Paragraph 32 of Your First Amended Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this request as overbroad, vague, and ambiguous. Plaintiff objects to this Request to the extent it seeks documents and information protected from disclosure by the attorney client privilege, the attorney work product doctrine, or any other applicable privilege, immunity, protection, or doctrine of similar effect. Plaintiff objects to this Request to the extent that it seeks the premature disclosure of expert opinions, reports, and testimony. Plaintiff further objects to this Request because it is unlimited in time. Plaintiff objects to this Request to the extent that the requested documents are in the possession of Defendant and/or third parties. Plaintiff objects to this Request as being premature at this stage of the litigation. Plaintiff objects to this Request to the extent that it is cumulative of a prior Request.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: *See* CAPACI_000009 – CAPACI_000016.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 23**

All documents consisting of or relating to, the study referenced in Paragraph 33 of Your First Amended Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this request as overbroad, vague, and ambiguous. Plaintiff objects to this Request to the extent it seeks documents and information protected from disclosure

- 22 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE

EA_383

by the attorney client privilege, the attorney work product doctrine, or any other applicable privilege, immunity, protection, or doctrine of similar effect. Plaintiff objects to this Request to the extent that it seeks the premature disclosure of expert opinions, reports, and testimony. Plaintiff further objects to this Request because it is unlimited in time. Plaintiff objects to this Request to the extent that the requested documents are in the possession of Defendant and/or third parties. Plaintiff objects to this Request as being premature at this stage of the litigation. Plaintiff objects to this Request to the extent that it is cumulative of a prior Request.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: *See* CAPACI_000001 – CAPACI_000008.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 24**

All documents consisting of or relating to, the study referenced in Paragraph 34 of Your First Amended Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 24**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this request as overbroad, vague, and ambiguous. Plaintiff objects to this Request to the extent it seeks documents and information protected from disclosure by the attorney client privilege, the attorney work product doctrine, or any other applicable privilege, immunity, protection, or doctrine of similar effect. Plaintiff objects to this Request to the extent that it seeks the premature disclosure of expert opinions, reports, and testimony. Plaintiff further objects to this Request because it is unlimited in time. Plaintiff objects to this Request to the extent that the requested documents are in the possession of Defendant and/or third parties. Plaintiff objects to this Request as being premature at this stage of the litigation. Plaintiff objects to this Request to the extent that it is cumulative of a prior

- 23 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF
DOCUMENTS, SET ONE

EA_384

Request.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: *See* CAPACI_000063 – CAPACI_000068.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 25**

All communications, electronic and otherwise, written by You, sent to a third party by You, or posted by You anywhere online, relating to Garcinia Cambogia.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 25**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this Request because it assumes facts. Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this Request on grounds it is unduly burdensome, overbroad, and beyond the scope of reasonable discovery. Such a search would be unduly time consuming and would require Plaintiff to produce any documents even tangentially related to Defendant's Request, no matter how irrelevant to any claims and/or defenses in this case. Plaintiff objects to this Request to the extent the documents requested are in the possession of third parties. Plaintiff objects to this Request on the ground that it seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff objects to this request as harassing and as an unwarranted annoyance. Plaintiff objects to this Request to the extent it seeks documents and information protected from disclosure by the attorney client privilege, the attorney work product doctrine, or any other applicable privilege, immunity, protection, or doctrine of similar effect.  Plaintiff objects to this Request to the extent it violates Plaintiff's right to privacy under the U.S. and California Constitutions, other state or local laws, ordinances, or rules and regulations protecting such information. Plaintiff

- 24 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE

EA_385

1  further objects to this Request because it is unlimited in time. Plaintiff objects to this

2  Interrogatory as being compound. Plaintiff further objects to this Request to the extent that

3  it is cumulative of or substantially similar to a prior request.

4  　　　Subject to the foregoing and without waiving any applicable objections, Plaintiff

5  responds as follows: After conducting a diligent search, Plaintiff has determined that she

6  has no documents responsive to this Request within her care, custody, and control.

7  　　　Discovery is ongoing and Plaintiff reserves her right to supplement this Response as

8  discovery proceeds.

9  **REQUEST FOR PRODUCTION NO. 26**

10 　　　All communications, electronic and otherwise, received by You, relating to Garcinia

11 Cambogia.

12 **RESPONSE TO REQUEST FOR PRODUCTION NO. 26**

13 　　　Plaintiff incorporates by reference each of the General Objections set forth above as

14 if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

15 　　　Plaintiff objects to this Request because it assumes facts. Plaintiff objects to this

16 Request as vague and ambiguous. Plaintiff objects to this Request on grounds it is unduly

17 burdensome, overbroad, and beyond the scope of reasonable discovery. Such a search would

18 be unduly time consuming and would require Plaintiff to produce any documents even

19 tangentially related to Defendant's Request, no matter how irrelevant to any claims and/or

20 defenses in this case. Plaintiff objects to this Request to the extent the documents requested

21 are in the possession of third parties. Plaintiff objects to this Request on the ground that it

22 seeks information that is neither relevant to the subject matter of this action nor reasonably

23 calculated to lead to the discovery of admissible evidence. Plaintiff objects to this request

24 as harassing and as an unwarranted annoyance. Plaintiff objects to this Request to the extent

25 it seeks documents and information protected from disclosure by the attorney client

26 privilege, the attorney work product doctrine, or any other applicable privilege, immunity,

27

28

- 25 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF
DOCUMENTS, SET ONE

EA_386

protection, or doctrine of similar effect.  Plaintiff objects to this Request to the extent it violates Plaintiff's right to privacy under the U.S. and California Constitutions, other state or local laws, ordinances, or rules and regulations protecting such information. Plaintiff further objects to this Request because it is unlimited in time. Plaintiff objects to this Interrogatory as being compound. Plaintiff further objects to this Request to the extent that it is cumulative of or substantially similar to a prior request.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: After conducting a diligent search, Plaintiff has determined that she has no documents responsive to this Request within her care, custody, and control.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 27**

All communications, electronic and otherwise, between You and Plaintiff Frank Capaci relating to Garcinia Cambogia.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 27**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this Request to the extent it seeks disclosure of information protected from disclosure by the attorney-client privilege, the work product doctrine, the co-client or joint-client privilege, the common-interest or joint-defense doctrine, or any other applicable privilege, immunity, protection, or doctrine of similar effect. Plaintiff objects to this Request because it assumes facts. Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this Request on grounds it is unduly burdensome and overbroad. Plaintiff objects to this Request to the extent the documents requested are in the possession of third parties. Plaintiff objects to this Request on the ground that it seeks information that is neither relevant to the subject matter of this action nor reasonably

- 26 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF
DOCUMENTS, SET ONE

EA_387

1  calculated to lead to the discovery of admissible evidence. Plaintiff objects to this request

2  as harassing and as an unwarranted annoyance. Plaintiff objects to this Request to the extent

3  it violates Plaintiff's right to privacy under the U.S. and California Constitutions, other state

4  or local laws, ordinances, or rules and regulations protecting such information.

5      Subject to the foregoing and without waiving any applicable objections, Plaintiff

6  responds as follows: After conducting a diligent search, Plaintiff has determined that she

7  has no documents responsive to this Request within her care, custody, and control.

8      Discovery is ongoing and Plaintiff reserves her right to supplement this Response as

9  discovery proceeds.

10 **REQUEST FOR PRODUCTION NO. 28**

11     All documents supporting Your contention in Paragraph 69 of Your First Amended

12 Complaint that "The Product costs more than similar products."

13 **RESPONSE TO REQUEST FOR PRODUCTION NO. 28**

14     Plaintiff incorporates by reference each of the General Objections set forth above as

15 if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

16     Plaintiff objects to this request as overbroad and beyond the scope of reasonable

17 discovery.    Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to

18 this Request to the extent that it seeks the premature disclosure of expert opinions, reports,

19 and testimony. Plaintiff objects to this Request to the extent it seeks documents and

20 information protected from disclosure by the attorney client privilege, the attorney work

21 product doctrine, or any other applicable privilege, immunity, protection, or doctrine of

22 similar effect. Plaintiff further objects to this Request because it is unlimited in time. This

23 Request is objectionable to the extent that the documents requested are in the possession of

24 Defendant and/or third parties. Plaintiff also objects to this Request as being unduly

25 burdensome because seeking this information is unreasonably cumulative or duplicative or

26 obtainable from some other source that is more convenient, less burdensome, or expensive.

27

28

1   Additionally, Plaintiff objects to this Request because it seeks documents that are equally

2   available to Defendant as Defendant is in a better position to obtain such documents through

3   its business records. Because the documents are more easily obtainable from Defendant's

4   own records, Plaintiff objects to this request as harassing and as an unwarranted annoyance.

5          Subject to the foregoing and without waiving any applicable objections, Plaintiff

6   responds as follows: Plaintiff objects to this Request to the extent that it calls for premature

7   disclosure of expert reports and opinions.

8          Discovery is ongoing and Plaintiff reserves her right to supplement this Response as

9   discovery proceeds.

10  **REQUEST FOR PRODUCTION NO. 29**

11         All documents relating to your alleged discovery of Defendant's alleged unlawful

12  acts in June 2019 when You learned that the Sports Research Product labels were untrue

13  and/or misleading and violate the FDCA and its implementing regulations, as you allege in

14  Paragraph 65 of Your First Amended Complaint.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 29**

16         Plaintiff incorporates by reference each of the General Objections set forth above as

17  if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

18         Plaintiff objects to this request as overbroad and beyond the scope of reasonable

19  discovery.   Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to

20  this Request on grounds it is unduly burdensome, oppressive, and harassing.   Plaintiff

21  objects to this Request to the extent it seeks documents and information protected from

22  disclosure by the attorney client privilege, the attorney work product doctrine, or any other

23  applicable privilege, immunity, protection, or doctrine of similar effect. Plaintiff objects to

24  this request on the ground that it seeks information that is neither relevant to the subject

25  matter of this action nor reasonably calculated to lead to the discovery of admissible

26  evidence.

27

28

---

- 28 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF
DOCUMENTS, SET ONE

1    Discovery is ongoing and Plaintiff reserves her right to supplement this Response as
2    discovery proceeds.

3    **REQUEST FOR PRODUCTION NO. 30**

4    Copies of all materials, including Sports Research packaging, inserts to Sports
5    Research packaging and shipping materials, Sports Research labels, and website, containing
6    statements You contend have been made by Sports Research which You contend are
7    misleading.

8    **RESPONSE TO REQUEST FOR PRODUCTION NO. 30**

9    Plaintiff incorporates by reference each of the General Objections set forth above as
10   if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

11   Plaintiff objects to this request as overbroad and beyond the scope of reasonable
12   discovery.   Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to
13   this Request on grounds it is unduly burdensome, oppressive, and harassing. Plaintiff further
14   objects to this Request because it is unlimited in time. Plaintiff objects to this Request as
15   unduly burdensome to the extent that the requested documents are more easily obtainable
16   from Defendant's own business records. Because the documents are more easily obtainable
17   for Defendant's own records, Plaintiff objects to this request as harassing and as an
18   unwarranted annoyance. This Request is objectionable to the extent that the documents
19   requested are in the possession of Defendant and/or third parties. Plaintiff objects to this
20   Request as being compound.

21   Discovery is ongoing and Plaintiff reserves her right to supplement this Response as
22   discovery proceeds.

23   **REQUEST FOR PRODUCTION NO. 31**

24   All materials, including any studies, test results, blog posts, or any other online
25   material, Sports Research packaging, inserts to Sports Research packaging and shipping
26   materials, Sports Research labels, and website, that You read that in any way effected Your

27

28

- 29 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF
DOCUMENTS, SET ONE

EA_390

1  decision to stop purchasing Sports Research products.

2  **RESPONSE TO REQUEST FOR PRODUCTION NO. 31**

3      Plaintiff incorporates by reference each of the General Objections set forth above as
4  if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

5      Plaintiff objects to this request as overbroad and beyond the scope of reasonable
6  discovery.   Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to
7  this Request on grounds it is unduly burdensome, oppressive, and harassing. Plaintiff further
8  objects to this Request because it is unlimited in time. Plaintiff objects to this Request as
9  unduly burdensome to the extent that the requested documents are more easily obtainable
10  from Defendant's own business records. Because the documents are more easily obtainable
11  for Defendant's own records, Plaintiff objects to this request as harassing and as an
12  unwarranted annoyance. This Request is objectionable to the extent that the documents
13  requested are in the possession of Defendant and/or third parties. Plaintiff objects to this
14  Request as being compound.

15      Subject to the foregoing and without waiving any applicable objections, Plaintiff
16  responds as follows: After conducting a diligent search, Plaintiff has determined that she
17  has no documents responsive to this Request within her care, custody, and control.

18      Discovery is ongoing and Plaintiff reserves her right to supplement this Response as
19  discovery proceeds.

20  **REQUEST FOR PRODUCTION NO. 32**

21      All documents supporting Your contention in Paragraph 45 of Your First Amended
22  Complaint that Coconut oil is ineffective at promoting weight loss.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 32**

24      Plaintiff incorporates by reference each of the General Objections set forth above as
25  if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

26      Plaintiff objects to this request as overbroad and beyond the scope of reasonable

27

28

discovery. Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this Request to the extent it seeks documents and information protected from disclosure by the attorney client privilege, the attorney work product doctrine, or any other applicable privilege, immunity, protection, or doctrine of similar effect. Plaintiff objects to this Request to the extent that it seeks the premature disclosure of expert opinions, reports, and testimony. Plaintiff further objects to this Request because it is unlimited in time. Plaintiff objects to this Request as unduly burdensome to the extent that the requested documents are equally available to Defendant and are more easily obtainable from Defendant's own business records. Because the documents are more easily obtainable for Defendant's own records, Plaintiff objects to this request as harassing and as an unwarranted annoyance. This Request is objectionable to the extent that the documents requested are in the possession of Defendant and/or third parties. Plaintiff objects to this Request as being premature at this stage of the litigation. Plaintiff objects to this Request to the extent that it is cumulative of prior requests.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: Plaintiff objects to this Request to the extent that it calls for premature disclosure of expert reports and opinions.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 33**

Any documents or records of, or relating to, Your exercise schedule, regimen, or habits before, during, and/or after the period of time You used or took Garcinia Cambogia.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 33**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this request as overbroad and beyond the scope of reasonable discovery. Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this

Request on grounds it is unduly burdensome, oppressive, and harassing. Plaintiff objects to this Request to the extent it violates Plaintiff's right to privacy under the U.S. and California Constitutions, other state or local laws, ordinances, or rules and regulations protecting such information. Plaintiff objects to this request on the ground that it seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff objects to this Request as being compound. Plaintiff further objects to this Request because the term "habits" is vague, ambiguous, and undefined.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: After conducting a diligent search, Plaintiff has determined that she has no documents responsive to this Request within her care, custody, and control.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

**REQUEST FOR PRODUCTION NO. 34**

Any documents supporting Your contention in Paragraph 68 of Your First Amended Complaint that Garcinia Cambogia is incapable of providing any benefit as a dietary aid.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 34**

Plaintiff incorporates by reference each of the General Objections set forth above as if fully set forth herein. Plaintiff further objects to this Request on the following grounds:

Plaintiff objects to this request as overbroad and beyond the scope of reasonable discovery. Plaintiff objects to this Request as vague and ambiguous. Plaintiff objects to this Request to the extent it seeks documents and information protected from disclosure by the attorney client privilege, the attorney work product doctrine, or any other applicable privilege, immunity, protection, or doctrine of similar effect. Plaintiff objects to this Request to the extent that it seeks the premature disclosure of expert opinions, reports, and testimony. Plaintiff further objects to this Request because it is unlimited in time. Plaintiff objects to this Request as unduly burdensome to the extent that the requested documents are equally

- 32 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE

EA_393

available to Defendant and are more easily obtainable from Defendant's own business records. Because the documents are more easily obtainable for Defendant's own records, Plaintiff objects to this request as harassing and as an unwarranted annoyance. This Request is objectionable to the extent that the documents requested are in the possession of Defendant and/or third parties. Plaintiff objects to this Request as being premature at this stage of the litigation. Plaintiff objects to this Request as being compound. Plaintiff objects to this Request to the extent that it is cumulative of prior requests.

Subject to the foregoing and without waiving any applicable objections, Plaintiff responds as follows: *See* CAPACI_000001 – CAPACI_000068.

Discovery is ongoing and Plaintiff reserves her right to supplement this Response as discovery proceeds.

Dated: October 31, 2019

By:   */s/ Ronald A. Marron*
Ronald A. Marron
*ron@consumersadvocates.com*

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN
*mike@consumersadvocates.com*
LILACH HALPERIN
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

- 33 -
*Capaci v. Sports Research, Inc.*, Case No. 2:19-cv-03440-FMO-FFM
PLAINTIFF CYNTHIA FORD'S RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE

EA_394

# EXHIBIT 16

EA_395

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FRANK CAPACI and CYNTHIA FORD
on behalf of themselves, all others
similarly situated, and the general public,

Plaintiffs,

v.

SPORTS RESEARCH, INC., a California
Corporation.

Defendant.

Civil Action No 2:19-cv-03440-FMO-FFM

**EXPERT REPORT OF SAMANTHA IYENGAR, Ph.D.**

# EXPERT REPORT OF SAMANTHA IYENGAR, Ph.D.

In connection with

**Capaci et al. v. Sports Research, Inc.**

## Table of Contents

I.     Introduction ................................................................................ 1

II.    Qualifications and Compensation .............................................. 1

III.   Documents Relied Upon ............................................................. 2

IV.   Assignment and Summary of Findings ....................................... 2

V.     Background ................................................................................ 4

VI.   Survey Methodology ................................................................. 5

A.    Definition of the Relevant Population ....................................... 6

B.    Sampling from the Relevant Population ..................................... 6

C.    Survey Questions ...................................................................... 8

D.    Quality Control and Validation ............................................... 15

E.    Results ..................................................................................... 16

VII.   Conclusions ............................................................................. 26

EA_397

## I.     INTRODUCTION

1.      In connection with the above-captioned matter, I was asked by counsel for Sports Research, Incorporated ("Sports Research") to conduct research regarding how consumers who purchased Garcinia Cambogia supplements first learned about the product. I was also asked to assess what features of the product or other information may have been influential to their decision to purchase this type of product. The remainder of this report details my study methodology and results.

## II.     QUALIFICATIONS AND COMPENSATION

2.      I am a Senior Consultant at NERA Economic Consulting ("NERA"), specializing in survey research, design, and analysis.  I have over 10 years of experience in the field of survey design and application, sample design and estimation, data management and statistical analysis in academic and litigation contexts.  I have worked on a variety of survey and sampling projects for litigation and arbitration, including trademark, trade dress, false advertising, consumers' willingness-to-pay for patented product features, purchase and use behaviors, likelihood of confusion, and other issues involving consumer perceptions and behavior.  I have designed, implemented, reviewed, and analyzed samples and surveys for a variety of litigation matters, including intellectual property, product liability and mass torts. I have submitted written reports relied upon in mediation and litigation matters and offered testimony at deposition.

3.      Prior to joining NERA, I was an academic in the fields of sociology and criminology.  I was an Assistant Professor of Criminal Justice at the University of Michigan-Flint and Assistant Professor of Sociology at the University of Idaho, teaching courses including Methods of Social Research.  In the academic context, I applied my survey research expertise on a number of projects, including an institutional quality assessment and statistical analyses of large

1

EA_398

sample government survey data.   I hold B.A. and M.A. degrees in Sociology from the University

of Montana and M.A. and Ph.D. degrees in Sociology from the University of Iowa.  **Exhibit A**

contains a current copy of my curriculum vitae.

      4.     NERA is being compensated for my services in this matter at my standard rate of

$465 per hour.   Other NERA consultants assisted me in this engagement and are being

compensated at rates less than $465 per hour.  No part of NERA's compensation depends on the

outcome of this litigation.  Throughout this report, I have used the terms "I" and "my" to refer to

work performed by me and/or others under my direction.

## III.   DOCUMENTS RELIED UPON

      5.     As part of my work, I reviewed the First Amended Class Action Complaint

("Complaint"), filed June 17, 2019.   The list of the specific materials I considered and/or relied

upon can be found in **Exhibit B**.

## IV.   ASSIGNMENT AND SUMMARY OF FINDINGS

      6.     As noted above, I was asked to conduct research to evaluate how consumers who

purchased Garcinia Cambogia learned about the product, and the features or information that may

influence their decision to purchase this type of product.   My study used generally accepted

procedures for the design and analysis of studies conducted as part of litigation. The results are

based on interviews with 532 consumers from the relevant population, including 93 who purchased

Sports Research Garcinia Cambogia.[1]

---

[1] Defined as U.S. consumers 18 years or older who have purchased Garcinia Cambogia supplements since 2014.

EA_399

7.      In general, the results of my study demonstrate that Garcinia Cambogia purchasers generally, and Sports Research purchasers specifically, purchase the product for a wide range of reasons.  The results of the study specifically show:

**Garcinia Cambogia Purchasers (All Brands)**

- When asked how they first learned about Garcinia Cambogia, respondents provide a wide range of responses.  Only 24 out of 532 respondents (4.5 percent) indicated that they first learned about Garcinia Cambogia after seeing a specific product in a store or reviewing a product label.

- When asked to select from a list of sources from which they first learned about Garcinia Cambogia, only 98 of 352 of respondents (18.4 percent) indicated that they saw a product in a store or online and (presumably) viewed a product label.

- Most respondents reported that the product label did not influence their purchase decision. When asked to select from a list of factors that influenced their decision to purchase a particular brand, only 102 of 532 respondents (19.2 percent) selected "statements or descriptions on the product label."

- Only 11 out of 352 respondents (2.1 percent) selected "statements or descriptions on the product label" as the sole factor that influenced their decision to purchase the product.  Put differently, a large majority (96.9 percent) of Garcinia Cambogia purchasers indicated that factors other than "statements or descriptions on the product label" influenced their purchase decision.

**Sports Research Garcinia Cambogia Purchasers**

- Approximately 98 percent of Sports Research Purchasers report purchasing multiple brands of Garcinia Cambogia.  Less than 3 percent have only ever purchased Sports Research Garcinia Cambogia.  Thus, it is likely that Sports Research purchasers are familiar with and/or have been exposed to claims made on other product labels.

- When asked to select from a list of factors that influenced their decision to purchase Sports Research Garcinia Cambogia, only 19.4 percent indicated that statements or descriptions on the product label were influential.

- When asked to identify the particular statements or product descriptions on the label that influenced their decision to purchase, only 10 of the 93 Sports Research purchasers (10.8 percent) indicated that statements relating to hydroxycitric acid (HCA), appetite suppression and/or weight management were influential.

3

EA_400

- Finally, only 2 out of 93 Sports Research purchasers (2.2 percent) selected "statements or descriptions on the product label" as the sole influence on their decision to purchase the product.  Put differently, a large majority (83 out of 93 or 89 percent) of Sports Research purchasers in my study indicated that their purchase decision was <u>not</u> influenced by the label statements claimed by Plaintiffs.

I discuss my study in detail below.


## V.    BACKGROUND

8.    Sports Research is a California corporation, with its principal place of business in San Pedro, California.[2]  Sports Research is a family owned and operated company that has been making health and wellness products since 1980.[3]

9.    Plaintiffs allege,

> [T]he claims on the packaging of [Sports Research Corporation's brand weight-loss supplement "Garcinia Cambogia"] convey the concrete overall message that the Product by means of its HCA, can effectively help consumers lose weight. Defendant intended consumers to rely upon this message, which is false and misleading for the reasons stated herein.[4]

10.    Plaintiffs seek to represent classes of consumers who purchased Sports Research Garcinia Cambogia ("the Product") since it "first entered into the stream of commerce[5] until the present ('Class Period'),"[6] defined as,

> **The Nationwide Class is defined as follows**:
> All U.S. citizens who purchased the Product in their respective state of citizenship for personal and household use and not for resale during the Class Period.

---

[2] Complaint, ¶8.

[3] *See* https://sportsresearch.com/pages/about (visited January 17, 2020).

[4] Complaint, ¶27.

[5] I understand from counsel for Defendant that the product at issue became available in 2014.

[6] Complaint, ¶76.

4

**The California sub-class is defined as follows**:
All California citizens who purchased the Product in California for personal
and household use and not for resale during the Class Period.

**The New Jersey sub-class is defined as follows**:
All New Jersey citizens who purchased the Product in New Jersey for
personal and household use and not for resale during the Class Period.[7]

11.    Given Plaintiffs' claims, I designed and conducted a survey to evaluate whether or
not the information on labels of Garcinia Cambogia supplements influenced consumers' decisions
to purchase the product.

## VI.   SURVEY METHODOLOGY

12.    I designed, implemented and analyzed data from my survey of 532 Garcinia
Cambogia purchasers. The design of my research follows generally accepted principles for the
design of surveys to be used as evidence in litigation.[8]  In general, the design of a reliable survey
requires careful attention to the following key areas:

- The definition of the relevant population;
- The procedures for sampling from the relevant population;
- The survey questions used and interviewing procedures;
- The nature of the stimuli shown to sampled consumers and;
- The protocol for calculating the results from the survey.[9]

The following discussion is organized around these key areas.

---

[7] Complaint, ¶76.

[8] Diamond, S. (2011) "Reference Guide on Survey Research" in the *Reference Manual on Scientific Evidence Third Edition,* Federal Judicial Center at: https://www.fjc.gov/sites/default/files/2012/SciMan3D09.pdf ("Diamond"); Federal Judicial Center (2004). *Manual for Complex Litigation, Fourth Edition* ("Manual for Complex Litigation"), Section 11.493, p. 102 at: https://public.resource.org/scribd/8763868.pdf

[9] The Manual for Complex Litigation (p. 103) phrases these key areas as such:

- The population was properly chosen and defined;
- The sample chosen was representative of that population;
- The data gathered were accurately reported; and
- The data were analyzed in accordance with accepted statistical principles.

5

## A.  DEFINITION OF THE RELEVANT POPULATION

13.     The relevant population for this matter is U.S. consumers 18 years or older who purchased Garcinia Cambogia supplements since 2014. My study includes purchasers of Sports Research brand Garcinia Cambogia, as well as purchasers of other brands. In addition, my study includes consumers residing in California, New Jersey as well as those living in other states. Additional questions were asked to ensure each respondent did not work in market research, advertising or for a company that produces dietary supplements.[10]

## B.  SAMPLING FROM THE RELEVANT POPULATION

14.     To identify and sample from the relevant population, potential respondents were contacted via email using a national online survey vendor – Veridata – a firm founded by well-respected survey professionals I have worked with many times in the past for litigation surveys. Veridata programmed the web-based survey instrument, hosted and collected the data.  Survey invitations were sent to a representative sample of U.S. consumers who were part of the Veridata panel.  Respondents who initiated the survey were first asked a series of screening questions to ensure that they qualified as part of the relevant population.[11]  In addition, Veridata employed a host of validation techniques, including third-party technology and proprietary digital fingerprinting, as a matter of standard practice.[12]

15.     Respondents completed the survey online.  Respondents were first asked a set of screening questions and then, if they qualified, were asked the main survey questions.  I did what

---

[10] For a complete list of screening questions, please see the survey instrument (attached as **Exhibit C**).

[11] Respondents who opened the survey were asked to read a series of instructions and agree to adhere to them to continue to the screening questions.

[12] Veridata panel members are validated using third party sources (*e.g.*, name and address) to ensure unique responses. Veridata Insights Value Statement, p. 2.

6

is called a "soft launch" where invitations are sent to a limited number of potential respondents. This allows the researcher to review the initial responses for quality purposes – for example, to ensure that the programming was working as anticipated or to evaluate whether respondents appeared to have any difficulty understanding the questions as intended – and make adjustments as necessary.

16.     After addressing minor issues with the programming that were discovered during the soft launch, we resumed fielding the study.  Invitations were sent to a representative sample of U.S. consumers who were a part of the Veridata panel.  Because Veridata utilizes response rate variables and stratification tools to generate balanced samples that mirror current demographic patterns from the most recent U.S. Census,[13] the demographic characteristics of consumers who screened into my survey should be representative of the relevant population.   The exact demographics of my survey respondents are shown below in **Table 1**.

---

[13] *See* Veridata Insights Value Statement, p. 2.

EA_404

**Table 1**
**Age by Gender**

| Age Group | Male | | Female | | Both | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| 18-34 | 57 | 42.9 | 216 | 54.1 | 273 | 51.3 |
| 35-54 | 56 | 42.1 | 142 | 35.6 | 198 | 37.2 |
| 55+ | 20 | 15.0 | 41 | 10.3 | 61 | 11.5 |
| Total | 133 | 100 | 399 | 100 | 532 | 100 |

Source:
Exhibit E - NERA Dietary Supplement Survey

## C. SURVEY QUESTIONS

17.     My survey followed generally accepted procedures for the design of a questionnaire used in research for litigation, including (1) neutrally worded survey questions that are not leading or biased, (2) rotated and randomized question and response series (to reduce the impact of survey fatigue and reduce order effects), (3) the use of filter questions and skip patterns (to ensure that only qualified and knowledgeable respondents were answering the questions), and (4) the use of a specific prompt to remind respondents that they should say they don't know or don't recall if that is appropriate (to reduce guessing).[14]  The survey instrument is provided in **Exhibit C**.

18.     Potential respondents were asked a series of screening questions to ensure that they were part of the relevant population.  As noted above, to qualify for the study, respondents had to be U.S. consumers 18 years or older who purchased Garcinia Cambogia supplements since 2014.

19.     Respondents were also asked to select the brand(s) of Garcinia Cambogia supplements they have purchased since 2014.  Respondents qualified for the survey if they purchased Sports Research Garcinia Cambogia but could also qualify if they purchased Garcinia Cambogia supplements from other brands.

---

[14] *See* Diamond, pp. 387-409.

8

EA_405

20.     The survey included questions relating to respondents' experiences with a specific brand of Garcinia Cambogia that they had purchased.  If a respondent reported purchasing only one brand of Garcinia Cambogia, these questions related to that brand. Respondents who reported purchasing more than one brand were asked to indicate which brand they most often purchase.  For respondents who reported purchasing Sports Research brand Garcinia Cambogia, the brand-specific questions related to Sports Research (regardless of how frequently the respondent purchased this brand).  For all other respondents, the brand-specific questions were asked in relation to the most frequently purchased brand.

21.     Respondents were next asked to indicate the month and year they had most recently purchased a Garcinia Cambogia supplement from the indicated brand, and how often they had purchased that particular brand.  Respondents who reported purchasing the brand more than once were asked to indicate the year in which they first purchased the brand.  All respondents were next asked to indicate whether or not the brand in question was the first Garcinia Cambogia supplement they had ever purchased.

22.     Respondents were next asked to think back to the first time they had purchased a Garcinia Cambogia supplement and to explain in their own words why they decided to purchase a supplement with this ingredient, "Thinking back to the **first time** you purchased a Garcinia Cambogia supplement, why did you decide to purchase a supplement with this ingredient? *(Please type in your response)*."

23.     After typing their responses into the designated field, respondents were asked a second open-ended question, "If you can recall, how did you **first learn** about Garcinia Cambogia? *(Please type in your response)*."

24.     After typing their responses into the designated field, respondents were asked a close-ended follow up question, in which they could select from a list of options to indicate the way(s) in which they first learned about Garcinia Cambogia.

9

You may have already mentioned this, but which of the following, if any, were ways in which you **<u>first learned</u>** about Garcinia Cambogia? (***Please select all that apply***) [15]

1. An advertisement for a <u>specific brand</u> of Garcinia Cambogia supplement (e.g., TV, magazine, web)
2. A website for <u>specific brand</u> of Garcinia Cambogia supplement
3. A social media or a blog post about Garcinia Cambogia generally
4. A family member or friend
5. A healthcare professional
6. A TV show, magazine or news article about Garcinia Cambogia generally
7. A personal trainer or fitness professional
8. Saw product offered in store or through an online retailer
9. Other ***(Please specify)***
10. None of these
11. Don't know / unsure

25.    After answering this question, respondents were next asked an open-ended question regarding how they use the indicated brand of Garcinia Cambogia, "Please now think about your most recent purchase of a Garcinia Cambogia supplement. You said that you have purchased a Garcinia Cambogia supplement from **[INSERT BRAND]**.  How do you typically use this product? ***(Please type in your response)***."

26.    After typing their responses into the designated field, respondents were asked a close-ended follow up question, in which they could select from a list of options to indicate the way(s) in which they typically used the specified brand of Garcinia Cambogia.

You may have already mentioned this, which of the following describes how you typically use **[INSERT BRAND]** Garcinia Cambogia? (***Please select all that apply***) [16]

1. On its own – with no other dietary supplements and no changes to diet or exercise
2. In combination with a healthy eating plan
3. In combination with regular exercise
4. In combination with other dietary supplements

---

[15] Response options 1-8 were randomly rotated.

[16] Response options 1-4 were randomly rotated.

     5.   Some other way **(*Please specify*)**
     6.   Don't know / unsure

27.     After answering this question, respondents were next asked an open-ended question regarding why they purchased this particular brand of Garcinia Cambogia, "Why have you purchased this particular brand, **[INSERT BRAND]** Garcinia Cambogia?  *(**Please type in your response)**.*"

28.     After typing their responses into the designated field, respondents were asked a close-ended follow up question, in which they could select from a list of options to indicate the factor(s) that influenced their decision to purchase the specified brand of Garcinia Cambogia.

     You may have already mentioned this, but which of the following, if any, influenced your decision to purchase **[INSERT BRAND]** Garcinia Cambogia? (***Please select all that apply***) [17]

1. Price
2. Sale or promotion
3. Availability at store / online retailer
4. Brand name / reputation
5. Size of container / quantity
6. Statements or descriptions on the product label
7. Look and design of the package or label
8. Information on **[INSERT BRAND]**'s website
9. Product description or reviews on third party websites (e.g., Amazon)
10. Recommendation from a family member or friend
11. Recommendation from a healthcare professional
12. Recommendation from a personal trainer or fitness professional
13. Previous experience with Garcinia Cambogia
14. Other (***Please specify***)
15. None of these
16. Don't know / unsure

---

[17] Response options 1-13 were randomly rotated.

11

Respondents who indicated that the specified brand's website, statements or descriptions on the product label influenced their decision to purchase the Garcinia Cambogia product were asked additional follow up questions.

29.     Respondents who indicated that statements or descriptions on the product label influenced their decision to purchase the specified brand of Garcinia Cambogia were next asked, "You mentioned that statements or descriptions on the product label influenced your decision to purchase **[INSERT BRAND]** Garcinia Cambogia. If you can recall, what specific statement(s) or description(s) influenced your decision? *(Please type in your response)*."

30.     After typing their responses into the designated field, these respondents were asked a close-ended follow up question, in which they could select from a list of options to indicate the statements or product descriptions on the label that influenced their decision to purchase the specified brand of Garcinia Cambogia.

> You may have already mentioned this, but which of the following statements or product descriptions on the label, if any, do you recall as having influenced your decision to purchase **[INSERT BRAND]** Garcinia Cambogia? (***Please select all that apply***) [18]
>
> 1. All Natural
> 2. Made in the USA
> 3. Non-GMO
> 4. Gluten free
> 5. Dairy free
> 6. Made with coconut oil
> 7. Hydroxycitric acid (HCA)
> 8. Third-party tested
> 9. Allergen free
> 10. 100% Pure
> 11. Non-stimulating
> 12. Vegetarian / vegan
> 13. Organic
> 14. Dietary supplement
> 15. Maximum strength

---

[18] Response options 1-18 were randomly rotated.

12

EA_409

16. 90-day satisfaction guarantee
17. Studied for its potential to supress appetite
18. Supports your weight management plan
19. Other *(Please Specify)*
20. None of these
21. Don't know / unsure

31.     Respondents who indicated that the specified brand's website influenced their decision to purchase the product were next asked, "You mentioned that the website influenced your decision to purchase **[INSERT BRAND]** Garcinia Cambogia. If you can recall, what specific information influenced your decision? *(Please type in your response)*."

32.     After typing their responses into the designated field, these respondents were asked a close-ended follow up question, in which they could select from a list of options to indicate what information discussed on the website influenced their decision to purchase the specified brand of Garcinia Cambogia.

You may have already mentioned this, but what information discussed on the website, if any, do you recall as having influenced your decision to purchase **[INSERT BRAND]** Garcinia Cambogia? (*Please select all that apply)* [19]

1.  All Natural
2.  Made in the USA
3.  Non-GMO
4.  Gluten free
5.  Dairy free
6.  Made with coconut oil
7.  Hydroxycitric acid (HCA)
8.  Third-party tested
9.  Allergen free
10. 100% Pure
11. Non-stimulating
12. Vegetarian / vegan
13. Organic
14. Dietary supplement
15. Maximum strength
16. 90-day satisfaction guarantee

---

[19] Response options 1-18 were randomly rotated.

13

17. Studied for its potential to supress appetite
18. Supports your weight management plan
19. Other *(Please Specify)*
20. None of these
21. Don't know / unsure

33. All respondents were next asked,

If you have an opinion, do you think **[INSERT BRAND]** Garcinia Cambogia is…?[20]

1. **More effective** than other brands of Garcinia Cambogia
2. **Just as effective** as other brands of Garcinia Cambogia
3. **Less effective** than other brands of Garcinia Cambogia
4. Don't know / unsure

34. After selecting a response, respondents were asked an open-ended follow up, "What makes you say that? *(Please type in your response)*."

35. After typing their responses into the designated field, respondents were asked a close-ended follow up question, in which they could select from a list of options to indicate what (if anything) they would do to get information about the effectiveness of Garcinia Cambogia.

If you wanted to get information about the effectiveness of **[INSERT BRAND]** Garcinia Cambogia, which of the following, if any, would you do? *(Please select all that apply)* [21]

1. Read the product label
2. Read the fine print on the label (e.g., asterisks and disclaimers)
3. Search for product information online
4. Read product reviews
5. Ask a salesperson / store clerk
6. Ask a nutritionist / healthcare professional
7. Ask a personal trainer / fitness professional
8. Other *(Please Specify)*
9. None of these
10. Don't know / unsure

---

[20] Response options 1-3 were randomly rotated.

[21] Response options 1-7 were randomly rotated.

14

36.     After answering this question, the survey ended, and respondents were thanked for their time.  A copy of the questionnaire is included as **Exhibit C**.  Screenshots of the survey are included as **Exhibit D**.

## D.  QUALITY CONTROL AND VALIDATION

37.     A range of quality control procedures were used throughout the survey process to assure reliable data.  First, a number of quality control measures are regularly employed by the panel provider.  Precautions such as digital fingerprinting, the use of proprietary software to identify duplicate respondents, internal and third-party data validation, and automated checks of inconsistent or illogical respondent behavior prevent unqualified respondents from being included in the survey.  Second, we asked respondents to adhere to a set of instructions to ensure that respondents would: (1) take the survey in one session; not open any other windows or tabs while taking the survey; (2) not consult any other written material while taking the survey; (3) not consult or talk with any person while taking the survey; and, (4) to maximize their browser window for the entire survey.  Third, we used screening questions to ensure that respondents were a part of the relevant population.

38.     Fourth, after the data were collected, we analyzed response patterns as an additional quality control measure.  Specifically, we reviewed the data for respondents who appeared to be "straightlining"– for example, selecting every answer, or answering "don't know" to every response.  Respondents who appeared to be "straightlining", gave inconsistent responses or failed to follow instructions were excluded.  Also excluded were those respondents whose completion time appeared to be too short to have carefully attended to the questions asked.  Any respondents who failed our quality control checks were removed from the final data and replaced by the vendor.

15

## E.  RESULTS

39.     A total of 532 respondents were included in the study. This includes 93 respondents who purchased Sports Research Garcinia Cambogia.  The study data are provided in **Exhibit E**.

40.     **All Brand Garcinia Cambogia Purchasers**. As noted above, my study first asked a series of open-ended questions to evaluate how consumers initially learned about Garcinia Cambogia and their reasons for purchasing a supplement with this ingredient.  When asked to explain in their own words why they purchased Garcinia Cambogia for the first time, some respondents mentioned weight loss, appetite suppression or other perceived benefits.  Others mentioned price, recommendations from family or friends, and Dr. Oz, among other themes.  Only 4 out of 532 respondents (less than 1 percent) mentioned themes that suggest they viewed (or had the opportunity to view) the product label. These responses are shown in **Figure 1** below.

**Figure 1**

| Selected Responses to, "Thinking back to the first time you purchased a Garcinia Cambogia supplement, why did you decide to purchase a supplement with this ingredient?" (N=532) |
| --- |
| Its packaging |
| Product label |
| I saw it in the store annie's looked the benefits |
| i read the product information and find something unique and natural |

41.     When asked to explain in their own words how they first learned about Garcinia Cambogia, respondents mentioned a variety of sources, including advertisements (with no mention of a specific brand), general research, word of mouth, and social media.  Only 24 out of 532 respondents (4.5 percent) indicated that they initially learned about Garcinia Cambogia because they saw the product in store or online or referred to statements on the product label.  These results are shown in **Table 2** below.

16

**EA_413**

## Table 2
## How Respondents First Learned About Garcinia Cambogia

*Q6. If you can recall, how did you **first learn** about Garcinia Cambogia?*

| Reason | Obs | Percent |
|---|---|---|
| Ads, informercials, TV, radio, celebrity endorsement, etc. – no mention of specific brand | 165 | 31.0 |
| Word of mouth, recommendations from friends, family, etc. | 118 | 22.2 |
| General research / online articles / Google | 74 | 13.9 |
| Social media (Facebook, Instagram, YouTube, blogs, etc.) | 62 | 11.7 |
| Internet - other | 56 | 10.5 |
| Looking at products in store or online and/or reviewing product labels | 24 | 4.5 |
| Recommendation from health care or fitness professional | 21 | 3.9 |
| Dr. Oz | 15 | 2.8 |
| Other | 9 | 1.7 |
| Mentions of specific product(s) or brand(s) | 8 | 1.5 |
| Online reviews (Amazon, etc.) | 4 | 0.8 |
| N: | 532 | |

Notes:

For some respondents the response did not fit any of the general themes mentioned with the reason categories. For these responses the reason "Other" was recorded.

Total may be greater than 100 percent because respondents could select multiple answers.

Source:

Exhibit E - NERA Dietary Supplement Survey

42.     When asked to select from a list of ways in which they first learned about Garcinia Cambogia, respondents indicated a variety of sources.  Most commonly mentioned were advertisements for a specific brand of Garcinia Cambogia supplement (e.g., TV, magazine, web), social media or a blog posts about Garcinia Cambogia generally, family members or friends, and TV shows, magazine or news articles about Garcinia Cambogia generally, among other themes. Only 98 of 532 (18.4 percent) indicated that they saw a product offered in store or through an online retailer.  These results are shown in **Table 3** below.

43.     Moreover, only 30 out of 532 respondents (5.6 percent) indicated that "looking at products in store or online and/or reviewing product labels" was the sole way that they learned

17

about Garcinia Cambogia.  Put differently, a large majority (94.4 percent) of Garcinia Cambogia

purchasers indicated that they first learned about the product through sources <u>other than or in</u>

<u>addition to</u> "looking at products in store or online and/or reviewing product labels."

**Table 3**
**How Respondents First Learned About Garcinia Cambogia**

*Q7. You may have already mentioned this, but which of the following, if any, were ways in which you <u>first learned</u> about*
*Garcinia Cambogia?*

| Reason | Obs | Percent |
|---|---|---|
| An advertisement for a specific brand of Garcinia Cambogia supplement (e.g., TV, magazine, web) | 167 | 31.4 |
| A social media or a blog post about Garcinia Cambogia generally | 165 | 31.0 |
| A family member or friend | 145 | 27.3 |
| A TV show, magazine or news article about Garcinia Cambogia generally | 128 | 24.1 |
| Saw product offered in store or through an online retailer | 98 | 18.4 |
| A website for specific brand of Garcinia Cambogia supplement | 84 | 15.8 |
| A healthcare professional | 34 | 6.4 |
| A personal trainer or fitness professional | 33 | 6.2 |
| Other (Please specify) | 23 | 4.3 |
| None of these | 5 | 0.9 |
| N: | 532 | |

Notes:
  Total may be greater than 100 percent because respondents could select multiple answers.

Source:
  Exhibit E - NERA Dietary Supplement Survey

44.      Respondents were also asked to explain in their own words why they purchased a

particular brand of Garcinia Cambogia supplement.  In response to this question, respondents

mentioned a variety of themes, including price, reviews, recommendations from friends and

family, among others.  Only 3 out of 532 respondents (less than 1 percent) mentioned the

packaging or product label.  These responses are shown below in **Figure 2**.

18

**Figure 2**

| Selected Responses to, "Why have you purchased this particular brand, [INSERT BRAND] Garcinia Cambogia?" (N=532) |
| --- |
| I liked the packaging and what the company stood for |
| the packaging was intriguing |
| Like the bottle |

45.     When asked to select from a list of factors that influenced their decision to purchase a particular brand of Garcinia Cambogia supplement, the most common responses were price, brand name or reputation, availability, product descriptions or reviews on third party websites (such as Amazon), and recommendations from family or friends.  Only 102 of 532 respondents (19.2 percent) identified "statements or descriptions on the product label" as a factor that influenced their decision to purchase a specific brand of Garcinia Cambogia supplement.  These results are shown below in **Table 4**.

46.     Moreover, only 11 out of 352 respondents (2.1 percent) selected "statements or descriptions on the product label" as the sole factor that influenced their decision to purchase the product.  Put differently, a large majority (96.9 percent) of Garcinia Cambogia purchasers indicated that factors <u>other than</u> "statements or descriptions on the product label" influenced their purchase decision.

19

**EA_416**

**Table 4**

**Influence on Decision to Purchase Brand of Garcinia Cambogia**

*Q11. You may have already mentioned this, but which of the following, if any, influenced your decision to purchase [INSERT BRAND] Garcinia Cambogia?*

| Reason | Obs | Percent |
|--------|----:|--------:|
| Price | 179 | 33.6 |
| Brand name / reputation | 178 | 33.5 |
| Availability at store / online retailer | 161 | 30.3 |
| Product description or reviews on third party websites (e.g., Amazon) | 147 | 27.6 |
| Recommendation from a family member or friend | 142 | 26.7 |
| Sale or promotion | 115 | 21.6 |
| Statements or descriptions on the product label | 102 | 19.2 |
| Information on [INSERT BRAND]'s website | 97 | 18.2 |
| Size of container / quantity | 73 | 13.7 |
| Previous experience with Garcinia Cambogia | 56 | 10.5 |
| Look and design of the package or label | 55 | 10.3 |
| Recommendation from a healthcare professional | 53 | 10.0 |
| Recommendation from a personal trainer or fitness professional | 39 | 7.3 |
| Other (Please specify) | 13 | 2.4 |
| None of these | 4 | 0.8 |
| Don't know / unsure | 2 | 0.4 |
| N: | 532 | |

Notes:
   Total may be greater than 100 percent because respondents could select multiple answers.

Source:
   Exhibit E - NERA Dietary Supplement Survey

47.     Respondents were also asked directly about their perceptions of the effectiveness of a particular brand of Garcinia Cambogia. Overall, the majority of respondents indicated that their brand was "just as effective" as other brands of Garcinia Cambogia.  Moreover, when asked about how they would find information on the effectiveness of a particular brand of Garcinia Cambogia, respondents indicated that they would consult a variety of sources, such as product reviews or search for product information online.  These results are shown in **Table 5** below.

20

EA_417

Notably, fewer than half of all respondents (42.9 percent) selected "read the product label" and only 10 out of 532 respondents (1.9 percent) selected this as the <u>only</u> source of information they would consult if they were seeking information regarding the effectiveness of the product.

**Table 5**
**Find Effectiveness Information**

*Q18. If you wanted to get information about the effectiveness of  [INSERT BRAND]  Garcinia Cambogia, which of the following, if any, would you do?*

| Source | Obs | Percent |
|---|---|---|
| Read product reviews | 356 | 66.9 |
| Search for product information online | 343 | 64.5 |
| Read the product label | 228 | 42.9 |
| Ask a nutritionist / healthcare professional | 222 | 41.7 |
| Read the fine print on the label (e.g., asterisks and disclaimers) | 168 | 31.6 |
| Ask a personal trainer / fitness professional | 93 | 17.5 |
| Ask a salesperson / store clerk | 71 | 13.3 |
| Other (Please Specify) | 6 | 1.1 |
| None of these | 3 | 0.6 |
| Don't know / unsure | 2 | 0.4 |
| N: | 532 | |

Notes:
   Total may be greater than 100 percent because respondents could select multiple answers.

Source:
   Exhibit E - NERA Dietary Supplement Survey

48.     The results of my study consistently demonstrate that the majority of Garcinia Cambogia purchasers are not getting information about this type of supplement by viewing a product label in store or online.  Even among respondents who indicated that they consulted product labels, a large majority of this group also indicated that they first learned about the product through and/or were influenced by other sources of information.  These results are inconsistent

with Plaintiffs' claim that consumers are misled regarding the effectiveness of Garcinia Cambogia supplements due to statements on Sports Research product labels.  The results further suggest that consumers of Garcinia Cambogia are influenced by and/or exposed to information from a variety of other sources.

49.     **Sports Research Garcinia Cambogia Purchasers**. To ensure that the study results are applicable to the putative class, I included 93 consumers who have purchased Sports Research brand Garcinia Cambogia supplements.  The following discussion highlights the results for this group of consumers.

50.     Consumers who purchased the Sports Research brand Garcinia Cambogia tend to have purchased other brands of Garcinia Cambogia, as well.  Of the 93 Sports Research purchasers in my study, only 2 respondents (2.2 percent) reported that they exclusively purchased Sports Research Garcinia Cambogia.  These results are shown in **Table 6** below.

### Table 6
### Sports Research Purchasers

| Type of Purchaser | | Obs | Percent |
|---|---|---|---|
| Purchased ONLY Sports Research | | 2 | 2.2 |
| Purchased Sports Research AND other brands | | 91 | 97.8 |
| | N: | 93 | |

Source:
    Exhibit E - NERA Dietary Supplement Survey

51.     Among Sports Research Garcinia Cambogia purchasers in my study, the majority (86 percent) reported that they used the product in combination with a healthy diet, regular exercise

22

EA_419

and/or other supplements.  Only 14 percent indicated that they use the product on its own with no other dietary supplements and no changes to diet or exercise.  These results are shown below in **Table 7**.

<div align="center">

**Table 7**
**Typical Uses of Garcinia Cambogia - Sports Research Purchasers**

*Q9. You may have already mentioned this, which of the following describes how you typically use [INSERT BRAND] Garcinia Cambogia?*

</div>

| Method | | Obs | Percent |
|--------|---|-----|---------|
| In combination with regular exercise | | 61 | 65.6 |
| In combination with a healthy eating plan | | 55 | 59.1 |
| In combination with other dietary supplements | | 37 | 39.8 |
| On its own – with no other dietary supplements and no changes to diet or exercise | | 13 | 14.0 |
| Some other way (Please specify) | | 0 | 0.0 |
| Don't know / unsure | | 0 | 0.0 |
| | N: | 93 | |

Notes:
   Total may be greater than 100 percent because respondents could select multiple answers.

Source:
   Exhibit E - NERA Dietary Supplement Survey

52.     Sports Research purchasers also indicated that a variety of factors influenced their decision to purchase the product, including price, brand name or reputation, availability at a store or online retailer, product descriptions or reviews on third-party websites (such as Amazon), and recommendations from family or friends, among others.  Only 18 of 93 Sports Research purchasers (19.4 percent) identified statements or descriptions on the product label as influential to their purchase decision.    In comparison to all Garcinia Cambogia purchasers, Sports Research purchasers indicated that "statements or descriptions on the product label" influenced their decision at approximately the same rate (19.4 percent among Sports Research purchasers versus 19.2 percent for all Garcinia Cambogia brands).  These results are shown below in **Table 8**.

23

**EA_420**

53.     Moreover, only 2 out of 93 Sports Research purchasers (2.2 percent) selected "statements or descriptions on the product label" as the sole factor that influenced their decision to purchase the product.  Put differently, a large majority (97.8 percent) of Sports Research Garcinia Cambogia purchasers indicated that factors <u>other than</u> "statements or descriptions on the product label" influenced their decision to purchase the product.

**Table 8**
**Influence on Decision to Purchase Brand of Garcinia Cambogia**

*Q11. You may have already mentioned this, but which of the following, if any, influenced your decision to purchase*
***[INSERT BRAND]** Garcinia Cambogia?*

| Reason | Obs | Percent | Sports Research Purchasers Only Obs | Percent |
|---|---|---|---|---|
| Price | 179 | 33.6 | 30 | 32.3 |
| Brand name / reputation | 178 | 33.5 | 39 | 41.9 |
| Availability at store / online retailer | 161 | 30.3 | 32 | 34.4 |
| Product description or reviews on third party websites (e.g., Amazon) | 147 | 27.6 | 34 | 36.6 |
| Recommendation from a family member or friend | 142 | 26.7 | 35 | 37.6 |
| Sale or promotion | 115 | 21.6 | 27 | 29.0 |
| Statements or descriptions on the product label | 102 | 19.2 | 18 | 19.4 |
| Information on [INSERT BRAND]'s website | 97 | 18.2 | 30 | 32.3 |
| Size of container / quantity | 73 | 13.7 | 20 | 21.5 |
| Previous experience with Garcinia Cambogia | 56 | 10.5 | 20 | 21.5 |
| Look and design of the package or label | 55 | 10.3 | 17 | 18.3 |
| Recommendation from a healthcare professional | 53 | 10.0 | 22 | 23.7 |
| Recommendation from a personal trainer or fitness professional | 39 | 7.3 | 23 | 24.7 |
| Other (Please specify) | 13 | 2.4 | 1 | 1.1 |
| None of these | 4 | 0.8 | 0 | 0.0 |
| Don't know / unsure | 2 | 0.4 | 0 | 0.0 |
| N: | 532 | | 93 | |

Notes:
    Total may be greater than 100 percent because respondents could select multiple answers.

Source:
    Exhibit E - NERA Dietary Supplement Survey

54.     Sports Research purchasers who indicated that they were influenced by the product label were asked to identify the specific information that influenced their decision.  Responses to this question are shown in **Figure 3** below. When asked to explain the influence of the product label in their own words, only 2 respondents out of 93 (approximately 2 percent) mentioned themes

24

that appear to be related to Plaintiffs' claims (i.e., weight loss or weight management, appetite

suppression or hydroxycitric acid).

**Figure 3**

| *Sports Research Purchasers' Responses to, "You mentioned that statements or descriptions on the product label influenced your decision to purchase [INSERT BRAND] Garcinia Cambogia. If you can recall, what specific statement(s) or description(s) influenced your decision?" (N=93)* |
|---|
| I don't recal specifics. But at the time it seemed as though it be a benefit |
| My parents have been using it for a long time, so it influenced me. |
| I don't recall, unfortunately. |
| It was a weight loss supplement it was a pill |
| The mg content of cambogia |
| dont recall |
| it worked great for a friend |
| What influence me was the overall quality |
| Taste and curation |
| The coconut oil was very important in my decision |
| product components |
| The benefits to your energy/metabolism was a big pull for me to give it a try. |
| I am not sure |
| It was with coconut oil and had 65percent hydrooxycitric acid studied for potential weight loss |
| that it helps you feel better and it has helped me i dont feel tired anymore |
| no comment |
| the type of ingredients |
| Not sure |

55.     Sports Research purchasers who indicated that they were influenced by the product

label were also asked to select from a list of statements or product descriptions on the label that

influenced their decision to purchase the product.  In response to this question, only 10 respondents

out of 93 (approximately 11 percent) indicated that "studied for its potential to suppress appetite,"

"supports your weight management plan" and/or "hydroxycitric acid (HCA)" influenced their

decision to purchase Sports Research brand Garcinia Cambogia.  In other words, a large majority

25

(83 out of 93 or 89 percent) of Sports Research purchasers in my study indicated that their purchase decision was <u>not</u> influenced by the label statements claimed by Plaintiffs.

## VII.   CONCLUSIONS

56.     I conducted a carefully designed study to evaluate how Garcinia Cambogia purchasers first learned about the product, and the features or information that may influence their decision to purchase a supplement with this ingredient.  The results of my study show that Garcinia Cambogia purchasers generally, and Sports Research purchasers specifically, purchase the product for a wide range of reasons. Moreover, the results of my study consistently demonstrate that the majority of Garcinia Cambogia purchasers are <u>not</u> getting information solely from viewing a product label in store or online.  Even among respondents who indicated that they consulted and/or were influenced by product labels, a large majority of this group also indicated that consulted and/or were influenced by <u>other sources</u> of information, as well. These findings are inconsistent with Plaintiffs' claim that consumers are misled regarding the effectiveness of Garcinia Cambogia supplements due to statements on Sports Research product labels.

57.     My opinions and conclusions as expressed in this report are to a reasonable degree of professional certainty.  My work is ongoing, and my opinions will continue to be informed by any additional material that becomes available to me.  I reserve the right to supplement my opinions in response to rebuttal reports and/or testimony put forward by Plaintiffs.

Executed this 24th day of January, 2020, in Fishkill, NY.

_____
              Samantha Iyengar, Ph.D.

26

EA_423

# Exhibit A



1166 Avenue of the Americas
24th Floor
New York, NY 10036
Direct: 212 345 3788
Samantha.Iyengar@nera.com
www.nera.com

# SAMANTHA IYENGAR, Ph.D.

## SENIOR CONSULTANT

Dr. Iyengar is a Senior Consultant based in NERA's New York City office. She specializes in survey research, sampling, and statistical analysis, and has applied her expertise to matters involving class action, intellectual property and other litigation, as well as market research and criminal justice issues. Dr. Iyengar's work has involved survey design and application, sample design and estimation, data management and statistical analysis.

Dr. Iyengar has worked on a variety of survey and sampling projects for litigation and arbitration, including false advertising, purchase and use behaviors, likelihood of confusion, patent issues, wage and hour, and other issues involving consumer perceptions and behavior. She has designed, implemented, reviewed, and analyzed samples and surveys for a variety of litigation matters, including product liability and mass torts.  She has submitted expert reports relied upon in mediation and litigation matters and offered testimony at deposition. She also has experience using discrete choice methodology, such as conjoint and MaxDiff surveys, to quantify consumer demand for particular characteristics and features that make up individual products or services.

Dr. Iyengar previously applied her survey research and sampling expertise on a number of projects, including an institutional quality assessment and statistical analyses of labor market indicators, and violent crime and imprisonment rates using data from the Bureau of Justice Statistics (including the National Crime Victimization Survey), US Census, and other government surveys.

Dr. Iyengar previously served as an Assistant Professor of Criminal Justice at the University of Michigan-Flint and Assistant Professor of Sociology at the University of Idaho. She taught courses including Methods of Social Research, Introduction to Criminal Justice, Corrections, Juvenile Delinquency, and Criminological Theory.

## Education

**University of Iowa**
Ph.D., Sociology, (2012)
M.A., Sociology, (2008)

**University of Montana**
M.A., Sociology, (2007)
B.A., Sociology and Anthropology, (2005)

## Professional Experience

|  | **NERA Economic Consulting** |
| --- | --- |
| 2018-Present | Senior Consultant |
| 2014-2018 | Consultant |

|  | **University of Michigan–Flint** |
| --- | --- |
| 2013-2014 | Assistant Professor, Department of Sociology, Anthropology & Criminal Justice |

|  | **University of Idaho** |
| --- | --- |
| 2012-2013 | Assistant Professor, Department of Sociology & Anthropology |

|  | **University of Iowa** |
| --- | --- |
| 2011-2012 | Ballard and Seashore Dissertation Fellow |
| 2007-2011 | Research and Teaching Assistant, Department of Sociology |

|  | **University of Montana** |
| --- | --- |
| 2006-2007 | Research Assistant, Department of Academic Affairs |
| 2005-2006 | Research and Teaching Assistant, Department of Sociology |

## Expert Analysis and Testimony

*TeamSnap, Inc.* v. *Team Mates PTY. LTD., United States District Court, District of Colorado* [Expert Report: December 2019]

*Chloe Coscarelli, Chef Chloe, LLC, CC Hospitality Holdings LLC, and CKC Sales, LLC v. ESquared Hospitality LLC and BC Hospitality Group LLC (f/k/a CCSW LLC), United States District Court, Southern District of New York* [Expert Report: November 2019]

*Department of Health and Human Services, Food and Drug Administration Docket No. FDA-2019-N-3065 ("Tobacco Products; Required Warnings for Cigarette Packages and Advertisements"), Comment from RAIS Services Company* [Expert Report: October 2019]

*John Doe v. Syracuse University, United States District Court, Northern District of New York* [Expert Report: September 2019]

EA_426

*Britton v. ServiceLink Field Services, LLC, United States District Court, Eastern District of
Washington* [Expert Report: May 2019]

*Weeks et al., v. Google LLC, United States District Court, Northern District of California, San
Jose Division* [Expert Report: January 2019]

*Republic Technologies (NA), LLC and Republic Tobacco, L.P. v. BBK Tobacco & Foods, LLP
d/b/a HBI International, United States District Court, Northern District of Illinois* [Expert
Report: April 2018; Deposition: May 2018]

## Publications

"Gender and Crime." In *International Encyclopedia of Social and Behavioral Sciences, 2nd
edition*. Oxford, UK: Elsevier. (co-authored with Karen Heimer and Stacy De Coster)

"Book Review: Breaking Women: Gender, Race, and the New Politics of Imprisonment. By Jill
A. McCorkel." 2014. *Gender & Society*, 28: 789-791.

"Girls, Gender, and Delinquency." Pp. 313-330 in *The Oxford Handbook of Criminological
Theory*, edited by Cullen, Francis T. and Pamela Wilcox. New York: Oxford University Press.
(co-authored with Karen Heimer and Stacy De Coster)

## Presentations

"Use of Survey Sampling to Test Causal Claims in Class Action Litigation" (December 2019)
*Knowledge Group Webinar*

"Class Certification and Damages in Consumer Class Actions: Conjoint Survey and Hedonic
Regression" (April 2016) with Paul Gale, Esq. and Dr. Denise Martin. *NERA Economic
Consulting*

"The Use of Surveys and Sampling in Intellectual Property and Class Action Litigation"
(October 2015). *Blakes, Toronto*

"Patterns of Educational Disadvantage and Imprisonment by Race: A Macro-Level Analysis"
(November 2014) *American Society of Criminology*

"The Effects of Labor Market Opportunities, Minority Group Presence and Political Ideology on
Imprisonment Rates" (March 2012) *Academy of Criminal Justice Sciences*

"Economic Disadvantage, Welfare Spending, and Gendered Arrests for Violence: An Analysis
of Cities over Time" with Karen Heimer (November 2010) *American Society of Criminology*

**EA_427**

## Grants and Fellowships

Samantha R. Cumley and Karen Heimer. 2011-2012. "Doctoral Dissertation Research: Local Labor Markets, Politics and Imprisonment: The Effects of Labor Market Opportunities, Minority Presence, & Political Ideology on Imprisonment." Dissertation Improvement Award, National Science Foundation.

Ballard Seashore Dissertation Fellowship, University of Iowa (2011 – 2012)

Quantitative Data Analysis Fellowship, Bureau of Justice Statistics (Summer 2011)

## Professional Affiliations

Member, American Association for Public Opinion Research (AAPOR), American Statistical Association (ASA)

January 2020

EA_428

Exhibit B

EA_429

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**Civil Action NO.: 2:19-cv-03440-FMO-FFM**

**FRANK CAPACI and CYNTHIA FORD V. SPORTS RESEARCH, INC.**

**EXHIBIT B - SAMANTHA IYENGAR EXPERT CONSIDERED-BY LOG**

| BATES NO. | DATE | DESCRIPTION |
|---|---|---|
| n/a | 06/17/2019 | First Amended Class Action Complaint and Demand for Jury Trial |
| n/a | 2011 | Diamond, S. (2011) "Reference Guide on Survey Research" in the *Reference Manual on Scientific Evidence Third Edition*, Federal Judicial Center: https://www.fjc.gov/sites/default/files/2012/SciMan3D09.pdf |
| n/a | 2004 | Federal Judicial Center (2004); *Manual for Complex Litigation*, Fourth Edition. § 11.493 |
| n/a | n/a | Veridata Insights Value Statement |

Exhibit C

EA_431

# *Dietary Supplement Survey*

**[DO NOT ALLOW ROUTED SURVEY TRAFFIC]**

**[PROGRAMMER: DISABLE RESUME LATER BUTTON FOR ENTIRE SURVEY]**

**INTRO:** Thank you for your willingness to participate in our study. This is a brief study that should take no more than 10 minutes of your time. The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response. Do not guess. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything. When you are ready to get started, please click the ">" button.

S1.   Before continuing with this survey, please carefully read these instructions:
   - Please take the survey in <u>one</u> session.
   - While taking this survey, please do <u>not</u> at, any time, open any other windows or tabs on this computer or any other computer.
   - Please do <u>not</u> view any other written material while taking this survey.
   - Please do <u>not</u> consult or talk with any person while taking this survey.
   - You will not be able to go back to previous screens to change your answers.

   1. I have read the above instructions and understand them, and I will adhere to these instructions.
   2. I do not understand the above instructions, or I don't wish to adhere to them. **[SCREEN OUT]**

S2.   What type of device are you using to complete this survey? **[RANDOMIZE 1-4]**
   1. Desktop computer
   2. Laptop computer
   3. Tablet computer
   4. Mobile phone or cell phone
   5. Other **[SCREEN OUT]**

S3.   Please verify that you are human.
   **[INSERT CAPTCHA]**

   Please note that the code is case sensitive.
   **[TERMINATE IF RESPONDENT ANSWERED WRONG CAPTCHA 3 TIMES]**

S4.   Are you…?
    1.  Male
    2.  Female

    **[TERMINATE IF GENDER DOES NOT MATCH PANEL DATA]**

S5.   Please select your age. **[PROVIDE DROP DOWN BOX WITH AGE RANGE 1-99]**
    Prefer not to answer **[SCREEN OUT] [EXCLUSIVE]**

    **[TERMINATE IF RESPONDENT IS UNDER 18]**
    **[TERMINATE IF AGE DOES NOT MATCH PANEL DATA]**

S6.   In which state is your primary residence?
    **[INSERT DROP DOWN BOX WITH STATE]**
    **OVERSAMPLE CA & NJ – 500 total, 100 CA, 100 NJ**

S7.   Please enter your zip code.
    **[TERMINATE IF ZIP DOES NOT MATCH STATE]**

S8.   Do you or does anyone in your family work for any of the following?
    (*Please select all that apply*) **[RANDOMIZE 1-5]**
    1.  A company that produces dairy products
    2.  A company that produces dietary supplements **[SCREEN OUT]**
    3.  A market research or advertising company **[SCREEN OUT]**
    4.  A company that produces alcoholic beverages
    5.  A company that produces coffee or tea
    6.  None of these **[EXCLUSIVE]**
    7.  Don't know / unsure **[EXCLUSIVE; SCREEN OUT]**

S9.   In the <u>past six months</u>, have you taken a survey on any of the following types of products?
    (*Please select all that apply*) **[RANDOMIZE 1-5]**
    1.  Dairy products
    2.  Dietary supplements **[SCREEN OUT]**
    3.  Alcoholic beverages
    4.  Coffee
    5.  Tea
    6.  None of these **[EXCLUSIVE]**
    7.  Don't know / unsure **[EXCLUSIVE; SCREEN OUT]**

S10.  Which of the following products, if any, have you purchased for your own use <u>since 2014</u>?
    (*Please select all that apply*) **[RANDOMIZE 1-5]**
    1.  Dairy products (milk, cheese, yogurt, etc.)
    2.  Dietary supplements (vitamins, probiotics, fitness, etc.)
    3.  Alcoholic beverages (wine, beer, liquor, etc.)
    4.  Coffee (ground, whole bean, instant, etc.)
    5.  Tea (bagged, loose, iced, etc.)

6.  None of these **[EXCLUSIVE]**
7.  Don't know / unsure **[ANCHOR; EXCLUSIVE; SCREEN OUT]**


**[RESPONDENT MUST SELECT 2. "DIETARY SUPPLEMENTS"; OTHERWISE TERMINATE]**

S11.  You said that you have purchased dietary supplements.

Which of the following types of dietary supplements, if any, have you purchased <u>since 2014</u> for your own use?

Dietary supplements containing …

(**Please select all that apply)** **[RANDOMIZE 1-8]**
1.  Vitamin D
2.  Calcium
3.  Garcinia Cambogia
4.  Apple Cider Vinegar
5.  Conjugated Linoleic Acid (CLA)
6.  Turmeric Curcumin
7.  Melatonin
8.  Glucosamine Chondroitin
9.  Other (**Please specify**)
10. None of these **[EXCLUSIVE; SCREEN OUT]**
11. Don't know / unsure **[EXCLUSIVE; SCREEN OUT]**


**[TO QUALIFY, RESPONDENT MUST SELECT 3 – "GARCINIA CAMBOGIA"; OTHERWISE TERMINATE]**


S12.  You said that you have purchased dietary supplements containing Garcinia Cambogia.

Please click on the brand or brands, if any, from which have you purchased supplements containing Garcinia Cambogia <u>since 2014</u>.

(**Please select all that apply)** **[RANDOMIZE 1-15]**
1.  Sports Research
2.  MagixLabs
3.  Orphic Nutrition
4.  Potent Organics
5.  Vitamin Bounty
6.  NutriRise
7.  NatureWise
8.  BioSchwartz
9.  Natrogix
10. aSquared Nutrition

11. MuscleTech
12. BodyDynamix
13. BareOrganics
14. Labrada Nutrition
15. Hydroxycut
16. Other *(Please specify)* **[INCLUDE TEXT BOX]**
17. Don't know / unsure **[EXCLUSIVE; SCREEN OUT]**

**IF ONLY 1 BRAND SELECTED IN S12, SKIP TO Q1**

S13.  **[ASK ONLY IF MORE THAN 1 BRAND SELECTED IN S12]** You mentioned purchasing more than one brand of supplements containing Garcinia Cambogia <u>since 2014</u>. Which brand have you purchased most often? **[INSERT SELECTIONS FROM S12 – MAKE OPTIONS SINGLE SELECT]**
1. [BRAND 1]
2. [BRAND 2]
3. […]
4. Don't know / unsure **[ANCHOR; EXCLUSIVE; SCREEN OUT]**

**QUOTA [HIDE FROM RESPONDENTS]:**

1. **SPORTS RESEARCH PURCHASERS (MIN 100)**

   a. **IF S12 = 1 [SPORTS RESEARCH]**

   **OR**

   b. **IF MULTIPLE BRANDS LISTED IN S12 BUT SPORTS RESEARCH LISTED IN S13 QUALIFIES AS "SPORTS RESEARCH"**

2. **ALL ELSE: GENERAL PURCHASERS**

**FILL BRACKETS AS FOLLOWS:**

- **SPORTS RESEARCH PURCHASERS: Fill "Sports Research" (without quotes)**

- **GENERAL PURCHASERS:**

  o **If only 1 brand selected in S12, insert selection from S12.**
  o **If only 12 ("Other") is selected in S12, insert write in text.**
  o **If more than 1 brand selected in S12, insert selection from S13.**

**[SHOW ALL QUESTIONS ON SEPARATE SCREENS]**

Q1. You said that you have purchased a Garcinia Cambogia supplement from **[INSERT BRAND]**.  If you can recall, when did you most recently purchase this product?

_____MONTH _____YEAR

**[DON'T KNOW / DON'T RECALL]**

Q2.  Approximately how many times have you purchased a Garcinia Cambogia supplement from **[INSERT BRAND]**? **[INSERT DROP DOWN BOX FOR 1 – 50+]**

Q3.  **[IF Q2 = 2 OR MORE ASK Q3 OTHERWISE GO TO Q4]** If you can recall, in what year did you <u>first</u> purchase a Garcinia Cambogia supplement from **[INSERT BRAND]**? **[ROTATE ENDS SO THAT HALF SEE 1-7 AND HALF SEE 7-1]**
1. After 2018
2. 2018
3. 2017
4. 2016
5. 2015
6. 2014
7. Before 2014
8. Don't know / unsure

Q4.  Was **[INSERT BRAND]** the <u>**first brand**</u> of Garcinia Cambogia supplement you ever purchased? **[ROTATE 1 AND 2]**
1. Yes
2. No
3. Don't know / unsure

Q5.  Thinking back to the <u>**first time**</u> you purchased a Garcinia Cambogia supplement, why did you decide to purchase a supplement with this ingredient? *(Please type in your response)* **[LARGE MANDATORY TEXT BOX]**

Q6.  If you can recall, how did you <u>**first learn**</u> about Garcinia Cambogia? *(Please type in your response)* **[LARGE MANDATORY TEXT BOX]**

Q7. You may have already mentioned this, but which of the following, if any, were ways in which you <u>**first learned**</u> about Garcinia Cambogia? (*Please select all that apply*) **[Randomize 1-8]**
1. An advertisement for a <u>specific brand</u> of Garcinia Cambogia supplement (e.g., TV, magazine, web)
2. A website for <u>specific brand</u> of Garcinia Cambogia supplement
3. A social media or a blog post about Garcinia Cambogia generally
4. A family member or friend
5. A healthcare professional

6.  A TV show, magazine or news article about Garcinia Cambogia generally
7.  A personal trainer or fitness professional
8.  Saw product offered in store or through an online retailer
9.  Other *(Please specify)*
10. None of these
11. Don't know / unsure **[EXCLUSIVE]**

Q8. Please now think about your most recent purchase of a Garcinia Cambogia supplement.
You said that you have purchased a Garcinia Cambogia supplement from **[INSERT
BRAND]**. How do you typically use this product? *(Please type in your response)*
**[LARGE MANDATORY TEXT BOX]**

Q9. You may have already mentioned this, which of the following describes how you
typically use **[INSERT BRAND]** Garcinia Cambogia? **(Please select all that apply)**
**[RANDOMIZE 1-4]**
1.  On its own – with no other dietary supplements and no changes to diet or exercise
**[EXCLUSIVE]**
2.  In combination with a healthy eating plan
3.  In combination with regular exercise
4.  In combination with other dietary supplements
5.  Some other way **(Please specify)**
6.  Don't know / unsure **[EXCLUSIVE]**

Q10.      Why have you purchased this particular brand, **[INSERT BRAND]** Garcinia
Cambogia?  *(Please type in your response)* **[LARGE MANDATORY TEXT BOX]**

Q11.      You may have already mentioned this, but which of the following, if any,
influenced your decision to purchase **[INSERT BRAND]** Garcinia Cambogia? (**Please
select all that apply**) **[RANDOMIZE 1-13]**
1.  Price
2.  Sale or promotion
3.  Availability at store / online retailer
4.  Brand name / reputation
5.  Size of container / quantity
6.  Statements or descriptions on the product label **[GO TO Q12]**
7.  Look and design of the package or label
8.  Information on **[INSERT BRAND]**'s website **[GO TO Q14]**
9.  Product description or reviews on third party websites (e.g., Amazon)
10. Recommendation from a family member or friend
11. Recommendation from a healthcare professional
12. Recommendation from a personal trainer or fitness professional
13. Previous experience with Garcinia Cambogia
14. Other **(Please specify)**
15. None of these **[EXCLUSIVE]**
16. Don't know / unsure **[EXCLUSIVE]**

**[IF Q11 DOES NOT = 6 OR 8, SKIP TO S16]**

Q12.     **[ASK IF Q11=6 / Statements or descriptions]** You mentioned that statements or descriptions on the product label influenced your decision to purchase **[INSERT BRAND]** Garcinia Cambogia. If you can recall, what specific statement(s) or description(s) influenced your decision? *(Please type in your response)* **[LARGE MANDATORY TEXT BOX]**

Q13.     **[ASK IF Q11=6 / Statements or descriptions]** You may have already mentioned this, but which of the following statements or product descriptions on the label, if any, do you recall as having influenced your decision to purchase **[INSERT BRAND]** Garcinia Cambogia? *(Please select all that apply)* **[RANDOMIZE 1-18]**
1. All Natural
2. Made in the USA
3. Non-GMO
4. Gluten free
5. Dairy free
6. Made with coconut oil
7. Hydroxycitric acid (HCA)
8. Third-party tested
9. Allergen free
10. 100% Pure
11. Non-stimulating
12. Vegetarian / vegan
13. Organic
14. Dietary supplement
15. Maximum strength
16. 90-day satisfaction guarantee
17. Studied for its potential to supress appetite
18. Supports your weight management plan
19. Other *(Please Specify)*
20. None of these **[EXCLUSIVE]**
21. Don't know / unsure **[EXCLUSIVE]**

Q14.     **[ASK IF Q11=8 / website]** You mentioned that the website influenced your decision to purchase **[INSERT BRAND]** Garcinia Cambogia. If you can recall, what specific information influenced your decision? *(Please type in your response)* **[LARGE MANDATORY TEXT BOX]**

Q15.     **[ASK IF Q11=8 / website]** You may have already mentioned this, but what information discussed on the website, if any, do you recall as having influenced your decision to purchase **[INSERT BRAND]** Garcinia Cambogia? *(Please select all that apply)* **[RANDOMIZE 1-18]**
1. All Natural
2. Made in the USA
3. Non-GMO

4. Gluten free
5. Dairy free
6. Made with coconut oil
7. Hydroxycitric acid (HCA)
8. Third-party tested
9. Allergen free
10. 100% Pure
11. Non-stimulating
12. Vegetarian / vegan
13. Organic
14. Dietary supplement
15. Maximum strength
16. 90-day satisfaction guarantee
17. Studied for its potential to supress appetite
18. Supports your weight management plan
19. Other *(Please Specify)*
20. None of these **[EXCLUSIVE]**
21. Don't know / unsure **[EXCLUSIVE]**

Q16.     If you have an opinion, do you think **[INSERT BRAND]** Garcinia Cambogia is…? **[ROTATE 1 & 3]**
1. <u>**More effective**</u> than other brands of Garcinia Cambogia
2. <u>**Just as effective**</u> as other brands of Garcinia Cambogia
3. <u>**Less effective**</u> than other brands of Garcinia Cambogia
4. Don't know / unsure

Q17.     What makes you say that? *(Please type in your response)*

**[INSERT LARGE MANDATORY TEXT BOX]**

Q18.     If you wanted to get information about the effectiveness of **[INSERT BRAND]** Garcinia Cambogia, which of the following, if any, would you do? *(**Please select all that apply**)* **[RANDOMIZE 1-7]**
1. Read the product label
2. Read the fine print on the label (e.g., asterisks and disclaimers)
3. Search for product information online
4. Read product reviews
5. Ask a salesperson / store clerk
6. Ask a nutritionist / healthcare professional
7. Ask a personal trainer / fitness professional
8. Other *(Please Specify)*
9. None of these **[EXCLUSIVE]**
10. Don't know / unsure **[EXCLUSIVE]**

**[END]** Those are all the questions we have for you today. Thank you for your time.

# Exhibit D

EA_440

EA_441

**Survey Support**                    *Progress* ▮▮          *10% Complete*

### txtIntro

Thank you for your willingness to participate in our study. This is a brief study that should take no more than 10 minutes of your time. The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response. Do not guess. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything. When you are ready to get started, please click the "Continue" button.

**Continue**

EA_442

**Survey Support**                    *Progress* ▮                    *12% Complete*

## S1

Before continuing with this survey, please carefully read these instructions:

- **Please take the survey in <u>one</u> session.**
- **While taking this survey, please do <u>not</u> at, any time, open any other windows or tabs on this computer or any other computer.**
- **Please do <u>not</u> view any other written material while taking this survey.**
- **Please do <u>not</u> consult or talk with any person while taking this survey.**
- **You will not be able to go back to previous screens to change your answers.**

◯ I have read the above instructions and understand them, and I will adhere to these instructions.
◯ I do not understand the above instructions, or I don't wish to adhere to them.

**Continue**

EA_443

<u>Survey Support</u>                      *Progress* [███          ] 15% Complete

**S2**

## What type of device are you using to complete this survey?

( ) Mobile phone or cell phone
( ) Laptop computer
( ) Tablet computer
( ) Desktop computer
( ) Other

**Continue**

EA_444

Survey Support

*Progress* ▐████▌ **18% Complete**

**S3**

**Please verify that you are human by entering the code you see below.**

5801

Continue

EA_445

Survey Support

Progress  20% Complete

**S4**

## Are you…?

○ Male
○ Female

**Continue**

Survey Support                                      Progress [████      ] 22% Complete

**S5**

## Please select your age.

------- ⌄

◯ Prefer not to answer

Continue

EA_447

Survey Support                                          Progress [■■■■     ] 25% Complete

**S6**

## In which state is your primary residence?

| ------- ▾ |

**Continue**

EA_448

Survey Support

*Progress* 28% Complete

**S7**

## Please enter your zip code.

Continue

EA_449

**Survey Support**                                    *Progress* [        ] 35% Complete

**S8**

## Do you or does anyone in your family work for any of the following? *(Please select all that apply)*

- [ ] A market research or advertising company
- [ ] A company that produces dairy products
- [ ] A company that produces dietary supplements
- [ ] A company that produces alcoholic beverages
- [ ] A company that produces coffee or tea
- [ ] None of these
- [ ] Don't know / unsure

**Continue**

Progress [████░░░░░] 38% Complete

**S9**

**In the <u>past six months</u>, have you taken a survey on any of the following types of products?** *(Please select all that apply)*

- Coffee
- Tea
- Dairy products
- Dietary supplements
- Alcoholic beverages
- None of these
- Don't know / unsure

**Continue**

Survey Support

*Progress* ▮▮▮▮▮ 40% Complete

**S10**

**Which of the following products, if any, have you purchased for your own use <u>since 2014</u>?** *(Please select all that apply)*

▮ Dietary supplements (vitamins, probiotics, fitness, etc.)
▮ Tea (bagged, loose, iced, etc.)
▮ Coffee (ground, whole bean, instant, etc.)
▮ Dairy products (milk, cheese, yogurt, etc.)
▮ Alcoholic beverages (wine, beer, liquor, etc.)
▮ None of these
▮ Don't know / unsure

**Continue**



Survey Support          *Progress* [████████        ] 42% Complete

## S11

You said that you have purchased dietary supplements.

Which of the following types of dietary supplements, if any, have you purchased <u>since 2014</u> for your own use?

Dietary supplements containing...

- Vitamin D
- Garcinia Cambogia
- Apple Cider Vinegar
- Turmeric Curcumin
- Melatonin
- Conjugated Linoleic Acid (CLA)
- Glucosamine Chondroitin
- Calcium
- Other (Please specify) [_____]
- None of these
- Don't know / unsure

**Continue**

Survey Support                                                    Progress ▓▓▓▓▓▓░░░░ 45% Complete

## S12

You said that you have purchased dietary supplements containing Garcinia Cambogia.

Please click on the brand or brands, if any, from which have you purchased supplements containing Garcinia Cambogia <u>since 2014</u>. *(Please select all that apply)*

- NatureWise
- Labrada Nutrition
- Sports Research
- Potent Organics
- Orphic Nutrition
- BodyDynamix
- Vitamin Bounty
- Hydroxycut
- MagixLabs
- Natrogix
- MuscleTech
- BareOrganics
- BioSchwartz
- NutriRise
- aSquared Nutrition
- Other (Please specify) [                    ]
- Don't know / unsure

**Continue**

**S13**

You mentioned purchasing more than one brand of supplements containing Garcinia Cambogia <u>since 2014</u>. Which brand(s) have you purchased most often?

- ( ) Sports Research
- ( ) Hydroxycut
- ( ) NutriRise
- ( ) Don't know / unsure

**Continue**

EA_455

Survey Support

*Progress* [████████░░░░░] 55% Complete

**txtQ1**

You said that you have purchased a Garcinia Cambogia supplement from Sports Research. If you can recall, when did you most recently purchase this product?

| Month | Year |
|-------|------|
| ------- ⌄ | ------- ⌄ |

◯ Prefer not to answer

Continue

Survey Support

*Progress* �as 57% Complete

## Q2

Approximately how many times have you purchased a Garcinia Cambogia supplement from Sports Research?

[ ------- ⌄ ]

**Continue**

Survey Support

*Progress* �indexbar 60% Complete

### Q3

If you can recall, in what year did you <u>first</u> purchase a Garcinia Cambogia supplement from Sports Research?

| -------- ∨ |

**Continue**

EA_458

*Progress* [████████████        ] 62% Complete

## Q4

Was Sports Research the first brand of Garcinia Cambogia supplement you ever purchased?

( ) Yes
( ) No
( ) Don't know / unsure

**Continue**

Survey Support

Progress 65% Complete

Q5

**Thinking back to the first time you purchased a Garcinia Cambogia supplement, why did you decide to purchase a supplement with this ingredient?** *(Please type in your response)*

Continue

Survey Support

Progress 68% Complete

**Q6**

**If you can recall, how did you <u>first learn</u> about Garcinia Cambogia?** *(Please type in your response)*

**Continue**

Survey Support                                    Progress [███████████] 70% Complete

## Q7

You may have already mentioned this, but which of the following, if any, were ways in which you <u>first learned</u> about Garcinia Cambogia? *(Please select all that apply)*

- A personal trainer or fitness professional
- Saw product offered in store or through an online retailer
- A TV show, magazine or news article about Garcinia Cambogia generally
- A healthcare professional
- A social media or a blog post about Garcinia Cambogia generally
- A website for <u>specific brand</u> of Garcinia Cambogia supplement
- A family member or friend
- An advertisement for a <u>specific brand</u> of Garcinia Cambogia supplement (e.g., TV, magazine, web)
- Other (Please specify) [_____]
- None of these
- Don't know / unsure

**Continue**

EA_462

Survey Support

Progress [████████████ ] 72% Complete

## Q8

Please now think about your most recent purchase of a Garcinia Cambogia supplement. You said that you have purchased a Garcinia Cambogia supplement from Sports Research. How do you typically use this product? *(Please type in your response)*

Continue

EA_463

Survey Support

*Progress* [████████████████    ] 75% Complete

**Q9**

You may have already mentioned this, which of the following describes how you typically use **Sports Research** **Garcinia Cambogia?** *(Please select all that apply)*

☐ In combination with a healthy eating plan

☐ In combination with other dietary supplements

☐ In combination with regular exercise

☐ On its own – with no other dietary supplements and no changes to diet or exercise

☐ Some other way (Please specify) [_____]

☐ Don't know / unsure

[ **Continue** ]

EA_464

Survey Support     *Progress*   *78% Complete*

### Q10

**Why have you purchased this particular brand, Sports Research Garcinia Cambogia?** *(Please type in your response)*

**Continue**

Survey Support

*Progress* [████████████████████____] 80% Complete

## Q11

**You may have already mentioned this, but which of the following, if any, influenced your decision to purchase Sports Research Garcinia Cambogia?** *(Please select all that apply)*

- Product description or reviews on third party websites (e.g., Amazon)
- Size of container / quantity
- Recommendation from a family member or friend
- Sale or promotion
- Brand name / reputation
- Information on Sports Research's website
- Price
- Availability at store / online retailer
- Previous experience with Garcinia Cambogia
- Statements or descriptions on the product label
- Recommendation from a personal trainer or fitness professional
- Recommendation from a healthcare professional
- Look and design of the package or label
- Other (Please specify) [                    ]
- None of these
- Don't know / unsure

**Continue**

EA_466

**Survey Support**

*Progress* 92% Complete

### Q16

## If you have an opinion, do you think Sports Research Garcinia Cambogia is...?

○ Less effective than other brands of Garcinia Cambogia
○ Just as effective as other brands of Garcinia Cambogia
○ More effective than other brands of Garcinia Cambogia
○ Don't know / unsure

**Continue**

Survey Support

Progress [████████████████] 95% Complete

## Q17

**What makes you say that?** *(Please type in your response)*

Continue

Survey Support

*Progress* 98% Complete

**Q18**

**If you wanted to get information about the effectiveness of Sports Research Garcinia Cambogia, which of the following, if any, would you do?** *(Please select all that apply)*

Read the fine print on the label (e.g., asterisks and disclaimers)

Read the product label

Ask a nutritionist / healthcare professional

Read product reviews

Ask a salesperson / store clerk

Ask a personal trainer / fitness professional

Search for product information online

Other (Please Specify)

None of these

Don't know / unsure

**Continue**

EA_469

Survey Support

Progress [████████████████████] 100% Complete

**txtComplete**

Those are all the questions we have for you today. Thank you for your time.

# Exhibit E

## Produced in Native Format

# EXHIBIT B

EA_471



1166 Avenue of the Americas
24th Floor
New York, NY 10036
Direct: 212 345 3788
Samantha.Iyengar@nera.com
www.nera.com

# SAMANTHA IYENGAR, Ph.D.

## SENIOR CONSULTANT

Dr. Iyengar is a Senior Consultant based in NERA's New York City office. She specializes in survey research, sampling, and statistical analysis, and has applied her expertise to matters involving class action, intellectual property and other litigation, as well as market research and criminal justice issues. Dr. Iyengar's work has involved survey design and application, sample design and estimation, data management and statistical analysis.

Dr. Iyengar has worked on a variety of survey and sampling projects for litigation and arbitration, including false advertising, purchase and use behaviors, likelihood of confusion, patent issues, wage and hour, and other issues involving consumer perceptions and behavior. She has designed, implemented, reviewed, and analyzed samples and surveys for a variety of litigation matters, including product liability and mass torts.  She has submitted expert reports relied upon in mediation and litigation matters and offered testimony at deposition. She also has experience using discrete choice methodology, such as conjoint and MaxDiff surveys, to quantify consumer demand for particular characteristics and features that make up individual products or services.

Dr. Iyengar previously applied her survey research and sampling expertise on a number of projects, including an institutional quality assessment and statistical analyses of labor market indicators, and violent crime and imprisonment rates using data from the Bureau of Justice Statistics (including the National Crime Victimization Survey), US Census, and other government surveys.

Dr. Iyengar previously served as an Assistant Professor of Criminal Justice at the University of Michigan-Flint and Assistant Professor of Sociology at the University of Idaho. She taught courses including Methods of Social Research, Introduction to Criminal Justice, Corrections, Juvenile Delinquency, and Criminological Theory.

## Education

**University of Iowa**
Ph.D., Sociology, (2012)
M.A., Sociology, (2008)

**University of Montana**
M.A., Sociology, (2007)
B.A., Sociology and Anthropology, (2005)

## Professional Experience

|  | **NERA Economic Consulting** |
|---|---|
| 2018-Present | Senior Consultant |
| 2014-2018 | Consultant |

|  | **University of Michigan–Flint** |
|---|---|
| 2013-2014 | Assistant Professor, Department of Sociology, Anthropology & Criminal Justice |

|  | **University of Idaho** |
|---|---|
| 2012-2013 | Assistant Professor, Department of Sociology & Anthropology |

|  | **University of Iowa** |
|---|---|
| 2011-2012 | Ballard and Seashore Dissertation Fellow |
| 2007-2011 | Research and Teaching Assistant, Department of Sociology |

|  | **University of Montana** |
|---|---|
| 2006-2007 | Research Assistant, Department of Academic Affairs |
| 2005-2006 | Research and Teaching Assistant, Department of Sociology |

## Expert Analysis and Testimony

*TeamSnap, Inc.* v. *Team Mates PTY. LTD., United States District Court, District of Colorado* [Expert Report: December 2019]

*Chloe Coscarelli, Chef Chloe, LLC, CC Hospitality Holdings LLC, and CKC Sales, LLC v. ESquared Hospitality LLC and BC Hospitality Group LLC (f/k/a CCSW LLC), United States District Court, Southern District of New York* [Expert Report: November 2019]

*Department of Health and Human Services, Food and Drug Administration Docket No. FDA-2019-N-3065 ("Tobacco Products; Required Warnings for Cigarette Packages and Advertisements"), Comment from RAIS Services Company* [Expert Report: October 2019]

*John Doe v. Syracuse University, United States District Court, Northern District of New York* [Expert Report: September 2019]

**EA_473**

*Britton v. ServiceLink Field Services, LLC*, United States District Court, Eastern District of Washington [Expert Report: May 2019]

*Weeks et al., v. Google LLC*, United States District Court, Northern District of California, San Jose Division [Expert Report: January 2019]

*Republic Technologies (NA), LLC and Republic Tobacco, L.P. v. BBK Tobacco & Foods, LLP d/b/a HBI International*, United States District Court, Northern District of Illinois [Expert Report: April 2018; Deposition: May 2018]

## Representative Project Experience

Assisted in critiquing a proposed conjoint study regarding home appliances [product liability].

Assisted in critiquing a proposed conjoint study regarding smartphones [product liability].

Retained as a consulting expert to conduct a conjoint study regarding consumer preferences for tablet devices [product liability].

Retained as a consulting expert to perform statistical analysis in response to proposed regulation [product liability].

Retained as a consulting expert to perform statistical analyses of data from a large sample government survey [product liability].

Assisted in conducting a conjoint study regarding appliances [product liability].

Assisted in conducting a hypothetical choice study regarding an automotive recall [product liability].

Assisted in conducting a MaxDiff survey regarding snack foods [product liability].

Assisted in critiquing a proposed conjoint study regarding health benefit plans [product liability].

Assisted in analyzing data from a conjoint study regarding sports vehicles [product liability].

Assisted in critiquing a contingent valuation study regarding a personal care product [product liability].

Retained as a consulting expert to conduct a MaxDiff study related to consumer preferences for paint products [commercial market research].

Retained as a consulting expert to conduct surveys relating to consumer preferences for household linen products and submitted an affirmation that was relied upon in mediation [false advertising].

Assisted in conducting a conjoint survey regarding computer networking equipment [patent].

Assisted in critiquing a conjoint study regarding a buttery spread product [false advertising].

**EA_474**

Assisted in conducting a likelihood of confusion survey regarding vision care products [competition].

Assisted in conducting a survey regarding healthcare benefit manager decision making [competition].

Assisted in conducting a likelihood of confusion survey regarding online searches for charities [trademark].

Assisted in conducting a false advertising survey regarding ingredients in baked goods products [false advertising].

Assisted in critiquing a survey regarding medical prescriber decision making [patent].

Assisted in conducting a conjoint study concerning a proposed brand acquisition [commercial market research].

Assisted in critiquing a likelihood of confusion survey regarding action cameras [design patent].

Retained as a consulting expert to conduct a survey regarding consumers expectations for a rewards program [false advertising].

Assisted in conducting a likelihood of confusion survey regarding medical implants [trade dress].

Assisted in critiquing a contingent valuation study regarding food service ingredients [false advertising].

Assisted in critiquing a conjoint study regarding fruit juice beverages [false advertising].

Assisted in critiquing a conjoint study regarding beverage products [false advertising].

Assisted in critiquing a conjoint study regarding energy drinks [false advertising].

Assisted in critiquing a proposed conjoint study regarding e-cigarettes [false advertising].

Assisted in conducting a likelihood of confusion study regarding dairy products [trade dress].

Assisted in critiquing a conjoint study regarding a cooking oil product [false advertising].

Assisted in conducting a consumer perception survey, as well as critiquing an opposing survey regarding substitutability in beverage product options [false advertising].

Assisted in conducting a consumer perception survey regarding non-functional slack-fill and ingredients of prepared food products [false advertising].

Assisted in conducting a likelihood of confusion study regarding a confectionery product [trade dress].

Assisted in analyzing data from a conjoint study regarding a cable television feature [patent].

Assisted in critiquing a discrete choice survey regarding auto repair options [false advertising].

Assisted in critiquing a conjoint survey regarding carbonated beverages [false advertising].

Assisted in analyzing data from a MaxDiff survey regarding footwear [patent].

Assisted in critiquing a focus group study regarding a beverage product [false advertising].

Assisted in critiquing a proposed conjoint study regarding baked goods [false advertising].

Assisted in the design and selection of a sample of household products [false advertising].

## Publications

"Gender and Crime." In *International Encyclopedia of Social and Behavioral Sciences, 2nd edition*. Oxford, UK: Elsevier. (co-authored with Karen Heimer and Stacy De Coster)

"Book Review: Breaking Women: Gender, Race, and the New Politics of Imprisonment. By Jill A. McCorkel." 2014. *Gender & Society*, 28: 789-791.

 "Girls, Gender, and Delinquency." Pp. 313-330 in *The Oxford Handbook of Criminological Theory*, edited by Cullen, Francis T. and Pamela Wilcox. New York: Oxford University Press. (co-authored with Karen Heimer and Stacy De Coster)

## Presentations

"Use of Survey Sampling to Test Causal Claims in Class Action Litigation" (December 2019) *Knowledge Group Webinar*

"Class Certification and Damages in Consumer Class Actions: Conjoint Survey and Hedonic Regression" (April 2016) with Paul Gale, Esq. and Dr. Denise Martin. *NERA Economic Consulting*

 "The Use of Surveys and Sampling in Intellectual Property and Class Action Litigation" (October 2015). *Blakes, Toronto*

 "Patterns of Educational Disadvantage and Imprisonment by Race: A Macro-Level Analysis" (November 2014) *American Society of Criminology*

"The Effects of Labor Market Opportunities, Minority Group Presence and Political Ideology on Imprisonment Rates" (March 2012) *Academy of Criminal Justice Sciences*

 "Economic Disadvantage, Welfare Spending, and Gendered Arrests for Violence: An Analysis of Cities over Time" with Karen Heimer (November 2010) *American Society of Criminology*

**EA_476**

## Grants and Fellowships

Samantha R. Cumley and Karen Heimer. 2011-2012. "Doctoral Dissertation Research: Local Labor Markets, Politics and Imprisonment: The Effects of Labor Market Opportunities, Minority Presence, & Political Ideology on Imprisonment." Dissertation Improvement Award, National Science Foundation.

Ballard Seashore Dissertation Fellowship, University of Iowa (2011 – 2012)

Quantitative Data Analysis Fellowship, Bureau of Justice Statistics (Summer 2011)

## Professional Affiliations

Member, American Association for Public Opinion Research (AAPOR), American Statistical Association (ASA)

January 2020

EA_477

# REDACTED FOR PUBLIC FILING

# EXHIBIT 17

EA_478

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK CAPACI and CYNTHIA FORD, on behalf of themselves and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>SPORTS RESEARCH, INC., a California corporation,<br><br>        Defendant. | Case No: 2:19-cv-03440-FMO-FFM |

<u>EXPERT REPORT OF DANIEL P. WERNER, PH.D., CPA</u>

**Table of Contents**

I.    **QUALIFICATIONS** .................................................................................**2**

II.   **ALLEGATIONS AND SCOPE OF WORK** .....................................................**3**

III. **SUMMARY OF OPINIONS**.........................................................................**5**

IV. **THERE IS VARIATION IN DEMAND FOR THE CONTESTED PRODUCT** ............**6**
    A.   Economic Market Background........................................................... 6
    B.   A Variety of Factors Influence Consumer Demand for the Contested Product in This Case ....... 8

V.  **MS. PODLIPNA'S APPROACH TO DAMAGES IS FATALLY FLAWED, LEADING TO AN OVER-ESTIMATE OF DAMAGES**..................................................**12**
    A.   Ms. Podlipna Fails to Analyze Plaintiffs' Economic Harm Caused by Defendant's Alleged Mislabeling.......................................................................... 13
    B.   Ms. Podlipna Overstates Damages by Failing to Properly Consider the Prices Paid and Quantities Purchased by Class Members ....................................... 14
    C.   Ms. Podlipna Fails to Analyze Consumer Demand and Wrongly Assumes Consumer Demand Is Driven Entirely by The Contested Label..................................... 18
    D.   Ms. Podlipna Overstates Damages by Wrongly Assuming the Contested Product Has No Economic Value Without the Contested Label ............................. 18

VI. **MS. PODLIPNA IGNORES REAL WORLD EVIDENCE WHICH SUGGESTS NO PRICE PREMIUM FROM THE CONTESTED LABELING CLAIMS** ......................**24**
    A.   Damages Can Be Estimated Using the Market Approach to Valuation...................... 25
    B.   There Is No Evidence of a Price Premium Associated with The Labeling Statement "Supports Appetite Control" Or "Weight Management Support" ............................. 27

VII. **CONCLUSIONS** .....................................................................................**38**

EA_480

## I.    QUALIFICATIONS

1.      I am a Senior Consultant in the San Francisco office of NERA Economic Consulting, Inc. ("NERA"), a global firm of experts dedicated to applying economic, financial, and quantitative principles to complex business and legal challenges. I provide expert economic and financial analysis to clients on a variety of issues, which regularly include examining economic damages, financial statements, valuations, and financial forecasts. In the course of my consulting experience I have analyzed issues relating to false advertising, deceptive pricing, business valuation, fraudulent inducement of investments, financial reporting, breach of contract, financial liquidity and solvency, lost wages, and anti-competitive behavior, among others. I have also authored articles in various professional and legal publications on the topic of damages, in addition to presenting on the topic as part of accredited continuing legal education ("MCLE") courses for lawyers. My business address is 4 Embarcadero Center, Suite 400, San Francisco, CA, 94111.

2.      I am a Certified Public Accountant ("CPA") in the state of California and have held an active CPA license since 2010. My prior professional experience includes working as an Economist for OnPoint Analytics, where I developed and implemented rigorous financial and economic analyses to support complex corporate litigation in a variety of industries. In addition, I audited and analyzed financial statements while working at Ernst & Young (now doing business as EY), one of the largest accounting firms in the world.

3.      I received my Ph.D. and M.S. degrees from the University of Maryland, College Park and I received my B.A. from the University of California, Santa Barbara from which I graduated with highest honors. My prior academic experience includes the economic analysis of various data in the consumer products and electricity sectors. I have presented my academic research at several conferences and continue to serve as a peer review referee for academic journal

EA_481

publications. I have been the recipient of ten awards, honors, scholarships, and grants for my prior academic accomplishments.

4.     A more detailed list of my qualifications and experience may be found in my curriculum vitae, attached as Appendix 1. In the course of my consulting experience, I have provided expert reports and deposition testimony as an expert witness, which is also listed in Appendix 1.

## II.     ALLEGATIONS AND SCOPE OF WORK

5.     I understand that this case was brought forth by Frank Capaci and Cynthia Ford on behalf of themselves and all others similarly situated (hereafter "Plaintiffs") against Sports Research, Inc. (hereafter "Defendant"), regarding the alleged false claim that "'Sports Research Garcinia Cambogia' … is an effective aid in 'weight management' and 'appetite control[.]'"[1] Plaintiffs allege that "the claims on the packaging of the Product convey the concrete overall message that the Product by means of its HCA, can effectively help consumers lose weight [and] Defendant intended consumers to rely upon this message, which is false and misleading[.]"[2] Plaintiffs seek to certify classes of consumers who purchased Sports Research Garcinia Cambogia ("the Contested Product") since it "first entered into the stream of commerce until the present ('Class Period'),"[3] defined as "[a]ll U.S. citizens who purchased the Product in their respective state of citizenship for personal and household use and not for resale during the Class Period" for The Nationwide Class, in addition to putting forth a California Sub-Class and a New Jersey Sub-Class.[4]

---

[1] *Frank Capaci and Cynthia Ford v. Sports Research, Inc.*, First Amended Class Action Complaint (hereafter "Complaint"), June 17, 2019, ¶1.

[2] Complaint, ¶27.

[3] Complaint, ¶76.

[4] Complaint, ¶76.

3

6.      I understand that Plaintiffs' counsel, the Law Offices of Ronald A. Marron, retained Charlene L. Podlipna, CPA "to calculate the total amount that proposed class members paid for the products that are at issue in this litigation."[5] Ms. Podlipna submitted an Expert Report in this case dated January 24, 2020 (hereafter, the "Podlipna Report"). I have been retained by Defendant's counsel, Garcia Rainey Blank & Bowerbank LLP, to review, evaluate, and comment upon the Podlipna Report and Plaintiffs' economic damages, if any. To support my analysis, I have reviewed and analyzed documents and data produced in this case, in addition to publicly available materials. In analyzing these materials and arriving at my opinions in this case, I also rely upon my education, experience, and professional judgement. The materials that I relied upon in the course of my work cited within this Expert Report and/or attached hereto as Appendix 2. Tables, figures, and various demonstrative aids presented during my future testimony may include not only those appearing in this Declaration, but other illustrations based upon the information cited herein. I understand that discovery is ongoing in this case and I respectfully reserve the right to supplement my report and opinions in light of any additional discovery, opinions by other experts, and/or trial testimony.

7.      NERA is being compensated for my services in this matter at a rate of $550 per hour. Members of the staff at NERA have worked under my direction to assist me in this engagement, and NERA is compensated for their services at their normal and customary rates. No part of my compensation or NERA's compensation depends on the outcome of this litigation. Throughout this declaration, I have used the terms "I" and "my" to refer to work performed by me and/or others under my direction.

---

[5] Expert Report of Charlene L. Podlipna, CPA, January 24, 2020 ("Podlipna Report"), ¶6.

4

### III.    SUMMARY OF OPINIONS

8.    In my opinion, Ms. Podlipna's approach to damages is fatally flawed, leading to an overestimate of damages. Ms. Podlipna fails to analyze Plaintiffs' economic harm *caused* by defendant's alleged mislabeling and instead assumes that a full refund methodology is appropriate under the assumption that the Contested Product is worthless. Even under her flawed methodology, Ms. Podlipna overstates damages by failing to properly consider the prices paid and quantities purchased by class members (*i.e.*, she does not correctly consider discounts and product returns).

9.    Importantly, Ms. Podlipna has no basis to assume that the Contested Product is worthless because she does not analyze the supply and demand factors that give rise to economic value. Equating her full refund approach to Plaintiffs' damages in this case wrongly assumes that consumer demand (and price) is driven entirely by the Contested Label. However, a variety of factors influence demand for the Contested Product in this case. Economic evidence also shows Garcinia Cambogia is listed for sale within a similar price range even if it does not contain the contested labeling statements in this case. Ms. Podlipna does not consider this real-world price data and instead wrongly assumes that the Contested Product has no economic value without the contested label, resulting in her overstating damages.

10.    From an economic perspective, the correct measure of damages in this case is the difference between the price paid by consumers and the economic value of the product received by consumers (*i.e.*, the "overcharge" or "price premium" paid by consumers due to Defendant's alleged misconduct). Consistent with the market approach to valuation, a widely accepted statistical technique known as "regression analysis" can be used to estimate damages in this case by directly measuring the price premium associated with the alleged deception. Although the data on actual retail prices paid by consumers is currently limited in this case, a preliminary regression analysis finds no evidence of a wholesale price premium or retail price premium associated with the

5

**EA_484**

contested claims in yellow bolded lettering ("Weight Management Support" and "Supports Appetite Control"). In other words, when applying the correct damages methodology to this case, there is currently no evidence that consumers have been economically harmed by the contested labeling statements in this case.

## IV. THERE IS VARIATION IN DEMAND FOR THE CONTESTED PRODUCT

### A. Economic Market Background

11.     Sports Research is a family owned and operated company that was established in 1980.[6] It aims to provide "quality health & wellness products" to complement healthy lifestyles, for example workout apparel, accessories, and dietary supplements.[7] Sports Research uses contract manufacturers to produce its products, and sells its products to retail companies and direct to consumers (*e.g.*, through Amazon.com and via a Shopify e-commerce platform operating through Sports Research's website).[8] The majority of sales quantities for the Contested Product in this case, Sports Research Garcinia Cambogia, occur through independent retailers (*e.g.*, GNC, The Vitamin Shoppe).[9] Sports Research Garcinia Cambogia can be considered a botanical supplement as it contains Hydroxycitric acid, extracted from the rind (peel) of the fruit plant *Garcinia gummi-gutta* (or "Malabar tamarind").

12.     As noted in Figure 1 below, the U.S. Dietary Supplements Market is expected to grow at a compound annual growth rate of 6.5% from 2014 to 2024. Similarly, the market for

---

[6] Sports Research, "SR History," accessed February 3, 2020 at https://sportsresearch.com/pages/about.

[7] Sports Research, "SR History," accessed February 3, 2020 at https://sportsresearch.com/pages/about; Sports Research, "All Products," accessed February 3, 2020 at https://sportsresearch.com/collections/all-products.

[8] Conversation with Marie Pedersen, CFO of Sports Research, February 5, 2020.

[9]

botanical supplements is expected to grow at a CAGR of 7.5% between 2016 and 2024, as shown

by Figure 2 below.[10]

**Figure 1: Total U.S. Dietary Supplements Market Size (2014-2024)[11]**



---

[10] The Compound Annual Growth Rate (CAGR) is defined by the following equation: CAGR = [(Ending Value)/(Beginning Value)]^(1/years) – 1   (see Investopedia, "Compound Annual Growth Rate – CAGR," at https://www.investopedia.com/terms/c/cagr.asp).

[11] For 2014 and 2015 figure, see Grand View Research, "Report Summary: Dietary Supplements Market Size Analysis Report by Ingredient (Botanicals, Vitamins), By Form, By Application (Immunity, Cardiac Health), By End User, By Distribution Channel, And Segment Forecasts, 2019 – 2025," accessed February 3, 2020 at https://www.grandviewresearch.com/industry-analysis/dietary-supplements-market?utm_source=pressrelease&utm_medium=referral&utm_campaign=PRN_Feb27_Dietary_SupplementsRD2&utm_content=Content; For 2016 and onwards, see Statista, "Total U.S. dietary supplements market size from 2016 to 2024," accessed February 3, 2020 at https://www.statista.com/statistics/828481/total-dietary-supplements-market-size-in-the-us/; Note that figures for 2018 and onwards are forecasts.

EA_486



**Figure 2: Decomposition of U.S. Dietary Supplements Market, by Supplement Type (2016-2024)[12]**

### B. A Variety of Factors Influence Consumer Demand for the Contested Product in This Case

13.     A fundamental principle of economic theory is that market prices are determined by market supply and demand conditions. Thus, for consumers to have paid a price premium due to the Contested Product label in this case, consumer demand must have been inflated due to the contested labeling statement in this case (relative to consumer demand for the product *without* the contested label). If the vast majority of consumers gained product information from other sources and did not rely on the contested label for product information, then it is unlikely that market demand was artificially inflated. If market demand for the Contested Product was not artificially inflated by the contested labeling statement in this case, then there is no reason to believe that prices

---

[12] See Statista, "Total U.S. dietary supplements market size from 2016 to 2024, by ingredient," accessed February 3, 2020 at https://www.statista.com/statistics/828492/total-dietary-supplements-market-size-in-the-us-by-ingredient/; Note that figures for 2018 and onwards are forecasts.

8

were inflated (*i.e.*, no price premium exists due to Defendant's alleged misconduct and class members have not suffered any economic harm). Thus, from an economic perspective, reviewing issues related to consumer demand, purchase rationale, product perception, and sources of product information can be informative to whether or not class members suffered damages in this case.

14.     I understand that Dr. Samantha Iyengar has conducted a survey of U.S. adults "who purchased Garcinia Cambogia supplements since 2014" to explore why people buy supplements with Garcinia Cambogia and from where they learned about it.[13] Her study concluded that "Garcinia Cambogia purchasers generally, and Sport Research purchasers specifically, purchase the product for a wide range of reasons."[14] She further notes that the majority of consumers who purchase Garcinia Cambogia do not get information "solely from viewing a product label in store or online,"[15] noting that only 4.5% of survey respondents first learned about Garcinia Cambogia by "looking at products in store or online and/or reviewing product labels."[16] More than three times as many respondents reported first learning about Garcinia Cambogia from "general research / online articles / Google," while more than twice as many respondents reported first learning about Garcinia Cambogia from "the Internet – other."[17]

15.     These facts are important to analyzing consumer demand in this case because online messaging suggests that Garcinia Cambogia is used by people for a variety of conditions, including "diabetes, cancer, ulcers, diarrhea, and constipation," in addition to weight-loss and/or appetite control.[18] Importantly, there is are an abundance of online sources discussing weight-loss and/or

---

[13] Expert Report of Samantha Iyengar, Ph.D., January 24, 2020 (hereafter "Iyengar Report"), ¶¶13, 22, and 23.

[14] Iyengar Report, ¶56.

[15] Iyengar Report, ¶56.

[16] Iyengar Report, p. 17, Table 2.

[17] Iyengar Report, p. 17, Table 2.

[18] Healthline, "29 Things You Didn't Know About Garcinia Cambogia," accessed February 3, 2020 at https://www.healthline.com/health/food-nutrition/things-you-didnt-know-about-garcinia-cambogia.

9

appetite control and could shape consumer perception and demand for Garcinia Cambogia (independent of the contested label in this case).[19] For example, WebMD recognizes Garcinia Cambogia as a popular weight-loss supplement and states that "[p]eople say it blocks your body's ability to make fat it puts the brakes on your appetite."[20] From an economic perspective, the perceived benefits of Garcinia Cambogia that are unrelated to the contested labeling statement in this case need to be considered when calculating damages to class members in this case.

16.     According to Dr. Iyengar's survey, for those purchasing Garcinia Cambogia supplements, the three most common reasons for purchase were price (33.6% reporting influence in purchase decision), brand name (33.5% reporting influence in purchase decision) and "Availability at store/online retailer" (30.3% reporting influence in purchase decision).[21] For those purchasing Sports Research Garcinia Cambogia, the three most common reasons of purchase were brand name, "Recommendation from a family member or friend," and "Product description or reviews on third party websites (*e.g.*, Amazon)," with 41.9%, 37.6%, and 36.6% of survey respondents respectively indicating that factor as an influence on their decision to purchase.[22] Additionally, Dr. Iyengar found that the three most common ways in which people first learn about Garcinia Cambogia are through advertisement of a specific brand (31.4% of respondents), social media/blog post about Garcinia Cambogia generally (31.0% of respondents), and a family member

---

[19] I am not a medical professional, dietician, or nutritionist, and am not providing any opinions about the actual or potential health benefits of Garcinia Cambogia. However, as an economist, consumer rationale and reasons for use can be relevant to the economic demand for a product (regardless of if consumer perceptions are supported by a medical professional, dietician, and/or nutritionist).

[20] WebMD, "Garcinia Cambogia: Safe for Weight Loss?" accessed February 3, 2020 at https://www.webmd.com/vitamins-and-supplements/garcinia-cambogia-weight-loss.

[21] Iyengar Report, p. 24, Table 8.

[22] Iyengar Report, p. 24, Table 8.

10

or a friends (27.3% of respondents).[23] Other academic studies have also noted that consumers gain

health related information from a variety of sources including the internet, friends, and family.[24]

17.    Moreover, there are a variety of statements that have been included on the label of

Sports Research Garcinia Cambogia that are not contested in this case and may also drive some

portion of demand (and product value). For example, Sports Research Garcinia Cambogia label

includes "Formulated with Coconut Oil," "Non-GMO & Gluten Free," "Good Manufacturing

Practice Certified,"[25] "3rd Party Tested Certified," and "[Better Business Bureau] Accredited

Business," among others.[26] There is reason to believe that each of these labeling statements may

themselves influence demand (and create product value), independent of the contested labeling

claims in this case. For example, regarding the "Formulated with Coconut Oil" labeling statement,

72% of U.S. adults considered coconut oil to be a healthy food in 2016.[27] Regarding the "Non-

GMO & Gluten Free" labeling statement, academic researchers have found price premiums for food

products that are not genetically modified.[28] Academic studies have similarly reported consumers

"are willing to pay a premium price for GF [Gluten-Free] products"[29] and that Gluten-Free food

---

[23] Iyengar Report, p. 18, Table 3.

[24] "Instead of passively following the advice of health providers, individuals explore opinions and advice from a range of information sources (e.g., such as the internet, friends and family) and increasingly challenge healthcare practitioners with questions about treatments" (see Walji, Rishma et al, "Consumers of natural health products: natural-born pharmacovigilantes?" *BMC Complement Altern Med* 10, 8 (2010), p. 2, accessed February 4, 2020 at https://link.springer.com/content/pdf/10.1186/1472-6882-10-8.pdf).

[25] "Good Manufacturing Practice (GMP) is a system for ensuring that products are consistently produced and controlled according to quality standards…GMP covers all aspects of production from the starting materials, premises and equipment to the training and personal hygiene of staff… Good manufacturing practice guidelines provide guidance for manufacturing, testing, and quality assurance in order to ensure that a food or drug product is safe for human consumption." (International Certifications Ltd., "Good Manufacturing Practice (GMP)," accessed February 5, 2020 via https://intlcert.com/gmp-good-manufacturing-practice/).

[26] Sports Research Garcinia Cambogia Label, SRC 000008.

[27] Statista, "Do you consider coconut oil to be healthy?*" accessed February 3, 2020 at https://www.statista.com/statistics/591771/coconut-oil-considered-healthy-by-us-consumers/.

[28] Foster, Max, "Evidence of price premiums for non-GM grains in world markets," conference paper presented at *Australian Agricultural and Resource Economics Society 2010 Conference (54th)Adelaide, Australia, February 10-12, 2010*.

[29] Xhakollari, Vilma, Canavari, Maurizio, and Osman, Magda, "Factors affecting consumers' adherence to gluten-free diet, a systematic review," *Trends in Food Science & Technology* 85 (2019): 23-33, p. 24.

11

products are "[c]haracterized by specialized marketing and premium prices."[30] Finally, regarding the "Good Manufacturing Practice Certified" and "3rd Party Tested Certified" labeling statements, although these particular certifications have not been well-studied in the academic literature, there is evidence that some third-party certifications reduce the perceived risk of products and "consumers are willing to pay a price premium for products carrying such labels" as a result.[31] Individually and collectively, these uncontested labeling statements may influence demand and account for some portion of the Contested Product's value independent of the contested labeling statements in this case.

18.     In sum, a variety of factors influence consumer demand for the Contested Product in this case.

## V.     MS. PODLIPNA'S APPROACH TO DAMAGES IS FATALLY FLAWED, LEADING TO AN OVER-ESTIMATE OF DAMAGES

19.     Ms. Podlipna's calculation contains methodological deficiencies that render her calculation fatally flawed and uninformative to the damages suffered by Plaintiffs in this case, if any. First, Ms. Podlipna fails to analyze Plaintiffs' economic harm caused by the Defendant's alleged mislabeling (*i.e.*, she does not calculate the price premium driven by the contested labeling). Second, Ms. Podlipna overstates damages by failing to properly consider the prices paid and quantities purchased by class members (*i.e.*, she does not correctly consider discounts and product returns). Third, Ms. Podlipna fails to analyze consumer demand and wrongly assumes consumer demand is driven entirely by the contested label. Fourth, Ms. Podlipna overstates damages by

---

[30] Worosz, Michelle R., and Wilson, Norbert L.W., "A Cautionary Tale of Purity, Labeling and Product Literacy in the Gluten-Free Market," *The Journal of Consumer Affairs* 46 (2012): 288-318, p. 296.

[31] Brach, Simon, Walsh, Gianfranco, and Shaw, Deirdre, "Sustainable consumption and third-party certification labels: Consumers' perceptions and reactions," *European Management Journal* 36 (2018): 254-265, p. 257.

wrongly assuming the Contested Product has no economic value without the contested label. Each of these issues is discussed within the sections below.

### A. Ms. Podlipna Fails to Analyze Plaintiffs' Economic Harm Caused by Defendant's Alleged Mislabeling

20.     The correct measure of damages in this case is the difference between the price paid by consumers and the economic value of the product received by consumers (*i.e.*, the "overcharge" or "price premium" paid by consumers due to Defendant's alleged misconduct). From an economic perspective, the value of the product received by consumers is equal to the price consumers *would have paid* if Defendant's alleged mislabeling did not occur. Thus, in an economically defensible approach to damages, there is a nexus between the Defendant's alleged misrepresentation and the prices paid by class members. The challenge for any damages expert is to properly isolate the economic harm (*i.e.*, overcharge) that is attributable to the Defendant's alleged misrepresentation.

21.     I understand that Ms. Podlipna was hired "to calculate the total amount that proposed class members paid for the products that are at issue in this litigation" and opines that "the total amounts paid by the proposed Nationwide Class, New Jersey Sub-Class, and California Sub-Class, during the class period for Sports Research Garcinia Cambogia were approximately ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, respectively."[32] In arriving at her opinion, Ms. Podlipna purports to rely on (i) the number of units sold nationwide (and within California and New Jersey) from 2015-2018, (ii) an average nationwide retail price estimate from Defendants during the class period for 90-count bottles, and (iii) an estimated average nationwide retail price during the class period for 180-count bottles, which is based on ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.[33]

---

[32] Podlipna Report, ¶6, 10.

[33] Podlipna Report, ¶13-15.

13

Ms. Podlipna's methodology amounts to a "Full Refund" approach to damages, which incorrectly assumes that the product received by consumers is worthless and incorrectly assumes that 100% of the purchase price is caused by Defendant's alleged misrepresentations. Although I am not a lawyer and do not offer any legal opinions in this case, I understand that Courts have rejected this methodology in past because it does not "account for any value consumers received."[34]

22.    Importantly, Ms. Podlipna was not asked to (and did not) evaluate, analyze, or opine on the value of the product received by class members, the price premium paid by class members due to the alleged misconduct, whether the price data relied upon is representative of prices paid by class members after discounts, or whether the national price data she used is representative of the California Sub-Class and/or New Jersey Sub-Class. As a result, from an economic perspective, the Podlipna Report does not (and cannot) inform the Court of Plaintiffs' actual economic loss *caused* by Defendant's alleged misconduct.

23.    In sum, Ms. Podlipna's fails to analyze the economic harm caused by the Defendant's alleged misrepresentation, rendering her approach uninformative to the damages suffered by class members in this case, if any.

### B.  Ms. Podlipna Overstates Damages by Failing to Properly Consider the Prices Paid and Quantities Purchased by Class Members

24.    Ms. Podlipna misunderstands (or misrepresents) the price data she relies upon, resulting in an overstatement of damages. As previously noted, the key elements of Ms. Podlipna's

---

[34] "Defendant argues that the Full Refund model is invalid because it fails to account for any value consumers received … Defendant is correct" (*In Re: Pom Wonderful LLC Marketing and Sales Practices Litigation*, No. 2:10-ml-02199 DDP (RZx), Order Granting Defendant's Motion for Decertification (C.D. California. March 25, 2014), p. 6, also citing *Colgan v. Leatherman Tool Group, Inc.*, 135 Cal.App.4th 663, 694 (2006): "The difference between what the plaintiff paid and the value of what the plaintiff received is a proper measure of restitution."); "The proper calculation of restitution in this case is price paid versus value received. Under California law, where a plaintiff obtains value from the product, the proper measure of restitution is '[t]he difference between what the plaintiff paid and the value of what the plaintiff received'" (*Chowning v. Kohl's Department Stores*, No. 16-56272, Unpublished Opinion at p. 3 (9th Cir. 2018), citing *In re Vioxx Class Cases*, 103 Cal. Rptr. 3d 83, 96 (Cal. Ct. App. 2009) and *In re Tobacco Cases II*, 192 Cal. Rptr. 3d at 894).

14

damages calculation are the retail price per unit and the quantity of units sold. First, Ms. Podlipna fails to consider price discounts, promotions, and/or coupons that impact the retail prices actually paid by class members. Second, Ms. Podlipna fails to consider product returns within the wholesale data she relies upon, which would reduce the quantity of units sold to class members. Both of these failures result in an overestimate of damages suffered by class members, even when ignoring other fatal methodological flaws (discussed throughout this Report).

25.     For the Sports Research Garcinia Cambogia bottle containing 90 softgels (representing 91.6% of Ms. Podlipna's calculated damages), Ms. Podlipna reports that "▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬"[35] However, the source she relies upon explicitly notes:



Thus, the "average retail price" that Ms. Podlipna chooses to use within her calculation does not represent prices actually paid by class members and thus cannot form the basis of damages without

---

[35] Podlipna Report, ¶14.

[36] ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

15

first being adjusted to account for price discounts, promotions, and/or coupons that impact the retail prices actually paid by class members.

26.     The concern over discounts and promotions is not just theoretical, as evidence produced in this case (in addition to publicly available evidence) shows these products to be regularly discounted, although these discounts can vary over time. I understand that the cost of these discounts is often shared by Sports Research, although the company does not have full insight into the final price paid by consumers after such discounts are applied.[37] As an example of the discounts not considered by Ms. Podlipna:

- Wholesale scan discount (which results in a retail price discount) at The Vitamin Shoppe of $3.00/unit in February 2015 and July 2015, $3.15/unit in October 2015, $6.00/unit in January 2016, $2.00/unit in May 2016, $2.00/unit in November 2016, $4.46/unit in May 2017, $5.57/unit in September 2017, and $4.46/unit in December 2017.[38]

- "Buy 2, save 20%" and "Buy 3+ save 30%" discount at GNC from March 6, 2017 through May 3, 2017.[39]

- Buy-one-get-one promotion in November 2018.[40]

- 10% scan discount in May 2018.[41]

- 10% off auto-delivery, free shipping on orders of $25 or more, Buy-4 get 20% off promotion, Buy 3 get 15% off promotion, and Buy 2 get 10% off promotion ongoing at The Vitamin Shoppe.[42]

---

[37] Conversation with Marie Pedersen, CFO of Sports Research, February 5, 2020.

[38] The Vitamin Shoppe Quarterly Report, SRC 000069, -72, -73, 74, 75, 76, 77, 78 79.

[39] GNC BOGO and In-Store Promotional Markdown Form, SRC 000080.

[40] Scan Discount, SRC 000070.

[41] Scan Discount, SRC 000071.

[42] The Vitamin Shoppe, HEARTS20 discount code, accessed February 10, 2010 via https://www.vitaminshoppe.com/.

16

- 10% off and free shipping on auto-delivery, free shipping on orders of $40 or more, and buy-one-get-one-50%-off promotion ongoing at GNC.[43]

- Buy-two-get-one-free promotion (historical sale, currently unavailable) at Groupon.[44]

27.     Regarding the quantity of units sold to class members, Ms. Podlipna further overstates damages by failing to consider product returns within the wholesale data. Although the unit quantity data considered by Ms. Podlipna does consider some rare merchandise returns from retailers to Sports Research, I understand that such data does not consider returns from consumers to retailers.[45] For example, if a consumer purchased a bottle of Sports Research Garcinia Cambogia and then subsequently returned the product after opening it, the product would be discarded by the retailer and would not be included as a return within the data relied upon by Ms. Podlipna.[46] Such a sale should be removed from any damages calculation, as there was already a full refund issued and no economic harm occurred to the consumer. However, since the wholesale data relied upon by Ms. Podlipna does not include these consumer returns, her damages calculation includes some portion of consumers that have not been harmed (even if one were to accept her flawed Full Refund methodology, *arguendo*). Any methodology or damage calculation that includes unharmed consumers within the class will result in an economically unjustified windfall to the plaintiffs at the expense of the defendant.

---

[43] GNC, "Sports Research™ Garcinia Cambogia", accessed February 5, 2020 via https://www.gnc.com/garcinia-cambogia/166702.html.

[44] Groupon, Inc. "Buy 2 Get 1 Free: Sports Research Pure Garcinia Cambogia," accessed via https://www.groupon.com/deals/gg-buy-2-get-1-free-garcinia-cambogia-3.

[45] Conversation with Marie Pedersen, CFO of Sports Research, February 5, 2020.

[46] I understand that Sports Research does not have data on consumer returns, although retailers would often "short-pay" a subsequent invoice to account for such returns and discarded merchandise (Conversation with Marie Pedersen, CFO of Sports Research, February 5, 2020)

17

28.     In sum, Ms. Podlipna fails to properly consider discounts and returns, thus overstating the amounts paid by class members and rendering her approach uninformative to the damages suffered by class members in this case, if any.

### C.   Ms. Podlipna Fails to Analyze Consumer Demand and Wrongly Assumes Consumer Demand Is Driven Entirely by The Contested Label

29.     Ms. Podlipna does not analyze consumer demand in this case and thus cannot opine on the extent that demand was influenced by the contested label. As previously discussed, if there is no change in the demand for product due to the contested label in this case, then there is no economic reason to believe that prices were inflated or that class members suffered economic harmed as a result of Defendant's alleged misconduct. By equating damages with the full out-of-pocket price paid by class members,[47] Ms. Podlipna is implicitly assuming that 100% of consumer demand is driven by the contested label. Without analyzing any factors of demand, Ms. Podlipna has no basis to make such an assumption in this case. In contrast, I previously explained in Section IV.B that demand for the Contested Product in this case is influenced by a variety of factors, independent of the contested label in this case.

30.     In sum, Ms. Podlipna's fails to analyze the supply and demand factors that give rise to market prices and economic value, rendering her opinions uninformative to the value received by consumers (and uninformative to the damages suffered by class members in this case, if any).

### D.   Ms. Podlipna Overstates Damages by Wrongly Assuming the Contested Product Has No Economic Value Without the Contested Label

31.     By equating damages to the full purchase price, Ms. Podlipna wrongly assumes that the Contested Product is worthless.[48] As previously discussed, from an economic perspective, the

---

[47] Podlipna Report, ¶12.

[48] Podlipna Report, ¶12-13.

18

EA_497

correct comparison is between the price consumers *actually paid* and the price consumers *would have paid* without Defendant's contested label. By comparing purchase prices to a "worthless" product, Ms. Podlipna makes the wrong comparison.

32.     A review of other Garcinia Cambogia supplements in the market clearly demonstrates that Garcinia Cambogia supplements have economic value even if they do not contain the contested labeling statements in this case. For example, Figures 3-7 below show the labeling statements of other brands without any mention of weight loss or appetite control on the product label, while Table 1 below shows the prices of these products per gram (1000 mg) of Garcinia Cambogia. The results show that the price per gram of Garcinia Cambogia for the Contested Product ($0.28 to $0.42 per gram depending on how many softgels per bottle) is within the typical price range of Garcinia Cambogia products that do not contain the contested labeling statements in this case ($0.12 to $0.44 per gram). Thus, while a simple cross-product price comparison does not account for all reasons why prices might differ across these products, this preliminary analysis provides no evidence that the contested labeling statements in this case resulted in any price premium paid by consumers, (*i.e.*, there is no evidence of economic harm suffered by class members).

19

**Figure 3: MagixLabs 100% HCA Ultra Extreme Garcinia Cambogia (180-Count) Label**[49]



**Figure 4: Now Supplements Garcinia (120-Count)**[50]



[49] Amazon, "100% HCA Ultra Extreme Garcinia Cambogia Extract by MagixLabs," accessed February 6, 2020 at https://www.amazon.com/Ultra-Extreme-Garcinia-Cambogia-Extract/dp/B07NJDM8F4/ref=sr_1_4?keywords= MagixLabs%27+100%25+HCA+Ultra+Extreme+Garcinia+Cambogia&qid=1581021087&sr=8-4.

[50] Amazon, "Now Supplements, Garcinia (Garcinia Cambogia) 1000 mg, 120 Tablets," accessed February 6, 2020 at https://www.amazon.com/NOW-Garcinia-000-120-Tablets/dp/B00HSHHPD8/ref=sr_1_1?keywords=Now+ Supplements%2C+Garcinia&qid=1581020787&sr=8-1.

EA_499

**Figure 5: Nature's Bounty Garcinia Cambogia Pills and Coconut Oil (60-Count) Label**[51]



**Figure 6: Muscletech Garcinia 4X Sx-7 (80-count) Label**[52]



---

[51] Amazon, "Nature's Bounty Garcinia Cambogia Pills and Coconut Oil Herbal Health Supplement," accessed February 6, 2020 at https://www.amazon.com/Natures-Bounty-Garcinia-Cambogia-Supplement/dp/B00HQW9SAS/ref=sr_1_1?keywords= Nature%27s+Bounty+Garcinia+Cambogia+Pills+and+Coconut+Oil&qid=1581021236&sr=8-1.

[52] Amazon, "Muscletech Garcinia 4X Sx-7," accessed February 6, 2020 at https://www.amazon.com/Muscletech-Garcinia-Sx-7-80ct-Count/dp/B07FZRV21D/ref=sr_1_4?keywords=Muscletech+Garcinia+4X+Sx-7&qid=1581021370&sr=8-4.

EA_500

**Figure 7: Source Naturals Garcinia 1000 (180-count)[53]**



---

[53] Amazon, "Source Naturals Garcinia 1000 mg Garcinia Cambogia Extract," accessed February 6, 2020 at
https://www.amazon.com/Source-Naturals-Garcinia-1000-Tablets/dp/B000GFJK6Y/ref=sr_1_2?keywords=Source+naturals+
garcinia&qid=1581021497&sr=8-2.

**Table 1: Comparison of Garcinia Cambogia Prices[54]**

| Product | Price ($) | Garcinia Cambogia per capsule (grams) | Price Per Gram ($) |
|---|---|---|---|
| Sports Research Garcinia Cambogia (90 count) | ▮ | 0.500 | 0.42 |
| Sports Research Garcinia Cambogia (180 count) | 24.94 | 0.500 | 0.28 |
| MagixLabs 100% HCA Ultra Extreme Garcinia Cambogia (180 count) | 39.97 | 0.500 | 0.44 |
| Now Supplements Garcinia (120 count)[55] | 13.80 | 1.000 | 0.12 |
| Nature's Bounty Garcinia Cambogia Pills and Coconut Oil (60 count) | 9.35 | 0.500 | 0.31 |
| Muscletech Garcinia 4X Sx-7 (80 count) | 11.99 | 0.425 | 0.35 |
| Source Naturals Garcinia 1000 (180 count)[56] | 31.87 | 1.000 | 0.18 |

33.     Moreover, from an economic perspective, class members received value from the

Contested Product from ingredients beyond the Garcinia Cambogia extract that is associated with

---

[54] For Sports Research 90 and 180 count bottle, Ms. Podlipna's prices are used (Podlipna Report, ¶14-15). Also see Sports Research, "Labels," SRC000005-6. For MagixLabs' Garcinia Cambogia, see Amazon, "100% HCA Ultra Extreme Garcinia Cambogia Extract by MagixLabs," accessed February 6, 2020 at https://www.amazon.com/Ultra-Extreme-Garcinia-Cambogia-Extract/dp/B07NJDM8F4/ref=sr_1_4?keywords=MagixLabs%27+100%25+HCA+Ultra+Extreme+Garcinia+Cambogia&qid=1 581021087&sr=8-4. For Now Supplements Garcinia Cambogia, see Amazon, "Now Supplements, Garcinia (Garcinia Cambogia) 1000 mg, 120 Tablets," accessed February 6, 2020 at https://www.amazon.com/NOW-Garcinia-000-120-Tablets/dp/B00HSHHPD8/ref=sr_1_1?keywords=Now+Supplements%2C+Garcinia&qid=1581020787&sr=8-1. For Nature's Bounty, see Amazon, "Nature's Bounty Garcinia Cambogia Pills and Coconut Oil Herbal Health Supplement," accessed February 6, 2020 at https://www.amazon.com/Natures-Bounty-Garcinia-Cambogia-Supplement/dp/B00HQW9SAS/ref= sr_1_1?keywords=Nature%27s+Bounty+Garcinia+Cambogia+Pills+and+Coconut+Oil&qid=1581021236&sr=8-1. For Muscletech, see Amazon, "Muscletech Garcinia 4X Sx-7," accessed February 6, 2020 at https://www.amazon.com/Muscletech-Garcinia-Sx-7-80ct-Count/dp/B07FZRV21D/ref=sr_1_4?keywords=Muscletech+ Garcinia+4X+Sx-7&qid=1581021370&sr=8-4. For Source Naturals, see Amazon, "Source Naturals Garcinia 1000 mg Garcinia Cambogia Extract," accessed February 6, 2020 at https://www.amazon.com/Source-Naturals-Garcinia-1000-Tablets/dp/B000GFJK6Y/ref=sr_1_2?keywords=Source+ naturals+garcinia&qid=1581021497&sr=8-2.

[55] Although this label does not explicitly contain the contested labeling statements as the Contested Product in this case, the label does report "Garcinia's primary bioactive constituent, Hydroxycitric Acid (HCA), has been extensively studied for its effects on citrate lyase, which is the main enzyme responsible for the cellular synthesis of fatty acids. Scientific studies indicate that in the presence of HCA, cells produce fewer fatty acids from carbohydrates" (Amazon, "Now Supplements, Garcinia (Garcinia Cambogia) 1000 mg, 120 Tablets," accessed February 6, 2020 at https://www.amazon.com/NOW- Garcinia-000-120-Tablets/dp/B00HSHHPD8/ref=sr_1_1?keywords=Now+Supplements%2C+Garcinia&qid=1581020787&sr=8-1).

[56] This label does not explicitly contain the contested labeling statements as the Contested Product in this case and on Amazon.com there is no claim regarding weight loss or appetite suppression. However, this product is categorized under Weight Management on the company's website (Source Naturals. "Browse Source Naturals Weight Management Category," accessed February 10, via https://www.sourcenaturals.com/products/category/28).

23

the contested claims in this case. For example, the Contested Product in this case also contains coconut oil, the value of which is demonstrated by stand-alone supplements that are sold separately without any of the contested labeling claims of this case. Sports Research Coconut Oil softgels (120-count) are listed for sale at $20.00 for ($0.1667 per gram of coconut oil) and do not contain the labeling statements contested in this case.[57] Since each Sports Research Garcinia Cambogia softgels contains 700 mg of coconut oil, each softgel capsule has a value of roughly $0.1167 due to the coconut oil alone. Using Ms. Podlipna's price of ████████████████ of the Contested Product (██████ price per softgel) and Ms. Podlipna's price of ████████████████ of the Contested Product (██████ price per softgel), from 55.3% to 84.2% of the value of the Contested Product is from the coconut oil alone.

34.    In sum, Ms. Podlipna overstates damages by wrongly assuming that the Contested Product has no economic value, when the primary ingredients (Garcinia Cambogia and coconut oil) each have economic value (and are apparently sold) independently of the contested labeling claims in this case.

## VI.    MS. PODLIPNA IGNORES REAL WORLD EVIDENCE WHICH SUGGESTS NO PRICE PREMIUM FROM THE CONTESTED LABELING CLAIMS

35.    Ms. Podlipna could have, but did not, analyze real world price data to explore whether there was any price premium from the contested labeling claims at issue in this case. As previously noted, the correct measure of damages in this case is the price paid by class members minus the value received by class members. Using the market approach to valuation, a widely accepted technique known as "regression analysis" can directly measure the price premium of contested labeling statements in this case by comparing prices over time when the labeling

---

[57] Sports Research. "Sports Research Coconut Oil Softgels," accessed February 10, 2020 via
https://sportsresearch.com/products/coconut-oil-softgels.

statements changed. Although the data on actual retail prices paid by consumers is currently limited in this case, a preliminary regression analysis finds no evidence of a wholesale price premium or retail price premium associated with the contested claims in yellow bolded lettering ("Weight Management Support" and "Supports Appetite Control"). This analysis also supports the preliminary cross-brand comparison discussed in the prior section, which similarly showed no evidence that Sport Research Garcinia Cambogia holds a price premium relative to other Garcinia Cambogia brands that omit the contested claims in this case. In sum, Ms. Podlipna ignores real world price analyses that find no evidence of a price premium associated with the contested labeling statements, which implies that there are no damages suffered by class members.

### A. Damages Can Be Estimated Using the Market Approach to Valuation

36.    There are three commonly accepted approaches to valuation: (i) market approach, which involves a comparison with an identical (or sufficiently similar) item where price information is known, (ii) income approach, which is based on future cash flows (*e.g.*, cost savings or income), and (iii) cost approach, which is based on the replacement or reproduction cost.[58] Given the characteristics of the products and allegations involved in this case, and currently available data, the market approach is the most appropriate valuation method in this case.

37.    Consistent with the market approach to valuation, a widely accepted statistical technique known as "regression analysis" can be used to estimate damages in this case by directly measuring the price premium associated with the alleged deception. Regression analysis is a commonly used statistical technique that allows a researcher to measure the relationships between variables and establish if those estimated relationships are "statistically significant" (*i.e.*, statistically different than zero). Economists regularly view products as a collection of attributes,

---

[58] International Valuation Standards Council. *International Valuation Standards 2017*, pp. 29, 30, 36, and 42-43.

25

**EA_504**

or product features, whereby each feature provides incremental value. A regression analysis allows an economist to apportion a product's price according to its individual features in order to measure the incremental value of each product feature. This approach has been widely used by economists (including within economic studies related to labeling of features for consumer products and food) and it is well-supported in the academic literature.[59] Although I am not a lawyer and do not offer legal opinions in this case, I understand that the Courts have also accepted this approach to estimate class-wide damages in false advertising cases.[60]

38.     In this case, with sufficient data, a regression analysis can statistically measure the relationship between the price paid by consumers and the alleged deception, while controlling for other relevant product features that influence price. This is akin to a market approach to valuation, which "provides an indication of value by comparing the asset with identical or comparable (that is similar) assets for which price information is available" and is appropriate when "there are frequent and/or recent observable transactions in substantially similar assets."[61] In other words, depending on the facts of the case and the available data, the overcharge can be statistically estimated by comparing either (i) similar products with and without alleged deception, or (ii) similar products with varying degrees of alleged deception. Thus, a regression analysis can identify the incremental

---

[59] Among many other examples, see: Rosen, Sherwin, "Hedonic prices and implicit markets: product differentiation in pure competition," *The Journal of Political Economy* 82, no. 1 (1974): 34-55; Nimon, Wesley, and John Beghin, "Are Eco-Labels Valuable? Evidence from the Apparel Industry," *American Journal of Agricultural Economics* 81, no. 4 (1999): 801-811; Maguire, Kelly, Nicole Owens, and Nathalie Simon, "The Price Premium for Organic Babyfood: A Hedonic Analysis," *Journal of Agricultural and Resource Economics* 29, no. 1 (2004): 132-149; Schulz, Lee L., Ted C. Schroeder, and Katharine L. White, "Value of Beef Steak Branding: Hedonic Analysis of Retail Scanner Data," *Agricultural and Resource Economics Review* 41, no. 2 (2012): 260-273.

[60] For example, see: *Rosminah Brown et al. v. The Hain Celestial Group, Inc*. U.S.D.C. Northern District of California, Case No. C 11-03082 LB. Order Certifying Rule 23(b)(3) Class, Denying Plaintiffs' Motion To Strike As Moot, Denying Plaintiffs' Motion For Summary Judgment Without Prejudice As Premature, And Denying Defendant's Motions To Strike, November 18, 2014; *Jamie Pettit v. Proctor and Gamble Company*. U.S.D.C. Northern District of California, Case No. 15-cv-02150-RS. Order Granting Motion For Class Certification, August 3, 2017.

[61] International Valuation Standards Council. *2017 International Valuation Standards*, p. 30.

26

impact on price caused by the alleged deception (*i.e.*, the price premium) while accounting for the fact that consumers received a product with some value.

**B. There Is No Evidence of a Price Premium Associated with The Labeling Statement "Supports Appetite Control" Or "Weight Management Support"**

39.     Importantly, the contested portion of the product label has changed over time during the Class Period, meaning that price data can be analyzed to explore whether or not market prices respond to these changing labeling statements. A preliminary analysis of prices over time suggests there is no effect on prices from the change in contested labeling statements, but Ms. Podlipna ignores this data. A regression analysis can formally measure the price premium, if any, that is caused by the contested "Weight Management Support" and "Supports Appetite Control" labeling statements in yellow bolded lettering. I perform such a regression analysis in this section and find no statistically significant price premium associated with these labeling statements.

**i.  The Contested Portion of the Labeling Has Changed During the Class Period**

40.     Importantly, the contested labeling statement viewed by class members in this case has changed throughout time, as shown by Figures 8 and 9 below.[62] For example, I understand from counsel that the side panel of the 90-count bottle changed from "Supports Appetite Control" to "Weight Management" in August 2018, among other changes over time. Similarly, I understand from counsel that, for the 180-count bottle, the side panel changed from "Supports Appetite Control" to "Made with 65% HCA" in October 2018, among other changes over time. This variation in the product label allows me to statistically test whether the change in label had any impact on pricing paid by consumers or list prices invoiced to wholesalers. More specifically, a regression

---

[62] For example, see: Sports Research Garcinia Cambogia Product Labels, SRC 000001 – 010.

27

**EA_506**

analysis in this case can statistically measure the price premium (if any) associated with the contested claims in yellow bolded lettering ("Weight Management Support" and "Supports Appetite Control") because these claims were present/absent at various times throughout the class period. This statistical analysis directly measures the incremental price impact (*i.e.*, price premium) caused by these label statements while accounting for the fact that consumers received a product with some value.

**Figure 8: Change in Contested Labeling Statement Over Time, 90-count bottle[63]**



[63] Sports Research, "Labels Production," SRC000001-SRC000010 at SRC000001-SRC000005. Dates provided by counsel.

28

Figure 9: Change in Contested Labeling Statement Over Time, 180-count bottle[64]



41.     Before performing a formal statistical test for any price effect of these labeling changes, I begin by performing an exploratory data analysis to visualize the price data over time. Figure 10 shows average monthly retail prices over time for Sports Research direct-to-consumer sales of 90-count bottles (*e.g.*, through Amazon.com and Shopify) for the proposed nationwide class, California sub-class, and New Jersey sub-class. Similarly, Figure 11 shows the average monthly retail prices for the 180-count bottle. Importantly, for both the 90-count and 180-count bottles, the monthly prices paid by direct-to-consumer purchasers did not consistently increase (decrease) when a contested labeling statement was added (removed), holding all else equal. This suggests that consumer demand and prices do not materially respond to such changing labels, holding all else equal. In other words, this analysis provides initial economic evidence that (i)

---

[64] Sports Research, "Labels Production," SRC000001-SRC000010 at SRC000006-SRC000010. Dates provided by counsel.

consumer demand is not materially altered by the contested "Weight Management Support" and "Supports Appetite Control" labeling statements in yellow bolded lettering, and (ii) there is no price premium associated with these contested labeling statements (*i.e.*, consumers have not suffered any damages in this case because the product's value is not being driven by these contested labeling statements).

**Figure 10: Average Retail Price for the 90-Count Bottle (in U.S. Dollars)[65]**



---

[65]

30

**Figure 11: Average Retail Price for the 180-Count Bottle (in U.S. Dollars)**[66]



42.     Given the limited amount of retail sales data currently available in this case, it can
also be informative to examine the wholesale list price data. To the extent that wholesale list prices
are linked with retail prices, then a market price premium paid by consumers may also be reflected
within wholesale prices. Figure 12 shows average monthly wholesale list prices over time for Sports
Research sales of 90-count bottles for the proposed nationwide class, California sub-class, and New
Jersey sub-class, while Figure 13 shows the average monthly wholesale prices for the 180-count
bottle. These figures make clear there is little-to-no change in monthly wholesale list prices invoiced
to retailers with the changing labeling statement, holding all else equal. This analysis provides

[66]

initial economic evidence that (i) wholesale demand is not materially altered by the contested "Weight Management Support" and "Supports Appetite Control" labeling statements in yellow bolded lettering, and (ii) there is no wholesale list price premium associated with these contested labeling statements (*i.e.*, to the extent there is a fixed retail markup on wholesale goods, consumers have not suffered any damages in this case).

**Figure 12: Average Wholesale Price for the 90-Count Bottle (in U.S. Dollars)[67]**



[67] This graph excludes points which were above $35 (June 2016) and below $1 (April 2016).

**Figure 13: Average Wholesale Price for the 180-Count Bottle (in U.S. Dollars)**[68]



### ii.  Results of Regression Analysis Show No Price Premium

43.     To ensure that the preliminary results above are not the result of some omitted factor (and that any small price changes after a labeling change are not statistically significant), I perform a formal regression analysis to directly measure the impact of the changing labeling statements on prices. I perform the analysis separately on three sets of price data from 2015-2018: (i) monthly average retail prices paid in Sports Research's direct-to-consumer sales, *e.g.*, through

---

[68] Note that the 180-count bottle was sold to Retailers in California only, and hence the data presented in the figure is that for California only. This graph excludes points which were below $15 (December 2018).

Amazon.com and Shopify (hereafter "Retail Average Price Dataset"),[69] (ii) wholesale list prices invoiced to retailers (hereafter "Wholesale Transaction Price Dataset"),[70] and (iii) monthly average wholesale list prices invoiced to retailers (hereafter "Wholesale Average Price Dataset").[71] In accordance with standard practices for econometric analysis, I also include a variety of control variables, which effectively hold all other supply and demand factors "fixed" (therefore establishing a causal relationship that directly estimates the price premium due to the changing labeling statements).[72] The variables in the base model include:

- Product labeling statement (*e.g.*, presence of "Weight Management Support" and/or "Supports Appetite Control" in yellow bolded lettering)[73]

- Softgel count (*e.g.*, 90-count vs. 180-count)

- Cost of goods sold (*e.g.*, materials/labor costs)[74]

- Monthly fixed effects, to control for seasonal supply/demand factors

- Personal income per capita[75]



[72] "The notion of **ceteris paribus** – that is, holding all other (relevant) factors fixed – is at the crux of establishing a **causal relationship**…use econometric methods to effectively hold other factors fixed… [a] first course in econometrics teaches students how to apply [multivariate] regression analysis to estimate ceteris paribus effects" (Wooldridge, Jeffrey M., *Econometric Analysis of Cross Section and Panel Data*, (MIT press, 2010), pp. 3-4 (emphasis in original)).

[73] Sports Research, "Labels Production," SRC000001-SRC000010.

[74] ██████████████████████████████████████████; Cost of goods sold data is matched with 90-count and 180-count product on a nationwide basis.

[75] BEA, "GDP and Personal Income: SQINC1 Personal Income Summary: Personal Income, Population, Per Capita Personal Income [for United States, New Jersey, and California]," accessed February 11, 2020 at https://apps.bea.gov/iTable/iTable.cfm?acrdn=6&isuri=1&reqid=70&step=1#reqid=70&step=1&isuri=1; Quarterly estimates of Personal Income Per Capita are matched for the US, California, and New Jersey. Per capita personal income is defined as "[t]he personal income of a given area divided by the resident population of the area" and Personal Income is defined as one that "[c]onsists of the income that persons receive in return for their provision of labor, land, and capital used in the current production as well as other income, such as personal current transfer receipts … It is calculated as the sum of wages and salaries, supplements to wages and salaries, proprietors' income with inventory valuation (IVA) and capital consumption

34

- Oil prices[76]

- Wages for shipping employees[77]


44.     The analyses were performed separately for each geographic Class/Sub-Class (*e.g.*,
nationwide, California, and New Jersey).[78] Before performing the analyses, I adjust all nominal
dollar data to "real" dollars using the CPI index,[79] remove product returns,[80] and remove extreme
outliers.[81] As a sensitivity analysis, I also include a variety of other control variables, including
annual price trends, retailer, *e.g.*, GNC or Vitamin Shoppe (for Wholesale Transaction Price Dataset
only), direct-to-consumer sales platform, *e.g.*, Amazon.com or Shopify (for Retail Average Price

---

adjustments (CCAdj), rental income of persons with capital consumption adjustment (CCAdj), personal dividend income, personal interest income, and personal current transfer receipts, less contributions for government social insurance plus the adjustment for residence" (To see these definitions click on each description of per capita personal income and personal income here: BEA, "GDP and Personal Income: SQINC1 Personal Income Summary: Personal Income, Population, Per Capita Personal Income [for United States, New Jersey, and California]," accessed February 13, 2020 at https://apps.bea.gov/itable/iTable.cfm?ReqID=70&step=1).

[76] FRED, "Spot Crude Oil Price: West Texas Intermediate (WTI)," accessed February 11, 2020 at https://fred.stlouisfed.org/series/WTISPLC; Monthly Spot Crude Oil Prices are matched with the data on a nationwide basis.

[77] Regression controls for the wages of "Shipping, Receiving, and Traffic Clerks," defined as those people who "[v]erify and maintain records on incoming and outgoing shipments," and "[p]repare items for shipment." Their duties include "assembling, addressing, stamping, and shipping merchandise or material; receiving, unpacking, verifying and recording incoming merchandise or material; and arranging for the transportation of products" (See U.S. Bureau of Labor Statistics, "43-5071 Shipping, Receiving, and Traffic Clerks," accessed February 11, 2020 at https://www.bls.gov/oes/current/oes435071.htm. For United States, California, and New Jersey wages of "Shipping, Receiving, and Traffic Clerks," see U.S. Bureau of Labor Statistics, "OES Data," May 2018 National and State XLS Files, May 2017 National and State XLS Files, May 2016 National and State XLS Files, and May 2015 National and State XLS Files, accessed February 11, 2020 at https://www.bls.gov/oes/tables.htm); Annual mean hourly wages are matched for each geography.

[78] The analyses were performed for nationwide class, California Sub-Class, and New Jersey Sub-Class for the Retail Average Price Dataset. The Wholesale Transaction Price Dataset does not include geographic identifiers, so only the nationwide analysis was performed. Meanwhile, the Wholesale Average Price Dataset only included California sales for 180-count bottles, so the regression analysis was only performed on the California subset of this data.

[79] Each dataset is adjusted into real dollars separately using monthly, quarterly, or annual CPI figures to match the temporal aggregate of the nominal data. FRED, "Consumer Price Index for All Urban Consumers: All Items in U.S. City Average (CPIAUCSL)," accessed February 11, 2020 at https://fred.stlouisfed.org/series/CPIAUCSL.

[80] Within the wholesale transaction data, the return transaction and the original purchase transaction are both removed when a negative (or zero) price or quantity was able to be matched by order number. Negative (and zero) prices and quantities that were unable to be matched by order number were also dropped from the analysis.

[81] Extreme outliers are defined as those observations outside of 3 times the interquartile range (National Institute of Standards and Technology, "Engineering Statistics Handbook," Chapter 7.1.6 Outliers, accessed February 11, 2020 at https://www.itl.nist.gov/div898/handbook/prc/section1/prc16.htm.

Dataset only), quarterly fixed effects, annual fixed effects, botanical supplement market size,[82] units per sale, and third party labeling certifications.[83]

45.     The results of the regression analysis conclude there is no evidence of a price premium with the presence of the contested "Weight Management Support" and "Supports Appetite Control" labeling statements in yellow bolded lettering. More specifically, the regression results are summarized in Table 2 for retail prices and Table 3 for wholesale prices when controlling for personal income per capita, shipping employee wages, oil prices, softgel count, cost of goods sold, and additional labeling certifications. The full regression output for the base model and all sensitivity analyses are shown in Appendix 3 to this report.[84] The regression results show no statistically significant price increase from the labeling statements,[85] meaning there is consistently no evidence of a price premium paid by class members due to the contested "Weight Management Support" and "Supports Appetite Control" labeling statements in yellow bolded lettering. As demonstrated by the sensitivity analysis, this conclusion is robust to a variety of reasonable modeling choices and alternative control variables.

---

[82] Statista, "Total U.S. dietary supplements market size from 2016 to 2024, by ingredient," accessed February 3, 2020 at https://www.statista.com/statistics/828492/total-dietary-supplements-market-size-in-the-us-by-ingredient/; Note that data for 2018 is a forecast; Data for 2015 is estimated using the CAGR between 2016 and 2018; Annual Botanical Supplements Market Size is matched with the data on a nationwide basis

[83] I understand that the labeling statements regarding "Certified 3rd-party Tested," "BBB Accredited," and "GMP Certified" each occurred on the label starting in March 2016, meaning that the joint effect of these is considered.

[84] For the Retail Average Price Dataset, Appendices 3A-3C provides the regression results for nationwide (3A), California (3B), and New Jersey (3C). Appendix 3D provides the regression results for the nationwide Wholesale Transaction Price Dataset, while Appendix 3E provides the regression results for the Wholesale Average Price Dataset in California.

[85] It is standard professional practice to use a p-value of 0.05 as the threshold for statistical significance (*e.g.*, a 95% confidence interval). Using a higher p-value (*e.g.*, a lower confidence interval) increases the likelihood of finding false positives and false negatives (*i.e.*, wrongly concluding there is a price increase or decrease from the labeling change).

36

**Table 2: Regression Results for Retail Prices**

| | Geographic Class/Sub-Class | | |
| --- | --- | --- | --- |
| | Nationwide | California | New Jersey |
| Variables of Interest: | | | |
| Weight Management | -0.050 | -0.011 | 0.078 |
| | (0.090) | (0.113) | (0.100) |
| Appetite Control | -0.054 | -0.086 | -0.063 |
| | (0.074) | (0.084) | (0.073) |
| Control variables: | | | |
| Personal income per capita | Y | Y | Y |
| Shipping employee wages | Y | Y | Y |
| Oil Prices | Y | Y | Y |
| Softgel count | Y | Y | Y |
| Cost of goods sold | Y | Y | Y |
| Additional labeling certifications | Y | Y | Y |
| | | | |
| Observations | 131 | 129 | 79 |
| R-Squared | 0.660 | 0.493 | 0.668 |
| Note: Standard errors are shown in parentheses | | | |

**Table 3: Regression Results for Wholesale Prices**

| | Geographic Class/Sub-Class | |
| --- | --- | --- |
| | Nationwide (Wholesale Transaction Price Dataset) | California (Wholesale Average Price Dataset) |
| Variables of Interest: | | |
| Weight Management | -0.013 | -0.021 |
| | (0.046) | (0.066) |
| Appetite Control | -0.021 | -0.003 |
| | (0.046) | (0.053) |
| Control variables: | | |
| Personal income per capita | Y | Y |
| Shipping employee wages | Y | Y |
| Oil Prices | Y | Y |
| Softgel count | Y | Y |
| Cost of goods sold | Y | Y |
| Additional labeling certifications | Y | Y |
| | | |
| Observations | 478 | 37 |
| R-Squared | 0.868 | 0.984 |
| Note: Standard errors are shown in parentheses | | |

EA_516

## VII.    CONCLUSIONS

46.     In my opinion, Ms. Podlipna's approach to damages is fatally flawed, which results in an overestimate of damages. Ms. Podlipna does not analyze the economic harm caused by the alleged misconduct in this case and further overstates damages by failing to properly consider the returns and discounts received by class members. Damages in this case can be calculated as the difference between the price paid by consumers and the value of the product received by consumers (*i.e.*, the "overcharge" or "price premium" paid by consumers), but Ms. Podlipna takes a flawed "Full Refund" approach. Using Ms. Podlipna's approach for damages wrongly assumes that consumers received no value from the product and that the value of the product is entirely driven by the contested portion of the labels. However, Ms. Podlipna fails to analyze the supply and demand factors that give rise to market prices, and wrongly assumes consumer demand is driven entirely by the contested label even though a variety of factors influence consumer demand for the Contested Product.

47.     Finally, Ms. Podlipna ignores real world evidence that suggests there is no price premium caused by the contested labels in this case. Since the contested portions of the label have changed over time in this case, a widely accepted technique known as "regression analysis" can directly measure the price premium of contested labeling statements by comparing prices over time when the labeling statements changed. Such an analysis finds no evidence of a price premium associated with the contested "Weight Management Support" and "Supports Appetite Control" labeling statements in yellow bolded lettering.

48.     My opinions and conclusions as expressed in this Report are to a reasonable degree of professional and scientific certainty. My conclusions have been reached through the proper application of standard methodologies relied upon by experts in the field of economics. I reserve

EA_517

the right to update and or supplement my opinions if additional information is provided to me, to the extent that the Court allows. I declare under penalty of perjury that the foregoing is true and correct.

Daniel P. Werner, Ph.D., CPA
Senior Consultant
February 21, 2020

39

**Appendix 1**

EA_519



Daniel Werner
Senior Consultant

National Economic Research Associates, Inc.
4 Embarcadero Center, Suite 400
San Francisco, California 94111-4156
+1 415 291 1000 Fax +1 415 291 1020
Direct +1 415 291 1012
daniel.werner@nera.com
www.nera.com

# Daniel Werner, Ph.D., CPA
## Senior Consultant

Dr. Daniel Werner specializes in economic, financial, and statistical analysis to support complex litigation and other business challenges. He has applied his expertise to matters involving economic damages, consumer fraud and false advertising, anti-competitive behavior, class certification, agricultural and mineral production, risk, business valuation, financial liquidity and solvency, and lost wages, among others. Dr. Werner has also provided oral and written expert testimony in connection with his economic analysis. His economic consulting experience has covered a wide range of industries, including consumer retail products, energy and mining, food processing, technology, real estate, and insurance, among others.

Prior to joining NERA, Dr. Werner served as an economist at a boutique consulting firm in the San Francisco bay area and analyzed financial data while working at a Big 4 accounting firm. Dr. Werner has also conducted empirical academic research in the field of applied microeconomics, presenting his work at several academic conferences and serving as a peer review referee for academic journal publications.

## Select Projects
Representative examples of Dr. Werner's engagement experience include:

### Antitrust Litigation
- Antitrust (dairy products) – Analyzed economic market and managed econometric analyses to statistically investigate the price impact arising from an alleged conspiracy to reduce product supply by producers of fresh dairy products. Calculated damages to direct purchaser plaintiff, which was used to support plaintiff's claim.

- Antitrust (real estate management software) – Analyzed damages model and economic market definition put forth by plaintiff's expert to statistically investigate the impact on prices and sales arising from alleged anticompetitive behavior, which was used to refute plaintiff's claim.

- Antitrust (seafood products) – Analyzed economic market and managed econometric analyses to statistically investigate the price impact of alleged price-fixing activities by producers of canned seafood products. Calculated damages to direct purchaser plaintiff, which was used to support plaintiff's claim.

**Breach of Contract and Wrongful Conduct Litigation**

- Breach of contract (almond processing) – Analyzed economic market potential for an almond processing business with emerging technology. Calculated damages based on lost profits, which was used to support plaintiff's claim.

- Fraud (consumer retail) – Analyzed financial statement information to examine material misstatement of financial information to investors. Investigated financial solvency issues and calculated damages associated with material financial misstatements, which was used to support plaintiff's claim.

- Breach of contract (wind farm) – Reviewed financial information and analyzed market data to estimate the economic valuation of wind farm assets. Critiqued lost profits analyses and corresponding valuation put forth by plaintiff's expert using economic and statistical tools, which was used to refute plaintiff's claim.

- Fraud (mortgage lending) – Analyzed real estate market, mortgage lending data, and corporate financial statements to assess solvency issues and representations made to investors, which was used to support plaintiff's claim.

- Breach of contract (real estate) – Reviewed rental property accounting records and analyzed financial data to assess the extent to which investor distributions were made in violation of agreement and calculate the corresponding damages, which was used to support defendant's counterclaim.

**Economic and Statistical Consulting (Non-litigation)**

- Economic consulting (food processing) – Analyzed economic market for thick viscosity tomatoes, which was used to support strategic initiatives within a processed food company.

- Economic consulting (mining) – Performed economic impact analysis to quantify potential changes to GDP and employment from proposed regulation using statistical and economic modeling, which was used by a mining company to oppose regulatory changes.

- Economic consulting (satellite technology) – Performed economic impact analysis to quantify potential changes to GDP and social costs arising from the use of newly generated satellite data, which was used by a communications company in their dealings with stakeholders.

**False Advertising Litigation**

- False advertising (eyeglasses) – Analyzed economic market and implemented economic model to determine the price premium paid by consumers in connection with false advertising allegations for eyeglasses, which was used to support plaintiff's class action.

- False advertising (tobacco products) – Statistically analyzed survey data on product use and intention to purchase to determine the extent to which demand was influenced by "all natural," "organic," and "additive-free" labels in connection with deceptive labeling allegations for tobacco products, which was used to refute plaintiff's class action.

- False advertising (apparel) – Analyzed economic market and designed econometric analysis to statistically determine the valuation of various product features in connection with deceptive pricing allegations for retail clothing products, which was used to support plaintiff's class action.

2

**Daniel Werner, Ph.D., CPA**

- False advertising (personal care products) – Analyzed economic market and designed econometric analysis of purchase data to statistically determine the valuation of various product features in connection with false labeling allegations for "all natural" and "organic" labels on personal care products. Calculated damages based on the price premium paid by consumers, which was used to support plaintiff's class action.

- False advertising (retail grocery products) – Analyzed economic market and designed econometric analysis of purchase data to determine the valuation of various product features in connection with false labeling allegations for "organic" labels on grocery products. Calculated damages based on the price premium paid by consumers, which was used to support plaintiff's class action.

   **Labor and Employment Litigation**
- Wrongful termination (legal services) – Analyzed economic market opportunity for legal services company and personal income data of owner/partner in connection with damages allegations. Calculated lost profits and critiqued damages calculation put forth by plaintiff's expert, which was used to refute plaintiff's claim.

- Wrongful death (wealth management consulting) – Analyzed financial information of financial services firm, along with personal income data of owner/partner in connection with damages arising from wrongful death allegations. Calculated lost profits and critiqued plaintiffs' business valuation analysis, which was used to refute plaintiff's claim.

- Personal injury (digital media) – Analyzed economic market opportunity of digital media company, along with corresponding financial income data of business owner in connection with damages arising from personal injury allegations. Concluded that a profitable market opportunity did exist but-for the alleged injury, which was used to support plaintiff's claim.

- Personal injury (landscape design) – Analyzed economic market opportunity and financial information of garden design business, along with corresponding income data of business owner, in connection with damages allegations arising from personal injury claim. Calculated lost profits and lost wage income, which was used to support plaintiff's claim.

## Education

|      |                                                                                                                                                           |
|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------|
| 2015 | University of Maryland, College Park<br>**Ph.D. in Agricultural and Resource Economics**<br>Dissertation: "Electricity Markets: Price Risk, Pollution, and Policies" |
| 2014 | University of Maryland, College Park<br>**M.S. in Agricultural and Resource Economics**<br>Qualifying Paper: "Residential Electricity Demand, Split Incentives, and Refrigerator Efficiency" |
| 2009 | University of California, Santa Barbara<br>**B.A. in Business Economics, Environmental Studies**<br>*Graduated with Highest Honors* |

3

Daniel Werner, Ph.D., CPA

## Certifications

|      |                                                                                   |
|------|-----------------------------------------------------------------------------------|
| 2010 | California Board of Accountancy<br>**Certified Public Accountant (CPA)**           |

## Professional Experience

| 2019 - present | **NERA Economic Consulting,** San Francisco, CA<br>Senior Consultant<br>Economic damages / litigation consulting |
|----------------|------------------------------------------------------------------------------------------------------------------|
| 2015 - 2019    | **OnPoint Analytics, Inc.,** Emeryville, CA<br>Economist<br>Economic damages / litigation consulting             |
| 2011 - 2015    | **University of Maryland,** College Park, MD<br>Graduate Research Assistant<br>Research in applied microeconomics |
| 2009 - 2010    | **Ernst & Young, LLP,** San Francisco, CA<br>Assurance Associate<br>Financial statement audit and analysis       |
| 2008 - 2009    | **University of California,** Santa Barbara, CA<br>Economics Research Assistant<br>Research in applied microeconomics |

## Honors, Awards, and Grants

| 2014 | Dennis J. O'Brien Best Student Paper Award, United States Association for Energy Economics, 37th IAEE International Conference. Awarded for "Electricity Market Price Volatility: The Importance of Ramping Costs" |
|------|------|
| 2014 | Student Scholarship Award, National Capital Area Chapter of the United States Association for Energy Economics |
| 2014 | Jacob K. Goldhaber Travel Award, University of Maryland Graduate School |
| 2013 | Bessie H. DeVault Award for best paper written by a second year student, University of Maryland AREC Department. Awarded for "Renewable Portfolio Standards: Policies for Pollution or Pride?" |
| 2013 | Jacob K. Goldhaber Travel Award, University of Maryland Graduate School |
| 2013 | Heartland Conference Travel Grant, University of Illinois at Urbana-Champaign |

4

**Daniel Werner, Ph.D., CPA**

2009        UCSB Academic Excellence Award, award for exceptional academic and community service

2009        College Honors, UCSB College of Letters & Sciences

2009        Senior Scholastic Award, UCSB Economics Department

2009        Outstanding Academic Achievement Award, UCSB Environmental Studies Program

## Publications

1. Latest Daubert Cases, Econ Studies Hold IP Damages Lessons. *Law360*. Portfolio Media, Inc. December 19, 2019

2. New Research on the Effectiveness of Bidding Rings: Implications for Competition Policies (coauthored with John M. Connor). *CPI Antitrust Chronicle*. Competition Policy International, April 2019

3. Recent Developments in Estimating Damages Under Deceptive Pricing Allegations. *What's in Store*. American Bar Association, Committees on Consumer Protection, Privacy, and Advertising Disputes & Litigation, Fall 2018

4. Applying Regression Analysis to Valuation and Forensic Engagements. *FVS Consulting Digest*, Issue 34. American Institute of Certified Public Accountants, Summer 2018

5. Using Advanced Data Analytics to Measure Economic Damages in Consumer Fraud and False Advertising Cases. *FVS Consulting Digest*, Issue 33. American Institute of Certified Public Accountants, January 2018

6. Keys To Estimating Damages In Deceptive Pricing Cases (coauthored with Stephen F. Hamilton). *Law360*. Portfolio Media, Inc. September 22, 2017

7. Electricity Market Price Volatility: The Importance of Ramping Costs. In *Energy & the Economy, 37th IAEE International Conference Proceedings*. International Association for Energy Economics, June 2014

## Presentations

1. Damage Apportionment in Patent Infringement Cases: Practical Tips and Strategies Explored, webinar co-presented with panel at The Knowledge Group, 2019

2. Show Me The Money (or Not): A Discussion of IP Damages Trends in Patent and Lanham Act Cases, co-presented with P. Benson at San Francisco Intellectual Property Law Association (SFIPLA), San Francisco, CA, 2019

5

**Daniel Werner, Ph.D., CPA**

3. Economic Concepts in the Litigation Context, co-presented with panel at Pocket MBA 2019: Finance for Lawyers and Other Professionals, Practicing Law Institute, San Francisco, CA, 2019

4. Overview of Damage Analysis in False Advertising Cases, co-presented with A.C. Davis and G. Macartney at Jeffer Mangels Butler & Mitchell LLP, San Francisco, CA, 2018

5. Electricity Market Price Volatility: The Importance of Ramping Costs, presented at:
   (i) 37th International Association for Energy Economics Conference, New York, NY, 2014
   (ii) Agricultural and Applied Economics Association Annual Meeting, Minneapolis, MN, 2014

6. Renewable Portfolio Standards: Policies for Pollution or Pride, presented at:
   Heartland Environmental and Resource Economics Workshop, University of Illinois at Urbana-Champaign, 2013

7. Heterogeneity in Renewable Portfolio Standards: A Local Pollution Analysis, presented at:
   15th Annual University of Colorado Environmental and Resource Economics Workshop, Vail, Colorado, 2013

8. Residential Electricity Demand, Split Incentives, and Refrigerator Efficiency, research poster presented at: Agricultural and Applied Economics Association Annual Meeting, Washington, D.C., 2013

## Other Professional and Non-Profit Activities

2015 - present   The Energy Journal, International Association for Energy Economics
                 Peer Review Referee

2016 - 2018   Capture the Dream, Oakland, CA
              Vice President of Finance

2008 - 2009   Santa Barbara Student Housing Cooperative, Santa Barbara, CA
              Treasurer of Board of Directors

## Expert Designations and Testimony
(Clients underlined)

1. Hollie Harris v. Sheplers, Inc., Superior Court of California, County of Los Angeles, Case No. 19STCV16051. Declaration dated January 17, 2020.

2. David A. Jones and Larry Schweer v. Great Southwest Ventures, L.L.C. and Devinder Singh, Superior Court of Arizona, County of Maricopa, Case No. CV2018-097316 and counterclaims Great Southwest Ventures, L.L.C. v. David A. Jones et al., District Court of Oklahoma County, State of Oklahoma, Case No. CJ-2019-4103. Expert Report dated December 28, 2019.

3. Jackie Fischer et al. v. Chico's FAS, Inc., U.S. District Court, Southern District of California, Case No. 3:19-cv-00856. Declaration dated October 15, 2019.

EA_525

**Daniel Werner, Ph.D., CPA**

4. Keith F. Bell, Ph.D., v. The Oakland Community Pools Projects, Inc., U.S. District Court, Northern District of California, Case No. 4:19-cv-01308. Expert Report dated October 11, 2019.

5. Dr. Karen Trinh v. Dr. James S. Ho et al., Superior Court of California, County of Santa Clara, Case No. 17-cv-316306. Disclosed as expert witness.

6. Monica Rael et al. v. RTW Retailwinds, Inc. and New York & Company Stores, Inc., Superior Court of California, County of San Diego, Case No. 37-2019-00003850-CU-MC-CTL. Declaration dated September 5, 2019.

7. Madonna Messina et al. v. Angus Mack Walker et al., Superior Court of Washington, County of King, Case No. 16-2-30032-4 SEA. Disclosed as expert witness.

8. Suzanne Kunda-Cvitkovic v. CSAA Insurance Exchange, ADR Services, Inc., ADRS Case No. 17-4469-BLS. Deposition Testimony given October 3, 2018. Arbitration Testimony given 2018.

9. Andrew Huff v. Royal Inn Hotel et al., Superior Court of California, County of San Francisco, Case No. CGC-17-556945. Deposition Testimony given May 23, 2018.

10. Tyrian Purple LLC v. Scott C. Clay, et al., Superior Court of Arizona, County of Maricopa, Case No. CV2016-016224. Expert Report dated August 28, 2017.

EA_526

**Appendix 2**

EA_527

**Materials Relied Upon**

<u>**Academic Articles**</u>

- Brach, Simon, Walsh, Gianfranco, and Shaw, Deirdre, "Sustainable consumption and third-party certification labels: Consumers' perceptions and reactions," *European Management Journal* 36 (2018)

- Foster, Max, "Evidence of price premiums for non-GM grains in world markets," conference paper, *Australian Agricultural and Resource Economics Society*, 10-12 February 2010

- Maguire, Kelly, Nicole Owens, and Nathalie Simon. "The Price Premium for Organic Babyfood: A Hedonic Analysis." *Journal of Agricultural and Resource Economics* 29 (2004)

- Nimon, Wesley, and John Beghin. "Are Eco-Labels Valuable? Evidence from the Apparel Industry." *American Journal of Agricultural Economics* 81, no. 4 (1999)

- Rosen, Sherwin. "Hedonic prices and implicit markets: product differentiation in pure competition." *Journal of Political Economy* 82, no. 1 (1974)

- Schulz, Lee L., Ted C. Schroeder, and Katharine L. White. "Value of Beef Steak Branding: Hedonic Analysis of Retail Scanner Data." *Agricultural and Resource Economics Review* 41, no. 2 (2012)

- Walji, R., Boon, H., Barnes, J. et al, "Consumers of natural health products: natural-born pharmacovigilantes?" *BMC Complement Altern Med* 10, 8 (2010), accessed February 4, 2020 at https://link.springer.com/content/pdf/10.1186/1472-6882-10-8.pdf

- Wooldridge, Jeffrey M., *Econometric Analysis of Cross Section and Panel Data*, (MIT press, 2010)

- Worosz, Michelle R., and Wilson, Norbert L.W., "A Cautionary Tale of Purity, Labeling and Product Literacy in the Gluten-Free Market," *The Journal of Consumer Affairs* 2012: 288-318

- Xhakollari, Vilma, Canavari, Maurizio, and Osman, Magda, "Factors affecting consumers' adherence to gluten-free diet, a systematic review," *Trends in Food Science & Technology* 85 (2019)

<u>**Bates Numbered Documents**</u>

- SRC000001-68

- SRC000069-91

EA_528

**Expert Reports**

- Expert Report of Charlene L. Podlipna, CPA, January 24, 2020

- Expert Report of Samantha Iyengar, Ph.D, January 24, 2020

**Reports, Data, Websites, and Other Articles**

- Amazon, "100% HCA Ultra Extreme Garcinia Cambogia Extract by MagixLabs," accessed February 6, 2020 at https://www.amazon.com/Ultra-Extreme-Garcinia-Cambogia-Extract/dp/B07NJDM8F4/ref=sr_1_4?keywords=MagixLabs%27+100%25+HCA+Ultra+Extreme+Garcinia+Cambogia&qid=1581021087&sr=8-4

- Amazon, "Muscletech Garcinia 4X Sx-7," accessed February 6, 2020 at https://www.amazon.com/Muscletech-Garcinia-Sx-7-80ct-Count/dp/B07FZRV21D/ref=sr_1_4?keywords=Muscletech+Garcinia+4X+Sx-7&qid=1581021370&sr=8-4

- Amazon, "Nature's Bounty Garcinia Cambogia Pills and Coconut Oil Herbal Health Supplement," accessed February 6, 2020 at https://www.amazon.com/Natures-Bounty-Garcinia-Cambogia-Supplement/dp/B00HQW9SAS/ref=sr_1_1?keywords=Nature%27s+Bounty+Garcinia+Cambogia+Pills+and+Coconut+Oil&qid=1581021236&sr=8-1

- Amazon, "Now Supplements, Garcinia (Garcinia Cambogia) 1000 mg, 120 Tablets," accessed February 6, 2020 at https://www.amazon.com/NOW-Garcinia-000-120-Tablets/dp/B00HSHHPD8/ref=sr_1_1?keywords=Now+Supplements%2C+Garcinia&qid=1581020787&sr=8-1

- Amazon, "Source Naturals Garcinia 1000 mg Garcinia Cambogia Extract," accessed February 6, 2020 at https://www.amazon.com/Source-Naturals-Garcinia-1000-Tablets/dp/B000GFJK6Y/ref=sr_1_2?keywords=Source+naturals+garcinia&qid=1581021497&sr=8-2

- BEA, "GDP and Personal Income: SQINC1 Personal Income Summary: Personal Income, Population, Per Capita Personal Income [for United States, New Jersey, and California]," accessed February 11, 2020 at https://apps.bea.gov/iTable/iTable.cfm?acrdn=6&isuri=1&reqid=70&step=1#reqid=70&step=1&isuri=1

- FRED, "Consumer Price Index for All Urban Consumers: All Items in U.S. City Average (CPIAUCSL)," accessed February 11, 2020 at https://fred.stlouisfed.org/series/CPIAUCSL

- FRED, "Spot Crude Oil Price: West Texas Intermediate (WTI)," accessed February 11, 2020 at https://fred.stlouisfed.org/series/WTISPLC

- GNC, "Sports Research™ Garcinia Cambogia", accessed February 5, 2020 via https://www.gnc.com/garcinia-cambogia/166702.html

- Grand View Research, "Report Summary: Dietary Supplements Market Size Analysis Report by Ingredient (Botanicals, Vitamins), By Form, By Application (Immunity, Cardiac Health), By End User, By Distribution Channel, And Segment Forecasts, 2019 – 2025," accessed February 3, 2020 at https://www.grandviewresearch.com/industry-analysis/dietary-supplements-market?utm_source=pressrelease&utm_medium=referral&utm_campaign=PRN_Feb27_Dietary_SupplementsRD2&utm_content=Content

- Groupon, Inc. "Buy 2 Get 1 Free: Sports Research Pure Garcinia Cambogia," accessed via https://www.groupon.com/deals/gg-buy-2-get-1-free-garcinia-cambogia-3

- Healthline, "29 Things You Didn't Know About Garcinia Cambogia," accessed February 3, 2020 at https://www.healthline.com/health/food-nutrition/things-you-didnt-know-about-garcinia-cambogia

- International Valuation Standards Council. *International Valuation Standards 2017*

- International Certifications Ltd. "Good Manufacturing Practice (GMP)," accessed February 5, 2020 via https://intlcert.com/gmp-good-manufacturing-practice/

- Investopedia, "Compound Annual Growth Rate – CAGR," at https://www.investopedia.com/terms/c/cagr.asp

- National Institute of Standards and Technology, "Engineering Statistics Handbook," Chapter 7.1.6 Outliers, accessed February 11, 2020 at https://www.itl.nist.gov/div898/handbook/prc/section1/prc16.htm

- Source Naturals. "Browse Source Naturals Weight Management Category," accessed February 10, via https://www.sourcenaturals.com/products/category/28

- Sports Research, "All Products," accessed February 3, 2020 at https://sportsresearch.com/collections/all-products

- Sports Research. "Sports Research Coconut Oil Softgels," accessed February 10, 2020 via https://sportsresearch.com/products/coconut-oil-softgels

- Sports Research, "SR History," accessed February 3, 2020 at https://sportsresearch.com/pages/about

- Statista, "Do you consider coconut oil to be healthy?*" accessed February 3, 2020 at https://www.statista.com/statistics/591771/coconut-oil-considered-healthy-by-us-consumers/

- Statista, "Total U.S. dietary supplements market size from 2016 to 2024," accessed February 3, 2020 at https://www.statista.com/statistics/828481/total-dietary-supplements-market-size-in-the-us/

EA_530

- Statista, "Total U.S. dietary supplements market size from 2016 to 2024, by ingredient," accessed February 3, 2020 at https://www.statista.com/statistics/828492/total-dietary-supplements-market-size-in-the-us-by-ingredient/

- The Vitamin Shoppe, HEARTS20 discount code, accessed February 10, 2010 via https://www.vitaminshoppe.com/

- U.S. Bureau of Labor Statistics, "43-5071 Shipping, Receiving, and Traffic Clerks," accessed February 11, 2020 at https://www.bls.gov/oes/current/oes435071.htm

- U.S. Bureau of Labor Statistics, "OES Data," May 2018 National and State XLS Files, May 2017 National and State XLS Files, May 2016 National and State XLS Files, and May 2015 National and State XLS Files, accessed February 11, 2020 at https://www.bls.gov/oes/tables.htm

- WebMD, "Garcinia Cambogia: Safe for Weight Loss?" accessed February 3, 2020 at https://www.webmd.com/vitamins-and-supplements/garcinia-cambogia-weight-loss

## **Legal Documents**

*Frank Capaci and Cynthi Ford v. Sports Research, Inc.*

- *Frank Capaci and Cynthia Ford v. Sports Research, Inc*, First Amended Class Action Complaint, June 17, 2019

- Defendant Sports Research Corporation's First Set of Supplemental Responses To Frank Capaci's First Set Of Interrogatories To Defendant Sports Research Corporation, September 13, 2019

- Defendant Sports Research Corporation's Second Set Of Supplemental Responses To Frank Capaci's First Set Of Interrogatories To Defendant Sports Research Corporation, January 2, 2020

*Other cases*

- *Chowning v. Kohl's Department Stores*. Unpublished Opinion at p. 3 (9th Cir. 2018).

- *In Re: Pom Wonderful LLC Marketing and Sales Practices Litigation*. Order Granting Defendant's Motion for Decertification (C.D. California. March 14, 2014)

- *Jamie Pettit v. Proctor and Gamble Company*. Order Granting Motion For Class Certification, August 3, 2017.

- *Rosminah Brown et al. v. The Hain Celestial Group, Inc*. Order Certifying Rule 23(b)(3) Class, Denying Plaintiffs' Motion To Strike As Moot, Denying Plaintiffs' Motion For

Summary Judgment Without Prejudice As Premature, And Denying Defendant's Motions To Strike, November 14, 2014.

**<u>Miscellaneous</u>**

- Conversation with Marie Pedersen, CFO of Sports Research, February 5, 2020

**Appendix 3**

EA_533

**Appendix 3A:** Models of the log of monthly average retail price in the U.S.

| VARIABLES | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|---|
| Weight management | 0.010 | -0.021 | -0.056* | 0.006 | -0.029 | -0.032 | -0.022 | -0.050 |
| | (0.042) | (0.069) | (0.031) | (0.041) | (0.069) | (0.069) | (0.029) | (0.090) |
| Appetite control | -0.028 | -0.039 | -0.060 | -0.029 | -0.027 | -0.041 | -0.068 | -0.054 |
| | (0.065) | (0.068) | (0.048) | (0.064) | (0.069) | (0.067) | (0.044) | (0.074) |
| Ln(Real wage) | 6.161 | 6.705* | 8.034*** | 6.104 | 11.152 | 5.739 | 9.865*** | 7.003* |
| | (3.783) | (3.917) | (2.760) | (3.702) | (16.624) | (3.830) | (2.582) | (3.954) |
| Ln(Real per capita personal income) | -7.417*** | -5.164 | -7.973*** | -7.534*** | -9.862 | -5.142 | -9.787*** | -7.490*** |
| | (1.401) | (4.267) | (1.021) | (1.375) | (6.256) | (3.307) | (0.971) | (1.407) |
| Ln(Real crude oil price) | 0.186* | 0.170* | 0.055 | 0.201** | 0.079 | 0.151 | 0.139** | 0.193** |
| | (0.094) | (0.099) | (0.070) | (0.092) | (0.133) | (0.105) | (0.064) | (0.095) |
| Month 2 | 0.025 | 0.024 | 0.032 | | 0.023 | 0.024 | 0.007 | 0.024 |
| | (0.058) | (0.059) | (0.042) | | (0.058) | (0.058) | (0.040) | (0.058) |
| Month 3 | 0.049 | 0.042 | 0.033 | | 0.040 | 0.039 | 0.019 | 0.053 |
| | (0.061) | (0.062) | (0.044) | | (0.062) | (0.062) | (0.041) | (0.061) |
| Month 4 | 0.052 | 0.039 | 0.046 | | 0.057 | 0.037 | 0.068 | 0.056 |
| | (0.061) | (0.066) | (0.045) | | (0.068) | (0.064) | (0.041) | (0.062) |
| Month 5 | 0.040 | 0.028 | 0.039 | | 0.050 | 0.028 | 0.020 | 0.044 |
| | (0.060) | (0.064) | (0.044) | | (0.068) | (0.063) | (0.041) | (0.061) |
| Month 6 | 0.044 | 0.030 | 0.039 | | 0.052 | 0.029 | -0.001 | 0.047 |
| | (0.057) | (0.062) | (0.042) | | (0.066) | (0.061) | (0.039) | (0.058) |
| Month 7 | 0.075 | 0.053 | 0.059 | | 0.088 | 0.052 | 0.069* | 0.079 |
| | (0.057) | (0.069) | (0.042) | | (0.077) | (0.065) | (0.039) | (0.058) |
| Month 8 | 0.085 | 0.065 | 0.067 | | 0.099 | 0.063 | 0.043 | 0.092 |
| | (0.056) | (0.067) | (0.041) | | (0.075) | (0.063) | (0.038) | (0.057) |
| Month 9 | 0.053 | 0.033 | 0.038 | | 0.069 | 0.032 | 0.003 | 0.060 |
| | (0.056) | (0.067) | (0.041) | | (0.076) | (0.063) | (0.038) | (0.057) |
| Month 10 | 0.086 | 0.055 | 0.066 | | 0.119 | 0.055 | 0.052 | 0.088 |
| | (0.062) | (0.082) | (0.045) | | (0.103) | (0.074) | (0.042) | (0.062) |
| Month 11 | -0.009 | -0.041 | -0.039 | | 0.016 | -0.042 | -0.046 | -0.006 |
| | (0.061) | (0.083) | (0.045) | | (0.100) | (0.075) | (0.042) | (0.061) |
| Month 12 | 0.080 | 0.050 | 0.063 | | 0.109 | 0.049 | 0.064 | 0.085 |
| | (0.061) | (0.082) | (0.045) | | (0.100) | (0.074) | (0.042) | (0.062) |
| Count of Softgels | 0.004*** | 0.004*** | 0.004*** | 0.004*** | 0.004*** | 0.004*** | 0.005*** | 0.004*** |
| | (0.000) | (0.000) | (0.000) | (0.000) | (0.000) | (0.000) | (0.000) | (0.000) |
| Ln(Cost of goods sold) | - | - | - | - | - | - | - | - |
| Year (trend) | | -0.049 | | | | | | |
| | | (0.087) | | | | | | |
| Retailer (Amazon) | | | -0.191*** | | | | | |
| | | | (0.019) | | | | | |
| Quarter 2 | | | | 0.020 | | | | |
| | | | | (0.036) | | | | |
| Quarter 3 | | | | 0.047 | | | | |
| | | | | (0.034) | | | | |
| Quarter 4 | | | | 0.028 | | | | |
| | | | | (0.039) | | | | |
| Year 2016 | | | | | -0.110 | | | |
| | | | | | (0.159) | | | |
| Year 2017 | | | | | -0.052 | | | |
| | | | | | (0.051) | | | |
| Year 2018 | | | | | - | | | |
| Ln(Real botanical supplements market size) | | | | | | -1.045 | | |
| | | | | | | (1.375) | | |
| Units | | | | | | | -0.001*** | |
| | | | | | | | (0.000) | |
| Additional labeling certifications | | | | | | | | -0.075 |
| | | | | | | | | (0.100) |
| Constant | 65.348*** | 137.861 | 66.732*** | 66.744*** | 78.390*** | 65.684*** | 80.899*** | 63.852*** |
| | (11.809) | (130.202) | (8.597) | (11.496) | (24.576) | (11.839) | (8.110) | (12.000) |
| Observations | 131 | 131 | 131 | 131 | 131 | 131 | 131 | 131 |
| $R^2$ | 0.658 | 0.659 | 0.820 | 0.644 | 0.662 | 0.660 | 0.844 | 0.660 |
| Adj. $R^2$ | 0.606 | 0.604 | 0.791 | 0.618 | 0.604 | 0.605 | 0.819 | 0.605 |

Standard errors in parentheses
*** p<0.01, ** p<0.05, * p<0.1

Notes:  This table shows regression models of the natural logarithm of monthly average real price.  Estimated real prices are calculated using the Retail Average Price Dataset. That is, (dollar sales$_t$ / unit sales$_t$) * (CPI$_T$ /CPI$_t$) where T is the last month for which sales data is available (December 2018) and January 2015 $\leq t \leq$ T.

Dr. Daniel Werner
February 21, 2020

EA_534

**Appendix 3B:** Models of the log of monthly average retail price in California

| VARIABLES | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|---|
| Weight management | 0.001 | -0.021 | -0.072 | -0.018 | -0.007 | -0.034 | -0.031 | -0.011 |
| | (0.066) | (0.066) | (0.044) | (0.061) | (0.078) | (0.067) | (0.050) | (0.113) |
| Appetite control | -0.082 | -0.061 | -0.095* | -0.087 | -0.062 | -0.061 | -0.100 | -0.086 |
| | (0.079) | (0.079) | (0.052) | (0.077) | (0.079) | (0.079) | (0.060) | (0.084) |
| Ln(Real wage) | 9.845 | 37.137** | 16.686** | 7.275 | 11.051 | 23.116* | 17.581* | 10.496 |
| | (12.135) | (17.786) | (7.987) | (11.672) | (12.071) | (13.739) | (9.311) | (13.085) |
| Ln(Real per capita personal income) | -9.275 | -9.879 | -12.819*** | -8.142 | -9.569 | -10.156* | -14.269*** | -9.569 |
| | (6.063) | (5.982) | (3.991) | (5.872) | (6.072) | (6.002) | (4.665) | (6.458) |
| Ln(Real crude oil price) | 0.116 | 0.082 | -0.027 | 0.141 | 0.121 | 0.045 | 0.084 | 0.115 |
| | (0.109) | (0.108) | (0.072) | (0.104) | (0.156) | (0.113) | (0.083) | (0.109) |
| Month 2 | 0.010 | 0.009 | 0.031 | | 0.009 | 0.009 | -0.002 | 0.010 |
| | (0.069) | (0.068) | (0.045) | | (0.068) | (0.068) | (0.053) | (0.069) |
| Month 3 | 0.041 | 0.033 | 0.015 | | 0.037 | 0.029 | -0.019 | 0.042 |
| | (0.072) | (0.071) | (0.047) | | (0.072) | (0.071) | (0.055) | (0.073) |
| Month 4 | 0.099 | 0.100 | 0.122** | | 0.100 | 0.101 | 0.145** | 0.103 |
| | (0.090) | (0.089) | (0.059) | | (0.089) | (0.089) | (0.069) | (0.094) |
| Month 5 | 0.051 | 0.061 | 0.076 | | 0.060 | 0.062 | 0.050 | 0.054 |
| | (0.090) | (0.089) | (0.059) | | (0.089) | (0.089) | (0.069) | (0.093) |
| Month 6 | 0.051 | 0.057 | 0.085 | | 0.055 | 0.058 | 0.046 | 0.054 |
| | (0.088) | (0.087) | (0.058) | | (0.087) | (0.087) | (0.067) | (0.092) |
| Month 7 | 0.124 | 0.126 | 0.148** | | 0.124 | 0.128 | 0.163** | 0.129 |
| | (0.102) | (0.100) | (0.067) | | (0.101) | (0.101) | (0.078) | (0.108) |
| Month 8 | 0.093 | 0.101 | 0.134** | | 0.098 | 0.103 | 0.115 | 0.099 |
| | (0.101) | (0.099) | (0.066) | | (0.100) | (0.099) | (0.077) | (0.108) |
| Month 9 | 0.103 | 0.109 | 0.134** | | 0.105 | 0.112 | 0.114 | 0.109 |
| | (0.101) | (0.100) | (0.066) | | (0.101) | (0.100) | (0.077) | (0.109) |
| Month 10 | 0.171 | 0.184 | 0.220** | | 0.176 | 0.191 | 0.226** | 0.178 |
| | (0.146) | (0.144) | (0.096) | | (0.146) | (0.144) | (0.112) | (0.155) |
| Month 11 | 0.057 | 0.067 | 0.095 | | 0.062 | 0.072 | 0.103 | 0.064 |
| | (0.143) | (0.141) | (0.094) | | (0.142) | (0.141) | (0.109) | (0.152) |
| Month 12 | 0.181 | 0.191 | 0.222** | | 0.186 | 0.196 | 0.237** | 0.188 |
| | (0.146) | (0.144) | (0.096) | | (0.146) | (0.145) | (0.112) | (0.154) |
| Count of Softgels | 0.003*** | 0.003*** | 0.004*** | 0.003*** | 0.003*** | 0.003*** | 0.004*** | 0.003*** |
| | (0.000) | (0.000) | (0.000) | (0.000) | (0.000) | (0.000) | (0.000) | (0.000) |
| Ln(Cost of goods sold) | - | - | - | - | - | - | - | - |
| Year (trend) | | -0.350** | | | | | | |
| | | (0.169) | | | | | | |
| Retailer (Amazon) | | | -0.248*** | | | | | |
| | | | (0.020) | | | | | |
| Quarter 2 | | | | 0.036 | | | | |
| | | | | (0.064) | | | | |
| Quarter 3 | | | | 0.074 | | | | |
| | | | | (0.079) | | | | |
| Quarter 4 | | | | 0.092 | | | | |
| | | | | (0.125) | | | | |
| Year 2016 | | | | | 0.027 | | | |
| | | | | | (0.072) | | | |
| Year 2017 | | | | | -0.050 | | | |
| | | | | | (0.057) | | | |
| Year 2018 | | | | | - | | | |
| Ln(Real botanical supplements market size) | | | | | | -3.641* | | |
| | | | | | | (1.845) | | |
| Units | | | | | | | -0.004*** | |
| | | | | | | | (0.000) | |
| Additional labeling certifications | | | | | | | | -0.018 |
| | | | | | | | | (0.131) |
| Constant | 76.705** | 712.765** | 96.969*** | 71.453** | 76.492** | 131.684*** | 109.859*** | 78.118** |
| | (33.381) | (308.616) | (21.979) | (32.538) | (33.886) | (43.158) | (25.770) | (35.086) |
| Observations | 129 | 129 | 129 | 129 | 129 | 129 | 129 | 129 |
| $R^2$ | 0.492 | 0.512 | 0.783 | 0.469 | 0.512 | 0.510 | 0.706 | 0.493 |
| Adj. $R^2$ | 0.415 | 0.432 | 0.748 | 0.429 | 0.427 | 0.430 | 0.658 | 0.410 |

Standard errors in parentheses
*** p<0.01, ** p<0.05, * p<0.1

Notes:  This table shows regression models of the natural logarithm of monthly average real price.  Estimated real prices are calculated using the Retail Average Price Dataset.
That is, (dollar sales$_t$ / unit sales$_t$) * (CPI$_T$ /CPI$_t$) where T is the last month for which sales data is available (December 2018) and January 2015 $\leq t \leq$ T.

Dr. Daniel Werner
February 21, 2020

EA_535

**Appendix 3C:** Models of the log of monthly average retail price in New Jersey

| VARIABLES | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|---|
| Weight management | 0.082* | 0.092 | 0.006 | 0.076* | 0.130* | 0.115 | 0.027 | 0.078 |
| | (0.043) | (0.069) | (0.042) | (0.040) | (0.075) | (0.074) | (0.039) | (0.100) |
| Appetite control | -0.062 | -0.055 | -0.101* | -0.061 | -0.092 | -0.047 | -0.078 | -0.063 |
| | (0.066) | (0.076) | (0.059) | (0.081) | (0.071) | (0.058) | | (0.073) |
| Ln(Real wage) | -1.008 | -0.714 | -0.254 | -1.109 | 2.442 | 0.433 | -0.038 | -1.020 |
| | (1.307) | (2.100) | (1.177) | (1.258) | (11.691) | (2.939) | (1.162) | (1.342) |
| Ln(Real per capita personal income) | -3.152*** | -3.972 | -3.389*** | -3.040*** | -0.978 | -5.148 | -3.564*** | -3.148*** |
| | (1.166) | (4.706) | (1.039) | (1.104) | (5.241) | (3.826) | (1.022) | (1.179) |
| Ln(Real crude oil price) | 0.022 | 0.020 | -0.042 | 0.022 | 0.188 | 0.037 | -0.044 | 0.022 |
| | (0.091) | (0.093) | (0.083) | (0.086) | (0.161) | (0.096) | (0.081) | (0.092) |
| Month 2 | 0.001 | 0.001 | 0.004 | | 0.002 | 0.002 | 0.001 | 0.001 |
| | (0.052) | (0.052) | (0.046) | | (0.052) | (0.052) | (0.045) | (0.052) |
| Month 3 | 0.063 | 0.065 | 0.036 | | 0.075 | 0.071 | 0.056 | 0.063 |
| | (0.059) | (0.061) | (0.053) | | (0.061) | (0.061) | (0.052) | (0.060) |
| Month 4 | 0.023 | 0.028 | 0.014 | | 0.019 | 0.036 | 0.031 | 0.023 |
| | (0.057) | (0.064) | (0.051) | | (0.064) | (0.062) | (0.050) | (0.058) |
| Month 5 | 0.028 | 0.033 | 0.013 | | 0.019 | 0.041 | 0.026 | 0.028 |
| | (0.052) | (0.060) | (0.047) | | (0.060) | (0.057) | (0.046) | (0.053) |
| Month 6 | -0.001 | 0.005 | -0.013 | | -0.011 | 0.013 | -0.018 | -0.000 |
| | (0.055) | (0.063) | (0.049) | | (0.064) | (0.060) | (0.048) | (0.055) |
| Month 7 | 0.087 | 0.096 | 0.064 | | 0.070 | 0.109 | 0.068 | 0.087 |
| | (0.057) | (0.075) | (0.051) | | (0.077) | (0.070) | (0.050) | (0.058) |
| Month 8 | 0.033 | 0.042 | 0.044 | | 0.022 | 0.056 | 0.008 | 0.034 |
| | (0.055) | (0.074) | (0.049) | | (0.075) | (0.069) | (0.048) | (0.055) |
| Month 9 | -0.001 | 0.009 | 0.006 | | -0.011 | 0.023 | -0.035 | -0.000 |
| | (0.057) | (0.077) | (0.051) | | (0.078) | (0.072) | (0.051) | (0.058) |
| Month 10 | -0.039 | -0.029 | -0.032 | | -0.082 | -0.015 | -0.029 | -0.039 |
| | (0.065) | (0.088) | (0.058) | | (0.097) | (0.078) | (0.057) | (0.066) |
| Month 11 | -0.043 | -0.031 | -0.054 | | -0.078 | -0.014 | -0.095* | -0.043 |
| | (0.058) | (0.089) | (0.052) | | (0.096) | (0.079) | (0.052) | (0.058) |
| Month 12 | -0.007 | 0.004 | -0.017 | | -0.047 | 0.018 | -0.030 | -0.007 |
| | (0.056) | (0.084) | (0.050) | | (0.093) | (0.074) | (0.050) | (0.057) |
| Count of Softgels | 0.003*** | 0.003*** | 0.003*** | 0.003*** | 0.003*** | 0.003*** | 0.004*** | 0.003*** |
| | (0.000) | (0.000) | (0.000) | (0.000) | (0.000) | (0.000) | (0.000) | (0.000) |
| Ln(Cost of goods sold) | - | - | - | - | - | - | - | - |
| Year (trend) | | 0.021 | | | | | | |
| | | (0.118) | | | | | | |
| Retailer (Amazon) | | | -0.115*** | | | | | |
| | | | (0.028) | | | | | |
| Quarter 2 | | | | | -0.000 | | | |
| | | | | | (0.032) | | | |
| Quarter 3 | | | | | 0.023 | | | |
| | | | | | (0.033) | | | |
| Quarter 4 | | | | | -0.045 | | | |
| | | | | | (0.037) | | | |
| Year 2016 | | | | | 0.081 | | | |
| | | | | | (0.079) | | | |
| Year 2017 | | | | | 0.128 | | | |
| | | | | | (0.231) | | | |
| Year 2018 | | | | | - | | | |
| Ln(Real botanical supplements market size) | | | | | | 1.412 | | |
| | | | | | | (2.576) | | |
| Units | | | | | | | -0.008*** | |
| | | | | | | | (0.002) | |
| Additional labeling certifications | | | | | | | | -0.005 |
| | | | | | | | | (0.107) |
| Constant | 40.644*** | 6.156 | 41.408*** | 39.702*** | 5.885 | 26.503 | 42.678*** | 40.643*** |
| | (14.846) | (192.398) | (13.211) | (14.179) | (91.478) | (29.808) | (12.971) | (14.969) |
| Observations | 79 | 79 | 79 | 79 | 79 | 79 | 79 | 79 |
| $R^2$ | 0.668 | 0.669 | 0.742 | 0.645 | 0.677 | 0.670 | 0.751 | 0.668 |
| Adj. $R^2$ | 0.576 | 0.569 | 0.664 | 0.599 | 0.574 | 0.571 | 0.677 | 0.569 |

Standard errors in parentheses
*** $p<0.01$, ** $p<0.05$, * $p<0.1$

Notes:  This table shows regression models of the natural logarithm of monthly average real price.  Estimated real prices are calculated using the Retail Average Price Dataset.  That is, (dollar sales$_t$ / unit sales$_t$) * ($CPI_T$ /$CPI_t$) where T is the last month for which sales data is available (December 2018) and January 2015 $\leq t \leq$ T.

Dr. Daniel Werner
February 21, 2020

**Appendix 3D:** Models of the log of wholesale price in the U.S.

| VARIABLES | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|---|
| Weight management | -0.014 | -0.012 | 0.000 | -0.012 | -0.012 | -0.011 | -0.020 | -0.013 |
| | (0.046) | (0.046) | (0.003) | (0.046) | (0.046) | (0.046) | (0.042) | (0.046) |
| Appetite control | -0.026 | -0.018 | -0.004 | -0.017 | -0.018 | -0.017 | -0.029 | -0.021 |
| | (0.046) | (0.046) | (0.003) | (0.046) | (0.046) | (0.046) | (0.042) | (0.046) |
| Ln(Real wage) | -1.450*** | -0.507 | -0.688*** | -1.587*** | 0.940 | -0.698 | -1.140** | -0.684 |
| | (0.512) | (0.755) | (0.033) | (0.511) | (2.465) | (0.640) | (0.469) | (0.793) |
| Ln(Real per capita personal income) | -0.889*** | -0.120 | -0.859*** | -0.759*** | -1.732* | -0.278 | -0.924*** | -0.947*** |
| | (0.246) | (0.515) | (0.016) | (0.243) | (1.030) | (0.398) | (0.224) | (0.250) |
| Ln(Real crude oil price) | -0.042** | -0.048*** | -0.014*** | -0.048*** | -0.068*** | -0.052*** | -0.051*** | -0.042** |
| | (0.017) | (0.017) | (0.001) | (0.016) | (0.020) | (0.018) | (0.015) | (0.017) |
| Month 2 | -0.025 | -0.027* | -0.000 | | -0.027* | -0.027* | -0.024* | -0.026* |
| | (0.016) | (0.015) | (0.001) | | (0.015) | (0.015) | (0.014) | (0.016) |
| Month 3 | -0.035** | -0.034*** | -0.003*** | | -0.034*** | -0.033*** | -0.016 | -0.031*** |
| | (0.015) | (0.015) | (0.001) | | (0.015) | (0.015) | (0.014) | (0.015) |
| Month 4 | -0.015 | -0.016 | -0.001 | | -0.009 | -0.015 | 0.001 | -0.012 |
| | (0.016) | (0.016) | (0.001) | | (0.016) | (0.016) | (0.014) | (0.016) |
| Month 5 | -0.031* | -0.033** | -0.001 | | -0.026 | -0.032** | -0.028* | -0.029* |
| | (0.016) | (0.016) | (0.001) | | (0.016) | (0.016) | (0.014) | (0.016) |
| Month 6 | -0.031** | -0.032** | -0.004** | | -0.024 | -0.031** | -0.026* | -0.027* |
| | (0.015) | (0.015) | (0.001) | | (0.016) | (0.015) | (0.014) | (0.015) |
| Month 7 | -0.030** | -0.034** | -0.003*** | | -0.022 | -0.033** | -0.025* | -0.027* |
| | (0.015) | (0.015) | (0.001) | | (0.017) | (0.015) | (0.014) | (0.015) |
| Month 8 | -0.039** | -0.041*** | -0.006*** | | -0.030* | -0.040*** | -0.034** | -0.034** |
| | (0.015) | (0.015) | (0.001) | | (0.017) | (0.015) | (0.014) | (0.016) |
| Month 9 | -0.054*** | -0.056*** | -0.007*** | | -0.044*** | -0.055*** | -0.048*** | -0.049*** |
| | (0.016) | (0.016) | (0.001) | | (0.017) | (0.016) | (0.014) | (0.016) |
| Month 10 | -0.044*** | -0.049*** | -0.006*** | | -0.031* | -0.047*** | -0.038*** | -0.039*** |
| | (0.016) | (0.016) | (0.001) | | (0.019) | (0.016) | (0.014) | (0.016) |
| Month 11 | -0.045*** | -0.050*** | -0.008*** | | -0.035** | -0.049*** | -0.044*** | -0.040*** |
| | (0.016) | (0.016) | (0.001) | | (0.018) | (0.016) | (0.014) | (0.016) |
| Month 12 | -0.035** | -0.041** | -0.009*** | | -0.024 | -0.039** | -0.033** | -0.030* |
| | (0.016) | (0.016) | (0.001) | | (0.018) | (0.016) | (0.014) | (0.016) |
| Count of Softgels | 0.006*** | 0.006*** | 0.005*** | 0.006*** | 0.006*** | 0.006*** | 0.006*** | 0.006*** |
| | (0.000) | (0.000) | (0.000) | (0.000) | (0.000) | (0.000) | (0.000) | (0.000) |
| Wholesaler (Vitamin Shope) | | | -0.150*** | | | | | |
| | | | (0.001) | | | | | |
| Wholesaler (General Nutrition Center) | | | -0.198*** | | | | | |
| | | | (0.001) | | | | | |
| Ln(Cost of goods sold) | - | - | - | - | - | - | - | - |
| Year (trend) | | -0.018* | | | | | | |
| | | (0.010) | | | | | | |
| Quarter 2 | | | | | 0.001 | | | |
| | | | | | (0.006) | | | |
| Quarter 3 | | | | | -0.011* | | | |
| | | | | | (0.006) | | | |
| Quarter 4 | | | | | -0.014** | | | |
| | | | | | (0.006) | | | |
| Year 2016 | | | | | -0.031 | | | |
| | | | | | (0.026) | | | |
| Year 2017 | | | | | -0.014** | | | |
| | | | | | (0.006) | | | |
| Year 2018 | | | | | - | | | |
| Ln(Real botanical supplements market size) | | | | | | -0.312* | | |
| | | | | | | (0.160) | | |
| Units | | | | | | | -0.000*** | |
| | | | | | | | (0.000) | |
| Additional labeling certifications | | | | | | | | -0.012 |
| | | | | | | | | (0.009) |
| Constant | 15.850*** | 40.451*** | 13.521*** | 14.817*** | 18.401*** | 14.191*** | 15.423*** | 14.327*** |
| | (1.810) | (14.618) | (0.117) | (1.783) | (4.545) | (1.995) | (1.654) | (2.173) |
| Observations | 478 | 478 | 478 | 478 | 478 | 478 | 478 | 478 |
| $R^2$ | 0.867 | 0.868 | 0.999 | 0.863 | 0.869 | 0.868 | 0.889 | 0.868 |
| Adj. $R^2$ | 0.862 | 0.863 | 0.999 | 0.860 | 0.864 | 0.863 | 0.885 | 0.862 |

Standard errors in parentheses
*** p<0.01, ** p<0.05, * p<0.1

Notes:  This table shows regression models of the natural logarithm of real price.  Estimated real prices are calculated using the Wholesale Transaction Price Dataset.
That is, (price$_t$) * (CPI$_T$ /CPI$_t$ ) where T is the last month for which sales data is available (December 2018) and January 2015 ≤ t ≤ T.

Dr. Daniel Werner
February 21, 2020

**Appendix 3E:** Models of the log of monthly average wholesale price in California.

| VARIABLES | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|---|
| Weight management | 0.002 | 0.011 | -0.010 | -0.039 | 0.010 | -0.025 | -0.021 |
| | (0.028) | (0.029) | (0.024) | (0.035) | (0.032) | (0.016) | (0.066) |
| Appetite control | 0.007 | 0.004 | -0.011 | -0.014 | 0.007 | -0.018 | -0.003 |
| | (0.045) | (0.045) | (0.039) | (0.042) | (0.046) | (0.025) | (0.053) |
| Ln(Real wage) | 4.117 | -3.894 | 6.453 | 5.072 | 1.970 | -0.744 | 4.407 |
| | (5.642) | (9.497) | (4.772) | (7.027) | (3.171) | (5.811) |
| Ln(Real per capita personal income) | -3.503 | -3.270 | -4.757* | -4.273 | -3.318 | -1.080 | -3.607 |
| | (2.833) | (2.835) | (2.412) | (2.650) | (2.906) | (1.592) | (2.906) |
| Ln(Real crude oil price) | 0.134* | 0.127* | 0.093* | 0.035 | 0.137* | 0.076* | 0.138* |
| | (0.067) | (0.068) | (0.054) | (0.076) | (0.069) | (0.038) | (0.070) |
| Month 2 | 0.000 | -0.003 | | 0.003 | -0.002 | 0.022 | 0.001 |
| | (0.029) | (0.029) | | (0.027) | (0.030) | (0.016) | (0.030) |
| Month 3 | 0.014 | 0.020 | | 0.007 | 0.018 | 0.029* | 0.015 |
| | (0.026) | (0.026) | | (0.025) | (0.027) | (0.014) | (0.026) |
| Month 4 | 0.034 | 0.044 | | 0.042 | 0.039 | 0.027 | 0.034 |
| | (0.049) | (0.050) | | (0.046) | (0.051) | (0.027) | (0.050) |
| Month 5 | 0.016 | 0.026 | | 0.032 | 0.021 | 0.016 | 0.015 |
| | (0.054) | (0.055) | | (0.051) | (0.056) | (0.030) | (0.056) |
| Month 6 | 0.043 | 0.045 | | 0.038 | 0.045 | 0.040 | 0.044 |
| | (0.043) | (0.043) | | (0.040) | (0.044) | (0.024) | (0.044) |
| Month 7 | 0.065 | 0.077 | | 0.084* | 0.071 | 0.037 | 0.069 |
| | (0.049) | (0.050) | | (0.046) | (0.051) | (0.027) | (0.051) |
| Month 8 | 0.060 | 0.060 | | 0.065 | 0.060 | 0.030 | 0.065 |
| | (0.043) | (0.043) | | (0.040) | (0.044) | (0.024) | (0.046) |
| Month 10 | 0.003 | 0.004 | | 0.009 | 0.003 | 0.030 | 0.004 |
| | (0.073) | (0.073) | | (0.067) | (0.075) | (0.040) | (0.075) |
| Month 11 | 0.071 | 0.078 | | 0.070 | 0.075 | 0.028 | 0.070 |
| | (0.063) | (0.063) | | (0.058) | (0.064) | (0.035) | (0.064) |
| Month 12 | 0.074 | 0.077 | | 0.086 | 0.075 | 0.026 | 0.077 |
| | (0.063) | (0.063) | | (0.058) | (0.064) | (0.035) | (0.064) |
| Count of Softgels | 0.005*** | 0.005*** | 0.005*** | 0.005*** | 0.005*** | 0.005*** | 0.005*** |
| | (0.000) | (0.000) | (0.000) | (0.000) | (0.000) | (0.000) | (0.000) |
| Ln(Cost of goods sold) | - | - | - | - | - | - | - |
| Year (trend) | | 0.104 | | | | | |
| | | (0.099) | | | | | |
| Quarter 2 | | | 0.046 | | | | |
| | | | (0.033) | | | | |
| Quarter 3 | | | 0.067** | | | | |
| | | | (0.032) | | | | |
| Quarter 4 | | | 0.077 | | | | |
| | | | (0.049) | | | | |
| Year 2016 | | | | -0.061** | | | |
| | | | | (0.029) | | | |
| Year 2017 | | | | -0.025 | | | |
| | | | | (0.027) | | | |
| Year 2018 | | | | - | | | |
| Ln(Real botanical supplements market size) | | | | | 0.596 | | |
| | | | | | (1.124) | | |
| Units | | | | | | -0.000*** | |
| | | | | | | (0.000) | |
| Additional labeling certifications | | | | | | | -0.028 |
| | | | | | | | (0.072) |
| Constant | 28.495* | -161.428 | 35.867** | 34.725** | 18.998 | 15.898* | 28.844* |
| | (15.849) | (182.033) | (13.614) | (15.057) | (24.101) | (8.877) | (16.218) |
| Observations | 37 | 37 | 37 | 37 | 37 | 37 | 37 |
| $R^2$ | 0.984 | 0.985 | 0.980 | 0.987 | 0.984 | 0.995 | 0.984 |
| Adj. $R^2$ | 0.971 | 0.971 | 0.973 | 0.974 | 0.970 | 0.990 | 0.970 |

Standard errors in parentheses
*** p<0.01, ** p<0.05, * p<0.1

Notes:  This table shows regression models of the natural logarithm of monthly average real price.  Estimated real prices are calculated using the Retail Average Price Dataset
That is, (dollar sales / unit sales$_t$) * (CPI$_T$ /CPI$_t$) where T is the last month for which sales data is available (December 2018) and January 2015 ≤ t ≤ T.

Dr. Daniel Werner
February 21, 2020

EXHIBIT 18

EA_539



**SUGGESTED USE:** As a Dietary Supplement take 1 to 3 Liquid Softgels 3 times daily, 30 minutes before a meal with a glass of water.

## Supplement Facts

Serving Size: 3 Capsules
Servings Per Container: 30

| Amount Per Serving | APS | DV* | WLD | DV* |
|---|---|---|---|---|
| Calcium (as hydroxycitrate) | 60 mg | 2% | 180 mg | 6% |
| Potassium (as hydroxycitrate) | 60 mg | 2% | 180 mg | 6% |
| Garcinia cambogia (fruit rind) extract standardized to 65% Hydroxycitric Acid | 500 mg | † | 1,500 mg | † |
| Total (−)-Hydroxycitric Acid | 325 mg | † | 975 mg | † |
| Extra Virgin Organic Coconut Oil | 700 mg | † | 2,100 mg | † |

*Percent Daily Values based on a 2,000 calorie diet.
† Daily Value not established

**Other Ingredients:** Kosher Gelatin, Kosher Vegetable Glycerin, Purified Water, Organic Yellow Beeswax, Kosher GMO Free Sunflower Lecithin, Natural Caramel.

**GLUTEN FREE. Contains NO dairy, egg, peanut, tree nut, fish, soy, shellfish, wheat or yeast.**

**USAGE WARNINGS:** KEEP OUT OF REACH OF CHILDREN AND PETS. DO NOT USE IF SAFETY SEAL IS DAMAGED OR MISSING.

Check with a physician prior to use if you or your family have a history of, or are presently nursing, have existing medical conditions or taking any medications. Discontinue and consult a doctor if any adverse reactions occur. Store at room temperature, tightly closed. Avoid excessive heat.

## SPORTS RESEARCH
BALANCED FOOD FITNESS

### 65% HCA
# GARCINIA CAMBOGIA
SUPPORTS APPETITE CONTROL*

**500 MG**

90 LIQUID SOFTGELS

DIETARY SUPPLEMENT   |   STIMULANT FREE

• **Supports Appetite Control***
• **Healthy Weight Management***
• **Non-Stimulating Formula***

FAST ACTING LIQUID SOFTGELS WITH RAPID RELEASE TECHNOLOGY FOR SUPERIOR ABSORPTION

FORMULATED WITH CALCIUM AND POTASSIUM (AS HYDROXYCITRATES) FOR ENHANCED HCA BIOAVAILABILITY*

GMO FREE & FORMULATED WITHOUT ARTIFICIAL INGREDIENTS, GLUTEN, PRESERVATIVES, SOY OR STEARATES

Distributed By: Sports Research Corp.
784 Chennai St. | San Pedro, CA 90731
(310) 519-1484 | (800) 633-9308

# WWW.SRCFIT.COM

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

0 23249 00091 4

Made in the USA ♻ Please Recycle

SRC 000001

EA_540



**Supplement Facts**

Serving Size: 1 Liquid Softgel
Servings per Container: 90

| | Amount Per Serving | %DV |
|---|---|---|
| Garcinia Cambogia (fruit rind) extract | 500 mg | † |
| (standardize to 65% HCA) | | |
| Total as Garcinia HCA | 325 mg | † |
| Extra Virgin Organic Coconut Oil | 700 mg | † |

† Daily Value Not established

**SUGGESTED USE:** Adults take 1 liquid softgel three times daily 30 minutes before a meal or as directed by a healthcare professional. ♦

**OTHER INGREDIENTS:** Organic Yellow Beeswax, Non-GMO Sunflower Lecithin, Softgel Capsule (kosher gelatin, kosher vegetable glycerin, purified water, natural caramel).

**THIS PRODUCT DOES NOT CONTAIN:** Gluten, dairy, egg, peanut, fish, soy, shellfish, wheat, yeast, fillers, binders, preservatives, artificial ingredients or magnesium stearate.

**ALLERGEN WARNING:** Contains Tree Nuts (Coconut)

**USAGE WARNING:** Keep out of reach of children and pets. Do not used if safety seal is damaged or missing.

**CAUTION:** Check with your doctor before using this product, especially if you are pregnant, nursing, have existing medical conditions or are taking prescription medications. Do not exceed recommended daily intake. Store at room temperature, tightly closed.

♦ Six to Nine of 16 x (¼ ) CJ (b or c) should always be taken in conjunction with a healthy diet and regular exercise program.

---

**SR** SPORTS RESEARCH

# garcinia
## cambogia

made with
## 65% HCA
& coconut oil

**500** MG | **90** SOFTGELS

DIETARY SUPPLEMENT

---

**Sports Research Garcinia Cambogia** with Coconut Oil is standardized to 65% Hydroxycitric acid (HCA) – the active component in Garcinia Cambogia studied for its potential to suppress appetite. Along with diet and exercise, Garcinia Cambogia is a great way to support your overall weight management plan.

• **Supports Appetite Control†**
• **Non-GMO & Gluten Free**
• **Formulated with Coconut Oil**

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

## Satisfaction Guarantee

Track your lot number and view third party independent testing @ SPORTSRESEARCH.COM

Sports Research
784 Channel St.
San Pedro, CA 90731
USA | (310) 519-1484

SPORTSRESEARCH.COM
@SPORTSRESEARCH

0 23249 00091 4

L400-V3   PLEASE ♻ RECYCLE

SRC 000002

EA_541



SRC 000003

EA_542





SRC 000005

EA_544

## Supplement Facts

Serving Size: 1 Liquid Softgel
Servings Per Container: 90

| | Amount Per Serving | %DV† |
|---|---|---|
| *Garcinia cambogia* Extract (fruit)<br>(Standardized to 65% Hydroxycitric Acid) | 500 mg | † |

† Daily Value not established.

**OTHER INGREDIENTS:** Organic Virgin Coconut Oil, Organic Yellow Beeswax, Non-GMO Sunflower Lecithin, Softgel Capsule (Kosher Gelatin, Non-GMO Vegetable Glycerin, Purified Water, Carob).

**ALLERGEN WARNING:** Contains Tree Nuts (Coconut).

**NOT MANUFACTURED WITH:** Milk, Eggs, Fish, Crustacean Shellfish, Peanuts, Wheat, Soy or Gluten. Produced in a third-party, audited and registered cGMP compliant facility that may process other products that contain these allergens or ingredients.

**CAUTION: KEEP OUT OF REACH OF CHILDREN AND PETS.** Consult with a qualified healthcare professional prior to using this product, especially if you are pregnant, nursing, have diagnosed medical conditions, or are taking prescription medications. Do not exceed recommended daily intake. Do not use if safety seal is damaged or missing. Store at room temperature, in a dry place. Protect product from excessive heat, freezing, humidity, and light.

**SUGGESTED USE:** As a Dietary Supplement, healthy adults take one Liquid Softgel 1-3 times daily 30 minutes before meals. Best when taken as directed by a qualified healthcare professional.








igen™
NON-GMO TESTED

SR®

# garcinia
## cambogia

standardized
## 65% HCA
with coconut oil

## 500 MG

## 90 SOFTGELS

DIETARY SUPPLEMENT

**SR® Garcinia Cambogia** with Coconut Oil is standardized to 65% Hydroxycitric Acid (HCA), and should always be taken in conjunction with a healthy diet and exercise program.*

- **Standardized to 65% HCA**
- **IGEN™ Non-GMO Tested**
- **Formulated with Coconut Oil**

*This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

### Satisfaction Guarantee

We offer a full refund on the purchase price of your order (minus shipping costs) within 90 days of purchase. Restrictions apply. Please visit sportsresearch.com for full details.

Track your lot number, and view third party independent testing.
**SPORTSRESEARCH.COM**

DISTRIBUTED BY:
Sports Research
784 Channel St.
San Pedro, CA 90731
(310) 519-1484

Manufactured and Quality Tested in USA.
Ingredients carefully sourced from around the world.

SPORTSRESEARCH.COM
@SPORTSRESEARCH










0 23249 00091 4

L400-V6-0819   PLEASE ♻ RECYCLE   FG169

SRC000872
**EA_545**

EXHIBIT 19

EA_546



SRC 000006





**Sports Research Garcinia Cambogia**
with Coconut Oil is standardized to 65% Hydroxycitric acid (HCA) – the active component in Garcinia Cambogia studied for its potential to suppress appetite. Along with diet and exercise, Garcinia Cambogia is a great way to support your overall weight management plan.*

- **Supports Appetite Control***
- **Non-GMO & Gluten Free**
- **Formulated with Coconut Oil**

**Satisfaction Guarantee**
We offer a full refund on the purchase price of your order (minus shipping) within 90 days of purchase.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

DISTRIBUTED BY:
Sports Research
784 Channel St.,
San Pedro, CA 90731
(310) 519-1484

SPORTS RESEARCH
USA

SPORTSRESEARCH.COM

Track your lot number and view third party independent testing.
HELP.SPORTSRESEARCH.COM

0 23249 00441 7

L491-V3      PLEASE ♻ RECYCLE

**garcinia**
cambogia

made with
**65% HCA**
& coconut oil

**500** MG  |  **180** SOFTGELS

DIETARY SUPPLEMENT

SR SPORTS RESEARCH

**SUGGESTED USE:** Adults take 1 liquid softgel three times daily 30 minutes before a meal or as directed by a healthcare professional.♦

**Supplement Facts**
Serving Size: 1 Liquid Softgel
Servings per Container: 180

| | Amount Per Serving | %DV |
|---|---|---|
| Garcinia Cambogia (fruit rind) extract standardized to 65% HCA+ | 500 mg | † |
| Total Hydroxycitric Acid (HCA) | 325 mg | † |
| Extra Virgin Organic Coconut Oil | 700 mg | † |

† Daily Value not established.

**OTHER INGREDIENTS:** Organic Yellow Beeswax, Non-GMO Sunflower Lecithin, Softgel Capsule (kosher gelatin, kosher vegetable glycerin, purified water, natural caramel).

**THIS PRODUCT DOES NOT CONTAIN:** Gluten, dairy, egg, peanut, fish, soy, shellfish, wheat, yeast, fillers, binders, preservatives, artificial ingredients or magnesium stearate.

**ALLERGEN WARNING:** Contains Tree Nuts (Coconut).

**USAGE WARNINGS:** Keep out of reach of children and pets. Do not use if safety seal is damaged or missing.

**CAUTION:** Check with your doctor before using this product, especially if you are pregnant, nursing, have existing medical conditions or are taking prescription medication. Do not exceed recommended daily intake. Store at 15° to 30°C (59° to 86°F).

♦ Sports Research Garcinia Cambogia should always be taken in conjunction with a healthy diet and regular exercise program.





## Supplement Facts

Serving Size: 1 Liquid Softgel
Servings Per Container: 180

| | Amount Per Serving | %DV |
|---|---|---|
| Garcinia cambogia Extract (fruit) (Standardized to 65% Hydroxycitric Acid) | 500 mg | † |

† Daily Value not established.

**OTHER INGREDIENTS:** Organic Virgin Coconut Oil, Organic Yellow Beeswax, Non-GMO Sunflower Lecithin, Softgel Capsule (Kosher Gelatin, Non-GMO Vegetable Glycerin, Purified Water, Carob).

**NOT MANUFACTURED WITH:** Milk, Eggs, Fish, Crustacean Shellfish, Peanuts, Wheat, Soy or Gluten. Produced in a third-party, audited and registered cGMP compliant facility that may process other products that contain these allergens or ingredients.

**ALLERGEN WARNING:** Contains Tree Nuts (Coconut).

**CAUTION: KEEP OUT OF REACH OF CHILDREN AND PETS.** Contact with a qualified healthcare professional prior to using this product, especially if you are pregnant, nursing, have diagnosed medical conditions, or are taking prescription medications. Do not exceed recommended daily intake. Do not use if safety seal is damaged or missing. Store at room temperature, in a dry place. Protect product from excessive heat, moisture, humidity, and light.

**SUGGESTED USE:** As a Dietary Supplement, healthy adults take one Liquid Softgel 1-3 times daily 30 minutes before meals. Best when taken as directed by a qualified healthcare professional.

◆ Sports Research Garcinia Cambogia should always be taken in conjunction with a healthy diet and regular exercise program.

---

SR™ Garcinia Cambogia with Coconut Oil is standardized to 65% Hydroxycitric Acid (HCA). Along with diet and exercise, Garcinia is a great way to support your overall weight management plan.**

- ◆ **Weight Management Support**
- ◆ **IGEN™ Non-GMO Tested**
- ◆ **Formulated with Coconut Oil**

*These statements have have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

## Satisfaction Guarantee

Track your lot number and view third party independent testing
SPORTSRESEARCH.COM

Sports Research
784 Channel St.
San Pedro, CA 90731
(310) 510-1484

SPORTSRESEARCH.COM
☐☐☐☐ @SPORTSRESEARCH

Manufactured and Quality Tested in USA.
Ingredients carefully sourced from around the world.

L401-V5-0219   PLEASE ♻ RECYCLE   FG170

0  23249  00441  7

---

## SPORTS RESEARCH

# garcinia
## cambogia

standardized
## 65% HCA
with coconut oil

## 500 MG | 180 SOFTGELS

DIETARY SUPPLEMENT

igen NON-GMO TESTED

## Supplement Facts

Serving Size: 1 Liquid Softgel
Servings Per Container: 180

| | Amount Per Serving | %DV† |
|---|---|---|
| Garcinia cambogia Extract (fruit) (Standardized to 65% Hydroxycitric Acid) | 500 mg | |

† Daily Value (DV) not established.

**OTHER INGREDIENTS:** Organic Virgin Coconut Oil, Organic Yellow Beeswax, Non-GMO Sunflower Lecithin. Softgel Capsule (Kosher Gelatin, Non-GMO Vegetable Glycerin, Purified Water, Carob)

**ALLERGEN WARNING:** Contains Tree Nuts (Coconut).

**NOT MANUFACTURED WITH:** Milk, Eggs, Fish, Crustacean Shellfish, Peanuts, Wheat, Soy or Gluten. Produced in a third-party audited and registered cGMP compliant facility that may process other products that contain these allergens or ingredients.

**CAUTION: KEEP OUT OF REACH OF CHILDREN AND PETS.** Consult with a qualified healthcare professional prior to using this product, especially if you are pregnant, nursing, have diagnosed medical conditions, or are taking prescription medications. Do not exceed recommended daily intake. Do not use if safety seal is damaged or missing. Store at room temperature, in a dry place. Protect product from excessive heat, freezing, humidity, and light.

**SUGGESTED USE:** As a Dietary Supplement, healthy adults take one Liquid Softgel 3 times daily, 30 minutes before meals. Best when taken as directed by a qualified healthcare professional.

---

**SR®**

# garcinia
## cambogia



standardized
## 65% HCA
with coconut oil

**500 MG**  |  **180** SOFTGELS

DIETARY SUPPLEMENT

Non-GMO TESTED

---

**SR® Garcinia Cambogia** with Coconut Oil is standardized to 65% Hydroxycitric Acid (HCA), and should always be taken in conjunction with a healthy diet and exercise program.

- **Standardized to 65% HCA**
- **IGEN™ Non-GMO Tested**
- **Formulated with Coconut Oil**

Note: This product has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

## Satisfaction Guarantee

We offer a full refund on the purchase price of your order (minus shipping costs) if returned within 90 days of purchase. Restrictions apply. Please visit sportsresearch.com for full details.

Track your lot number and view third party independent testing.
**SPORTSRESEARCH.COM**

DISTRIBUTED BY:
Sports Research
784 Channel St.
San Pedro, CA 90731
(310) 519-1484

Manufactured and Quality Tested in USA. Ingredients carefully sourced from around the world.

SPORTSRESEARCH.COM
@SPORTSRESEARCH

0  23249  00441  7

L401-V6-1219    PLEASE ♻ RECYCLE    FG170



SRC000873
EA_552

EXHIBIT 20

EA_553

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4     _____
                                       )
 5     FRANK CAPACI and CYNTHIA FORD   )
       on behalf of themselves, all    )
 6     others similarly situated, and  )
       the general public,             )
 7                                      )
                    Plaintiffs,         )
 8                                      )
            vs.                         )    CASE NO.:
 9                                      )    2:19-cv-03440-
       SPORTS RESEARCH CORPORATION,     )    FMO-FFM
10                                      )
                    Defendants.         )
11     _____)
12
13
14
15        VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION OF
16                  DAVID B. ALLISON, PH.D.
17                   Bloomington, Indiana
18                   Monday, July 13, 2020
19                        Volume I
20
21
22
       Job No. 4158957
23     Reported by:
       MONICA M. CLINE
24     RPR, CSR No. 8933
       APPEARING REMOTELY FROM SAN DIEGO COUNTY, CALIFORNIA
25     PAGES 1 - 288

                                              Page 1
```

EA_554

```
 1    REMOTE APPEARANCES:

 2

 3    For Plaintiffs:

 4         RONALD A. MARRON LAW OFFICES

 5         BY:  MICHAEL T. HOUCHIN

 6              LILACH HALPERIN

 7         651 Arroyo Drive

 8         San Diego, California 92103

 9         (619) 969-9006

10         mike@consumersadvocates.com

11         lilach@consumersadvocates.com

12

13    For Defendant Sports Research Corporation:

14         GARCIA RAINEY BLANK & BOWERBANK

15         BY:  JEFFREY M. BLANK

16              HUGO LOPEZ

17         695 Town Center Drive, Suite 700

18         Irvine, California 92626

19         (714) 382-7000

20         jblank@garciarainey.com

21         hlopez@garciarainey.com

22

23

24

25

                                        Page 3
```

```
 1              Now, do you believe that weight management

 2     would be appropriate for an individual who was obese

 3     but is now of a healthy weight following a diet?

 4              MS. HALPERIN:  Objection.  Form.

 5              THE WITNESS:  I think the term "weight        09:56

 6     management," there is no, to my knowledge,

 7     universally accepted meaning of that phrase.  I

 8     think to the average person it probably means most

 9     of the time.  Most of the time, it probably means

10     trying to reduce their weight from a weight they      09:56

11     find higher than the weight they wish they had.  But

12     it could mean other things to individuals at

13     different times.  I think that's -- and I'm sorry, I

14     rambled a bit and I've lost your question.  I

15     apologize.                                            09:57

16        Q    No, that's okay.

17              Now, if an individual has problems

18     controlling his or her appetite, would it be

19     difficult for such individual to maintain their

20     weight?                                               09:57

21        A    I think that's perhaps overly broad.  I

22     would say for some individuals who would fit the

23     terms you have described, yes.  So many individuals

24     have an appetite or essentially desire to eat an

25     amount of calories or food that would lead them to a  09:57
```

Page 30

EA_556

```
 1    higher weight than they wish they had.  And for

 2    those individuals, it's a very -- it's often very

 3    challenging for them to either reduce their weight

 4    or to maintain it if they have already reduced it.

 5    But there can be other people with appetite problems    09:58

 6    in the opposite direction and so on.

 7        Q    Got it.

 8            Now, if an individual is looking to

 9    maintain their weight, may they try to find ways to

10    control their appetite?                                 09:58

11        A    Some individuals might.

12        Q    Have you written any articles or papers

13    related to appetite control specifically?

14        A    I'd have to go back through my CV and

15    check.  I may have written some.                        09:58

16        Q    Okay.  Would you agree that to lose weight,

17    energy expenditure must exceed energy intake?

18        A    Not strictly speaking.  For practical

19    purposes and large amounts of weight, yes.  But for

20    more modest amounts of weight change, not              09:59

21    necessarily.

22        Q    And what would it depend on when you say

23    not necessarily?

24        A    Body weight is a function of -- body weight

25    is a function of body composition that is the          09:59
```

Page 31

 1      Q    Yeah.

 2           One way for individuals to reduce their

 3      pre-weight-loss energy intake would be to decrease

 4      their food intake?

 5      A    Unless they engage in photosynthesis, that      10:03

 6      is the only way.

 7      Q    Okay.  To achieve energy balance at a new

 8      lower body weight, an individual could decrease food

 9      intake; is that right?

10      A    That would be one input into energy            10:03

11      balance.

12      Q    What would be other inputs?

13      A    The other input would be energy

14      expenditure, which has several sources.

15      Q    Such as what?                                  10:03

16      A    Physical activity, adaptive thermogenesis,

17      shivering, resting metabolic rate.

18      Q    Okay.  Now, "weight management" is a

19      separate and distinct term from "weight loss," would

20      you agree?                                          10:04

21      A    I would say it's a separate term.  As I

22      have mentioned earlier, I think "weight management"

23      is not a very precisely defined term.  It's a sort

24      of loose language that's used to mean lots of

25      things.  So I'm not sure distinct fits it well, but  10:04

                                                        Page 34

1    Q    And some compounds can then be lipophobic

2    or lipophilic when interacting with other

3    substances; is that right?

4    A    I certainly know that some compounds can be

5    lipophilic.  I'm not familiar with lipophobicity,          11:34

6    but certainly plausible.

7    Q    Now, if a randomly controlled trial -- or

8    if a randomized -- if an RCT is not using a specific

9    product in question, then such trial will not be

10   probative for determining the efficacy of that           11:34

11   specific product with respect to the claims at issue

12   for that product?

13        Do you agree with that?

14   A    I think we've already gone over that.  And

15   I would say that what the scientific community would      11:35

16   generally say, that for an affirmative claim about

17   the positive effects of a particular product, that

18   is true.  The scientific community would not accept

19   studies of other similar but not the same product as

20   probative.                                                11:35

21   Q    Okay.

22   A    In contrast, if absent studies of the exact

23   product, I think the scientific community would look

24   to studies of highly similar products, and that's

25   where some judgment is involved to say that absent        11:35

                                                    Page 85

```
 1    the effects on weight?

 2        A    I'm not sure I'd go quite that far since I

 3    do quote some material on appetite effects.  And I'd

 4    have to go back to my own report and refresh my

 5    memory and summarize that.                            01:29

 6        Q    Would you agree that differences between

 7    individuals can affect one's weight?

 8        A    I think that's almost certainly true if I

 9    understand the question correctly, that some people

10    have different genes and different sexes and          01:29

11    different heights, and those things can affect

12    weight, certainly true.

13             Is that what you mean?

14        Q    Yeah.  So in analyzing the product's

15    effectiveness for weight loss or weight management,   01:30

16    could these individual differences affect the

17    results?

18        A    You're asking could the results of the

19    effects of a product be different for different

20    people; is that correct?  Is that what you're asking  01:30

21    me?

22        Q    Yeah, I phrased it differently, but it's

23    the same question, sure.

24        A    Yes, the effects of a product or substance

25    can be different and can differ across people,        01:30
```

Page 150

1     certainly.

2         Q     And can insulin levels be one of those

3     factors that could cause different results?

4         A     Back to what we talked about earlier, what

5     could it cause, if what you mean is is it                    01:30

6     conceivable, yes.  Can I rule it out sitting here

7     today, no.  Does that mean that it does or under

8     some circumstances it does, I don't know.

9         Q     Okay.  And with that in mind, I'll just you

10    some other examples, and if you can just say yes or          01:31

11    no that it can conceivably affect the results.

12            Blood glucose levels?

13        A     Conceivable.

14        Q     Genetics?

15        A     Conceivable.                                       01:31

16        Q     Smoking?

17        A     Conceivable.

18        Q     Use of alcohol?

19        A     Conceivable.

20        Q     Prescription medication?                           01:31

21        A     Conceivable.

22        Q     Use of other dietary supplements?

23        A     Conceivable.

24        Q     Thyroid conditions?

25        A     Conceivable.                                       01:31

                                                    Page 151

EA_561

```
 1        Q    Diseases?

 2        A    Conceivable.

 3        Q    Pregnancy?

 4        A    Conceivable.

 5        Q    Temperature change?                        01:31

 6        A    Conceivable.

 7        Q    Well, you've written a piece before about

 8    how temperature change can affect one's weight.

 9             Do you recall that?

10        A    I do.                                       01:32

11        Q    And --

12        A    But that's not what we were discussing a

13    moment ago, at least as I understood it.  I thought

14    you were asking me is it possible that those things

15    could affect the effect of a treatment or substance   01:32

16    on weight.

17        Q    Yeah.

18        A    And both of those things affect weight

19    itself.

20        Q    Yeah.                                       01:32

21             Totally new question.  We want to go fast.

22    We want to get out of here early.  We want to have a

23    nice dinner.  Lilach wants to have dinner.  So I was

24    trying to move things along.  I like those.  Those

25    were good.  Those were good.                         01:32
```

Page 152

```
 1            So temperature change and weight, there's

 2     an association, yes?

 3        A    I don't know if there is an association.

 4     There's a line of evidence that suggests that

 5     ambient temperature may be an important factor on       01:33

 6     individual and population weights.

 7        Q    What about race?

 8        A    Race is very clearly associated with

 9     obesity levels.

10        Q    What do you mean by that, as a nonexpert --    01:33

11        A    The probability of -- the probability of

12     being obese or, stated more generally, the

13     population distribution body mass index as well as

14     indicators of fatness and distributions of fatness

15     vary by race.                                           01:33

16        Q    Okay.

17        A    So, for example, in the United States,

18     African American women have a much higher degree --

19     high probability of being obese than do women of

20     European ancestry.  That's just one example.  There    01:33

21     are many others.

22        Q    Okay.  You haven't seen any -- other than

23     the label -- you reviewed the product label for this

24     case; is that right?

25        A    I think I did at the beginning.  I don't        01:34
```

Page 153

EA_563

```
 1        Q     And nowhere on the Sports Research product

 2   label you reviewed is fat burning mentioned; is that

 3   right?

 4        A     Not that I'm aware of today.

 5        Q     Okay.  And nowhere is curbing appetite tied      02:24

 6   to weight loss on the label; is that right?

 7        A     That I would not go so far as to say.  I

 8   think that gets into some nuances of wording and

 9   interpretation.  So --

10        Q     An explicit term may go -- I'll just ask         02:25

11   you this.

12             The term "weight loss" does not appear on

13   the Sports Research label; correct?

14        A     Give me a moment.

15             It does not appear in the claims that I           02:25

16   have quoted in Paragraph 49 of my report.  Whether

17   it appears elsewhere, I cannot say.

18        Q     Okay.  Will you opine that -- let me strike

19   that.

20             If you were designing a randomly controlled       02:26

21   trial to test the proposition that the product will

22   help consumers to maintain their healthy body

23   weight, what type of participants would you seek for

24   a randomly controlled trial of that nature to test

25   that proposition?                                           02:26
```

                                                    Page 183

```
 1              MS. HALPERIN:  Objection.

 2              THE WITNESS:  To maintain --

 3              MS. HALPERIN:  Outside the scope of the

 4      expert's assigned task.

 5              You can answer.                              02:26

 6              THE WITNESS:  If it was to maintain a

 7      healthy body weight, you can only maintain something

 8      if you had already obtained it.  So we would have to

 9      start with people who have a healthy body weight, we

10      would need to define that.  There are reasonable      02:27

11      ways to do that.

12              So at minimum we would define -- we would

13      obtain people who were currently at a healthy body

14      weight, and then we would follow them over time and

15      randomly assign -- perhaps not half, but some         02:27

16      proportion to receive the treatment and some the

17      control, the placebo, and we would follow them over

18      time and measure their weight.

19              And we may be doing many other things.  We

20      might, for example, intentionally get people who had  02:27

21      just lost a lot of weight as thinking those are the

22      most apt.  We might get people who are at high risk

23      for weight gain for another reason.  We might just

24      get a general example, depending on what we're

25      interested in.                                        02:27
```

                                                Page 184

```
 1              DECLARATION UNDER PENALTY OF PERJURY

 2

 3           I, DAVID B. ALLISON, PH.D., do hereby

 4     declare under penalty of perjury that I have read

 5     the foregoing transcript; that I have made any

 6     corrections as appear noted, in ink, initialed by

 7     me, or attached hereto; that my testimony as

 8     contained herein, as corrected, is true and correct.

 9

10           EXECUTED this _____ day of _____

11     2020, at _____, _____.

12                   (City)                  (State)

13

14

15

16                    _____

17                    DAVID B. ALLISON, PH.D.

18                    VOLUME I

19

20

21

22

23

24

25

                                          Page 287
```

```
 1

 2            I, the undersigned, a Certified Shorthand

 3    Reporter of the State of California, do hereby

 4    certify:

 5            That the foregoing proceedings were taken

 6    before me remotely at the time and place herein set

 7    forth; that any witnesses in the foregoing

 8    proceedings, prior to testifying, were remotely

 9    placed under oath; that a verbatim record of the

10    proceedings was made by me using machine shorthand

11    which was thereafter transcribed under my direction;

12    further, that the foregoing is an accurate

13    transcription thereof.

14            I further certify that I am neither

15    financially interested in the action nor a relative

16    or employee of any attorney of any of the parties.

17            IN WITNESS WHEREOF, I have this date

18    subscribed my name.

19

20    Dated:  7/23/2020

21

22

23

               MONICA M. CLINE

24             RPR, CSR NO. 8933

25
```

Page 288

EA_567

EXHIBIT 21

EA_568

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FRANK CAPACI and CYNTHIA FORD
on behalf of themselves, all others
similarly situated, and the general public,

                                    Plaintiffs,

        v.


SPORTS RESEARCH, INC., a California
Corporation.


                                    Defendant.

Civil Action No 2:19-cv-03440-FMO-FFM


**ADDENDUM TO EXPERT REPORT OF SAMANTHA IYENGAR, Ph.D.**

1.      I submit this report as an addendum to my Expert Report dated January 24, 2020 ("Iyengar Report") in further support of my opinions stated therein.

**A.  Factors Influencing Purchase of Garcinia Cambogia: Statements or Descriptions on Product Label**

2.      As noted in Table 8 of the Iyengar Report, only 102 of all 532 respondents in my study (19.2 percent) and 18 of 93 Sports Research purchasers (19.4 percent) identified "statements or descriptions on the product label" as a factor that influenced their decision to purchase a specific brand of Garcinia Cambogia supplement.

3.      My continued analysis of the study data revealed that, among the group of 102 respondents who indicated that "statements or descriptions on the product label" were influential in their decision to purchase Garcinia Cambogia, a majority (90 percent) also selected other factors, such as availability at a store or online retailer, product descriptions or reviews on third party websites, brand name and reputation, and price, among other things. Only 10 percent of all respondents selected "statements or descriptions on the product label" as the only factor that influenced their decision to purchase Garcinia Cambogia.  Responses for this group of 102 respondents are shown below in **Table A**.

1

**Table A**

**Factors Influencing the Decision to Purchase Brand of Garcinia Cambogia**
**Among all respondents who selected "statements or descriptions on the product label**
**as a factor that influenced purchase decision**

*Q11. You may have already mentioned this, but which of the following, if any, influenced*
*your decision to purchase **[INSERT BRAND]** Garcinia Cambogia?*

| Reason | Obs | Percent |
|---|---|---|
| Availability at store / online retailer | 37 | 36.3 |
| Product description or reviews on third party websites (e.g., Amazon) | 37 | 36.3 |
| Brand name / reputation | 36 | 35.3 |
| Price | 32 | 31.4 |
| Information on [INSERT BRAND]'s website | 29 | 28.4 |
| Size of container / quantity | 26 | 25.5 |
| Look and design of the package or label | 23 | 22.5 |
| Recommendation from a family member or friend | 23 | 22.5 |
| Sale or promotion | 21 | 20.6 |
| Previous experience with Garcinia Cambogia | 14 | 13.7 |
| Recommendation from a healthcare professional | 14 | 13.7 |
| Recommendation from a personal trainer or fitness professional | 8 | 7.8 |
| Other (Please specify) | 0 | 0.0 |
| None of these | 0 | 0.0 |
| Don't know / unsure | 0 | 0.0 |
| Statements or descriptions on the product label ONLY | 11 | 10.8 |
| **N:** | **102** | |

Notes:
   Total may be greater than 100 percent because respondents could select multiple answers.

Source:
   Exhibit E - NERA Dietary Supplement Survey

4.    Furthermore, among the 18 Sports Research purchasers who indicated "statements or descriptions on the product label" as influential in their decision to purchase Garcinia Cambogia, only 2 respondents (out of 93 Sports Research purchasers) selected "statements or descriptions on the product label" as the only factor that influenced their decision to purchase Sports Research Garcinia Cambogia.  The remaining 16 Sports Research purchasers in this group also selected other factors, such as availability at a store or online retailer, product descriptions or reviews on third party websites, brand name and reputation, price, and previous experience with Garcinia Cambogia.  Responses for this group of 18 respondents are shown below in **Table B**.

2

**Table B**

**Factors Influencing Decision to Purchase Sports Research Garcinia Cambogia**

**Among Sports Research purchasers who selected "statements or descriptions on product label" as a factor that influenced their purchase decision**

*Q11. You may have already mentioned this, but which of the following, if any, influenced your decision to purchase* **Sports Research** *Garcinia Cambogia?*

| Reason | | Obs | Percent |
|---|---|---|---|
| Brand name / reputation | | 10 | 55.6 |
| Size of container / quantity | | 9 | 50.0 |
| Availability at store / online retailer | | 8 | 44.4 |
| Product description or reviews on third party websites (e.g., Amazon) | | 8 | 44.4 |
| Recommendation from a family member or friend | | 8 | 44.4 |
| Information on [INSERT BRAND]'s website | | 7 | 38.9 |
| Recommendation from a healthcare professional | | 6 | 33.3 |
| Recommendation from a personal trainer or fitness professional | | 6 | 33.3 |
| Look and design of the package or label | | 6 | 33.3 |
| Sale or promotion | | 5 | 27.8 |
| Price | | 3 | 16.7 |
| Previous experience with Garcinia Cambogia | | 3 | 16.7 |
| Other (Please specify) | | 0 | 0.0 |
| None of these | | 0 | 0.0 |
| Don't know / unsure | | 0 | 0.0 |
| Statements or descriptions on the product label ONLY | | 2 | 11.1 |
| | N: | 18 | |

Notes:

    Total may be greater than 100 percent because respondents could select multiple answers.

Source:

    Exhibit E - NERA Dietary Supplement Survey

3

EA_572

**B.  Factors Influencing Purchase of Garcinia Cambogia: Specific Statements on Product Label**

5.      As noted in ¶30 of the Iyengar Report, respondents who indicated that their purchase was influenced by the product label were asked to identify the specific information that influenced their purchase decision.  My continued analysis of the study data revealed that only 65 of 532 respondents (12.2 percent) indicated that "hydroxycitric acid (HCA)," "weight management," and/or "appetite suppression" were influential in their decision to purchase Garcinia Cambogia.

6.      Among this group of 65 respondents who selected one or more of the 3 statements at issue, a majority also selected other statements, such as all natural, dietary supplement, maximum strength, 100% pure, and made in USA, among other statements.  In fact, only 8 respondents (12.3 percent of the 65 or 1.5 percent of all 532 respondents) selected "hydroxycitric acid (HCA)," "weight management," and/or "appetite suppression" as the <u>only</u> statement (or statements) on the product label that influenced their decision to purchase Garcinia Cambogia.  Responses for this group of 65 respondents are shown below in **Table C**.

4

**Table C**

**Factors Influencing Decision to Purchase Garcinia Cambogia**
**Among all respondents who indicated that statements regarding Hydroxycitric Acid (HCA),**
**Weight Management, or Appetite Suppression on the label influenced their purchase decision**

*Q13. You may have already mentioned this, but which of the following statements or product descriptions on the label,*
*if any, do you recall as having influenced your decision to purchase [INSERT BRAND] Garcinia Cambogia?*
**(Please select all that apply)**

| Reason | Obs | Percent |
|---|---|---|
| All Natural | 28 | 43.1 |
| Dietary supplement | 25 | 38.5 |
| Maximum strength | 24 | 36.9 |
| 100% Pure | 22 | 33.8 |
| Made in the USA | 21 | 32.3 |
| 90-day satisfaction guarantee | 17 | 26.2 |
| Non-GMO | 14 | 21.5 |
| Organic | 11 | 16.9 |
| Non-stimulating | 10 | 15.4 |
| Gluten free | 7 | 10.8 |
| Allergen free | 6 | 9.2 |
| Third-party tested | 6 | 9.2 |
| Dairy free | 5 | 7.7 |
| Made with coconut oil | 5 | 7.7 |
| Vegetarian / vegan | 3 | 4.6 |
| Other (Please Specify) | 0 | 0.0 |
| None of these | 0 | 0.0 |
| Don't know / unsure | 0 | 0.0 |
| HCA, Appetite, Weight Management Respondents ONLY | 8 | 12.3 |
| | N: 65 | |

Notes:
   Total may be greater than 100 percent because respondents could select multiple answers.

Source:
   Exhibit E - NERA Dietary Supplement Survey

7.      As noted in ¶55 of the Iyengar Report, Sports Research purchasers who indicated that they were influenced by the product label were also asked to select from a list of statements or product descriptions on the label that influenced their decision to purchase the product.   In response to this question, only 10 respondents out of 93 (approximately 11 percent) selected "studied for its potential to suppress appetite," "supports your weight management plan," and/or "hydroxycitric acid (HCA)" as influential to their decision to purchase Sports Research brand Garcinia Cambogia.

5

8. My continued analysis of the study data revealed that all 10 Sports Research purchasers who selected one of the 3 statements at issue indicated that their purchase decision was influenced by <u>other</u> factors (in addition to the contested statements), such as made in the USA, 100% pure, all natural, maximum strength and non-GMO, among other statements. Responses for this group of 10 respondents are shown below in **Table D**.

### Table D
### Factors Influencing Decision to Purchase Sports Research Garcinia Cambogia
### Among Sports Research respondents who indicated that statements regarding Hydroxycitric Acid (HCA), Weight Management, or Appetite Suppression on the label influenced purchase decision

*Q13. You may have already mentioned this, but which of the following statements or product descriptions on the label, if any, do you recall as having influenced your decision to purchase Sports Research Garcinia Cambogia?*
***(Please select all that apply)***

| Reason | Obs | Percent |
|---|---|---|
| Made in the USA | 6 | 60.0 |
| 100% Pure | 5 | 50.0 |
| All Natural | 5 | 50.0 |
| Maximum strength | 5 | 50.0 |
| Non-GMO | 5 | 50.0 |
| 90-day satisfaction guarantee | 4 | 40.0 |
| Dietary supplement | 4 | 40.0 |
| Dairy free | 3 | 30.0 |
| Made with coconut oil | 3 | 30.0 |
| Organic | 3 | 30.0 |
| Gluten free | 2 | 20.0 |
| Non-stimulating | 2 | 20.0 |
| Third-party tested | 2 | 20.0 |
| Allergen free | 1 | 10.0 |
| Vegetarian / vegan | 1 | 10.0 |
| Other (Please Specify) | 0 | 0.0 |
| None of these | 0 | 0.0 |
| Don't know / unsure | 0 | 0.0 |
| HCA, Appetite, Weight Management Respondents ONLY | 0 | 0.0 |
| **N:** | **10** | |

Notes:
Total may be greater than 100 percent because respondents could select multiple answers.

Source:
Exhibit E - NERA Dietary Supplement Survey

6

### C.  Sports Research Purchasers' Perceptions of Product Effectiveness

9.     As noted in ¶47 of the Iyengar Report, respondents were asked directly about their perceptions of the effectiveness of a particular brand of Garcinia Cambogia. Overall, the majority of respondents indicated that their brand was "just as effective" as other brands of Garcinia Cambogia.  And, when asked about how they would find information on the effectiveness of a particular brand of Garcinia Cambogia, respondents indicated that they would consult a variety of sources, such as product reviews or search for product information online.

10.    My continued analysis of the study data revealed that the majority of Sports Research purchasers (59.1 percent or 55 out of 93) rated the brand as "more effective" than other brands of Garcinia Cambogia.  These responses are shown below in **Table E**.

<div align="center">

**Table E**
**Effectiveness of Garcinia Cambogia Brand**
**Among All Respondents**

*Q16. If you have an opinion, do you think [INSERT BRAND] Garcinia Cambogia is...?*

</div>

| Reason | | Obs | Percent | Sports Research Purchasers Only | |
|---|---|---|---|---|---|
| | | | | Obs | Percent |
| More effective than other brands of Garcinia Cambogia | | 159 | 29.9 | 55 | 59.1 |
| Just as effective as other brands of Garcinia Cambogia | | 267 | 50.2 | 35 | 37.6 |
| Less effective than other brands of Garcinia Cambogia | | 18 | 3.4 | 0 | 0.0 |
| Don't know / unsure | | 88 | 16.5 | 3 | 3.2 |
| | N: | 532 | | 93 | |

Source:
   Exhibit E - NERA Dietary Supplement Survey

11.    As noted in ¶34 of the Iyengar Report, respondents were next asked an open-ended question as a follow up regarding their beliefs about the effectiveness of a particular brand of Garcinia Cambogia.  In my continued analysis of the study data, responses for the 55 Sports Research purchasers who rated the brand as "more effective" were coded for themes.  As shown in **Table F** below, the majority (56.4 percent) of this group indicated that their belief about the effectiveness of the product was rooted in prior experience with the product.   No respondent in

7

**EA_576**

this group mentioned the product label in response to this question. Only 3 Sports Research purchasers (3.2 percent of 93) mentioned themes related to the statements at issue (specifically: "weight loss") in response to this question.

**Table F**
**Effectiveness of Garcinia Cambogia Brand**
**Among Sports Research Purchasers**

*Q17. What makes you say that [Sports Research Garcinia Cambogia is more effective than other brands of Garcinia Cambogia]?*

| Reason | Obs | Percent |
|---|---|---|
| Past experience with the product / results / works | 31 | 56.4 |
| Reviews | 4 | 7.3 |
| Brand name | 3 | 5.5 |
| Research (general) | 1 | 1.8 |
| Ingredients | 5 | 9.1 |
| Mentions of product label or Sports Research website | 0 | 0.0 |
| Hydroxycitric acid, weight management, and/or appetite suppression | 3 | 5.5 |
| Don't know / no comment | 3 | 5.5 |
| Other | 14 | 25.5 |
| **N:** | **55** | |

Note:
   Total may be greater than 100 percent because free responses could be coded into multiple categories.

Source:
   Exhibit E - NERA Dietary Supplement Survey

12.    My opinions and conclusions as expressed in this report are to a reasonable degree of professional certainty.  My work is ongoing and my opinions will continue to be informed by any additional material that becomes available to me.  I reserve the right to supplement my opinions in response to rebuttal reports and/or testimony put forward by Plaintiffs.

Executed this 2nd day of July, 2020, in Gilroy, CA.

Samantha Iyengar, Ph.D.

8



4 Embarcadero Center
Suite 400
San Francisco, CA 94111-4156
Mobile: 810 265 2567
Samantha.Iyengar@nera.com
www.nera.com

# SAMANTHA IYENGAR, Ph.D.

## ASSOCIATE DIRECTOR

Dr. Iyengar is an Associate Director based in NERA's San Francisco office. She specializes in survey research, sampling, and statistical analysis, and has applied her expertise to matters involving class action, intellectual property and other litigation, as well as market research and criminal justice issues. Dr. Iyengar's work has involved survey design and application, sample design and estimation, data management and statistical analysis.

Dr. Iyengar has worked on a variety of survey and sampling projects for litigation and arbitration, including false advertising, purchase and use behaviors, likelihood of confusion, patent issues, wage and hour, and other issues involving consumer perceptions and behavior. She has designed, implemented, reviewed, and analyzed samples and surveys for a variety of litigation matters, including product liability and mass torts.  She has submitted expert reports relied upon in mediation and litigation matters and offered testimony at deposition. She also has experience using discrete choice methodology, such as conjoint and MaxDiff surveys, to quantify consumer demand for particular characteristics and features that make up individual products or services.

Dr. Iyengar previously applied her survey research and sampling expertise on a number of projects, including an institutional quality assessment and statistical analyses of labor market indicators, and violent crime and imprisonment rates using data from the Bureau of Justice Statistics (including the National Crime Victimization Survey), US Census, and other government surveys.

Dr. Iyengar previously served as an Assistant Professor of Criminal Justice at the University of Michigan-Flint and Assistant Professor of Sociology at the University of Idaho. She taught courses including Methods of Social Research, Introduction to Criminal Justice, Corrections, Juvenile Delinquency, and Criminological Theory.

## Education

**University of Iowa**
Ph.D., Sociology, (2012)
M.A., Sociology, (2008)

**University of Montana**
M.A., Sociology, (2007)
B.A., Sociology and Anthropology, (2005)

## Professional Experience

|  | **NERA Economic Consulting** |
| --- | --- |
| 2020-Present | Associate Director |
| 2018-2020 | Senior Consultant |
| 2014-2018 | Consultant |
|  | **University of Michigan–Flint** |
| 2013-2014 | Assistant Professor, Department of Sociology, Anthropology & Criminal Justice |
|  | **University of Idaho** |
| 2012-2013 | Assistant Professor, Department of Sociology & Anthropology |
|  | **University of Iowa** |
| 2011-2012 | Ballard and Seashore Dissertation Fellow |
| 2007-2011 | Research and Teaching Assistant, Department of Sociology |
|  | **University of Montana** |
| 2006-2007 | Research Assistant, Department of Academic Affairs |
| 2005-2006 | Research and Teaching Assistant, Department of Sociology |

## Expert Analysis and Testimony

*TeamSnap, Inc. v. Team Mates PTY. LTD., United States District Court, District of Colorado* [Expert Report: December 2019; Supplemental and Rebuttal Expert Report: January 2020; Deposition: February 2020]

*Capaci et al. v. Sports Research, Inc., United States District Court, Central District of California* [Expert Report: January 2020]

*Chloe Coscarelli, Chef Chloe, LLC, CC Hospitality Holdings LLC, and CKC Sales, LLC v. ESquared Hospitality LLC and BC Hospitality Group LLC (f/k/a CCSW LLC), United States District Court, Southern District of New York* [Expert Report: November 2019]

*Department of Health and Human Services, Food and Drug Administration Docket No. FDA-2019-N-3065 ("Tobacco Products; Required Warnings for Cigarette Packages and Advertisements"), Comment from RAIS Services Company* [Expert Report: October 2019]

*John Doe v. Syracuse University, United States District Court, Northern District of New York* [Expert Report: September 2019]

*Britton v. ServiceLink Field Services, LLC, United States District Court, Eastern District of Washington* [Expert Report: May 2019]

*Weeks et al., v. Google LLC, United States District Court, Northern District of California, San Jose Division* [Expert Report: January 2019]

*Republic Technologies (NA), LLC and Republic Tobacco, L.P. v. BBK Tobacco & Foods, LLP d/b/a HBI International, United States District Court, Northern District of Illinois* [Expert Report: April 2018; Deposition: May 2018]


## Publications

"Survey Response Bias and the 'Privacy Paradox': Evidence from a Discrete Choice Experiment." 2020. *Applied Economics Letters*, DOI: 10.1080/13504851.2020.1770183 (co-authored with Garrett Glasgow and Sarah Butler)

"Gender and Crime." In *International Encyclopedia of Social and Behavioral Sciences, 2nd edition*. Oxford, UK: Elsevier. (co-authored with Karen Heimer and Stacy De Coster)

"Book Review: Breaking Women: Gender, Race, and the New Politics of Imprisonment. By Jill A. McCorkel." 2014. *Gender & Society*, 28:  789-791.

 "Girls, Gender, and Delinquency." Pp. 313-330 in *The Oxford Handbook of Criminological Theory*, edited by Cullen, Francis T. and Pamela Wilcox. New York: Oxford University Press. (co-authored with Karen Heimer and Stacy De Coster)


## Presentations

"Use of Survey Sampling to Test Causal Claims in Class Action Litigation" (December 2019) *Knowledge Group Webinar*

"Class Certification and Damages in Consumer Class Actions: Conjoint Survey and Hedonic Regression" (April 2016) with Paul Gale, Esq. and Dr. Denise Martin. *NERA Economic Consulting*

 "The Use of Surveys and Sampling in Intellectual Property and Class Action Litigation" (October 2015). *Blakes, Toronto*

"Patterns of Educational Disadvantage and Imprisonment by Race: A Macro-Level Analysis" (November 2014) *American Society of Criminology*

"The Effects of Labor Market Opportunities, Minority Group Presence and Political Ideology on Imprisonment Rates" (March 2012) *Academy of Criminal Justice Sciences*

"Economic Disadvantage, Welfare Spending, and Gendered Arrests for Violence: An Analysis of Cities over Time" with Karen Heimer (November 2010) *American Society of Criminology*

## Grants and Fellowships

Samantha R. Cumley and Karen Heimer. 2011-2012. "Doctoral Dissertation Research: Local Labor Markets, Politics and Imprisonment: The Effects of Labor Market Opportunities, Minority Presence, & Political Ideology on Imprisonment." Dissertation Improvement Award, National Science Foundation.

Ballard Seashore Dissertation Fellowship, University of Iowa (2011 – 2012)

Quantitative Data Analysis Fellowship, Bureau of Justice Statistics (Summer 2011)

## Professional Affiliations

Member, American Association for Public Opinion Research (AAPOR), American Statistical Association (ASA)

July 2020

# ATTORNEYS EYES ONLY—CONFIDENTIAL

EA_583 - EA_623
REDACTED FROM PUBLIC FILING

# EXHIBIT 22

# ATTORNEYS EYES ONLY— CONFIDENTIAL

## EA_625 - EA_640
REDACTED FROM PUBLIC FILING

# EXHIBIT 23

EXHIBIT 24

EA_641

Case 2:19-cv-03440-FMO-FFM Document 59-3 Filed 08/14/20 Page 585 of 682 Page ID
#:4230
Case 5:16-cv-00189-JGB-SP Document 59-3 Filed 08/02/16 Page 585 of 682 Page ID
#:4230

1  **LAW OFFICES OF**
   **RONALD A. MARRON**
2  RONALD A. MARRON (SBN 175650)
3  *ron@consumersadvocates.com*
   SKYE RESENDES (SBN 278511)
4  *skye@consumersadvocates.com*
5  MICHAEL T. HOUCHIN (SBN 305541)
   *mike@consumersadvocates.com*
6  651 Arroyo Drive
7  San Diego, California 92103
   Telephone: (619) 696-9006
8  Facsimile: (619) 564-6665

9  *Attorneys for Plaintiff*
   *and the Proposed Class*
10

11              **UNITED STATES DISTRICT COURT**

               **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
12

13 | VEDA WOODARD, TERESA RIZZO- ) Case No.: 5:16-cv-00189-JGB-SP
   | MARINO, and DIANE MORRISON on )
14 | behalf of themselves, all others similarly ) **CLASS ACTION**
   | situated, and the general public, )
15 |                                            ) **FIRST AMENDED COMPLAINT**
16 |          Plaintiffs, )
   |                                            ) **Demand for Jury Trial**
17 |          v. )
   |                                            )
18 | LEE LABRADA; LABRADA )
   | BODYBUILDING NUTRITION, INC.; )
19 | LABRADA NUTRITIONAL )
   | SYSTEMS, INC.; DR. MEHMET C. )
20 | OZ, M.D.; ENTERTAINMENT )
   | MEDIA VENTURES, INC. d/b/a OZ )
21 | MEDIA; ZOCO PRODUCTIONS, )
22 | LLC; HARPO PRODUCTIONS, INC; )
   | SONY PICTURES TELEVISION, INC; )
23 | NATUREX, INC.; and INTERHEALTH )
24 | NUTRACEUTICALS, INC.; )
   |                                            )
25 |                                            )
   |          Defendants. )
26 |                                            )

27

28

                              i

1

# **TABLE OF CONTENTS**

JURISDICTION AND VENUE ............................................................................- 1 -

NATURE OF THE ACTION ...............................................................................- 1 -

THE PARTIES ....................................................................................................- 12 -

A.   The Plaintiffs and Proposed Class Representatives .......................................- 12 -

   i.   Plaintiff Veda Woodard.............................................................................- 12 -

   ii.   Plaintiff Teresa Rizzo-Marino ..................................................................- 13 -

   iii.   Plaintiff Diane Morrison...........................................................................- 14 -

B.   The "Labrada Defendants" .............................................................................- 15 -

   iv.   Defendant Lee Labrada .............................................................................- 15 -

   v.   Defendant Labrada Bodybuilding Nutrition, Inc.......................................- 16 -

   vi.   Defendant Labrada Nutritional Systems, Inc. ...........................................- 16 -

   vii.   The Labrada Joint Enterprise....................................................................- 17 -

C.   Media Defendants ..........................................................................................- 17 -

   viii.   Defendant Dr. Mehmet C. Oz, M.D..........................................................- 17 -

   ix.   Defendant Entertainment Media Ventures, Inc. d/b/a "Oz Media" ...............- 18 -

   x.   Defendant Zoco Productions, LLC.............................................................- 20 -

   xi.   Defendant Harpo Productions, Inc. ...........................................................- 21 -

   xii.   Defendant Sony Pictures Television, Inc. .................................................- 21 -

   The Media Defendants Are General Partners....................................................- 22 -

D.   The Supplier Defendants................................................................................- 23 -

   xiii.   Defendant Naturex ...................................................................................- 23 -

   xiv.   Defendant Interhealth Nutraceuticals, Inc................................................- 25 -

ii

EA_643

THE PRODUCTS.................................................................................- 26 -

THE DOCTOR OZ EFFECT ................................................................- 37 -

CLASS ACTION ALLEGATIONS .......................................................- 47 -

CLAIMS FOR RELIEF ........................................................................- 51 -

    CLAIM FOR FRAUD, DECEIT, AND SUPPRESSION OF FACTS............- 51 -

    CLAIM FOR NEGLIGENT MISREPRESENTATION .................................- 63 -

    CLAIM FOR VIOLATIONS OF THE FALSE ADVERTISING LAW.........- 70 -

    CLAIM FOR BREACH OF EXPRESS WARRANTY (Cal. Comm. Code)..- 71 -

    CLAIM FOR BREACH OF IMPLIED WARRANTY OF

    MERCHANTABILITY CALIFORNIA LAW (Cal. Comm. Code) ...............- 72 -

    CLAIM FOR BREACH OF EXPRESS WARRANTY (N.Y. Law)...............- 74 -

    CLAIM FOR BREACH OF IMPLIED WARRANTY N.Y. Law) .................- 74 -

    CLAIM FOR BREACH OF EXPRESS WARRANTIES TO

    INTENDED THIRD PARTY BENEFICIARIES ..........................................- 75 -

    VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT ...............- 77 -

    CLAIM FOR UNFAIR TRADE PRACTICES .............................................- 78 -

    CLAIM FOR FALSE ADVERTISING .......................................................- 79 -

PRAYER FOR RELIEF ........................................................................- 80 -

JURY DEMAND ...................................................................................- 81 -

iii

1.      Plaintiffs Veda Woodard, Teresa Rizzo-Marino, and Diane Morrison ("Plaintiffs"), individually and on behalf of themselves, all others similarly situated and the general public, bring this action against Lee Labrada, Labrada Bodybuilding Nutrition, Inc., Labrada Nutritional Systems, Inc. (collectively "Labrada"), Dr. Mehmet C. Oz, M.D. ("Dr. Oz"), Entertainment Media Ventures, Inc. ("EMV"), Zoco Productions, LLC ("Zoco"), Harpo Productions, Inc. ("Harpo"), Sony Pictures Television, Inc. ("Sony"), Naturex, Inc. ("Naturex"), and Interhealth Nutraceuticals Incorporated ("Interhealth") (collectively the "Defendants") demanding a trial by jury, and allege on information, belief, or by investigation of their counsel formed after an inquiry reasonable under the circumstances as set forth in the preceding paragraphs.

## JURISDICTION AND VENUE

2.      This Court has diversity jurisdiction over this action pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d), because there are more than 100 class members and the aggregate amount in controversy exceeds $5,000,000.00, exclusive of interest, fees, and costs, and at least one Class member is a citizen of a state different from Defendants.

3.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiffs are asserting claims under the Federal Magnuson-Moss Warranty Act,

4.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because Defendants are doing business throughout this District, and a substantial part of the events giving rise to Plaintiff's claims took place within this judicial district.

## NATURE OF THE ACTION

5.      On June 17, 2014, the United States Senate Subcomitte on Consumer Protection, Product Safety, and Insurance held a hearing titled *Protecting Consumers*

EA_645

*from False and Deceptive Advertising of Weight-Loss Supplement Products.*[1] In her
opening statement, committee chairwoman— Senator Claire McCaskill— stated that
"With so many Americans desperate for anything that might make it easier to lose
weight, it's no wonder scam artists and fraudsters have turned to the $60-billion weight-
loss market to make a quick buck."

6.    False advertising of weight-loss products is truly an epidemic.
Government regulators are overwhelmed because "One out of ten fraud claims
submitted to the FTC are, in fact, for weight-loss products." Indeed, Senator McCaskill
stated that "the problem is much larger than any enforcement agency could possibly
tackle on its own. Private stakeholders, companies that sell weight-loss products, media
outlets, and other advertising platforms, *as well as consumer watchdogs*, must all do
their part to help address this problem."

7.    The 2014 Senate hearing featured testimony from Defendant Doctor
Mehmet C. Oz— host of the daytime television series *The Doctor Oz Show*.  Dr. Oz
was under scrutiny because of certain episodes of *The Doctor Oz Show* where he called
Garcinia Cambogia and Green Coffee Bean Extract "**miracles in a bottle**" that will
"**bust your body fat for good**." Senator McCaskill expressed her concern that Dr. Oz
was "melding medical advice, news, and entertainment in a way that harms
consumers."

**SENATOR McCASKILL:**

I can't figure this out Dr. Oz...I get that you do a lot of good on your
show.  I understand that you give a lot of information that's great
information about health, and you do it in a way that's

---

[1] Official transcript of *Protecting Consumers From False and Deceptive Advertising
of Weight-Loss Products, Before the Subcommittee on Consumer Protection, Product
Safety and Insurance of the United States Senate*, 113TH CONG. 2ND. SESS. (June 14,
2016) [*hereinafter* "Senate Hearing"], *available at*
https://www.gpo.gov/fdsys/pkg/CHRG-113shrg92998/pdf/CHRG-113shrg92998.pdf.

- 2 -

FIRST AMENDED CLASS ACTION COMPLAINT

understandable. You're very talented, you're obviously very bright. You've been trained in science-based medicine.

Now, here are three statements you've made on your show:

- 'You may think magic is make-believe, but this little bean has scientists saying they've found the magic weight-loss cure for every body type. It's green coffee extract.'
- 'I've got the number one miracle in a bottle to burn your fat! it's raspberry ketones.'
- 'Garcinia cambogia: it may be the simple solution you've been looking for to bust your body fat for good.'

I don't get why you need to say this stuff, because *you know it's not true!* So why, when you have this amazing megaphone, and this amazing ability to communicate, why would you cheapen your show by saying things like that?"

**Dr. OZ.** Well, if I could disagree about whether they work or not, and I'll move on to the issue of the words that I used. And just with regard to whether they work or not, take the green coffee bean extract, as an example. I'm not going to argue that it would FDA-muster if it was a pharmaceutical drug seeking approval, but among the natural products that are out there, this is a product that has several clinical trials. There was one large one, a very good-quality one, that was done the year we talked about this, in 2012.

**Senator MCCASKILL**. No, what I want to know—I want to know about that clinical trial, because the only one I know is 16 people in India that was paid for by the company. In fact, at the point in time you initially talked about this being a miracle, the only study that was out there was the one with 16 people in India that was written up by somebody who was being paid by the company that was producing it.

8. Despite this testimony, Dr. Oz never answered the simple question he was asked: *Why would he say that stuff?* This class action lawsuit seeks to pick up where the Senate hearing left off.

FIRST AMENDED CLASS ACTION COMPLAINT

**EA_647**



DR. OZ ACCUSED OF PEDDLING BOGUS DRUGS
Senator: "I don't get why you need to say this stuff... it's not true"

**Senator HELLER.**

Do you believe there's a magic weight-loss cure out there?

**Dr. OZ.**
 [I]f you're selling something because it's magical, no. If you're arguing that it's going to be like magic, because if you stop eating carbohydrates, you're going to lose a lot of weight, that's a truthful statement. You may not agree with the flowery use of the word ''magic,'' but it is true that most people cutting out simple carbs will lose weight.

****
**Senator HELLER.**
OK. And it is true that you do not endorse any products or receive any money from any product sold?

**Dr. OZ.**
That is true.

9.     But is that *really* true? After all, Dr. Oz made the following admission during a television news interview: "I wish I'd never used the laudatory terms I used

FIRST AMENDED CLASS ACTION COMPLAINT

EA_648

for weight loss supplements. That was the big mistake I think all of us acknowledge."[2] Dr. Oz— a renown surgeon at Columbia University Medical School— knew or should have known that the supplement products he promoted were ineffective at providing weight-loss benefits, much less the "magic" "fat busting" effects that he claimed were supported by clinical studies. *So why would he say those things*?

10. Although Dr. Oz seems to have acknowledged his "big mistake," what he has not done is provide redress to consumers who were duped into paying for the worthless supplement products he promoted.



Video available here.

11. Plaintiffs Veda Woodard, Teresa Rizzo-Marino, Diane Morrison, and the proposed Class members are all purchasers of Labrada brand weight-loss supplement products that contain Green Coffee Bean extract and Garcinia Cambogia. The specific

---

[2] http://www.huffingtonpost.com/2015/05/11/dr-oz-weight-loss-mistake_n_7256534.html

FIRST AMENDED CLASS ACTION COMPLAINT

EA_649

1    products subject to this action are the "Labrada Garcinia Cambogia DUAL ACTION
2    FAT BUSTER" with Supercitrimax® and the "Labrada Green Coffee Bean Extract
3    FAT LOSS OPTIMIZER" with Svetol®. (collectively the "Labrada Products" or the
4    "Products"). The Labrada Products are sold online and at popular supplement retailers
5    like the VitaminShoppe.

6        12.    The "Labrada Green Coffee Bean Extract FAT LOSS OPTIMIZER"
7    contains Svetol® Green Coffee Bean Extract that is manufactured by Defendant
8    Naturex, Inc.— an affiliate of the "Naturex Group" led by its the French parent
9    company Naturex Société Anonyme ("Naturex, S.A."). The Naturex Group "is the
10   global leader in specialty plant-based natural ingredients" that "employs more than
11   1,700 people and benefits from 8 sourcing offices around the world and high-
12   performance manufacturing operations across 15 sites in Europe, Morocco, the United
13   States, Brazil, Australia, India and Chile." According to Defendant Naturex, "Svetol®
14   is the most studied and proven green coffee bean extract for losing weight and
15   increasing lean body mass." Moreover, "Svetol® is derived from 100% premium
16   Robusta beans that have undergone a proprietary processing technology which extracts
17   a high concentration of key chlorogenic acids."

18       13.    The "Labrada Garcinia Cambogia DUAL ACTION FAT BUSTER"
19   contains the proprietary active ingredient Supercitrimax®, which is supplied by
20   Defendant Interhealth Nutraceuticals. Interhealth is headquartered in Benicia,
21   California. Its "ingredients are sold worldwide to manufacturers of dietary supplements
22   and functional foods & beverages" and "the company's success is earmarked by high-
23   quality ingredients, thorough research program, outstanding customer service and
24   powerful co-branding marketing strategy." Interhealth's Supercitrimax® is a weight-
25   loss supplement ingredient containing an extract of the *Garcinia cambogia* fruit.
26   According to the Interhealth, "Super CitriMax® is a patented, 60% hydroxycitric acid
27   (HCA) water extract from *Garcinia cambogia*. It is uniquely bound to
28   calcium and potassium for maximum stability, solubility, bioavailability, and efficacy."

- 6 -
FIRST AMENDED CLASS ACTION COMPLAINT

14. The Labrada Products, by way of their proprietary active ingredients Svetol® and Supercitrimax®, claim to be effective "FAT BUSTERS" that contain "ZERO BINDERS, ZERO FILLERS, AND ZERO ARTIFICIAL INGREDIENTS." The Labrada Products purport to be clinically proven by citing to "references" on the product labels. These references are likely to mislead consumers about the efficacy of the Labrada products by stating or suggesting that the products are proven by "peer-reviewed, published studies." This deception is bolstered by the fact that the "references" appear in close proximity claims on the label that tout the weight-loss benefits of the products. For example, the Labrada green coffee bean extract states "**Helps Support Significant Fat Loss**" and then cites directly to a study by "Vinson J.A."



FIRST AMENDED CLASS ACTION COMPLAINT

EA_651

15.     However, the studies cited on the Labrada labels do not support the marketing claims.  The study by "Vinson J.A." was actually retracted by the author, Dr. Joe Vinson, after an FTC investigation revealed that "the principal investigator repeatedly: (1) altered the weights and other key measurements of the subjects; (2) changed the length of the trial; and (3) confused which subjects took either the placebo or [Green Coffee Bean Extract] at various points during the trial."

16.     Below is how the *Vinson* study now appears online at the U.S. National Library of Medicine's website:[3]



---

[3] U.S. NAT. LIB. OF MED., NAT. INST. HEALTH, PMC I.D. No. PMC3267522, http://www.ncbi.nlm.nih.gov/pmc/articles/PMC3267522/.

- 8 -

FIRST AMENDED CLASS ACTION COMPLAINT

17.     The retracted *Vinson* study is the same study that Dr. Oz called a "good quality" study during the Senate hearing. But that is not the only "big mistake" Dr. Oz has made. That same year, in 2012, Dr. Oz featured a guest named "Doctor" Lindsay Duncan who touted the weight-loss benefits of green coffee bean extract.  It turns out, however, that "Doctor" Lindsay Duncan was no doctor at all. "According to [an] FTC lawsuit, shortly after Duncan agreed to appear on *Dr. Oz* but before the show aired, he began selling the extract and tailored a marketing campaign around his appearance on the show to capitalize on the 'Oz effect' – a phenomenon in which discussion of a product on the program causes an increase in consumer demand."

18.     Defendant Lee Labrada and his companies similarly sought to capitalize off *'The Doctor Oz Effect*.'  But the "*Dr. Oz Effect*" is no random coincidence. The Labrada Defendants and/or their proprietary ingredient suppliers— Naturex and Interhealth— provided some form of compensation to Dr. Oz in exchange for Defendants, including Dr. Oz, actively promoting the Labrada products or their proprietary ingredients on television.

19.     These covert product placements on *The Doctor Oz Show* are part of a rapidly expanding advertising scheme called "branded integration." In the era of digital video recorders (DVRs) like TiVo, many viewers simply fast-forward through the commercials. To make up for lost revenue, media companies have turned to "branded integration" as an advertising alternative by simply making the advertisement a part of the television show.

20.     *The Doctor Oz Show* is arguably the most successful television program that has ever implemented branded integration strategies. Consumers perceive Dr. Oz as a trusted and unbiased source of information. But Dr. Oz fails to disclose material facts about his connections to the supplement industry, including Labrada, and his on-air branded promotion deals. Moreover, Dr. Oz makes affirmative misrepresentations

- 9 -

FIRST AMENDED CLASS ACTION COMPLAINT

1    that he does not promote any "specific brands." But this statement is deceptive or false

2    because, by using key language, Dr. Oz is promoting certain brands, as he is paid to

3    do.

4        21.    Senator McCaskill's concern that Dr. Oz is "melding medical advice,

5    news, and entertainment in a way that harms consumers" should be heeded. For

6    example, a supplement industry publication called *Natural Products Insider* stated that

7    "Oz tends to feature the base ingredient, not finished supplements or branded products,

8    so ingredient suppliers offering a nutrient or specialty compound highlighted on the

9    show will definitely feel the impact and need to brace for the increased demand and

10   capitalize on the heightened awareness among potential new customers at retail." The

11   article further notes that "Naturex has seen a noticeable uptick in awareness of green

12   coffee extract and Naturex's Svetol® brand of this ingredient." Antoine Bily, PhD,

13   director of research at Naturex, was quoted saying "'The show has also helped us to

14   capture the interest of new consumers and we have seen an increase in the amount of

15   Svetol® ordered with existing consumers,' he said, noting Naturex believes the Oz

16   effect on this ingredient will be long term.'"

17       22.    But Dr. Oz's covert product placements are harming consumers. In fact,

18   the United States Federal Trade Commission recently issued a policy guidance on

19   **"Deceptively Formatted Advertisements**."

20       The Commission has long held the view that advertising and promotional
         messages that are not identifiable as advertising to consumers are
21       deceptive if they mislead consumers into believing they are independent,
         impartial, or not from the sponsoring advertiser itself. Knowing the
22       source of an advertisement or promotional message typically affects the
         weight or credibility consumers give it. Such knowledge also may
23       influence whether and to what extent consumers choose to interact with
         content containing a promotional message. Over the years, the
24       Commission has challenged as deceptive a wide variety of advertising
         and other commercial message formats, including ''advertorials'' that
25       appeared as news stories or feature articles, direct-mail ads disguised as
         book reviews, infomercials presented as regular television or radio
26
27
28

- 10 -

FIRST AMENDED CLASS ACTION COMPLAINT

programming, in-person sales practices that misled consumers as to their true nature and purpose, mortgage relief ads designed to look like solicitations from a government agency, emails with deceptive headers that appeared to originate from a consumer's bank or mortgage company, and paid endorsements offered as the independent opinions of impartial consumers or experts.[4]

23. Dr. Oz— dubbed by Oprah Winfrey as "America's Doctor"— falls within the last category.

24. Significantly, the Federal Trade Commission has stated, "Regardless of the medium in which an advertising or promotional message is disseminated, deception occurs when consumers acting reasonably under the circumstances are misled about its nature or source, and such misleading impression is likely to affect their decisions or conduct regarding the advertised product or the advertising."

25. Plaintiffs bring this class action lawsuit alleging that the Media Defendants have violated state consumer protection laws that similarly prohibit deception of consumers who have been misled by weight-loss supplement endorsements on *The Doctor Oz Show*.

26. Moreover, undisclosed product placements on *The Doctor Oz Show* constitute illegal "***Payola***." "Section 317 of the Communications Act of 1934, as amended, 47 U.S.C. § 317, requires broadcasters to disclose to their listeners or viewers if matter has been aired in exchange for money, services or other valuable consideration. The announcement must be aired when the subject matter is broadcast." Plaintiffs allege that Dr. Oz failed to comply with the FCC's payola disclosure requirements.

27. There are three straightforward issues in this case: 1.) Are the Labrada Defendants liable for marketing and sales of the "Labrada Garcinia Cambogia DUAL

---

[4] *See* Enforcement Policy Statement on Deceptively Formatted Advertisements, Federal Trade Commission, *available at* https://www.ftc.gov/system/files/documents/public_statements/896923/151222deceptiveenforcement.pdf

- 11 -

FIRST AMENDED CLASS ACTION COMPLAINT

EA_655

ACTION FAT BUSTER" with Supercitrimax® and the "Labrada Green Coffee Bean Extract FAT LOSS OPTIMIZER" with Svetol®?; 2.) Are the ingredient supplier Defendants— Interhealth and Naturex— liable for their role in distributing and marketing the proprietary ingredients in the products or their ingredients? and 3.) Should Dr. Oz and the other Media Defendants be held accountable for misrepresenting their promotions and financial interests in the weight-loss supplement products subject to this suit?

28.     Plaintiff Veda Woodard, a resident of California, alleges that Defendants have violated California's consumer protection laws and asserts claims for fraud, negligent misrepresentation, Violations of the Unfair Competition Law, Violations of the False Advertising Law, Violations of the Consumers Legal Remedies Act, and Violations of the Magnuson-Moss Warranty Act for breaches of express and implied warranties under California law.

29.     Plaintiffs Rizzo-Marino and Morrison, residents of New York, allege that the Labrada Defendants have violated New York's consumer laws and assert claims for fraud, negligent misrepresentation, violations of N.Y. General Business Laws §§ 349 and 350, and for Violations of the Magnuson-Moss Warranty Act for breaches of express and implied warranties under California law.

## THE PARTIES

### A. The Plaintiffs and Proposed Class Representatives

#### i.   Plaintiff Veda Woodard

30.     Plaintiff Veda Woodard, is a resident of Murrieta, California. Plaintiff Woodard purchased the "Labrada Garcinia Cambogia DUAL ACTION FAT BUSTER," the "Labrada Green Coffee Bean Extract FAT LOSS OPTIMIZER" on multiple occasions beginning on or around June of 2013 and continuing until approximately December of 2013 from Vitamin Shoppe stores located in Murrieta, California and in Temecula, California. Plaintiff Woodard paid approximately $14.99

First Amended Class Action Complaint

1   to $19.99 for each of the Products that she purchased.

2       31.   Plaintiff Woodard saw the Misrepresentations prior to and at the time of

3   purchase and understood them as representations and warranties that the Products were

4   safe and effective for weight loss and fat loss as advertised.  Ms. Woodard relied on

5   the representations made on the Products' label in deciding to purchase the Products.

6   Additionally, Plaintiff Woodard saw episodes of *The Doctor Oz Show* that promoted

7   the products and relied on the representations made on *The Doctor Oz Show* in deciding

8   to purchase the Products.  These representations and warranties were part of her basis

9   of the bargain, in that she would not have purchased the Products had she known the

10  representations were false. She also understood that in making the sale, the retailer was

11  acting with the knowledge and approval of and/or as the agents of Defendants. She also

12  understood that the purchase involved a direct transaction between herself and the

13  ingredient manufacturers because her purchase came with the ingredients

14  manufacturers misrepresentations and warranties that the products were, in fact, safe

15  and effective for weight loss and fat loss, among other things. Plaintiff Woodard would

16  consider purchasing the Products again if the advertising statements made on the

17  Product labels and in the Product advertisements were, in fact, truthful and represented

18  in a manner as not to deceive consumers.

19          ii.  <u>Plaintiff Teresa Rizzo-Marino</u>

20      32.   Plaintiff Teresa Rizzo-Marino, is a resident of Brooklyn, New York.

21  Plaintiff Rizzo-Marino purchased the "Labrada Green Coffee Bean Extract FAT LOSS

22  OPTIMIZER" on approximately six to eight occassions beginning on or around

23  January of 2014 from retail stores near her home in Brooklyn, New York. Plaintiff

24  Rizzo-Marino believes that she purchased the Labrada Green Coffee Bean Extract from

25  CVS, Rite Aide, and Wal-Mart. Plaintiff Rizzo-Marino paid approximately $14.99 for

26  each of the Products that she purchased.

27      33.   Plaintiff Rizzo-Marino saw the Misrepresentations prior to and at the time

28

- 13 -

<small>First Amended Class Action Complaint</small>

EA_657

of purchase and understood them as representations and warranties that the Products were safe and effective for weight loss and fat loss as advertised. Ms. Rizzo-Marino relied on the representations made on the Products' label in deciding to purchase the Products. These representations and warranties were part of her basis of the bargain, in that she would not have purchased the Products had she known the representations were false. She also understood that the purchase involved a direct transaction between herself and the ingredient supplier, Naturex, because her purchase came with the Naturex's misrepresentations and warranties that the Green Coffee Bean Product was in fact, safe and effective for weight loss and fat loss, among other things. Plaintiff Rizzo-Marino would consider purchasing the Products again if the advertising statements made on the Product labels and in the Product advertisements were, in fact, truthful and represented in a manner as not to deceive consumers.

### iii. <u>Plaintiff Diane Morrison</u>

34.     Plaintiff Diane Morrison, is a resident of Bolivar, New York. Plaintiff Morrison purchased the "Labrada Garcinia Cambogia DUAL ACTION FAT BUSTER," and the "Labrada Green Coffee Bean Extract FAT LOSS OPTIMIZER" on multiple occasions beginning in the summer of 2012 and continuing until approximately late 2013 from various retail stores in upstate New York, including Walgreens. Plaintiff Morrison paid approximately $14.99 to $19.99 for each of the Products that she purchased.

35.     Plaintiff Morrison saw the Misrepresentations prior to and at the time of purchase and understood them as representations and warranties that the Products were safe and effective for weight loss and fat loss as advertised. Plaintiff Morrison relied on the representations made on the Products' label in deciding to purchase the Products. Additionally, Plaintiff Morrison saw episodes of *The Doctor Oz Show* that aired in or around 2012 that promoted the products. Plaintiff Morrison relied on the representations made on *The Doctor Oz Show* in deciding to purchase the Products,

FIRST AMENDED CLASS ACTION COMPLAINT

EA_658

including representations about scientific evidence supporting the ingredients in the products. Plaintiff Morrison specifically recalls seeing an episode of The Doctor Oz Show in 2012 where Dr. Oz conducted an experiment on his audience members regarding the efficacy of green coffee bean extract. These representations and warranties were part of her basis of the bargain, in that she would not have purchased the Products had she known the representations were false. She also understood that the purchase involved a direct transaction between herself and the ingredient manufacturers because her purchase came with the ingredients manufacturers misrepresentations and warranties that the products were, in fact, safe and effective for weight loss and fat loss, among other things. Plaintiff Morrison would consider purchasing the Products again if the advertising statements made on the Product labels and in the Product advertisements were, in fact, truthful and represented in a manner as not to deceive consumers.

### B. The "Labrada Defendants"

#### iv. Defendant Lee Labrada

36. Defendant Lee Labrada is a resident of Tomball, Texas. Defendant Lee Labrada is the founder, president, and C.E.O. of both Defendant Labrada Body Building, Inc. and Defendant Labrada Nutritional Systems, Inc. Defendant Lee Labrada is a public figure who is recognized as a world-renowned bodybuilder.

37. Defendant Lee Labrada develops, manufactures, promotes, markets, distributes, and/or sells the Labrada Products across the United States, including to hundreds of thousands of consumers in California. Lee Labrada has authorized and ratified the use of his name, image, and likeness to promote the Labrada Products and has reaped substantial profits thereby.

38. Labrada Nutrition and Labrada Bodybuilding were founded by Defendant Lee Labrada, a former professional bodybuilder who has won 22 professional bodybuilding titles. Defendant Lee Labrada is also one of the few pro bodybuilders

FIRST AMENDED CLASS ACTION COMPLAINT

1  who has placed in the top four at the "Mr. Olympia" competition seven consecutive

2  years in a row; a feat he shares with the likes of Arnold Schwarzenegger.

3      39.    In 1995, Defendant Lee Labrada founded Labrada Nutrition and launched

4  the Labrada Product line that consists mostly of protein powders and other muscle

5  building "stacks." Labrada is also well-known for its Lean Body® line of protein

6  shakes that are sold at major retail stores like Walmart.

7      40.    According to *Bloomberg*, "Mr. Labrada guided Labrada Nutrition to

8  become one of the fastest growing privately-held companies in the U.S.-earning Inc.

9  500 status-in only six years."[5]

10                v.  Defendant Labrada Bodybuilding Nutrition, Inc.

11      41.    Defendant Labrada Bodybuilding Nutrition, Inc. is a corporation

12  organized under the laws of the state of Texas that maintains its principal place of

13  business at 333 North park Central Drive, Suite Z, Houston, Texas. Defendant Labrada

14  Body Building, Inc. develops, manufactures, promotes, markets, distributes, and/or

15  sells the Labrada Products across the United States, including to hundreds of thousands

16  of consumers in California and New York. Defendant Lee Labrada is the Chief

17  Executive Officer and Founder of Labrada Bodybuilding Nutrition, Inc. According to

18  the United States Patent and Trademark Office, Defendant Labrada Bodybuilding

19  Nutrition is the owner of the "Labrada Nutrition" trademark. The labels and packaging

20  for the Labrada Products uniformly state that the Labrada Products are "Developed and

21  Manufactured for Labrada Nutrition."

22                vi. Defendant Labrada Nutritional Systems, Inc.

23      42.    Defendant Labrada Nutritional Systems, Inc. is a corporation organized

24  under the laws of the state of Texas that maintains its principal place of business at 333

25  North park Central Drive, Suite Z, Houston, Texas. Plaintiffs are informed and believe

26  that Defendant Labrada Nutritional Systems, Inc. develops, manufactures, promotes,

27

28  [5] *See Executive Profile of Lee Labrada*, Bloomberg Online, http://goo.gl/LS8pAb.

First Amended Class Action Complaint

EA_660

markets, distributes, and/or sells the Labrada Products across the United States, including to hundreds of thousands of consumers in California and New York. Defendant Lee Labrada is the Chief Executive Officer and Founder of Labrada Nutritional Systems, Inc.

<div align="center">vii.    The Labrada Joint Enterprise</div>

43.   Defendants Lee Labrada, Labrada Bodybuilding Nutrition, Inc., and Labrada Nutritional Systems, Inc. (collectively the "Labrada Defendants" or "The Labrada Joint Venture") have combined their property, skill, and knowledge to carry out a single business undertaking in that they develop, manufacture, promote, market, distribute, and/or sell the Labrada Products across the United States, including to hundreds of thousands of consumers in California and New York. The Labrada Defendants have joint control over the enterprise and Plaintiffs allege that the Labrada Defendants delegate that control. The Labrada Defendants have formed either an express agreement, or an implied agreement, to jointly share the control, profits, and losses of the Labrada Joint Venture. The Labrada Venture is a business undertaking in that it was formed to profit from sales of the Labrada Products.

**C. _Media Defendants_**

<div align="center">viii.    Defendant Dr. Mehmet C. Oz, M.D.</div>

44.   Defendant Dr. Mehmet C. Oz, M.D. ("Dr. Oz") is a resident of New Jersey who maintains his principal place of business in the State of New York. Defendant Dr. Mehmet C. Oz has been called "America's Doctor"[6] by Oprah Winfrey and was a frequent guest on _The Oprah Winfrey_ television show. In 2009, Harpo Productions—Oprah's production company— began producing _The Dr. Oz Show_ featuring Defendant Dr. Mehment C. Oz. _The Dr. Oz Show_ is a three-time Emmy Award-winning broadcast that aired its 1,000th episode in May of 2015. The show is broadcast in all U.S. markets in 118 countries around the word.  Additionally, Dr. Oz has authored seven _New York_

---

[6] "AMERICA'S DOCTOR" is a registered trademark owned by Dr. Mehmet C. Oz.

<div align="center">- 17 -</div>

FIRST AMENDED CLASS ACTION COMPLAINT

*Times* bestselling books. According to a *Bloomberg* biography, Dr. Oz is affiliated with several venture capital firms, hospitals, pharmaceutical manufacturers, and distributors.[7] Defendant Dr. Mehmet C. Oz promotes and markets the Labrada Products (and/or their active ingredients) across the United States, including to hundreds of thousands of consumers in California and New York.

<div align="center">

ix. Defendant Entertainment Media Ventures, Inc. d/b/a "Oz Media"

</div>

45.    Defendant Entertainment Media Ventures, Inc. ("EMV" or "Oz Media") is a California corporation that maintains its principal place of business at 5225 Wilshire Blvd. #777, Los Angeles, California 90036. EMV is registered to do business in California as entity number C2133554. Defendant EMV is an entertainment venture capital firm that is operated by Dr. Oz's Hollywood agent, Sanford R. Climan. Mr. Climan rose to success as an agent at the Creative Artists Agency ("CAA") and has represented actors by the likes of Robert De Niro, Robert Redford, Kevin Costner, Danny DeVito, and Michael Man. In 2013, "Mr. Climan partnered with Dr. Mehmet Oz to form Oz Media, which is dedicated to building companies committed to improving health and wellness across cultures and geographies."[8]

46.    Plaintiffs are informed and believe that Entertainment Media Ventures is doing business as "Oz Media" because the EMV website identifies the company as "Oz Media" on certain webpages.[9] Moreover, Plaintiffs allege that EMV and Oz Media are the alter egos of one another because they consist of the same two or three members working out of the same office and interchangeably refer to the operation as "Entertainment Media Ventures" or "Oz Media."

47.    Plaintiffs are informed and believe that Entertainment Media Ventures is

---

[7] Executive Profile of Dr. Oz, BLOOMBERG, http://goo.gl/YjH84n.
[8] http://emventures.com/who-we-are/.
[9] http://web.archive.org/web/20160323023620/http://emventures.com/what-we-do/oz-media/

<div align="center">

- 18 -

FIRST AMENDED CLASS ACTION COMPLAINT

</div>

EA_662

a business operation that brokers certain "strategic partnership" deals between Dr. Oz and weight-loss supplement ingredient suppliers. According to the LinkedIn page for Nelly Kim, Vice President, Strategy and Business Development at Entertainment Media Ventures, she provides "Business development and strategic partnerships for Dr. Oz. These partnerships include, but are not limited to, endorsements, collaborations, speaking engagements, equity deals, and potential investments."[10]

48.     Under the partnerships tab of the EMV website, it admits " products referenced by Dr. Oz consistently see significant boosts in sales; . . . Our goal is for Dr. Oz to forge a direct and authentic connection between you and your demographic.  This alliance will ensure brand integrity, large scale awareness, and continued financial growth." *See*  http://goo.gl/HOYXDT.

49.     Plaintiffs are informed and believe that further investigation and discovery will reveal that EMV manages, invests, and has possession of certain ill-gotten gains that Dr. Oz has received through his branded endorsement deals of weight-loss supplement products.

50.     Plaintiffs also allege that EMV has acted in concert with one or more of the other Media Defendants to further the unlawful supplement endorsement deals subject to this complaint. Specifically, EMV knows that the conduct of Dr. Oz in his endorsements and profits from fraudulent weight-loss supplement sales constitute a breach of duty owed to consumers. EMV gives substantial assistance and encouragement to Dr. Oz in an effort to facilitate his fraudulent endorsements of weight-loss supplements, like the Labrada supplements. On information and belief, Plaintiffs allege that EMV brokers Dr. Oz's endorsement deals and assists Dr. Oz or the other media defendants in concealing their ill-gotten gains through the use of various shell entities and investment vehicles.

51.     EMV's president Sanford Climan, has specialized knowledge and the

---

[10] See LinkedIN, Nelly Kim, available at https://www.linkedin.com/in/nelly-kim-8715171b (last visited June 2, 2016).

- 19 -

EA_663

1    capacity to assist Dr. Oz with the concealment of his ill-gotten gains.  Specifically,

2    "Mr. Climan is president of Entertainment Media Ventures, Inc., a company active in

3    media investment and strategic advisory work that he founded in 1999. Since 2013,

4    Mr. Climan has also served as chief executive officer of Oz Media, LLC, which was

5    formed in 2013 in partnership with Dr. Mehmet Oz and is dedicated to building

6    companies committed to improving health and wellness across cultures and

7    geographies. In addition, Mr. Climan has served as an operating advisor for Pegasus

8    Capital since May 1, 2014. From 2007 to 2010, Mr. Climan served as the first chief

9    executive officer of 3ality Digital, LLC, a leading company in the development and

10   commercialization of technologies that enable high quality digital 3D image capture,

11   digital 3D broadcast and software that enables consumer applications of 3D

12   entertainment. Mr. Climan also serves on several charitable boards, including The

13   American Cinematheque, The Fulfillment Fund, and the UCLA School of Theater,

14   Film and Television."[11]

15                          x.   Defendant Zoco Productions, LLC

16          52.    Defendant Zoco Productions, LLC ("Zoco") is a Delaware limited

17   liability company that maintains its principal place of business in New York City, New

18   York. Zoco produces *The Doctor Oz Show* and operates the website for the *The Doctor*

19   *Show*. Plaintiffs are informed and believe that after a reasonable opportunity for further

20   investigation or discovery, that Defendant Zoco Productions, LLC or its agents and

21   employees provided substantial assistance to Dr. Oz in carrying out the branded

22   integration marketing strategy for Labrada products on *The Doctor Oz Show*. Plaintiffs

23   further believe that Dr. Oz is an agent or employee for Defendant Zoco working within

24   the scope of that agency relationship. During 2012, it is believed that Dr. Oz maintained

25   ────────────

26   [11] *See* Proxy Statement of LIGHTING SCIENCE GROUP CORPORATION 8 (Aug.
     1, 2014), *available at*

27   http://www.sec.gov/Archives/edgar/data/866970/000119312514291650/d670646ddef

28   14a.htm

                                      - 20 -
     FIRST AMENDED CLASS ACTION COMPLAINT

1    a business email address ending with the domain name "@Zoco."

2        53.    Defendant Zoco promotes and markets the Labrada Products (and/or their

3    proprietary active ingredients) across the United States, including to hundreds of

4    thousands of consumers in California.

5                        xi. Defendant Harpo Productions, Inc.

6        54.    Defendant Harpo Productions, Inc. is an Illinois corporation that

7    maintains its principal place of business in Chicago, Illinois. According to its LinkedIn

8    web page, "Harpo Productions (also referred to as Harpo Studios) is a multimedia

9    production company founded by Oprah Winfrey and is based in Chicago, Illinois. It is

10   the most successful production company in daytime talk, producing The Oprah

11   Winfrey Show, The Dr. Oz Show, and The Nate Berkus Show, as well as having

12   developed Dr. Phil and Rachael Ray. Also, Harpo creates and produces original

13   television programming for broadcast, syndication, and cable." Harpo is Oprah spelled

14   backwards. Based on information and belief, Defendant Zoco is a wholly-owned

15   subsidiary of Defendant Harpo.   Defendant Harpo promotes and markets the Labrada

16   Products (and/or their proprietary active ingredients) across the United States,

17   including to hundreds of thousands of consumers in California.

18                      xii.    Defendant Sony Pictures Television, Inc.

19       55.    Defendant Sony Pictures Television, Inc. ("Sony") is a Delaware

20   corporation that maintains its principal place of business at 10202 W Washington

21   Blvd., Spp #119 Culver City, California. Sony is registered to do business in California

22   as entity number C1619277. Sony is one of the world's largest content providers. An

23   article that appeared on the Oprah Winfrey website in 2009 stated the following:

24       Dr. Mehmet C. Oz, MD, better known to millions as Dr. Oz, the renowned and

25       popular surgeon, educator, and best-selling author who appears regularly on The

26       Oprah Winfrey Show, will debut in first-run syndication next year with a series

27       co-produced by Harpo Productions and Sony Pictures Television (SONY) and

28

- 21 -
FIRST AMENDED CLASS ACTION COMPLAINT

distributed by SONY, it was jointly announced today by Oprah Winfrey; Tim Bennett, president, Harpo Productions; and Steve Mosko, president, Sony Pictures Television.   The series, Dr. Oz (working title), will be available to stations across the country to launch in Fall 2009. Under the multi-year agreement, SONY will handle all distribution efforts for the show in the United States and Canada, advertiser sales and marketing, and co-produce the series with Harpo Productions.[12]

56.     Defendant Sony promotes and markets the Labrada Products (and/or their active ingredients) across the United States, including to hundreds of thousands of consumers in California and New York.

*a.   The Media Defendants Are General Partners*

57.     Sony, Harpo, Zoco, and Dr. Oz are general partners in a general partnership that Plaintiffs believe is an unregistered business entity. Defendants Dr. Mehmet C. Oz, Zoco Productions, Harpo Productions, and Sony Pictures Television have combined their property, skill, and knowledge to carry out a single business undertaking in that they produce, promote, and distribute *The Doctor Oz* television show and other Doctor Oz related business operations.

58.     According to a Harpo Press Release, "Harpo Productions creates and develops original TV programming for primetime, syndication and cable television and operates Oprah.com, a premier lifestyle website. ZoCo Productions, LLC, an affiliate of Harpo Productions, Inc., and Sony Pictures Television co-produce *The Dr. Oz Show*.

59.     The Media Defendants have formed an agreement to jointly share the control, profits, and losses of the general partnership. The responsibilities of the parties have also been delegated pursuant to a partnership agreement: "Harpo to produce and retain copyright;" "SPT to have distribution rights in the US and Canada with a right

---

[12]*See* Press Release, *Harpo Productions and Sony Pictures Television to Launch Dr. Oz* (Jun. 13, 2009), http://www.oprah.com/pressroom/Harpo-Productions-and-Sony-Pictures-Will-Launch-Dr-Oz.

- 22 -

FIRST AMENDED CLASS ACTION COMPLAINT

Case 2:19-cv-03440-FMO-FFM Document 59-3 Filed 08/14/20 Page 610 of 682 Page ID
#:4255
Case 2:19-cv-03440-JCB-SFM Document 59-3 Filed 06/02/16 Page 24 of 682 Page ID
#:893

of first negotiation / refusal on all other territories;" "SPT and Harpo to have mutual approval over production budget;" "SPT and Harpo to collaborate on a website and digital extensions;" "SPT to provide marketing, legal/business affairs, finance, and other back office services;" "Harpo will control any broader joint venture/web project with Dr. Oz but Harpo acknowledges Sony's strong interest in partnering on a Dr. Oz branded new media venture and will discuss with Sony in good faith meaningful opportunities to participate."[13] *See* Exhibit C.

### D. The Supplier Defendants

xiii.    Defendant Naturex

60.    Defendant Naturex, Inc. ("Naturex") is a Delaware corporation that maintains its principal place of business at 375 Huyler Street, South Hackensack, New Jersey. Defendant Naturex develops, manufactures, promotes, markets, distributes, and/or sells the Svetol® brand Green Coffee Bean Extract ingredient and the Labrada Green Coffee Bean Product with Svetol® throughout the United States, including in California. Defendant Naturex, Inc. is registered to do business in the state of California as entity number C1575823.

61.    According to the U.S. Patent and Trademark Office, the "Svetol" trademark is owned by Naturex, S.A, which is the French holding company for Naturex, Inc. The Naturex LinkedIn web page describes the company's business operations as follows:

> Naturex is the global leader in specialty plant-based natural ingredients. Through its dedicated business units, the Group addresses the specific needs of 3 strategic markets: Food & Beverage, Nutrition

---

[13] *See* "Partnership Proposal" dated April 29, 2008, *available at* https://wikileaks.org/sony/docs/07/junderwood/1 Biz Dev/Harpo/Overview_v18.ppt (last visited  May 31, 2016) [*Archived at* http://web.archive.org/web/20160414063523/https://wikileaks.org/sony/docs/07/junderwood/1 Biz Dev/Harpo/Overview_v18.ppt].

FIRST AMENDED CLASS ACTION COMPLAINT

EA_667

1    & Health, and Personal Care. The company offers its customers a full
2    array of high quality ingredients, responsibly sourced from nature for
3    food, pharmaceutical, nutraceutical and cosmetic applications.
     Naturex's head office is in Avignon, France. The company employs
4    more than 1,700 people and benefits from 8 sourcing offices around the
5    world and high-performance manufacturing operations across 15 sites
6    in Europe, Morocco, the United States, Brazil, Australia, India and
     Chile. It also has a global commercial presence through a dedicated
7    network of 25 sales offices.[14]

8        62.    The "Naturex Group" maintains three offices and two "multifunction
9    sites" in the United States. A Naturex sales office is located 3080 Bristol Street, Suite
10   540, Costa Mesa, California 92626.

11       63.    Naturex licenses the trademark to the brand "Svetol" to the Labrada
12   Defendants for display on the Labrada Green Coffee product. Upon information and
13   belief, the licensing agreement gives Naturex substantial control over the content of the
14   labels that appear on the Labrada Green Coffee product. A Svetol license agreement
15   that was entered into by Naturex and an unrelated entity shows that Naturex must
16   provide prior written approval of the labeling and packaging materials before any
17   product with its "Svetol" logo can be marketed and sold in commerce. *See* Exhibit A.[15]
18   Moreover, Naturex takes affirmative steps to guarantee the "quality control" of
19   products containing Svetol by actively testing the products to ensure compliance with
20   its quality standards. *See* Ex. A.  Naturex also has legal control and audit rights over
21   documents relating to sales of products containing Svetol. *See* Ex. A.  On information
22   and belief, the Labrada Defendants and Naturex have entered into an agreement that is
23   substantially similar to the one that is available on the SEC's website at the URL
24   address referenced in the below footnote.[16]

25   _____

26   [14] *See* LinkedIn: Naturex, https://www.linkedin.com/company/naturex.

27   [16] Exhibit A is a copy of a Svetol licensing agreement that is published online through
28

- 24 -

EA_668

### xiv. Defendant Interhealth Nutraceuticals, Inc.

64. Defendant Interhealth Nutraceuticals Incorporated ("Interhealth") is a California Corporation with its principal place of business at 5451 Industrial Way, Benicia, California 94510. Interhealth develops, manufactures, promotes, markets, distributes, and/or sells Supercitrimax® and the Labrada Garcinia Cambogia with Supercitrimax® product across the United States, including to hundreds of thousands of consumers in California.

65. According to its website, "InterHealth Nutraceuticals specializes in researching, developing, marketing and distributing proprietary branded nutraceutical ingredients. InterHealth ingredients are sold worldwide to manufacturers of dietary supplements and functional foods & beverages." Interhealth is the owner of the "Supercitrimax" trademark.

66. Interhealth's Supercitrimax® trademark and logo appear on the bottles of the Labrada Garcinia Cambogia. A copy of a standard Interhealth trademark licensing agreement is available online and attached hereto as Exhibit B.  The licensing agreement shows that Interhealth maintains a high degree of control over the content that appears on the labels and packaging of products containing its Supercitrimax ingredient. Interhealth must provide written approval of the packaging before any supplement containing Supercitrimax can be sold in commerce. Moreover, Interhealth takes an active role in marketing the products by providing marketing materials to the supplement companies that sell products containing Supercitrimax.  *See* Ex. B.  Plaintiffs are informed and believe that the Labrada Defendants have entered into an agreement with Interhealth that is substantially similar to the one shown in Exhibit B.

---

the SEC's EDGAR search database, *available at* http://www.sec.gov/Archives/edgar/data/1527613/000129460614000146/exhibit103.htm

FIRST AMENDED CLASS ACTION COMPLAINT

EA_669

Case 2:19-cv-03440-JCD-SFM Document 58-3 Filed 06/03/19 Page 29 of 682 Page ID #:856

## THE PRODUCTS

67. Labrada began selling weight-loss supplements containing Garcinia Cambogia and Green Coffee Bean Extract sometime around 2012 under its "Wellness Line" brand of products. Each of the Labrada Products at issue in this complaint sell at a retail price of approximately $19.99.

68. For purposes of this section, each statement that appears in quotation marks ("") below create affirmative representations about the Products and also create express and implied warranties that were relied on by Plaintiff and the Class members in deciding to purchase the products.

69. These statements will from now on be referred to in this Complaint as the "Express Warranties" and they also form the basis of plaintiffs' consumer fraud and misrepresentation causes of action.

*A. The Labrada Green Coffee Bean Extract FAT LOSS OPTIMIZER.*



FIRST AMENDED CLASS ACTION COMPLAINT

EA_670

70.    The front label of the Labrada Green Coffee Bean Extract deceptively states that the product is a "Fat Loss Optimizer" that is "From the Makers of LEAN BODY." The front label further states that the product contains "Svetol®, 45% Chlorogenic Acid," and is "Stimulant Free."

71.    The side-label of the Product states "**Green Coffee Bean Extract** is a natural powder extract from unroasted coffee beans. Green Coffee Bean Extract is rich in natural compounds, such as chlorogenic acids, that are known to have health benefits and to influence glucose and fat metabolism."



FIRST AMENDED CLASS ACTION COMPLAINT

EA_671

72.     The side-label further states that "Recent peer-reviewed published studies have found that Green Coffee Bean Extract" does the following:

- "Helps Support Significant Fat Loss." and

- "Contains Natural Anti-Oxidant Properties"

73.     Below these statements is a "**References**" section that is surrounded by a bright red rectangle that cites the following studies that purportedly support the product's weight-loss benefits:

        a)  "Vinson JA, et al. Diab. Metab. Snyder & Obes. Jan 2012"

        b)  "Farah A, et al. Jour of Nutr. Dec. 2008"

74.     The back label of the Labrada Green Coffee Bean Product states "Green Coffee Bean Extract: 400 mg," then below that statement reads "Svetol®** Standardized to 45-50% total Chlorogenic Acids."

75.     The back label then has a "Other Ingredients" section that reads "Gelatin, Maltodextrin, Magnesium Stearate, Silica, Sodium Copper Chlorophyllin, and titanium dioxide." In bold-face typed capital letters on the back label appear the statements:

- **"ZERO FILLERS"**

- **"ZERO BINDERS"**

- **"ZERO ARTIFICIAL INGREDIENTS."**

76.     Each of the above-quoted statements are false, misleading, deceptive, and unlawful for the reasons explained herein. Moreover, each of the above-quoted statements create express or implied warranties and Defendants have breached said warranties for the reasons described herein.

**B. The Labrada Garcinia Cambogia DUAL ACTION FAT BUSTER**

77.     The front label of the Labrada Garcinia Cambogia states that the product is a "**Dual Action Fat Buster**" that:

        i.  "Increases Fat Burning,"
       ii.  "Curbs Appetite to Aid Weight Loss,"

78.     The front label further says that the Product is "From the Makers of LEAN

- 28 -

FIRST AMENDED CLASS ACTION COMPLAINT

1  BODY" and is made with "Supercitrimax® 60% HCA."



- 29 -

FIRST AMENDED CLASS ACTION COMPLAINT

1

2      79.    The Labrada Garcinia Cambogia side label states that "Labrada Garcinia

3  Cambogia with Super CitriMax® is a Dual Action Fat Buster" and "Studies suggest

4  that HCA may inhibit body fat formation and suppress appetite." The label further

5  states, "Use of 2800-3000 mg/day of HCA for 8 weeks has been shown to:"

6          • "Reduce body weight"

7          • "Curb appetite and food intake"

8          • "Boost fat burning during exercise and enhances glycogen

9            synthesis"

10     80.    The side label also contains a "References" section that cites to the

11  following three publications:

12          • "Preuss HG, Rao CV, Garis R., et al., *Journal of Medicine* 2004; 35

13            (1-6):33-48."

14          • "Downs BW, Bagchi M. Subbaraju GV, et al. Mutation Research

15            2005; 579 (1-2): 149-162."

16          • "Chen IS, Haung SW Lu HC, et al. British Journal of Nutrition. Apr.

17            2012; 107(7): 1048-1055."

18     81.    The side label further features the **"**SuperCitrimax" logo next to a

19  statement saying that "Super CitriMax® is a registered trademark of Interhealth N.I."

20     82.    The back label of the Labrada Garcinia cambogia Product states

21  "Garcinia Cambogia Extract: 1560mg," then below that statement reads "standardized

22  minimum 60% (-)- Hydroxycitric acid (HCA) 936 mg."

23     83.    The back label then has a "Other Ingredients" section that reads

24  "Hypromellose (capsules)," and "Titanium Dioxide."

25     84.    In bold-face typed capital letters on the back label appear the statements:

26  • **"ZERO FILLERS"**

    • **"ZERO BINDERS"**

27  • **"ZERO ARTIFICIAL INGREDIENTS."**

28

First Amended Class Action Complaint

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



85.    The back label further states that the Product is "Made in the USA" next

First Amended Class Action Complaint

EA_675

to a picture of an American Flag.

86.    Each of the above-quoted statements are false, misleading, deceptive, and unlawful for the reasons explained herein. Moreover, each of the above-quoted statements create express or implied warranties and Defendants have breached said warranties for the reasons alleged herein.

## THE DECEPTIVE LABELING OF THE LABRADA PRODUCTS

### A.  *Reasonable Consumers Would Be Deceived If They Knew the Truth About Labrada's "References"*

87.    All competent and reliable scientific studies conclude that the active ingredients in the Products do not provide the touted weight loss benefits.  In an attempt to conceal the truth about their supplements, Defendants have misled consumers by stating or implying that Labrada Garcinia Cambogia is backed by clinical studies in the "references" section of the label. But the only clinical studies supporting the Products are either irrelevant, wholly unreliable, or conducted by Defendants themselves. If Plaintiffs and the class knew that the studies supporting the products were conducted by biased researchers or that the underlying data was manipulated or fraudulently presented, they would not have purchased the Products. .  Moreover, the two studies Defendants rely on do not support the advertising claims Defendants made about the products.

### B.  *SuperCitrimax Garcinia Cambogia Is Not an Effective "Fat Buster"*

88.    A significant *Garcinia/*HCA weight loss study was published in 1998 by a group of researchers at Columbia University's Obesity Research Center that was led by Dr. Heymsfield and published in the *Journal of the American Medical Association*.[17]

---

[17] S.B. Heymsfield, *et al.,* "Garcinia Cambogia (Hydroxycitric Acid) As a Potential Antiobesity Agent: A Randomized Controlled Trial," *J. Amer. Med. Assoc.* 280(18):1596-600 (1998).  *Full text available at* http://jama.jamanetwork.com/article.aspx?articleid=188147.  (Accessed October 14, 2015).

- 32 -

FIRST AMENDED CLASS ACTION COMPLAINT

This study was, and remains, one of the longest duration (12 weeks) and largest (135 subjects divided equally into placebo and control groups) randomized double-blind clinical trials of *Garcinia cambogia.*

89.    The study found that a *Garcinia* extract failed to produce a significant loss of weight and fat mass beyond that observed with placebo.[18]

90.    *The Heymsfield* study has stood the test of time. In 2011, it was one of only 12 clinical trials deemed worthy of inclusion in a landmark meta-analyses of supplements like *Garcinia cambogia* and is assigned the highest Jadad score[19] of all included studies.[20,21]

91.    In 2004, Max Pittler and Edzard Ernst, complementary medicine researchers at the universities of Exeter and Plymouth, published a systematic review of prior meta-analyses[22] and clinical trials of a variety of over-the-counter weight loss aids in *The American Journal of Clinical Nutrition.*  The results indicated that none of the weight loss aids worked, including the *Garcinia cambogia* products reviewed.

---

[18] In fact, the data suggests that the placebo group, on average, consistently lost <u>more</u> weight than the *Garcinia* treatment group across the entire time course of the study.

[19] "Jadad score" is a benchmark measuring the likelihood of bias in clinical trials, with higher numbers indicating lower likelihoods of bias.  For a meta-analysis, Jadad scoring is carried out by a panel of scientists who are themselves blinded as to the authorship of articles.  A.R. Jadad, R.A. Moore, *et al.,* "Assessing the Quality of Reports of Randomized Clinical Trials: is Blinding Necessary?" *Controlled Clinical Trials* 17(1):1-12 (1996). http://goo.gl/rdsRW3 .

[20] *See* Table 1 *in* I. Onakpoya, *et al.,* "The Use of Garcinia Extract (Hydroxycitric Acid) as a Weight Loss Supplement: A Systematic Review and Meta-Analysis of Randomised Clinical Trials," J. Obesity (2011), http://www.hindawi.com/journals/jobe/2011/509038/.

[21] Heymsfield recently defended his results and stated that marketers of *Garcinia cambogia* are "weaving a story with obscure facts.  Maybe each fragment has some validity, but if you wind it together it makes no sense at all."  *See* "The Claims Make this Supplement Tempting, But They're Untrue," Consumer Reports (Aug. 10, 2015)

[22] A meta-analysis contrasts and combines results from different studies in an attempt to identify   patterns among study results, sources of disagreement, and other relationships between the studies.

- 33 -

First Amended Class Action Complaint

1  Moreover, adverse events were reported in the *Garcinia* trials reviewed.  The report

2  concluded that "none of the reviewed dietary supplements," which included Garcinia

3  cambogia, "can be recommended for over-the-counter use."[23]

4    92.    Since hydroxycitric acid reportedly promotes weight loss, in part, through

5  suppression of hunger, a study was conducted to determine the effects of hydroxycitric

6  acid on appetitive variables. The active treatment group did not exhibit better dietary

7  compliance or significant correlations between appetitive variables and energy intake

8  or weight change. This study does not support a satiety effect of hydroxycitric acid.[24]

9    93.    A study was conducted to assess the effects of acute hydroxycitric acid

10  supplementation on substrate metabolism at rest and during exercise in humans.

11  Hydroxycitric acid, even when provided in large quantities, does not increase total fat

12  oxidation in vivo in endurance-trained humans.[25]

13    94.    Meta-analyses of research on *Garcinia cambogia* and/or HCA have

14  evaluated all known published credible human scientific studies. The meta-analyses

15  uniformly conclude that HCA-containing supplements, such as Labrada's Garcinia

16  Cambogia Product, have little or no positive effect on weight loss in healthy

17  individuals.

18    ***C. Green Coffee Bean Extract Is Not an Effective Fat Loss Optimizer***

19    95.    A study in the *Journal of Agricultural and Food Chemistry* found that the

20  main ingredient in Svetol®- chlorogenic acid- was not effective when given to mice

21  over a 12-week period. In fact, taking the compound gave the mice early symptoms of

---

22  [23] M.H. Pittler & E. Ernst, "*Dietary Supplements for Body-Weight Reduction: A*

23  *Systematic Review*," AMER. J. OF CLIN. NUTR. (May 2004).

24  [24] Mattes R, Bormann L. Effects of (-)-hydroxycitric acid on appetitive variables.
*Physiol Behav* 2000, 71:87-94.

25  [25] van Loon L, van Rooijen J, Niesen B, Verhagen H, Saris W, Wagenmakers A.

26  Effects of acute (-)- hydroxycitrate supplementation on substrate metabolism at
rest and during exercise in humans. Am J Clin Nutr 2000, 72:1445-50.

27

28

FIRST AMENDED CLASS ACTION COMPLAINT

EA_678

Case 2:19-cv-03440-FMO-FFM Document 59-3 Filed 08/14/20 Page 622 of 682 Page ID
Case 2:19-cv-03440-JCB-SP Document 69-3 Filed 06/03/19 Page 35 of 682 Page ID
#:4267

1  diabetes.[26] Moreover, "A meta-analysis a few years ago combined the results from
2  three small, short-term trials. The authors found that green coffee extract was
3  associated with losing about 5 pounds. But this slimming effect vanished when the
4  authors analyzed the two studies that used the type of supplement recommended by Dr.
5  Oz — green coffee extract enriched with chlorogenic acid."[27]

6  **D. Labrada Misrepresents the Quality of the Products**

7  96.    In 2013, a consumer advocacy website that performs independent testing
8  of consumer goods published a review of different Garcinia Cambogia supplements.
9  Fourteen products were tested; of those products did not pass, according to the group
10  Consumerlab.com. Labrada Nutrition's SuperCitrimax® brand of Garcinia Cambogia,
11  lot # 80310513, was reportedly among those that did not pass.

12  97.    According to the consumerlabs.com report:

13      Retesting of a dietary supplement reported in October to contain
14      significantly less of a key ingredient than listed on its label corroborates
        the original findings from ConsumerLab.com. The product, Labrada
15      Nutrition Garcinia Cambogia, was one of six Garcinia supplements
16      found by ConsumerLab.com to contain significantly lower amounts of
        HCA, a key natural component of Garcinia, than expected from labels.
17      Labrada Nutrition challenged ConsumerLab.com's results based on its
18      own tests suggesting the product contained more HCA than reported by
19      ConsumerLab. However, the retesting last week found just 49% of the
        listed amount of HCA, even less than the 60% found earlier by
20      ConsumerLab.[28]
21

22  98.    Plaintiffs have also sought independent testing of the Labrada Garcinia
23
24  ---
[26] *Supplementation of a High-Fat Diet with Chlorogenic Acid Is Associated with
Insulin Resistance and Hepatic Lipid Accumulation in Mice*, 61 J. AGRIC. FOOD
25  CHEM. 4371–4378 (2013).

26
27  [28] *Retesting Confirms Lack of Ingredient in Garcinia Cambogia Supplement*
Consumerlab.com (June 2, 2016), *available at*
28  https://www.consumerlab.com/news/Labrada_Garcinia_Retest/12_6_2013/

FIRST AMENDED CLASS ACTION COMPLAINT

EA_679

1  Cambogia product from GAAS Analytical in Tucson, Arizona. A test was performed

2  on Labrada Nutrition's Garcinia Cambogia Lot Number A105390815, Exp: 08/18 to

3  measure the presence of HCA. The test results show that the product only contains

4  49.59% HCA.  The standard deviation of the test was 8.46%. *See* Exhibit C.

5       99.   Plaintiffs believe that after an opportunity for further investigation and

6  discovery, the factual record will likely show that the SuperCitrimax ingredient and the

7  Labrada Garcinia Product has contained varying levels of HCA throughout the class

8  period and Defendants' claim that the products are made from "standardized HCA" is

9  actually false and likely to mislead reasonable consumers.

10      100.  Plaintiffs also allege that after further investigation and discovery,

11 Plaintiff will have evidence to show that the Labrada Green Coffee bean Product also

12 contains less than the advertised amount of the active ingredients.

### E. False Claims that Labrada Products contain "Zero Binders, Zero Fillers and Zero Artificial Ingredients"

15      101.  The Labrada Garcinia Cambogia Product contains one or more artificial

16 ingredients.   Specifically,   the   Supercitrimax®   ingredient   is   processed   and

17 manufactured by artificial means that use chemical additives and solvents like

18 ammonium chloride. Moreover, the Supercitrimax® ingredient does not contain

19 naturally occurring hydroxycitric acid (HCA), but rather an artificial form of HCA that

20 synthetically binds hydroxycitric acid with potassium and calcium minerals. In

21 addition, the "other ingredients" in the Product are artificial, fillers, and/or binders.

22      102.  "Hypromellose" is often used a binder in supplement products.

23 Hypromellose is a synthetic polymer that does not occur naturally. Furthermore, the

24 Labrada Garcinia Cambogia Product contains "titanium dioxide," which is often used

25 a colorant in supplement products. Titanium dioxide in supplement products is often

26 an artificial form called "nano-particle titanium dioxide" that is known to cause adverse

27 health effects.

28      103.  Each of the other products also contain artificial ingredients like "Svetol®

FIRST AMENDED CLASS ACTION COMPLAINT

EA_680

Green Coffee Bean "Gelatin," "Silica," "Magnesium Stearate," and "Sodium Copper Chlorophyllin." Each of the ingredients are recognized as artificial ingredients. With respect to Sodium Copper Chlorophyllin, the Code of Federal Regulations state "the color additive sodium copper chlorophyllin is a green to black powder prepared from chlorophyll by saponification and replacement of magnesium by copper. Chlorophyll is extracted from alfalfa (Medicago sativa ) using any one or a combination of the solvents acetone, ethanol, and hexane." 21 C.F.R. 73.125.

### F. Labrada Garcinia Cambogia Is Not "Made in the USA."

104.  The label of the Labrada Garcinia Cambogia Product deceptively claims that the Product is "Made in the USA" and makes this statement next to a picture of an american flag. However, most, if not all, of the ingredients in the Product are made in a foreign country and imported into the United States, including the Product's purported active ingredient SuperCitrimax®. Notably, Defendant Interhealth imports Supercitrimax® from Laila Nutraceuticals in India.

105.  Defendants' deceptive "Made in the USA" statement also violates California Business and Professions Code § 17533.7, which requires products with labeling statements like "Made in the USA" to contain "not more than 5 percent of the final wholesale value of the manufactured product." The foreign ingredients in the Labrada Garcinia Cambogia Product far exceed 5 percent of the final wholesale value of the Product.

### THE DOCTOR OZ EFFECT

106.  "Oprah Winfrey was the first person to dub Oz — then a frequent guest on her program — 'America's doctor.' Today, the Emmy Award-winning 'Dr. Oz Show' is one of the top-rated daily TV programs in the country, and Oz has authored a series of books, all of it turning him into a medical-media franchise."[29]

---

[29] *How 'The Dr. Oz Effect' Has Hooked American Consumers*, NBC News (Jun. 18, 2014), *available at*

FIRST AMENDED CLASS ACTION COMPLAINT

EA_681

1    107.   Indeed, Dr. Oz's "medical-media franchise" is highly profitable and highly

2    diversified.

3    108.   In 2009, Defendants Dr. Oz, Sony, Harpo, and Zoco formed a partnership

4    to produce *The Doctor Oz Show*. One reason for developing the show was to capitalize

5    off the growing nutritional and health industry. The media Defendants sought to use

6    Doctor Oz's credibility as a renowned surgeon at Columbia University to create a

7    perception of trust amongst the show's viewers. But the primary purpose of the Doctor

8    Oz Show— if not the only purpose— is to profit from advertising. However, *The*

9    *Doctor Oz Show* has taken advertising to a whole new level.

10   109.   Instead of relying on traditional television commercial to generate

11   revenue, The Doctor Oz Show has instead successfully implemented a marketing

12   strategy called "branded integration" whereby specific brands or products are promoted

13   on the show in a manner that is non-obvious to consumers. Aside from omitting the

14   fact that products are actually being endorsed on the *Doctor Oz Show*, Dr. Oz

15   affirmatively misrepresents the true commercial nature of the show by making

16   statements like: "Please listen carefully. I don't sell this stuff. I'm not making any

17   money on this. I'm not going to mention any brands to you either. I don't want you

18   conned."

19   110.   But Doctor Oz is the one conning consumers— not to mention congress.

20   111.   Dr. Oz has promoted the Labrada Products and/or their proprietary

21   ingredients, Supercitrimax® and Svetol® by using key language. An episode of The

22   Doctor Oz show believed to have aired on October 29, 2012 stated the following:

23   DR. MEHMET OZ:
     From African mango to green coffee, it's the most talked about topic.
24   Everybody wants to know, *what's the newest, fastest fat buster*? People have
     been stopping me on the street, e-mailing me. Even my family is asking the
25

26   _____

27   *See How the Doctor Oz Effect has Hooked American Consumers*, NBC News (June
     18, 2014), *available at* http://www.nbcnews.com/health/health-news/how-dr-oz-
28   effect-has-hooked-american-consumers-n134801?cid=eml_onsite

- 38 -
FIRST AMENDED CLASS ACTION COMPLAINT

same question: How can I burn fat without spending every waking moment exercising and dieting? I just don't have any time to put in more effort. Well, I can tell you You're hearing thanks to brand-new scientific research, *about a revolutionary fat buster*.

(Begin video clip:)

DR. MEHMET OZ: It's called garcinia cambogia, a pumpkin-shaped fruit that grows in Southeast Asia and India, and it just might be the most exciting breakthrough in natural weight loss to date.

Revolutionary new research says it could be the magic ingredient that lets you lose weight without diet or exercise.

*Dr. Harry Preuss* is at the forefront of the research.

DR. HARRY PREUSS: The ideal weight loss program is one in which you lose fat and you retain your muscle or even build it. With garcinia, we can make that happen. I tell women, "Look at your dress size. If your figure is getting much smaller, that's exactly what you want."

DR. RICH SCHECKENBACH: Garcinia is an *exceptionally effective fat buster*. It inhibits the production of fat in the body, and when the body is not making fat, it's burning fat.

*****

DR. MEHMET OZ: All right. So listen, anytime I see a scientist excited about this, and I looked through some of this research, called these scientists myself, I get excited. That's why garcinia cambogia makes sense to me, fascinates me. But I'm going to say something for everyone to hear. Please listen carefully. I don't sell this stuff. I'm not making any money on this. I'm not going to mention any brands to you either. I don't want you conned. I'm going to walk you through, over the course of today's show, with exactly how you'd find this. But I've got to say, I am intrigued by how this stuff works. Explain to me how it's different from all of the other weight loss supplements that I've heard of in the past, the ones that most of our audience knows about.

DR. JULIE CHEN: Well, I think it's great because *it's like the **dual-action fat buster*** because it suppresses appetite.

- 39 -

1   DR. MEHMET OZ: Uh-huh.

2   112.   Reference to the "Dual-Action Fat Buster" and other claims about

3   Garcinia Cambogia products being fat busters are endorsements of the "Labrada

4   garcinia cambogia DUAL ACTION FAT BUSTER with SuperCitrimax®." The

5   connection does not end there though.

6   113.   Dr. Harry Pruess, who was featured on the garcinia show is a paid

7   researcher for Defendant Interhealth. In fact, the Labrada Garcinia cambogia bottle

8   cites to an article that was authored by Dr. Harry Preuss. That study was paid for by

9   Interhealth. The co-author of the study, Dr. Bagchi, is a paid researcher for Interhealth.

10  Finally, the test subjects in one of Pruess' studies cited in the article were "male and

11  female Sprague-Dawley rats"

12  114.   Finally, the Garcinia episode states the following:

13
14  DR. JULIE CHEN: You're looking for a percentage of this HCA, which is that
    ingredient in the rind, of at least 50 percent.

15
16  DR. MEHMET OZ: Uh-huh.   DR. JULIE CHEN: And because it actually is
    *absorbed better with mineral salts like potassium or potassium and calcium*,
17  you want to make sure that that's included.

18  DR. MEHMET OZ: All right. So you want to have it say "K" or say
19  "potassium" next to it.

20  ****

21  DR. MEHMET OZ:

22  All right, so I've warned everybody that I'm not going to mention
23  specific brands, but I do want to go through exactly what I would look
    for. You're going to look on that list of ingredients. There should be
24  **ZERO FILLERS**. There should be **ZERO BINDER**, **ZERO**
25  **ARTIFICIAL INGREDIENTS**, all right? Remember, you should
26  never see my picture next to it, because I never sell it. You see my
27  picture next to it, that means they're stealing from you. I guarantee, as

28

- 40 -

FIRST AMENDED CLASS ACTION COMPLAINT

soon as the show airs, there are going to be thousands of fake ads out there. Don't go for those.

115.   Defendants' show's discussion of calcium and potassium is a clear reference to the Supercitrimax® ingredient, which is a patented form of Garcinia Cambogia bound to calcium and potassium.[30]  Moreover, the ZERO FILLERS, ZERO BINDER, ZERO ARTIFICIAL INGREDIENTS is a marketing slogan that appears on the labels of the Labrada products.  Thus, these are key phrases that Dr. Oz was either paid to, or which he knew he had to, say.

116.   Put simply, Dr. Oz has concealed his association with Defendant Interhealth.  As of the date of filing this complaint, the Dr. Oz website still has an episode posted that promotes Meratrim® weight-loss supplements.[31] The caption to the video reads: "Dr. Oz has a brand-new fat loss program that works faster than ever! Learn how to block fat stores, burn fat after eating and activate calorie-burning mechanisms easier than ever before. Plus, everything you need to know about Meratrim® supplements." Meratrim®, however, is trademarked proprietary ingredient that marketed and sold by Defendant Interhealth.[32]

117.   Dr. Oz's promotion of Svetol® Green Coffee Bean Extract, which is the key component of the Labrada product, is even more convincing. During a 2012 episode of The Doctor Oz Show, Dr. Oz stated:

> **DR. OZ:**   Magic is make-believe, but this little bean has scientists saying they found a magic weight-loss cure for every body type. It's green coffee beans. When turned into a supplement this miracle pill can ***burn fat fast***. For anyone who wants to lose weight this is very exciting, and it's breaking news.

---

[30] *See, e.g.,*  U.S. Patent Nos. 6,875,891; 7,943,186; 7,858,128.
*See* Website for The Dr. Oz Show, [31] http://www.doctoroz.com/episode/triple-your-fat-loss.
[32] *See* Interhealth website, Meritrim,  http://www.interhealthusa.com/our-brands/meratrim/

First Amended Class Action Complaint

EA_685

Millions of you love coffee. Now, you're going to love it for a whole other reason. A staggering newly released study reveals that the coffee bean in its purest, raw form may hold the secret to weight loss that you've been waiting for. The study, presented at a meeting of the world's largest scientific society, triggered unprecedented excitement for a weight loss study. It showed women and men who took green coffee extract lost an astounding amount of fat and weight. 17 pounds in 22 weeks by doing absolutely nothing extra in their day. Could this be the magic weight loss bean to help you melt away unwanted pounds that you've been waiting for?

Next, private doctor and certified nutritionist Lindsey Duncan is here with the findings.

**DR. LINDSEY DUNCAN:** You know, I usually don't recommend weight loss supplements. This one has got me really really excited. In the medical community, the weight loss community is all buzzing about this. Here's why. The recent study that you were talking about earlier, the participants took the capsules and they did nothing else. They didn't exercise, they didn't change their diet, they actually consumed 2,400 calories a day. They burned only 400 calories. Now, that's weight gain, not weight loss. They lost over 10% of their total body weight.

\*\*\*\*\*\*\*\*

**DR. OZ:** How does it work?

**DR. LINDSEY:** Well, it's amazing. It's what we call a triple threat. It's the chlorogenic acid that causes the effect, and it works 3 ways. The first way is it goes in and it causes the body to burn glucose, or sugar, and burn fat, mainly in the liver. The second way, and the most important way, is it slows the release of sugar into the bloodstream. When you don't have sugar building up in the bloodstream, you don't have fat building up. Sugar turns to fat. Everybody must remember that. When the 2 are combined together, you get this synergistic effect that basically burns and blocks and stops fat, but it also is natural and safe.

- 42 -

FIRST AMENDED CLASS ACTION COMPLAINT

EA_686



118.   The "study" that Dr. Oz touted on this episode was the *Vinson* study that was retracted by the authors after data was found to be falsified. Thus, Dr. Oz' statement was false and a reasonable doctor would know it to be false.  Dr. Oz also knew consumers were likely to rely on his statements, as a scientist and medical doctor, to their detriment.

119.   Moreover, "Doctor" Lindsay Duncan was not even a real doctor. A complaint that was filed by the Federal Trade Commission against Lindsay Duncan and his affiliated companies alleged the following:

> Through Duncan's appearances on "The Dr. Oz Show" and their experience selling dietary supplements and food products, Defendants were aware of the "Oz effect," a phenomenon where discussion of a product or product ingredient on "The Dr. Oz Show" causes a large increase in demand for the product or products containing the ingredient.

> ***

> A producer with "The Dr. Oz Show" first contacted Duncan about appearing as a guest to discuss GCBE in the morning of April 5, 2012. A Dr. Oz Show producer wrote: "We are working on a segment about the weight loss benefits

- 43 -

of green coffee bean and I was hoping that Lindsey Duncan might be available to be our expert. Has he studied green coffee bean at all? Would he be able to talk about how it works?"

At that time, Duncan had no familiarity with the purported weight-loss benefits of GCBE, nor did Defendants sell GCBE. Nevertheless, within a few hours, a senior member of the Defendants' public relations team replied: "Awesome! Thanks for reaching out, Dr. Lindsey does have knowledge of the Green Coffee Bean. He loves it!" Later that day, Defendants contacted a manufacturer of GCBE and, on or about the same day, submitted a wholesale order for GCBE raw material.

In the evening of April 5, 2012, a producer for "The Dr. Oz Show" emailed [Duncan] a "very rough outline of the script" for the segment on GCBE shortly after a call between the producer and Duncan. The email stated that the script contained "some sample questions and [the producer's] sample answers" based on the producer and Duncan's phone conversation. The draft also contained an introductory segment for Dr. Oz stating that "You may think magic is make believe – but this bean (hold coffee bean) has scientists saying . . . they found the magic weight loss cure for every body type. As a supplement, this miracle pill can burn fat fast! It's green coffee beans. For those with fat all over and anyone who wants to lose weight – this is very exciting – breaking news!"

[Duncan] edited the script by, among other things, adding language in which Duncan would advise viewers that they could find green coffee bean capsules online by typing the words "Pure Green Coffee Bean Capsules" into their web browsers. The Defendants also added language in which Duncan would advise viewers to "take two 400 mg vegetarian capsules." Duncan rehearsed his delivery of the script during the days prior to taping the GCBE segment.[33]

120.    The FTC complaint also noted ***evidence of Payola*** on *the Doctor Oz Show*.

"In multiple instances following Duncan's appearances on television programs, Defendants sent gift cards of more than $100 in value, or complimentary shipments of

---

[33] *See* Complaint, *Federal Trade Commission v. Genesis Today et al.*, Case 1:15-cv-00062 (W.D. Tex. Jan. 26, 2015), *available at* https://www.ftc.gov/system/files/documents/cases/150126lindduncmpt.pdf

- 44 -

FIRST AMENDED CLASS ACTION COMPLAINT

their products, to the producers and staffs of various television shows, including 'The Dr. Oz Show' and 'The View.' Defendants also sent gift cards, worth several hundred dollars each, to four individuals associated with 'The Dr. Oz Show' and 'The View' as holiday presents in December 2011. At least one person returned the gift."

121.    What the FTC action may have missed, however, is the fact that Lindsay Duncan and the Media Defendants were promoting not only "pure green coffee," but also the Svetol® branded ingredient in Labrada products.  An archived webpage of Doctoroz.com that was captured following Duncan's appearance on the show in April specifically states the following:

> When purchasing supplements, make sure you look at the list of ingredients. When looking for a green coffee bean supplement, it should contain the chlorogenic acid extract, which can be listed as any of the following:
>
> GCA® (green coffee antioxidant)
> Svetol®
>
> Also, look for a capsule that contains at least 45% chlorogenic acid. More than 45% is okay, but pills with less than this amount have not been tested in studies that demonstrate weight loss. If you are going to take green coffee bean, the recommended dosage is 400mg, three times a day – 30 minutes before each meal. [34]

122.    Following the April episode that featured Green Coffee Bean Extract, Doctor Oz did a second show about green coffee bean extract to defend against the criticism he received from the first show. During this second episode, he conducted his own study on 100 of his audience members. This "study" was modeled after the now-retracted *Vinson* study.

---

[34] *See* Fact Sheet: Green Coffee Bean that was posted to Doctoroz.com on April 26, 2012, https://web.archive.org/web/20120913043020/http://www.doctoroz.com/videos/fact-sheet-green-coffee-bean?

- 45 -
FIRST AMENDED CLASS ACTION COMPLAINT

EA_689

123.   Even more notable is that it appears that Doctor Oz specifically promoted Svetol® on-air during this second broadcast. Another archived webpage from Doctoroz.com has a screen clip from the actual episode showing that the word "Svetol" appeared on screen.[35]

124.   So why would Dr. Oz promote brands like Labrada, Supercitrimax, and Svetol®? Maybe it is because a member of *The Doctor Oz Show* medical advisory board is also a paid spokesperson for Defendant Naturex.[36] That same spokesperson for Naturex is also Doctor Oz's business partner in a website venture called sharecare.com. Defendants Sony, Harpo, and Zoco also join Doctor Oz as co-owners of the Sharecare website.   And, on information and belief, Dr. Oz and the Media Defendants were compensated through sponsorship agreement(s) to promote these products through the use of key language that would drive consumers to purchase the sponsors' products.

125.   In the wake of Doctor Oz's Green Coffee fiasco, a statement submitted by a majority of the Commissioners opined that Dr. Lindsay's speech on the *Doctor Oz Show* constituted misleading commercial speech that has no first amendment protections.[37]

## **TOLLING THE STATUTE OF LIMITATIONS**

126.   **Delayed discovery.** Plaintiff and the Class are laypersons, lacked the knowledge and experience to understand how the Products' labels were deceptive or false, and information regarding the false or deceptive advertising was solely within Defendants' possession and control. Thus, the delayed discovery exception postpones accrual of the limitations period for all members of the putative classes.

---

[35]*See* http://web.archive.org/web/20121105205629/http://www.doctoroz.com/episode/green-coffee-fat-burner-works?video=14493

[36] http://www.doctoroz.com/medadvisoryboard/chris-kilham

[37]*See* https://www.ftc.gov/system/files/documents/public_statements/620651/150126linddunstmter-jb-tm.pdf.

127. **Fraudulent concealment.** Additionally, or in the alternative, Defendants were constructively and actually aware that the Products were ineffective for their advertised use. Nevertheless, Defendants continued to sell the Labrada Products. Therefore, at all relevant times Defendants had a duty to inform consumers that the Products were not effective at providing the advertised weight-loss benefits, but Defendants knowingly concealed that fact from members of the putative classes herein. Accordingly, the fraudulent concealment exception tolls the statute of limitations on all claims herein.

128. **Continuing violation.** Additionally, or in the alternative, because Defendants' misrepresentations and deception continues up to the present, the continuing violation exception tolls all applicable statues of limitations for all members of the putative classes until Defendants' unlawful advertising and labeling is corrected.

### CLASS ACTION ALLEGATIONS

129. Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs seek certification of the following Classes (or alternative Classes or Subclasses), for the time period from when the Labrada Products first entered into the stream of commerce until the present  ("Class Period"), as initially defined as follows:

**The Nationwide Garcinia Class**

All persons in the United States who purchased Labrada Garcinia Cambogia for personal and household use and not for resale during the Class Period.

**The Nationwide Green Coffee Class**

All persons in the United States who purchased Labrada Green Coffee Bean Extract for personal and household use and not for resale during the Class Period.

**The California Garcinia Class**

All persons in the United States who purchased Labrada Garcinia Cambogia for personal and household use and not for resale during the Class Period.

**The California Green Coffee Class**

- 47 -
FIRST AMENDED CLASS ACTION COMPLAINT

All persons in the United States who purchased Labrada Green Coffee Bean Extract for personal and household use and not for resale during the Class Period.

**The New York Garcinia Class**

All persons in New York and states with substantially similar laws who purchased Labrada Garcinia Cambogia for personal and household use and not for resale during the Class Period.

**The New York Green Coffee Class**

All persons in New York and states with substantially similar laws who purchased Labrada Green Coffee Bean Extract for personal and household use and not for resale during the Class Period.

130.   The Classes and Subclasses described in this complaint will jointly be referred to as the "Class" or the "Classes" unless otherwise stated, and the the proposed members of the Classes and Subclasses will jointly be referred to as "Class Members."

131.   Plaintiffs and the Class reserve their right to amend or modify the Class definitions with greater specificity or further division into subclassses or limitation to particular issues as discovery and the orders of this Court warrant.

132.   Excluded from the Class are governmental entities, Defendants, any entity in which Defendants have a controlling interest, Defendants' employees, officers, directors, legal representatives, heirs, successors and wholly or partly owned subsidiaries or affiliated companies, including all parent companies, and their employees; and the judicial officers, their immediate family members and court staff assigned to this case.

133.   The proposed Classes are so numerous that individual joinder of all the members is impracticable.  Due to the nature of the trade and commerce involved, however, Plaintiffs believe the total number of Class members is at least in the hundreds of thousands and members of the Classes are numerous.  While the exact number and identities of the Class members are unknown at this time, such information can be ascertained through appropriate investigation and discovery.  The disposition of

- 48 -

FIRST AMENDED CLASS ACTION COMPLAINT

the claims of the Class members in a single class action will provide substantial benefits to all parties and to the Court.

134. Pursuant to Rule 23(b)(2), Defendants have acted or refused to act on grounds generally applicable to the Classes, thereby making final injunctive relief or corresponding declaratory relief and damages as to the Products appropriate with respect to the Classes as a whole. In particular, Defendants have failed to disclose the true nature of the Products being marketed as described herein.

135. There is a well-defined community of interest in the questions of law and fact involved, affecting the Plaintiff and the Classes and these common questions of fact and law include, but are not limited to, the following:

 a. Whether Defendants breached any express warranties made to Plaintiff and the Class;

 b. Whether Defendants breached an implied warranty of merchantability made to Plaintiff and the Class;

 c. Whether Defendants were unjustly enriched by their conduct;

 d. Whether Defendants engaged, and continue to engage, in unfair or deceptive acts and practices in connection with the marketing, advertising, and sales of Labrada Products;

 e. Whether Defendants violated other consumer protection statutes, false advertising statutes, or state deceptive business practices statutes; and

 f. Whether, as a result of Defendants' misconduct as alleged herein, Plaintiff and Class Members are entitled to restitution, injunctive and/or monetary relief and, if so, the amount and nature of such relief.

136. Plaintiff's claims are typical of the claims of the members of the Classes. Plaintiff and all members of the Classes have been similarly affected by Defendants' common course of conduct since they all relied on Defendants' representations concerning the Products and purchased the Products based on those representations.

- 49 -

FIRST AMENDED CLASS ACTION COMPLAINT

137.   Plaintiff will fairly and adequately represent and protect the interests of the Classes.   Plaintiff has retained counsel with substantial experience in handling complex class action litigation in general and scientific claims specifically, including for dietary supplements.   Plaintiff and her counsel are committed to vigorously prosecuting this action on behalf of the Classes and have the financial resources to do so.

138.   Plaintiffs and the members of the Classes suffered, and will continue to suffer harm as a result of the Defendants' unlawful and wrongful conduct.   A class action is superior to other available methods for the fair and efficient adjudication of the present controversy.   Individual joinder of all members of the Classes is impracticable.   Even if individual Class members had the resources to pursue individual litigation, it would be unduly burdensome to the courts in which the individual litigation would proceed.   Individual litigation magnifies the delay and expense to all parties in the court system of resolving the controversies engendered by Defendants' common course of conduct.   The class action device allows a single court to provide the benefits of unitary adjudication, judicial economy, and the fair and efficient handling of all Class members' claims in a single forum.   The conduct of this action as a class action conserves the resources of the parties and of the judicial system and protects the rights of the class members.   Furthermore, for many, if not most, a class action is the only feasible mechanism that allows an opportunity for legal redress and justice.

139.   Adjudication of individual Class members' claims with respect to Defendants would, as a practical matter, be dispositive of the interests of other members not parties to the adjudication, and could substantially impair or impede the ability of other class members to protect their interests.

FIRST AMENDED CLASS ACTION COMPLAINT

EA_694

**CLAIMS FOR RELIEF**

**COUNT I**

**CLAIM FOR FRAUD, DECEIT, AND SUPPRESSION OF FACTS**
**CAL. CIV. CODE §§ 1709-1711**
**AND THE COMMON LAW OF ALL STATES**
By All Named Plaintiffs
*-on behalf of-*
All Defined Classes
*-against-*
All Defendants

**Allegations Against The Labrada Defendants And Supplier Defendants**

140. Plaintiffs and the Class members incorporate by reference and re-allege each and every allegation set forth above as though fully set forth herein.

141. All Plaintiffs bring this Claim individually and on behalf of the members of all Classes against Defendants Lee Labrada, Labrada Bodybuilding Nutrition, Inc., and Labrada Nutritional Systems, Inc., Naturex, Inc., and Interhealth.

142. All Defendants named in this Count have committed the requisite tortious actions giving rise to Plaintiffs' claims. Alternatively, Plaintiffs allege that the Labrada Defendants are primarily liable and that Naturex and Interhealth are liable by aiding and abetting the commissions of the Labrada Defendants' tortious conduct by providing them with substantial assistance and encouragement with knowledge of the Labrada Defendants' wrongful conduct.

143. There are no material differences in the laws of the fifty states with respect to claims for fraud and deceit as such claims arise from common law principles and duties. In the event the Court does find that a material difference in state law exists, then Plaintiff and the Class assert this Claim based on the laws of California and all states with substantially similar laws. Plaintiff and the Class reserve their right to amend the class definitions in this complaint to further define multistate classes consisting of persons in states that have substantially similar laws

144. Plaintiff brings this claim under alternate legal theories sounding in both

FIRST AMENDED CLASS ACTION COMPLAINT

EA_695

1   tort and contract, as to the extent allowable by Federal Rule of Civil Procedure 8(d)(2).

2   *\*\*False Statements of Material Facts\*\**

3   145.   The Labrada Defendants made material representations to Plaintiff and

4   the Class members that the Labrada Products are effective at providing weight loss

5   benefits capable of "busting their body fat" and other representations described in this

6   complaint.   However, the Products are not effective at providing the advertised weight

7   loss results because the ingredients in the Products are ineffective, as established by

8   numerous reliable and credible studies, and the ingredients cannot provide the

9   advertised weight-loss benefits.

10   146.   Defendants made material representations to Plaintiffs and the Class

11   members that the products contain "Zero Fillers, Zero Binders, and Zero Artificial

12   Ingredients" when in fact the products do contain fillers, binders, and artificial

13   ingredients.

14   147.   Defendants made material representations to Plaintiffs and the Class

15   members that the products contained "Standardized" amounts of ingredients when in

16   fact they do not.

17   148.   Defendants' actions constitute "actual fraud" within the meaning of Cal.

18   Civ. Code § 1572 because Defendants did the following with the intent to deceive

19   Plaintiff and Class member and to induce them to enter into their contracts:

20   a. Suggested that the Products are effective as a weight-loss aid, even

21   though Defendants knew that the Products are not;

22   b. Positively asserted that the Products are made with no artificial

23   ingredients, binders, and fillers, when in fact they are not;

24   c. Suppressed the true nature of the Products from Plaintiff and Class

25   members; and

26   d. Promised they would supply the Products with "standardized"

27   ingredients even though the products do not contain standardized

28   ingredients.

- 52 -

EA_696

149.  Defendants' actions, listed above, also constituted "deceit" as defined by Cal. Civ. Code § 1710 because Defendants willfully deceived Plaintiff and Class members with intent to induce them to alter their positions to their detriment by purchasing defective Products.

*\*Fraud by Concealment and Omission of Material Facts\**

150.  Defendants actively concealed material facts, in whole or in part, with the intent to induce Plaintiffs and members of the Classes to purchase the Products. Specifically, Defendants actively concealed the truth about the products by not disclosing all facts about the studies supposedly supporting the Products or by making such studies difficult or impossible to discover because many of the studies are only accessible by means of a paid subscription to the "journal" or other publication that prints the full version of the studies.

151.  Plaintiffs and the Classes were unaware of these omitted material facts and would not have acted as they did if they had known of the concealed facts.

152.  Plaintiffs and the Class suffered injuries that were proximately caused by Defendants' active concealments and omissions of material facts.

153.  Defendants' fraudulent concealments and omissions were a substantial factor in causing the harm suffered by Plaintiff and the class members as they would not have purchased the products at all if all material facts were properly disclosed.

*\*Knowledge of Falsities\**

154.  Defendants, at all times mentioned herein, had knowledge that that their representations concerning the Products are false and misleading because the Products are ineffective at providing the advertised weight-loss benefits. Defendants, at all times mentioned herein, had knowledge that the ingredients are ineffective because Defendants Interhealth, Naturex,  and/or  other ingredient suppliers essentially made up the science supporting the active ingredients in the Labrada Products through manipulation of  "clinical studies" and the Labrada Defendants acted with reckless disregard with respect to discovering the truth about the studies.

- 53 -

FIRST AMENDED CLASS ACTION COMPLAINT

EA_697

Case 2:19-cv-03440-FMO-FFM Document 59-3 Filed 08/14/20 Page 641 of 682 Page ID

**\*\*Intent to Defraud and Intent to Induce Reliance\*\***

155.    Defendants made the misrepresentations alleged herein with the intention of inducing and persuading Plaintiff and the Class to purchase the Labrada Products because the Defendants sought to reap enormous profits from the sales of the falsely labeled Products and the fraudulent advertising and promotion of the Products was essential to Defendants' ability to profit from the sales of the Products.

156.    Defendants further withheld and omitted material information about the Products with the intention of inducing and persuading Plaintiff and the class to purchase the Labrada Products as a part of their unlawful scheme.

**\*\*\*Intent to Defraud a Class of Persons and the Public\*\*\***

157.    "One who practices a deceit with intent to defraud the public, or a particular class of persons, is deemed to have intended to defraud every individual in that class, who is actually misled by the deceit." Cal. Civ. Code § 1711.

158.    Defendants are responsible for their material misrepresentations and omissions described above even if they did not intend any particular Plaintiffs or any particular class member to rely on the misrepresentations because Defendants made the representations to groups of persons and the public at large, intending or reasonably expecting that it would be repeated to Plaintiffs and the Class members who are consumers that were actually misled into purchasing the products.

**\*\* Justifiable Reliance\*\***

159.    Plaintiffs and the Class, by purchasing the products, justifiably relied on Defendants' false and misleading statements and misrepresentations, and on the absence of the material information that Defendants omitted. If Plaintiffs and the class would have known the truth concerning the false representations and omissions, they would not have purchased the Labrada products at all because the Labrada products are essentially "worthless" in that they have a fair market value of $0.00.

**\*\*Injury and Actual Damages\*\***

160.    As    a    direct    and    proximate    result    of    Defendants'    intentional

- 54 -
FIRST AMENDED CLASS ACTION COMPLAINT

1  misrepresentations and deceptive omissions, Plaintiff and the members of the Class

2  were induced to pay for worthless products.

3      161.   As   a   direct   and   proximate   result   of   Defendants'   intentional

4  misrepresentations and deceptive omissions, Plaintiff and the members of the Class

5  detrimentally relied on Defendants' misrepresentations and deceptive omissions in that

6  they consumed worthless products that have no positive health benefits and in the fact

7  that the products are potentially dangerous to their health.

8      162.   Plaintiffs and the Class bring this claim for intentional misrepresentation

9  based on alternate legal theories sounding in both tort and contract.

10      163.   Plaintiffs and the Class were damaged through their purchase and use of

11  the Products. Plaintiff and the Class suffered harm in that they suffered actual damages

12  in the amount of what they paid for the Products subtracted by the fair market value of

13  the products are actually worth.

14      164.   The Labrada Products are worthless in that they have a fair market value

15  of zero. Therefore, Plaintiffs and the Class have suffered actual damages in the amount

16  of the purchase price paid for the products.

17      165.   Alternatively, Plaintiff and the class allege that the Labrada Products are

18  priced at a premium in comparison to other weight-loss products and that the premium

19  price is commanded in the marketplace as a direct result of the false and misleading

20  advertising tactics described in this complaint. This alternative premium-price measure

21  of damages can be calculated on a uniform class-wide basis and Plaintiff and the classes

22  out-of-pocket loss is the amount of the premium price that the Products command.

23                          *\*Fraudulent Inducement\*\**

24      166.   For Plaintiffs' alternate intentional misrepresentation claim sounding in

25  contract, Plaintiff suffered harm in that she has actual economic damages for

26  Defendants' breach of contract by way of fraud and Plaintiffs allege that the proper

27  measure of damages would be a full refund of the class members' purchase price of the

28  products because the sales contracts are voidable as a result of fraudulent inducement.

- 55 -

EA_699

Plaintiffs were induced by fraud when entering into the contract and would not have purchased the products had they known the truth. Therefore, Plaintiffs and the Class repudiate their purchase contracts and pray for legal or equitable restitution to the extent that defendants have been unjustly enriched by wrongfully obtaining Plaintiffs and the class members' purchase money.

167. For Plaintiffs' alternative intentional misrepresentation claim based in tort, Plaintiffsand the class suffered harm and seek the actual damages suffered because they detrimentally relied on Defendants' false statements of material facts by expending their time purchasing the products and they suffered a personal injury in that they consumed Products that are worthless and potentially dangerous. This chain of events is collateral to Plaintiffs' purchase of the Products and gives rise to a separate tort claim as it affects a separate primary right.

168. Plaintiffs and the class have all suffered the threshold amount of harm to state a claim for fraud, but in the event that the actual damages based on this tort theory cannot be determined on a class-wide basis, Plaintiffs and the Class will then seek nominal damages for their alternative intentional misrepresentation claim based on tort in a nominal amount, such $1.00, for each purchase of the Labrada Products.

*\*Punitive Damages\**

169. Defendants' conduct was systematic, repetitious, knowing, intentional, and malicious, and demonstrated a lack of care and reckless disregard for Plaintiffs' and Class members' rights and interests. Defendants' conduct thus warrants an assessment of punitive damages under Cal. Civ. Code § 3294 and other applicable states' laws, consistent with the actual harm it has caused, the reprehensibility of its conduct, and the need to punish and deter such conduct.

FIRST AMENDED CLASS ACTION COMPLAINT

EA_700

**ALLEGATIONS OF FRAUD, DECEIT, AND SUPPRESSION OF FACTS AGAINST THE MEDIA DEFENDANTS**

170.   Plaintiffs and the Class members incorporate by reference and re-allege each and every allegation set forth above as though fully set forth herein.

171.   All Plaintiffs bring this Claim individually and on behalf of the members of all Classes against Defendants Dr. Oz, Sony, Harpo, Zoco, and EMV.

172.   There are no material differences in the laws of the fifty states with respect to claims for fraud and deceit as such claims arise from common law principles and duties. In the event the Court does find that a material difference in state law exists, then Plaintiff and the Class assert this Claim based on the laws of California and all states with substantially similar laws. Plaintiff and the Class reserve their right to amend the class definitions in this complaint to further define multistate classes consisting of persons in states that have substantially similar laws

173.   Plaintiff brings this claim under alternate legal theories sounding in both tort and contract, as to the extent allowable by Federal Rule of Civil Procedure 8(d)(2).

**\*\*False Statements of Material Facts\*\***

174.   Defendants made material representations to Plaintiff and the Class members that the Labrada Products are effective at providing weight loss benefits capable of "busting their body fat for good" and other representations described in this complaint.   However, the Products are not effective at providing the advertised weight loss results because the ingredients in the Products are ineffective, as established by numerous reliable and credible studies, and the ingredients cannot provide the advertised weight-loss benefits.

175.   Defendants made material misrepresentations to Plaintiff and the Class members that Dr. Oz does not endorse specific brands of products when in fact he did endorse the Labrada brand, the Supercitrimax® brand, and/or the Svetol® brand of weight loss products.

FIRST AMENDED CLASS ACTION COMPLAINT

*\*\*Material Statements of Fact and not Opinions\*\**

176.   Dr. Oz and the Dr. Oz Defendants claimed to have special knowledge about the weight loss supplements because Dr. Oz is renown doctor at the Columbia University School of Medicine. Defendants also claimed to have superior knowledge about the subject matter by hiring other doctors to disseminate false statements about the products.

177.   Plaintiff and the class members did not have the same superior knowledge about the products.

178.   Defendants made the representations described in this complaint as true representations, not casual expressions of belief, and did so in a way that declared the matter to be true.

179.   Defendants, through Dr. Oz's reputation as a renowned doctor at Columbia University School of Medicine, had reasons to expect that by disseminating undisclosed endorsements of weight loss products, including the Labrada Products, that Plaintiff and the Class would rely on their representations as material statements of facts and not opinions.

180.   Defendants' actions constitute "actual fraud" within the meaning of Cal. Civ. Code § 1572 because Defendants did the following with the intent to deceive Plaintiff and Class member and to induce them to enter into their contracts:

> a. Suggested that the Products are effective as a weight-loss aid, even though Defendants knew that the Products are not;
>
> b. Positively asserted that the Products are made with no artificial ingredients, binders, and fillers, when in fact they are not;
>
> c. Suppressed the true nature of the Products from Plaintiff and Class members; and
>
> d. Promised they would supply the Products with "standardized" ingredients even though the products do not contain standardized ingredients.

- 58 -

FIRST AMENDED CLASS ACTION COMPLAINT

181.    Defendants' actions, listed above, also constituted "deceit" as defined by Cal. Civ. Code § 1710 because Defendants willfully deceived Plaintiff and Class members with intent to induce them to alter their positions to their detriment by purchasing defective Products.

**Fraud by Concealment and Omission of Material Facts**

182.    As set forth above, Defendants concealed material facts concerning the true nature of their Products, the endorsements of the products on *The Dr. Oz Show*, and the true nature of the clinical studies used in support of the weight-loss claims made on the product packaging and advertising. Defendants had a duty to make these disclosures based on their superior knowledge of the Products and the ingredients in the Products, as well as their affirmative disclosure of some facts and concealment of other material facts, thus making the partial disclosures deceptive.

183.    Defendants actively concealed material facts, in whole or in part, with the intent to induce Plaintiff and members of the Classes to purchase the Products. Specifically, Defendants actively concealed the truth about the products by not disclosing all facts about the studies supposedly supporting the Products or by making such studies difficult or impossible to discover because many of the studies are only accessible by means of a paid subscription to the "journal" or other publication that prints the full version of the studies.

184.    Plaintiffs and the Classes were unaware of these omitted material facts and would not have acted as they did if they had known of the concealed facts.

185.    Plaintiffs and the Class suffered injuries that were proximately caused by Defendants' active concealments and omissions of material facts.

186.    Defendants' fraudulent concealments and omissions were a substantial factor in causing the harm suffered by Plaintiff and the class members as they would not have purchased the products at all if all material facts were properly disclosed.

**Knowledge of Falsities**

187.    Defendants, at all times mentioned herein, had knowledge that that their

- 59 -

FIRST AMENDED CLASS ACTION COMPLAINT

1 representations concerning the Products are false and misleading because the Products
2 are ineffective at providing the advertised weight-loss benefits. Defendants, at all times
3 mentioned herein, had knowledge that the ingredients are ineffective because
4 Defendants Interhealth, Naturex, and/or other ingredient suppliers essentially made
5 up the science supporting the active ingredients in the Labrada Products through
6 manipulation of "clinical studies" and the Media Defendants acted with reckless
7 disregard with respect to discovering the truth about the studies.

8     188. Dr. Oz, as a renown surgeon at Columbia University and a sophisticated
9 party with superior knowledge about the fields of science and medicine, knew that the
10 representations were false or recklessly disregarded to truth about the weight loss
11 products he endorsed, including the Labrada Products.

12         **Intent to Defraud and Intent to Induce Reliance**

13     189. Defendants made the misrepresentations alleged herein with the intention
14 of inducing and persuading Plaintiff and the Class to purchase the Labrada Products
15 because the Defendants sought to reap enormous profits from the sales of the falsely
16 labeled Products and the fraudulent advertising and promotion of the Products was
17 essential to Defendants' ability to profit from the sales of the Products.

18     190. Defendants further withheld and omitted material information about the
19 Products with the intention of inducing and persuading Plaintiff and the class to
20 purchase the Labrada Products as a part of their unlawful scheme to make money from
21 the sales of the Products.

22       ***Intent to Defraud a Class of Persons and the Public***

23     191. "One who practices a deceit with intent to defraud the public, or a
24 particular class of persons, is deemed to have intended to defraud every individual in
25 that class, who is actually misled by the deceit." Cal. Civ. Code § 1711.

26     192. Defendants are responsible for their material misrepresentations and
27 omissions described above even if they did not intend any particular Plaintiff or any
28 particular class member to rely on the misrepresentations because Defendants made the

- 60 -

representations to groups of persons and the public at large, intending or reasonably expecting that it would be repeated to Plaintiff and the Class members who are consumers that were actually mislead into purchasing the products.

193. Dr. Oz made the representations to the television audience with the intent that TV viewers and the news media would disseminate such information to the Class members who did not hear or perceive the misrepresentations directly from *The Dr. Oz Show*. Plaintiff and the Class members justifiably relied on all misrepresentations made on *The Dr. Oz Show*, however, because the representations were repeated to Plaintiff and the Class through the comprehensive marketing scheme described herein.

*\*\* Justifiable Reliance\*\**

194. Plaintiffs and the Class, by purchasing the products, justifiably relied on Defendants' false and misleading statements and misrepresentations, and on the absence of the material information that Defendants omitted. If Plaintiff and the class would have known the truth concerning the false representations and omissions, they would not have purchased the Labrada products at all because the Labrada products are essentially "worthless" in that they have a fair market value of $0.00.

195. Plaintiffs justifiably relied on the statements made by Dr. Oz because he assured consumers that he does not endorse a specific brand and because he has specialized knowledge as a doctor at Columbia University School of Medicine.

196. Plaintiffs and the Class also justifiably relied on the the material misrepresentations made by all Defendants as described in this complaint because Defendants used paid doctors like Harry Preuss to further the notion that the products worked as advertised and touted the fact that the Products are supported by clinical studies and scientific references that appear on the packaging of the Products and in the advertising materials for the Products.

*\*\*Injury and Actual Damages\*\**

197. As a direct and proximate result of Defendants' intentional misrepresentations and deceptive omissions, Plaintiff and the members of the Class

- 61 -

1   were induced to pay for worthless products.

2   198.   As a direct and proximate result of Defendants' intentional

3   misrepresentations and deceptive omissions, Plaintiffs and the members of the Class

4   detrimentally relied on Defendants' misrepresentations and deceptive omissions in that

5   they consumed worthless products that have no positive health benefits and in the fact

6   that the products are potentially dangerous to their health.

7   199.   Plaintiff and the Class bring this claim for intentional misrepresentation

8   based on alternate legal theories sounding in both tort and contract.

9   200.   Plaintiff and the Class were damaged through their purchase and use of

10  the Products. Plaintiff and the Class suffered harm in that they suffered actual damages

11  in the amount of what they paid for the Products subtracted by the fair market value of

12  the products are actually worth.

13  201.   The Labrada Products are worthless in that they have a fair market value

14  of zero. Therefore, Plaintiff and the Class have suffered actual damages in the amount

15  of the purchase price paid for the products.

16  202.   Alternatively, Plaintiff and the class allege that the Labrada Products are

17  priced at a premium in comparison to other weight-loss products and that the premium

18  price is commanded in the marketplace as a direct result of the false and misleading

19  advertising tactics described in this complaint. This alternative premium-price measure

20  of damages can be calculated on a uniform class-wide basis and Plaintiff and the classes

21  out-of-pocket loss is the amount of the premium price that the Products command.

22                                **Fraudulent Inducement**

23  203.   For Plaintiff's alternative intentional misrepresentation claim based in

24  tort, Plaintiff and the class suffered harm and seek the actual damages suffered because

25  they detrimentally relied on Defendants' false statements of material facts by

26  expending their time purchasing the products and they suffered a personal injury in that

27  they consumed Products that are worthless and potentially dangerous. This chain of

28  events is collateral to Plaintiff purchase of the Products and gives rise to a separate tort

- 62 -

First Amended Class Action Complaint

claim as it affects a separate primary right. Plaintiff and the class have all suffered the threshold amount of harm to state a claim for fraud, but in the event that the actual damages based on this tort theory cannot be determined on a class-wide basis, Plaintiff and the Class will then seek nominal damages for their alternative intentional misrepresentation claim based on tort in the amount of $1.00 for each purchase of the Labrada Products.

*\*\*Punitive Damages\*\**

204.   Defendants' conduct was systematic, repetitious, knowing, intentional, and malicious, and demonstrated a lack of care and reckless disregard for Plaintiff's and Class members' rights and interests. Defendants' conduct thus warrants an assessment of punitive damages under Cal. Civ. Code § 3294 and other applicable states' laws, consistent with the actual harm it has caused, the reprehensibility of its conduct, and the need to punish and deter such conduct.

## COUNT III

## CLAIM FOR NEGLIGENT MISREPRESENTATION

### THE COMMON LAW OF ALL STATES AND CAL. CIV. CODE § 1710(2)
By All Plaintiffs
*-on behalf of-*
All Classes
*-against-*
All Defendants

205.   Plaintiffs and the Class Members re-allege and incorporate by reference each and every allegation set forth above, and further allege as follows:

206.   Defendants had a duty to disclose to Plaintiff and Class Members correct information as to the quality and characteristics of the Products because Defendants were in a superior position than Plaintiff and Class Members such that reliance by Plaintiff and Class Members were justified., Defendants possessed the skills and expertise to know the type of information that would influence a consumer's purchasing decision.

FIRST AMENDED CLASS ACTION COMPLAINT

EA_707

207. During the applicable Class period, Defendants negligently or carelessly misrepresented, omitted, and concealed from consumers material facts regarding the quality and characteristics of the Products, including the alleged weight-loss benefits.

208. Defendants made such false and misleading statements and omissions through a wide range of advertisement medium described herein, with the intent to induce Plaintiff and Class Members to purchase the Products.

209. Defendants were careless in ascertaining the truth of its representations in that they knew or should have known that Plaintiff and Class Members would not realize the alleged benefits represented by Defendants.

210. Plaintiffs and the Class Members were unaware of the falsity in Defendants' misrepresentations and omissions and, as a result, justifiably relied on them when making the decision to purchase the Products.

211. Plaintiffs and the Class Members would not have purchased the Products or paid as much for the Products if the true facts had been known.

### COUNT IV
### CLAIM FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW
#### CAL. BUS. & PROF. CODE §§ 17200, *et seq.*
By Plaintiff Veda Woodard
*-on behalf of-*
The Nationwide Classes and the California Classes
*-against-*
All Defendants

212. Plaintiff Veda Woodard and the Nationwide and California Classes incorporate by reference and re-allege each and every allegation set forth above as though fully set forth herein.

213. Plaintiff Woodard brings this claim on behalf of the Nationwide classes and California Classes against Defendants.

214. California's Unfair Competition Law, Business and Professions Code §17200 (the "UCL") prohibits any "unfair, deceptive, untrue or misleading advertising." For the reasons discussed above, Defendants have engaged in unfair,

- 64 -

EA_708

1   deceptive, untrue and misleading advertising, and continue to engage in such business

2   conduct, in violation of the UCL.

3       215.    California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code

4   §§ 17200, et seq., proscribes acts of unfair competition, including "any unlawful, unfair

5   or fraudulent business act or practice and unfair, deceptive, untrue or misleading

6   advertising."

7                                   **Unlawful**

8       216.    Defendants have violated the UCL unlawful prong in at least the following

9   ways:

10          a.  By knowingly and intentionally concealing from Plaintiff and the other

11              Class members that the Products cannot provide the advertised weight-

12              loss benefits while obtaining money from Plaintiff and the Classes;

13          b.  By misrepresenting the nature of the Products and the Products'

14              effectiveness at providing the weight-loss benefits;

15          c.  By misrepresenting the quality of the Products and that the Products

16              have "Standardized" amounts of ingredients;

17          d.  By engaging in the conduct giving rise to the claims asserted in this

18              complaint;

19          e.  By representing the Products as being "Made in the USA" in violation of

20              California Business and Professions Code § 17533.7, which requires

21              products with labeling statements like "Made in the USA" to contain

22              "not more than 5 percent of the final wholesale value of the

23              manufactured product."

24          f.  By violating California Civil Code §§ 1709-1711 by making affirmative

25              misrepresentations about the Labrada Products;

26          g.  By violating California Civil Code §§ 1709-1711 by suppressing

27              material information about the Labrada Products;

28

                                   - 65 -

EA_709

h.  By violating the CLRA, FAL, and the California Commercial Code for breaches of express and implied warranties.

i.  By violating the FCC's Payola rules.

217.  Such conduct is ongoing and continues to this date.

218.  Plaintiff and the Class reserve the right to allege other violations of law, which constitute other unlawful business acts or practices.

**\*\*Unfair\*\***

219.  The UCL also prohibits any "unfair"… business act or practice."

220.  Defendants' acts, omissions, misrepresentations, practices and nondisclosures as alleged herein also constitute "unfair" business acts and practices within the meaning of the UCL in that their conduct is substantially injurious to consumers, offends public policy, and is immoral, unethical, oppressive, and unscrupulous as the gravity of the conduct outweighs any alleged benefits attributable to such conduct.  In the alternative, Defendants' business conduct as described herein violates relevant laws designed to protect consumers and business from unfair competition in the marketplace.  Such conduct is ongoing and continues to date.

221.  Plaintiff Woodard  also alleges violations of consumer protection, unfair competition and truth in advertising laws in California and other states resulting in harm to consumers.  Plaintiff assert violation of the public policy of engaging in false and misleading advertising, unfair competition and deceptive conduct towards consumers.  This conduct constitutes violations of the unfair prong of the UCL.  Such conduct is ongoing and continues to this date.

222.  There were reasonably available alternatives to further Defendants' legitimate business interests, other than the conduct described herein.

**\*\*Fraudulent\*\***

223.  The UCL also prohibits any "fraudulent business act or practice."

224.  Defendants' claims, nondisclosures (i.e., omissions) and misleading statements, as more fully set forth above, were false, misleading and/or likely to

- 66 -

First Amended Class Action Complaint

deceive a reasonable consumer within the meaning of the UCL. Such conduct is ongoing and continues to this date.

225. Defendants' conduct caused and continues to cause substantial injury to Plaintiff and the other Class members. Plaintiff has suffered injury in fact as a result of Defendants' unfair conduct.

226. Defendants have thus engaged in unlawful, unfair and fraudulent business acts and practices and false advertising, entitling Plaintiff and the Class to injunctive relief against Defendants, as set forth in the Prayer for Relief.

227. Pursuant to Business and Professions Code §17203, Plaintiff and the Class seek an order requiring Defendants to immediately cease such acts of unlawful, unfair and fraudulent business practices and requiring Defendants to engage in a corrective advertising campaign.

228. Plaintiff also seeks an order for the disgorgement and restitution of all monies from the sale of the Products they purchased, which was unjustly acquired through acts of unlawful, unfair, and/or fraudulent competition and attorneys' fees and costs.

**COUNT V**
**CLAIM FOR VIOLATIONS OF THE CLRA**
**CAL. CIV. CODE §§ 1700, *et seq.***
By Plaintiff Veda Woodard
*-on behalf of-*
The Nationwide Classes and the California Classes
*-against-*
The Labrada Defendants and the Supplier Defendants

229. Plaintiff Veda Woodard and the Nationwide and California Classes incorporate by reference and re-allege each and every allegation set forth above as though fully set forth herein.

230. Plaintiff Woodard brings this claim on behalf of the Nationwide classes and California Classes against the supplier defendants and the Labrada Defendants for their violations of California's Consumers Legal Remedies Act, Cal. Civ. Code §§

- 67 -

FIRST AMENDED CLASS ACTION COMPLAINT

1750, *et seq.*

231.   Defendants are "persons" under Cal. Civ. Code § 1761(c).

232.   Plaintiff is a "consumer," as defined by Cal. Civ. Code § 1761(d).

233.   By making affirmative misrepresentations about the weight-loss benefits of the products and by concealing material facts about the products and the studies supporting the efficacy claims about the products, Defendants engaged in deceptive business practices prohibited by the CLRA, Cal. Civ. Code § 1750, *et seq.*, including:

§ 1770(a)(2): Misrepresenting the source, sponsorship, approval, or certification of goods or services by claiming that that the Products are "Made in the USA" when in fact they are not.

§ 1770(a)(4): Using deceptive representations or designations of geographic origin in connection with goods by claiming the Products are Made in the USA when in fact they are not.

1770(a)(5): Representing that goods have characteristics, uses, or benefits which they do not have by claiming that the products are effective as weight-loss aids and "fat busters" when in fact they provide no such benefits;

§ 1770(a)(7): representing that goods are of a particular standard, quality, or grade if they are of another by claiming that the products contain "standardized" ingredients and have "zero fillers, zero binders, and zero artificial ingredients" when in fact such representations are not true.

§ 1770(a)(9): advertising goods with intent not to sell them as advertised because Defendants knew that the Products could not provide the advertised benefits, but they chose to advertise and sell the Products to consumers.

§ 1770(a)(16): representing the subject of a transaction has been supplied in accordance with a previous representation when it has not by using unstandardized ingredients that fluctuate in their quantity and quality.

234.   A reasonable consumer would not have purchased nor paid as much for the Products had Defendants disclosed the truth about the weight loss benefits of the

FIRST AMENDED CLASS ACTION COMPLAINT

1 | products and the clinical studies supporting the products, as that information is material

2 | to a reasonable consumer.

3 |     235.   As a result of its violations of the CLRA detailed above, Defendants have

4 | caused and continues to cause harm to Plaintiff and members of the Class and, if not

5 | stopped, will continue to harm them. Had Plaintiff known the truth about the Products

6 | she would not have purchased the Products.

7 |     236.   In accordance with Civil Code § 1780(a), Plaintiff and members of the

8 | Class seek injunctive and equitable relief for Defendants' violations of the CLRA.

9 |     237.   In addition, Plaintiff Woodard has mailed a notice and demand letter to

10 | Defendants more than 30 days prior to bringing this CLRA claim in this First Amended

11 | Complaint. Defendants have failed to take the corrective action requested in Plaintiff's

12 | demand letter and continue to falsely market and sell the Labrada Products. Thus,

13 | Plaintiff Woodard seeks restitution, disgorgement of profits, actual damages, and

14 | punitive damages in accordance with the CLRA.

15 |     238.   A copy of Plaintiff Woodard's CLRA notice letter is attached to this

16 | complaint as Exhibit D.

17 |     239.   Plaintiff and members of the Class request that this Court enter such orders

18 | or judgments as may be necessary to restore to any person in interest any money which

19 | may have been acquired by means of such unfair business practices, and for such other

20 | relief, including attorneys' fees and costs, as provided in Civil Code § 1780 and the

21 | Prayer for Relief.

22 |     240.   Plaintiff Woodard has attached a "venue affidavit" to this complaint, to

23 | the extent it is required in federal court, in accordance with California Civil Code

24 | Section 1781(e) attesting that Defendants are "doing business" in this County and that

25 | this County is the proper place for trial.

26

27

28

- 69 -

FIRST AMENDED CLASS ACTION COMPLAINT

## COUNT VI
## CLAIM FOR VIOLATIONS OF THE FALSE ADVERTISING LAW
### CAL. BUS. & PROF. CODE §§ 17500, *et seq.*
By Plaintiff Veda Woodard
*-on behalf of-*
The Nationwide Classes and the California Classes
*-against-*
All Defendants

241.   Plaintiff Veda Woodard and the Nationwide and California Classes incorporate by reference and re-allege each and every allegation set forth above as though fully set forth herein.

242.   Plaintiff Woodard brings this claim on behalf of the Nationwide classes and California Classes against Defendants for their violations of California's False Advertising Law, Cal. Bus & Prof. Code §§ 17500, *et seq.*

243.   Plaintiff has standing to pursue this claim as Plaintiff has suffered injury in fact as a result of Defendants' actions as set forth herein.  Specifically, prior to the filing of this action, Plaintiff purchased the Products in reliance upon Defendants' marketing claims.  Plaintiff used the Products as directed, but the Products have not worked as advertised, nor provided any of the promised benefits.

244.   Defendants' business practices as alleged herein constitute unfair, deceptive, untrue, and misleading advertising pursuant to California Business and Professions Code section 17500, *et seq.* because Defendants advertised the Products Plaintiff purchased in a manner that is untrue and misleading, and that is known or reasonably should have been known to Defendants to be untrue or misleading.

245.   Defendants' wrongful business practices have caused injury to Plaintiff and the Class.

246.   Pursuant to section 17535 of the California Business and Professions Code, Plaintiff and the Class seek an order of this court enjoining Defendants from continuing to engage in deceptive business practices, false advertising, and any other

FIRST AMENDED CLASS ACTION COMPLAINT

EA_714

1    act prohibited by law, including those set forth in the complaint.

2       247.   Plaintiff also seeks an order for the disgorgement and restitution of all

3    monies from the sale of the Products which were unjustly acquired through acts of

4    unlawful, unfair, and/or fraudulent competition and attorneys' fees and costs.

<div align="center">

**COUNT IV**

**CLAIM FOR BREACH OF EXPRESS WARRANTY**

**CAL. COMM. CODE § 2313**

By Plaintiff Veda Woodard
*-on behalf of-*
The Nationwide Classes and the California Classes
*-against-*
The Labrada Defendants

</div>

12       248.   Plaintiff Veda Woodard and the California Classes incorporate by

13    reference and re-allege each and every allegation set forth above as though fully set

14    forth herein.

15       249.   Plaintiff Woodard brings this claim on behalf of the California Classes

16    against Defendants Lee Labrada, Labrada Bodybuilding Nutrition, Inc. and Labrada

17    Nutritional Systems, Inc. for their breaches of express warranties pursuant to California

18    Commercial Code § 2313.

19       250.   Defendants, in their capacity as manufacturers of the Products, expressly

20    warranted that the Products were fit for their intended purpose by making the Express

21    Warranties, as defined in this complaint.

22       251.   The foregoing representations were material and were a substantial factor

23    in causing the harm suffered by Plaintiff and the Class because they concerned alleged

24    efficacy of the Products regarding the ability aid with weight loss and bust body fat.

25       252.   These representations had an influence on consumers' decisions in

26    purchasing the Products.

27       253.   Defendants made the above representations to induce Plaintiff and the

28    members of Class to purchase the Products. Plaintiff and the Class members relied on

<div align="center">

- 71 -

FIRST AMENDED CLASS ACTION COMPLAINT

</div>

EA_715

the representations when purchasing Defendants' products.

254.   In fact, the Products do not conform to the Express Warranties because each of the Express Warranties is false and misleading and the Products do not perform as warranted.

255.   Plaintiff and the Class members were injured and continued to be injured as a direct and proximate result of Defendants' breach because they would not have purchased the Products or paid as much for the Products if the true facts had been known.[38]

256.   Plaintiff and the Class bring this claim against Defendants in their capacities as manufacturers of the Products with whom Plaintiff has not dealt with directly. Therefore, Plaintiff and the Class were not required to notify Defendants of their breaches of express warranties within a reasonable time. Plaintiff has notified Defendants of their breaches via letters sent by certified mail, return receipt requested, and allowed Defendants reasonable time to take corrective actions. Defendants failed to take corrective action.

## COUNT V

### CLAIM FOR BREACH OF IMPLIED WARRANTY OF

### MERCHANTABILITY

### CAL. COMM. CODE § 2314

By Plaintiff Veda Woodard
-on behalf of-
The Nationwide Classes and the California Classes
-against-
The Labrada Defendants

257.   Plaintiff Woodard and the California Classes incorporate by reference and re-allege each and every allegation set forth above as though fully set forth herein.

258.   Plaintiff Woodard brings this claim on behalf of the California classes

---

[38] Though, Plaintiff and the Class would still be interested in purchasing the Labrada Products again if they were represented properly or truthfully.

FIRST AMENDED CLASS ACTION COMPLAINT

EA_716

against the Labrada Defendants.

259. Defendants did so with the intent to induce Plaintiff and Class Members to purchase the Products.

260. At the time of Plaintiff and the class members' purchase, Defendants, by their occupations as manufacturers of the goods, held themselves out as having special knowledge or skill regarding the Products.

261. Defendants breached the warranties implied in the contract for the sale of the Products in that the Products:

      a. Were not of the quality as of other products generally acceptable in the trade of weight-loss aids and/or supplement products;

      b. Were not fit for the ordinary purposes for which the Products were intended because they provide no weight-loss benefits.

      c. Were not adequately labeled because the statements on the label are false and misleading;

      d. Were not conformed to the promises or affirmations of fact made on the container or label because the Products provide no weight-loss benefits and are worthless products;

262. Moreover, the Products could not pass without objection in the trade under the contract description, the goods were not of fair or average quality within the description, and the goods were unfit for their intended and ordinary purpose. As a result, Plaintiff and the Class members did not receive the Products as impliedly warranted by Defendants to be merchantable.

263. Plaintiff and the Class bring this claim against Defendants in their capacities as manufacturers of the Products with whom Plaintiff has not dealt with directly. Therefore, Plaintiff and the Class were not required to notify Defendants of their breaches of implied warranties within a reasonable time. Plaintiff has notified Defendants of their breaches via letters sent by certified mail, return receipt requested, and are allowing Defendants reasonable time to take corrective actions.

- 73 -

FIRST AMENDED CLASS ACTION COMPLAINT

Case 2:19-cv-03440-JCB-SP Document 59-3 Filed 08/14/20 Page 661 of 682 Page ID
#:4306

## COUNT VI

### CLAIM FOR BREACH OF EXPRESS WARRANTY

**N.Y. U.C.C. § 2-313**
By Plaintiffs Morrison and Rizzo-Marino
*-on behalf of-*
The New York Classes
*-against-*
The Labrada Defendants

264. Plaintiffs and the Class Members re-allege and incorporate by reference each and every allegation set forth above, and further allege as follows:

265. Plaintiffs bring this Count individually and on behalf of the members of the New York Classes against the Labrada Defendants.

266. Defendants, as a manufacturer, marketer, distributor and/or seller, expressly warranted that Labrada Products were fit for their intended purpose of making the Express Warranties.

267. In fact, Labrada Products are not fit for such purposes because each of the Express Warranties is false and misleading.

268. Defendants breached the warranty implied in the contract for the sale of Labrada Products in that the Products could not pass without objection in the trade under the contract description, the goods were not of fair or average quality within the description, the goods were unfit for their intended and ordinary purpose for which the Products are used, and the

## COUNT VIII

### CLAIM FOR BREACH OF IMPLIED WARRANTY

**N.Y. U.C.C. § 2-314**
By Plaintiffs Morrison and Rizzo-Marino
*-on behalf of-*
The New York Classes
-against-
The Labrada Defendants

269. Plaintiffs and the Class Members re-allege and incorporate by reference

- 74 -
FIRST AMENDED CLASS ACTION COMPLAINT

1  each and every allegation set forth above, and further allege as follows:

2      270.  Plaintiffs bring this Count individually and on behalf of the members of

3  the Nationwide Class and New York Subclass against the Labrada Defendants.

4      271.  Defendants are and were at all relevant times, merchants under N.Y.

5  U.C.C. § 2- 314. Defendants, as the designer, manufacturer, marketer, distributor

6  and/or seller, impliedly warranted that Labrada Products were fit for their intended

7  purpose in that that the Products would (i) be effective weight-loss aids; (ii) contained

8  zero binders, zero fillers, zero artificial ingredients; (iii) work as effective "fat busters";

9  and (iv) be supported by credible references. Defendants did so with the intent to induce

10  Plaintiff and the New York Class Members to purchase Labrada Products.

11      272.  Defendants breached the warranty implied in the contract for the sale of

12  Labrada Products in that the Products could not pass without objection in the trade

13  under the contract description, the goods were not of fair or average quality within the

14  description, the goods were unfit for their intended and ordinary purpose for which the

15  Products are used.

16  <div align="center">**COUNT IX**</div>

17  <div align="center">**CLAIM FOR BREACH OF EXPRESS WARRANTIES TO INTENDED**</div>

18  <div align="center">**THIRD PARTY BENEFICIARIES**</div>

19  <div align="center">By all Plaintiffs</div>
<div align="center">*-on behalf of-*</div>

20  <div align="center">All Defined Classes</div>

21  <div align="center">*-against-*</div>
<div align="center">The Supplier Defendants</div>

22      273.  Plaintiffs and the Classes incorporate by reference and re-allege each and

23  every allegation set forth above as though fully set forth herein.

24      274.  Plaintiff Woodard bring this claim on behalf of the Nationwide and

25  California classes against Defendants Interhealth and Naturex.

26      275.  Plaintiffs Morrison and Rizzo-Marino bring this claim on behalf of the

27  Nationwide and New York Classes against Defendants Interhealth and Naturex.

28

- 75 -

FIRST AMENDED CLASS ACTION COMPLAINT

EA_719

276. Defendants, in their capacity as manufacturers of the Products, expressly warranted that the Products were fit for their intended purpose by making the Express Warranties.

277. The foregoing representations were material and were a substantial factor in causing the harm suffered by Plaintiff and the Class because they concerned alleged efficacy of the Products regarding the ability aid with weight loss and bust body fat.

278. These representations had an influence on consumers' decisions in purchasing the Products.

279. Defendants made the above representations to induce Plaintiff and the members of Class to purchase the Products. Plaintiff and the Class members relied on the representations when purchasing Defendants' products.

280. In fact, the Products do not conform to the Express Warranties because each of the Express Warranties is false and misleading and the Products do not perform as warranted.

281. Plaintiff and the Class members were injured and continued to be injured as a direct and proximate result of Defendants' breach because they would not have purchased the Products or paid as much for the Products if the true facts had been known.[39]

282. Plaintiff and the Class bring this claim against Defendants in their capacities as manufacturers of the Products with whom Plaintiff has not dealt with directly.

283. Plaintiff and the Class also bring this claim against Defendant Interhealth as intended third-party beneficiaries to the contract between Interhealth and Labrada concerning the Labrada garcinia cambogia product.

284. Plaintiff and the Class also bring this claim against Defendant Naturex as intended third-party beneficiaries to the contract between Naturex and Labrada

---

[39] Though, Plaintiff and the Class would still be interested in purchasing the Labrada Products again if they were represented properly or truthfully.

First Amended Class Action Complaint

EA_720

concerning the Labrada green coffee product.

## COUNT X

### VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT
### 15 U.S.C. §§ 2301, *et seq.*

By All Plaintiffs
*-on behalf of-*
All Defined Classes
*-against-*
The Labrada Defendants and the Supplier Defendants

285.   Plaintiffs and Class members reallege and incorporate by reference each allegation set forth above and further allege as follows.

286.   Plaintiffs bring this Count individually and on behalf of the members of the Nationwide Class against the Labrada Defendants.   Alternatively, Plaintiff Woodard brings this Count individually and on behalf of the California Classes and Plaintiffs Morrison and Rizzo-Marino bring this Count individually and on behalf of the New York Classes.

287.      The Labrada Products are consumer products as defined in 15 U.S.C. § 2301(1).

288.      The Labrada Products sell at retail for more than five dollars.

289.      Each Plaintiff purchased the Products on multiple occasions and each paid twenty-five dollars or more for their total purchases.

290.      Defendants are suppliers and warrantors as defined in 15 U.S.C. § 2301 (4) and (5).

291.      In connection with the sale of the Labrada Products, the Labrada Defendants issued written warranties as defined in 15 U.S.C. § 2301 (6), which warranted that the Products are effective at providing weight-loss benefits.

292.      In connection with the sale of the Labrada Products, Defendants impliedly warranted as defined in 15 U.S.C. §2301(7), that the products were of merchantable quality, such that the products were of the same average grade, quality,

- 77 -

FIRST AMENDED CLASS ACTION COMPLAINT

and value as similar goods sold under similar circumstances.

293.     Defendants breached these warranties because the Products are not effective for their intended use because the Products contain hyper-diluted ingredients that are scientifically incapable of effectively causing sustained weight-loss.

294.     By reason of the Labrada Defendants' breach of the express written warranties, Defendants violated the statutory rights owed to Plaintiffs and Class members pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 *et seq.*, thereby damaging Plaintiffs and Class members.

295.     Plaintiffs and the Class members were injured as a direct and proximate result of Defendants' breach because they would not have purchased the Products if the true facts had been known.

296.     Prior to filing this action, Plaintiffs, by and through their counsel, provided Defendants with written notice of their claims pursuant to 15 U.S.C. § 2310(e) and also notified Defendants that they are acting on behalf of a Class defined as all persons in the United States who purchased the Labrada Products. *See Ex.* C.

## COUNT XI

### CLAIM FOR UNFAIR TRADE PRACTICES
### N.Y. BUS. LAW § 349

By Plaintiffs Morrison and Rizzo-Marino
-*on behalf of*-
The Nationwide and New York Classes
-against-
All Defendants

297.   Plaintiffs and Class Members re-allege and incorporate by reference each and every allegation set forth above, and further allege as follows:

298.   Plaintiffs Morrison and Rizzo-Marino bring this Count individually and on behalf of members of the New York Classes.

299.   By the acts and conduct alleged herein, Defendants committed unfair or deceptive acts and practices by making the Misrepresentations.

- 78 -

FIRST AMENDED CLASS ACTION COMPLAINT

300.    The foregoing deceptive acts and practices were directed at consumers, including Plaintiffs and members of the New York Sub-Class.

301.    The foregoing deceptive acts and practices are misleading in a material way because they fundamentally misrepresent the characteristics and qualities of Labrada Products to induce consumers to purchase the Products.

302.    Plaintiffs and the New York Class Members were injured, and continue to be threatened by irreparable injuries.

<div align="center">

**COUNT XII**

**CLAIM FOR FALSE ADVERTISING**

**N.Y. BUS. LAW § 350**
By Plaintiffs Morrison and Rizzo-Marino
-*on behalf of*-
The Nationwide and New York Classes
-against-
All Defendants

</div>

303.    Plaintiffs and the Class Members re-allege and incorporate by reference each and every allegation set forth above, and further allege as follows:

304.    Plaintiffs Morrison and Rizzo-Marino bring the Count individually and on behalf of members of the Nationwide Classes and New York Sub-Classes against Defendants.

305.    Based on the foregoing, Defendants have engaged in consumer-oriented conduct that is deceptive or misleading in a material way which constitutes false advertising in violation of Section 350 of the New York General Business Law.

306.    Defendants' false, misleading, and deceptive statements and representations of fact, including, but not limited to, the Misrepresentations, were and are directed to consumers, including Plaintiffs and members of the Classes.

307.    Defendants' false, misleading, and deceptive statements and representations of fact, including, but not limited to, the Misrepresentations, were and are likely to mislead a reasonable consumer acting reasonably under the circumstances.

<div align="center">- 79 -</div>

FIRST AMENDED CLASS ACTION COMPLAINT

308.   Defendants' false, misleading, and deceptive statements and representations of fact, including, but not limited to, the Misrepresentations, have resulted in consumer injury or harm to the public interest.

309.   As a result of Defendants' false, misleading, and deceptive statements and representations of fact, including, but not limited to, the Misrepresentations, Plaintiffs and Class Members have suffered and continue to suffer economic injury.

310.   Plaintiffs and the New York Sub-Class suffered an ascertainable loss caused by Defendants' Misrepresentations because they paid for Labrada Products, which they would not have purchased, or would not have paid as much for the Products, had they known the truth about the Products.

311.   Plaintiffs, on behalf of himself and other members of the New York Sub-Class, seeks to enjoin the unlawful acts and practices described herein, to recover actual damages or $500.00, whichever is greater, three times actual damages, and reasonable attorneys' fees and costs.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs and the Class Members request that the Court enter an order or judgment against Defendants including the following:

i.     An order certifying that this action is properly brought and may be maintained as a class action;

ii.    An order appointing Plaintiff as class representatives of the Nationwide Class, as class representative of their respective Subclasses, and The Law Office of Ronald A. Marron as counsel for the Class;

iii.   An order requiring Defendants to bear the costs of Class notice;

iv.    Restitution in such amount that Plaintiff and Class Members paid to purchase Defendants' Products;

v.     Actual damages, compensatory damages, punitive, treble damages, nominal damages, and such other relief as provided by the statutes cited herein;

- 80 -

First Amended Class Action Complaint

vi.    Other appropriate injunctive relief;

vii.    An order declaring Defendants' conduct as unlawful, and an order enjoining Defendants from unlawfully and misleadingly representing the Products in violation of state law;

viii.    An order awarding Plaintiff their costs of suit, including reasonable attorneys' fees and pre- and post-judgment interest on such monetary relief;

ix.    An order requiring an accounting for, and imposition of, a constructive trust upon all monies Defendants received as a result of the misleading, fraudulent, and unlawful conduct alleged herein.

x.    Such other relief to which Plaintiff and Class Members may be entitled to at law or in equity.

## JURY DEMAND

Plaintiffs hereby demands a trial by jury on all causes of action or issues so triable.

DATED: June 2, 2016

/s/ *Ronald A. Marron*
Ronald A. Marron

**THE LAW OFFICES OF
RONALD A. MARRON**
Ronald A. Marron
*ron@consumersadvocates.com*
Skye Resendes
*skye@consumersadvocates.com*
Michael T. Houchin
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
***Counsel for Plaintiffs and the
Proposed Class***

- 81 -
FIRST AMENDED CLASS ACTION COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FIRST AMENDED CLASS ACTION COMPLAINT

EA_726

# REDACTED FOR PUBLIC FILING

# EXHIBIT 25

EA_727

GARCIA RAINEY BLANK & BOWERBANK LLP
  A Limited Liability Partnership
JEFFREY M. BLANK, Cal. Bar No. 217522
  jblank@garciarainey.com
NORMA V. GARCIA, Cal. Bar No. 223512
  ngarciaguillen@garciarainey.com
695 Town Center Drive, Suite 700
Costa Mesa, California 92626-1993
Telephone:  714.382.7000
Facsimile:   714.784.0031

Attorneys for Defendant
SPORTS RESEARCH CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CAPACI and CYNTHIA FORD on behalf of themselves, all others similarly situated, and the general public,<br><br>               Plaintiffs,<br><br>    v.<br><br>SPORTS RESEARCH CORPORATION, a California Corporation.<br><br>               Defendant. | Case No. 2:19-cv-03440-FMO-FFM<br><br>**DECLARATION OF JEFF PEDERSEN, JR., IN SUPPORT OF DEFENDANT SPORTS RESEARCH CORPORATION'S OPPOSITION TO PLAINTIFF CYNTHIA FORD'S MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS COUNSEL**<br><br>Date:      Thursday, September 17, 2020<br>Time:     10:00 a.m.<br>Courtroom: 6D<br>Judge:    Hon. Fernando M. Olguin<br><br>Complaint Filed:  April 26, 2019<br>Trial Date:    None Set |

EA_728

# DECLARATION OF JEFF PEDERSEN, JR.

I, Jeff Pedersen, Jr., declare as follows:

1.    I am the Executive Vice President of Sports Research Corporation ("Sports Research" or "Defendant"), defendant in the above-referenced matter.  I have personal knowledge of the facts stated in this declaration, and if sworn as a witness, could and would testify competently as to these facts.

2.    I make this declaration in support of Defendant's Opposition to the Motion for Class Certification and to Appoint Class Counsel filed by plaintiff Cynthia Ford ("Plaintiff") in the above-referenced matter.

## MY BACKGROUND

3.    Sports Research has had a long reputation as a family-owned company that, like the name states, bases its products on "research."  In addition to my parents, most of my siblings and I work for Sports Research and have an education and life experience founded in nutritional science.  It is extremely important to the company, and by extension, my family, that every product we produce is high-quality and well-researched.  Because of this dedication, Sports Research has developed a worldwide reputation as a high-quality manufacturer of health and fitness equipment and nutritional supplements.

4.    My father, Jeff Pedersen, Sr., founded Sports Research in 1980, and I have observed the company's operations first-hand my entire life.

5.    In or about 1994, I began working in the Sports Research warehouse part-time while attending high school.  In 2003, I graduated from Loyola Marymount University with a degree in business management.  After college, I began working for Sports Research full-time in sales. Since Sports Research was a small family-owned company, there were only four employees at the time, and I

EA_729

was involved in receiving and packing all orders for shipping to our customers.

6.   For the last twelve (12) years, I have overseen sales and marketing for Sports Research, primarily overseeing its wholesale and export accounts, including accounts with GNC and Vitamin Shoppe.  I also oversee Sports Research's day to day operations on amazon.com ("Amazon").  In the course of my duties, I also advise other members of management regarding various retail accounts.

### THE SPORTS RESEARCH GARCINIA CAMBOGIA PRODUCT

7.   Garcinia cambogia supplements have been on the market for decades.  However, in or about 2012, there was an episode of the Dr. Oz Show in which Dr. Mehmet Oz made many claims about garcinia cambogia's weight-loss and "fat-busting" properties.  After that episode aired, my team and I, in the course of our standard market research, noticed that popularity of garcinia cambogia supplements skyrocketed.  I observed numerous fly-by-night companies began manufacturing garcinia cambogia supplements as soon as possible to take advantage of the demand.

8.   Sometime in 2013, a large number of customers began requesting that Sports Research develop a garcinia cambogia supplement that is high-quality, unlike the other cheaply made garcinia cambogia products they had tried or saw were being sold.  Based on demand from our own customers, Sports Research developed a garcinia cambogia product.

9.   Each serving of Sports Research's garcinia cambogia product (the "Product") contains 500mg of garcinia cambogia extract standardized to 65% Hydroxycitric Acid ("HCA") and 700mg of extra virgin coconut oil.  Sports Research decided to use coconut oil in the Product because it is fat soluble and thus makes the Product easier to absorb once ingested.  To my knowledge, the Product was the first garcinia cambogia product on the market to combine HCA with

EA_730

coconut oil.  I am not aware of many companies at this time that combine coconut oil with active ingredients across many of their supplement product lines, as Sports Research does.

10. The Product is sold as a softgel, and to my knowledge, no other garcinia cambogia product on the market is sold in a softgel.  Other companies in the supplement industry tend to use a two-piece capsule and add a lot of fillers. Sports Research decided to instead use a liquid softgel combined with coconut oil, which is more expensive than the standard capsule, but gives consumers a superior product at a lower price, because, softgels, like coconut oil, are easier to absorb once ingested than standard capsules.

### Sales and Pricing

11. During the proposed class period, Sports Research has sold the 90-count bottle and 180-count bottle of the Product on its website, sportsresearch.com, and on Amazon.

12. As of August 19, 2019, Sports Research no longer sells the Product on its website.

13. Sports Research does not advertise the Product online other than to pay Amazon to push the existing Product webpage higher on an Amazon search page if a consumer searched Amazon for garcinia cambogia.

14. Throughout the time Sports Research has sold the Product, Sports Research's starting list prices to its retail customers—before adjustments for quantity and other retail-specific adjustments are made—have not varied based on differences on label claims on different versions of the labels, including differences in whether the label referenced appetite control and/or weight management, or neither.

EA_731

15. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮. (*See* **Exhibit 22** to the Joint Appendix of Evidence ("Appendix").)

**Product Sales to Retailers**

16.   Sports Research's largest wholesale accounts are GNC and Vitamin Shoppe (together, the "Retailers").  Sports Research sells the 90-count bottle of the Product wholesale to the Retailers for resale in their retail outlets nationwide and online, on their own websites, and through various other websites, including Amazon.

17.   Both Retailers were very interested in selling the Product through their various channels, because, based on the feedback I personally received from representatives from each of GNC and Vitamin Shoppe, the Retailers believed the fact that the Product contained coconut oil would be an added bonus for their customers and started placing orders with Sports Research for the Product.  As a result of this, Sports Research increased its production of the Product.

18.   Sports Research's starting wholesale prices to the Retailers—before adjustments for quantity and other Retailer-specific adjustments are made—have stayed constant throughout the proposed class period, and do not and have not varied depending on the presence or absence of any label statement.

19.   Once units of the Product are sold to the Retailers, Sports Research has no control over or knowledge of the presentation, price, representations or sale of the Product.  Sports Research does not know or control the prices that Retailers charge for the Product to their customers.  The Retailers themselves determine the prices they charge to their customers.  Sports Research has no way to determine,

EA_732

1  through pricing data or otherwise, the identities of the Retailer's customers.  Sports

2  Research also does not have access to the pricing information used by a Retailer at

3  any particular time or in any particular store.

4      20.  I am aware that Retailers frequently offer their customers specials and

5  discounts the Retailers on for the Product to their customers, because the Retailers

6  are desperate to compete with Amazon for online sales.  I know this because each

7  year I attend separate trade shows for vendors hosted by GNC and Vitamin

8  Shoppe.  At these trade shows, the vast number of presentations by the Retailers

9  discuss how stiff competition is with Amazon and how they need to provide even

10  more deals and discounts to their customers to retain business.

11

12      **Sales Data Regarding Retailers**

13      21.

14

15

16  *(See* **Exhibit 21** to the Appendix.)

17      22.  The produced sales figures do not reflect actual sales by Retailers to

18  their customers, as they do not include chargebacks to Sports Research from

19  Retailers for unsold, expired, or returned Product units.   Moreover, Sports

20  Research does not know the actual number of Product units sold by Retailers to

21  their customers, because the Retailers do not provide Sports Research any of their

22  sales information, such as total units sold to customers versus units given away or

23  discounted under promotions, units returned by customers, expired units, or unsold

24  units.  Sports Research also has no way of calculating the number of Product units

25  actually sold by Retailers to their customers, because Retailers often lump the

26  Product's chargebacks with chargebacks for other Sports Research products in

27  vague reports, making it impossible to account for actually sold units.

28

23.   For these reasons which are discussed further below, the number of Product units sold wholesale to Retailers in no way reflects the total Product units sold by Retailers to their customers or the total number of Product consumers.

24.   In the course of my duties, I have learned that demand for GCE has declined over the past few years, and that in response, in many Retailer store locations the Product does not sell at all or expires on the shelves.

25.   Because Sports Research does not receive regular breakdown reports for chargebacks, we do not know how many units may have been sold or unsold by the Retailers.  In some months, Sports Research has received reports from Retailers breaking down the chargebacks by unsold, expired, or returned Product units.  However, in many months, the Retailers do not breakdown the number of Product units being charged back at all, but rather provide a very vague description of the chargeback and a total deduction they seek.  In other months, the Retailers will group the total chargeback for multiple other products along with the garcinia cambogia Product for a grand total of expected deductions.  The chargeback reports from the Retailers include wholesale shipments from Sports Research that may have occurred up to several months prior, and often the reports will group orders from many months together.  Moreover, the Retailers often short pay their invoices from Sports Research, and then seek further deductions on Product units they had not even paid for through these chargeback reports.

26.   ███████████████████████████████████████████████████████████████████████████████████████████████████████████ (see **Exhibit 21** to the Appendix) does not reflect total sales of Product units within the state of California, nor does it reflect total Product units sold by Retailers in the state of California.  Rather, the California unit numbers reflect units shipped to distribution centers in California, which then distribute to stores in states across the West Coast, not just in

EA_734

California. Sports Research does not know the number of units sold by any Retailer in any given state, because Sports Research does not ship to individual Retailer stores but rather to the Retailers' distribution centers.  So even if Sports Research shipped an order of Product units to a Retailer's distribution center in California, that does not ensure all of the Product units in that order went to Retailer stores in California.

27. ███████████████████████████████ (*see* **Exhibit 21** to

███████████████████████████████████████████████████████████, and based only on information Sports Research is aware of based on its direct sales on Amazon.

### Refunds

28.   Sports Research provides a 90-day Satisfaction Guarantee on all its products, including the garcinia cambogia Product.  Under the 90-day Satisfaction Guarantee, if a purchaser contacts within 90 days of their purchase and lets us know that they are unsatisfied with the Product in any way, Sports Research will process a refund, no questions asked.  However, we often extend a refund to purchasers who contact us well after the 90-day period is over.

29.   Sports Research extends its 90-day Satisfaction Guarantee to any purchaser of the Product, regardless of whether a purchaser bought the Product

EA_735

1    directly from Sports Research.

2    30.   I am informed that plaintiff Cynthia Ford alleges in the Second

3    Amended Complaint that she purchased the Product from a Vitamin Shoppe store

4    in January 2018 and decided she was unsatisfied in June 2019.  However, at no

5    point between January 2018 and the present has Sports Research received a refund

6    request from Ms. Ford.  If she had approached us at any time, we would have still

7    processed a refund, in line with our policy.

8

9    **The Labels and Label Changes**

10   31.   Sports Research takes care to abide by the guidelines set by the Food

11   & Drug Administration ("FDA") as to what can and cannot be included on the

12   labels of its products.  Decisions to place statements on the Product label are based

13   on available studies and research.

14   32.   I understand that certain label claims that previously appeared on the

15   Product's label are at issue in this matter, specifically, claims related to weight

16   management and appetite control ("Contested Label Statement(s)").

17   33.   No Contested Label Statement has appeared on the front label of the

18   Product since March 2016, after which Contested Label Statements only appeared

19   on one of the label's side panels until December 2019.  On Amazon, we typically

20   only show the front label and the Supplement Facts side of the label on the Product

21   webpage.  Thus, between March 2016 and December 2019, it is unlikely that any

22   of our direct Amazon customers saw the other side panel of the Product label until

23   after they received the shipped Product.

24   34.   Each version of the Product's label states that consumers should

25   consult with a doctor or a qualified health professional before using the Product.

26

27

28

-9-

EA_736

35.   As a result of questions asked to Sports Research's expert Dr. Daniel Werner at his deposition, we reviewed all versions of the label and discovered that the newest label versions had inadvertently not been produced to our counsel.

36.   There have been twelve (12) different versions combined for the 90- and 180-count Product labels released into the market by Sports Research: six (6) had Contested Label Statements related to appetite control and weight management, four (4) only had Contested Label Statements related to weight management, and the two (2) current labels contain no Contested Label Statements.

37.   There have been six (6) different versions of the 90-count Product label approved for release by Sports Research and available in the market over the course of the proposed class period.  Based on my experience with the Product labels and review of relevant documents, the documents contained in **Exhibit 17** to the Appendix, bates stamped as SRC 000001 – SRC 000005 and SRC000872, are true and correct copies of the six (6) different versions of the 90-count Product label that were approved for release by Sports Research and available in the market over the course of the proposed class period.

38.   There have been six (6) different versions of the 180-count Product label approved for release by Sports Research and available in the market over the course of the proposed class period.  Based on my experience with the Product labels and review of relevant documents, the documents contained in **Exhibit 18** to the Appendix, bates stamped as SRC 000006 – SRC 000010 and SRC000873, are true and correct copies of the six (6) different versions of the 180-count Product label that were approved for release by Sports Research and available in the market over the course of the proposed class period.

39.   No Product labels containing Contested Label Statements related to appetite control have been released into the market by Sports Research since

EA_737

October 2018.  No Product labels containing Contested Label Statements related to weight management have been released into the market by Sports Research since December 2019.  As of January 2020, there are *no Contested Label Statements* at all *on any version of the Product label* released into the market by Sports Research, nor does Sports Research currently manufacture or plan to manufacture in the future any Product labels containing any of the Contested Label Statements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 7, 2020 at San Pedro, California.

_____

JEFF PEDERSEN, JR.

DECLARATION OF JEFF PEDERSEN, JR., IN OPPOSITION TO CLASS CERTIFICATION

EA_738

EA_739