# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-3440 FMO (FFMx) | Date | May 15, 2023 |
|---|---|---|---|
| Title | Frank Capaci v. Sports Research Corporation | | |

**Present: The Honorable**  Fernando M. Olguin, United States District Judge

| Gabriela Garcia | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiffs:        Attorney Present for Defendants:

None Present                None Present

**Proceedings:**    (In Chambers) Order Re: Further Proceedings

    Having reviewed the record in this action, IT IS ORDERED THAT no later than **May 30, 2023**, each side shall submit their proposed (1) direct notice; (2) online publication notice; (3) press release; and (4) CLRA notice.  Moreover, the parties shall provide alternative publications for the CLRA notice, as well as information regarding circulations for each, including the *Daily Commerce*.  The parties shall address whether defendant shall provide the email addresses of consumers who purchased directly from defendant's website.

00 : 00

Initials of Preparer        gga