UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-3440 FMO (FFMx) | Date | November 7, 2024 |
|---|---|---|---|
| Title | **Frank Capaci, et al. v. Sports Research Corporation** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | Maria Bustillos | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| Kas L. Gallucci (Via Telephone) | Jaikaran Singh (Via Telephone) |

**Proceedings:** **Final Approval/Fairness Hearing; Motion for Attorneys' Fees, Costs, and Incentive Award [191]; Motion for Final Approval of Class Action Settlement [195]**

The Court and counsel confer regarding the pending motions.

The motions are taken under submission. An order with the court's ruling will issue.

IT IS SO ORDERED.

| | 00 | : | 02 |
|---|---|---|---|
| | Initials of Preparer | | vdr |